IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | :Civil Action No. 04-1551(GMS) |
| STUDENT FINANCE CORPORATION, Debtor. | : : : |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br>     Plaintiff,<br>  v. | : : : : : |
| PEPPER HAMILTON LLP, et al.<br>     Defendants. | : |

## ORDER

AND NOW, this ___ day of _____, 2005, upon consideration of the Motion of Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, for Leave to File Sure-Reply filed, it is hereby ORDERED that the Motion is granted.

_____
The Honorable Gregory M. Sleet
United States District Court Judge

594778_1