## CERTIFICATE OF SERVICE

I, Dawn N. Zubrick, hereby certify that I am not less than 18 years of age and that, on

March 16, 2005, I caused a true and correct copy of the foregoing Motion For Leave To File Sur-

Reply to be served via United States first class regular mail postage prepaid upon the following

counsel:

David L. Buchbinder, Esq.
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801

William H. Sudell, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Elizabeth K. Ainslie, Esq.
Nicholas J. LePore, III, Esq.
Bruce P. Merenstein, Esq.
Stephen J. Shapiro, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

Karen Lee Turner
Eckert Seamans Cherin &Mellot, LLC
4 East 8th Street, Suite 200
Wilmington, DE 19801

Neil G. Epstein, Esq.
Carol L. Press, Esq.
Eckert Seamans Cherin &Mellot, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909

Dawn Zubrick (#4327)

594755_1