## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>Debtor.<br><br>―――――――――――――――――――――<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1551 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF HOLLY R. ROGERS

Dawn N. Zubrick, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves for the admission *pro hac vice* of Holly R. Rogers, Esquire, to represent Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, in the above-captioned Adversary Proceeding. The Admittee is admitted and in good standing in New York State and is admitted to practice before the United States Court of Appeals for the Third Circuit.

DILWORTH PAXSON LLP

By: _____

Dawn N. Zubrick, Esquire (# 4327)
Dilworth Paxson LLP
First Federal Plaza - Suite 500
Wilmington, DE 19801
Telephone:  (302) 571-9800
Fax:            (302) 571-8875

The Admittee certifies that she is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions and courts shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of, or in the preparation of, this action and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

By: _Holly R. Rogers_

Holly R. Rogers, Esquire
1735 Market Street
Suite 3200
Philadelphia, PA 19103
Telephone: (215) 575-7000
Fax:       (215) 575-7200

Motion granted.

BY THE COURT:

Date: _____        _____

United States Bankruptcy Judge

596182_1