

Eckert Seamans Cherin & Mellott, LLC  
1515 Market Street  
Ninth Floor  
Philadelphia, PA 19102

TEL 215 851 8400  
FAX 215 851 8383  
www.eckertseamans.com

Neil G. Epstein  
215.851.8408  
nepstein@eckertseamans.com

May 9, 2005

**VIA FEDERAL EXPRESS**

The Honorable Joseph J. Farnan, Jr.  
United States District Court  
District of Delaware  
844 N. King Street  
Room 4124, Lockbox 27  
Wilmington, DE  19801

Re:    **Stanziale v. Pepper Hamilton LLP, et al., No. 04-1551**

Dear Judge Farnan:

This firm represents defendants W. Roderick Gagné personally, Robert L. Bast, Pamela Bashore Gagné and seven Trusts in the above-captioned civil action, which is one of the four cases arising out of the Student Finance Corporation bankruptcy that are pending before Your Honor. Motions to Dismiss the Complaint in this action are presently pending before Your Honor.

In letters dated April 14, April 15, April 28 and May 6, 2005, counsel for various parties in the four cases requested that Your Honor schedule a joint status conference. While we oppose any suggestion that the four cases be consolidated for all purposes, including trial, we join in the request for a joint status conference.

Respectfully yours,

Neil G. Epstein

NGE:jg  
MO508859

cc:    All counsel on attached service list

**ECKERT SEAMANS**

The Honorable Joseph J. Farnan, Jr.
May 9, 2005
Page 2

## SERVICE LIST

Andre G. Castaybert, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY  10036
Fax: 212-969-2900
**Counsel for MBIA/Wells Fargo**

Joseph H. Huston, Jr., Esquire
Stevens & Lee
1105 N. Market Street, 7th Floor
Wilmington, DE  19899
Fax: 302-654-5181
**Counsel for Wilmington Trust**

Bruce S. Haines, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA  19103
Fax: 215-568-0300
**Counsel for Andrew Yao**

Charles A. Stanziale, Esquire
Jeffrey T. Testa, Esquire
Donald Crecca, Esquire
Schwartz, Tobia & Stanziale, P.A.
22 Crestmont Road
Montclair, NJ  07042
Fax: 973-746-5406
**SFC Trustee**

Richard Swanson, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690
Fax: 212-715-1399
**Counsel for McGladrey & Pullen LLP,
Freed Maxick & Battaglia CPAs and
Michael Aquino**

David Pittinsky, Esquire
Ballard, Spahr, Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Fax: 215-864-8999
**Counsel for PNC**

Elizabeth K. Ainslie, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286
Fax: 215-751-2205
**Counsel for Pepper Hamilton LLP**

Sheryl Auerbach, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103
Fax: 215-575-7200
**Counsel for SFC Trustee**

John Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL  60606
**Counsel for Royal Indemnity Co.**