**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

In re:

STUDENT FINANCE CORPORATION,

Debtor.

CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,

Plaintiff,

v.

PEPPER HAMILTON LLP, et al.

Defendants.

Civil Action No. 04-1551 (GMS)

**MOTION AND ORDER FOR ADMISSION**
**PRO HAC VICE OF JAMES J. RODGERS**

Pursuant to District Court Local Rule 83.5, Dawn N. Zubrick, a member of the bar of this Court, moves the admission *pro hac vice* of James J. Rodgers, Esquire, to represent Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, in this matter.

Signed: ______________________________
Dawn N. Zubrick, Esquire (# 4327)
Dilworth Paxson LLP
First Federal Plaza - Suite 500
Wilmington, DE 19801
Telephone: (302) 571-9800
Fax: (302) 571-8875

*Attorney for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation.*

Date: May 11, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: ______________________

______________________________
U.S. District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, United States Supreme Court, United States Court of Appeals for the Second, Third and Federal Circuits and United States District Courts for the Eastern and Middle Districts of Pennsylvania, and, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with the Local Rules of this Court.

Date: May 11, 2005

Signed: ______________________________

James J. Rodgers, Esquire
Dilworth Paxson LLP
1735 Market Street
3200 Mellon Bank Center
Philadelphia, PA 19103
Telephone: (215) 575-7000
Fax: (215) 575-7200

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>Debtor. | ) | |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br>Plaintiff,<br>v.<br>PEPPER HAMILTON LLP, et al.,<br>Defendants. | ) | C.A. No. 04-1551-GMS |

**CERTIFICATE OF SERVICE**

I, Dawn N. Zubrick, hereby certify that, on May 11, 2005, one correct copy of the Motion and Order for Admission Pro Hac Vice of James J. Rodgers was served via first class mail upon the following counsel:

Elizabeth K. Ainslie, Esq.
Stephen Shapiro, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street
Suite 3600
Philadelphia, PA 19103

Karen Lee Turner, Esq.
Eckert Seamans Cherin & Mellott, LLC
The Towne Center
4 East 8th Street, Suite 200
Wilmington, Delaware 19801-3553

William H. Sudell, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

/s/ Dawn N. Zubrick
Dawn N. Zubrick (#4327)

Dated: May 11, 2005