IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHARLES A. STANZIALE, JR., :
Chapter 7 Trustee of Student :
Finance Corporation, :
                              :
    Appellant, :
                              :
    v. : Civil Action No. 04-1551 (JJF)
                              :
PEPPER HAMILTON LLP, :
                              :
    Appellee. :

## O R D E R

WHEREAS, the Court has received several letters seeking a joint status conference in the above-captioned case and related matters;

NOW THEREFORE, IT IS HEREBY ORDERED that a Status Conference will be held on **Thursday, June 9, 2005 at 3:30 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

May 20, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE