IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHARLES A. STANZIALE, JR., :
Chapter 7 Trustee of Student :
Finance Corporation, :
 :
    Plaintiff, :
 :
v. : Civil Action No. 04-1551 (JJF)
 :
PEPPER HAMILTON LLP, :
 :
    Defendant. :

### O R D E R

WHEREAS, the Court held a Status Conference on June 9, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) All briefing for motions to dismiss shall be completed **no later than Tuesday, August 16, 2005;**

2) The parties shall confer and submit an agreed-upon schedule for written discovery **no later than Tuesday, August 16, 2005;**

3) Written discovery shall commence on **Wednesday, September 7, 2005;**

4) The parties shall submit, **no later than Tuesday, August 16, 2005,** their preferences for trial dates: December 2006, late January 2007, or March 2007.

June 13, 2005
DATE

                                                      /s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE