IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>           Debtor. | ) C.A. No. 04-1551-JJF<br>)<br>)<br>) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>                      Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>                      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF MOTION TO WITHDRAW
AS ATTORNEY**

    PLEASE TAKE NOTICE that Charles A. Stanziale, Jr., Chapter 7 Trustee to the estate of the above-captioned debtor, hereby withdraws the Motion to Withdraw as Attorney of Dawn N. Zubrick, filed incorrectly on August 3, 2005 under Docket entry 37 with respect to the above-captioned proceeding only.

DILWORTH PAXSON LLP<br>
<em>/s/ Dawn N. Zubrick</em><br>
Dawn N. Zubrick (#4327)<br>
First Federal Plaza<br>
Suite 500<br>
Wilmington, Delaware 19801<br>
(302) 571-9800

Dated: August 3, 2005

613699_1

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Motion to Withdraw as Attorney of Dawn N. Zubrick served via U.S. Mail on August 3, 2005 upon the following counsel of record:

William H. Sudell, Jr.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899


Karen Lee Turner
Eckert Seamans Cherin & Mellott, LLC
The Town Center
4 East 8th Street, Ste 200
Wilmington, DE 19801

_____
Dawn N. Zubrick (#4327)