IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>                  Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>                  Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>                  Defendants. | C.A. No. 04-1551-JJF |

## **WITHDRAWAL OF APPEARANCE OF DAWN N. ZUBRICK**

To the Clerk of Court:

      Kindly withdraw my appearance as counsel on behalf of Plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, in the above-captioned action. The law firm of Dilworth Paxson LLP will remain as counsel for Plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation in the above-captioned action.

                                                          DILWORTH PAXSON LLP

                                                          /s/ Dawn N. Zubrick
                                                          Dawn N. Zubrick (#4327)
                                                          First Federal Plaza
                                                          Suite 500
                                                          Wilmington, Delaware 19801
                                                          (302) 571-9800

Dated: August 3, 2005

613482_1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Withdrawal of Appearance was served via U.S. Mail on August 3, 2005 upon the following counsel of record:

William H. Sudell, Jr.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Karen Lee Turner
Eckert Seamans Cherin & Mellott, LLC
The Town Center
4 East 8th Street, Ste 200
Wilmington, DE 19801

_____
Dawn N. Zubrick (#4327)

613482_1