IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          :
STUDENT FINANCE CORPORATION,                    :
                                                :
                Debtor.                    :
                                                :
                                                :
_____               :
CHARLES A. STANZIALE, JR.,                      :    Civil Action No. 04-1551 (JJF)
CHAPTER 7 TRUSTEE OF STUDENT                    :
FINANCE CORPORATION,                            :
                                                :
                Plaintiff,                 :
                                                :
v.                                              :
                                                :
PEPPER HAMILTON LLP, et al.,                    :
                                                :
                Defendants.                :

## SCHEDULING ORDER

This ____ day of _____, 2005, the Court having conducted an initial status conference on June 9, 2005, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation, or binding arbitration;

IT IS ORDERED that:

1. Written discovery may commence on September 7, 2005.

2. The parties shall serve Rule 26(a)(1)(A) disclosures on or before October 3, 2005.

3. The Court shall hold a discovery conference the week of November 14 or November 21, 2005. The parties shall meet and confer at least three days prior to that conference.

4. The Court shall hold a second discovery conference the week of March 27, 2006. The parties shall meet and confer at least three days prior to that conference.

5. Unless otherwise ordered by the Court, contention interrogatories shall not be served until after the Court enters a decision on the pending Rule 12(b)(6) motions to dismiss made by the defendants in this action.

6. Nothing contained herein shall preclude the parties from seeking further written discovery at later points in the litigation, including the period during which depositions are being taken.

7. Trial shall be scheduled to commence March 2007.

_____
HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

11928560