```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

IN RE:                              :
                                    : Chapter 7
STUDENT FINANCE CORPORATION,        :
                                    : Bankruptcy Case No. 02-11620
        Debtor.                     :
_____:_____
CHARLES A. STANZIALE, JR.,          :
CHAPTER 7 TRUSTEE OF STUDENT        :
FINANCE CORPORATION,                :
                                    : Adversary No. 04-56423
        Plaintiff,                  :
                                    : Civil Action No. 04-1551 JJF
    v.                              :
                                    :
PEPPER HAMILTON LLP, et al.,        :
                                    :
        Defendants.                 :

## O R D E R

WHEREAS, Defendants W. Roderick Gagné, Robert L. Bast, Pamela Bashore Gagné, and the Trusts filed a Motion For Oral Argument On Motion To Dismiss (D.I. 26);

WHEREAS, The Court concludes that oral argument on the Motion To Dismiss is not necessary;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion For Oral Argument On Motion To Dismiss (D.I. 26) is **DENIED**.

September 16, 2005                          /s/ Joseph J. Farnan
    DATE                                 UNITED STATES DISTRICT JUDGE