IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 7 |
| STUDENT FINANCE CORPORATION, | : |
| | : Bankruptcy Case No. 02-11620 |
| Debtor. | : |
| | : |
| CHARLES A. STANZIALE, JR., | : |
| CHAPTER 7 TRUSTEE OF STUDENT | : |
| FINANCE CORPORATION, | : |
| | : Adversary No. 04-56423 |
| Plaintiff, | : |
| | : Civil Action No. 04-1551 JJF |
| v. | : |
| | : |
| PEPPER HAMILTON LLP, et al., | : |
| | : |
| Defendants. | : |

## O R D E R

WHEREAS, Plaintiff Charles A. Stanziale, Jr. ("Plaintiff") filed a Motion For Leave To File Sur-Reply (D.I. 27) to Defendants Pepper Hamilton and W. Roderick Gagné's Reply Brief In Support Of Motion To Dismiss (D.I. 23);

WHEREAS, No Defendant has objected to Plaintiff's Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion For Leave To File Sur-Reply (D.I. 27) is **GRANTED**.

September 16, 2005
DATE

UNITED STATES DISTRICT JUDGE