IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>                       Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>                       Plaintiff,<br>      v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>                       Defendants. | Civil Action No. 04-1551(JJF) |

## NOTICE OF SERVICE

I, Joanna F. Newdeck, certify that I am not less than 18 years of age, and that service of a copy of **Defendant Pepper Hamilton LLP's First Set of Requests for Admissions Directed to Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, Defendant Pepper Hamilton LLP's First Set of Requests for the Production of Documents Directed to Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, and Defendant Pepper Hamilton LLP's First Set of Interrogatories Directed to Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation** was made on September 22, 2005, upon the parties identified on the attached Service List in the manner indicated.

Dated: September 22, 2005
       Wilmington, Delaware

                                                      /s/ Joanna F. Newdeck
                                                     Joanna F. Newdeck (No. 4587)
                                                     MORRIS, NICHOLS, ARSHT & TUNNELL
                                                     1201 North Market Street
                                                     P.O. Box 1347
                                                     Wilmington, Delaware 19899-1347
                                                     (302) 658-9200
                                                     (302) 658-3989 (facsimile)

484294