# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: :<br>STUDENT FINANCE CORPORATION, :<br>    Debtor. :<br>_____:<br>CHARLES A. STANZIALE, JR., :<br>CHAPTER 7 TRUSTEE OF STUDENT :<br>FINANCE CORPORATION, :<br>    :<br>    Plaintiff, :<br>  v. :<br>    :<br>PEPPER HAMILTON LLP, et al., :<br>    :<br>    Defendants. :<br>_____: | Civil Action No. 04-1551(JJF) |

## NOTICE OF SERVICE

I, Joanna F. Newdeck, certify that I am not less than 18 years of age, and that service of a copy of **Initial Disclosures Pursuant to Rule 26(a)(1)(A) of Defendants Pepper Hamilton LLP and W. Roderick Gagné, in His Capacity as an Attorney Practicing at Pepper Hamilton LLP,** was made on October 3, 2005, upon the parties identified on the attached Service List in the manner indicated.

Dated: October 3, 2005
   Wilmington, Delaware

                /s/ Joanna F. Newdeck
               William H. Sudell, Jr., Esq. (No. 0463)
               Donna L. Culver (No. 2983)
               Joanna F. Newdeck (No. 4587)
               MORRIS, NICHOLS, ARSHT & TUNNELL
               1201 North Market Street
               P.O. Box 1347
               Wilmington, Delaware 19899-1347
               (302) 658-9200
               (302) 658-3989 (facsimile)

485709

**SERVICE LIST**

| **Hand Delivery** | **First Class Mail** |
|---|---|
| Tiffany Geyer Lydon, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19801 | John I. Grossbart, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower, 233 S. Wacker Drive<br>Chicago, IL 60606 |
| James L. Holzman<br>Prickett, Jones & Elliott, P.A.<br>1310 King St.<br>P.O. Box 1328<br>Wilmington, DE 19801 | John H. Eickemeyer<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 |
| Christopher M. Winter<br>Duane Morris, LLP<br>1100 North Market Street<br>Wilmington, DE 19801 | Stephen J. Shapiro<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103 |
| Karen Lee Turner<br>Eckert Seamans Cherin & Mellott, LLP<br>4 E. 8th Street, Suite 200<br>Wilmington, DE 19801 | Veronica E. Rendon<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022 |
| Peter C. Hughes<br>Dilworth Paxson LLP<br>First Federal Plaza, Suite 500<br>Wilmington, DE 19801 | Neil G. Epstein<br>Eckert Seamans Cherin & Mellott, LLP<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102 |
| | James J. Rodgers<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103 |

485709