## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                            :
STUDENT FINANCE CORPORATION,                      :
                  Debtor.          :
                                        :     Civil Action No. 04-1551(JJF)
CHARLES A. STANZIALE, JR.,                        :
CHAPTER 7 TRUSTEE OF STUDENT                      :
FINANCE CORPORATION,                              :
                                                  :
                  Plaintiff,       :
        v.                                     :
                                                  :
PEPPER HAMILTON LLP, et al.,                      :
                                                  :
                  Defendants.      :

### NOTICE OF SERVICE

I, the undersigned, hereby certify that I am not less than 18 years of age and that service of a copy of the **Initial Disclosures Pursuant to Rule 26(a)(1)(A) of Defendants W. Roderick Gagné, Robert L. Bast, Pamela Bashore Gagné and the Trusts** was made on October 3, 2005, upon the parties identified on the attached Service List via United States first class regular mail postage prepaid.

ECKERT SEAMANS CHERIN & MELLOTT, LLC

Dated:  October 3, 2005          By:

                               Karen Lee Turner, Esquire (DE No. 4332)
                               4 East 8th Street, Suite 200
                               Wilmington, Delaware 19801
                               (302) 425-0430
                               (302) 425-0432 (Facsimile)

M0526061.DOC