IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>                              Debtor.<br><br>CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br>                              Plaintiff,<br>        v.<br><br>PEPPER HAMILTON LLP, et al<br>                              Defendants. | Civil Action No. 04-1551-JFF |

## NOTICE OF SERVICE

I, Kathleen M. Rodgers, do hereby certify that I am not less than 18 years of age, and that service of a copy of Rule 26(A)(1)(A) Disclosures of Plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee, was made on October 3, 2005 upon the parties listed below in the manner indicated.

**Via First Class U.S. Mail**

William H. Sudell
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19801

Karen Lee Turner
Eckert Seamans Cherin & Mellott, LLP
4 E. 8th Street, Suite 200
Wilmington, DE 19801

Tiffany Geyer Lyndon
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19801

Christopher M. Winter
Duane Morris, LLP
1100 North Market St.
Wilmington, DE 19801

John I. Grossbart
Sonnschein Nath & Rosenthal LLP
8000 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606

620682_1

| | |
|---|---|
| John H. Eickemeyer<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | Stephen J. Shapiro<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market St., Suite 3600<br>Philadelphia, PA 19103 |
| Veronica Rendon<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022 | Neil G. Epstein<br>Eckert Seamans Cherin & Mellott, LLP<br>1515 Market St., 9th Floor<br>Philadelphia, PA 19102 |
| Dated: October 3, 2005 | /s/ Kathleen M. Rodgers<br>Kathleen M. Rodgers, Paralegal |

620682_1