IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE<br>CORPORATION,<br>                      Debtor. | Civil Action No. 04-1551(GMS) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br>                      Plaintiff,<br>v.<br>PEPPER HAMILTON LLP, et al.<br>                      Defendants. | |

## NOTICE OF SERVICE OF DISCOVERY

I, Peter C. Hughes, do hereby certify that the First Request for Production of Documents of Charles A. Stanziale, Jr., Trustee of Student Finance Corporation Directed to the Family Defendants was served on the following:

VIA FIRST CLASS MAIL
Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
4 East 8th Street, Suite 200
Wilmington, DE 19801

VIA HAND DELIVERY
Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market St., 9th Floor
Philadelphia, PA 19102-1909

Dated: October 21, 2005

/s/ Peter C. Hughes
Peter C. Hughes (Del. ID No. 4180)
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801
(302) 571-9800