IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE<br>CORPORATION,<br>                   Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br>                   Plaintiff,<br>  v.<br><br>PEPPER HAMILTON LLP, et al.<br>                   Defendants. | Civil Action No. 04-1551(GMS) |

## NOTICE OF SERVICE OF DISCOVERY

I, Peter C. Hughes, do hereby certify that the First Request for Production of Documents of Charles A. Stanziale, Jr., Trustee of Student Finance Corporation Directed to Pepper Hamilton LLP and W. Roderick Gagné was served on this date on the following:

VIA FIRST CLASS MAIL
William H. Sudell, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347


VIA HAND DELIVERY
Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Dated: October 21, 2005

/s/ Peter C. Hughes
Peter C. Hughes (Del. ID No. 4180)
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801
(302) 571-9800