THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>    Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>    Defendants. | Civil Action No. 04-1551(JJF) |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that I am not less than 18 years of age and that service of a copy of the **First Set of Requests for Production of Documents by Defendants W. Roderick Gagné, Robert L. Bast, Pamela Bashore Gagné and the Trusts Directed to Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation** was made on November 7, 2005, upon the parties identified on the attached Service List via United States first class regular mail postage prepaid.

            ECKERT SEAMANS CHERIN & MELLOTT, LLC

Dated: November 7, 2005    By: _/s/ Karen Lee Turner/ep/_
              Karen Lee Turner, Esquire (DE No. 4332)
              4 East 8th Street, Suite 200
              Wilmington, Delaware 19801
              (302) 425-0430
              (302) 425-0432 (Facsimile)

M0530361.DOC

## SERVICE LIST

Joanna F. Newdeck, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19801

Peter C. Hughes, Esquire
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801

John H. Eickemeyer, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Andre G. Castaybert, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19801

Christopher M. Winter, Esquire
Duane Morris, LLP
1100 North Market Street
Wilmington, DE 19810

John I. Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower, 233 S. Wacker Drive
Chicago, IL 60606

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

James J. Rodgers, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

M0530361.DOC