IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE<br>CORPORATION,<br>　　　　　　　　　Debtor.<br>_____<br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br>　　　　　　　　　Plaintiff,<br>　　v.<br>PEPPER HAMILTON LLP, et al.<br>　　　　　　　　　Defendants. | Civil Action No. 04-1551(JJF) |

### NOTICE OF SERVICE OF DISCOVERY

I, Peter C. Hughes, do hereby certify that a copy of the Objections and Responses of Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, to Defendant Pepper Hamilton LLP's First Set of Interrogatories was served upon the parties identified on the attached Service List on November 15, 2005, via United States first class mail, postage prepaid.

_____
Peter C. Hughes (Del. ID No. 4180)
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801
(302) 571-9800

625265_1

## SERVICE LIST

Joanna F. Newdeck, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

James L. Holzman, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

John H. Eickemeyer, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

Andre G. Castaybert, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Stephen J. Shapiro, Esquire
Schnader Harrison Segal and Lewis LLP
1600 Market St., Suite 3600
Philadelphia, PA 19103

Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19801

Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19810

John I. Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL 60606

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Ave.
Suite 1360
Wilmington, DE 19801

625119_1