IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>STUDENT FINANCE CORPORATION | : <br> : <br> : | |
| Debtor | : <br> : | Civil Action No. 04-1551 (JJF) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION | : <br> : <br> : <br> : | |
| Plaintiff | : <br> : | |
| v. | : <br> : | |
| PEPPER HAMILTON LLP, et al | : <br> : | |
| Defendants | : | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, Peter C. Hughes, a member of the bar of this court, moves the admission *pro hac vice* of Lois H. Goodman, Esquire, of McElroy, Deutsch, Mulvaney and Carpenter LLP, Three Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4079, to represent Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, in this matter.

/s/ Peter C. Hughes
Peter C. Hughes (#4180)
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, Delaware 19801
(302) 571-9800

Dated: November 17, 2005

625382_1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that on this _____ day of _____, 2005, counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

625382_1