IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION<br><br>Debtor<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION<br>Plaintiff<br><br>v.<br><br>PEPPER HAMILTON LLP, et al<br>Defendants | :<br>:<br>:<br>:  Civil Action No. 04-1551 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, Peter C. Hughes, a member of the bar of this court, moves the admission *pro hac vice* of Laura E. Vendzules, Esquire, of Dilworth Paxson LLP, 3200 Mellon Bank Center, 1735 Market Street, Philadelphia, PA, 19103 to represent Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, in this matter.

                                                                                   /s/ Peter C. Hughes
                                                                                   Peter C. Hughes (#4180)
                                                                                   Dilworth Paxson LLP
                                                                                   First Federal Plaza
                                                                                   Suite 500
                                                                                   Wilmington, Delaware 19801
                                                                                   (302) 571-9800

Dated: November 17, 2005

625383_1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that on this _____ day of _____, 2005, counsel's motion for admission *pro hac vice* is granted.

_____<br>
United States District Judge

625383_1