IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>          Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>          Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 04-1551-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Peter C. Hughes, hereby certify that, on November 17, 2005, one correct copy of the Motion and Order for Admission Pro Hac Vice of Laura E. Vendzules was served via first class mail upon all counsel listed on the attached Service List:

                                                Peter C. Hughes (#4180)

Dated: November 17, 2005

625821_1

## SERVICE LIST

William H. Sudell, Jr.
Donna L. Culver
Joanna F. Newdeck
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Stephen J. Shapiro
Elizabeth K. Ainslie
Nicholas J. LePore, III
Bruce P. Merenstein
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Neil G. Epstein
Carol L. Press
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909
*Counsel for W. Roderick Gagné, Pamela Bashore Gagné, Robert L. Bast and the Trusts*

Karen Lee Turner
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, Delaware 19801
*Counsel for W. Roderick Gagné, Pamela Bashore Gagné, Robert L. Bast and the Trusts*

John H. Eickemeyer
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Christopher M. Winter
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
*Counsel for Freed Maxick & Battaglia, CPAs, PC; McGladrey & Pullen LLP and Michael Aquino*

Veronica E. Rendon
Richard P. Swanson
Jason M. Butler
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

626259_1

Tiffany Geyer Lydon
Philip Trainer, Jr.
Carolyn Shelly Hake
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Counsel for Royal Indemnity Company*

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for MBIA*

Andre G. Castaybert
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
*Counsel for MBIA*

Steven M. Farina
Thomas H. L. Selby
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Counsel for McGladrey & Pullen, LLP*

John I. Grossbart
Alan S. Gilbert
Steven L. Merouse
Lisa A. MacVittie
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
*Counsel for Royal Indemnity Company*

Christopher A. Ward
Anthony Saccullo
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

Charles A. Stanziale
Jeffrey T. Testa
Donald Crecca
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079
*SFC Trustee*

626259_1