IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION<br><br>　　　　　　　　　　　　　　　Debtor<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION<br>　　　　　　　　　　　　　　　Plaintiff<br><br>　　　　　　　　v.<br><br>PEPPER HAMILTON LLP, et al<br>　　　　　　　　　　　　　　　Defendants | :<br>:<br>:<br>:   Civil Action No. 04-1551 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, Peter C. Hughes, a member of the bar of this court, moves the admission *pro hac vice* of Michael S. Waters, Esquire, of McElroy, Deutsch, Mulvaney and Carpenter LLP, Three Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4079, to represent Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, in this matter.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Peter C. Hughes
　　　　　　　　　　　　　　　　　　　　　　　Peter C. Hughes (#4180)
　　　　　　　　　　　　　　　　　　　　　　　Dilworth Paxson LLP
　　　　　　　　　　　　　　　　　　　　　　　First Federal Plaza
　　　　　　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　　(302) 571-9800

Dated: November 17, 2005

625392_1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that on this _____ day of _____, 2005, counsel's motion for admission *pro hac vice* is granted.

_____<br>
United States District Judge