## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and I am admitted, practicing and in good standing as a member of the bars of the state of New York and the state of New Jersey. I am also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit and the United States Supreme Court. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Michael S. Waters
McElroy, Deutsch, Mulvany & Carpenter LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ
(973) 622-7711

625392_1