IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHARLES A. STANZIALE, JR., :
Chapter 7 Trustee of Student :
Finance Corporation, :
                               :
      Appellant, :
                               :
    v. : Civil Action No. 04-1551 (JJF)
                               :
PEPPER HAMILTON LLP, :
                               :
      Appellee. :

<u>O R D E R</u>

WHEREAS, the Discovery Conference set for November 18, 2005 has been cancelled;

NOW THEREFORE, IT IS HEREBY ORDERED that a Discovery Conference will be held on **Tuesday, December 13, 2005 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware

November 18, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE