IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION<br><br>Debtor<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION<br>Plaintiff<br><br>v.<br><br>PEPPER HAMILTON LLP, et al<br>Defendants | :<br>:<br>:<br>: Civil Action No. 04-1551 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, Peter C. Hughes, a member of the bar of this court, moves the admission *pro hac vice* of Andrew M. Marble, Esquire, of Dilworth Paxson LLP, 3200 Mellon Bank Center, 1735 Market Street, Philadelphia, PA, 19103 to represent Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, in this matter.

/s/ Peter C. Hughes
_____
Peter C. Hughes (#4180)
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, Delaware 19801
(302) 571-9800

Dated: November 22, 2005

626710_1

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that on this _____ day of _____, 2005, counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

626710_1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, and I am admitted, practicing and in good standing as a member of the bar of the Commonwealth of Pennsylvania. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Andrew M. Marble*

Andrew M. Marble
Dilworth Paxson LLP
1735 Market Street
3200 Mellon Bank Center
Philadelphia, PA 19103-7595
(215) 575-7000

626710_1