IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, | ) ) ) ) | Civil Case No. 04-1551 (JJF) |
| Plaintiff, | ) ) | Judge Joseph J. Farnan, Jr. |
| vs. | ) ) | |
| PEPPER HAMILTON LLP, *et al.*, | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 13, 2005 AT 11:00 A.M.**

**DISCOVERY CONFERENCE**

1.  Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation vs. Pepper Hamilton LLP, W. Roderick Gagne and Pamela Bashore Gagne

Related Document(s):

   (a)    Scheduling Order, entered on September 6, 2005 [Docket No. 41]

   (b)    Order, entered on November 18, 2005 [Docket No. 59]

Status:

   Unless otherwise directed by the Court, the discovery conference will go forward.

Dated:  December 8, 2005
        Wilmington, Delaware

THE BAYARD FIRM

Daniel K. Astin (No. 4068)
Christopher A. Ward (No. 3877)
Ashley B. Stitzer (No. 3891)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

-and-

610878v1

MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Donald J. Crecca
Jeffery Testa
100 Mulberry Street
Newark, NJ 07102-4079

Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee

610878v1

2