## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, do hereby certify that on this 8th day of December, 2005, I caused a true and correct copy of the **Notice of Agenda of Matters Scheduled for Hearing on December 13, 2005 at 11:00 a.m.**, to be served upon the parties listed below in the manner indicated.

**VIA HAND DELIVERY**

David L. Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

William H. Sudell, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellot, LLC
4 East 8th Street, Suite 200
Wilmington, DE 19801

**VIA FACSIMILE & FIRST CLASS U.S. MAIL**

Elizabeth K. Ainslie, Esquire
Nicholas J. LePore, III, Esquire
Bruce P. Merenstein, Esquire
Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 751-2000; (215) 751-2205 (Fax)

Neil G. Epstein, Esquire
Carol L. Press, Esquire
Eckert Seamans Cherin & Mellot, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909
(215) 851-8400; (215) 851-8383 (Fax)

_____
Ashley B. Stitzer (No. 3891)

610878v1

3