IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| STUDENT FINANCE CORPORATION, | : | |
|                 Debtor. | : | |
| _____ | : | Civil Action No. 04-1551(JJF) |
| CHARLES A. STANZIALE, JR., | : | |
| CHAPTER 7 TRUSTEE OF STUDENT | : | |
| FINANCE CORPORATION, | : | |
| | : | |
|                 Plaintiff, | : | |
|      v. | : | |
| | : | |
| PEPPER HAMILTON LLP, et al., | : | |
| | : | |
|               Defendants. | : | |
| _____ | : | |

**NOTICE OF SERVICE**

I, Joanna F. Newdeck, certify that I am not less than 18 years of age, and that service of a copy of **Pepper Hamilton LLP's and W. Roderick Gagné's Responses and Objections to the Trustee's First Request for the Production of Documents** was made on December 12, 2005 upon the parties identified on the attached Service List in the manner indicated.

Dated: December 12, 2005
       Wilmington, Delaware

                                                    */s/ Joanna F. Newdeck*
                                                   Joanna F. Newdeck (No. 4587)
                                                   MORRIS, NICHOLS, ARSHT & TUNNELL
                                                   1201 North Market Street
                                                   P.O. Box 1347
                                                   Wilmington, Delaware 19899-1347
                                                   (302) 658-9200
                                                   (302) 658-3989 (facsimile)

497188