## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,

                Plaintiff,

vs.

PEPPER HAMILTON LLP, *et al.*,

                Defendant.

Civil Case No. 04-1551 (JJF)

Judge Joseph J. Farnan, Jr.

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below, hereby appear as counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, under Section 1109(b) of Chapter 11 of Title 11 of the United States Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and request that an entry be made on the Clerk's Matrix, if any, in this case, and that all notices given or required to be given and all papers served or required to be served be given to and served on:

Daniel K. Astin, Esquire
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone:    (302) 655-5000
Facsimile:    (302) 658-6395
Email:       dastin@bayardfirm.com
              astitzer@bayardfirm.com

611004v1

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated:  December 13, 2005
        Wilmington, Delaware

THE BAYARD FIRM

_____
Daniel K. Astin (No. 4068)
Christopher A. Ward (No. 3877)
Ashley B. Stitzer (No. 3891)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Co-Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee

611004v1

2