```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE

IN RE:                              :
                                    : Chapter 7
STUDENT FINANCE CORPORATION,        :
                                    : Bankruptcy Case No. 02-11620-
        Debtor.                     : JBR
                                    :
_____:_____
CHARLES A. STANZIALE, JR.,          :
CHAPTER 7 TRUSTEE OF STUDENT        :
FINANCE CORPORATION,                :
                                    : Adversary No. 04-58003
        Plaintiff,                  :
                                    : Civil Action No. 05-72-JJF
     v.                             :
                                    :
MCGLADREY & PULLEN, LLP, and        :
MICHAEL AQUINO,                     :
                                    :
        Defendants.                 :
_____:_____
CHARLES A. STANZIALE, JR.,          :
CHAPTER 7 TRUSTEE OF STUDENT        :
FINANCE CORPORATION,                :
                                    : Adversary No. 04-56423
        Plaintiff,                  :
                                    : Civil Action No. 04-1551 JJF
     v.                             :
                                    :
PEPPER HAMILTON LLP, et al.,        :
                                    :
        Defendants.                 :
_____:_____
ROYAL INDEMNITY COMPANY,            :
                                    :
        Plaintiff,                  :
                                    :
     v.                             : Civil Action No. 05-165-JJF
                                    :
PEPPER HAMILTON LLP, et al.,        :
                                    :
        Defendants.                 :
_____:_____
```

```
MBIA INSURANCE CORP., et al.,      :
                                   :
         Plaintiffs,               :
                                   :
    v.                             :
                                   : Civil Action No. 02-1294-JJF
ROYAL INDEMNITY COMPANY,           :
                                   :
         Defendant/Third-Party     :
                Plaintiff,         :
                                   :
    v.                             :
                                   :
STUDENT LOAN SERVICING LLC,        :
et al.,                            :
                                   :
         Third-Party Defendants.   :
```

### O R D E R

WHEREAS, the Court held a discovery conference in these matters on December 13, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Trustee shall, no later than **December 23, 2005,** produce all documents responsive to the subpoena served on him by Royal Indemnity Co. on October 7, 2005;

2. All parties shall respond to discovery requests now pending no later than **January 6, 2006;**

3. The Court will conduct a hearing on **December 28, 2005, at 11:00 a.m.** in Courtroom No. 4B on the 4th floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware, at which the parties may present issues concerning the discovery plan;

4. The Court will schedule a hearing to take place the week of **February 27, 2006**, at which the Court will hear discovery disputes and argument on how to proceed with the issues remaining on remand from the Third Circuit in Civil Action No. 02-1294-JJF.

December 14, 2005  
DATE

UNITED STATES DISTRICT JUDGE