IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PEPPER HAMILTON LLP, *et al.*,<br><br>Defendant. | Civil Case No. 04-1551 (JJF)<br><br>Judge Joseph J. Farnan, Jr. |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 28, 2005 AT 11:00 A.M.**

**DISCOVERY CONFERENCE**

1. Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation vs. Pepper Hamilton LLP, W. Roderick Gagne and Pamela Bashore Gagne

   Status: Unless otherwise directed by the Court, the discovery conference will go forward.

Dated: December 22, 2005
        Wilmington, Delaware

THE BAYARD FIRM

_____
Daniel K. Astin (No. 4068)
Ashley B. Stitzer (No. 3891)
Christopher A. Ward (No. 3877)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

-and-

MCELROY, DEUTSCH, MULVANEY
    & CARPENTER, LLP
Donald J. Crecca
Jeffery Testa
100 Mulberry Street
Newark, NJ 07102-4079

Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee

611690v1