```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE


IN RE:                              :
                                    : Chapter 7
STUDENT FINANCE CORPORATION,        :
                                    : Bankruptcy Case No. 02-11620-
        Debtor.                     : JBR
_____:_____
CHARLES A. STANZIALE, JR.,          :
CHAPTER 7 TRUSTEE OF STUDENT        :
FINANCE CORPORATION,                :
                                    : Adversary No. 04-56423-PBL
        Plaintiff,                  :
                                    : Civil Action No. 04-1551-JJF
    v.                              :
                                    :
PEPPER HAMILTON LLP, et al.,        :
                                    :
        Defendants.                 :
```

## O R D E R

At Wilmington, this 22nd day of December 2005, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. Defendants' Motions To Dismiss (D.I. 19; D.I. 21) are **DENIED** with respect to Counts I, IV, VII, IX, X, and XI of the Complaint;

2. Defendants' Motions To Dismiss (D.I. 19; D.I. 21) are **GRANTED** with respect to Counts II, III, V, VI, and VIII of the Complaint;

3. Count II, deepening insolvency is **DISMISSED**;

4. Count III, negligent misrepresentation is **DISMISSED**;

5. Count V, aiding and abetting a breach of fiduciary duty is **DISMISSED**;

6. Count VI, civil conspiracy, is **DISMISSED**;

7. Count VIII, turnover of estate property, is **DISMISSED**.

_____
UNITED STATES DISTRICT JUDGE