## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                              :
STUDENT FINANCE CORPORATION,                        :
                       Debtor.                :
_____ :      Civil Action No. 04-1551(JJF)
CHARLES A. STANZIALE, JR.,                          :
CHAPTER 7 TRUSTEE OF STUDENT                        :
FINANCE CORPORATION,                                :
                               :
                   Plaintiff,             :
      v.                                            :
                               :
PEPPER HAMILTON LLP, et al.,                        :
                               :
                 Defendants.            :
_____ :

## ENTRY OF APPEARANCE

Kindly enter my appearance as counsel on behalf of Defendants W. Roderick Gagné; Robert L. Bast; Pamela Bashore Gagné; W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan dated January 12, 1994; W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan dated January 12, 1994, FBO W. Roderick Gagné; W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan dated January 12, 1994, FBO Phillip B. Gagné; W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan dated January 12, 1994, FBO Elizabeth L. Gagné; W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan Dated April 8, 1991, FBO W. Roderick Gagné; W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan, Dated April 8, 1991, FBO Phillip B.

Gagné; W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan, dated April 8,

1991, FBO Elizabeth L. Gagné in the above-referenced matter.


ECKERT SEAMANS CHERIN & MELLOTT, LLC


Dated:  December 30, 2005          By:_____
         Wilmington, DE               Susan E. Poppiti (DE No. 4293)
                                      300 Delaware Avenue, Suite 1360
                                      Wilmington, Delaware 19801
                                      Telephone:  (302) 425-0430
                                      Facsimile:   (302) 425-0432


                                      Neil G. Epstein
                                      Carol L. Press
                                      1515 Market Street, 9th Floor
                                      Philadelphia, PA  19102-1909
                                      Telephone:  (215) 851-8400
                                      Facsimile:   (215) 851-8383