IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHARLES A. STANZIALE, JR.,               :
Chapter 7 Trustee of Student             :
Finance Corporation,                     :
                                         :
      Appellant,                         :
                                         :
v.                                       : Civil Action No. 04-1551 (JJF)
                                         :
PEPPER HAMILTON LLP,                     :
                                         :
      Appellee.                          :

O R D E R

WHEREAS, as discussed during the Discovery Conference held on December 28, 2005;

IT IS HEREBY ORDERED that a second Discovery Conference will be held on **Tuesday, February 28, 2006 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

_January 5, 2006_                    _[signature]_
     DATE                          UNITED STATES DISTRICT JUDGE