## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>              Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>              Plaintiff,<br>    v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>              Defendants. | Civil Action No. 04-1551(JJF) |

### STIPULATION EXTENDING
### DEFENDANTS' TIME TO ANSWER COMPLAINT

It is hereby **STIPULATED** and **AGREED** that the time for all defendants to answer the Complaint in the above captioned action is extended to and including January 30, 2006. This Stipulation may be executed by facsimile signature and/or in multiple original counterparts, each of which shall be deemed an original.

| | |
|---|---|
| /s/ Joanna Newdeck<br>William H. Sudell, Jr. (No. 0463)<br>Donna L. Culver (No. 2983)<br>Joanna F. Newdeck (No. 4587)<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>(302) 658-9200<br>(302) 658-3989 (facsimile)<br><br>*Counsel for Pepper Hamilton, LLP and W. Roderick Gagné, in his capacity as an attorney practicing at Pepper Hamilton LLP* | /s/ James J. Rodgers<br>James J. Rodgers<br>Laura E. Vendzules<br>Andrew M. Marble<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, P.A. 19103<br>(215) 575-7000<br>(215) 575-7200 (facsimile)<br><br>*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation* |

_/s/ Susan Poppiti_
Karen Lee Turner, Esquire (DE No. 4332)
Susan E. Poppiti, Esquire (DE No. 4293)
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, Delaware 19801
(302) 425-0430
(302) 425-0432 (Facsimile)

*Counsel for W. Roderick Gagné,
Pamela Bashore Gagné, Robert L. Bast
and the Trusts*


SO ORDERED this ____ day of January 2006.

BY THE COURT:

_____