## CERTIFICATE OF SERVICE

  I, Ashley B. Stitzer, Esquire, certify that I am, and at all times during the service of process, was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this First Amended Complaint was made on January 23, 2006 by electronic notification on the following and by:

☒  **Hand Delivery addressed to:**

William H. Sudell, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellot, LLC
4 East 8th Street, Suite 200
Wilmington, DE 19801

☒  **Mail Service: First Class United States Regular Mail addressed to:**

Elizabeth K. Ainslie, Esquire
Nicholas J. LePore, III, Esquire
Bruce P. Merenstein, Esquire
Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

Neil G. Epstein, Esquire
Carol L. Press, Esquire
Eckert Seamans Cherin & Mellot, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909

☐  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐  Residence Service: By leaving the process with the following adult at:

☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail

  Addressed to the following officer of the defendant at:

615117v1

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 23, 2006

*/s/ Ashley B. Stitzer*
Ashley B. Stitzer (No. 3891)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware  19899
Telephone:  (302) 655-5000

615117v1