## SERVICE LIST

| **HAND DELIVERY** | **FIRST CLASS MAIL** |
|---|---|
| Karen Lee Turner<br>Susan E. Poppitti<br>Carol L. Press<br>Eckert Seamans Cherin & Mellott, LLP<br>4 E. 8th Street, Suite 200<br>Wilmington, DE 19801<br>*(Counsel to Robert L. Bast and Pamela Bashore Gagne )* | Neil G. Epstein<br>Eckert Seamans Cherin & Mellott, LLP<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102<br>*(Counsel to W. Roderick Gagne, Robert L. Bast and Pamela Bashore Gagne)* |
| Peter C. Hughes<br>James Rodgers<br>Dilworth Paxson LLP<br>First Federal Plaza, Suite 500<br>Wilmington, DE 19801<br>*(Counsel to Charles A. Stanziale, Jr. Chapter 7 Trustee of Student Finance Corporation)* | James J. Rodgers<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103<br>*(Counsel to Charles A. Stanziale, Jr. Chapter 7 Trustee of Student Finance Corporation)* |
| David Kevin Astin<br>Ashley Blake Stitzer<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*(Counsel to Charles A. Stanziale, Jr. Chapter 7 Trustee of Student Finance Corporation)* | |

505297