IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| STUDENT FINANCE CORPORATION, | Case No. 02-11620 (WS) |
| Debtor. | |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, Plaintiff, v. PEPPER HAMILTON LLP, ET AL., Defendants. | Civil No. 04-1551 (JJF) |
| ROYAL INDEMNITY COMPANY, Plaintiff, v. PEPPER HAMILTON LLP, ET AL., Defendants. | Civil No. 05-165 (JJF) |

### NOTICE OF DEPOSITION OF DIANE MESSICK

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure defendant Pepper Hamilton LLP will take the deposition upon oral examination of Diane Messick on May 16, 2006, starting at 10:00 a.m., at the offices of Schnader Harrison Segal & Lewis LLP, 824 Market Street, 10th Floor, Suite 1001, Wilmington, Delaware 19801. In accordance with Rule 30(b)(2), the deposition shall be recorded stenographically. The deposition will continue from day to day until completed. All counsel of record are invited to attend and participate.

Dated: February 21, 2006
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Daniel B. Butz*
_____
William H. Sudell, Jr. (No. 0463)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

-and-

Elizabeth K. Ainslie, Esq.
Nicholas J. LePore, III, Esq.
Bruce P. Merenstein, Esq.
Stephen J. Shapiro, Esq.
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 751-2000
(215) 751-2205 (facsimile)

*Counsel for defendants Pepper Hamilton LLP*
*and*
*W. Roderick Gagné, in his capacity as an*
*attorney practicing at Pepper Hamilton LLP*

507889