## SERVICE LIST

**HAND DELIVERY**

Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19801

James L. Holzman
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE  19801

Christopher M. Winter
Duane Morris, LLP
1100 North Market Street
Wilmington, DE  19801

Karen Lee Turner
Susan E. Poppiti
Carol L. Press
Eckert Seamans Cherin & Mellott, LLP
4 E. 8th Street, Suite 200
Wilmington, DE  19801

Peter C. Hughes
James Rodgers
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE  19801

David Kevin Astin
Ashley Blake Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

**FIRST CLASS MAIL**

John I. Grossbart
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL  60606

John H. Eickemeyer
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY  10022

Stephen J. Shapiro
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103

Veronica E. Rendon
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022

Neil G. Epstein
Eckert Seamans Cherin & Mellott, LLP
1515 Market Street, 9th Floor
Philadelphia, PA  19102

James J. Rodgers
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

Michael S. Waters
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102

507906