IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, | ) ) ) ) | Civil Case No. 04-1551 (JJF) |
| Plaintiff, | ) ) | Judge Joseph J. Farnan, Jr. |
| vs. | ) ) ) | |
| PEPPER HAMILTON LLP, *et al.*, | ) ) | |
| Defendant. | ) | |

**NOTICE OF AGENDA OF MATTER SCHEDULED
FOR HEARING ON FEBRUARY 28, 2006 AT 11:00 A.M.**

<u>DISCOVERY CONFERENCE</u>

1. Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation vs. Pepper Hamilton LLP, W. Roderick Gagne and Pamela Bashore Gagne

   <u>Status</u>: Unless otherwise directed by the Court, the discovery conference will go forward.

Dated: February 24, 2006
       Wilmington, Delaware

THE BAYARD FIRM

_____
Daniel K. Astin (No. 4068)
Ashley B. Stitzer (No. 3891)
Christopher A. Ward (No. 3877)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

-and-

MCELROY, DEUTSCH, MULVANEY
    & CARPENTER, LLP
Lois H. Goodman
Michael S. Waters
Donald J. Crecca
Jeffery Testa
100 Mulberry Street
Newark, NJ 07102-4079

Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee

618269v1