# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 14, 2006

The Honorable Joseph J. Farnan, Jr.      VIA E-FILE
United States District Court
844 N. King Street
Wilmington, Delaware 19801

Re: *Royal Indemnity Company vs. Pepper Hamilton LLP, et al.*
*Civil Action Number: 05-165-JJF*
*MBIA Insurance Corp., et al vs. Royal Indemnity Company vs. Student Loan Servicing LLC, et al.*
*Civil Action Number: 02-1294-JJF*
*Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation vs. Pepper Hamilton LLP, et al.*
*Adversary Number: 04-56423 - Civil Action Number: 04-1551-JJF*
*Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation vs. McGladrey & Pullen, LLP, and Michael Aquino*
*Adversary Number: 04-54883 - Civil Action Number: 05-72-JJF*

Dear Judge Farnan:

      We write with respect to the referenced actions, which have been consolidated for pre-trial proceedings. All parties to the referenced actions who have appeared by counsel have agreed to the attached Order for the Protection of Confidential Information. On behalf of all parties who have appeared by counsel, we submit the Order for your consideration, and respectfully request that it be entered should the Court find it acceptable.

      If the Court has any questions or would like additional information concerning the Order for the Protection of Confidential Information, we would be happy to address such matters at the Court's convenience.

Respectfully submitted,

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

TGL/dmf
167538.1

cc: All Counsel on attached Service List

## SERVICE LIST

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | **HAND DELIVERY** |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | **HAND DELIVERY** |
| Peter C. Hughes, Esquire<br>Dilworth Paxson LLP<br>First Federal Plaza, Suite 500<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Christopher A. Ward, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | **HAND DELIVERY** |

John H. Eickemeyer, Esquire                                                VIA FEDERAL EXPRESS
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Elizabeth K. Ainslie, Esquire                                              VIA FEDERAL EXPRESS
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Richard P. Swanson, Esquire                                                VIA FEDERAL EXPRESS
Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

Steven M. Farina, Esquire                                                  VIA FEDERAL EXPRESS
Thomas H.L. Selby
Amber M. Mettler
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC 20005

Andre G. Castaybert, Esquire                                               VIA FEDERAL EXPRESS
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Michael S. Waters, Esquire                                                 VIA FEDERAL EXPRESS
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Neil G. Epstein, Esquire                                                   VIA FEDERAL EXPRESS
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

2

James J. Rodgers, Esquire                                             <u>VIA FEDERAL EXPRESS</u>
Laura E. Vendzules, Esquire
Andrew M. Marble, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595