## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION<br><br>                   Debtor | :<br>:<br>:<br>:<br>:   Civil Action No. 04-1551 (JJF) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION<br>                   Plaintiff<br><br>          v.<br><br>PEPPER HAMILTON LLP, et al<br>                  Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## WITHDRAWAL OF APPEARANCE OF DILWORTH PAXSON LLP
## AND REQUEST FOR REMOVAL FROM SERVICE LIST

The law firm of Dilworth Paxson LLP (the "Dilworth Firm") hereby withdraws its appearance as counsel to Charles A. Stanziale, Jr. as trustee (the "Trustee") in the above-referenced adversary proceeding. The firm of McElroy Deutsch Mulvaney & Carpenter, LLP has entered an appearance as counsel on behalf of the Trustee in these proceedings.

The Dilworth Firm requests that it be removed from all service lists in the above-captioned adversary proceedings.

Dated: March 22, 2006

Respectfully submitted,

_____
Peter C. Hughes (No. 4180)
Dilworth Paxson LLP
One Customs House – Suite 500
704 King Street
P.O. Box 1031
Wilmington, DE 19899
(302) 571-9800

637188_1

and

James J. Rodgers
Laura E. Vendzules
Andrew M. Marble
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103
(215) 575-7000

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

In re:                                              :
STUDENT FINANCE CORPORATION         :
                                                    :
                                      Debtor    :    Civil Action No. 04-1551 (JJF)
_____  :
                                                    :
CHARLES A. STANZIALE, JR.,               :
CHAPTER 7 TRUSTEE OF STUDENT        :
FINANCE CORPORATION                      :
                                    Plaintiff   :
                                                    :
                   v.                               :
                                                    :
PEPPER HAMILTON LLP, et al              :
                                    Defendants  :
_____  :

## CERTIFICATE OF SERVICE

I, Kathleen M. Rodgers, do hereby certify that on this _22nd_ day of March, 2006, I caused

a true and correct copy of the executed *Withdrawal of Appearance of Dilworth Paxson LLP and*

*Request for Removal from Service List*, to be served on the following parties via First Class U.S.

Mail.

William H. Sudell, Jr.
Donna L. Culver
Joanna F. Newdeck
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Counsel for Pepper Hamilton LLP and W. Roderick
Gagné*

Stephen J. Shapiro
Elizabeth K. Ainslie
Nicholas J. LePore, III
Bruce P. Merenstein
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103
*Counsel for Pepper Hamilton LLP and W. Roderick
Gagné*

John I. Grossbart
Alan S. Gilbert
Steven L. Merouse
Lisa A. MacVittie
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
*Counsel for Royal Indemnity Company*

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

637188_1

Neil G. Epstein
Carol L. Press
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909
*Counsel for W. Roderick Gagné,*
*Pamela Bashore Gagné, Robert L. Bast*
*and the Trusts*

Karen Lee Turner
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, Delaware 19801
*Counsel for W. Roderick Gagné,*
*Pamela Bashore Gagné, Robert L. Bast*
*and the Trusts*

Tiffany Geyer Lydon
Philip Trainer, Jr.
Carolyn Shelly Hake
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Counsel for Royal Indemnity Company*

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for MBIA*

Steven M. Farina
Thomas H. L. Selby
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
*Counsel for McGladrey & Pullen, LLP*

Andre G. Castaybert
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
*Counsel for MBIA*

Christopher M. Winter
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
*Counsel for Freed Maxick & Battaglia, CPAs, PC;*
*McGladrey & Pullen LLP and Michael Aquino*

Veronica E. Rendon
Richard P. Swanson
Jason M. Butler
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
*Counsel for McGladrey & Pullen LLP and Michael*
*Aquino*

Charles A. Stanziale
Jeffrey T. Testa
Donald Crecca
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079
*SFC Trustee*

Christopher A. Ward
Anthony Saccullo
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee*
*of Student Finance Corporation*

John H. Eickemeyer
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Kathleen M. Rodgers, Paralegal
DILWORTH PAXSON, LLP
1735 Market Street
3200 Mellon Bank Center
Philadelphia, PA 19103
(215) 575-7000

637188_1