IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>　　　　　　　　　Debtor. | Chapter 7<br><br>Bankruptcy Case No.: 02-11620-JBR |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No.: 04-1551 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 8, 2006, Charles A. Stanziale, Jr., Chapter 7 Trustee of the Estate of Student Finance Corporation, by and through undersigned counsel, served via electronic mail and United States First Class mail copies of the **Second Request for Production of Documents of Charles A. Stanziale, Jr., Chapter 7 Trustee of the Estate of Student Finance Corporation Directed to Pepper Hamilton LLP** on the following:

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellot, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909

Thomas H. L. Selby, Esquire
Williams & Connolly, LLP
725 12th Street NW
Washington, DC 20005

Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103

624952v2

John H. Eickemeyer, Esquire
Vedder Price Kaufman & Kammholz PC
805 Third Avenue
New York, New York 10022
John I. Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
Sears Tower, Suite 7800
233 South Wacker Drive
Chicago, IL 60606

John Bicks, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Andre G. Castaybert, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
Lisa A. Macvittie, Esquire
Sonnenschein Nath & Rosenthal LLP
1301 K. Street, N.W.
East Tower, Suite 600
Washington, DC 20005-3364

Dated:    May 9, 2006
          Wilmington, Delaware

THE BAYARD FIRM

/s/ [signature]

Daniel K. Astin (No. 4068)
Ashley B. Stitzer (No. 3891)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000 (telephone)
(302) 658-6395 (facsimile)

- and -

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711 (telephone)
(973) 622-5314 (facsimile)

Attorneys for Plaintiff, Charles a. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation

624952v2