**ECKERT**
**SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

TEL 302 425 0430
FAX 302 425 0432
www.eckertseamans.com

Karen Lee Turner
215.851.8431
kturner@eckertseamans.com

May 31, 2006

**VIA ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

Re:    **Stanziale v. Pepper Hamilton LLP, et al., No. 04-1551**

Dear Judge Farnan:

This firm represents defendants W. Roderick Gagné, Robert L. Bast, Pamela Bashore Gagné and the seven Trusts named as defendants in the above-captioned civil action. We are writing this letter in response to the Court's May 18, 2006 Order, in which Your Honor directed each party to submit a letter setting forth its position on any issues remaining in dispute after the parties attempted to negotiate a joint scheduling order and deposition coordination plan.

We agree with the positions set forth in the letter being submitted to you on behalf of defendants Pepper Hamilton LLP and W. Roderick Gagné (the "Pepper Defendants"), in which the Pepper Defendants state that they agree with the proposed Case Management Order submitted by Royal, but that they do not agree with the proposed length of depositions in section I.A. of the draft Discovery Coordination Order submitted by Royal, and propose alternative limits on deposition length. We agree to the other terms of the draft Discovery Coordination Order submitted by Royal.

We look forward to answering any questions Your Honor has on our position during the conference on June 1.

Respectfully yours,

*/s/ Karen Lee Turner*

Karen Lee Turner

KLT:bkk

cc:    All counsel on attached service list

M0553458.DOC