IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 7 |
| STUDENT FINANCE CORPORATION, : | |
| : | Bankruptcy Case No. 02-11620 |
| Debtor. : | |
| MBIA INSURANCE CORP. et al., : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 02-1294-JJF |
| ROYAL INDEMNITY COMPANY, : | |
| Defendant. : | |
| CHARLES A. STANZIALE, JR., : | |
| CHAPTER 7 TRUSTEE OF STUDENT : | |
| FINANCE CORPORATION, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 04-1551 JJF |
| PEPPER HAMILTON LLP, et al., : | |
| Defendants. : | |
| ROYAL INDEMNITY COMPANY, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 05-165-JJF |
| PEPPER HAMILTON LLP, et al., : | |
| Defendants. : | |

```
CHARLES A. STANZIALE, JR.,         :
CHAPTER 7 TRUSTEE OF STUDENT       :
FINANCE CORPORATION,               :
                                   :
        Plaintiff,                 :
                                   : Civil Action No. 05-72-JJF
    v.                             :
                                   :
MCGLADREY & PULLEN, LLP, and       :
MICHAEL AQUINO,                    :
                                   :
        Defendants.                :
```

O R D E R

WHEREAS, the Court conducted a Discovery Conference in these cases on Thursday, June 1, 2006;

NOW THEREFORE IT IS HEREBY ORDERED that:

1. All document production shall be completed no later than **Thursday, July 20, 2006**;

2. Deposition discovery shall commence on **Monday, August 21, 2006** and shall be conducted in accordance with the following:

    a. There will be no more than **one hundred (100)** depositions, divided among the parties by agreement;

    b. The maximum time for each deposition shall be **ten (10)** hours;

    c. By a majority vote of the parties, a deposition may be designated as a coordinated deposition;

    d. The maximum time for each coordinated deposition shall be **twenty-one (21)** hours over no more than three consecutive days;

3. Trial shall commence on **Tuesday, October 10, 2007**;

4. Pepper Hamilton et al. may move, not later than **Thursday, July 6, 2006**, for relief based on the opinion of the Third Circuit in <u>Seitz v. Detweiler, Hershey and Assoc., P.C. (In Re: CitX Corp.)</u> No. 05-2760, 2006 U.S. App. LEXIS 13141 (3d Cir. May 26, 2006). Other parties may join Pepper Hamilton's Motion or submit their own as appropriate.

June 7, 2006  
DATE

UNITED STATES DISTRICT JUDGE