IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES A. STANZIALE, JR.,<br>Chapter 7 Trustee of Student Finance Corporation,<br>　　　　　Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-1551-JJF |

## CASE MANAGEMENT ORDER #1

Having considered the submissions of the parties, the following schedule will govern pretrial proceedings unless otherwise amended for good cause shown:

| | | |
|---|---|---|
| 1. | 8/21/06 | Deposition discovery may commence |
| 2. | 2/___/07 | Discovery status conference |
| 3. | 3/12/07 | Parties shall serve brief disclosures regarding subject matter of anticipated expert testimony |
| 4. | 4/06/07 | Close of fact discovery |
| 5. | 4/09/07 | Plaintiffs' expert reports due |
| 6. | 4/30/07 | Defendants' expert reports due |
| 7. | 5/14/07 | Date by which plaintiffs may submit rebuttal expert report |
| 8. | 5/14/07 | Expert discovery may commence |
| 9. | 5/17/07 | Parties may submit letters to the Court regarding issues to be raised on summary judgment |
| 10. | | Status conference regarding issues to be raised on summary judgment |
| 11. | 7/6/07 | Close of expert discovery |
| 12. | 10/02/07 | Pretrial order pursuant to Local Rule 16.4 shall be filed |
| 13. | | Pretrial conference |
| 14. | 10/10/07 | Trial commences |

- 2 -

SO ORDERED this ___ day of _____, 2006.

_____<br>
HONORABLE JOSEPH J. FARNAN, JR.<br>
UNITED STATES DISTRICT JUDGE

170422.1

## CERTIFICATE OF SERVICE

I, Philip Trainer, Jr., Esquire, hereby certify that on the 14th day of June 2006, I caused a copy of the foregoing **CASE MANAGEMENT ORDER #1** to be served upon the parties listed below in the manner indicated.

### HAND DELIVERY

Dan Astin, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Karen L. Turner, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Ave., Ste. 1360
Wilmington, DE  19801

William H. Suddell, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

### FEDERAL EXPRESS

Joanna F. Newdeck, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, DC  20036

/s/ Philip Trainer, Jr.
Philip Trainer, Jr.