IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| STUDENT FINANCE CORPORATION, | : Chapter 7 |
| Debtor. | : Bankruptcy Case No.: 02-11620-JBR |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, | : |
| | : Civil Action No.: 04-1551 (JJF) |
| Plaintiff, | : |
| v. | : |
| PEPPER HAMILTON LLP, et al., | : |
| Defendants. | : |

## AMENDED NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 30, 2006, Charles A. Stanziale, Jr., Chapter 7 Trustee of the Estate of Student Finance Corporation, by and through undersigned counsel, served copies of the **Trustee's Second Request for Production of Documents Directed to the Family Defendants** on the following in the manner indicated:

### VIA ELECTRONIC MAIL AND U.S. MAIL

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellot, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909

### VIA ELECTRONIC MAIL

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103

Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

629195v1

| | |
|---|---|
| John H. Eickemeyer, Esquire<br>Vedder Price Kaufman & Kammholz PC<br>805 Third Avenue<br>New York, New York 10022 | Andre G. Castaybert, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036 |
| John I. Grossbart, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>Sears Tower, Suite 7800<br>233 South Wacker Drive<br>Chicago, IL 60606 | Lisa A. Macvittie, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>1301 K. Street, N.W.<br>East Tower, Suite 600<br>Washington, DC 20005-3364 |

Dated:   July 5, 2006
            Wilmington, Delaware

THE BAYARD FIRM

*/s/ Kay D. Sallie*

Daniel K. Astin (No. 4068)
Ashley B. Stitzer (No. 3891)
Kathryn D. Sallie (No. 4600)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000 (telephone)
(302) 658-6395 (facsimile)

- and -

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711 (telephone)
(973) 622-5314 (facsimile)

Attorneys for Plaintiff, Charles a. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation

629195v1