## CERTIFICATE OF SERVICE

I, Kathryn D. Sallie, do hereby certify that on this 5th day of July, 2006, I caused a true and correct copy of the **Amended Notice of Service** to be served upon the parties listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellot, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909

Lisa A. Macvittie, Esquire
Sonnenschein Nath & Rosenthal LLP
1301 K. Street, N.W.
East Tower, Suite 600
Washington, DC 20005-3364

John H. Eickemeyer, Esquire
Vedder Price Kaufman & Kammholz PC
805 Third Avenue
New York, New York 10022

John I. Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
Sears Tower, Suite 7800
233 South Wacker Drive
Chicago, IL 60606

Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103

Andre G. Castaybert, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

_/s/ Kathryn D. Sallie_
Kathryn D. Sallie (No. 4600)

629195v1