## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **The Pepper Defendants' Motion For Judgment On The Pleadings On Count IV (Professional Malpractice) Of The Trustee's First Amended Complaint And Motion For Partial Judgment On the Pleadings On Count I (Breach Of Fiduciary Duty) Of the Trustee's First Amended Complaint** was caused to be made on July 6, 2006, in the manner indicated upon the entities identified on the attached service list.

Date:   July 6, 2006
         Wilmington, Delaware

_____
Daniel B. Butz (No. 4227)

527532