IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>                     Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>                     Plaintiff,<br><br>                     v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>                     Defendants. | Chapter 7<br><br>Bankruptcy Case No.: 02-11620-JBR<br><br><br><br>Civil Action No.: 04-1551 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 19, 2006, Charles A. Stanziale, Jr., Chapter 7 Trustee of the Estate of Student Finance Corporation, by and through undersigned counsel, served copies of the following:

**Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation's Responses to Defendants Pepper Hamilton LLP's Second Set of Interrogatories**

**Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation's Responses to Defendants Pepper Hamilton LLP's Second Set of Requests for the Production of Documents**

on the following via electronic mail and First Class mail:

Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286

630418v1

-2-

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellot, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909

Dated: July 20, 2006

THE BAYARD FIRM

*/s/*

Daniel K. Astin (No. 4068)
Ashley B. Stitzer (No. 3891)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000 (telephone)
(302) 658-6395 (facsimile)

- and -

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711 (telephone)
(973) 622-5314 (facsimile)

Attorneys for Plaintiff, Charles a. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation

629195v1