## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, do hereby certify that on this 20th day of July, 2006, I caused a true and correct copy of the **Notice of Service** to be served upon the parties listed below via First Class mail.

| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellot, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102-1909 | Stephen J. Shapiro, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103 |
|---|---|

_____
Ashley B. Stitzer (No. 3891)

630418v1