## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, hereby certify that on this 25th day of July, 2006, I caused a copy of the **BRIEF IN OPPOSITION TO MOTION OF PEPPER HAMILTON LLP AND W. RODERICK GAGNÉ TO DISMISS MALPRACTICE COUNT AND LIMIT DAMAGES FOR BREACH OF FIDUCIARY DUTY**, to be served upon the parties listed below in the manners indicated.

**VIA HAND DELIVERY**
William H. Sudell, Jr., Esquire
Donna L. Culver, Esquire
Daniel B. Butz, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellot, LLC
4 East 8th Street, Suite 200
Wilmington, DE 19801

**VIA FIRST CLASS U.S. MAIL**
Elizabeth K. Ainslie, Esquire
Nicholas J. LePore, III, Esquire
Bruce P. Merenstein, Esquire
Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

Neil G. Epstein, Esquire
Carol L. Press, Esquire
Eckert Seamans Cherin & Mellot, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909

_____
Ashley B. Stitzer (No. 3891)

630969v1