# **EXHIBIT A**

Case 1:04-cv-01551-JJF    Document 114-2    Filed 08/08/2006    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| STUDENT FINANCE CORPORATION, | : | |
|                           Debtor. | : | |
| _____ | : | |
| CHARLES A. STANZIALE, JR., | : | |
| CHAPTER 7 TRUSTEE OF STUDENT | : | |
| FINANCE CORPORATION, | : | |
| | : | |
|                           Plaintiff, | : | |
| | : | Civil Action No. 04-1551(JJF) |
|                           v. | : | |
| | : | |
| PEPPER HAMILTON LLP, et al., | : | |
| | : | |
|                           Defendants. | : | |
| _____ | : | |

## ORDER

Upon consideration of **The Pepper Defendants' Motion for Judgment On The Pleadings On Count IV (Professional Malpractice) of the Trustee's First Amended Complaint And Motion For Partial Judgment On The Pleadings On Count I (Breach Of Fiduciary Duty) Of The Trustee's First Amended Complaint** and any response thereto, it is hereby ORDERED that said motion is GRANTED as amended by the Pepper Defendants in their Reply Brief and that:

1.    Partial Judgment is entered in favor of Pepper Hamilton LLP and W. Roderick Gagné on the Trustee's claim for deepening insolvency damages on Count I (Breach of Fiduciary Duty) and Count IV (Professional Malpractice) of the Trustee's First Amended Complaint and, therefore, if the Trustee ultimately prevails on Count I or Count IV, the damages that may be awarded in connection with those Counts shall not exceed, but may be less than, the approximately $3,200,000 in legal fees that Student Finance Corporation paid to Pepper Hamilton LLP, and any supposed above-market rates paid to the Family Defendants that the Trustee is able to prove resulted from the Pepper Defendants' alleged conflicts of interest; and

-3-

        2.      The Trustee is precluded from pursuing or recovering any damages arising from the alleged deepening of Student Finance Corporation's insolvency on any of his claims.

Dated: _____, 2006

                                         _____
                                         The Honorable Joseph J. Farnan, Jr.
                                         United States District Judge