**CERTIFICATE OF SERVICE**

I, William H. Sudell, Jr., certify that I am not less than 18 years of age, and that service of the foregoing **Reply Brief In Support Of The Pepper Defendants' Motion For Judgment On The Pleadings On Count IV (Professional Malpractice) Of The Trustee's First Amended Complaint And Motion For Partial Judgment On The Pleadings On Count I (Breach Of Fiduciary Duty) Of The Trustee's First Amended Complaint** was caused to be made on August 8, 2006, in the manner indicated, upon the individuals identified on the attached service list.

Date:   August 8, 2006                             */s/ William H. Sudell, Jr.*
         Wilmington, Delaware                      William H. Sudell, Jr. (No. 0463)

531985