THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>                    Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>                    Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>                  Defendants. | :<br>:<br>:<br>:<br>:   Civil Action No. 04-1551(JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that I am not less than 18 years of age and that service of a copy of the **Responses of Defendants W. Roderick Gagné, Robert L. Bast, Pamela Bashore Gagné and the Trusts to the Trustee's First Set of Interrogatories to the Family Defendants** was made on August 9, 2006, upon the parties identified on the attached Service List via United States first class regular mail postage prepaid.

                                            ECKERT SEAMANS CHERIN & MELLOTT, LLC

Dated: August 9, 2006          By: *Karen Lee Turner/cep*
                                             Karen Lee Turner, Esquire (DE No. 4332)
                                             300 Delaware Avenue, Suite 1360
                                             Wilmington, Delaware 19801
                                             (302) 425-0430
                                             (302) 425-0432 (Facsimile)

## SERVICE LIST

William H. Sudell, Jr.
Donna L. Culver
Joanna F. Newdeck
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Stephen J. Shapiro
Elizabeth K. Ainslie
Nicholas J. LePore, III
Bruce P. Merenstein
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Tiffany Geyer Lydon
Philip Trainer, Jr.
Carolyn Shelly Hake
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Counsel for Royal Indemnity Company*

John I. Grossbart
Alan S. Gilbert
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
*Counsel for Royal Indemnity Company*

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for MBIA*

John H. Eickemeyer
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Christopher M. Winter
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
*Counsel for Freed Maxick & Battaglia, CPAs, PC; McGladrey & Pullen LLP and Michael Aquino*

Veronica E. Rendon
Richard P. Swanson
Jason M. Butler
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

Daniel K. Astin
Ashley B. Stitzer
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

M0561301.DOC

Andre G. Castaybert  
Ronald Rauchberg  
Steven Obus  
David McTaggart  
Proskauer Rose LLP  
1585 Broadway  
New York, NY 10036  
*Counsel for MBIA*

Charles A. Stanziale  
Jeffrey T. Testa  
Donald Crecca  
Schwartz Tobia & Stanziale, P.A.  
22 Crestmont Road  
Montclair, NJ 07042  
*SFC Trustee*

Michael S. Waters  
Lois H. Goodman  
McElroy, Deutsch, Mulvaney &  
 Carpenter, LLP  
Three Gateway Center  
100 Mulberry Street  
Newark NJ 07102  
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

M0561301.DOC