IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>                      Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>                      Plaintiff,<br><br>              v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>                      Defendants. | Civil Action No.: 04-1551 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 9, 2006, Charles A. Stanziale, Jr., Chapter 7 Trustee of the Estate of Student Finance Corporation, by and through undersigned counsel, served copies of the following:

**Objections and Responses of Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, to the Family's Second Request for Production of Documents**

**Objections and Responses of Trustee, Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp., to the Family's Second Set of Interrogatories**

on the following via United States First Class mail:

| | |
|---|---|
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellot, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102-1909 | John I. Grossbart, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>Sears Tower, Suite 7800<br>233 South Wacker Drive<br>Chicago, IL 60606 |

629195v1

| Stephen J. Shapiro, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 2600<br>Philadelphia, PA 19103 | Veronica E. Rendon, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022 |
|---|---|
| John H. Eickemeyer, Esquire<br>Vedder Price Kaufman & Kammholz PC<br>805 Third Avenue<br>New York, New York 10022 | Andre G. Castaybert, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036 |

Dated: August 10, 2006
Wilmington, Delaware

THE BAYARD FIRM

_/s/ signature_

Daniel K. Astin (No. 4068)
Ashley B. Stitzer (No. 3891)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000 (telephone)
(302) 658-6395 (facsimile)

- and -

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711 (telephone)
(973) 622-5314 (facsimile)

Attorneys for Plaintiff, Charles a. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation

629195v1