## CERTIFICATE OF SERVICE

I, Ashley B. Stitzer, do hereby certify that on this 10th day of August, 2006, I caused a true and correct copy of the **Notice of Service** to be served upon the parties listed below via United States First Class mail.

| | |
|---|---|
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellot, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102-1909 | John I. Grossbart, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>Sears Tower, Suite 7800<br>233 South Wacker Drive<br>Chicago, IL 60606 |
| Stephen J. Shapiro, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 2600<br>Philadelphia, PA 19103 | Veronica E. Rendon, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022 |
| John H. Eickemeyer, Esquire<br>Vedder Price Kaufman & Kammholz PC<br>805 Third Avenue<br>New York, New York 10022 | Andre G. Castaybert, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036 |

_____
Ashley B. Stitzer (No. 3891)

629195v1