## **CERTIFICATE OF SERVICE**

I, Ashley B. Stitzer, hereby certify that on this 24th day of August, 2006, I caused a copy of the **Notice of Subpoena** to be served upon the parties listed below via electronic mail and First Class United States Mail.

| | |
|---|---|
| Michael R. Lastowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022 |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby, Esquire<br>Amber M. Mettler, Esquire<br>Williams & Connolly LLP<br>725 12th Street, N.W.<br>Washington, D.C. 20005 | William H. Sudell, Jr., Esquire<br>Daniel Butz, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19899 |
| Elizabeth Ainslie, Esquire<br>Schneider Harrison Segal & Lewis, LLP<br>1600 Market Street, Suite 2600<br>Philadelphia, PA 19103 | James L. Holzman, Esquire<br>Clayton Athey, Esquire<br>Prickett, Jones & Elliot, P.A.<br>1310 King Street<br>Wilmington, DE 19801 |
| John H. Eickemeyer, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | Tiffany Geyer Lydon, Esquire<br>Philip Trainer, Jr., Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19801 |
| Karen Lee Turner, Esquire<br>Eckert Seamans Cherin & Mellott, LLP<br>4 E. 8th Street, Suite 200<br>Wilmington, DE 19801 | John I. Grossbart, Esquire<br>Sonnenschein, Nath & Rosenthal LLP<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606 |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLP<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102 | John W. Shaw, Esquire<br>Dawn Jones, Esquire<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |

633814v1

| | |
|---|---|
| Andre G. Castaybert, Esquire<br>Steven Obus, Esquire<br>Brian Friedman, Esquire<br>Lisa Bauer, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036 | Michael H. Barr, Esquire<br>Kenneth J. Phaehler, Esquire<br>Robert W. Gifford, Esquire<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 |
| James J. Rodgers, Esquire<br>Laura E. Vendzules, Esquire<br>Andrew M. Marble, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103-7595 | |

_/s/ Ashley B. Stitzer_
Ashley B. Stitzer (No. 3891)

633814v1