## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on September 21, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Phillip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19801

James L. Holzman, Esquire
J. Clayton Athey, Esquire
Prickett Jones & Elliot, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Christopher A. Ward, Esquire
Anthony Saccullo, Esquire
Daniel K. Astin, Esquire
Ashley B. Stitzer, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Peter C. Hughes, Esquire
Dilworth Paxson, LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801

William H. Sudell, Jr., Esquire
Donna L. Culver, Esquire
Joanna F. Newdeck, Esquire
Daniel B. Butz, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Karen Lee Turner, Esquire
Susan E. Poppiti, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

Christopher M. Winter, Esquire
Michael R. Lastkowski, Esquire
Duane Morris, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

I further certify that on September 21, 2006, I caused copies of the foregoing document to be served by hand delivery on the above listed counsel of record and on the following non-registered participants in the manner indicated below:

**BY E-MAIL**

John I. Grossbart, Esquire
Steven L. Merouse, Esquire
Sonnenschein Nath & Rosenthal, LLP
7800 Sears Tower
Chicago, IL 60606

John H. Eickemeyer, Esquire
Marie A. Tieri, Esquire
Jonathan A. Wexler, Esquire
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Neil G. Epstein, Esquire
Carol L. Press, Esquire
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909

Veronica E. Rendon, Esquire
Richard P. Swanson, Esquire
Jason M. Butler, Esquire
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022

Michael S. Waters, Esquire
Lois H. Goodman
Charles A. Stanziale, Esquire
Jeffrey T. Testa, Esquire
Donald Crecca, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102

Kenneth J. Pfaehler, Esquire
Lisa A. MacVittie, Esquire
Sonnenschein Nath & Rosenthal, LLP
1301 "K" Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005

Stephen J. Shapiro, Esquire
Elizabeth K. Ainslie, Esquire
Nicholas J. LePore, III, Esquire
Bruce P. Merenstein, Esquire
Schnader Harrison Segal & Lewis, LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Amber M. Mettler, Esquire
Williams & Connolly, LLP
725 12th Street, N.W.
Washington, DC 20005

James J. Rodgers, Esquire
Sheryl Auerbach, Esquire
Derrick A. Dyer, Esquire
Dilworth Paxson, LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

**BY U.S. MAIL**

Student Loan Servicing LLC
1405 Foulk Road, Suite 102
Wilmington, DE 19803-2769

Andrew N. Yao
107 Leighton Drive
Bryn Mawr, PA 19010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600
jshaw@ycst.com

*Attorneys for MBIA Insurance Corporation and
Wells Fargo Bank Minnesota, N.A.*