# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MBIA INSURANCE CORPORATION, et al.    )
)
    Plaintiffs and    )
    Counterclaim Defendants,    )
)
    v.    )    C.A. No. 02-1294-JJF
)
ROYAL INDEMNITY COMPANY,    )
)
    Defendant and    )
    Counterclaim Plaintiff.    )
)

CHARLES A. STANZIALE, JR.,    )
CHAPTER 7 TRUSTEE OF    )
STUDENT FINANCE CORPORATION,    )
)
    Plaintiff,    )
)
    v.    )    C.A. No. 04-1551-JJF
)
PEPPER HAMILTON LLP, et al.,    )
)
    Defendants.    )
)

CHARLES A. STANZIALE, JR.,    )
CHAPTER 7 TRUSTEE OF    )
STUDENT FINANCE CORPORATION,    )
)
    Plaintiff,    )
)
    v.    )    C.A. No. 05-72-JJF
)
McGLADREY & PULLEN LLP, et al.,    )
)
    Defendants.    )
)

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-165-JJF |
| | ) |
| PEPPER HAMILTON LLP, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF DEPOSITION OF RODGER SAYLOR

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure as well as Discovery Coordination Order #1 entered by the Court on June 19, 2006, plaintiff Royal Indemnity Company will take the deposition upon oral examination of Rodger Saylor on October 30, 2006, starting at 9:30 a.m., at the offices of Sonnenschein Nath & Rosenthal LLP, 1221 Avenue of the Americas, New York, NY 10020. The deposition shall be recorded stenographically and will be videotaped. The deposition will continue from day to day until completed pursuant to the provisions of Discovery Coordination Order #1. All counsel of record are invited to attend and participate.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____

Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
ptrainer@ashby-geddes.com
tlydon@ashby-geddes.com

SONNENSCHEIN NATH & ROSENTHAL LLP
Michael H. Barr
Kenneth J. Pfaehler
Robert W. Gifford
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700

- and -

John I. Grossbart
Steven L. Merouse
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000

*Attorneys for Royal Indemnity Company*

Dated: September 26, 2006
173571.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2006, the attached **NOTICE OF DEPOSITION OF RODGER SAYLOR** was served upon the below-named counsel of record at the address and in the manner indicated:

William H. Sudell, Jr., Esquire                    HAND DELIVERY
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899-1347

James L. Holzman, Esquire                          HAND DELIVERY
J. Clayton Athey, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE  19899

Michael R. Lastkowski, Esquire                     HAND DELIVERY
Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

John W. Shaw, Esquire                              HAND DELIVERY
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19899

Karen Lee Turner, Esquire                          HAND DELIVERY
Susan E. Poppiti, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE  19801

Christopher A. Ward, Esquire                                     HAND DELIVERY
Ashley B. Stitzer, Esquire
Daniel K. Astin, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

John H. Eickemeyer, Esquire                                     VIA FEDERAL EXPRESS
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY  10022

Elizabeth K. Ainslie, Esquire                                   VIA FEDERAL EXPRESS
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Richard P. Swanson, Esquire                                     VIA FEDERAL EXPRESS
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022-4690

Steven M. Farina, Esquire                                       VIA FEDERAL EXPRESS
Thomas H.L. Selby
Amber M. Mettler
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC  20005

Neil G. Epstein, Esquire                                        VIA FEDERAL EXPRESS
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA  19102

Michael S. Waters, Esquire                                      VIA FEDERAL EXPRESS
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079

James J. Rodgers, Esquire                                    VIA FEDERAL EXPRESS
Laura E. Vendzules, Esquire
Andrew M. Marble, Esquire
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia PA 19103-7595


Andre G. Castaybert, Esquire                                 VIA FEDERAL EXPRESS
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299


Student Loan Servicing LLC                                            U.S. MAIL
1405 Foulk Road, Suite 102
Wilmington, DE  19803-2769


Andrew N. Yao                                                        U.S. MAIL
107 Leighton Drive
Bryn Mawr, PA  19010



                                            */s/ Tiffany Geyer Lydon*
                                            _____
170005.1                                    Tiffany Geyer Lydon