UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              :
STUDENT FINANCE CORPORATION,                        :
    Debtor,                       :
                                                    :
_____                 :
                                                    :
CHARLES A. STANZIALE, JR.,                          :
CHAPTER 7 TRUSTEE OF STUDENT                        :
FINANCE CORPORATION,                                :
                                                    :
    Plaintiff,                    :
                                                    :  Civil Action No. 04-1551(JJF)
    v.                            :
                                                    :
PEPPER HAMILTON LLP, et al.,                        :
                                                    :
    Defendants.                   :
                                                    :

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the motion of defendants Pepper Hamilton, LLP's and W. Roderick Gagné (the "Pepper Defendants") to Compel Production of Communications Between the Trustee and Royal and Documents Relating to Compensation Received by the Trustee and any response thereto, it is here **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that, within thirty (30) days of the date of this Order, plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation (the "Trustee"), shall produce the following documents:

    1.    All documents that constitute, memorialize refer or relate to communications between the Trustee (including the Trustee's counsel) on the one hand, and Royal Indemnity Company (including Royal Indemnity Company's counsel) on the other hand

that refer or relate to the Pepper Defendants and/or Student Finance Corporation (including the bankruptcy estate of Student Finance Corporation).

      2.    All documents that discuss or reflect any relationship between the fees received by the law firm McElroy, Deutsch, Mulvaney & Carpenter, LLP, ("McElroy") from the Trustee on the compensation of Charles A. Stanziale, Jr., in his capacity "of counsel" to McElroy.

      3.    All documents that identify or establish the effect of the fees received from the Trustee on the compensation of Charles A. Stanziale, Jr., in his capacity "of counsel" to McElroy.

      4.    All documents that set forth, describe, refer or relate to any consideration or evaluation of the business or fees received or anticipated to be received from the Trustee, at or about the time at which Charles A. Stanziale, Jr., joined McElroy.

_____
Joseph J. Farnan, Jr., U.S.D.J.