## RULE 7.1.1 CERTIFICATE

Pursuant to D. Del. L.R. 7.1.1, this is to certify that counsel for Pepper Hamilton LLP has discussed the subject matter of this motion with counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation and has not been able to reach agreement on the matters therein.

_____
Daniel B. Butz (No. 4227)

539968