IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> STUDENT FINANCE CORPORATION, <br><br> Debtor. | Chapter 7 <br><br> Bankruptcy Case No.: 02-11620-JBR |
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF STUDENT <br> FINANCE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON LLP, et al., <br><br> Defendants. | Civil Action No.: 04-1551 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 4, 2006, Charles A. Stanziale, Jr., Chapter 7 Trustee of the Estate of Student Finance Corporation, by and through undersigned counsel, served copies of the **Third Request for Production of Documents of Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, Directed to the Family Defendants** on the following in the manner indicated:

<u>Via Federal Express</u>
Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellot, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909

<u>Via Hand Delivery</u>
Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE 19801

638121v1

<u>Via Hand Delivery</u>
William H. Sudell, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

<u>Via Federal Express</u>
Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103

Dated:  October 4, 2006
        Wilmington, Delaware

THE BAYARD FIRM

_____
Daniel K. Astin (No. 4068)
Ashley B. Stitzer (No. 3891)
Kathryn D. Sallie (No. 4600)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000 (telephone)
(302) 658-6395 (facsimile)

- and -

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711 (telephone)
(973) 622-5314 (facsimile)

Attorneys for Plaintiff, Charles a. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation