# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al., )<br>)<br>Plaintiffs and )<br>Counterclaim Defendants, )<br>)<br>v. )<br>)<br>ROYAL INDEMNITY COMPANY, )<br>)<br>Defendant and )<br>Counterclaim Plaintiff. ) | C.A. No. 02-1294-JJF |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEPPER HAMILTON LLP, et al., )<br>)<br>Defendants. ) | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>McGLADREY & PULLEN LLP, et al., )<br>)<br>Defendants. ) | C.A. No. 05-72-JJF |

DM3\401256.1

| | |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-165-JJF |
| | ) |
| PEPPER HAMILTON LLP, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DEPOSITION OF DENNIS HALTERMAN

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure as well as Discovery Coordination Order #1 entered by the Court on June 19, 2006, Defendant McGladrey & Pullen LLP will take the deposition upon oral examination of Dennis Halterman on October 18, 2006, starting at 9:30 a.m., at the offices of Schnader Harrison Segal & Lewis, 1600 Market Street, Philadelphia, PA. The deposition shall be recorded stenographically and will be videotaped. The deposition will continue from day to day until completed pursuant to the provisions of Discovery Coordination Order #1. All counsel of record are invited to attend and participate.

DUANE MORRIS LLP

Michael R. Lastkowski (Bar No. 3892)
Christopher M. Winter (Bar No. 4163)
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801
Phone: (302) 657-4900
MLastowski@duanemorris.com
CMWinter@duanemorris.com

- and -

DM3\401256.1

ARNOLD & PORTER LLP
Richard P. Swanson
Veronica E. Rendon
Jason M. Butler
399 Park Avenue
New York, New York 10022
(212) 715-1000

WILLIAMS & CONNOLLY LLP
Steven M. Farina
Thomas H.L. Selby
Amber M. Mettler
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Attorneys for McGladrey & Pullen LLP and Michael Aquino*

Dated: October 5, 2006

DM3\401256.1