## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October, 2006, the attached **NOTICE OF DEPOSTION OF DENNIS HALTERMAN** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | HAND DELIVERY |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliot, P.A.<br>1310 King Street<br>Wilmington, DE 19899 | HAND DELIVERY |
| Philip Trainer, Jr., Esquire<br>Tiffany Geyer Lydon, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | HAND DELIVERY |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | HAND DELIVERY |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE 19801 | HAND DELIVERY |
| Christopher A. Ward, Esquire<br>Ashley B. Stitzer, Esquire<br>Daniel K. Astin, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | HAND DELIVERY |

DM3\401256.1

| | |
|---|---|
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | <u>VIA FEDERAL EXPRESS</u> |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103 | <u>VIA FEDERAL EXPRESS</u> |
| Michael H. Barr, Esquire<br>Kenneth J. Pfaehler, Esquire<br>Robert W. Gifford, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY 10022-1089 | <u>VIA FEDERAL EXPRESS</u> |
| John I. Grossbart, Esquire<br>Steven L. Merouse, Esquire<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606 | <u>VIA FEDERAL EXPRESS</u> |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102 | <u>VIA FEDERAL EXPRESS</u> |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079 | <u>VIA FEDERAL EXPRESS</u> |
| James J. Rodgers, Esquire<br>Laura E. Vendzules, Esquire<br>Andrew M. Marble, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103-7595 | <u>VIA FEDERAL EXPRESS</u> |

| | |
|---|---|
| Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 | <u>VIA FEDERAL EXPRESS</u> |
| Dennis Halterman<br>1200 State Hwy E, No. 70<br>Cherry Hill, NJ 08002 | <u>VIA FEDERAL EXPRESS</u> |
| Student Loan Servicing LLC<br>1405 Foulk Road, Suite 102<br>Wilmington, DE 19803-2769 | <u>U.S. MAIL</u> |
| Andrew N. Yao<br>107 Leighton Drive<br>Bryn Mawr, PA 19010 | <u>U.S. MAIL</u> |

_____
Christopher M. Winter