IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Bankruptcy Case No.: 02-11620 (KJC) |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, *et al.*,<br><br>Defendants. | Civil Action No.: 04-1551 (JJF)<br><br>**RE: DOCKET NO. 133** |

**STIPULATED ORDER EXTENDING PLAINTIFF'S
DEADLINE TO RESPOND TO MOTION TO COMPEL**

WHEREAS, on October 4, 2006, Pepper Hamilton LLP and W. Roderick Gagne (the "Defendants") filed the **Motion to Compel Production of Communications between the Trustee and Royal and Documents Relating to Compensation Received by the Trustee** [Docket No. 133] (the "Motion").

WHEREAS, counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee (the "Plaintiff") of Student Finance Corporation requested an extension of time to respond to the Motion; and

NOW THEREFORE, Plaintiff and Defendant hereby stipulate and agree that the deadline by which the Plaintiff must respond to the Motion is extended through and including October 30, 2006.

639156v1

**STIPULATED AND AGREED TO BY:**

Dated:    October 18, 2006

| | |
|---|---|
| THE BAYARD FIRM | MORRIS, NICHOLS, ARST & TUNNELL LLP |
| | |
| /s/ Mary E. Augustine | /s/ Donna L. Culver |
| Daniel K. Astin (No. 4068) | William H. Sudell, Jr., Esq. |
| Mary E. Augustine (No. 4477) | Donna L. Culver,, Esq. |
| 222 Delaware Avenue, Suite 900 | Daniel B. Butz, Esq. |
| Wilmington, Delaware 19899 | 1201 North Market Street |
| (302) 655-5000 (telephone) | Wilmington, Delaware 19899-1347 |
| (302) 658-6395 (facsimile) | |
| | -and- |
| - and - | |
| | Elizabeth K. Ainslie, Esq. |
| Michael S. Waters, Esquire | Nicholas J. LePore, III, Esq. |
| Lois H. Goodman, Esquire | Bruce P. Merenstein, Esq. |
| McElroy, Deutsch, Mulvaney & | Stephen J. Shapiro, Esq. |
| Carpenter, LLP | SCHNADER HARRISON SEGAL & LEWIS LLP |
| Three Gateway Center | 1600 Market Street, Suite 2600 |
| 100 Mulberry Street | Philadelphia, Pennsylvania 19103 |
| Newark, New Jersey 07102-4079 | |
| (973) 622-7711 (telephone) | |
| (973) 622-5314 (facsimile) | |
| | |
| Counsel for Plaintiff, Charles a. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation | Counsel for Pepper Hamilton LLP and W. Roderick Gagne |

SO ORDERED this _____ day of _____, 2006

_____
United States District Court Judge

639156v1

-2-