**CERTIFICATE OF SERVICE**

I, Mary E. Augustine, do hereby certify that on this 18th day of October 2006, I caused a true and correct copy of the **Stipulation Extending Plaintiff's Deadline to Respond to Motion to Compel**, to be served upon the parties listed below in the manner indicated.

**VIA HAND DELIVERY**

William H. Sudell, Jr., Esq.
Donna L. Culver,, Esq.
Daniel B. Butz, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

**FIRST CLASS U.S. MAIL**

Elizabeth K. Ainslie, Esquire
Nicholas J. LePore, III, Esquire
Bruce P. Merenstein, Esquire
Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

/s/ Mary E. Augustine
Mary E. Augustine (No. 4477)

639156v1