IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>Debtor.<br><br>CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, *et al.*,<br><br>Defendants. | :<br>:<br>: Chapter 7<br>:<br>: Bankruptcy Case No.: 02-11620 (KJC)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No.: 04-1551 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**TRUSTEE'S MOTION FOR A PROTECTIVE ORDER
AND TO COMPEL DISCOVERY**

Charles A. Stanziale, Jr., Chapter 7 Trustee (the "Trustee") of Student Finance Corporation, hereby files this motion for a protective order and to compel discovery (the "Motion"). In support of the Motion, the Trustee incorporates herein by reference the Brief in Opposition to Pepper Hamilton's Motion to Compel and in Support of Trustee's Motion for a Protective Order and to Compel Discovery (the "Brief").

641213v1

WHEREFORE, the Trustee respectfully requests that the Court grant the relief requested in this Motion and the Brief and any such other relief as is just.

        THE BAYARD FIRM

        */s/ M. Augustine*
        Daniel K. Astin (No. 4068)
        Mary E. Augustine (No. 4477)
        222 Delaware Avenue, Suite 900
        Wilmington, Delaware 19899
        (302) 655-5000 (telephone)
        (302) 658-6395 (facsimile)

        - and -

        Michael S. Waters, Esquire
        Lois H. Goodman, Esquire
        Candice E. Chesson, Esquire
        McElroy, Deutsch, Mulvaney &
        Carpenter, LLP
        Three Gateway Center
        100 Mulberry Street
        Newark, New Jersey 07102-4079
        (973) 622-7711 (telephone)
        (973) 622-5314 (facsimile)

        Counsel for Plaintiff, Charles a.
        Stanziale, Jr., Chapter 7 Trustee for
        Student Finance Corporation