**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : |
| | : |
| STUDENT FINANCE | : Chapter 7 |
| CORPORATION, | : |
| | : Bankruptcy Case No.: 02-11620 (KJC) |
| Debtor. | : |
| | : |
| | : |
| CHARLES A. STANZIALE, JR., | : |
| CHAPTER 7 TRUSTEE OF STUDENT | : Civil Action No.:  04-1551 (JJF) |
| FINANCE CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : **FILED UNDER SEAL** |
| | : |
| PEPPER HAMILTON LLP, et al., | : |
| | : |
| Defendants. | : |

**APPENDIX OF EXHIBITS TO BRIEF IN OPPOSITION TO PEPPER
HAMILTON'S MOTION TO COMPEL AND IN SUPPORT OF TRUSTEE'S
MOTION FOR PROTECTIVE ORDER AND TO COMPEL DISCOVERY**

THE BAYARD FIRM
Daniel K. Astin (No. 4068)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000 (telephone)

MCELROY, DEUTSCH,
MULVANEY & CARPENTER, LLP
Michael S. Waters, Esquire
Lois H. Goodman, Esquire
Candice E. Chesson, Esquire
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711 (telephone)

Attorneys for Plaintiff, Charles a. Stanziale, Jr.,
Chapter 7 Trustee for Student Finance Corporation

641184v1

# THIS DOCUMENT WAS FILED UNDER SEAL