**CERTIFICATE OF SERVICE**

I, Mary E. Augustine, do hereby certify that on this 30th day of October 2006, I caused a true and correct copy of the *Appendix of Exhibits to Brief in Opposition to Pepper Hamilton's Motion to Compel and in Support of Trustee's Motion for Protective Order and to Compel Discovery* to be served upon the parties listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**
Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellot, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102-1909

**VIA FIRST CLASS U.S. MAIL**
Veronica E. Rendon, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

**VIA FIRST CLASS U.S. MAIL**
Thomas H. L. Selby, Esquire
Williams & Connolly, LLP
725 12th Street NW
Washington, DC 20005

**VIA FIRST CLASS U.S. MAIL**
Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103

**VIA FIRST CLASS U.S. MAIL**
John H. Eickemeyer, Esquire
Vedder Price Kaufman & Kammholz PC
805 Third Avenue
New York, New York 10022

**VIA FIRST CLASS U.S. MAIL**
Andre G. Castaybert, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

**VIA FIRST CLASS U.S. MAIL**
John I. Grossbart, Esquire
Sonnenschein Nath & Rosenthal LLP
Sears Tower, Suite 7800
233 South Wacker Drive
Chicago, IL 60606

**VIA FIRST CLASS U.S. MAIL**
Lisa A. Macvittie, Esquire
Sonnenschein Nath & Rosenthal LLP
1301 K. Street, N.W.
East Tower, Suite 600
Washington, DC 20005-3364

**VIA FIRST CLASS U.S. MAIL**
John Bicks, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

**VIA HAND DELIVERY**
William H. Sudell, Jr., Esq.
Donna L. Culver,, Esq.
Daniel B. Butz, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

641184v1

**VIA FIRST CLASS U.S. MAIL**
Elizabeth K. Ainslie, Esquire
Nicholas J. LePore, III, Esquire
Bruce P. Merenstein, Esquire
Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

_____
Mary E. Augustine (No. 4477)

641184v1