# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et al. | ) <br> ) <br> ) |
| Plaintiffs and <br> Counterclaim Defendants, | ) <br> ) <br> ) |
| v. | ) C.A. No. 02-1294-JJF <br> ) |
| ROYAL INDEMNITY COMPANY, | ) <br> ) |
| Defendant and <br> Counterclaim Plaintiff. | ) <br> ) <br> ) |

| | |
|---|---|
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF <br> STUDENT FINANCE CORPORATION, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 04-1551-JJF <br> ) |
| PEPPER HAMILTON LLP, et al., | ) <br> ) |
| Defendants. | ) <br> ) |

| | |
|---|---|
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF <br> STUDENT FINANCE CORPORATION, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 05-72-JJF <br> ) |
| McGLADREY & PULLEN LLP, et al., | ) <br> ) |
| Defendants. | ) <br> ) |

|  |  |  |
|---|---|---|
| ROYAL INDEMNITY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-165-JJF |
| PEPPER HAMILTON LLP, et al. | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF CANCELLATION OF DEPOSITION OF MARK HARRIS

PLEASE TAKE NOTICE that, plaintiff Royal Indemnity Company has canceled the deposition of Mark Harris previously scheduled for November 9, 2006, at 9:30 a.m., at the offices of Ashby & Geddes, 222 Delaware Avenue, 17th Floor, Wilmington, Delaware 19801.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
ptrainer@ashby-geddes.com
tlydon@ashby-geddes.com

- 3 -

          SONNENSCHEIN NATH & ROSENTHAL LLP
          Michael H. Barr
          Kenneth J. Pfaehler
          Robert W. Gifford
          1221 Avenue of the Americas
          New York, New York 10020-1089
          (212) 768-6700

          - and -

          John I. Grossbart
          Steven L. Merouse
          8000 Sears Tower
          233 S. Wacker Drive
          Chicago, Illinois 60606
          (312) 876-8000

          *Attorneys for Royal Indemnity Company*

Dated: November 2, 2006
174791.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of November, 2006, the attached **NOTICE OF CANCELLATION OF DEPOSITION OF MARK HARRIS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801 | HAND DELIVERY |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899 | HAND DELIVERY |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE  19801 | HAND DELIVERY |

| | |
|---|---|
| Daniel K. Astin, Esquire<br>Meg Augustine, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | HAND DELIVERY |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | VIA FEDERAL EXPRESS |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | VIA FEDERAL EXPRESS |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | VIA FEDERAL EXPRESS |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby<br>Amber M. Mettler<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005 | VIA FEDERAL EXPRESS |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102 | VIA FEDERAL EXPRESS |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079 | VIA FEDERAL EXPRESS |

|  |  |
|---|---|
| James J. Rodgers, Esquire<br>Laura E. Vendzules, Esquire<br>Andrew M. Marble, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103-7595 | VIA FEDERAL EXPRESS |
| Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY  10036-8299 | VIA FEDERAL EXPRESS |
| Student Loan Servicing LLC<br>1405 Foulk Road, Suite 102<br>Wilmington, DE  19803-2769 | U.S. MAIL |
| Andrew N. Yao<br>107 Leighton Drive<br>Bryn Mawr, PA  19010 | U.S. MAIL |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

170005.1

3