# Exhibit D

Case 1:04-cv-01551-JJF    Document 163-7    Filed 11/02/2006    Page 1 of 2

# REDACTED