IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>        Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>        Defendants. | Civil Action No. 04-1551(JJF) |

## NOTICE OF SERVICE [RE: D.I. 164 AND 165]

PLEASE TAKE NOTICE that on November 6, 2006, that copies of the following were served upon the parties identified on the attached service list in the manner indicated.

1. **Reply Brief In Support Of Motion To Compel Production Of Communications Between The Trustee And Royal And Documents Relating To Compensation Received By The Trustee (D.I. 164); and**

2. **Appendix Accompanying Reply Brief In Support of Motion To Compel Production Of Communications Between The Trustee And Royal And Documents Relating To Compensation Received By The Trustee (D.I. 165).**

Dated: November 6, 2006
      Wilmington, Delaware

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            /s/ *[signature]*
                            William H. Sudell, Jr., Esq. (No. 0463)
                            Donna L. Culver (No. 2983)
                            Daniel B. Butz (No. 4227)
                            1201 North Market Street
                            P.O. Box 1347
                            Wilmington, Delaware 19899-1347
                            (302) 658-9200

                            (302) 658-3989 (facsimile)

                            - and -

                            Elizabeth K. Ainslie, Esq.
                            Nicholas J. LePore, III, Esq.
                            Bruce P. Merenstein, Esq.
                            Stephen J. Shapiro, Esq.
                            SCHNADER HARRISON SEGAL & LEWIS LLP
                            1600 Market Street, Suite 3600
                            Philadelphia, Pennsylvania 19103
                            (215) 751-2000
                            (215) 751-2205 (facsimile)

                            *Counsel for defendant Pepper Hamilton LLP*
                            *and W. Roderick Gagné*

544449