UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>　　　Debtor, | :<br>:<br>:<br>: |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br>　　　Plaintiff,<br>　　v.<br>PEPPER HAMILTON LLP, et al.,<br>　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-1551(JJF)<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATION EXTENDING TIME FOR BRIEFING IN CONNECTION WITH THE TRUSTEE'S MOTION FOR A PROTECTIVE ORDER AND TO COMPEL DISCOVERY

It is hereby **STIPULATED** and **AGREED** that the time for defendants Pepper Hamilton LLP and W. Roderick Gagné to file a brief in response to the Trustee's Motion for Protective Order and To Compel Discovery (D.I. # 156) (the "Motion") is extended to and including November 28, 2006.

It is further **STIPULATED** and **AGREED** that the time for the Trustee to file a reply brief in support of the Motion is extended to and including December 11, 2006.

This Stipulation may be executed by facsimile signature and/or in multiple original counterparts, each of which shall be deemed an original.

_____
William H. Sudell, Jr. (No. 0463)
Daniel B. Butz (No. 4227)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

_____
Daniel K. Astin
Mary E. Augustine
THE BAYARD FIRM
222 Delaware Ave
Suite 900
Wilmington, DE 19899
(302) 655-5000
(302) 658-6395 (facsimile)

*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

SO ORDERED:

_____
Joseph J. Farnan, Jr., U.S.D.J.