IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| STUDENT FINANCE | : | Chapter 7 |
| CORPORATION, | : | |
| | : | Bankruptcy Case No.: 02-11620 (KJC) |
| Debtor. | : | |
| | : | |
| CHARLES A. STANZIALE, JR., | : | |
| CHAPTER 7 TRUSTEE OF STUDENT | : | |
| FINANCE CORPORATION, | : | |
| | : | Civil Action No.: 04-1551 (JJF) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **Re: Docket Nos. 156, 157** |
| PEPPER HAMILTON LLP, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATION PURSUANT TO D. DEL. L.R. 7.1.1.

Counsel for Charles A. Stanziale, Jr., chapter 7 trustee (the "Chapter 7 Trustee") of Student Finance Corporation, hereby certifies pursuant to D. Del. L.R. 7.1.1., that counsel for the Chapter 7 Trustee has made a reasonable effort to reach agreement with counsel for Pepper Hamilton LLP regarding the matters set forth in the *Trustee's Motion for a Protective Order and to Compel Discovery* [Docket No. 156] and the *Brief in Opposition to Pepper Hamilton's Motion to Compel and in Support of Trustee's Motion for a Protective Order and to Compel Discovery* [Docket No. 157] (the "Brief"). Notwithstanding, the parties have been unable to reach an agreement on the matters therein.

643745-1

| | |
|---|---|
| Dated: November 22, 2006 | McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP |
| | |
| | /s/ Michael S. Waters |
| | Michael S. Waters, Esquire |
| | Lois H. Goodman, Esquire |
| | Candice E. Chesson, Esquire |
| | Three Gateway Center |
| | 100 Mulberry Street |
| | Newark, New Jersey 07102-4079 |
| | (973) 622-7711 (telephone) |
| | (973) 622-5314 (facsimile) |
| | |
| | -and- |
| | |
| | Charlene D. Davis (No. 2336) |
| | Mary E. Augustine (No. 4477) |
| | THE BAYARD FIRM |
| | 222 Delaware Avenue, Suite 900 |
| | Wilmington, Delaware 19899 |
| | (302) 655-5000 (telephone) |
| | (302) 658-6395 (facsimile) |
| | |
| | Counsel for Plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation |