IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>                Debtor. | :<br>:<br>:<br>: |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>               Plaintiff,<br>   v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>              Defendants. | Civil Action No. 04-1551(JJF) |

## NOTICE OF SERVICE [RE: D.I. 178 AND 179]

PLEASE TAKE NOTICE that on November 28, 2006, that copies of the following were served upon the parties identified on the attached service list in the manner indicated.

1. **Brief In Response To Motion By Plaintiff For A Protective Order And To Compel Discovery (D.I. 178); and**

2. **Appendix Accompanying Brief In Response To Motion By Plaintiff For A Protective Order And To Compel Discovery (D.I. 179).**

Dated: November 28, 2006
      Wilmington, Delaware

                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Daniel B. Butz*
                              William H. Sudell, Jr., Esq. (No. 0463)
                              Donna L. Culver (No. 2983)
                              Daniel B. Butz (No. 4227)
                              1201 North Market Street
                              P.O. Box 1347
                              Wilmington, Delaware 19899-1347
                              (302) 658-9200

                              (302) 658-3989 (facsimile)


                              - and -

                              Elizabeth K. Ainslie, Esq.
                              Nicholas J. LePore, III, Esq.
                              Bruce P. Merenstein, Esq.
                              Stephen J. Shapiro, Esq.
                              SCHNADER HARRISON SEGAL & LEWIS LLP
                              1600 Market Street, Suite 3600
                              Philadelphia, Pennsylvania 19103
                              (215) 751-2000
                              (215) 751-2205 (facsimile)

                              *Counsel for defendant Pepper Hamilton LLP*
                              *and W. Roderick Gagné*

547216