UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION<br><br>Debtor.<br>_____<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON, LLP, et al.,<br><br>Defendants.<br>_____ | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 04-1551 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

THIS MATTER having been raised by motion filed by plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation ("Trustee"), to Compel Production of Documents from defendants Pepper Hamilton LLP and W. Roderick Gagné (collectively referred to as "Pepper"), and Pepper having consented to the *in camera* review of certain of the documents sought, and the Court having considered the submissions and the arguments of the parties, and for good cause shown;

IT IS on this _____ day of _____, 2006;

ORDERED that, within twenty days of the date of this Order, Pepper shall produce to the Trustee documents sufficient to identify and establish the effect of the fees received from SFC (or its related entities, as well as Andrew Yao) on the compensation paid to W.

Roderick Gagné ("Gagné") by Pepper Hamilton, such documents to include but not be limited to originations, billings, receipts, hours worked, etc., as well as actual compensation received by Gagné, for the years 1997-2003; and it is further

ORDERED that, within twenty days of the date of this Order, Pepper shall provide to the Court for *in camera* review, documents 1, 2, 8, 10, 13-31, 33-68, 72-97, 99-100, and 152, listed on Pepper's privilege log, as to which Pepper has consented; and it is further

ORDERED that, within twenty days of the date of this Order, Pepper shall provide to the Court for *in camera* review, documents 135-36, 141-42, and 146, listed on Pepper's privilege log, as to which Pepper has not consented.

_____
Joseph J. Farnan, Jr., U.S.D.J.