## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on this 11th day of December, 2006, I caused a copy of the **Reply Brief of the Trustee in Support of His Motion to Compel**, to be served upon the parties listed below in the manners indicated.

**VIA HAND DELIVERY**

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Donna L. Culver, Esquire<br>Daniel B. Butz, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Karen Lee Turner, Esquire<br>Eckert Seamans Cherin & Mellot, LLC<br>4 East 8th Street, Suite 200<br>Wilmington, DE 19801 |
| Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE 19899 |
| Tiffany Geyer Lydon, Esquire<br>Philip Trainer, Jr., Esquire<br>Carolyn Shelly Hake, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | John W. Shaw, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |

**VIA FIRST CLASS U.S. MAIL**

| | |
|---|---|
| Elizabeth K. Ainslie, Esquire<br>Nicholas J. LePore, III, Esquire<br>Bruce P. Merenstein, Esquire<br>Stephen J. Shapiro, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103 | Neil G. Epstein, Esquire<br>Carol L. Press, Esquire<br>Eckert Seamans Cherin & Mellot, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102-1909 |
| Veronica E. Rendon, Esquire<br>Richard P. Swanson, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022 | Andre G. Castaybert, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036 |

645748-1

| | |
|---|---|
| John I. Grossbart, Esquire<br>Alan S. Gilbert, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, IL 60606 | Steven M. Farina, Esquire<br>Thomas H.L. Selby, Esquire<br>Williams & Connolly LLP<br>725 12th Street, N.W.<br>Washington, DC 20005 |
| John H. Eickemeyer, Esquire<br>Marie A. Tieri, Esquire<br>Vedder Price Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | |

Mary E. Augustine (No. 4477)

645748-1