# McElroy, Deutsch, Mulvaney & Carpenter, LLP
### ATTORNEYS AT LAW

THREE GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102-4079
(973) 622-7711
FACSIMILE (973) 622-5314

MICHAEL S. WATERS
Direct Dial: (973) 565-2011
E-mail: mwaters@mdmc-law.com

December 22, 2006

*ELECTRONICALLY FILED*

Honorable Joseph J. Farnan, Jr., U.S.D.J.
Unites States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, Delaware 19801

> Re:   In Re: *Student Finance Corporation*
>       *Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*
>       *vs. Pepper Hamilton LLP, et al.*
>       Civil Action Number: 04-1551 (JJF)

Dear Judge Farnan:

The Trustee's pending motion to compel includes a request that Pepper Hamilton be ordered to produce documents sufficient to determine the effect of the representation of SFC on Roderick Gagné's compensation. Pepper Hamilton had responded that such documents did not exist. Pepper Hamilton has now produced documents which the Trustee regards as sufficient to make that determination and, accordingly, that portion of the motion is moot. A revised form of order is submitted.

Respectfully submitted,

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Michael S. Waters

MSW:dmc
Enclosure
cc:   All Counsel on Attached Service List (w/encl.)

## SERVICE LIST VIA ELECTRONIC MAIL

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>wsudell@mnat.com | Donna L. Culver, Esquire<br>dculver@mnat.com |
| Daniel B. Butz, Esquire<br>dbutz@mnat.com | Karen Lee Turner, Esquire<br>kturner@eckertseamans.com |
| J. Clayton Athey, Esquire<br>jcathey@prickett.com | James L. Holzman, Esquire<br>jholzman@prickett.com |
| Christopher M. Winter, Esquire<br>cmwinter@duanemorris.com | Tiffany Geyer Lydon, Esquire<br>tlydon@ashby-geddes.com |
| Philip Trainer, Jr., Esquire<br>ptrainer@ashby-geddes.com | Carolyn Shelly Hake, Esquire<br>chake@ashby-geddes.com |
| John W. Shaw, Esquire<br>jshaw@ycst.com | Elizabeth K. Ainslie, Esquire<br>eainslie@schnader.com |
| Nicholas J. LePore, III, Esquire<br>nlepore@schnader.com | Bruce P. Merenstein, Esquire<br>bmerenstein@schnader.com |
| Stephen J. Shapiro, Esquire<br>sshapiro@schnader.com | Neil G. Epstein, Esquire<br>nepstein@eckertseamans.com |
| Carol L. Press, Esquire<br>cpress@eckertseamans.com | Veronica E. Rendon, Esquire<br>Veronica.Rendon@aporter.com |
| Richard P. Swanson, Esquire<br>Richard.Swanson@aporter.com | Jason M. Butler, Esquire<br>Jason.Butler@aporter.com |
| Andre G. Castaybert, Esquire<br>acastaybert@proskauer.com | John I. Grossbart, Esquire<br>jgrossbart@sonnenschein.com |
| Alan S. Gilbert, Esquire<br>agilbert@sonnenschein.com | Steven M. Farina, Esquire<br>sfarina@wc.com |
| Thomas H.L. Selby, Esquire<br>tselby@wc.com | John H. Eickemeyer, Esquire<br>jeickemeyer@vedderprice.com |
| Marie A. Tieri, Esquire<br>mtieri@vedderprice.com | |

647175-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION<br><br>Debtor.<br><br>———————————————<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON, LLP, et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 04-1551 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

THIS MATTER having been raised by plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation ("Trustee"), for a Protective Order and to Compel Production of Documents, and the Court having considered the submissions and the arguments of the parties;

IT IS on this _____ day of _____, 2006;

ORDERED that the motion of defendants Pepper Hamilton LLP and W. Roderick Gagne to compel production of communications between the Trustee and Royal and documents relating to compensation received by the Trustee, is hereby DENIED; and it is further

ORDERED that the Trustee's motion for a Protective Order is hereby GRANTED and Pepper Hamilton, LLP is precluded from obtaining discovery of communications between Royal and the Trustee or regarding the compensation of the Trustee; and it is further

ORDERED that, within twenty (20) days of the date of this Order, Pepper Hamilton, LLP shall provide to the Court, all of the documents listed on Pepper Hamilton's privilege log, for in camera review.

_____
Joseph J. Farnan, Jr., U.S.D.J.