## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORP., et al. | : |
| | : C. A. No. 02-1294-JJF |
| Plaintiffs and | : |
| Counterclaim Defendants, | : |
| | : |
| v. | : |
| | : |
| ROYAL INDEMNITY COMPANY | : |
| | : |
| Defendant. and | : |
| Counterclaim Plaintiff. | : |
| | : |
| | : |
| | : |
| ROYAL INDEMNITY COMPANY | : |
| | : |
| Third Party Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ANDREW N. YAO, et al. | : |
| | : |
| | : |
| Counter-Defendants. | : |
| | : |
| | : |
| ROYAL INDEMNITY COMPANY | : |
| | : |
| Counter-Claimant, | : |
| | : |
| v. | : |
| | : |
| MBIA BANK, et al. | : |
| | : |
| | : |
| Counter-Defendants. | : |
| | : |

| | |
|---|---|
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF <br> STUDENT FINANCE CORP. <br><br> Plaintiff, <br><br> v. <br><br> PEPPPER HAMILTON LLP, et al. | : C.A. No. 04-1551-JJF <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| CHARLES A. STANZIALE, JR., <br> CHAPTER 7 TRUSTEE OF <br> STUDENT FINANCE CORP. <br><br> Plaintiff, <br><br> v. <br><br> McGLADREY & PULLEN LLP, et al. <br><br> Defendants, | : C.A. No. 05-72-JJF <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| ROYAL INDEMNITY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON LLP, et al. <br><br> Defendants. | : <br> : <br> : C.A. No. 05-165-JJF <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF DEPOSITION OF MICHELE SHEDRICK

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules

of Civil Procedure as well as Discovery Coordination Order #1 entered by the Court on

June 19, 2006, Plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance

Corporation, will take the deposition upon oral examination of Michele Shedrick,

beginning on January 30, 2007 at 10:00 a.m. a the offices of McElroy, Deutsch,

Mulvaney & Carpenter, LLC, 1 Penn Center – Suburban Station, 1617 JFK Boulevard,

Suite 1500, Philadelphia, PA 19103-1815. The deposition shall be recorded

stenographically and will be videotaped. The deposition will continue from day to day

until completed pursuant to the provisions of the Discovery Coordination Order #1. All

counsel of record are invited to attend and participate.

Dated: January 19, 2007                    Respectfully submitted,
     Wilmington, Delaware
                                     THE BAYARD FIRM


                                     s/ Charlene Davis
                                     Charlene Davis, Esq. (No. 2336 )
                                     Mary E. Augustine, Esq (4477)
                                     222 Delaware Avenue, Suite 900
                                     P.O. Box 25130
                                     Wilmington, DE 19899
                                     (302) 655-5000
                                     (302) 658-6395
                                     cdavis@bayardfirm.com

                                     and

                                     Alyssa Cimino, Esq.
                                     McElroy, Deutsch, Mulvaney & Carpenter,
                                     LLP
                                     Three Gateway Center
                                     100 Mulberry Street
                                     Newark, New Jersey 07102-4079
                                     (973) 622-7711
                                     (973) 622-5314

                                     Attorneys for Plaintiff, Charles A. Stanziale,
                                     Jr., Chapter 7 Trustee for Student Finance
                                     Corporation