# IN CAMERA DOCUMENTS