IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBIA INSURANCE CORPORATION, et al. | ) | |
| | ) | |
| Plaintiffs and | ) | |
| Counterclaim Defendants, | ) | |
| | ) | |
| v. | ) | C.A. No. 02-1294-JJF |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW N. YAO, et al. | ) | |
| | ) | |
| Third-Party Defendants. | ) | |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MBIA BANK, et al. | ) | |
| | ) | |
| Counter-Defendants. | ) | |

| | |
|---|---|
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION<br><br>      Plaintiff,<br><br>      v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>      Defendants. | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION<br><br>      Plaintiff,<br><br>      v.<br><br>McGLADREY & PULLEN LLP, et al.<br><br>      Defendants. | C.A. No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY,<br><br>      Plaintiff,<br><br>      v.<br><br>PEPPER HAMILTON LLP, et al.<br><br>      Defendants. | C.A. No. 05-165-JJF |

## NOTICE OF DEPOSITION OF ROB SCHROF

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure as well as Discovery Coordination Order #1 entered by the Court on June 19, 2006, defendant Pepper Hamilton LLP will take the deposition upon oral examination of Rob Schrof, beginning on February 21, 2007 at 9:30 a.m. at the offices of Schnader Harrison Segal &

Lewis LLP, 1600 Market Street, Suite 3600, Philadelphia, PA 19103. The deposition shall be recorded stenographically and will be videotaped. The deposition will continue from day to day until completed pursuant to the provisions of Discovery Coordination Order #1. All counsel of record are invited to attend and participate.

Dated: February 7, 2007  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Daniel B. Butz
William H. Sudell, Jr. (No. 0463)  
Daniel B. Butz (No. 4227)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, Delaware 19899-1347  
(302) 658-9200  
(302) 658-3989 (fax)

-and-

Elizabeth K. Ainslie, Esq.  
Nicholas J. LePore, III, Esq.  
Bruce P. Merenstein, Esq.  
Stephen J. Shapiro, Esq.  
SCHNADER HARRISON SEGAL & LEWIS LLP  
1600 Market Street, Suite 3600  
Philadelphia, Pa. 19103  
(215) 751-2000  
(215) 751-2205 (fax)

Counsel for defendants Pepper Hamilton LLP and W. Roderick Gagné