**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MBIA INSURANCE CORPORATION, et al. | ) | |
| | ) | |
| Plaintiffs and | ) | |
| Counterclaim Defendants, | ) | |
| | ) | |
| v. | ) | C.A. No. 02-1294-JJF |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaim Plaintiff. | ) | |
| | ) | |
| CHARLES A. STANZIALE, JR., | ) | |
| CHAPTER 7 TRUSTEE OF | ) | |
| STUDENT FINANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1551-JJF |
| | ) | |
| PEPPER HAMILTON LLP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CHARLES A. STANZIALE, JR., | ) | |
| CHAPTER 7 TRUSTEE OF | ) | |
| STUDENT FINANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-72-JJF |
| | ) | |
| McGLADREY & PULLEN LLP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | )
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-165-JJF |
| | ) |
| PEPPER HAMILTON LLP, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF DEPOSITION OF BARBARA MCDONALD PALMERI

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Royal Indemnity Company will take the deposition upon oral examination of Barbara McDonald Palmeri on March 9, 2007, starting at 9:30 a.m., at the offices of Morris Nichols Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, Delaware 19801. The deposition shall be recorded stenographically and may be videotaped. The deposition will continue from day to day until completed. All counsel of record are invited to attend and participate.

        ASHBY & GEDDES

        */s/ Tiffany Geyer Lydon*

        Philip Trainer, Jr. (I.D. #2788)
        Tiffany Geyer Lydon (I.D. #3950)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, Delaware 19899
        (302) 654-1888
        ptrainer@ashby-geddes.com
        tlydon@ashby-geddes.com

SONNENSCHEIN NATH & ROSENTHAL LLP
Michael H. Barr
Kenneth J. Pfaehler
Robert W. Gifford
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700

- and -

John I. Grossbart
Steven L. Merouse
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000

*Attorneys for Royal Indemnity Company*

Dated: March 1, 2007
178391.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2007, the attached **NOTICE OF DEPOSITION OF BARBARA MCDONALD PALMERI** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| James L. Holzman, Esquire<br>J. Clayton Athey, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE  19899 | HAND DELIVERY |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE  19801 | HAND DELIVERY |
| John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19899 | HAND DELIVERY |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE  19801 | HAND DELIVERY |

| | |
|---|---|
| Charlene M. Davis, Esquire<br>Ashley B. Stitzer, Esquire<br>Mary E. Augustine, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | HAND DELIVERY |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>805 Third Avenue<br>New York, NY 10022 | FEDERAL EXPRESS |
| Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | FEDERAL EXPRESS |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 | FEDERAL EXPRESS |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby<br>Amber M. Mettler<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005 | FEDERAL EXPRESS |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA 19102 | FEDERAL EXPRESS |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079 | FEDERAL EXPRESS |

| | |
|---|---|
| James J. Rodgers, Esquire<br>Laura E. Vendzules, Esquire<br>Andrew M. Marble, Esquire<br>Dilworth Paxson LLP<br>3200 Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103-7595 | <u>FEDERAL EXPRESS</u> |
| Andre G. Castaybert, Esquire<br>Ronald Rauchberg, Esquire<br>Steven Obus, Esquire<br>David McTaggart, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY  10036-8299 | <u>FEDERAL EXPRESS</u> |
| Student Loan Servicing LLC<br>1405 Foulk Road, Suite 102<br>Wilmington, DE  19803-2769 | <u>U.S. MAIL</u> |
| Andrew N. Yao<br>107 Leighton Drive<br>Bryn Mawr, PA  19010 | <u>U.S. MAIL</u> |

*/s/ Tiffany Geyer Lydon*

Tiffany Geyer Lydon

171237.1