IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: :<br>STUDENT FINANCE CORPORATION, :<br>    Debtor. :<br>_____ :<br>CHARLES A. STANZIALE, JR., :<br>CHAPTER 7 TRUSTEE OF STUDENT :<br>FINANCE CORPORATION, :<br>    :<br>    Plaintiff, :<br>  v. :<br>    :<br>PEPPER HAMILTON LLP, et al., :<br>    :<br>    Defendants. :<br>_____: | Civil Action No. 04-1551(JJF) |

## NOTICE OF SERVICE

I, Daniel B. Butz , certify that I am not less than 18 years of age, and that a copy of **Defendant Pepper Hamilton LLP's Third Set of Interrogatories Directed to Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation,** was served on March 2, 2007, upon the parties identified on the attached service list in the manner indicated.

Dated: March 2, 2007
         Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/ Daniel B. Butz
William H. Sudell, Jr., Esq. (No. 0463)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
(302) 658-3989 (facsimile)

*Counsel for defendant Pepper Hamilton
LLP and W. Roderick Gagné*