THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          :
STUDENT FINANCE CORPORATION,                    :
                    Debtor.  :
_____            :   Civil Action No. 04-1551(JJF)
CHARLES A. STANZIALE, JR.,                      :
CHAPTER 7 TRUSTEE OF STUDENT                    :
FINANCE CORPORATION,                            :
                                                :
                    Plaintiff,  :
    v.                                        :
                                                :
PEPPER HAMILTON LLP, et al.,                    :
                                                :
                  Defendants. :

## NOTICE OF SERVICE

    I, the undersigned, hereby certify that I am not less than 18 years of age and that service of a copy of the **Third Set of Interrogatories by Defendants W. Roderick Gagné, Robert L. Bast, Pamela Bashore Gagné and the Trusts Directed to Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation** was made on March 9, 2007, upon the parties identified on the attached Service List via United States first class regular mail postage prepaid.

                              ECKERT SEAMANS CHERIN & MELLOTT, LLC

Dated: March 9, 2006            By: _/s/ Karen Lee Turner_
                                          Karen Lee Turner, Esquire (DE No. 4332)
                                          300 Delaware Avenue, Suite 1210
                                          Wilmington, Delaware 19801
                                          (302) 425-0430
                                          (302) 425-0432 (Facsimile)

M0585763.DOC

## RVICE LIST

William H. Sudell, Jr.
Donna L. Culver
Joanna F. Newdeck
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Stephen J. Shapiro
Elizabeth K. Ainslie
Nicholas J. LePore, III
Bruce P. Merenstein
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Tiffany Geyer Lydon
Philip Trainer, Jr.
Carolyn Shelly Hake
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
*Counsel for Royal Indemnity Company*

John I. Grossbart
Alan S. Gilbert
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
*Counsel for Royal Indemnity Company*

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for MBIA*

John H. Eickemeyer
Vedder, Price, Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

James L. Holzman
J. Clayton Athey
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Christopher M. Winter
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
*Counsel for Freed Maxick & Battaglia, CPAs, PC; McGladrey & Pullen LLP and Michael Aquino*

Veronica E. Rendon
Richard P. Swanson
Jason M. Butler
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

Charlene M. Davis
Ashley B. Stitzer
Mary E. Augustine
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

M0585763.DOC

Andre G. Castaybert
Ronald Rauchberg
Steven Obus
David McTaggart
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
*Counsel for MBIA*

Charles A. Stanziale
Jeffrey T. Testa
Donald Crecca
McElroy, Deutsch, Mulvaney &
  Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark NJ 07102
*SFC Trustee*

Michael S. Waters
Lois H. Goodman
McElroy, Deutsch, Mulvaney &
  Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark NJ 07102
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

M0585763.DOC