IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>                   Debtor. | Chapter 7<br><br>Bankruptcy Case No. 02-11620 (KJC) |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>                   Plaintiff,<br><br>                   v.<br><br>PEPPER HAMILTON LLP, *et al.*,<br><br>                   Defendants. | Civil Action No. 04-1551 (JJF) |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>                   Plaintiff,<br><br>                   v.<br><br>McGLADREY & PULLEN LLP, *et al.*,<br><br>                   Defendants. | Civil Action No. 05-72 (JJF) |
| ROYAL INDEMNITY COMPANY,<br><br>                   Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, *et al.*,<br><br>                   Defendants. | Civil Action No. 05-165 (JJF) |

654597-1

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 12, 2007, Charles A. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation, by and through undersigned counsel, served copies of a **Letter Disclosing the Subject Matters Requiring Expert Testimony at Trial** upon the below individuals via electronic mail.

| | |
|---|---|
| Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>Jason.Butler@aporter.com<br>*Counsel for McGladrey & Pullen LLP and Michael Aquino* | Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis, LLP<br>eainslie@schnader.com<br>*Counsel for Pepper Hamilton LLP and W. Roderick Gagne* |
| Stephen J. Shapiro, Esquire<br>Schnader Harrison Segal & Lewis, LLP<br>sshapiro@schnader.com<br>*Counsel for Pepper Hamilton LLP and W. Roderick Gagne* | Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>nepstein@eckertseamans.com<br>*Counsel for W. Roderick Gagne', Pamela Bashore Gagne', Robert L. Bast and the Trusts* |
| Carol L. Press, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>cpress@eckertseamans.com<br>*Counsel for W. Roderick Gagne', Pamela Bashore Gagne', Robert L. Bast and the Trusts* | Veronica E. Rendon, Esquire<br>Arnold & Porter LLP<br>Veronica.Rendon@aporter.com<br>*Counsel for McGladrey & Pullen LLP and Michael Aquino* |
| Steven Merouse, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>smerouse@sonnenschein.com<br>*Counsel for Royal Indemnity Company* | John H. Eickemeyer, Esquire<br>Vedder Price Kaufman & Kammholtz, P.C.<br>jeickemeyer@vedderprice.com<br>*Counsel for Freed Maxick & Battaglia, CPA's PC* |
| Andre G. Castaybert, Esquire<br>Proskauer Rose LLP<br>acastaybert@proskauer.com<br>*Counsel for MBIA* | John I. Grossbart, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>jgrossbart@sonnenschein.com<br>*Counsel for Royal Indemnity Company* |
| Thomas H.L. Selby, Esquire<br>Williams & Connolly LLP<br>tselby@wc.com<br>*Counsel for McGladrey & Pullen LLP* | |

Dated: March 15, 2007

THE BAYARD FIRM

_____
Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

-and-

Lois Goodman, Esquire
MCELROY, DEUTSCH, MULVANEY &
CARPENTER LLP
3 Gateway Center
Newark, NJ 07102
Telephone: (973) 565-2079
Facsimile: (973) 622-5314

Counsel for Charles A. Stanziale, Jr., Chapter 7
Trustee of Student Finance Corporation