IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 7 |
| STUDENT FINANCE CORPORATION, | : |
| | : Bankruptcy Case No. 02-11620 |
| Debtor. | : |
| | : |
| CHARLES A. STANZIALE, JR., | : |
| CHAPTER 7 TRUSTEE OF STUDENT | : |
| FINANCE CORPORATION, | : |
| | : Adversary No. 04-56423 |
| Plaintiff, | : |
| | : Civil Action No. 04-1551 JJF |
| v. | : |
| | : |
| PEPPER HAMILTON LLP, et al., | : |
| | : |
| Defendants. | : |

**ORDER**

    WHEREAS, on October 30, 2006, the Trustee filed a Motion For A Protective Order And To Compel Discovery (D.I. 156) requesting the Court to order Defendant Pepper Hamilton to produce for <u>in camera</u> review certain documents which Defendant had designated as protected by the attorney-client privilege;

    WHEREAS, on February 7, 2007, the Court held a discovery status conference after which the Court orally granted the Trustee's Motion For A Protective Order And To Compel Discovery (D.I. 156) to the extent that the Court would review documents <u>in camera</u>;

    WHEREAS, Defendant submitted the documents (31, 33, 38, 39, 152 and redacted documents numbered 135, 136, 141, 142, and 146 on its privilege log) and the <u>in camera</u> review has been completed by the Court;

WHEREAS, by letter dated March 12, 2007, counsel for Defendant informed the Court that all counsel had stipulated that Defendant's voluntary production of the "May 15, 2002 draft memorandum" (documents 31 and 33 on Defendant's privilege log) did not constitute a waiver of Defendant's attorney-client privilege with respect to other documents or issues;

NOW THEREFORE, IT IS HEREBY ORDERED that the Trustee's discovery request with respect to the "May 15, 2002 draft memorandum" within its Motion To Compel (D.I. 156) is **DENIED** as moot;

IT IS FURTHER ORDERED that the additional documents submitted by Defendant for in camera review are protected by the attorney-client privilege.

March 16, 2007

_____
UNITED STATES DISTRICT JUDGE

2