IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1551-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### FIRST AMENDED CASE MANAGEMENT ORDER #1

Having considered the submissions and stipulations of the parties, the following amended schedule supersedes the June 19, 2006 Case Management Order #1 and will govern pretrial proceedings unless otherwise amended for good cause shown:

| | | |
|---|---|---|
| 1. | 8/21/06 | Deposition discovery may commence |
| 2. | 2/7/07 | Discovery status conference |
| 3. | 3/12/07 | Parties shall serve brief disclosures regarding the subject matters of anticipated expert testimony |
| 4. | 3/16/07 | Date by which all written discovery must be propounded. |
| 5. | 4/30/07 | Close of fact discovery |
| 6. | 5/7/07 | Plaintiffs' expert reports due |
| 7. | 6/4/07 | Defendants' expert reports due |
| 8. | 6/18/07 | Date by which plaintiffs may submit rebuttal expert reports |
| 9. | 6/18/07 | Expert discovery may commence |
| 10. | 6/21/07 | Parties may submit letters to the Court regarding issues to be raised on summary judgment |

| 11. | TBD | Status conference regarding issues to be raised on summary judgment |
|---|---|---|
| 12. | 8/6/2007 | Close expert discovery |
| 13. | 9/6/07 | Pretrial conference |
| 14. | 10/02/07 | Pretrial order pursuant to Local Rule 16.4 shall be filed |
| 15. | 10/10/07 | Trial commences |

SO ORDERED this ____ day of _____, 2007

_____
United States District Judge