# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MBIA INSURANCE CORPORATION, et al. | ) | |
| | ) | |
| Plaintiffs and Counterclaim Defendants, | ) | |
| | ) | |
| v. | ) | C.A. No. 02-1294-JJF |
| | ) | |
| ROYAL INDEMNITY COMPANY, | ) | |
| | ) | |
| Defendant and Counterclaim Plaintiff. | ) | |
| | ) | |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1551-JJF |
| | ) | |
| PEPPER HAMILTON LLP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-72-JJF |
| | ) | |
| McGLADREY & PULLEN LLP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

|  |  |
|---|---|
| ROYAL INDEMNITY COMPANY, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) C.A. No. 05-165-JJF |
|  | ) |
| PEPPER HAMILTON LLP, et al. | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## NOTICE OF SECOND DEPOSITION OF W. RODERICK GAGNÉ

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Royal Indemnity Company will take the deposition upon oral examination of W. Roderick Gagné on April 27, 2007, starting at 10:00 a.m., at the offices of Schnader Harrison Segal & Lewis LLP, 1600 Market Street, Suite 3600, Philadelphia, PA 19103.  The deposition shall be recorded stenographically and may be videotaped.  The deposition will continue from day to day until completed.  All counsel of record are invited to attend and participate.

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*

Philip Trainer, Jr. (I.D. #2788)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
ptrainer@ashby-geddes.com
tlydon@ashby-geddes.com

SONNENSCHEIN NATH & ROSENTHAL LLP
Michael H. Barr
Kenneth J. Pfaehler
Robert W. Gifford
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700

- and -

John I. Grossbart
Steven L. Merouse
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000

*Attorneys for Royal Indemnity Company*

Dated: April 12, 2007
179658.1