## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE:<br><br>STUDENT FINANCE CORPORATION,<br><br>           Debtor. | :<br>: Chapter 7<br>:<br>: Bankruptcy Case No. 02-11620 (KJC)<br>: |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>           Plaintiff,<br><br>      v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>           Defendants. | :<br>:<br>: Civil Action No. 04-1551 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation (the "Trustee"), moves before this Court for leave to file a Second Amended Complaint in the form attached hereto as Exhibit A to re-assert a claim for aiding and abetting breach of a fiduciary duty against Defendants, Pepper Hamilton LLP and W. Roderick Gagné.[1]

The Trustee relies on the accompanying Brief and the Certification of Michael S. Waters in support of his Motion for leave to file a Second Amended Complaint.

May 4, 2007

THE BAYARD FIRM

Charlene D. Davis, Esquire (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000

-and-

---

[1] A form of Second Amended Complaint, reflecting the differences in blackline, is attached hereto as Exhibit B.

659092-1

Michael S. Waters, Esquire
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079
(973) 622-7711

*Counsel for Plaintiff Charles A. Stanziale, Jr.,*
*Chapter 7 Trustee*

659092-1