IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Bankruptcy Case No. 02-11620-KJC |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON, LLP, et al.,<br><br>Defendants. | Civil Action No. 04-1551-JJF |

## ORDER

THIS MATTER having been raised by plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation ("Trustee"), for Leave to File a Second Amended Complaint, and the Court having considered the submissions and any response thereto; and for good cause;

IT IS on this _____ day of _____, 2007;

ORDERED that the motion of plaintiff Trustee for Leave to File a Second Amended Complaint is hereby GRANTED; and it is further

ORDERED that the Trustee's Second Amended Complaint shall be deemed filed as of the date of this Order.

_____
Joseph J. Farnan, Jr., U.S.D.J.

659099-1