IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>STUDENT FINANCE CORPORATION,<br><br>Debtor.<br><br>CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>Defendants. | : Chapter 7<br>:<br>:<br>: Bankruptcy Case No. 02-11620 (KJC)<br>:<br>:<br>:<br>: Civil Action No. 04-1551 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATION OF MICHAEL S. WATERS IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

MICHAEL S. WATERS, of full age, hereby certifies as follows:

1. I am an attorney of the State of New Jersey and a member of the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Charles A. Stanziale, Jr., Chapter 7 Trustee (the "Trustee").

2. I submit this Certification in support of the Trustee's Motion for leave to file a Second Amended Complaint to re-assert a claim for aiding and abetting breach of a fiduciary duty against Defendants, Pepper Hamilton LLP and W. Roderick Gagné.

3. Attached hereto as Exhibit A is a true copy of the Court's Order and Opinion of December 22, 2005, dismissing Count V (aiding and abetting a breach of fiduciary duty) of the Complaint.

631196v1

4.  Attached hereto as Exhibit B is a copy of the proposed Second Amended Complaint, which the Trustee seeks leave to file and indicates in what respect it differs from the First Amended Complaint, by bracketing materials to be deleted and underlining materials to be added on pages 1, 50 and 51.

5.  Attached hereto as Exhibit C is a copy of the proposed Second Amended Complaint re-asserting a claim for aiding and abetting breach of a fiduciary duty against Defendants, Pepper Hamilton LLP and W. Roderick Gagné, which the Trustee seeks leave to file.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Michael S. Waters

Dated: May 4, 2007

631196v1