## CERTIFICATE OF SERVICE

I, Charlene D. Davis, hereby certify that on this 4th day of May, 2007, I caused a copy of the **Motion for Leave to File Second Amended Complaint; Plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation's Brief in Support of Motion for Leave to File Second Amended Complaint; and the Certification of Michael S. Waters in Support of Motion for Leave to File Second Amended Complaint** to be served upon the parties listed below in the manner indicated.

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| David E. Wilks, Esquire<br>Reed Smith, LLP<br>1201 North Market Street, Suite 1500<br>Wilmington, DE  19801 | HAND DELIVERY |
| Michael R. Lastkowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris, LLP<br>1100 North Market Street, Sutie 1200<br>Wilmington, DE 19801 | HAND DELIVERY |
| John W. Shaw, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | HAND DELIVERY |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert, Seamans, Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE  19801 | HAND DELIVERY |
| Philip Trainer, Jr., Esquire<br>Tiffany Geyer Lydon, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19899 | HAND DELIVERY |

659092-1

| | |
|---|---|
| Elizabeth K. Ainslie, Esquire<br>Schnader, Harrison, Segal & Lewis, LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA   19103 | REGULAR MAIL |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | REGULAR MAIL |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter, LLP<br>399 Park Avenue<br>New York, NY   10022-4690 | REGULAR MAIL |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby, Esquire<br>Amber M. Mettler, Esquire<br>Williams & Connolly, LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005 | REGULAR MAIL |
| Neil G. Epstein, Esquire<br>Eckert, Seamans, Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA   19102 | REGULAR MAIL |
| Michael H. Barr, Esquire<br>Kenneth J. Pfaehler, Esquire<br>Sonnenschein, Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>New York, NY   10020-1089 | REGULAR MAIL |
| Alan S. Gilbert, Esquire<br>John I. Grossbart, Esquire<br>Sonnenschein, Nath & Rosenthal, LLP<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, Illinois 60606 | REGULAR MAIL |

659092-1

Andre G. Castaybert, Esquire
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036-8299

REGULAR MAIL

*Charlene D. Davis (No. 2336)*

659092-1