IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>        Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>        Plaintiff,<br>  v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>        Defendants. | :<br>:<br>:<br>:<br>: Civil Action No. 04-1551(JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

  I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of a copy of **Pepper Hamilton LLP's and W. Roderick Gagné's Objections and Responses to the Trustee's Interrogatories and Document Requests to Pepper Hamilton LLP and W. Roderick Gagné** was made on May 7, 2007, upon the parties identified on the attached Service List in the manner indicated.

Dated: May 7, 2007
   Wilmington, Delaware

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Daniel B. Butz*
                William H. Sudell, Jr., Esq. (No. 0463)
                Daniel B. Butz (No. 4227)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, Delaware 19899-1347
                (302) 658-9200
                (302) 658-3989 (facsimile)

                *Counsel for defendant Pepper Hamilton LLP*
                *and W. Roderick Gagné*