# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Bankruptcy Case No.: 02-11620 (KJC) |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>Defendants. | Civil Action No.: 04-1551 (JJF) |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

PLEASE TAKE NOTICE that on May 7, 2007, Charles A. Stanziale, Jr., chapter 7 trustee (the "Trustee") of the estate of Student Finance Corporation, by and through undersigned counsel, served copies of the following documents upon the attached service list via electronic mail.

- Second Supplemental Objections and Responses of Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, to Defendant Pepper Hamilton LLP's First Set of Interrogatories

- Objections and Responses of Charles A. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corp., to the Third Set of Interrogatories by the Family Defendants

- Objections and Responses of Charles A. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corp., to the Third Set of Request for Production of Documents by the Family Defendants

659464-1

- Objections and Responses of Charles A. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corp., to the First Set of Requests for Admissions by the Family Defendants

PLEASE TAKE FURTHER NOTICE that on May 8, 2007, the Trustee served copies of the above documents upon the attached service list via United States First Class Mail.

Dated:    May 9, 2007
          Wilmington, Delaware

THE BAYARD FIRM

*/s/ Charlene D. Davis*
Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000 (telephone)
(302) 658-6395 (facsimile)

- and -

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711 (telephone)
(973) 622-5314 (facsimile)

Attorneys for Plaintiff, Charles a. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation

## *SERVICE LIST*

Stephen J. Shapiro, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103
sshapiro@schnader.com
Counsel for Pepper Hamilton LLP and W. Roderick Gagne

John I. Grossbart, Esq.
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
jgrossbart@sonnenschein.com
Counsel for Royal Indemnity Company

Neil G. Epstein, Esq.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, Pennsylvania 19102
nepstein@eckertseamans.com
Counsel for W. Roderick Gagne, Pamela Bashore Gagne, Robert L. Bast and the Trusts

Veronica E. Rendon, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022
veronica.rendon@aporter.com
Counsel for McGladrey & Pullen LLP and Michael Aquino

John H. Eickemeyer, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway
(at 50th Street)
47th Floor
New York, New York 10019
jeickemeyer@vedderprice.com
Counsel for Freed Maxick & Battaglia, CPAs, PC

Andre G. Castaybert, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
acastaybert@proskauer.com
Counsel for MBIA (Wells Fargo)