## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| STUDENT FINANCE | : | Chapter 7 |
| CORPORATION, | : | |
| | : | Bankruptcy Case No.: 02-11620 (KJC) |
| Debtor. | : | |
| | : | |
| | : | |
| CHARLES A. STANZIALE, JR., | : | |
| CHAPTER 7 TRUSTEE OF STUDENT | : | Civil Action No.: 04-1551 (JJF) |
| FINANCE CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PEPPER HAMILTON LLP, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE OF EXPERT DISCOVERY

PLEASE TAKE NOTICE that on May 7, 2007, Charles A. Stanziale, Jr., chapter

7 trustee (the "Trustee") of the estate of Student Finance Corporation, by and through

undersigned counsel, served copies of the following documents upon the attached service

list via electronic mail.

- Report (Prepared by William Hecht, CPA) on Related Party Loans & Valuation of Andrew Yao's Interest in One Summit Place Partners, LP and Day Hill Partners, LP

- Report of Professor Douglas M. Branson on Behalf of Trustee Charles A. Stanziale, Jr.

- Report (Prepared by Harry Steinmetz, CPA, CFE) on Student Loan Portfolio Default Rates and Default Rates in Financial Reports

- Premier Education Group, LP Report (Prepared by Martin J. Lieberman, CPA/ABV, ASA) on Valuation of a 100% Equity Interest as of March 31, 2002 and December 31, 2006

659405-1

-2-

- Report (Prepared by John W. Houck) Regarding Valuation of Two Connecticut Office Properties

Dated:    May 9, 2007
          Wilmington, Delaware

THE BAYARD FIRM

Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000 (telephone)
(302) 658-6395 (facsimile)

- and -

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711 (telephone)
(973) 622-5314 (facsimile)

Attorneys for Plaintiff, Charles a. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation

659405-1

## *SERVICE LIST*

Stephen J. Shapiro, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103
sshapiro@schnader.com
Counsel for Pepper Hamilton LLP and W. Roderick Gagne

John I. Grossbart, Esq.
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
jgrossbart@sonnenschein.com
Counsel for Royal Indemnity Company

Neil G. Epstein, Esq.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, Pennsylvania 19102
nepstein@eckertseamans.com
Counsel for W. Roderick Gagne, Pamela Bashore Gagne, Robert L. Bast and the Trusts

Veronica E. Rendon, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022
veronica.rendon@aporter.com
Counsel for McGladrey & Pullen LLP and Michael Aquino

John H. Eickemeyer, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway
(at 50th Street)
47th Floor
New York, New York 10019
jeickemeyer@vedderprice.com
Counsel for Freed Maxick & Battaglia, CPAs, PC

Andre G. Castaybert, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
acastaybert@proskauer.com
Counsel for MBIA (Wells Fargo)