## CERTIFICATE OF SERVICE

I, Mary E. Augustine, do hereby certify that on this 9th day of May, 2007, I caused a true and correct copy of the **Notice of Service of Expert Discovery** to be served upon the attached service list via electronic mail.

_____
Mary E. Augustine (No. 4477)

## *SERVICE LIST*

Stephen J. Shapiro, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, Pennsylvania 19103
sshapiro@schnader.com
Counsel for Pepper Hamilton LLP and W. Roderick Gagne

John I. Grossbart, Esq.
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
jgrossbart@sonnenschein.com
Counsel for Royal Indemnity Company

Neil G. Epstein, Esq.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, Pennsylvania 19102
nepstein@eckertseamans.com
Counsel for W. Roderick Gagne, Pamela Bashore Gagne, Robert L. Bast and the Trusts


Veronica E. Rendon, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, New York 10022
veronica.rendon@aporter.com
Counsel for McGladrey & Pullen LLP and Michael Aquino

John H. Eickemeyer, Esq.
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway
(at 50th Street)
47th Floor
New York, New York 10019
jeickemeyer@vedderprice.com
Counsel for Freed Maxick & Battaglia, CPAs, PC

Andre G. Castaybert, Esq.
Proskauer Rose LLP
1585 Broadway
New York, New York 10036
acastaybert@proskauer.com
Counsel for MBIA (Wells Fargo)