THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>　　　　　　　　　Debtor. | : <br> : <br> : <br> : | Chapter 7 <br><br> Case No. 02-11620 (KJC) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br>　　　　　　　　　Plaintiff,<br>　　v.<br>PEPPER HAMILTON LLP, et al.,<br>　　　　　　　　　Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | <br><br><br><br>Civil No. 04-1551 (JJF) |

### JOINDER OF DEFENDANTS ROBERT L. BAST, PAMELA BASHORE GAGNÉ, W. RODERICK GAGNÉ, AS TRUSTEE OF THE BRENNAN TRUSTS, AND THE BRENNAN TRUSTS IN THE MOTION OF DEFENDANTS PEPPER HAMILTON LLP AND W. RODERICK GAGNÉ, IN HIS CAPACITY AS AN ATTORNEY PRACTICING AT PEPPER HAMILTON LLP, TO STRIKE EXPERT REPORTS AND PRECLUDE TESTIMONY OF DOUGLAS M. BRANSON, NANCY J. MOORE AND STEVEN L SCHWARCZ AND ACCOMPANYING CERTIFICATION

　　　　　Defendants Robert L. Bast, Pamela Bashore Gagné, W. Roderick Gagné, as Trustee of the Brennan Trusts, and the Brennan Trusts hereby (1) join in the Motion of defendants Pepper Hamilton LLP and W. Roderick Gagné, in his capacity as an attorney practicing at Pepper Hamilton LLP, for an Order (a) striking the expert reports of Douglas M. Branson, Nancy J. Moore and Steven L. Schwarcz, (b) precluding all three witnesses from testifying at the trial of this action, and (c) granting such further and other relief as is just and

proper.; and (2) submit the attached Certification of Neil G. Epstein, Esquire, in further support of that Motion.

ECKERT SEAMANS CHERIN & MELLOTT, LLC

Dated: May 15, 2006        By: _____
Karen Lee Turner (DE No. 4332)
300 Delaware Avenue, Suite 1210
Wilmington, Delaware 19801
(302) 425-0430
(302) 425-0432 (Facsimile)

Neil G. Epstein
Carol L. Press
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
(215) 851-8400
(215) 851-8383 (Facsimile)

Attorneys for Defendants Robert L. Bast, Pamela Bashore Gagné, W. Roderick Gagné and the Trusts

MO593589