THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| STUDENT FINANCE CORPORATION, | : | |
| Debtor. | : | Case No. 02-11620 (KJC) |
| | : | |
| CHARLES A. STANZIALE, JR., | : | |
| CHAPTER 7 TRUSTEE OF STUDENT | : | |
| FINANCE CORPORATION, | : | |
| | : | |
| Plaintiff, | : | Civil No. 04-1551 (JJF) |
| v. | : | |
| | : | |
| PEPPER HAMILTON LLP, et al., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATION OF NEIL G. EPSTEIN

I, Neil G. Epstein, do hereby certify:

1. I and other attorneys at Eckert Seamans Cherin & Mellott, LLC represent defendants Robert L. Bast, Pamela Bashore Gagné, W. Roderick Gagné, as Trustee of the Brennan Trusts, and the Brennan Trusts ("Family Defendants") in the above-captioned action.

2. The facts stated in the affidavit of Charles A. Gilman dated May 11, 2007, submitted in support of the Motion of Defendants Pepper Hamilton LLP and W. Roderick Gagné, in his capacity as an attorney practicing at Pepper Hamilton LLP, for an Order (a) striking the expert reports of Douglas M. Branson, Nancy J. Moore and Steven L. Schwarcz, (b) precluding all three witnesses from testifying at the trial of this action, and (c) granting such further and other relief as is just and proper, are true and correct and are incorporated in this Certification.

2

3.  Neither Royal Indemnity Company, Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, nor their counsel sought the consent of the Family Defendants to disclose the Family Defendants' confidential Mediation submissions to any person; and none of the Family Defendants ever provided such consent.

I certify that the foregoing statements are true and correct to the best of my knowledge, information and belief. I understand that if any of these statements are willfully false, I am subject to penalty.

_____
Neil G. Epstein

Dated: May 15, 2007

MO593589

2