## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Appendix Of Unreported Case Cited In The Brief In Response To Motion by Plaintiff For Leave To File Second Amended Complaint** was caused to be made on May 18, 2007, in the manner indicated, upon the individuals identified on the attached service list.

Date:   May 18, 2007                                        */s/ Daniel B. Butz*
       Wilmington, Delaware                              Daniel B. Butz (No. 4227)

831579.2