**EXHIBIT A**

Case Activity Detail <span style="float:right">Page 1 of 3</span>

Claim/Index Number 603624/2005 - Click on the case caption for details

| Case Caption | Court | Filing Date | Filing User |
|---|---|---|---|
| EXECUTIVE RISK INDEMNITY INC. vs PEPPER HAMILTON LLP et al | New York County Supreme Court | 02/03/2006 | Louisa Paul |

Document List - Click on the document name to view the document

| Document # | Filing Date | Document | Description | Motion # | Filing User | Payment Info |
|---|---|---|---|---|---|---|
| 1 | 02/03/2006 | Consent to EFiling | Plainitff and Defendants' Consents to Electronic Filing | | Louisa Paul court user | |
| 2 SEALED | 02/03/2006 | Summons + Complaint | | | | |
| 3 SEALED | 02/03/2006 | Memorandum Of Law In Reply | | | | |
| 4 SEALED | 02/06/2006 | Affidavit / Affirmation in opposition | | | | |
| 5 SEALED | 02/06/2006 | Memorandum Of Law In Opposition | | | | |
| 6 SEALED | 02/06/2006 | Affirmation/Affidavit of Service | | | | |
| 7 SEALED | 02/06/2006 | Affirmation/Affidavit of Service | | | | |
| 8 SEALED | 02/06/2006 | Affidavit or Affirmation | | | | |
| 9 SEALED | 02/06/2006 | Memorandum Of Law In Reply | | | | |
| 10 SEALED | 02/08/2006 | Affirmation/Affidavit of Service | | | | |
| 11 SEALED | 02/08/2006 | Stipulation | | | | |
| 12 SEALED | 02/28/2006 | Affirmation/Affidavit of Service | | | | |
| 13 SEALED | 02/28/2006 | Affirmation/Affidavit of Service | | | | |
| 14 SEALED | 02/28/2006 | Affirmation/Affidavit of Service | | | | |

PDF created with pdfFactory trial version www.pdffactory.com

| # | Date | Type | | Seq | |
|---|---|---|---|---|---|
| 15 SEALED | 02/28/2006 | Stipulation | | | |
| 16 SEALED | 02/28/2006 | Stipulation | | | |
| 17 SEALED | 03/13/2006 | Signed Order | | | |
| 18 SEALED | 03/13/2006 | Memorandum Of Law In Support | | | |
| 19 SEALED | 03/13/2006 | Notice of Motion | | 001 | |
| 20 SEALED | 03/13/2006 | Notice of Cross-Motion | | 001 | |
| 21 SEALED | 03/13/2006 | Affirmation in Support | | 001 | |
| 22 SEALED | 03/13/2006 | Affirmation/Affidavit of Service | | 001 | |
| 23 SEALED | 03/13/2006 | Memorandum Of Law In Support | | 001 | |
| 24 SEALED | 03/30/2006 | Signed Order | | | |
| 25 SEALED | 04/17/2006 | Notice of Entry | | | |
| 26 SEALED | 04/17/2006 | Attachment to previously filed document | | | |
| 27 SEALED | 05/04/2006 | Signed Order | | | |
| 28 SEALED | 07/11/2006 | Notice | | | |
| 29 SEALED | 12/26/2006 | Signed Order | | | |
| 30 SEALED | 01/05/2007 | Answer °Exhibit | | | |
| 31 SEALED | 01/05/2007 | Affirmation/Affidavit of Service | | | |
| 32 SEALED | 01/25/2007 | Answer | | | |
| 33 SEALED | 01/25/2007 | Proof of Service | | | |
| 34 SEALED | 02/14/2007 | Answer | | | |
| 35 SEALED | 02/14/2007 | Affirmation/Affidavit of Service | | | |

PDF created with pdfFactory trial version www.pdffactory.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 SEALED | 02/27/2007 | So Ordered Stipulation | | | | |
| 37 SEALED | 03/06/2007 | Answer | | | | |
| 38 SEALED | 03/07/2007 | Affirmation/Affidavit of Service | | | | |
| 39 SEALED | 03/08/2007 | Signed Order | | | | |
| 40 SEALED | 03/08/2007 | Letter / correspondence | | | | |
| 41 SEALED | 05/18/2007 | Stipulation | | | | |
| 42 SECURE | 05/18/2007 | Certificate Requesting Sealing | -- none -- | | JOAN L LEWIS | |

Return to Docket Options

PDF created with pdfFactory trial version www.pdffactory.com