# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William H. Sudell, Jr.
302 351 9284
302 425 4685 Fax
wsudell@mnat.com

May 23, 2007

**E-FILED AND HAND DELIVERED**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE  19801

      RE:    *Charles A. Stanziale v. Pepper Hamilton, et al.*, No. 04-1551
               *Royal Indemnity Co. v. Pepper Hamilton LLP, et al.*, No. 05-165

Dear Judge Farnan:

      On behalf of Pepper Hamilton LLP and W. Roderick Gagne, as an attorney at that firm, we have today served and filed a Reply Brief in support of those Defendants' Motion to Strike Expert Reports and Preclude Testimony, which is scheduled to be heard, if necessary, at noon on Friday, May 25, 2007. A copy of the Reply Brief is enclosed herewith.

                                      Respectfully Submitted,

                                      */s/ William H. Sudell, Jr.*
                                      William H. Sudell, Jr.

WHS/clh
cc:     All Counsel on Attached Service List

839550