IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORP., et al.<br><br>Plaintiffs and<br>Counterclaim Defendants,<br><br>v.<br><br>ROYAL INDEMNITY COMPANY<br><br>Defendant. and<br>Counterclaim Plaintiff. | : <br> : C. A. No. 02-1294-JJF <br> : |
| ROYAL INDEMNITY COMPANY<br><br>Third Party Plaintiff,<br><br>v.<br><br>ANDREW N. YAO, et al.<br><br>Counter-Defendants. | : |
| ROYAL INDEMNITY COMPANY<br><br>Counter-Claimant,<br><br>v.<br><br>MBIA BANK, et al.<br><br>Counter-Defendants. | : |

660992-1

| | |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORP.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEPPER HAMILTON LLP, et al. | :<br>:<br>: C.A. No. 04-1551-JJF<br>:<br>:<br>:<br>:<br>:<br>: |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORP.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>McGLADREY & PULLEN LLP, et al.<br><br>　　　　Defendants, | :<br>:<br>: C.A. No. 05-72-JJF<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| ROYAL INDEMNITY COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEPPER HAMILTON LLP, et al.<br><br>　　　　Defendants. | :<br>:<br>:<br>: C.A. No. 05-165-JJF<br>:<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE　　§
　　　　　　　　　　　§　　SS:
NEW CASTLE COUNTY　§

-2-

660992-1

Tiffany Matthews, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, co-counsel for the Chapter 7 Trustee in the above-captioned action, and that on the 23rd day of May 2007, she caused a copy of the **Letter to The Honorable Joseph J. Farnan, Jr. and Declaration of Michael S. Waters** to be served upon the parties listed below in the manners indicated.

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Daniel B. Butz, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE  19899-1347<br>wsudell@mnat.com<br>dbutz@mnat.com | HAND DELIVERY AND E-MAIL |
| David E. Wilks, Esquire<br>Reed Smith, LLP<br>1201 North Market Street, Suite 1500<br>Wilmington, DE  19801<br>dwilks@reedsmith.com | HAND DELIVERY AND E-MAIL |
| Michael R. Lastowski, Esquire<br>Christopher M. Winter, Esquire<br>Duane Morris, LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>mlastowski@duanemorris.com<br>cmwinter@duanemorris.com | HAND DELIVERY AND –E-MAIL |
| John W. Shaw, Esquire<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899<br>jshaw@ycst.com | HAND DELIVERY AND E-MAIL |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>Eckert, Seamans, Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE  19801<br>kturner@eckertseamans.com | HAND DELIVERY AND E-MAIL |

660992-1

-4-

| | |
|---|---|
| Philip Trainer, Jr., Esquire<br>Tiffany Geyer Lydon, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19899<br>ptrainer@ashby-geddes.com<br>tlydon@ashby-geddes.com | HAND DELIVERY AND E-MAIL |
| Elizabeth K. Ainslie, Esquire<br>Schnader, Harrison, Segal & Lewis, LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103<br>eainslie@schnader.com | REGULAR MAIL AND E-MAIL |
| John H. Eickemeyer, Esquire<br>Marie A. Tieri, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>jeickemeyer@vedderprice.com<br>mtieri@vedderprice.com | REGULAR MAIL AND E-MAIL |
| Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter, LLP<br>399 Park Avenue<br>New York, NY  10022-4690<br>Richard.Swanson@aporter.com<br>Veronica.rendon@aporter.com<br>Jason.butler@aporter.com | REGULAR MAIL AND E-MAIL |
| Steven M. Farina, Esquire<br>Thomas H.L. Selby, Esquire<br>Amber M. Mettler, Esquire<br>Williams & Connolly, LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>sfarina@wc.com<br>tselby@wc.com | REGULAR MAIL AND E-MAIL |
| Neil G. Epstein, Esquire<br>Eckert, Seamans, Cherin & Mellott, LLC<br>1515 Market Street, 9th Floor<br>Philadelphia, PA  19102<br>nepstein@eckertseamans.com | REGULAR MAIL AND E-MAIL |

Alan S. Gilbert, Esquire                    REGULAR MAIL AND E-MAIL
John I. Grossbart, Esquire
Sonnenschein, Nath & Rosenthal, LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
agilbert@sonnenschein.com
jgrossbart@sonnenschein.com

Andre G. Castaybert, Esquire              REGULAR MAIL AND E-MAIL
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
Proskauer Rose, LLP
1585 Broadway
New York, NY   10036-8299
acastaybert@proskauer.com

Charles A. Gillman, Esquire               REGULAR MAIL AND E-MAIL
David Montone, Esquire
David G. Januszewski, Esquire
M. Justin Lubeley, Esquire
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005-1702
cgilman@cahill.com
dmontone@cahill.com
djanuszewski@cahill.com
jlubeley@cahill.com

_/s/ Tiffany Matthews_
Tiffany Matthews

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid.

Dated: May 23, 2007

_/s/ Michelle M. Dero_
Notary Public

MICHELLE M. DERO
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 13, 2010