# Exhibit A to Supplemental Certification of Michael S. Waters in Support of Motion for Leave to File Second Amended Complaint

*Filed Under Seal*