## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on this 29th day of May, 2007, I caused a copy of the **Letter to the Honorable Joseph J. Farnan Regarding Emergency Motion of Royal Indemnity Company for Leave to Replace Stricken Expert Witnesses** to be served upon the parties listed below in the manner indicated.

**VIA HAND DELIVERY**
William H. Sudell, Jr., Esquire
Daniel B. Butz, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

David E. Wilks, Esquire
Reed Smith, LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Karen Lee Turner, Esquire
Susan E. Poppiti, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**VIA U.S. MAIL**
Elizabeth K. Ainslie, Esquire
Schnader, Harrison, Segal & Lewis, LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

John H. Eickemeyer, Esquire
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter, LLP
399 Park Avenue
New York, NY 10022-4690

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Amber M. Mettler, Esquire
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

Neil G. Epstein, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

661322-1

**VIA U.S. MAIL**
Michael H. Barr, Esquire
Kenneth J. Pfaehler, Esquire
Sonnenschein, Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Alan S. Gilbert, Esquire
John I. Grossbart, Esquire
Sonnenschein, Nath & Rosenthal, LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606

Andre G. Castaybert, Esquire
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
Proskauer Rose, LLP
1585 Broadway
New York, NY 10036-8299

Charles A. Gillman, Esquire
David Montone, Esquire
David G. Januszewski, Esquire
M. Justin Lubeley, Esquire
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005-1702

Mary E. Augustine (No. 4477)