IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: :<br><br>STUDENT FINANCE<br>CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Bankruptcy Case No.: 02-11620 (KJC) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, *et al.*,<br><br>Defendants. | Civil Action No.: 04-1551 (JJF) |

### NOTICE OF SERVICE OF SUBPOENA
### AND FILING OF PROOF OF SERVICE

PLEASE TAKE NOTICE that Charles A. Stanziale, Jr., chapter 7 trustee of Student Finance Corporation ("Chapter 7 Trustee"), by his undersigned counsel, caused the subpoena attached hereto as Exhibit A (the "Subpoena") to be served on Premier Education Group, G.P., Inc.

PLEASE TAKE FURTHER NOTICE that the Chapter 7 Trustee hereby files the Proof of Service attached hereto as Exhibit B verifying service of the Subpoena.

Dated: May 29, 2007

THE BAYARD FIRM

/s/ Charlene D. Davis
Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
Telephone: (302) 655-5000

- and -

650875-1

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
Candice E. Chesson, Esquire
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079

Counsel for Plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation

650875-1