THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>Debtor. | :<br>:<br>:<br>: | Chapter 7<br><br>Case No. 02-11620 (KJC) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 04-1551 (JJF) |

**JOINDER OF DEFENDANTS ROBERT L. BAST, PAMELA BASHORE GAGNÉ,
W. RODERICK GAGNÉ, AS TRUSTEE OF THE BRENNAN TRUSTS, AND THE
BRENNAN TRUSTS IN THE OPPOSITION OF DEFENDANTS PEPPER HAMILTON
LLP AND W. RODERICK GAGNÉ, IN HIS CAPACITY AS AN ATTORNEY
PRACTICING AT PEPPER HAMILTON LLP, TO PLAINTIFFS' EMERGENCY
<u>MOTION FOR LEAVE TO REPLACE STRICKEN EXPERTS</u>**

Defendants Robert L. Bast, Pamela Bashore Gagné, W. Roderick Gagné, as Trustee of the Brennan Trusts, and the Brennan Trusts hereby join in the Opposition of Defendants Pepper Hamilton LLP and W. Roderick Gagné, in his capacity as an attorney practicing at Pepper Hamilton LLP, to Plaintiffs' Emergency Motion for Leave to Replace

Stricken Experts.

ECKERT SEAMANS CHERIN & MELLOTT, LLC

Dated: May 30, 2007       By: /s/ Karen Lee Turner
Karen Lee Turner (DE No. 4332)
300 Delaware Avenue, Suite 1210
Wilmington, Delaware 19801
(302) 425-0430
(302) 425-0432 (Facsimile)

Neil G. Epstein
Carol L. Press
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
(215) 851-8400
(215) 851-8383 (Facsimile)

Attorneys for Defendants Robert L. Bast, Pamela Bashore Gagné, W. Roderick Gagné, as Trustee of the Brennan Trusts, and the Brennan Trusts

MO593589