# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4212
cdavis@bayardfirm.com

May 30, 2007

Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Room 4124
Lockbox 27
Wilmington, DE 19801

    RE: Charles A. Stanziale, Jr., Chapter 7 Trustee of Student
      Finance Corporation vs. Pepper Hamilton LLP, et al
      <u>Civil Action No. 04-1551 (JJF)</u>

Dear Judge Farnan:

  Charles A. Stanziale, the Chapter 7 Trustee of Student Finance Corporation, respectfully joins in the request of Royal Indemnity Co ("Royal") that the Court enter the case management order proposed by Royal, entitled Second Amended Case Management Order and submitted to the Court on May 30, 2007.

          Respectfully submitted,

          */s/ Charlene D. Davis*
          Charlene D. Davis

CDD/tlw
cc: All Counsel of Record
#30233-1

661449-1