IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>Debtor. | Chapter 7<br><br><br><br>Bankruptcy Case No.: 02-11620 (KJC) |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>Defendants. | Civil Action No.: 04-1551 (JJF) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 8, 2007 Charles A. Stanziale, Jr., chapter 7 trustee (the "Trustee") of the estate of Student Finance Corporation, by and through undersigned counsel, served copies of the **Trustee's Amended Responses to Defendants Robert L. Bast, Pamela Bashore Gagné, W. Roderick Gagné First Set of Requests for Admissions Directed to Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation** (the "Amended Responses") upon the parties listed below in the manners indicated.

**VIA FIRST CLASS U.S. MAIL AND ELECTRONIC MAIL**
Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
nepstein@eckertseamans.com

662509-1

-2-

**VIA ELECTRONIC MAIL**

Stephen J. Shapiro, Esquire
sshapiro@schnader.com

Veronica E. Rendon, Esquire
Veronica.Rendon@aporter.com

Andre G. Castaybert, Esquire
acastaybert@proskauer.com

John I. Grossbart, Esquire
jgrossbart@sonnenschein.com

John H. Eickemeyer, Esquire
jeickemeyer@vedderprice.com

Charles A. Gilman, Esquire
cgilman@cahill.com

PLEASE TAKE FURTHER NOTICE that on June 12, 2007 the Trustee served copies of the Amended Responses on the parties listed below in the manner indicated.

**VIA ELECTRONIC MAIL**

William H. Sudell, Jr., Esquire
wsudell@mnat.com

Donna L. Culver, Esquire
dculver@mnat.com

Daniel B. Butz, Esquire
dbutz@mnat.com

Karen Lee Turner, Esquire
kturner@eckertseamans.com

Christopher M. Winter, Esquire
cmwinter@duanemorris.com

Philip Trainer, Jr., Esquire
ptrainer@ashby-geddes.com

John W. Shaw, Esquire
jshaw@ycst.com

Dated:   June 12, 2007
         Wilmington, Delaware

THE BAYARD FIRM

_/s/ M. Augustine_
Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899
(302) 655-5000 (telephone)
(302) 658-6395 (facsimile)

- and -

662509-1

-3-

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711 (telephone)
(973) 622-5314 (facsimile)

Attorneys for Plaintiff, Charles a. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation

662509-1