## CERTIFICATE OF SERVICE

I, Mary E. Augustine, do hereby certify that on this 12th day of June, 2007, I caused a true and correct copy of the **Notice of Service** to be served upon the attached service list in the manner indicated.

### VIA ELECTRONIC MAIL

Stephen J. Shapiro, Esquire
sshapiro@schnader.com

Andre G. Castaybert, Esquire
acastaybert@proskauer.com

John H. Eickemeyer, Esquire
jeickemeyer@vedderprice.com

William H. Sudell, Jr., Esquire
wsudell@mnat.com

Daniel B. Butz, Esquire
dbutz@mnat.com

Christopher M. Winter, Esquire
cmwinter@duanemorris.com

John W. Shaw, Esquire
jshaw@ycst.com

Veronica E. Rendon, Esquire
Veronica.Rendon@aporter.com

John I. Grossbart, Esquire
jgrossbart@sonnenschein.com

Charles A. Gilman, Esquire
cgilman@cahill.com

Donna L. Culver, Esquire
dculver@mnat.com

Karen Lee Turner, Esquire
kturner@eckertseamans.com

Philip Trainer, Jr., Esquire
ptrainer@ashby-geddes.com

Neil G. Epstein, Esquire
nepstein@eckertseamans.com

_____
Mary E. Augustine (No. 4477)

662509-1