IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROYAL INDEMNITY COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>PEPPER HAMILTON LLP, W. RODERICK GAGNE', FREED MAXICK & BATTAGLIA CPAs, McGLADREY & PULLEN LLP, and MICHAEL AQUINO,<br><br>    Defendants | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-165-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| CHARLES A. STANZIALE, JR.,<br>Chapter 7 Trustee of Student Finance Corporation,<br>    Plaintiff,<br><br>  v.<br><br>McGLADREY & PULLEN LLP and MICHAEL AQUINO,<br><br>    Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-72-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| CHARLES A. STANZIALE, JR.,<br>Chapter 7 Trustee of Student Finance Corporation,<br>    Plaintiff,<br><br>  v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-1551-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |
| MBIA INSURANCE CORPORATION and WELLS FARGO BANK, N.A. (f/k/a WELLS FARGO BANK MINNESOTA N.A.) as TRUSTEE OF SFC GRANTOR TRUST, SERIES 2000-1, SFC GRANTOR TRUST, SERIES 2000-2, SFC GRANTOR TRUST, | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

| | |
|---|---|
| SERIES 2000-3, SFC GRANTOR TRUST, <br> SERIES 2000-4, SFC GRANTOR TRUST, <br> SERIES 2001-1, SFC GRANTOR TRUST, <br> SERIES 2001-2, SFC OWNER TRUST 2001-I, <br> AND SFC GRANTOR TRUST, SERIES 2001-3, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> ROYAL INDEMNITY COMPANY, <br><br> Defendant/Counterclaim Plaintiff. | ) C.A. No. 02-1294-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATED ORDER

It is hereby stipulated and agreed, subject to the approval of the Court, that the time for MBIA Insurance Corporation, a non-party to these actions, and any of the defendants in the above captioned matters, to oppose Plaintiff Royal Indemnity Company's Motion to Compel 30(b)(6) Deposition of MBIA Insurance Corporation, filed May 25, 2007, shall be extended to and including June 22, 2007.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & <br>     TAYLOR, LLP <br><br> /s/ Dawn M. Jones <br> David C. McBride (#408) <br> John W. Shaw (#3362) <br> Dawn M. Jones (#4270) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19899 <br> (302) 571-6600 <br><br> *Attorneys for MBIA Insurance Corporation* | ASHBY & GEDDES <br><br><br> /s/ Philip Trainer, Jr. <br> Lawrence C. Ashby (#468) <br> Philip Trainer, Jr. (#2788) <br> Tiffany L. Lydon (#3950) <br> 222 Delaware Avenue, 17th Floor <br> Wilmington, DE 19899 <br> (302) 654-1888 <br><br> *Attorneys for Royal Indemnity Company* |

SO ORDERED this ____ day of June, 2007.

_____
United States District Judge