IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, et ano., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> ROYAL INDEMNITY COMPANY, <br><br> Defendant, Counterclaim Plaintiff and Third-Party Plaintiff. | C.A. No. 02-1294-JJF |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corp., <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON, et. al., <br><br> Defendant. | C.A. No. 04-1551-JJF |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corp., <br><br> Plaintiff, <br><br> v. <br><br> McGLADREY & PULLEN LLP, et al. <br><br> Defendant. | C.A. No. 05-72-JJF |
| ROYAL INDEMNITY COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON LLP, et al. <br><br> Defendants. | C.A. No. 05-165-JJF |

## **STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between Royal Indemnity Company, Charles A. Stanziale, Jr., Chapter 7 Trustee, Pepper Hamilton LLP, W. Roderick Gagné in his capacity as an attorney practicing at Pepper Hamilton LLP, Robert L. Bast, Pamela Bashore Gagné, W. Roderick Gagné as Trustee of the Brennan Trusts, the Brennan Trusts, McGladrey & Pullen, LLP, Freed Maxick & Battaglia CPAs PC, Freed Maxick Sachs & Murphy PC, Michael Aquino, and Wells Fargo Bank, N.A., as Trustee of Certain SFC Grantor and Owner Trusts (collectively "the Parties") by their respective undersigned counsel, as follows:

1)      The documents listed below are authentic copies of business records of MBIA Insurance Corporation ("MBIA") that satisfy the requirements of Federal Rule of Evidence 901 for authentication and identification of documents, and that satisfy the requirements of Federal Rule of Evidence 803(6) for Records of Regularly Conducted Activity:

   MBIA2_0010687-10690

   MBIA2_0010576-10582

   MBIA2_0013026-13029

   MBIA00220108-220109

   MBIA00220124-220129

   MBIA00297907-297908

   MBIA2_0012093-12099

   MBIA3 0008273-8279

   MBIA2_0010605-10606

   MBIA2_0010844

2)      The Parties each waive any objection as to the authenticity and admissibility of the foregoing documents under Federal Rules of Evidence 901 and 803(6), but they each preserve their right to object to, and do not waive, any potential objection to the admissibility of

any of the foregoing documents, on any other grounds, including, without limitation, objections regarding the relevance of any of the foregoing documents.

3) This Stipulation applies only to the documents listed in paragraph 1 above and does not apply to any other document, or waive any potential objection, or right to object, that any of the Parties has or may have to the authenticity or admissibility of any other document, testimony, or other proposed evidence offered at trial by any other Party in any of the above captioned cases.

Dated: June __, 2007

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ *David McBride* | /s/ |
| David C. McBride (#408) | Lawrence C. Ashby (#468) |
| John W. Shaw (#3362) | Philip Trainer, Jr. (#2788) |
| Dawn Jones (#4270) | Tiffany Geyer Lydon (#3950) |
| The Brandywine Building | 500 Delaware Avenue, 8th Floor |
| 1000 West Street, 17th Floor | P.O. Box 1150 |
| Wilmington, DE 19899 | Wilmington, Delaware 19899 |
| (302) 984-6000 | (302) 654-1888 |
| *Attorneys for Counterclaim Defendant Wells Fargo Bank, N.A.* | *Attorneys for Plaintiff and Counterclaim Plaintiff Royal Indemnity Company* |
| REED SMITH LLP | DUANE MORRIS LLP |
| /s/ | /s/ |
| David E. Wilks (No. 2793) | Michael R. Latowski (No. 3892) |
| Thad J. Bracegirdle (No. 3691) | Christopher M. Winter (No. 4163) |
| 120 Market Street, Suite 1500 | 1100 North Market Street, Suite 1200 |
| Wilmington, DE 19801 | Wilmington, DE 19801-1246 |
| Phone: 302-778-7500 | Phone: 302-657-4951 |
| Fax: 302-778-7575 | Fax: 302-657-4901 |
| *Attorneys for Defendants Freed Maxick & Battaglia CPAs, PC and Freed Maxick Sachs & Murphy, P.C.* | *Attorneys for Defendants McGladrey & Pullen, LLP and Michael Aquino* |

any of the foregoing documents, on any other grounds, including, without limitation, objections regarding the relevance of any of the foregoing documents.

3) This Stipulation applies only to the documents listed in paragraph 1 above and does not apply to any other document, or waive any potential objection, or right to object, that any of the Parties has or may have to the authenticity or admissibility of any other document, testimony, or other proposed evidence offered at trial by any other Party in any of the above captioned cases.

