# ATTACHMENT 2f

# Schnader
ATTORNEYS AT LAW

1600 MARKET STREET   SUITE 3600
PHILADELPHIA, PA  19103-7286
215.751.2000   FAX 215.751.2205   schnader.com

February 12, 2007

**David M. Pelletier**
Direct Dial 215-751-2412
Direct Fax 215-751-2205
E-mail: dpelletier@schnader.com

## VIA HAND DELIVERY

The Honorable Charles S. Haight
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1940
New York, NY 10007

Re: *Stanziale v. Pepper Hamilton LLP, et al.;* Misc. No. M8-85

Dear Judge Haight:

Currently pending before Your Honor is Pepper Hamilton's Motion to Compel the production of a copy of a computer server in the possession of Mandiant Corporation, a third party located in New York. As Your Honor may recall, Pepper issued a subpoena from the Southern District of New York to Mandiant seeking the production of the server. When Mandiant refused to comply with the subpoena, Pepper moved to compel production of the server. The plaintiffs in the two underlying actions pending in the District of Delaware, Royal Indemnity and Charles Stanziale, Jr., as the Chapter 7 Trustee of Student Finance Corporation, opposed the production of a copy of the server unless Pepper agreed to pay for the Trustee's review of the server for potentially privileged documents.

On January 18, 2007, Your Honor heard oral argument on Pepper's Motion to Compel. At that hearing, one of the arguments put forth by Royal and the Trustee in opposition was that this matter should be determined by The Honorable Joseph J. Farnan, Jr., the judge handling the underlying actions in Delaware. At a discovery conference before Judge Farnan on February 7, 2007, counsel for Pepper raised the issue of its pending Motion to Compel before Your Honor. Judge Farnan indicated that he would await a determination by Your Honor before addressing the matter.

Please feel free to contact me with any questions you may have.

Respectfully submitted,

David M. Pelletier
For SCHNADER HARRISON SEGAL & LEWIS LLP

cc: All counsel via email