THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>      Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>      Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>      Defendants. | Civil Action No. 04-1551(JJF) |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that I am not less than 18 years of age and that, pursuant to Federal Rule of Civil Procedure 26(a)(2) and Second Amended Case Management Order #1, service of the Expert Reports of Edward M. Waddington, CPA, and J. Mark Penny, ASA, who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence, was made on July 13, 2007, upon the parties identified on the attached Service List via e-mail (all listed counsel) or via e-mail and United States first class regular mail postage prepaid (counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee).

            ECKERT SEAMANS CHERIN & MELLOTT, LLC

Dated: July 16, 2007    By: /s/ Karen Lee Turner
            Karen Lee Turner, Esquire (DE No. 4332)
            300 Delaware Avenue, Suite 1210
            Wilmington, Delaware 19801
            (302) 425-0430
            (302) 425-0432 (Facsimile)

M0601693.DOC

## SERVICE LIST

William H. Sudell, Jr.
Donna L. Culver
Joanna F. Newdeck
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: wsudell@mnat.com
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Elizabeth K. Ainslie
Stephen J. Shapiro
Nicholas J. LePore, III
Bruce P. Merenstein
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103
Email: eainslie@schnader.com
sshapiro@schnader.com
nlepore@schnader.com
bmerenstein@schnader.com
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Tiffany Geyer Lydon
Philip Trainer, Jr.
Carolyn Shelly Hake
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Email: tlydon@ashby-geddes.com
ptrainer@ashby-geddes.com
*Counsel for Royal Indemnity Company*

John H. Eickemeyer
Marie A. Tieri
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Email: jeickemeyer@vedderprice.com
mtieri@vedderprice.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

David E. Wilks
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Email: dwilks@reedsmith.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Christopher M. Winter
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
Email: cmwinter@duanemorris.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC; McGladrey & Pullen LLP and Michael Aquino*

M0601693.DOC

John I. Grossbart
Alan S. Gilbert
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
Email: jgrossbart@sonnenschein.com
         agilbert@sonnenschein.com
*Counsel for Royal Indemnity Company*

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Email: jshaw@ycst.com
*Counsel for MBIA*

Steven M. Farina
Thomas H.L. Selby
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC 20005
Email: sfarina@wc.com
         tselby@wc.com
*Counsel for McGladrey & Pullen LLP*

Veronica E. Rendon
Richard P. Swanson
Jason M. Butler
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
Email: veronica_rendon@aporter.com
         richard.swanson@aporter.com
         jason_butler@aporter.com
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

Charlene M. Davis
Ashley B. Stitzer
Mary E. Augustine
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Email: cdavis@bayardfirm.com
         astitzer@bayardfirm.com
         maugustine@bayardfirm.com
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

Charles A. Gilman
David G. Montone
David G. Januszewski
M. Justin Lubeley
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
Email: cgilman@cahill.com
         dmontone@cahill.com
         djanuszewski@cahill.com
         jlubeley@cahill.com
*Counsel for Pepper Hamilton LLP*

Michael S. Waters
Lois H. Goodman
Jeffrey T. Testa
Donald Crecca
John P. Dwyer
McElroy, Deutsch, Mulvaney &
  Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark NJ 07102
Email: lgoodman@mdmc-law.com
       mwaters@mdmc-law.com
       dcrecca@mdmc-law.com
       jtesta@mdmc-law.com
       jdwyer@mdmc-law.com
*Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee of Student Finance
Corporation*

Andre G. Castaybert
Ronald Rauchberg
Steven Obus
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
Email: acastaybert@proskauer.com
       rrauchberg@proskauer.com
       sobus@proskauer.com
*Counsel for MBIA*

MO601693

M0601693.DOC