THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              :
STUDENT FINANCE CORPORATION,                        :
               Debtor.                      :
                                                    :    Civil Action No. 04-1551(JJF)
CHARLES A. STANZIALE, JR.,                          :
CHAPTER 7 TRUSTEE OF STUDENT                        :
FINANCE CORPORATION,                                :
                                                    :
               Plaintiff,                   :
    v.                                            :
                                                    :
PEPPER HAMILTON LLP, et al.,                        :
                                                    :
               Defendants.                  :
                                                    :

## NOTICE OF SERVICE

I, the undersigned, hereby certify that I am not less than 18 years of age and that service of the letter from Karen Lee Turner, Esquire, to the Honorable Joseph J. Farnan, Jr. dated July 30, 2007, was made upon the parties identified on the attached Service List via e-mail and United States first class regular mail postage prepaid.

ECKERT SEAMANS CHERIN & MELLOTT, LLC

Dated: July 30, 2007

By: /s/ Karen Lee Turner
Karen Lee Turner, Esquire (DE No. 4332)
300 Delaware Avenue, Suite 1210
Wilmington, Delaware 19801
(302) 425-0430
(302) 425-0432 (Facsimile)

U0008217.DOC

## SERVICE LIST

William H. Sudell, Jr.
Donna L. Culver
Joanna F. Newdeck
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: wsudell@mnat.com
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Elizabeth K. Ainslie
Stephen J. Shapiro
Nicholas J. LePore, III
Bruce P. Merenstein
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103
Email: eainslie@schnader.com
      sshapiro@schnader.com
      nlepore@schnader.com
      bmerenstein@schnader.com
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Tiffany Geyer Lydon
Philip Trainer, Jr.
Carolyn Shelly Hake
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Email: tlydon@ashby-geddes.com
      ptrainer@ashby-geddes.com
*Counsel for Royal Indemnity Company*

John H. Eickemeyer
Marie A. Tieri
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Email: jeickemeyer@vedderprice.com
      mtieri@vedderprice.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

David E. Wilks
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Email: dwilks@reedsmith.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Christopher M. Winter
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
Email: cmwinter@duanemorris.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC; McGladrey & Pullen LLP and Michael Aquino*

John I. Grossbart
Alan S. Gilbert
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
Email: jgrossbart@sonnenschein.com
      agilbert@sonnenschein.com
*Counsel for Royal Indemnity Company*

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Email: jshaw@ycst.com
*Counsel for MBIA*

Steven M. Farina
Thomas H.L. Selby
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC 20005
Email: sfarina@wc.com
      tselby@wc.com
*Counsel for McGladrey & Pullen LLP*

Veronica E. Rendon
Richard P. Swanson
Jason M. Butler
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
Email: veronica_rendon@aporter.com
      richard.swanson@aporter.com
      jason_butler@aporter.com
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

Charlene M. Davis
Ashley B. Stitzer
Mary E. Augustine
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Email: cdavis@bayardfirm.com
      astitzer@bayardfirm.com
      maugustine@bayardfirm.com
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

Charles A. Gilman
David G. Montone
David G. Januszewski
M. Justin Lubeley
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
Email: cgilman@cahill.com
      dmontone@cahill.com
      djanuszewski@cahill.com
      jlubeley@cahill.com
*Counsel for Pepper Hamilton LLP*

Michael S. Waters
Lois H. Goodman
Jeffrey T. Testa
Donald Crecca
John P. Dwyer
McElroy, Deutsch, Mulvaney &
 Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark NJ 07102
Email: lgoodman@mdmc-law.com
       mwaters@mdmc-law.com
       dcrecca@mdmc-law.com
       jtesta@mdmc-law.com
       jdwyer@mdmc-law.com
*Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee of Student Finance
Corporation*

Andre G. Castaybert
Ronald Rauchberg
Steven Obus
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
Email: acastaybert@proskauer.com
       rrauchberg@proskauer.com
       sobus@proskauer.com
*Counsel for MBIA*

MO603222

U0008217.DOC