**SERVICE LIST**

**VIA E-MAIL AND HAND DELIVERY**

Christopher M. Winter
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Email: cmwinter@duanemorris.com
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

David E. Wilks
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Email: dwilks@reedsmith.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Karen Lee Turner
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
Email: kturner@eckertseamans.com
*Counsel for W. Roderick Gagné,
Pamela Bashore Gagné, Robert L. Bast
and the Trusts*

Tiffany Geyer Lydon
Philip Trainer, Jr.
Carolyn Shelly Hake
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Email: tlydon@ashby-geddes.com; ptrainer@ashby-geddes.com; chake@ashby-geddes.com
*Counsel for Royal Indemnity Company*

Charlene M. Davis
Ashley B. Stitzer
Mary E. Augustine
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Email: cdavis@bayardfirm.com;
astitzer@bayardfirm.com;
maugustine@bayardfirm.com
*Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee of Student Finance Corporation*

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Email: jshaw@ycst.com
*Counsel for MBIA*

**VIA EMAIL AND U.S. MAIL**

Michael S. Waters
Lois H. Goodman
Charles A. Stanziale
Donald Crecca
Jeffrey T. Testa
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102
Email: lgoodman@mdmc-law.com;
mwaters@mdmc-law.com
cstanziale@mdmc-law.com
dcrecca@mdmc-law.com
jtesta@mdmc-law.com
*Counsel for Charles A. Stanziale, Jr. SFC Trustee*

Neil G. Epstein
Carol L. Press
Eckert Seamans Cherin & Mellott, LLC
50 South 16th Street
22nd Floor
Philadelphia, PA  19102-1909
Email: cpress@eckertseamans.com;
nepstein@eckertseamans.com
*Counsel for W. Roderick Gagné,
Pamela Bashore Gagné, Robert L. Bast
and the Trusts*

Steven M. Farina
Thomas H.L. Selby
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C.  20005
Email: Tselby@wc.com
*Counsel for McGladrey & Pullen LLP*

John H. Eickemeyer
Marie A. Tieri
Vedder Price Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY  10019
Email: jeickemeyer@vedderprice.com;
mtieri@vedderprice.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

John I. Grossbart
Alan S. Gilbert
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL  60606
Email: jgrossbart@sonnenschein.com;
smerouse@sonnenschein.com
*Counsel for Royal Indemnity Company*

Veronica E. Rendon
Richard P. Swanson
Jason M. Butler
Arnold & Porter LLP
399 Park Avenue
New York, NY  10022
Email: Jason_butler@aporter.com;
veronica_rendon@aporter.com
*Counsel for McGladrey & Pullen LLP and
Michael Aquino*

Andre G. Castaybert
Proskauer Rose LLP
1585 Broadway
New York, NY  10036
Email: acastaybert@proskauer.com
*Counsel for MBIA*

2

1089030