THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>                   Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>                   Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>                   Defendants. | Civil Action No. 04-1551(JJF) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
PURSUANT TO LOCAL DISTRICT COURT RULE 83.5**

      Karen Lee Turner, Esquire, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Local Rule 83.5, the admission *pro hac vice* of **Charles F. Forer, Esquire** (the "Admittee"), of the law firm Eckert Seamans Cherin & Mellott, LLC, Two Liberty Place, 50 South 16th Street, 22nd Floor, Philadelphia, PA 19102. The Admittee will represent Robert L. Bast, Pamela Bashore Gagné and W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, FBO W. Roderick Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, FBO Phillip B. Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, FBO Elizabeth L. Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan Dated April 8, 1991, FBO W. Roderick Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan Dated April 8, 1991, FBO Phillip B. Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan Dated April 8, 1991, FBO Elizabeth L. Gagné in the above-captioned Proceeding.

      The Admittee is admitted, practicing, and in good standing in the Commonwealth of Pennsylvania, the State of New Jersey, the United States Court of Appeals for the Third Circuit, the

United States District Court for Eastern District of Pennsylvania, and the United States District Court for the District of New Jersey.

*[signature]*
Karen Lee Turner (No. 4332)
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430
Fax: (302) 425-0431
E-mail: kturner@eckertseamans.com

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Dated: August 1, 2007

*[signature]*
Charles F. Forer, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place, 22nd Floor
50 South 16th Street
Philadelphia, PA 19102
Telephone: (215) 851-8400
Fax: (215) 851-8383
E-mail: cforer@eckertseamans.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

Dated: August ____, 2007

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

2

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am not less than 18 years of age and that on July 31, 2007, I caused a true and correct copy of the Motion and Order for Admission *Pro Hac Vice* upon the following via United States first class regular mail postage prepaid:

William H. Sudell, Jr., Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
    *Counsel for Pepper Hamilton LLP and*
    *W. Roderick Gagné*

Elizabeth K. Ainslie, Esquire
Nicholas J. LePore, III, Esquire
Bruce P. Merenstein, Esquire
Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
    *Counsel for Pepper Hamilton LLP and*
    *W. Roderick Gagné*

Tiffany Geyer Lydon, Esquire
Philip Trainer, Jr., Esquire
Carolyn Shelly Hake, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899
    *Counsel for Royal Indemnity Company*

John I. Grossbart, Esquire
Alan S. Gilbert, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
    *Counsel for Royal Indemnity Company*

John H. Eickemeyer, Esquire
Marie A. Tieri
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
    *Counsel for Freed Maxick & Battaglia,*
    *CPAs, PC*

David E. Wilks, Esquire
Reed Smith, LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
    *Counsel for Freed Maxick & Battaglia,*
    *CPAs, PC*

Christopher M. Winter
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
    *Counsel for Freed Maxick & Battaglia,*
    *CPAs, PC; McGladrey & Pullen LLP*
    *and Michael Aquino*

Veronica E. Rendon, Esquire
Richard P. Swanson, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
    *Counsel for McGladrey & Pullen LLP*
    *and Michael Aquino*

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
   *Counsel for McGladrey & Pullen LLP*

Charlene M. Davis, Esquire
Ashley B. Stitzer, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
   *Counsel for Charles A. Stanziale, Jr.,*
   *Chapter 7 Trustee of Student Finance*
   *Corporation*

Steven M. Farina, Esquire
Thomas H.L. Selby
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC 20005
   *Counsel for McGladrey & Pullen LLP*

Charles A. Gilman, Esquire
David G. Montone, Esquire
David G. Januszewski, Esquire
M. Justin Lubeley, Esquire
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
   *Counsel for Pepper Hamilton LLP*

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
Jeffrey T. Testa, Esquire
Donald Crecca, Esquire
John P. Dwyer, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
   *Counsel for Charles A. Stanziale, Jr.,*
   *Chapter 7 Trustee of Student Finance*
   *Corporation*

Andre G. Castaybert, Esquire
Ronald Rauchberg, Esquire
Steven Obus, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10035
   *Counsel for MBIA*

_____
KAREN LEE TURNER

*M0601700*