IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>　　　　　　　　　　　　Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, *et al.*,<br><br>　　　　　　　　　　　　Defendants. | Chapter 7<br><br><br>Bankruptcy Case No.: 02-11620 (KJC)<br><br><br><br>Civil Action No.: 04-1551 (JJF)<br><br><br><br>RE: DOCKET NO. 311 |

**NOTICE OF FILING OF EXHIBIT TO LETTER TO THE HONORABLE JOSEPH J. FARNAN, JR. FROM CHARLENE D. DAVIS, ESQUIRE REGARDING RESPONSE TO LETTERS DATED JULY 30, 2007 SUBMITTED BY DEFENDANTS STATING THEIR INTENTION TO MOVE FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that on August 14, 2007, the **Letter to the Honorable Joseph J. Farnan, Jr. from Charlene D. Davis, Esquire Regarding Response to Letters Dated July 30, 2007 Submitted by Defendants Stating Their Intention to Move for Summary Judgment [Docket No. 311]** (the "Letter") was filed with the United States District Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit A is the service list of counsel referenced in the Letter.

667474-1

-2-

Dated: August 15, 2007
      Wilmington, Delaware

THE BAYARD FIRM

*/s/ M. Augustine*

Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone: (302) 655-5000

      -and-

Michael S. Waters, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079
(973) 622-7711

*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee*

-3-

# EXHIBIT A

667474-1

## SERVICE LIST VIA ELECTRONIC MAIL

Stephen J. Shapiro, Esquire
sshapiro@schnader.com

Andre G. Castaybert, Esquire
acastaybert@proskauer.com

John H. Eickemeyer, Esquire
jeickemeyer@vedderprice.com

William H. Sudell, Jr., Esquire
wsudell@mnat.com

John W. Shaw, Esquire
jshaw@ycst.com

Karen Singer, Esquire
KSinger@eckertseamans.com

Brian L. Friedman, Esquire
blfriedman@proskauer.com

David G. Januszewski, Esquire
djanuszewski@cahill.com

Dawn Jones, Esquire
djones@ycst.com

David E. Wilks, Esquire
DWilks@ReedSmith.com

Jason M. Butler, Esquire
Jason_Butler@aporter.com

Jonathan A. Wexler, Esquire
jwexler@vedderprice.com

Lisa A. Bauer, Esquire
lbauer@proskauer.com

Michael H. Barr, Esquire
mbarr@sonnenschein.com

Marie A. Tieri, Esquire
mtieri@vedderprice.com

Veronica E. Rendon, Esquire
Veronica.Rendon@aporter.com

John I. Grossbart, Esquire
jgrossbart@sonnenschein.com

Charles A. Gilman, Esquire
cgilman@cahill.com

Christopher M. Winter, Esquire
cmwinter@duanemorris.com

Neil G. Epstein, Esquire
nepstein@eckertseamans.com

Alan S. Gilbert, Esquire
agilbert@sonnenschein.com

Bruce Merenstein, Esquire
bmerenstein@schnader.com

David Montone, Esquire
dmontone@cahill.com

David C. McBride, Esquire
dmcbride@ycst.com

Elizabeth K. Ainslie, Esquire
eainslie@schnader.com

M. Justin Lubeley, Esquire
jlubeley@cahill.com

Kenneth J. Pfaehler, Esquire
kpfaehler@sonnenschein.com

Lisa A. MacVittie, Esquire
lmacvittie@sonnenschein.com

Michael R. Lastowski, Esquire
mrlastowski@duanemorris.com

Nicholas LePore, Esquire
nlepore@schnader.com

667474-1

-5-

Robert W. Gifford, Esquire
rgifford@sonnenschein.com

Ronald Rauchberg, Esquire
rauchberg@proskauer.com

Steven L. Merouse, Esquire
smerouse@sonnenschein.com

Tiffany Geyer Lydon, Esquire
tlydon@ashby-geddes.com

Carol Press, Esquire
CPress@eckertseamans.com

Richard P. Swanson, Esquire
richard.swanson@aporter.com

Steven M. Farina, Esquire
sfarina@wc.com

Steven Obus, Esquire
sobus@proskauer.com

Thomas H.L. Selby, Esquire
TSelby@wc.com