IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>　　　　　　　　Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>　　　　　　　　Defendants. | CIVIL ACTION No. 04-1551 (JJF) |

## THE FAMILY DEFENDANTS' MOTION
## TO STRIKE THE TRUSTEE'S IMPROPER DAMAGE CLAIMS

For the reasons set forth in the accompanying Memorandum, defendants Robert L. Bast, Pamela Bashore Gagné, the Brennan Trusts and W. Roderick Gagné ("Gagné") as Trustee of the Brennan Trusts (the "Family defendants") respectfully move this Court to enter an Order in the form attached hereto (1) striking the following damage claims asserted in the Trustee's July 10, 2007 Disclosure Statement: (a) the asserted payment of $1,018,500 commitment fees paid to the Family defendants by Student Finance Company ("SFC"); and (b) the asserted fraudulent conveyance to the Family defendants by redemption of SFC stock for $6,932,000; (2) precluding the Trustee from asserting those damage claims at trial; and (3) awarding costs, including attorney's fees, incurred by the Family defendants with respect to this Motion.

Respectfully submitted,

ECKERT SEAMANS CHERIN & MELLOTT, LLC

Dated: August 28, 2007

_____
KAREN LEE TURNER (No. 4332)
300 Delaware Avenue, Suite 1210
Wilmington, DE  19801
Telephone:  (302) 425-0430
Fax:     (302) 425-0431
E-mail:kturner@eckertseamans.com

Neil G. Epstein
Carol L. Press
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Telephone:  (215) 851-8400
Fax:     (215) 851-8383

Attorneys for Defendants Robert L. Bast, Pamela Bashore Gagné, the Brennan Trusts and W. Roderick Gagné, as Trustee of the Brennan Trusts

M0607626