IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>　　　　　　　　　Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>　　　　　　　　　Defendants. | :<br>:<br>:<br>:<br>: CIVIL ACTION No. 04-1551 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**[PROPOSED] ORDER GRANTING THE FAMILY DEFENDANTS' MOTION
TO STRIKE THE TRUSTEE'S IMPROPER DAMAGE CLAIMS**

AND NOW, this ___ day of _____, 2007, upon consideration of the Motion of defendants Robert L. Bast, Pamela Bashore Gagné, the Brennan Trusts and W. Roderick Gagné as Trustee of the Brennan Trusts (the "Family defendants") To Strike the Trustee's Improper Damage Claims and the responses thereto, it is hereby

**ORDERED** that the following damage claims asserted in the Trustee's July 10, 2007 Disclosure Statement are hereby stricken: (1) the asserted overpayment of $1,018,500 commitment fees paid to the Family defendants by Student Finance Company ("SFC"); and (2) the asserted fraudulent conveyance to the Family defendants by redemption of SFC stock for $6,932,000; and it is

**FURTHER ORDERED** that the Trustee is precluded from asserted the above-described damage claims at trial; and it is

**FURTHER ORDERED** that the Trustee shall pay the Family defendants' costs, including attorney's fees, incurred with respect to this Motion.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT COURT JUDGE

M0607629