IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>            Debtor. | : <br> : <br> : <br> :   CIVIL ACTION No. 04-1551 (JJF) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>            Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>            Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to Local Rule 7.7.1, I hereby certify that a reasonable effort has been made to reach agreement with the opposing party – the Trustee – on the matters set forth in the Motion of defendants Robert L. Bast, Pamela Bashore Gagné, the Brennan Trusts and W. Roderick Gagné as Trustee of the Brennan Trusts to Strike the Trustee's Improper Damage Claims.

Dated: August 28, 2007

ECKERT SEAMANS CHERIN & MELLOTT, LLC

_____
KAREN LEE TURNER (No. 4332)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430
Fax: (302) 425-0431
E-mail: kturner@eckertseamans.com

Neil G. Epstein
Carol L. Press
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Telephone: (215) 851-8400
Fax:      (215) 851-8383

Attorneys for Defendants Robert L. Bast, Pamela Bashore Gagné, the Brennan Trusts and W. Roderick Gagné, as Trustee of the Brennan Trusts

M0607683