IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, Plaintiff, v. PEPPER HAMILTON LLP, ET AL., Defendants. | Civil No. 04-1551 (JJF) |
| ROYAL INDEMNITY COMPANY, Plaintiff, v. PEPPER HAMILTON LLP, ET AL., Defendants. | Civil No. 05-165 (JJF) |

**MOTION OF PEPPER HAMILTON LLP TO
COMPEL THE DEPOSITION OF JOHN P. GARVEY**

For the reasons set forth in the accompanying Memorandum, defendant Pepper Hamilton LLP respectfully moves this Court to enter an Order compelling the deposition of John P. Garvey or, alternatively, adjourn the trial of the above-referenced actions for a period sufficient to permit Pepper Hamilton LLP to retain an expert on the subjects about which Mr. Garvey was expected to testify.

Dated: September 4, 2007

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ *signature*

        William H. Sudell, Jr. (No. 0463)
        Daniel B. Butz (No. 4227)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        Telephone: (302) 658-9200
        Facsimile: (302) 658-3989

        *Attorneys for Defendant Pepper Hamilton LLP and W. Roderick Gagne, in his capacity as an attorney practicing at Pepper Hamilton LLP*

Of Counsel:

| | |
|---|---|
| Charles A. Gilman<br>David G. Januszewski<br>David G. Montone<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005<br>Telephone: (212) 701-3000<br>Facsimile: (212) 269-5420<br><br>*Attorneys for Defendant Pepper Hamilton LLP* | Elizabeth K. Ainslie<br>Stephen J. Shapiro<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 751-2000<br>Facsimile: (215) 751-2205<br><br>*Attorneys for Defendant Pepper Hamilton LLP and W. Roderick Gagne, in his capacity as an attorney practicing at Pepper Hamilton LLP* |

1226175