**SERVICE LIST**

**VIA HAND DELIVERY**

Christopher M. Winter
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

Tiffany Geyer Lydon
Philip Trainer, Jr.
Carolyn Shelly Hake
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19801
*Counsel for Royal Indemnity Company*

David E. Wilks
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE  19801
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Charlene M. Davis
Ashley B. Stitzer
Mary E. Augustine
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

Karen Lee Turner
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE  19801
*Counsel for W. Roderick Gagné, Pamela Bashore Gagné, Robert L. Bast and the Trusts*

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Counsel for MBIA*

**VIA EMAIL**

| | |
|---|---|
| Stephen J. Shapiro<br>Elizabeth K. Ainslie<br>Nicholas J. LePore, III<br>Bruce P. Merenstein<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 2600<br>Philadelphia, PA  19103<br>Email: sshapiro@schnader.com<br>*Counsel for Pepper Hamilton LLP and W. Roderick Gagné* | Michael S. Waters<br>Lois H. Goodman<br>Charles A. Stanziale<br>Donald Crecca<br>Jeffrey T. Testa<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ  07102<br>Email:  lgoodman@mdmc-law.com;<br>mwaters@mdmc-law.com<br>cstanziale@mdmc-law.com<br>dcrecca@mdmc-law.com<br>jtesta@mdmc-law.com<br><br>*Counsel for Charles A. Stanziale, Jr. SFC Trustee* |
| Neil G. Epstein<br>Carol L. Press<br>Eckert Seamans Cherin & Mellott, LLC<br>50 South 16th Street<br>22nd Floor<br>Philadelphia, PA  19102-1909<br>Email:  cpress@eckertseamans.com;<br>nepstein@eckertseamans.com<br>*Counsel for W. Roderick Gagné, Pamela Bashore Gagné, Robert L. Bast and the Trusts* | John I. Grossbart<br>Alan S. Gilbert<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>233 S. Wacker Drive<br>Chicago, IL  60606<br>Email:  jgrossbart@sonnenschein.com;<br>smerouse@sonnenschein.com<br>*Counsel for Royal Indemnity Company* |
| Veronica E. Rendon<br>Richard P. Swanson<br>Jason M. Butler<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY  10022<br>Email:  Jason_butler@aporter.com;<br>veronica_rendon@aporter.com<br>*Counsel for McGladrey & Pullen LLP and Michael Aquino* | Steven M. Farina<br>Thomas H.L. Selby<br>Williams & Connolly LLP<br>725 12th Street, N.W.<br>Washington, D.C.  20005<br>Email:  Tselby@wc.com<br>*Counsel for McGladrey & Pullen LLP* |
| Andre G. Castaybert<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY  10036<br>Email:  acastaybert@proskauer.com<br>*Counsel for MBIA* | John H. Eickemeyer<br>Marie A. Tieri<br>Vedder Price Kaufman & Kammholz, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY  10019<br>Email: jeickemeyer@vedderprice.com;<br>mtieri@vedderprice.com<br>*Counsel for Freed Maxick & Battaglia, CPAs, PC* |

547134

Charles A. Gilman
David Montone
David G. Januszewski
M. Justin Lubeley
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005-1702
cgilman@cahill.com
dmontone@cahill.com
djanuszewski@cahill.com
jlubeley@cahill.com

3

547134