**EXHIBIT A**

## Gilman, Charles A.

**From:** Merouse, Steven L. [smerouse@sonnenschein.com]
**Sent:** Friday, August 31, 2007 12:42 PM
**To:** Gilman, Charles A.
**Cc:** Barr, Michael H.; Grossbart, John I.; mwaters@mdmc-law.com
**Subject:** FW: Garvey

Charlie,

As you know, Royal has settled with the accountant parties; as such, we have withdrawn John Garvey's report and will not be calling him to testify at trial. Mr. Garvey continues to act in a consulting capacity on Royal's behalf in this case. Consequently, Mr. Garvey's previously scheduled deposition is canceled and we will not be producing him on September 5th.

Steven L. Merouse
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower
Chicago, IL 60606
direct: 312.876.8079
fax: 312.876.7934
smerouse@sonnenschein.com

----- Original Message -----
From: Gilman, Charles A. <cgilman@cahill.com>
To: Grossbart, John I.; Barr, Michael H.; mwaters@mdmc-law.com <mwaters@mdmc-law.com>
Sent: Fri Aug 31 11:27:47 2007
Subject: Garvey

Gentlemen, will you or will you not produce Mr. Garvey for deposition?
---------------------------
Sent from my BlackBerry Wireless Handheld

The information contained in this e-mail message may be privileged and confidential information and is intended only for the use of the individual and/or entity identified in the alias address of this message. If the reader of this message is not the intended recipient, or an employee or agent responsible to deliver it to the intended recipient, you are hereby requested not to distribute or copy this communication. If you have received this communication in error, please notify us immediately by telephone or return e-mail and delete the original message from your system.  Thank you.

* * * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

* * * * * * * * * * * * * * * * * * * * * *


-----------------------------------------------------------------
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy

from your system. Thank you for your cooperation.

IRS CIRCULAR 230 DISCLOSURE:
Any Federal tax advice contained herein is not written to be used for, and the recipient and any subsequent reader cannot use such advice for, the purpose of avoiding any penalties asserted under the Internal Revenue Code.  If the foregoing contains Federal tax advice and is distributed to a person other than the addressee, each additional and subsequent reader hereof is notified that such advice should be considered to have been written to support the promotion or marketing of the transaction or matter addressed herein.  In that event, each such reader should seek advice from an independent tax advisor with respect to the transaction or matter addressed herein based on the reader's particular circumstances.
-------------------------------------------------------------------------