## CERTIFICATE OF SERVICE

I, Daniel B. Butz, certify that I am not less than 18 years of age, and that service of the foregoing **Memorandum In Support Of Pepper Hamilton LLP's Motion To Compel The Deposition Of John P. Garvey** was caused to be made on September 4, 2007, in the manner indicated, upon the individuals identified on the attached service list.

Date: September 4, 2007
Wilmington, Delaware

*/s/ Daniel B. Butz*
Daniel B. Butz (No. 4227)

1225995.1