# EXHIBIT A



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| STUDENT FINANCE CORPORATION, | : | Case No. 02-11620 (KJC) |
| | : | |
| Debtor. | : | |
| | : | |
| CHARLES A. STANZIALE, JR., | : | |
| CHAPTER 7 TRUSTEE OF STUDENT | : | |
| FINANCE CORPORATION | : | Adv. Pro. No. 04-58003 (KJC) |
| | : | |
| Plaintiff, | : | Civil Action No. 05-72 (JJF) |
| | : | |
| v. | : | |
| | : | |
| McGLADREY & PULLEN LLP, et al. | : | **RE: DOCKET NO. 1646** |
| | : | |
| Defendants. | : | **Objection Deadline: September 20, 2007 at 4:00 p.m.** |
| | : | **Hearing Date: September 27, 2007 at 4:00 p.m.** |

### RE-NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on August 21, 2007, Charles A. Stanziale, Jr.,

chapter 7 trustee to the estate of the above-captioned debtor (the "Trustee"), filed the

**Motion to Approve Settlement Agreement with McGladrey & Pullen LLP, Freed**

**Maxick & Battaglia CPAs PC, Freed Maxick Sachs & Murphy, P.C. and Michael**

**Aquino** (the "Motion") in the United States District Court for the District of Delaware

("District Court") and served the Motion on all counsel that entered their appearance in

the chapter 7 case and counsel for all parties affected by the Motion.

PLEASE TAKE FURTHER NOTICE that on August 28, 2007, the Trustee filed

the Motion in the United States Bankruptcy Court for the District of Delaware (the

"Bankruptcy Court") [Docket No. 1646] and withdrew it from the docket in the District

Court.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion originally

DATE 9/4/07

DOCKET # 1648

scheduled for September 13, 2007 at 10:00 a.m. and has been continued to **September 27, 2007 at 4:00 p.m. (Eastern Time)** before the Honorable Kevin J. Carey at the Bankruptcy Court, 824 Market Street, Fifth Floor, Courtroom 5, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections to the Motion are to be filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon, so as to be actually received by the undersigned counsel, no later than **September 20, 2007 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that requests for a copy of the Motion should be directed to undersigned counsel at The Bayard Firm.

PLEASE TAKE FURTHER NOTICE that if there are no timely objections received to the Motion, the Court may enter an order approving the relief requested in the Motion without further notice or a hearing.

Dated: September 4, 2007

THE BAYARD FIRM

Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Tel: (302) 655-5000

-and-

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Charles A. Stanziale, Jr.
Lois H. Goodman
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel: (973) 622-7711

Counsel to the Chapter 7 Trustee

669243-1

## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on this 4th day of September, 2007, I caused a copy of the **Re-Notice of Motion and Hearing** to be served upon the parties listed below in the manner indicated and upon the attached service lists via First Class United States Mail.

## VIA ELECTRONIC MAIL

Stephen J. Shapiro, Esquire
sshapiro@schnader.com

Andre G. Castaybert, Esquire
acastaybert@proskauer.com

John H. Eickemeyer, Esquire
jeickemeyer@vedderprice.com

William H. Sudell, Jr., Esquire
wsudell@mnat.com

John W. Shaw, Esquire
jshaw@ycst.com

Karen Singer, Esquire
KSinger@eckertseamans.com

Brian L. Friedman, Esquire
blfriedman@proskauer.com

David G. Januszewski, Esquire
djanuszewski@cahill.com

Dawn Jones, Esquire
djones@ycst.com

David E. Wilks, Esquire
DWilks@ReedSmith.com

Jason M. Butler, Esquire
Jason.Butler@aporter.com

Veronica E. Rendon, Esquire
Veronica.Rendon@aporter.com

John I. Grossbart, Esquire
jgrossbart@sonnenschein.com

Charles A. Gilman, Esquire
cgilman@cahill.com

Christopher M. Winter, Esquire
cmwinter@duanemorris.com

Neil G. Epstein, Esquire
nepstein@eckertseamans.com

Alan S. Gilbert, Esquire
agilbert@sonnenschein.com

Bruce Merenstein, Esquire
bmerenstein@schnader.com

David Montone, Esquire
dmontone@cahill.com

David C. McBride, Esquire
dmcbride@ycst.com

Elizabeth K. Ainslie, Esquire
eainslie@schnader.com

M. Justin Lubeley, Esquire
jlubeley@cahill.com

669243-1

Jonathan A. Wexler, Esquire
jwexler@vedderprice.com

Lisa A. Bauer, Esquire
lbauer@proskauer.com

Michael H. Barr, Esquire
mbarr@sonnenschein.com

Marie A. Tieri, Esquire
mtieri@vedderprice.com

Robert W. Gifford, Esquire
rgifford@sonnenschein.com

Ronald Rauchberg, Esquire
rauchberg@proskauer.com

Steven L. Merouse, Esquire
smerouse@sonnenschein.com

Tiffany Geyer Lydon, Esquire
tlydon@ashby-geddes.com

Carol Press, Esquire
CPress@eckertseamans.com

Kenneth J. Pfaehler, Esquire
kpfaehler@sonnenschein.com

Lisa A. MacVittie, Esquire
lmacvittie@sonnenschein.com

Michael R. Lastowski, Esquire
mrlastowski@duanemorris.com

Nicholas LePore, Esquire
nlepore@schnader.com

Richard P. Swanson, Esquire
richard.swanson@aporter.com

Steven M. Farina, Esquire
sfarina@wc.com

Steven Obus, Esquire
sobus@proskauer.com

Thomas H.L. Selby, Esquire
TSelby@wc.com

Mary E. Augustine (No. 4477)

Label Matrix for local noticing
0311-1
Case 02-11620-KJC
District of Delaware
Delaware
Fri Aug 31 12:34:54 EDT 2007

4048 Associates
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Action Career Training, L.P.
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801-1246

Alabama Drivers Academy, Inc.
1100 N. Market Street
Suite 1001
Wilmington, DE 19801-1246

Alliance Mortgage Company
8120 Nations Way
Building 100
Jacksonville, FL 32256-4461

America's Driving Force of Georgia, Inc
1100 N. Market Street
Suite 1001
Wilmington, DE 19801-1246

American Eagle Truck Driver Academy Corp.
1970 Barret Court
Suite 100
Henderson, KY 42420-4944

