<u>Exhibit A</u>

1.      Motion to Compel Production of Material from Mandiant (Docket # 07-427).  Letters requesting that the Court rule on the motion were filed in the other dockets as follows:

    Royal letter request to decide motion (6/26/07)
        Docket # 279 (04-1551)
        Docket # 522 (05-165)
        Docket # 438 (02-1294)
        Docket # 184 (05-72)

    Pepper Hamilton letter requests to decide motion (6/29/07 and 8/28/07)
        Docket # 280 (04-1551)
        Docket # 523 (05-165)
        Docket # 316 (04-1551)
        Docket # 553 (05-165)

2.      Pepper Hamilton's Motion to Compel Royal Personnel Evaluations (4/19/07; Docket #448 (05-165)).

3.      Letters from Pepper Hamilton regarding Motions for Summary Judgment (7/30/07; Docket # 290 (04-1551) and # 529 (05-165)), together with Royal's and the Trustee's responses thereto and Pepper Hamilton's replies.

4.      Royal's Motion to Compel Production of Materials Relating to Expert Witnesses (8/30/07).

    Docket # 319 (04-1551)
    Docket # 555 (05-165)
    Docket # 467 (02-1294)
    Docket # 211 (05-72)

5.      Pepper Hamilton's Motion to Compel the Deposition of John P. Garvey (9/4/07; Docket # 323 (04-1551) and #561 (05-165)).

6.      Pepper Hamilton's Letter to Your Honor regarding its Limited Objection to the Accountant Settlement (9/4/07; Docket # 326 (04-1551) and # 564 (05-165)).

7.      The Trustee's Motion For Leave to file Second Amended Complaint (5/4/07; Docket # 225 (04-1551)).

669686-1