## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on this 17th day of September, 2007, I caused a copy of the **Plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation's Memorandum in Opposition to Family Defendants' Motion to Strike Trustee's Damage Claims** to be served upon the parties listed below *via* electronic mail and *via* hand delivery to all local parties and *via* First Class Mail to all remaining parties.

William H. Sudell, Jr., Esquire
Daniel B. Butz, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE   19899-1347
wsudell@mnat.com
dbutz@mnat.com

David E. Wilks, Esquire
Reed Smith, LLP
1201 North Market Street, Suite 1500
Wilmington, DE   19801
dwilks@reedsmith.com

Michael R. Lastkowski, Esquire
Christopher M. Winter, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
mrlastowski@duanemorris.com
cmwinter@duanemorris.com

John W. Shaw, Esquire
Dawn Jones, Esquire
David C. McBride, Esquire
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE   19899
jshaw@ycst.com
djones@ycst.com
dmcbride@ycst.com

Elizabeth K. Ainslie, Esquire
Nicholas LePore, Esquire
Stephen J. Shapiro, Esquire
Bruce Merenstein, Esquire
Schnader, Harrison, Segal & Lewis, LLP
1600 Market Street, Suite 3600
Philadelphia, PA   19103
eainslie@schnader.com
nlepore@schnader.com
sshapiro@schnader.com
bmerenstein@schnader.com

John H. Eickemeyer, Esquire
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
jeickemeyer@vedderprice.com
jwexler@vedderprice.com

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter, LLP
399 Park Avenue
New York, NY   10022-4690
veronica.rendon@aporter.com
jason_butler@aporter.com

670498-1

Karen Lee Turner, Esquire
Carol Press, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE   19801
kturner@eckertseamans.com
cpress@eckertseamans.com

Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE   19899
ptrainer@ashby-geddes.com
tlydon@ashby-geddes.com

Michael H. Barr, Esquire
Kenneth J. Pfaehler, Esquire
Sonnenschein, Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY   10020-1089
mbarr@sonnenschein.com
kpfaehler@sonnenschein.com

Charles A. Gillman, Esquire
David Montone, Esquire
David G. Januszewski, Esquire
M. Justin Lubeley, Esquire
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005-1702
cgilman@cahill.com
dmontone@cahill.com
dmontone@cahill.com
djanuszewski@cahill.com
jlubeley@cahill.com

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Amber M. Mettler, Esquire
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005
sfarina@wc.com
tselby@wc.com
amettler@wc.com

Neil G. Epstein, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
50 South 16th Street
Philadelphia, PA   19102
nepstein@eckertseamans.com

Alan S. Gilbert, Esquire
John I. Grossbart, Esquire
Sonnenschein, Nath & Rosenthal, LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
agilbert@sonnenschein.com
jgrossbart@sonnenschein.com

Andre G. Castaybert, Esquire
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
Brian L. Friedman, Esquire
Lisa A. Bauer, Esquire
Proskauer Rose, LLP
1585 Broadway
New York, NY   10036-8299
acastaybert@proskauer.com
rauchberg@proskauer.com
sobus@proskauer.com
dmctaggart@proskauer.com
blfriedman@proskauer.com
lbauer@proskauer.com

_____
Mary E. Augustine (No. 4477)

2