THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>　　　　　　Debtor.<br>_____<br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>　　　　　　Defendants.<br>_____ | Civil Action No. 04-1551(JJF) |

**LETTER TO JUDGE FARNAN**

**CONFIDENTIAL – FILED UNDER SEAL**

Dated: September 18, 2007

Karen Lee Turner, Esquire (DE No. 4332)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, Delaware 19801
(302) 425-0430
(302) 425-0432 (Facsimile)

Attorneys for Attorneys for Defendants Robert L. Bast, Pamela Bashore Gagné, the Brennan Trusts and W. Roderick Gagné, as Trustee of the Brennan Trusts

{M0610287.1}