# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>               Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>               Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>               Defendants. | Civil Action No. 04-1551(JJF) |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that I am not less than 18 years of age and that service of the letter from Karen Lee Turner, Esquire, to the Honorable Joseph J. Farnan, Jr. dated September 18, 2007, was made upon the parties identified on the attached Service List via e-mail and United States first class regular mail postage prepaid.

                                       ECKERT SEAMANS CHERIN & MELLOTT, LLC

Dated: September 18, 2007         By: _____
                                                      Karen Lee Turner, Esquire (DE No. 4332)
                                                      300 Delaware Avenue, Suite 1210
                                                      Wilmington, Delaware 19801
                                                      (302) 425-0430
                                                      (302) 425-0432 (Facsimile)

{M0610275.1}

## SERVICE LIST

William H. Sudell, Jr.
Donna L. Culver
Joanna F. Newdeck
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: wsudell@mnat.com
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Elizabeth K. Ainslie
Stephen J. Shapiro
Nicholas J. LePore, III
Bruce P. Merenstein
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103
Email: eainslie@schnader.com
       sshapiro@schnader.com
       nlepore@schnader.com
       bmerenstein@schnader.com
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Tiffany Geyer Lydon
Philip Trainer, Jr.
Carolyn Shelly Hake
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Email: tlydon@ashby-geddes.com
       ptrainer@ashby-geddes.com
*Counsel for Royal Indemnity Company*

John H. Eickemeyer
Marie A. Tieri
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Email: jeickemeyer@vedderprice.com
       mtieri@vedderprice.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

David E. Wilks
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Email: dwilks@reedsmith.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Christopher M. Winter
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
Email: cmwinter@duanemorris.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC; McGladrey & Pullen LLP and Michael Aquino*

{M0610275.1}

John I. Grossbart
Alan S. Gilbert
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
Email: jgrossbart@sonnenschein.com
   agilbert@sonnenschein.com
*Counsel for Royal Indemnity Company*

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Email: jshaw@ycst.com
*Counsel for MBIA*

Steven M. Farina
Thomas H.L. Selby
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC 20005
Email: sfarina@wc.com
   tselby@wc.com
*Counsel for McGladrey & Pullen LLP*

Veronica E. Rendon
Richard P. Swanson
Jason M. Butler
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
Email: veronica_rendon@aporter.com
   richard.swanson@aporter.com
   jason_butler@aporter.com
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

Charlene M. Davis
Ashley B. Stitzer
Mary E. Augustine
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Email: cdavis@bayardfirm.com
   astitzer@bayardfirm.com
   maugustine@bayardfirm.com
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

Charles A. Gilman
David G. Montone
David G. Januszewski
M. Justin Lubeley
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
Email: cgilman@cahill.com
   dmontone@cahill.com
   djanuszewski@cahill.com
   jlubeley@cahill.com
*Counsel for Pepper Hamilton LLP*

{M0610275.1}

| | |
|---|---|
| Michael S. Waters<br>Lois H. Goodman<br>Jeffrey T. Testa<br>Donald Crecca<br>John P. Dwyer<br>McElroy, Deutsch, Mulvaney &<br>  Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark NJ 07102<br>Email: lgoodman@mdmc-law.com<br>        mwaters@mdmc-law.com<br>        dcrecca@mdmc-law.com<br>        jtesta@mdmc-law.com<br>        jdwyer@mdmc-law.com<br>*Counsel for Charles A. Stanziale, Jr.,*<br>*Chapter 7 Trustee of Student Finance*<br>*Corporation* | Andre G. Castaybert<br>Ronald Rauchberg<br>Steven Obus<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036<br>Email: acastaybert@proskauer.com<br>        rrauchberg@proskauer.com<br>        sobus@proskauer.com<br>*Counsel for MBIA* |

{M0610275.1}