IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, *et al.*,<br><br>　　　　　Plaintiffs and<br>　　　　　Counterclaim Defendants,<br><br>　　v.<br><br>ROYAL INDEMNITY COMPANY,<br><br>　　　　　Defendant and<br>　　　　　Counterclaim Plaintiff. | C.A. No. 02-1294-JJF |
| CHARLES A. STANZIALE, CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEPPER HAMILTON LLP, *et al.*,<br><br>　　　　　Defendants. | C.A. No. 04-1551-JJF |

## NOTICE OF SERVICE

I hereby certify that, on September 28, 2007, **NOTICE OF SUBPOENAS DIRECTED TO MICHAEL STROBACH, MAURICE HOWLAND REDDING, IV AND DAVID AKSIM** was served, in the manner indicated, upon the counsel of record on the attached service list.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | /s/ *Tiffany Geyer Lydon* |
|  | _____ |
|  | Philip Trainer, Jr. (#2788) |
|  | Tiffany Geyer Lydon (#3950) |
|  | Andrew D. Cordo (#4534) |
|  | 500 Delaware Avenue, 8th Floor |
|  | Wilmington, Delaware 19899 |
|  | (302) 654-1888 |
|  | ptrainer@ashby-geddes.com |
|  | tlydon@ashby-geddes.com |
| *Of Counsel:* | acordo@ashby-geddes.com |
|  | *Attorneys for Royal Indemnity Company* |

*Of Counsel:*

Michael H. Barr
Kenneth J. Pfaehler
Robert W. Gifford
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020-1089
(212) 768-6700

    and

John I. Grossbart
Steven L. Merouse
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606
(312) 876-8000

Dated: September 28, 2007
184577.1

## SERVICE LIST

### By E-mail

William H. Sudell, Jr., Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Michael R. Lastkowski, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Karen Lee Turner, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

John H. Eickemeyer, Esquire
Jonathan A. Wexler, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Stephen Shapiro, Esquire
Elizabeth K. Ainslie, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott, LLC
50 South 16th Street, 22nd Floor
Philadelphia PA 19102

David E. Wilks, Esquire
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Charlene Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Williams & Connolly LLP
725 Twelfth Street, NW.
Washington, DC 20005

Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

Andre G. Castaybert, Esquire
Steven Obus, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299

Charles A. Gillman, Esquire
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005-1702