IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Student Finance Corporation,<br><br>        Debtor. | |
| Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation,<br><br>        Plaintiff,<br>v.<br><br>Pepper Hamilton LLP, *et al.*,<br><br>        Defendants. | Civil Action No. 04-1551 (JJF) |
| Wells Fargo Bank N.A. f/k/a Wells Fargo Bank Minnesota, N.A. as Trustee of SFC Grantor Trust, Series 2000-1, SFC Grantor Trust, Series 2000-2, SFC Grantor Trust, Series 2000-3, SFC Grantor Trust, Series 2000-4, SFC Grantor Trust, Series 2001-1, SFC Grantor Trust, Series 2001-2, SFC Owner Trust 2001-I, and SFC Grantor Trust, Series 2001-3,<br><br>        Plaintiff/Counterclaim Defendant,<br>v.<br><br>Royal Indemnity Company,<br><br>        Defendant/Counterclaim Plaintiff. | Civil Action No. 02-1294 (JJF) |
| Royal Indemnity Company,<br><br>        Third-Party Plaintiff,<br>v.<br><br>Student Loan Servicing, LLC, *et al.*,<br><br>        Third-Party Defendants. | Civil Action No. 02-1294 (JJF) |

671851-1

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that Charles A. Stanziale, Jr., chapter 7 trustee of Student Finance Corporation, by his undersigned counsel, caused the subpoenas attached hereto as Exhibits A through F to be served upon the individuals listed on each respective subpoena by personal service.

Dated: September 28, 2007  
      Wilmington, Delaware

THE BAYARD FIRM

*/s/ Mary E. Augustine*

Charlene D. Davis (No. 2336)  
Mary E. Augustine (No. 4477)  
222 Delaware Avenue, Suite 900  
Wilmington, Delaware 19899

-and-

Lois H. Goodman, Esquire  
McElroy, Deutsch, Mulvaney & Carpenter, LLP  
Three Gateway Center  
100 Mulberry Street  
Newark, New Jersey 07102-4079

Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee for Student Finance Corporation

671851-1