IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>          Debtor.<br>_____<br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>          Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>          Defendants. | :<br>:<br>:<br>:<br>:   CIVIL ACTION No. 04-1551 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### THE FAMILY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying Memorandum, defendants Robert L. Bast, Pamela Bashore Gagné, the Brennan Trusts and W. Roderick Gagné as Trustee of the Brennan Trusts (the "Family defendants") respectfully move this Court to enter an Order in the form attached hereto granting the Family defendants' summary judgment motion on Counts VII and XI of the First Amended Complaint, and entering judgment in favor of the Family defendants and against plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation.

ECKERT SEAMANS CHERIN & MELLOTT, LLC

Dated: September 28, 2007

*Karen Lee Turner/alp*
KAREN LEE TURNER (No. 4332)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430
Fax:   (302) 425-0432
E-mail: kturner@eckertseamans.com

Neil G. Epstein
Carol L. Press
Charles F. Forer
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Telephone: (215) 851-8400
Fax:     (215) 851-8383

Attorneys for Defendants Robert L. Bast, Pamela Bashore Gagné, the Brennan Trusts and W. Roderick Gagné, as Trustee of the Brennan Trusts

M0611983