## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                              :
STUDENT FINANCE CORPORATION,                        :
                    Debtor.            :
_____  :     CIVIL ACTION No. 04-1551 (JJF)
CHARLES A. STANZIALE, JR.,                          :
CHAPTER 7 TRUSTEE OF STUDENT                        :
FINANCE CORPORATION,                                :
                                                    :
                  Plaintiff,          :
    v.                                            :
                                                    :
PEPPER HAMILTON LLP, et al.,                        :
                                                    :
                  Defendants.         :
_____  :

## [PROPOSED] ORDER GRANTING THE FAMILY DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this _____ day of _____, 2007, upon consideration of the Family Defendants' Motion for Summary Judgment for Summary Judgment and the responses thereto, it is hereby

**ORDERED** that the Motion is **GRANTED**, and that Counts VII and XI of the First Amended Complaint are **DISMISSED WITH PREJUDICE**; and it is

**FURTHER ORDERED** that judgment is entered in favor of Robert L. Bast, Pamela Bashore Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, FBO W. Roderick Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, FBO Phillip B. Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, FBO Elizabeth L. Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan

Dated April 8, 1991, FBO W. Roderick Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan Dated April 8, 1991, FBO Phillip B. Gagné, and W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan Dated April 8, 1991, FBO Elizabeth L. Gagné and against plaintiff Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation.

 

                                       _____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT COURT JUDGE

M0612155

2