## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2007, I electronically filed the Family Defendants' Notice of Motion, Proposed Order, Motion for Summary Judgment, and Memorandum in Support of Motion for Summary Judgment with the Clerk of Court using CM/ECF which will send notification of such filings to the following, and that I also caused a true and correct copy of the foregoing filings to be sent via e-mail to the following:

William H. Sudell, Jr., Esquire
Donna L. Culver, Esquire
Joanna F. Newdock, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
Email:wsudell@mnat.com
*Counsel for Pepper Hamilton LLP and
W. Roderick Gagné*

John H. Eickemeyer, Esquire
Marie A. Tieri, Esquire
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY  10019
Email:  jeickemeyer@vedderprice.com
    mtieri@vedderprice.com
*Counsel for Freed Maxick & Battaglia,
CPAs, PC*

Elizabeth K. Ainslie, Esquire
Nicholas J. LePore, III, Esquire
Bruce P. Merenstein, Esquire
Stephen J. Shapiro, Esquire
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103
Email:  eainslie@schnader.com
    sshaprio@schnader.com
    nlepore@schnader.com
    bmerenstein@schnader.com
*Counsel for Pepper Hamilton LLP and
W. Roderick Gagné*

David E. Wilks, Esquire
Reed Smith, LLP
1201 North Market Street, Suite 1500
Wilmington, DE  19801
Email:  dwilks@reedsmith.com
*Counsel for Freed Maxick & Battaglia,
CPAs, PC*

Tiffany Geyer Lydon, Esquire
Philip Trainer, Jr., Esquire
Carolyn Shelly Hake, Esquire
Ashby & Geddes
222 Delaware Avenue
P. O. Box 1150
Wilmington, DE 19899
Email: tlydon@ashby-geddes.com
        ptrainer@ashby-geddes.com
*Counsel for Royal Indemnity Company*

John I. Grossbart, Esquire
Alan S. Gilbert, Esquire
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
Email: jgrossbart@sonnenschein.com
        agilbert@sonnenschein.com
*Counsel for Royal Indemnity Company*

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
Email: jshaw@ycst.com
*Counsel for McGladrey & Pullen LLP*

Christopher M. Winter, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Email: cmwinter@duanemorris.com
*Counsel for Freed Maxick & Battaglia,
CPAs, PC; McGladrey & Pullen LLP
and Michael Aquino*

Veronica E. Rendon, Esquire
Richard P. Swanson, Esquire
Jason M. Butler, Esquire
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
Email: veronica_rendon@aporter.com
        richard.swanson@aporter.com
        jason_butler@aporter.com
*Counsel for McGladrey & Pullen LLP
and Michael Aquino*

Charlene M. Davis, Esquire
Ashley B. Stitzer, Esquire
Mary E. Augustine, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
Email: cdavis@bayardfirm.com
        astitzer@bayardfirm.com
        maugustine@bayardfirm.com
*Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee of Student Finance
Corporation*

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC 20005
Email: sfarina@wc.com
        tselby@wc.com
*Counsel for McGladrey & Pullen LLP*

Charles A. Gilman, Esquire
David G. Montone, Esquire
David G. Januszewski, Esquire
M. Justin Lubeley, Esquire
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
Email: cgilman@cahill.com
        dmontone@cahill.com
        djanuszewski@cahill.com
        jlubeley@cahill.com
*Counsel for Pepper Hamilton LLP*

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
Jeffrey T. Testa, Esquire
Donald Crecca, Esquire
John P. Dwyer, Esquire
McElroy, Deutsch, Mulvaney & Carpenter,
LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
Email: lgoodman@mdmc-law.com
        mwaters@mdmc-law.com
        dcrecca@mdmc-law.com
        dtesta@mdmc-law.com
        jdwyer@mdmc-law.com
*Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee of Student Finance
Corporation*

Andre G. Castaybert, Esquire
Ronald Rauchberg, Esquire
Steven Obus, Esquire
Proskauer Rose LLP
1585 Broadway
New York, NY 10035
Email: acastaybert@proskauer.com
        rrauchberg@proskauer.com
        sobus@proskauer.com
*Counsel for MBIA*

*Karen Lee Turner/clp*
KAREN LEE TURNER

M0611051.DOC