





### STUDENT FINANCE CORPORATION

# Customer Service

June 27, 2000





Information Technology & MIS Departments
June 27, 2000

Student Finance Corporation



**STUDENT FINANCE CORPORATION**

# Credit Services
June 28, 2000





STUDENT LOAN SERVICING, LLC
ORGANIZATION CHART
March 15, 2000

- Andrew N. Yao — President & CEO
  - Gary J. Hawthorne — Sr. Vice President
    - Diane D. Messick — Controller
      - TBD — Payment Processing Manager
        - 1 Supervisor
        - 3 FT Payment Support Clerks
    - Frank Martinez — Vice President & COO
      - Charlotte Vickers — Manager, Servicing
        - Vendor Management 3rd Party Collection Agencies
          - 1 Team Leader
          - 2 FT Account Representatives
        - Customer Care Center
          Inbound/Outbound Customer Service Calls
          Issue Resolution
          - 1 Supervisor
          - 10 FT Associates
          - 4 PT Associates
        - Collection Services
          - 1 Supervisor
          - 2 Team Leaders
          - 1 Trainer
          - 35 FT Collectors
          - 5 PT Collectors
          - 3 FT Support
        - Skip Tracing
          - 1 Supervisor
          - 5 FT Skip Tracers
          - 1 FT Support
        - Quality Assurance Department
          - 1 Team Leader
          - 2 FT Quality Specialists

SFC-M-000272



# Collection

June 28, 2000



SFC-M-000273



Student Loan Servicing

# Payment Processing

June 27, 2000



SFC-M-000274



SFC-M-000275

