# Student Finance Corporation
## General Ledger
### As of November 30, 2001

12/17/01

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| **1010 · 2682-7124 Operating** | | | | | | | 2,163,127.22 |
| Bill Pmt -... | 11/1/2001 | 14920 | AT&T Wireless Servi... | | 2100 · Acco... | (1,148.37) | 2,161,978.85 |
| Bill Pmt -... | 11/1/2001 | 14921 | Radnor Center Asso... | | 2100 · Acco... | (2,647.04) | 2,159,331.81 |
| Bill Pmt -... | 11/1/2001 | 14922 | Sprint - Atlanta | | 2100 · Acco... | (70.03) | 2,159,261.78 |
| Bill Pmt -... | 11/1/2001 | 14923 | Verizon - Radnor | | 2100 · Acco... | (189.86) | 2,159,071.92 |
| Bill Pmt -... | 11/1/2001 | 14924 | Verizon - Radnor | | 2100 · Acco... | (78.29) | 2,158,993.63 |
| Bill Pmt -... | 11/1/2001 | 14925 | Verizon - Radnor | | 2100 · Acco... | (110.62) | 2,158,883.01 |
| General ... | 11/1/2001 | 01-894 | | record transfer from SFC I for 4... | 1190.08 · S... | 26,000.00 | 2,184,883.01 |
| General ... | 11/1/2001 | 01-895 | SFC - Collection Acc... | WT 11/01/01 | -SPLIT- | (132.10) | 2,184,750.91 |
| General ... | 11/1/2001 | 01-895 | PNC Lockbox GT 20... | WT 11/01/01 | 1010 · 2682... | (1,206.00) | 2,183,544.91 |
| General ... | 11/1/2001 | 01-895 | PNC Lockbox GT20... | WT 11/01/01 | 1010 · 2682... | (5,785.81) | 2,177,759.10 |
| General ... | 11/1/2001 | 01-895 | PNC GT 2001-2 | WT 11/01/01 | 1010 · 2682... | (636.55) | 2,177,122.55 |
| General ... | 11/1/2001 | 01-895 | OT 2001-a | WT 11/01/01 | 1010 · 2682... | (19,154.47) | 2,157,968.08 |
| General ... | 11/1/2001 | 01-895 | SFC - Settlement | Exception funding | 1010 · 2682... | (75,687.83) | 2,082,280.25 |
| General ... | 11/1/2001 | 01-895 | SMS | A\P | 1010 · 2682... | (250.03) | 2,082,030.22 |
| General ... | 11/1/2001 | 01-895 | Verizon Wireless - R... | refund | 1010 · 2682... | 200.18 | 2,082,230.40 |
| General ... | 11/1/2001 | 01-895 | SLS | transfer funds back | 1010 · 2682... | (750,000.00) | 1,332,230.40 |
| General ... | 11/1/2001 | 01-895 | SFC - Collection Acc... | holiday party | 1010 · 2682... | 75.00 | 1,332,305.40 |
| General ... | 11/1/2001 | 01-896 | | D/S 11/1  7182733(BK) | -SPLIT- | 71,827.36 | 1,404,132.76 |
| General ... | 11/1/2001 | 01-896 | | D/S 11/1 | 1010 · 2682... | 369.69 | 1,404,502.45 |
| General ... | 11/1/2001 | 01-896 | | D/S 11/1 | 1010 · 2682... | 7,993.56 | 1,412,496.01 |
| General ... | 11/1/2001 | 01-896 | | D/S 11/1 | 1010 · 2682... | 598.25 | 1,413,094.26 |
| General ... | 11/1/2001 | 01-896 | | D/S 11/1 | 1010 · 2682... | 19,631.84 | 1,432,726.10 |
| General ... | 11/1/2001 | 01-896 | | D/S 11/1 | 1010 · 2682... | 8,195.51 | 1,440,921.61 |
| General ... | 11/2/2001 | 01-897 | SWH - Collection Ac... | WT 11/02/01 | -SPLIT- | (128.65) | 1,440,792.96 |
