PREMIER EDUCATION GROUP, LP

REPORT ON VALUATION OF A

100% EQUITY INTEREST

AS OF MARCH 31, 2002 AND

DECEMBER 31, 2006

PREPARED BY

**WEISER LLP**
NEW YORK, NEW YORK

PREMIER EDUCATION GROUP, LP
VALUATION OF A 100% EQUITY INTEREST
AS OF MARCH 31, 2002 AND DECEMBER 31, 2006

**INTRODUCTION** ........................................................................................................................ 2
   *DESCRIPTION OF THE ASSIGNMENT* ............................................................................. 2
   *LEVELS OF VALUE* ............................................................................................................ 2
   *STATEMENT OF SCOPE AND LIMITATIONS* ................................................................... 3
   *STANDARD OF VALUE* ...................................................................................................... 3

**OVERVIEW OF COMPANY** ................................................................................................. 3
   *BRIEF HISTORY AND BACKGROUND* .............................................................................. 3
   *FINANCIAL AID* .................................................................................................................. 6
   *ACCREDITATIONS* .............................................................................................................. 6
   *MANAGEMENT* ................................................................................................................... 7

**FINANCIAL ANALYSIS** ........................................................................................................ 8
   *NON-PUBLIC PEER GROUP FOR FINANCIAL PERFORMANCE COMPARISON* ............ 8
   *BOOK VALUE AND GENERAL FINANCIAL CONDITION OF THE BUSINESS DEC. 31, 2001* ..... 8
   *EARNINGS PERFORMANCE AND CAPABILITY DEC 31, 2001* ....................................... 9
   *KEY FINANCIAL RATIO ANALYSIS* .................................................................................. 9
   *BOOK VALUE AND GENERAL FINANCIAL CONDITION OF THE BUSINESS DEC. 31, 2006* ..... 9
   *EARNINGS PERFORMANCE AND CAPABILITY DEC 31, 2006* ..................................... 10
   *KEY FINANCIAL RATIO ANALYSIS* ................................................................................ 11

**ECONOMIC AND INDUSTRY OUTLOOK** ....................................................................... 11
   *INDUSTRY OUTLOOK* ...................................................................................................... 11
   *EFFECT ON VALUATION* ................................................................................................. 13

**DETERMINATION OF FAIR MARKET VALUE** ............................................................. 13
   *OVERVIEW OF VALUATION APPROACHES* ................................................................... 13
   *VALUATION METHODOLOGIES CONSIDERED BUT REJECTED* .................................. 14
   *VALUATION METHOD SELECTED MARCH 31, 2002 VALUATION DATE* .................... 14
   *PROJECTED CASH FLOW TO INVESTED CAPITAL* ....................................................... 15
   *WEIGHTED AVERAGE COST OF CAPITAL* .................................................................... 16
   *CALCULATION OF FAIR MARKET VALUE OF INVESTED CAPITAL* ............................ 18
   *VALUATION METHOD SELECTED-DECEMBER 31, 2006 VALUATION DATE* .............. 18
   *APPLICATION OF THE CAPITALIZED RETURN METHOD* ........................................... 19

**CONSIDERATION OF DISCOUNTS AND PREMIUMS** ................................................. 21

**GUIDELINE COMPANY BENCHMARK** ........................................................................... 21
   *SELECTED GUIDELINE COMPANIES* ............................................................................. 21
   *DESCRIPTION OF THE GUIDELINE COMPANIES* ......................................................... 22
   *ANALYSIS AND COMPARISON OF PUBLICLY TRADED GUIDELINE COMPANIES* ..... 23

PREMIER EDUCATION GROUP, LP
VALUATION OF A 100% EQUITY INTEREST
AS OF MARCH 31, 2002 AND DECEMBER 31, 2006

*VALUATION USING GUIDELINE COMPANY ANALYSIS* .................................................................. 24
*VALUATION USING STRATEGIC PLAN* .................................................................................... 25

CONCLUSION OF VALUE .......................................................................................................... 26

CERTIFICATION OF APPRAISERS ............................................................................................. 27

