Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
 2                          - - -
    MBIA INSURANCE              :
 3  CORPORATION AND WELLS       :
    FARGO BANK, N.A. (f/k/a     :
 4  WELLS FARGO BANK            :
    MINNESOTA N.A.) AS          :
 5  TRUSTEE OF SFC GRANTOR      :
    TRUST, SERIES 2000-1, SFC   :
 6  GRANTOR TRUST, SERIES       :
    2000-2, SFC GRANTOR         :
 7  TRUST, SERIES 2000-3, SFC   :
    GRANTOR TRUST, SERIES       :
 8  2000-4, SFC GRANTOR         :
    TRUST, SERIES 2001-1, SFC   :
 9  GRANTOR TRUST, SERIES       :
    2001-2, SFC OWNER TRUST     :
10  2001-I, AND SFC GRANTOR     :
    TRUST, SERIES 2001-3,       :
11      Plaintiffs/Counterclaim :
                 Defendants,    :
12                              :
               vs.              :
13                              :
    ROYAL INDEMNITY COMPANY,    :
14      Defendant/Counterclaim  :C.A. NO.
                 Plaintiff.     :02-1294-JJF
15  ------------------------------------------------
    ROYAL INDEMNITY COMPANY,    :
16      Third-Party Plaintiff,  :
                                :
17             vs.              :
                                :
18  ANDREW N. YAO, STUDENT      :
    LOAN SERVICING LLC,         :
19  STUDENT LOAN ACCEPTANCE II  :
    LLC, STUDENT LOAN           :
20  ACCEPTANCE III LLC,         :
    STUDENT LOAN ACCEPTANCE     :
21  III LLC, STUDENT            :
    LOAN ACCEPTANCE V LLC,      :
22  STUDENT LOAN ACCEPTANCE     :
    VIII LLC, STUDENT LOAN      :
23  ACCEPTANCE IX LLC, SFC      : TRACK(II)WITNESS:
    FINANCIAL LLC I, SFC        : MARK HARRIS
24  FINANCIAL LLC II, SFC       :
    FINANCIAL LLC VI, SFC       : DATE:
    FINANCIAL LLC VII,          : NOVEMBER 9th, 2006
25      Third-Party Defendants. :
```

| | | |
|---|---|---|
| 1 | VIDEO OPERATOR: We're on the | 09:24:36 |
| 2 | record. This is a videotaped deposition for | |
| 3 | the United States District Court for the | |
| 4 | District of Delaware. My name is Robert | |
| 5 | Higham. I'm the videotape operator. I'm | 09:35:54 |
| 6 | employed by Veritext New York. The court | |
| 7 | reporter is David Walsh. The caption for | |
| 8 | today's case is as follows: It's a multi | |
| 9 | caption case, the first caption being MBIA | |
| 10 | Insurance Corporation, et al, versus Royal | 09:36:05 |
| 11 | Indemnity Insurance Company. The case number | |
| 12 | is 021294 (JJF). All other captions will be | |
| 13 | reflected on the stenographic record. | |
| 14 | This deposition is taking | |
| 15 | place in Wilmington, Delaware. All counsel | 09:36:21 |
| 16 | will be reflected on the stenographic record. | |
| 17 | The deponent for today is Steven Harris. | |
| 18 | Today's date is November 9th, 2006. The | |
| 19 | camera time is 9:00 -- I'm sorry, Mark | |
| 20 | Harris. I apologize. The camera time is | 09:36:38 |
| 21 | 9:36. | |
| 22 | The reporter will now swear | |
| 23 | in the witness. | |
| 24 | - - - | |
| 25 | MARK HARRIS, having been duly | 09:36:44 |