Dated: June __, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ _____
David C. McBride (#408)
John W. Shaw (#3362)
Dawn Jones (#4270)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
(302) 984-6000

*Attorneys for Counterclaim Defendant Wells Fargo Bank, N.A.*

REED SMITH LLP

/s/ _____
David E. Wilks (No. 2793)
Thad J. Bracegirdle (No. 3691)
120 Market Street, Suite 1500
Wilmington, DE 19801
Phone: 302-778-7500
Fax: 302-778-7575

*Attorneys for Defendants Freed Maxick & Battaglia CPAs, PC and Freed Maxick Sachs & Murphy, P.C.*

ASHBY & GEDDES

/s/ _____
Lawrence C. Ashby (#468)
Philip Trainer, Jr. (#2788)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Plaintiff and Counterclaim Plaintiff Royal Indemnity Company*

DUANE MORRIS LLP

/s/ _____
Michael R. Latowski (No. 3892)
Christopher M. Winter (No. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4951
Fax: 302-657-4901

*Attorneys for Defendants McGladrey & Pullen, LLP and Michael Aquino*

any of the foregoing documents, on any other grounds, including, without limitation, objections regarding the relevance of any of the foregoing documents.

3) This Stipulation applies only to the documents listed in paragraph 1 above and does not apply to any other document, or waive any potential objection, or right to object, that any of the Parties has or may have to the authenticity or admissibility of any other document, testimony, or other proposed evidence offered at trial by any other Party in any of the above captioned cases.

Dated: June __, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/
David C. McBride (#408)
John W. Shaw (#3362)
Dawn Jones (#4270)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899
(302) 984-6000

*Attorneys for Counterclaim Defendant Wells Fargo Bank, N.A.*

REED SMITH LLP

/s/
David E. Wilks (No. 2793)
Thad J. Bracegirdle (No. 3691)
120 Market Street, Suite 1500
Wilmington, DE 19801
Phone: 302-778-7500
Fax: 302-778-7575

*Attorneys for Defendants Freed Maxick & Battaglia CPAs, PC and Freed Maxick Sachs & Murphy, P.C.*

ASHBY & GEDDES

/s/ Philip Trainer, Jr. by Carolyn S. Hake (C# 3839)
Lawrence C. Ashby (#468)
Philip Trainer, Jr. (#2788)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Plaintiff and Counterclaim Plaintiff Royal Indemnity Company*

DUANE MORRIS LLP

/s/
Michael R. Latowski (No. 3892)
Christopher M. Winter (No. 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Phone: 302-657-4951
Fax: 302-657-4901

*Attorneys for Defendants McGladrey & Pullen, LLP and Michael Aquino*

| THE BAYARD FIRM | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Charlene D. Davis<br>Charlene D. Davis (No. 2336)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>Phone: 302-655-5000<br>Fax: 302-658-6395 | /s/<br>William H Sudell, Jr. (No. 0463)<br>Donna L. Culver (No. 2983)<br>Daniel B. Butz (No. 4227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-658-3989 |
| *Attorneys for Plaintiff Charles A. Stanziale, Jr. Chapter 7 Trustee* | *Attorneys for Defendants Pepper Hamilton LLP and Roderick Gagné, in his capacity as an attorney practicing at Pepper Hamilton LLP* |

ECKERT SEAMANS CHERIN & MELLOT, LLC

/s/
Karen Lee Turner (No. 4332)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Phone: (302) 425-0430
Fax: (302) 425-0432

*Attorneys for Defendants Robert L. Bast, Pamela Bashore Gagné, W. Roderick Gagné, as Trustee of the Brennan Trusts, and the Brennan Trusts*

252052191V-1
181719.1

- 4 -

*Attorneys for Defendants Freed Maxick & Battaglia CPAs, PC and Freed Maxick Sachs & Murphy, P.C.*
THE BAYARD FIRM

/s/ _____
Charlene D. Davis
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Phone: 302-655-5000
Fax: 302-658-6395

*Attorneys for Plaintiff Charles A. Stanziale, Jr. Chapter 7 Trustee*

ECKERT SEAMANS CHERIN & MELLOT, LLC

/s/ _____
Karen Lee Turner (No. 4332)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Phone: (302) 425-0430
Fax: (302) 425-0432

*Attorneys for Defendants Robert L. Bast, Pamela Bashore Gagné, W. Roderick Gagné, as Trustee of the Brennan Trusts, and the Brennan Trusts*

*Attorneys for Defendants McGladrey & Pullen, LLP and Michael Aquino*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *William H. Sudell* [signature]
William H Sudell, Jr. (No. 0463)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: 302-658-9200
Fax: 302-658-3989

*Attorneys for Defendants Pepper Hamilton LLP and Roderick Gagné, in his capacity as an attorney practicing at Pepper Hamilton LLP*

- 4 -

Charlene D. Davis
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Phone: 302-655-5000
Fax: 302-658-6395

*Attorneys for Plaintiff Charles A. Stanziale, Jr. Chapter 7 Trustee*

ECKERT SEAMANS CHERIN & MELLOT, LLC

/s/ 
Karen Lee Turner (No. 4332)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Phone: (302) 425-0430
Fax: (302) 425-0432

*Attorneys for Defendants Robert L. Bast, Pamela Bashore Gagné, W. Roderick Gagné, as Trustee of the Brennan Trusts, and the Brennan Trusts*

William H Sudell, Jr. (No. 0463)
Donna L. Culver (No. 2983)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Phone: 302-658-9200
Fax: 302-658-3989

*Attorneys for Defendants Pepper Hamilton LLP and Roderick Gagné, in his capacity as an attorney practicing at Pepper Hamilton LLP*

25205219\V-1