American Truck Training, Inc.
1100 N. Market Street
Suite 1001
Wilmington, DE 19801-1246

Bankruptcy Services LLC
757 Third Avenue
3rd Floor
New York, NY 10017-2072

Career Driving and Learning Centers, LLC
1100 N. Market Street
Suite 1001
Wilmington, DE 19801-1246

Central Square Driving, Inc.
1100 N Market Street
Suite 1001
Wilmington, DE 19801-1246

Coastal College, Inc.
1100 N. Market Street
Suite 1001
Wilmington, DE 19801-1246

Commercial Driver Training Consultants, Inc.
1100 N Market Street
Suite 1001
Wilmington, DE 19801-1246

Commercial Vehicle Operators Training, Inc.
1100 N Market Street
Suite 1001
Wilmington, DE 19801-1246

Common WealthTruck Driving School
Charles Tudor
Tudor Enterprises, Inc.
P.O. Box 320
Lagrange, KY 40031-0320

Custom Training, Inc. d/b/a International Sc
1100 N Market Street
Suite 1001
Wilmington, DE 19801-1246

Future Truckers of America, Inc.
1100 N Market Street
Suite 1001
Wilmington, DE 19801-1246

International Schools of New Mexico & Texas,

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

Parente Randolph, LLC
Two Penn Center, Suite 1800
Philadelphia, PA 19102-1794

Pepper Hamilton LLP
Morris, Nichols, Arsht & Tunnell
1201 N. Market, 18th Floor
Wilmington, DE 19801-1147

Quality College of Transportation Careers, I
1100 N Market Street
Suite 1001
Wilmington, DE 19801-1246

Robert L. Bast, Pamela Bashore Gagne, W. Rod
Eckert Seamans Cherin & Mellott, LLC
4 East 8th Street
Suite 200
Wilmington, DE 19801-3553

Shipper's Choice of Virginia, Inc.
1100 N Market Street
Suite 1001
Wilmington, DE 19801-1246

Student Finance Corp.
170 Lukens Drive
New Castle, DE 19720-2727

Trainsportation Training Center, Inc.
1100 N Market Street
Suite 1001
Wilmington, DE 19801-1246

Transport Tech, Inc.
1100 N Market Street
Suite 1001
Wilmington, DE 19801-1246

Transport Training, Inc.
1100 N. Market Street
Suite 1001
Wilmington, DE 19801-1246

Truck America Training, Inc.
1100 N Market Street
Suite 1001
Wilmington, DE 19801-1246

Tudor Enterprises, Inc. d/b/a Commonwealth T
1100 N Market Street
Suite 1001
Wilmington, DE 19801-1246

United States Truck Driving School, Inc.
1100 N Market Street
Suite 1001
Wilmington, DE 19801-1246

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801-3519

Vimacs, Inc. d/b/a Allstate Commercial Drive
1100 N Market Street
Suite 1001
Wilmington, DE 19801-1246

Wachovia Mortgage Corporation
c/o Fidelity National
1270 Northland Drive, Suite 200
Mendota Heights, MN 55120-1176

Weiser, LLP
399 Thornall Street
Edison, NJ 08837-2236

Wilmington Trust Company
795 East Lancaster Ave.
2nd Floor - Suite 6
Villanova, PA 19085-1500

Wilmington Trust of Pennsylvania
Cozen O'Connor
Jeffrey R. Waxman
1201 N. Market Street
Suite 1400
Wilmington, DE 19801-1163

U.S. Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801-3024

4048 Associates, Inc.
4048 New Castle Ave.
New Castle, DE 19720-1455

AIT Corporation
c/o Philip G. Mitchell
Jennings Haug & Cunningham
2800 N. Central Avenue, #1800
Phoenix, AZ 85004-1049

ATAPCO Christiana, Inc.
220 Continental Drive
Suite 101
Newark, DE 19713-4304

ATAPCO Christiana, Inc.
220 Continetal Drive
Suite 101
Newark, DE 19713-4304

ATDS-Prairie Hill
FM 339 South at Highway 84
Prairie Hill, TX 76678

Abbott, Calvinessa
3E 38th Street
Wilmington, DE 19802-2366

Action Career
2449 South Treadway
Abilene, TX 79602-5911

Airborne Express
P.O. Box 91001
Seattle, WA 98111

Alabama Drivers Academy
218 John Wills Avenue
Eastaboga, AL 36260-7256

Aliberti, Julie
218 South Bank Road
Landenberg, PA 19350-1019

Allianace Mortgage Company
8100 Nations Way
Jacksonville, FL 32256-4405
Attn: Bankruptcy Department

Alliance III Tractor-Trailer Training
P.O. Box 2008
Mcdonough, GA 30253-1720

Alliance Tractor Trailer Training Center
Highway 25
Fletcher, NC 28732

America Training-Oklahoma
2501 SE 15th Street
Oklahoma City, OK 73129-8444

America's Driving Force
4295 Thurmond Road
Forest Park, GA 30297-3672

American Institute of Technology
440 South 54 Avenue
Phoenix, AZ 85043-4746

Andrews & Kurth, LLP
P.O. Box 201785
Houston, TX 77216-1785

Atapco Christiana, Inc.
PO Box 406415
Atlanta, GA 30384-6415

Atapco Properties, Inc.
One North Charles Street
Suite 2400
Baltimore, MD 21201-3762

Augusta School of Massage
3512 1/2 Wheeler Road
Augusta, GA 30909-1824

Avaya Financial Services
PO Box 93000
Chicago, IL 60673-0001

Avaya fka Lucent Technologies
AVAYA
c/o D&B/RMS Bankruptcy Services
P. O. Box 5126
Timonium, Maryland 21094-5126

Avaya, Inc.
P.O. Box 5332
New York, NY 10087-5332

BCD Systems, Inc.
486 First State Blvd.
Wilmington, DE 19804-3745

Barna, Benjamin
1301 Gilpin Avenue
Apartment 5A
Wilmington, DE 19806-3182

Barry, Bruce
102 Buttonwood Court
Woodstown, NJ 08098-2438

Bearcat Truck Driving School
129 Aledo Ridge Road
Fort Worth, TX 76126-6032

Bellagio, LLC
c/o Kenneth E. Aaron
Weir & Partners
824 Market Street
P.O. Box 708
Wilmington, DE 19899-0708