| General ... | 11/2/2001 | 01-897 | PNC Lockbox GT 20... | WT 11/02/01 | 1010 · 2682... | (874.44) | 1,439,918.52 |
| General ... | 11/2/2001 | 01-897 | PNC Lockbox GT20... | WT 11/02/01 | 1010 · 2682... | (5,682.85) | 1,434,235.67 |
| General ... | 11/2/2001 | 01-897 | PNC GT 2001-2 | WT 11/02/01 | 1010 · 2682... | (260.62) | 1,433,975.05 |
| General ... | 11/2/2001 | 01-897 | OT 2001-a | WT 11/02/01 | 1010 · 2682... | (23,307.01) | 1,410,668.04 |
| General ... | 11/2/2001 | 01-901 | | D/S 11-02 | -SPLIT- | 426.97 | 1,411,095.01 |
| General ... | 11/2/2001 | 01-901 | | D/S 11-02 | 1010 · 2682... | 1,353.49 | 1,412,448.50 |
| General ... | 11/2/2001 | 01-901 | | D/S 11-02 | 1010 · 2682... | 3,741.93 | 1,416,190.43 |
| General ... | 11/2/2001 | 01-901 | | D/S 11-02 | 1010 · 2682... | 30,018.66 | 1,446,209.09 |
| General ... | 11/2/2001 | 01-901 | | D/S 11-02 | 1010 · 2682... | 4,919.00 | 1,451,128.09 |
| General ... | 11/2/2001 | 01-901 | | D/S 11-02 | 1010 · 2682... | (353.12) | 1,450,774.97 |
| Bill Pmt -... | 11/5/2001 | 14926 | Advantage Leasing | | 2100 · Acco... | (8,458.34) | 1,442,316.63 |
| General ... | 11/5/2001 | 01-899 | OT 2001-a | WT 10/05/01 | -SPLIT- | (22,043.62) | 1,420,273.01 |
| General ... | 11/5/2001 | 01-899 | SFC - Settlement | Exception funding | 1010 · 2682... | (499.75) | 1,419,773.26 |
| General ... | 11/5/2001 | 01-899 | American Inst. of CPA | Refund | 1010 · 2682... | 125.00 | 1,419,898.26 |
| General ... | 11/5/2001 | 01-899 | DELL Marketing L.P. | Refund | 1010 · 2682... | 484.94 | 1,420,383.20 |
| General ... | 11/5/2001 | 01-899 | OT 2001-a | Anesthesia Services | 1010 · 2682... | 4,196.50 | 1,424,579.70 |
| General ... | 11/5/2001 | 01-899 | OT 2001-a | Anesthesia Services | 1010 · 2682... | 4,196.50 | 1,428,776.20 |
| Check | 11/5/2001 | WT | Vanguard 500 | | 3900 · Shar... | (50,000.00) | 1,378,776.20 |
| Check | 11/5/2001 | WT | Yao, Andrew N. | | 3900 · Shar... | (600,000.00) | 778,776.20 |
| General ... | 11/5/2001 | 01-902 | | DS 11/5 | -SPLIT- | 19,212.68 | 797,988.88 |
| General ... | 11/5/2001 | 01-902 | | DS 11/5 | 1010 · 2682... | 1,171.24 | 799,160.12 |
| General ... | 11/5/2001 | 01-902 | | DS 11/5 | 1010 · 2682... | 14,554.63 | 813,714.75 |
| General ... | 11/5/2001 | 01-902 | | DS 11/5 | 1010 · 2682... | 629.37 | 814,344.12 |
| General ... | 11/6/2001 | 01-905 | Grantor Trust | WT 11/06/01 | -SPLIT- | (287.50) | 814,056.62 |
| General ... | 11/6/2001 | 01-905 | SFC - Collection Acc... | WT 11/06/01 | 1010 · 2682... | (4,939.04) | 809,117.58 |
| General ... | 11/6/2001 | 01-905 | SWH - Collection Ac... | WT 11/06/01 | 1010 · 2682... | (29.96) | 809,087.62 |
| General ... | 11/6/2001 | 01-905 | PNC GT 2001-2 | WT 11/06/01 | 1010 · 2682... | (1,274.92) | 807,812.70 |