APPENDIX A: STATEMENT OF LIMITING CONDITIONS .......................................................... 28
APPENDIX B: QUALIFICATIONS OF APPRAISER ...................................................................... 30
APPENDIX C: SOURCES OF INFORMATION ............................................................................. 32
APPENDIX D: SCHEDULES N° 1 THROUGH N° 7 ..................................................................... 33
APPENDIX E: OVERVIEW OF THE U.S. ECONOMY MARCH 31, 2002 .................................... 41
APPENDIX F: OVERVIEW OF THE U.S. ECONOMY DECEMBER 31, 2006 .............................. 48



Weiser LLP
Certified Public Accountants

135 West 50th Street
New York, NY 10020-1299
Tel 212.812.7000
Fax 212.375.6888

www.weiserLLP.com

Mr. Michael S. Waters, Esq.
McElroy, Deutsch, Mulvany & Carpenter
Three Gateway Center
100 Mulberry Street
Newark, New Jersey

Subject:   Fair Market Value of a 100% Equity Interest
           At March 31, 2002 and December 31, 2006

Dear Mr. Waters:

The attached valuation report was prepared for the specific purpose of valuing a 100% equity interest in Premier Education Group, LLP as of the captioned dates. The valuation will be used in connection with a litigation in a bankruptcy proceeding.

It was prepared for this specific purpose and is not to be copied or made available to any persons without the express written consent of Weiser LLP. A valuation for a different purpose, under a different standard (*definition*) of value, or for a different date of value could result in a materially different opinion of value.

Valuation conclusions are the result of professional judgment, experience and opinion. This is acknowledged by valuation and appraisal organizations, the courts and government agencies. For example, *IRS Revenue Ruling 59-60* (at Section 3.01) states the following:

> *Often, an appraiser will find wide differences of opinion as to the fair market value of a particular stock. In resolving such differences, he should maintain a reasonable attitude in recognition of the fact that valuation is not an exact science. A sound valuation will be based on all relevant facts, but the elements of common sense, informed judgment and reasonableness must enter into the process of weighing those facts and deciding their aggregate significance.*

This valuation report provides our professional opinion of value. We have performed this valuation in a professional manner in accordance with recognized industry practices. We make no further warranty, express or implied.

Weiser LLP

*Martin J. Lieberman*

MARTIN J. LIEBERMAN, CPA/ABV, ASA
New York, New York
May 14, 2007

A member of Moores Rowland International, a worldwide association of independent accounting firms

## INTRODUCTION

### DESCRIPTION OF THE ASSIGNMENT

Weiser LLP has been engaged by Michael S. Waters, Esq., Trustee to render the business appraisal services described below. The following information summarizes our assignment:

| | |
|---|---|
| Client Name | Michael S. Waters, Esq. |
| Business Name | Premier Education Group, LP |
| Type of Entity | Limited Partnership |
| State of Organization | Pennsylvania |
| Principal Business Location | Philadelphia, PA and Ambler, PA |
| Business Interest Valued | 100% Equity Interest |
| Standard of Value | Fair market value |
| Premise of Value | Going concern |
| Effective Dates of Appraisals | March 31, 2002 and December 31, 2006 |
| Purpose and Intended Use of Appraisal | Litigation |

### LEVELS OF VALUE

Although valuation is a range concept, current valuation theory suggests that there are three basic "levels" of value applicable to a business or business interest. The levels of value are respectively:

**Controlling Interest:** the value of the enterprise as a whole.

**As-if Freely Tradable Minority Interest:** the value of a minority interest, lacking control, but enjoying the benefit of market liquidity.

**Non-Marketable Minority Interest:** the value of a minority interest lacking both control and market liquidity.

This valuation is prepared on a controlling interest basis.

Our alternative valuation conclusion based solely on the Strategic Plan revenue projection for 2010 is the estimated Fair Market Value of a 100% equity interest in PEG as of March 31, 2002 of $77,550,000 and as of December 31, 2006 of $172,290,000.

## CONCLUSION OF VALUE

Based upon our analysis as outlined herein, it is our opinion that the estimated Fair Market Value of a 100% equity interest in PEG as of March 31, 2002, is $30,320,000, and as of December 31, 2006 is $59,795,000.