```
                                                              Page 9
 1   sworn, was examined and testified as follows:   09:36:44
 2                       - - -
 3                    EXAMINATION
 4                       - - -
 5   BY MS. BAUER:                                  09:36:53
 6   Q.    Good morning, Mr. Harris.  My name is
 7   Lisa Bauer.  I'm with the Law Firm of
 8   Proskauer Rose.  Next to me is my colleague,
 9   Greg Sieczkiewicz, and we represent MBIA and
10   Wells Fargo as trustee for various trusts.     09:37:05
11   A.    Okay.
12   Q.    Have you given a deposition before?
13   A.    No.
14   Q.    So you know, every answer that you give
15   has to be oral or the court reporter can't     09:37:16
16   take it down.  So, there's a tendency to nod
17   or to say um-hmm or huh-huh.  I'll remind you
18   to say yes or no so that it's clear on the
19   record.
20         Also, if you don't understand my         09:37:28
21   questions, you can ask me to rephrase it or
22   repeat it.  You can ask the court reporter to
23   read a question back if you didn't hear or you
24   need to think about it again.
25   A.    Okay.                                    09:37:37
```

| | | |
|---|---|---|
| 1 | A. | I think the degree was conferred August | 09:42:55 |
| 2 | of 2005. |
| 3 | Q. | Did you then immediately go into the |
| 4 | Masters program? |
| 5 | A. | Probably two or three months after my | 09:43:09 |
| 6 | undergrad. |
| 7 | Q. | How did you come to be hired by SFC? |
| 8 | A. | Well, I was working with Concord EFS |
| 9 | prior to working with SFC and there was an ad |
| 10 | for at the time it was a Payment Processing | 09:43:27 |
| 11 | manager. When I interviewed, they redefined |
| 12 | the job as a Payment Processing supervisor. |
| 13 | Q. | Who did you interview with? |
| 14 | A. | I interviewed with Diane Messick, who |
| 15 | was then corporate controller, and Charlotte | 09:43:41 |
| 16 | Vickers, who was a manager for Collections. |
| 17 | Q. | Okay. I just want to ask you about |
| 18 | Charlotte for a second. |
| 19 | A. | Okay. |
| 20 | Q. | Charlotte Vickers and Charlotte Harris | 09:43:56 |
| 21 | were both SFC employees? |
| 22 | A. | Well, they both work for SFC Group. How |
| 23 | they were categorized, I'm not sure if they |
| 24 | were SLS or SFC or SMS, but we worked on the |
| 25 | same I guess umbrella of company. | 09:44:11 |

| | | | |
|---|---|---|---|
| 1 | Q. | But they're two different people? | 09:44:13 |
| 2 | A. | They are two different people. | |
| 3 | Q. | Are you related to Charlotte Harris? | |
| 4 | A. | No. | |
| 5 | Q. | Okay. What group is she in or was she | 09:44:18 |
| 6 | in? | | |
| 7 | A. | She worked in credit. | |
| 8 | Q. | Okay. In credit, would that be the | |
| 9 | granting of loans to students? | | |
| 10 | A. | I would say they review the | 09:44:31 |
| 11 | applications. I'm not sure if she was | | |
| 12 | responsible for making a decision, but I know | | |
| 13 | her group was responsible for reviewing the | | |
| 14 | information that was sent in. | | |
| 15 | Q. | How many interviews did you have at SFC | 09:44:44 |
| 16 | before they hired you? | | |
| 17 | A. | One. | |
| 18 | Q. | Who did you report to at SFC? | |
| 19 | A. | Diane Messick. | |
| 20 | Q. | Anyone else? | 09:44:59 |
| 21 | A. | After Diane left, there was a VP for | |
| 22 | finance, Dave Zulauf. So, I reported to him | | |
| 23 | until we got furloughed in June of 2002. | | |
| 24 | Q. | When you say "furloughed in June of | |
| 25 | 2002", that's when the company made | 09:45:22 |

```
 1  substantial layoffs?                              09:45:24
 2  A.    That's correct.
 3  Q.    And you were laid off?
 4  A.    Furloughed.
 5  Q.    Okay.  But you didn't leave for any         09:45:29
 6  other reason?
 7  A.    No.
 8  Q.    Who reported to you in your position as
 9  supervisor of Payment Processing?
10  A.    There were five payment -- four to five    09:45:43
11  Payment Processing clerks who reported to me.
12  I had one team leader in that group as well.
13  Evette Tucker, Paulette, I'm not sure what her
14  last name was.  I had a Natasha.  I'm not sure
15  what her last name was either.  And there was    09:46:07
16  one other lady.  I'm not even sure.  Lakia.
17  Q.    Did you have temporary Payment
18  Processing employees at any time?
19  A.    I had one for probably two months.
20  Q.    Do you remember that person's name?        09:46:28
21  A.    Julie something.  I'm not sure.
22  Q.    Can you tell me what your job duties
23  were as supervisor of Payment Processing?
24  A.    Payment Processing was responsible for
25  applying all the payments that came in,         09:46:44
```

```
 1   A.      If auditors were requesting that              16:03:30
 2   information, I'm sure the Accounting
 3   Department could give them copies or give them
 4   the physical vouchers to take a look.
 5   Q.      On what do you base that belief?              16:03:41
 6   A.      Because typically if there's an audit, I
 7   mean the norm I think is to cooperate with the
 8   audit.
 9   Q.      While you were at SFC, did you have any
10   dealings with the Law Firm of Pepper Hamilton?        16:04:19
11   A.      No.
12   Q.      Does that name ring a bell to you at
13   all, Pepper Hamilton?
14   A.      I have heard it here.  Probably the
15   first time, second time today.                        16:04:29
16   Q.      Have you heard of it prior to today?
17   A.      No.
18   Q.      Have you ever heard the name Rod Gagne
19   before today?
20   A.      No.                                           16:04:39
21   Q.      And is it fair to say that you had no
22   dealings with Rod Gagne while you were at SFC?
23   A.      That's fair to say that.
24   Q.      And is it fair to say you had no
25   dealings with any attorneys from Pepper               16:04:48
```