Bernard Hodes Group
220 East 42nd Street
New York, NY 10017-5818

Boyd's Flowers
2013 Pennsylvania Avnue
Wilmington, DE 19806-2493

Boyd, Richard
922 Pichard Street
Greensboro, NC 27401-3540

Breeding, Shawn
26 Franklin Avenue 2
Winchester, KY 40391-2108

Breger, Paul
P.O. Box 336
Yorklyn, DE 19736-0336

Brennan Trust, Elizabeth B.
Pepper, Hamilton & Scheetz
3000 Two Logan Square
Philadelphia, PA 19103-2799

Broadway Premium Funding
International Benefits Group, Inc.
71 Union Avenue
Rutherford, NJ 07070-1274

Brockell III, Charles
96 Hickory Lane
Elkton, MD 21921-5107

Brown, Crystal
14 Dunsmore Road
Newark, DE 19713-3837

Brown, Willie
119 Carroll Blvd.
Saint Matthews, SC 29135-9503

Buchanan, Scot
159 Ridge Road
Rising Sun, MD 21911-1528

Burleigh, Eddie
929 Beall Lane
Central Point, OR 97502-2715

Busters School of Street Rods
6960 North 52nd Avenue
Glendale, AZ 85301-3447

C.V.O.T.
925 Asby Street N.W.
Atlanta, GA 30318-5227

C1 Professional Training Center-Indy
3603 E. Raymond Street
Indianapolis, IN 46203-4762

C1 Truck Driver Training-Fort Worth
4200 South Freeway
Suite 704
Fort Worth, TX 76115-1403

C1 Truck Driver Training-Stafford
6395 East State Highway 00
Strafford, MO 65757

CDG Interiors
835 N. Tatnall Street
Wilmington, DE 19801-1746

CDI/TDI
10585 Three Rivers Road
Suite F
Gulfport, MS 39503-3572

CDI/TDI
24645 State Road
South Bend, IN 46614

CDL Training Corporation
5995 East Route 36
Decatur, IL 62521-9513

CDL Truck Driving School
4101 NW 27th Avenue
Miami, FL 33142-4513

CDL-Academy
360 South Madison Avenue
Suite 109
Greenwood, IN 46142-3117

CDTA Corporation
12010 Interchange Drive
Grand Bay, AL 36541-4241

CQI Document Solutions
2727 Commerce Way
Philadelphia, PA 19154-1011

CR England, Inc.
P.O. Box 27728
Salt Lake City, UT 84127-0728

CSC
2711 Centerville Rd., Suite 400
Wilmington, De 19808-1645

CSC
P.O. Box 13397
Philadelphia, PA 19101-3397

Caldwell Staffing Service
8 South DuPont Road
Wilmington, DE 19805-1412

Canon Business Solutions -South.
PO Box 33191
Newark, NJ 07188-0191

Canon Financial Services
200 Commerce Square Blvd.
Burlington, NJ 08016-1271

Canon Financial Services
PO Box 44004
Carol Stream, IL 60197

Canon Financial Services, Inc.
P.O. Box 44004
Carol Stream, IL 60197-4004

Canon Financial Services, Inc.
c/o Andrew Sklar, Esq.
Sklar & Paul, P.C.
2201 Route 38 East, Suite 100
Cherry Hill, New Jersey 08002-4309

Career Development Center
3220 Nicholasville Road
Suite 140
Lexington, KY 40503-3382

Career Driving and Learning Center
1360 Kelley Avenue
Akron, OH 44306

Career Path Training Corporation
5411 West Tyson Avenue
Tampa, FL 33611-3227

Career Vision
12 West 27th Street
New York, NY 10001-6903

Careers World Wide - Henderson
9791 Brighton Road
#5
Henderson, CO 80640-8644

Caviness, Pamela
512 Riblett Lane
Wilmington, DE 19808-1306

Chambers, Harold
800 N. Madison Street
Wilmington, DE 19801-1438

Charlotte Truck Driver Training School
500 North Hoskins Road
Charlotte, NC 28216-3425

Charlottte Vickers
4 Ross Court
Wilmington, DE 19810-1199

City Captial
PO Box 9592
Uniondale, NY 11555-9592

Coastal Colleges
4016 Canal Boulevard
New Orleans, LA 70119-6021

CobraServ National Service Center
P.O. Box 402610
Atlanta, GA 30384-2610

Collins, John
9 Silview Avenue
Wilmington, DE 19804-3317

Commercial Carrier Services, Inc.
134 Joe R. McCrary Road
Fall Branch, TN 37656

Commercial Colleges-USA
3936 Pendleton Way
Indianapolis, IN 46226-7600

Commercial Consultants-Indianapolis
2900 N. Shadeland Avenue
Indianapolis, IN 46219-1130

Commercial Driver Institute-IV
6201 Epps Mills Road
Christiana, TN 37037-5678

Commercial Driver Services-Woodford
6200 Jeff Davis Highway
Woodford, VA 22580-9604

Commercial Training-Babylon
600 Patton Avenue
West Babylon, NY 11704-1421

Commonwealth-Georgetown
2676 Cincinnati Pike
Georgetown, KY 40324-8958

(p)ALANTIC CITY ELECTRIC
BANKRUPTCY DEPARTMENT MAIL STOP 84CP42
5 COLLINS DRIVE SUITE 2133
CARNEYS POINT NJ
08069-3600

Continental Truck-Fort Worth
1666 North Hampton Road
Suite 200
De Soto, TX 75115-8622

Copeland, Paulette
825 N. Lombard Street
Wilmington, DE 19801-4218

Craps, Steve
340 Shady Branch Road
Leesville, SC 29070-8466

Crowe, Robert
863 Barratts Chapel
Felton, DE 19943-5542

DEPARTMENT OF LABOR
DIVISION OF UNEMPLOYMENT INSURANCE
ATTN FRANCIS FITZPATRICK
P.O. BOX 9953
WILMINGTON, DE 19809-0953

Data-Quik
3237 Bristol Road
Suite 208
Bensalem, PA 19020-2132

Delaware Employment Training Fund
Delaware Dept. of Labor
PO Box 41780
Philadelphia, PA 19101-1780

Dell Financial Services
PO Box 4307
Chicago, IL 60693-0001

Deng, Xiaoqin (Linda)
Student Finance Corporation
170 Lukins Drive
New Castle, DE 19720-2727