| General ... | 11/6/2001 | 01-905 | OT 2001-a | WT 11/06/01 | 1010 · 2682... | (34,416.66) | 773,396.04 |
| General ... | 11/6/2001 | 01-905 | Arkansas Secretary ... | Void ck 14787 10/26/01 | 1010 · 2682... | 50.00 | 773,446.04 |
| General ... | 11/6/2001 | 01-905 | SLS | Transfer funds back to SFC for ... | 1010 · 2682... | 750,000.00 | 1,523,446.04 |
| General ... | 11/6/2001 | 01-905 | Advantage Leasing | Error in lease contract charged ... | 1010 · 2682... | 162.40 | 1,523,608.44 |
| General ... | 11/6/2001 | 01-905 | Wilmington Trust | Business Analysis Service Fee | 1010 · 2682... | (3,597.15) | 1,520,011.29 |
| General ... | 11/6/2001 | 01-907 | | DS 11/6 | -SPLIT- | 45,140.83 | 1,565,152.12 |
| General ... | 11/6/2001 | 01-907 | | DS 11/6 | 1010 · 2682... | 163.00 | 1,565,315.12 |
| General ... | 11/6/2001 | 01-907 | | DS 11/6 | 1010 · 2682... | 2,725.82 | 1,568,040.94 |
| General ... | 11/6/2001 | 01-907 | | DS 11/6 | 1010 · 2682... | 8,179.49 | 1,576,220.43 |
| General ... | 11/6/2001 | 01-907 | | DS 11/6 | 1010 · 2682... | 4,189.97 | 1,580,410.40 |
| General ... | 11/6/2001 | 01-907 | | DS 11/6 | 1010 · 2682... | 1,022.43 | 1,581,432.83 |
| General ... | 11/6/2001 | 01-907 | | DS 11/6 | 1010 · 2682... | 2,349.52 | 1,583,782.35 |
| General ... | 11/6/2001 | 01-907 | | DS 11/6 | 1010 · 2682... | 9,459.57 | 1,593,241.92 |
| General ... | 11/6/2001 | 01-907 | | DS 11/6 | 1010 · 2682... | 509.61 | 1,593,751.53 |
| Bill Pmt -... | 11/7/2001 | 14927 | Purchase Power | | 2100 · Acco... | (4,000.00) | 1,589,751.53 |
| General ... | 11/7/2001 | 01-906 | | record loan proceeds for PNC-81 | -SPLIT- | 8,500,000.00 | 10,089,751.53 |
| Check | 11/7/2001 | WT | Loofbourrow Inc. | | 6060 · Cons... | (25,000.00) | 10,064,751.53 |
| General ... | 11/7/2001 | 01-910 | Grantor Trust | WT 11/07/01 | -SPLIT- | (597.15) | 10,064,154.38 |
| General ... | 11/7/2001 | 01-910 | SFC - Collection Acc... | WT 11/07/01 | 1010 · 2682... | (12,595.72) | 10,051,558.66 |
| General ... | 11/7/2001 | 01-910 | SWH - Collection Ac... | WT 11/07/01 | 1010 · 2682... | (7,853.53) | 10,043,705.13 |
| General ... | 11/7/2001 | 01-910 | OT 2001-a | WT 11/07/01 | 1010 · 2682... | (42,674.11) | 10,001,031.02 |
| General ... | 11/7/2001 | 01-910 | SFC Financial 3 LLC | WT 11/07/01 | 1010 · 2682... | (45.00) | 10,000,986.02 |
| General ... | 11/7/2001 | 01-910 | SFC - Account Servi... | WT 11/07/01 | 1010 · 2682... | (45.00) | 10,000,941.02 |
| General ... | 11/7/2001 | 01-910 | SLS Members | WT 11/07/01 | 1010 · 2682... | (43.00) | 10,000,898.02 |
| General ... | 11/7/2001 | 01-910 | FDIC Lockbox | WT 11/07/01 | 1010 · 2682... | (171.50) | 10,000,726.52 |
| General ... | 11/7/2001 | 01-910 | Fox, Rothschild, O'B... | Void ck14831 10/30/01 | 1010 · 2682... | 957.98 | 10,001,684.50 |