Cong, Lin
734-A Putnam Vlvd.
Wallingford, PA 19086

Coombs, William
329 Manlove Lane
Wilmington, DE 19804-2900

Copi Quik
8900 State Road
Philadelphia, PA 19136-1613

Cressman, John
107 S. Longwood Lane
Clayton, DE 19938-1933

Crumety, Peter
109 S. Franklin Street
Wilmington, DE 19805-4038

DSC Training Academy-Greenville
220 North Raceway Road
Greenville, MS 38703-3522

DeGirolano, Leigh Ann
24 Ardmore Road
Newark, DE 19713-2310

Delaware Enterprises
1 Oak View Drive
Newark, DE 19702-2221

Dell Financial Services
Payment Process Center
P.O. Box 4307
Chicago, IL 60693-0001

Deputy, Dameon
320 E. Broadstairs Pike
201-F
Dover, DE 19904-9720

Conquest, Marc T.
1348 S. Wilton Street
Philadelphia, PA 19143-4324

Cooper, Cedrick
3207 Stonegate Blvd.
Apt. at Iron Ridge
Elkton, MD 21921-4122

Costalas, Anthony
2417 Brickton Road
Wilmington, DE 19803-2705

Crosscountry Driver Truck School
250 Industrial Park Drive
Thomasville, NC 27360-9436

Crystal Springs Water Company
P.O. Box 3229
Lancaster, PA 17604

Daly's Truck Driving School
4690 South Lee Street
Buford, GA 30518-3031

Delaware DMV
P.O. Box 698
Dover, DE 19903-0698

Delaware Investments
1818 Market Street
Philadelphia, PA 19103-3638

Delta Truck Driving School
2727 Kentronics Drive
Owensboro, KY 42301-8723

Devane, Joseph
27 E. Moyer Drive
Bear, DE 19701-4115

Dickerson, Portia
147 Parma Avenue
New Castle, DE 19720-1305

Document Security Management
P.O. Box 8112
Newark, DE 19714-8112

Donna Miller
429 Prospect Ave.
Wilmington, DE 19803-1828

Doxie, Michelle, Estate of
8 Memorial Drive
New Castle, DE 19720-1311

Edwards, Wilhelmenia
11 N. Kingscroft Drive
Bear, DE 19701-1423

Elite Truck Driver School-Lexington
937 South Lake Road
Lexington, SC 29072-3717

Elite Truck School-El Cajon
1860 Joe Crosson Drive
Suite D
El Cajon, CA 92020-1262

Elizabeth B. Brennan Trust No. 2 f/b/o
Pepper Hamilton LLP
3000 Two Logan Square
Philadelphia, PA 19103-2799

English, Betty
6 Warren Place
New Castle, DE 19720

English, Brian
309 N. Franklin Street
Wilmington, DE 19805-3610

Erhart, Charles
768 E. Garden Road
#30
Vineland, NJ 08360-1747

FFE Transportation Services, Inc.
P.O. Box 655888
Pittsburgh, PA 15250-7461

Faulkner, Sharon
204 N. Franklin Street
Wilmington, DE 19805-3643

Federal Express
P.O. Box 1140
Memphis, TN 38101-1140

Federal Express-Radnor
P.O. Box 371461
Pittsburgh, PA 15250-7461

Feliciano Jr., Fernando R.
1805 N. Washington Street
Apt. #2
Wilmington, DE 19802-4724

Ferrara, Karen
1 Brookfield Drive
Newark, DE 19702-5941

Feudo, Laura F.
1521 Richard Drive
West Chester, PA 19380-6332

First Class CDL Services
3110 Adamo Drive
Tampa, FL 33605-5755

Fleet Business Credit Corp.
153 S. LaSalle
Dept. 8210
Chicago, IL 60674-0001

Fleet Business Credit, LLC
135 S. LaSalle
Dept. 8210
Chicago, IL 60674-8214

Fleet Business Credit, LLC
One South Wacker Drive
Chicago, IL 60606-4614

Franklin Career Services
11492 Bluegrass Parkway
Suite 115
Louisville, KY 40299-2334

Franklin Career Services
220 West Main Street
22nd Floor
Louisville, KY 40202-1395

Franklin Corporation
220 West Main Street
22nd Floor
Louisville, KY 40202-1395

GE Capital
PO Box 802585
Chicago, IL 60680-2585

Gagne, Pamela
W. Roderick Gagne
Pepper, Hamilton & Scheetz
3000 Two Logan Square
Philadelphia, PA 19103-2799

Garnett, Jane't
76 Thorn Lane
New Castle, DE 19720-2152

Gateway Search Associates
7 Great Valley Parkway
Suite 232
Malvern, PA 19355-1425

Getchell, Tina
1064 School Street
Veazie, ME 04401-6950

Gresk, George
20 Dennis Drive
Pennsville, NJ 08070-1003

Gresk, George C.
Student Finance Corp.
170 Lukens Drive
New Castle, DE 19720-2727

H.O. Wolding Truck Transportation
P.O. Box 217
Amherst, WI 54406-0217

HDS Truck Driving Institute
6251 S. Wilmot Road
Tucson, AZ 85706-9263

Hammond, Sylvester
404 Homestead Road
Wilmington, DE 19805-4640

Hampton, Todd
114 Williams Court
New Castle, DE 19720-6751

Hanby's, Inc.
917 S. Heald Street
Wilmington, DE 19801-5732

Harper, Vanetta
1230 Rodman Road
Wilmington, DE 19805-4125

Harris, Charlotte
6 Ryan Avenue
New Castle, DE 19720-1326

Health Institute of Jackson
405 Briarwood Drive
Suite 110
Jackson, MS 39206-3032

Heller Financial Leasing
Dept 70501
PO Box 55000
Detroit, MI 48255-0001

Hester, Reaco
807 Allen Court
Wilmington, DE 19801-5701

Hickory Truck Driving School
508 10th Street NW
Suite R
Conover, NC 28613-2339

Hilyard's, Inc.
1616 Newport Gap Pike
Wilmington, DE 19808-6294

Hook Up Drivers
5465 Highway 43 South
Joplin, MO 64804-8905

Huffins, Emanuel C.
21 Boggs Lane
Bear, DE 19701-3084

Info Systems, Inc.
P.O. Box 17138
Wilmington, DE 19850-7138

InfoSystems, Inc.
590 Century Blvd.
Wilmington, De 19808-6273

Insite Construction
62 Read's Way
New Castle, DE 19720-1649

International Benefits Group, Inc.
Attn: Joe Domal
71 Union Avenue
Rutherford, NJ 07070-1274