WSFC0319248

# Student Finance Corporation
## General Ledger
### As of November 30, 2001

12/17/01

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| General ... | 11/7/2001 | 01-912 | | DS 11/7 | -SPLIT- | 40,107.01 | 10,041,791.51 |
| General ... | 11/7/2001 | 01-912 | | DS 11/7 | 1010 · 2682... | 1,543.47 | 10,043,334.98 |
| General ... | 11/7/2001 | 01-912 | | DS 11/7 | 1010 · 2682... | 22,429.48 | 10,065,764.46 |
| General ... | 11/7/2001 | 01-912 | | DS 11/7 | 1010 · 2682... | 674.84 | 10,066,439.30 |
| General ... | 11/7/2001 | 01-912 | | DS 11/7 | 1010 · 2682... | 2,880.79 | 10,069,320.09 |
| General ... | 11/7/2001 | 01-912 | | DS 11/7 | 1010 · 2682... | 80.00 | 10,069,400.09 |
| General ... | 11/7/2001 | 01-912 | | DS 11/7 | 1010 · 2682... | 987.51 | 10,070,387.60 |
| General ... | 11/8/2001 | 01-911 | | Payroll for 11-08-2001 | 6165 · 6165... | (148,329.29) | 9,922,058.31 |
| General ... | 11/8/2001 | 01-911 | | Payroll for 11-08-2001 | 6165 · 6165... | (69,508.37) | 9,852,549.94 |
| General ... | 11/8/2001 | 01-911 | | Payroll for 11-08-2001 | 6165 · 6165... | (1,706.83) | 9,850,843.11 |
| General ... | 11/8/2001 | 01-913 | SFC Financial 1 LLC | | -SPLIT- | (303.10) | 9,850,540.01 |
| General ... | 11/8/2001 | 01-913 | SWH - Collection Ac... | | 1010 · 2682... | (3,659.00) | 9,846,881.01 |
| General ... | 11/8/2001 | 01-913 | PNC GT 2001-2 | | 1010 · 2682... | (3,359.28) | 9,843,521.73 |
| General ... | 11/8/2001 | 01-913 | OT 2001-a | | 1010 · 2682... | (20,464.39) | 9,823,057.34 |
| General ... | 11/8/2001 | 01-913 | SMS | | 1010 · 2682... | (252,318.11) | 9,570,739.23 |
| General ... | 11/8/2001 | 01-913 | SFC Financial 1 LLC | holiday party | 1010 · 2682... | 95.00 | 9,570,834.23 |
| General ... | 11/8/2001 | 01-914 | | DS 11/8 | -SPLIT- | 34,382.35 | 9,605,216.58 |
| General ... | 11/8/2001 | 01-914 | | DS 11/8 | 1010 · 2682... | 1,025.44 | 9,606,242.02 |
| General ... | 11/8/2001 | 01-914 | | DS 11/8 | 1010 · 2682... | 12,345.69 | 9,618,587.71 |
| General ... | 11/8/2001 | 01-914 | | DS 11/8 | 1010 · 2682... | 14,400.00 | 9,632,987.71 |
| General ... | 11/8/2001 | 01-914 | | DS 11/8 | 1010 · 2682... | 10,451.26 | 9,643,438.97 |
| General ... | 11/8/2001 | 01-914 | | DS 11/8 | 1010 · 2682... | 19,081.80 | 9,662,520.77 |
| General ... | 11/8/2001 | 01-914 | | DS 11/8 | 1010 · 2682... | 13,822.30 | 9,676,343.07 |
| General ... | 11/8/2001 | 01-914 | | DS 11/8 | 1010 · 2682... | 4,963.62 | 9,681,306.69 |
| General ... | 11/8/2001 | 01-914 | | DS 11/8 | 1010 · 2682... | 140.00 | 9,681,446.69 |
| General ... | 11/8/2001 | 01-914 | | DS 11/8 | 1010 · 2682... | (200.00) | 9,681,246.69 |
| General ... | 11/9/2001 | 01-915 | | record funding to SFC I for Roy... | 2109.05 · E... | (2,398,652.38) | 7,282,594.31 |