International Schools
3910 Doniphan Street
Suite H
El Paso, TX 79922-1354

Interstate-Evansville
5699 Highway 41 North
Evansville, IN 47711-1959

Iron Mountain
P.O. Box 65017
Charlotte, NC 28265-0017

Iron Mountain Information Management, Inc.
c/o Emily K. Cohen
Sullivan & Worcester LLP.
One Post Office Square
Boston, Massachusetts 02109-2129

Iron Mountain OSDP
P.O. Box 911862
Dallas, TX 75391-1862

Iron Mountain Records Management, Inc.
c/o D&B/RMS Bankruptcy Services
P. O. Box 5126
Timonium, Maryland 21094-5126

James T. Brennan FBO E.L. Gagne
Pepper, Hamilton & Scheetz
3000 Two Logan Square
Philadelphia, PA 19103-2799

James T. Brennan FBO Phillip B. Gagne
Pepper, Hamilton & Scheetz
3000 Two Logan Square
Philadelphia, PA 19103-2799

James T. Brennan FBO W.R. Gagne
Pepper, Hamilton & Scheetz
3000 Two Logan Square
Philadelphia, PA 19103-2799

Jamieson, Marsha
252 Cheyenne Drive
Bear, DE 19701-2179

Morris, Judith
38 Dempsey Drive
Newark, DE 19713-1932

Municipal Services Commission
216 Chestnut Street
New Castle, DE 19720-4834

Murphy, Richard
233 Beckett Road
Swedesboro, NJ 08085

NETTTS-MA
500 Victory Road
Quincy, MA 02171-3139

NETTTS-RI
600 Moshassuck Valley Industrial Parkway
Pawtucket, RI 02860-1752

Napier Truck Driver Training
9267 Cincinnati-Dayton Road
West Chester, OH 45069-3839

National Business Institute of Florida
742 South Combee Road
Lakeland, FL 33801-6314

National Driving Academy-Greensburg
578 Wicker Lane
Greensburg, LA 70441-4022

National Tractor Training School
4650 Buckley Road
Liverpool, NY 13088-2505

New Castle Arts, LTD
412 Delaware Street
New Castle, DE 19720-5040

Noga, Randall
22 Olympia Drive
Marlton, NJ 08053-3846

North Alabama Driving Academy
1809 Godfrey Avenue South
Fort Payne, AL 35967

Norwest Bank Minnesota, National Assoc.
as Trustee
Corporate Trust Dept.
Sixth and Marquette
Minneapolis, MN 55479-0001

Nurse, Wendy
7 Hidlins Way
Newark, DE 19713-4923

O'Brien, Angela
28 Austin Road
Wilmington, DE 19810-2203

Office of the United States Trustee
District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Lockbox 35
Suite 2207
Wilmington, DE 19801-3519

Ogumerem, Linnette
908 Cedartree Lane
Apt. 3
Claymont, DE 19703-1646

Ogumerem-Pink, Chuka
906 Cedartree Lane
Apt. 6
Claymont, DE 19703-1628

Omega Technical Institute
242 State Street
Brewer, ME 04412-1519

Ortiz, Maricely
300 W. 30th Street
2nd Floor
Wilmington, DE 19802-3133

PC Professor-WPB
6080 Okeechobee Boulevard
#200
West Palm Beach, FL 33417-4362

PG Real Estate, Inc.
4048 New Castle Avenue
New Castle, DE 19720-1455

PHS Corporate Services, Inc.
1201 Market Street
Suite 1600
Wilmington, DE 19801-1164

PNC Bank National Association
As Collateral Agent
Attn: John Smathers
249 Fifth Ave.
Pittsburgh, PA 15222-2707

Pacific Coast Truck School
5800 State Road #7
Bakersfield, CA 93308-3039

Parsons, Heather
603 Banyan Road
Newark, DE 19713-1702

Patriot Commercial Leasing Co. Inc.
1566 Medical Drive
Pottstown, PA 19464-3229

Patten, Angela
101 1/2 Glenside Avenue
Wilmington, DE 19804-3209

Pearsall, Blondeva
Rd 1
Bpx 67-M
Wilmington, DE 19804

Peirce III, James
319 Central Avenue
Wilmington, DE 19805-2415

Jean-Baptiste, Jethro
408 Hetherton Lane
New Castle, DE 19720-6754

Johnson, Lakeya
34 Whitehall Circle
Elkton, MD 21921-6562

Jones, Dineta
2019 N. Jefferson Street
Apt. #2
Wilmington, DE 19802-4015

Julian, Lorraine
6 Sussex Hall
English Village
Newark, DE 19711-5918

KB Institute of Technology-Columbus
355 East Campus View Boulevard
Suite 230
Columbus, OH 43235-5680

Kammerer Jr., Howard
206 Britian Court
Newark, DE 19702-6320

Katlaw School of Trucking
5000 Austell-Powder Spring Road
Suite 6
Austell, GA 30106-2427

Key Power, Inc.
613 NW 7th Street
Miami, FL 33136-3225

Klein, Peter
621 Timber Wood Boulevard
Newark, DE 19702-8401

Knights of the Road
210 McAlpine Street
Tampa, FL 33605

Kornegay, Daishawn
207 Finch Way
Newark, DE 19702-4290

Lacter, Eric
1070 Kings Row Road
Oxford, PA 19363-2230

Lacy, Jean
9 Stone Crop Road
Wilmington, DE 19810-1315

LeCates, Elaine
152 Whig Lane Road
Monroeville, NJ 08343-1720

Leny, Deneen
824 Jefferson Street
Wilmington, DE 19801-1486

Llewellyn, James
2033 Woodside Lane
Broomall, PA 19008-3218

Loofborrow, Inc.
110 Maiden Lane
36th Floor
New York, NY 10005

Lufkin Truck Driving Academy
105 Calder Square
Lufkin, TX 75901

MSDN Subscriptions
P.O. Box 5549
Pleasanton, CA 94566-1549

MTA Schools
1180 Zeager Road
Elizabethtown, PA 17022-8754

MacGregor, John
39 Aspen Way
Schwenksville, PA 19473-1798

Marco & Associates
1337 Tilton Road
First Floor
Northfield, NJ 08225-1871

Matthews, Rochelle
800 E. 8th Street
Wilmington, DE 19801-4320

Mayer Brown & Platt
2027 Collection Center Drive
Chicago, IL 60693-0020

Mayfield, Pauline P.
515 N. Franklin Street
Wilmington, DE 19805-3226

McDougale, Holana
456 Anderson Drive
Wilmington, DE 19801-5719

McGladrey & Pullen, LLP
2 Penn Center Plaza
Suite 1420
Philadelphia, PA 19102-1749