| General ... | 11/9/2001 | 01-918 | | record PNC-82 transaction | 1275 · Loan... | 37,100,334.18 | 44,382,928.49 |
| General ... | 11/9/2001 | 01-917 | Grantor Trust | WT 11/09/01 | -SPLIT- | (957.75) | 44,381,970.74 |
| General ... | 11/9/2001 | 01-917 | SFC - Collection Acc... | WT 11/09/01 | 1010 · 2682... | (6,795.90) | 44,375,174.84 |
| General ... | 11/9/2001 | 01-917 | SWH - Collection Ac... | WT 11/09/01 | 1010 · 2682... | (962.65) | 44,374,212.19 |
| General ... | 11/9/2001 | 01-917 | PNC Lockbox GT 20... | WT 11/09/01 | 1010 · 2682... | (2,065.47) | 44,372,146.72 |
| General ... | 11/9/2001 | 01-917 | PNC Lockbox GT20... | WT 11/09/01 | 1010 · 2682... | (2,075.86) | 44,370,070.86 |
| General ... | 11/9/2001 | 01-917 | PNC GT 2001-2 | WT 11/09/01 | 1010 · 2682... | (7,696.11) | 44,362,374.75 |
| General ... | 11/9/2001 | 01-917 | OT 2001-a | WT 11/09/01 | 1010 · 2682... | (45,502.02) | 44,316,872.73 |
| General ... | 11/9/2001 | 01-919 | | DS 11/9 | -SPLIT- | 31,776.12 | 44,348,648.85 |
| General ... | 11/9/2001 | 01-919 | | DS 11/9 | 1010 · 2682... | 19,145.37 | 44,367,794.22 |
| General ... | 11/9/2001 | 01-919 | | DS 11/9 | 1010 · 2682... | 5,293.11 | 44,373,087.33 |
| General ... | 11/9/2001 | 01-919 | | DS 11/9 | 1010 · 2682... | 31,213.49 | 44,404,300.82 |
| General ... | 11/9/2001 | 01-919 | | DS 11/9 | 1010 · 2682... | 25.00 | 44,404,325.82 |
| General ... | 11/9/2001 | 01-919 | | DS 11/9 | 1010 · 2682... | 91.11 | 44,404,416.93 |
| General ... | 11/9/2001 | 01-919 | | DS 11/9 | 1010 · 2682... | (179.18) | 44,404,237.75 |
| General ... | 11/9/2001 | 01-1002 | | Record buyback of SWH loans | 6160 · Prof... | (36,839,347.22) | 7,564,890.53 |
| General ... | 11/9/2001 | 01-1002 | | Record buyback of SWH loans | 6160 · Prof... | 3,343,932.49 | 10,908,823.02 |
| Bill Pmt -... | 11/12/2001 | 14928 | ATAPCO Christiana ... | | 2100 · Acco... | (1,000.00) | 10,907,823.02 |
| Bill Pmt -... | 11/12/2001 | 14929 | Elizabeth B. Brenna... | | 2100 · Acco... | (403,750.00) | 10,504,073.02 |
| Bill Pmt -... | 11/12/2001 | 14930 | Elizabeth B. Brenna... | | 2100 · Acco... | (268,583.33) | 10,235,489.69 |
| Bill Pmt -... | 11/12/2001 | 14931 | Elizabeth B. Brenna... | | 2100 · Acco... | (403,750.00) | 9,831,739.69 |
| Bill Pmt -... | 11/12/2001 | 14932 | James T. Brennan F... | | 2100 · Acco... | (188,416.67) | 9,643,323.02 |
| Bill Pmt -... | 11/12/2001 | 14933 | James T. Brennan F... | | 2100 · Acco... | (134,583.33) | 9,508,739.69 |
| Bill Pmt -... | 11/12/2001 | 14934 | James T. Brennan F... | | 2100 · Acco... | (188,416.67) | 9,320,323.02 |
| General ... | 11/12/2001 | 01-921 | Illinois Secretary of S... | void ck#14518 S/B28-50 | -SPLIT- | 25.80 | 9,320,348.82 |