Medical Career Development Centers
6770 South 900 East
Midvale, UT 84047-1709

Mehta, Subhash
1401 Pennsylvania Avenue
Unit 105
Wilmington, DE 19806-4125

Moore, Wanda
81-10 Villas Drive
Newark, DE 19702

Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799

Perry, Vince
1903 Limestone Road
Wilmington, DE 19804-4109

Peters, Michael
53 Cheswold Blvd.
Apt. 1A
Newark, DE 19713-4164

Phoenix Truck Driving Academy
355 East Yusen
Georgetown, KY 40324

Piccio, Jodie
319 Nicholas Court
Wilmington, DE 19808-4870

Pitney Bowes
PO Box 856460
Louisville, KY 40285-6460

Pritchett, Shakai
301 Wilson Street
Havre De Grace, MD 21078-3811

Professional TDI-Batavia
38 Clinton Street
Batavia, NY 14020-2821

Professional TDS-Paducah
5234 Charter Oak Drive
Paducah, KY 42001-9692

Professional TDS-Twin Falls
1746 Addison Avenue East
Twin Falls, ID 83301-5301

Programmer's Paradise, Inc.
P.O. Box 31045
Newark, NJ 07101-0130

Programmers Paradise, Inc.
1157 Shrewsbury Ave.
Shrewsbury, NJ 07702-4321

Purchase Power
P.O. Box 856042
Louisville, KY 40285-6042

Quality College-Fresno
1570 North Wishon Avenue
Fresno, CA 93728-1831

Quality College-Fresno
4747 N. First, #177
Fresno, CA 93726-0517

Quest Diagnostics
PO Box 740709
Atlanta, GA 30374-0709

Redding IV, M. Howland
1301 Gilpin Avenue
Apartment 5A
Wilmington, DE 19806-3182

Reuling, Nadene
243 Romney Blvd.
Newark, DE 19702-2671

Road Professional Driving School
6666 Street Route 95
Mount Gilead, OH 43338-9549

Roadmaster Corporation
5411 West Tyson Avenue
Tampa, FL 33611-3227

Roadmaster Driver School of Auburndale
500 Mckean Street
Auburndale, FL 33823-4012

Roadmaster School of Jacksonville
5411 West Tyson Avenue
Tampa, FL 33611-3227

Roadmaster School of Ohio
5411 West Tyson Avenue
Tampa, FL 33611-3227

Roadmaster School, Inc.
5411 West Tyson Avenue
Tampa, FL 33611-3227

Robert Half Recruiting
P.O. Box 60000
San Francisco, CA 94160-0001

Robert Half, Inc.
Div. of Robert Half International
5720 Stoneridge Drive, Suite Three
Pleasanton, CA 94588-4521
Attn:  Karen Lima

Robinson, Carletta
313 Cedar Street
Wilmington, DE 19805-4820

Robinson, Donna
301 Stahl Avenue
New Castle, DE 19720-3319

Royal Indemnity Company
11111 Carmel Commons Blvd.
Attn: Tony McKenzie
Charlotte, NC 28226-5319

Royal Indemnity Company
9300 Arrowpoint Blvd.
PO Box 1000
Attn: Theodor J. Chandler, Esq.
Charlotte, NC 28201-1000

Rutkowski, Paul
973 Rue Madora
Bear, DE 19701-2576

STATE OF DELAWARE
DIVISION OF REVENUE
820 N. FRENCH STREET, 8TH FLOOR
WILMINGTON, DE 19801-3509

Santos, Nelson
717 Cherry Street
Vineland, NJ 08360-4744

Saunders, Letice
1206 Conrad Street
Wilmington, DE 19805-3639

Scola, Stephanie
10 Lake Drive
Linwood, NJ 08221-1303

Scott, Daisy
219 Old Elm Road
North East, MD 21901-1304

Sebastian, Maria
408 Providence Road
Smyrna, DE 19977-1058

Shaw-Fowler, Tsahai
66 Ashley Drive
New Castle, DE 19720-3963

Shippers Choice of Virginia
1623 Forest Drive
Suite 205
Annapolis, MD 21403-7703

Shook, Dusty
P.O. Box 364
Middletown, DE 19709-0364

Shore-Forked River
2834 West Lacey Road
Forked River, NJ 08731-5822

Short, Steven
3335 Farmington Road
Harrington, DE 19952-3337

Signature Furniture Services, LLC
P.O. Box 10285
Wilmington, DE 19850-0285

Sill, Mary
201 Village Road
Wilmington, DE 19805-1308

Singh, Sanjeev
733 Naamans Road
Apartment 23-E
Claymont, DE 19703-1645

Sklodowski, Christopher
125 Wynnwood Drive
Wilmington, DE 19810-4427

Smith, James
27 Manchester Road
Sewell, NJ 08080-2069

Sonnenschein Nath & Rosenthal
Attention:  Accounting Department
8000 Sears Tower
Chicago, IL 60606-6448

Southwest Florida Career School
1130 Pondella Road
Building A
Port Myers, FL 33909-5114

Spence Jr., James
1001 Greentree Lane
Apt. J
Claymont, DE 19703

Spherion
P.O. Box 905786
Charlotte, NC 28290-5786

Sprint
PO Box 930331
Atlanta, GA 31193-0331

Sprint Communications LP
M/S:  KSOPHK0306-3B566
6360 Sprint Parkway
Overland Park, KS 66251-6101

Sprint-Atlanta
P.O. Box 530503
Atlanta, GA 30353-0503

State of Delaware Dept. of Labor
Division of Unemployment Insurance
Training Tax Fund
P.O. Box 9953
Wilmington, DE 19809-0953