| General ... | 11/12/2001 | 01-921 | Illinois Secretary of S... | Deposit Movie ticket $ | 1010 · 2682... | 45.50 | 9,320,394.32 |
| General ... | 11/12/2001 | 01-922 | | DS 11/12 | -SPLIT- | 31,318.48 | 9,351,712.80 |
| General ... | 11/12/2001 | 01-922 | | DS 11/12 | 1010 · 2682... | 1,338.05 | 9,353,050.85 |
| General ... | 11/12/2001 | 01-922 | | DS 11/12 | 1010 · 2682... | 4,105.75 | 9,357,156.60 |
| General ... | 11/12/2001 | 01-922 | | DS 11/12 | 1010 · 2682... | 32,610.11 | 9,389,766.71 |
| General ... | 11/13/2001 | 01-909 | | GT 1996-1 pymt of servicer fees | 1235 · Servi... | 380.22 | 9,390,146.93 |
| Bill Pmt -... | 11/13/2001 | 14935 | Cozen and O'Connor | | 2100 · Acco... | (5,929.50) | 9,384,217.43 |
| Check | 11/13/2001 | WT | Beneficiary G\L Acco... | Further credit - Robert L. Bast | 2100.01 · S... | (2,000,000.00) | 7,384,217.43 |
| Check | 11/13/2001 | WT | Bast, Robert | | -SPLIT- | (153,333.33) | 7,230,884.10 |
| Check | 11/13/2001 | WT | Karlsen, A. | | 3900 · Shar... | (250,000.00) | 6,980,884.10 |
| Check | 11/13/2001 | WT | Private Clients Grou... | Leighton B. Welch Trust | -SPLIT- | (1,613,500.00) | 5,367,384.10 |
| Check | 11/13/2001 | WT | Private Clients Grou... | James O. Welch Jr. Descenda... | -SPLIT- | (1,613,500.00) | 3,753,884.10 |
| General ... | 11/13/2001 | 01-923 | Grantor Trust | WT 11/13/01 | -SPLIT- | (267.63) | 3,753,616.47 |
| General ... | 11/13/2001 | 01-923 | SFC - Collection Acc... | WT 11/13/01 | 1010 · 2682... | (411.94) | 3,753,204.53 |
| General ... | 11/13/2001 | 01-923 | SWH - Collection Ac... | WT 11/13/01 | 1010 · 2682... | (100.00) | 3,753,104.53 |
| General ... | 11/13/2001 | 01-923 | PNC GT 2001-2 | WT 11/13/01 | 1010 · 2682... | (3,973.07) | 3,749,131.46 |
| General ... | 11/13/2001 | 01-923 | OT 2001-a | WT 11/13/01 | 1010 · 2682... | (44,645.34) | 3,704,486.12 |
| General ... | 11/13/2001 | 01-923 | SFC - Collection Acc... | WT 11/13/01 | 1010 · 2682... | (619.69) | 3,703,866.43 |
| General ... | 11/13/2001 | 01-923 | DCC Aircraft Corpor... | A\P | 1010 · 2682... | (36,709.05) | 3,667,157.38 |
| General ... | 11/13/2001 | 01-923 | DCC II Aircraft | A\P | 1010 · 2682... | (57,142.85) | 3,610,014.53 |
| General ... | 11/13/2001 | 01-923 | Grantor Trust | Deposit Holiday Party ticket sales | 1010 · 2682... | 800.00 | 3,610,814.53 |
| General ... | 11/13/2001 | 01-923 | America On Line | WT 11/13/01 | 1010 · 2682... | (28.90) | 3,610,785.63 |
| General ... | 11/13/2001 | 01-927 | | DS 11/13 | -SPLIT- | 37,780.88 | 3,648,566.51 |
| General ... | 11/13/2001 | 01-927 | | DS 11/13 | 1010 · 2682... | 118,570.33 | 3,767,136.84 |
| General ... | 11/13/2001 | 01-927 | | DS 11/13 | 1010 · 2682... | 1,647.89 | 3,768,784.73 |
| General ... | 11/13/2001 | 01-927 | | DS 11/13 | 1010 · 2682... | 9,400.00 | 3,778,184.73 |

Page 2