Stokes, David
4 Thistleberry Drive
Newark, DE 19702-2216

Student Loan Services
170 Lukens Drive
New Castle, DE 19720-2727

Sungard Recovery Services, Inc.
PO Box 91233
Chicago, IL 60693-1233

Sunlight Cleaning Services
26 Victory Avenue
Vineland, NJ 08360

TNS Partners
8140 Walnut Hill
Suite 301
Dallas, TX 75231-4328

TTC-Lebanon
901 E. Baddour Parkway
Lebanon, TN 37087-3776

Take-a-Break
413 Eight Avenue
Wilmington, DE 19805-4794

Talham, Darren
7 Hill Crest Drive
Landenberg, PA 19350-9505

Telephonetics
PO Box 201410
Houston, TX 77216-1410

Tennessee Department of Revenue
c/o Attorney General
P.O. Box 20207
Nashville, TN 37202-4015

Thompson, Michael
108 Gristmill Place
Dover, DE 19904-1957

Thoroughbred Truck Driving School
331 Cutter Hill Court
Lexington, KY 40509-9428

Timberman, Russell
111 B West 13th Street
Wilmington, DE 19801-1104

Transcender, LLC
PO Box 60305
Charlotte, NC 28260-0305

Transport Tech 1
407 East Poland Avenue
Bessemer, PA 16112

Transport Training Centers, Inc.
901 E. Baddour Parkway
Lebanon, TN 37087-3776

Transport Training, Inc.
14620 CR Koon Highway
Newberry, SC 29108-9403

Transport Training, Inc.
550 Wilson Road
Newberry, SC 29108-4612

Transport Training, Inc.-3
4356 Highway 70 East
Selma, NC 27576-5862

Transportation Services-Mableton
6210 Nichols Drive SE
Mableton, GA 30126-2948

Tri-Area Driving School
7605 Midland Road
Freeland, MI 48623-8705

Tri-State Semi Driver
6690 Germantown Road
Middletown, OH 45042-1299

Truck America Training
364 Ferguson Lane
Shepherdsville, KY 40165-7047

Truck Driver Institute-I
24645 State Road
P.O. Box 2853
South Bend, IN 46680-2853

Truck Driver Institute-II
1523 Avco Boulevard
P.O. Box F
Sellersburg, IN 47172-0406

Truck Driver Institute-III
610 Aero Lane
P.O. Box 2664
Sanford, FL 32772-2664

Truck Driver Institute-IV
4939 U.S. Highway 78 West
P.O. Box 3313
Oxford, AL 36203-0313

Truck Driver Institute-IX
3841 South IH-35
Waxahachie, TX 75165-5418

Truck Driver Institute-V
6201 Epps Mills Road
Christiana, TN 37037-5678

Truck Driver Institute-VI
10585 Three Rivers Road
P.O. Box 3071
Gulfport, MS 39505-3071

Truck Driver Institute-VII
515 Lincoln Highway East
P.O. Box J
Irwin, PA 15642-0569

Truck Driver Institute-VIII
515 Lincoln Highway East
P.O. Box J
Irwin, PA 15642-0569

Truck Driver Institute-X
5750 E. Milton Road
Milton, FL 32583-7904

Trucking Street, Inc.
113 Country Road 370
Fairfield, TX 75840-6045

Tucker, Evette R.
2E 25th Street
Wilmington, DE 19802-4202

Tucker, John
717 E. 4th Street
2D
Wilmington, DE 19801-4817

U.S. Truck-Detroit
4195 Central
Detroit, MI 48210-2768

USTDS
8150 West 48th Avenue
Wheat Ridge, CO 80033-3119

Union Press Printing
1723 W. 8th St.
Wilmington, DE 19805-3153

United TDS
2425 Camio Del Rio S.
Suite 250
San Diego, CA 92108-3773

Unlimited Access, Inc.
500 Northwood Avenue
Linden, NJ 07036-4160

Verizon
P.O. Box 646
Wilmington, DE 19896-0001

Ward, Michelle
32 Bradbury Road
New Castle, DE 19720-2328

Watt, MaryEllen
P.O. Box 582
Hockessin, DE 19707-0582

Weaver, Tanya
13 Lakeview Avenue
Pennsville, NJ 08070-1615

Wells Fargo Bank
Wells Fargo 8113
PO Box 1450
Minneapolis, MN 55485-1450

Wells Fargo Bank Minnesota, Nat'l Assoc.
as Trustee
Corporate Trust Dept.
Sixth and Marquette
Minneapolis, MN 55479-0001

Wells Fargo Financial Leasing
PO Box 6167
Carol Stream, IL 60197-6167

Wells Fargo Finanical
59 Skyline Drive
Suite 1700
Lake Mary, FL 32746-7111

Western New Enand College
1215 Wilbraham
Springfield, MA 01119-2684

White, Leona
1208 West 2nd Street
Wilmington, DE 19805-3621

Wiles, Michele
107 Baldt Avenue
New Castle, DE 19720-4513

Wilimington Trust
Rodney Square North
1100 North Market Street
Wilmington, DE 19890-0001

Williams, Brandi
500 South DuPont Highway
4C, Apt. 246
New Castle, DE 19720

Wright, Derian
215 S. Franklin Street
Wilmington, DE 19805-4040

Ziemba, John
174 Rambling Way
Springfield, PA 19064-3215

Allison M Berger
Fox Rothschild LLP
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2317

Andrew Sklar, P.C.
411 Route 70 East-Ste. 200
Cherry Hill, NJ 08034-2422

David L. Buchbinder
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801 usa

Hal L Baume
Fox Rothschild LLP
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2317

L. Jason Cornell
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

Sheldon K. Rennie
Fox Rothschild LLP
919 market Street
Suite 1300
Wilmington, DE 19801-3092

Teresa M. Dorr
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lenox Drive
Building 3
Lawrenceville, NJ 08648-2317

| | |
|---|---|
| American Eagle Truck Driver Academy<br>1970 Barret Court<br>Suite 100<br>Henderson, KY 42420-4944 | Dell Financial Services<br>Payment Process Center<br>P.O. Box 4307<br>Chicago, IL 60693-0001 |
| GE Capital<br>P.O. Box 802585<br>Chicago, IL 60680-2585 | Sonnenschein, Nath & Rosenthal<br>Attention: Accounting Department<br>8000 Sears Tower<br>Chicago, IL 60606-6448 |
| Conectiv<br>P.O. Box 17000<br>Wilmington, DE 19886 | |

669253-1

# Student Finance Corp.

# 2002 SERVICE LIST

Neal D. Colton, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia   PA   19103

Michael  Foreman, Esquire
Andre  Castaybert, Esquire
Proskauer Rose, LLP
1585 Broadway
New York   NY   10036

David Buchbinder, Esquire
Office of the United States Trustee
Assistant United States Trustee
Room 2313
844 King Street
Wilmington   DE   19801

Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
Suite 1000
Mellon Bank Center
919 Market Street
Wilmington   DE   19801

Kenneth E. Aaron
Weir & Partners LLP
Suite 1001
824 Market Street Mall
P.O. Box 708
Wilmington   DE   19899

Kenneth A. Rosen, Esquire
Andrew J. Pincus, Esquire
Lowenstein & Sandler, P.C.
65 Livingston Avenue
Roseland   NJ   07068

Jennifer Hiller-Nimeroff, Esquire
Weir & Partners LLP
Suite 500
The Widener Building
1339 Chestnut Street
Philadelphia   PA   19107

Philip Trainer, Jr., Esquire
Gregory A. Taylor, Esquire
Ashby & Geddes
500 Delaware Avenue
P.O. Box 1150
Wilmington   DE   19899

Overton  Thompson, III, Esquire
Bass, Berry & Sims PLC
Suite 2700
315 Deaderick Street
Nashville   TN   37238

Peter D. Wolfson, Esquire
Andrew P. Lederman, Esquire
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York   NY   10020-1089

Joel A. Waite, Esquire
Young Conaway Stargatt & Taylor, LLP
17th Floor
Brandywine Building
1000 West Street
Wilmington   DE   19801

Debbie  Pike
Student Finance Corporation
1405 Foulk Road
Suite 102
Wilmington   DE   19803-2769

# Student Finance Corp.

# 2002 SERVICE LIST

Howard A. Cohen, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington   DE   19801-1254

Charles A. Stanziale, Jr.,, Esquire
Jeffrey T. Testa, Esquire
Robert Donovan, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark   NJ   07102

James M. Matour, Esquire
Bruce S. Haines, Esquire
Hangley Aronchick Segal & Pudlin, A Professional
Corporation
One Logan Square, 27th Floor
Philadelphia   PA   19103-6933

Richard P. Swanson, Esquire
Arnold & Porter LLP
399 Park Avenue
New York   NY   10022-4690

Warren M. Schneider, CPA
Schneider & Company
9 Sylvan Way, Suite 280
Parsippany   NJ   07054

Wells Fargo Bank, N.A. Bankruptcy Dept.
3rd Party Servicing
3210 Lake Emma Rd #2000
Lake Mary   FL   32746

Simon F. Nynens
Mollie Kessler
Programmer's Paradise, Inc.
1157
Shrewsbury Avenue
Shrewsbury   NJ   07702

Darren Chick, Secretary
Delaware Enterprises
P.O. Box 9946
Newark   DE   19714-5046

Gina Baker Hantel, Esquire
Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
P.O. Box 20207
Nashville   TN   37202-0207

Brian Swanner
Alliance Mortgage Company
Bankruptcy Department
8120 Nations Way, Bldg. 100
Jacksonville   FL   32256

Andrew Skylar, Esquire
Law Offices of Andrew Skylar, P.C.
411 Route 70 East-Suite 200
Cherry Hill   NJ   08034
*Canon Financial Services, Inc.*

John Bicks, Esquire
Sonnenschein, Nath & Rosenthal
1221 Avenue of the Americas
New York   NY   10020-1089

# Student Finance Corp.

# 2002 SERVICE LIST

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
Jeffrey Bernstein, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark    NJ    07102
*Charles A. Stanziale, Jr.*

Edwin Goldsmith, II, Esq.
Law Offices of Edwin Goldsmith, II
1635 Market Street, 19th Floor
Philadelphia    PA    19103

James Horgan, CPA, Partner
Weiser, LLP
399 Thornall Street, 3rd Floor
Edison    NJ    08837

Gerald E. Burns, Esq.
Elizabeth Luening Long, Esq
Buchanan INgersoll & Rooney PC
1835 Market Street, 14th Floor
Philadelphia    PA    19103-2985
*Career Path Defendants*

Peter J. Duhig, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington    DE    19801-1054
*Career Path Defendants*

## File a Notice:

<u>02-11620-KJC Student Finance Corp.</u> **CASE CONVERTED on 11/14/2003**

Type: bk                    Chapter: 7 v                    Office: 1 (Delaware)

Judge: KJC                   Assets: y

Case Flag: CONVERTED, LEAD, APPEAL, CLAIMS, Sealed Doc(s)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Augustine, Mary E. entered on 9/4/2007 at 6:58 PM EDT and filed on 9/4/2007

**Case Name:**        Student Finance Corp.

**Case Number:**      <u>02-11620-KJC</u>

**Document Number:** <u>1648</u>

**Docket Text:**
Notice of Hearing *Re-Notice of Motion and Hearing* (related document(s)[1646] ) Filed by Charles A. Stanziale Jr.. Hearing scheduled for 9/27/2007 at 04:00 PM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. Objections due by 9/20/2007. (Attachments: # (1) Certificate of Service) (Augustine, Mary)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**L:\~Scan Jobs\TMatthews\Student Finance\To Be E-Filed\Re-Notice of Motion and Hearing 090407\Re-Notice.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/4/2007] [FileNumber=5850632-0]
[646273fd87a682de11090fb5d21f8ea29b9cda0f77dfc707973c1c5bd80c8684bebed
1fd44750b99317b6964e5f771313594c5c9221b7208901b93d421b069dc]]
**Document description:**Certificate of Service
**Original filename:**L:\~Scan Jobs\TMatthews\Student Finance\To Be E-Filed\Re-Notice of Motion and Hearing 090407\COS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/4/2007] [FileNumber=5850632-1]
[6f4b3a64a15e3f27a8d3109b0b526ff6bbe0a9ae8c65c8a0cbbac406d22ca3bf6c9e0
f678acfe7714f54186f0bef7cf0c13fe043c6896d050360e9863b64637f]]

## 02-11620-KJC Notice will be electronically mailed to:

Kenneth E. Aaron    DE_BANKRUPTCY@weirpartners.com, smazur@weirpartners.com

Daniel K. Astin    dastin@foxrothschild.com,
dastin@foxrothschild.com;jkittinger@foxrothschild.com;jbarnett@foxrothschild.com