Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF DELAWARE
 3
 4    ----------------------------------
 5    ROYAL INDEMNITY COMPANY,           )
 6                    Plaintiff,         ) C.A. No.
 7         vs.                           ) 05-165-JJF
 8    PEPPER HAMILTON, LLP,              )
 9    W. RODERICK GAGNE, FREED           )
10    MAXICK & BATTAGLIA CPAs,           ) TRACK I
11    PC, MCGLADREY & PULLEN,            ) VOLUME I
12    LLP, MICHAEL ACQUINO, and          )
13    FREED MAXICK SACHS & MURPHY,       )
14    P.C.,                              )
15                    Defendants.        )
16    ----------------------------------
17
18       DEPOSITION of GARY HAWTHORNE, taken at 601 South
19    Figueroa Street, 16th Floor, Los Angeles,
20    California, commencing at 1:29 P.M., Wednesday,
21    April 25, 2007, before Ricki Q. Melton, CSR 9400,
22    RPR 45429.
23
24
25    PAGES 1 - 252
```

| | | |
|---|---|---|
| 1 | GARY HAWTHORNE, | |
| 2 | the witness, having been first administered | |
| 3 | an oath in accordance with CCP section 2094, | |
| 4 | testified as follows: | |
| 5 | | |
| 6 | MR. BARNOWSKI:  Just for housekeeping | 01:32:27 |
| 7 | matters, due to plane difficulties, not anyone's | 01:32:28 |
| 8 | fault, we have had a delay of about three hours | 01:32:33 |
| 9 | this morning, and I think the parties have all | 01:32:36 |
| 10 | agreed that the way we're going to make up that | 01:32:38 |
| 11 | time is starting at 9:00 every morning instead of | 01:32:40 |
| 12 | 9:30 and finishing at 6:00 every afternoon instead | 01:32:43 |
| 13 | of 5:30, subject to Mr. Hawthorne not getting | 01:32:46 |
| 14 | overly tired in the afternoon, and he has promised | 01:32:49 |
| 15 | to let us know if that happens. | 01:32:52 |
| 16 | Is that fair, Mr. Hawthorne? | 01:32:54 |
| 17 | THE WITNESS:  That's fair. | 01:32:55 |
| 18 | | 01:32:55 |
| 19 | EXAMINATION | 01:32:55 |
| 20 | | 01:32:55 |
| 21 | BY MR. BARNOWSKI: | 01:32:55 |
| 22 | Q.   Good morning -- good afternoon. | 01:32:56 |
| 23 | You understand you are under oath? | 01:32:57 |
| 24 | A.   Yes, I do. | 01:32:59 |
| 25 | Q.   Other than scheduling matters, trying to | 01:33:00 |

| | | |
|---|---|---|
| 1 | Q. So you are sure that you were No. 2. The | 01:44:52 |
| 2 | question is whether Perry was a co-No. 2. | 01:44:55 |
| 3 | Is that fair? | 01:44:58 |
| 4 | A. That's fair. | 01:44:59 |
| 5 | Q. Okay. Did you subsequently become the | 01:44:59 |
| 6 | president and COO of SFC? | 01:45:02 |
| 7 | A. Yes, I did. | 01:45:04 |
| 8 | Q. Do you remember when that happened? | 01:45:05 |
| 9 | A. No, I don't. | 01:45:06 |
| 10 | Q. Okay. Again, would that have put you | 01:45:07 |
| 11 | below Andrew Yao but no one else at the company? | 01:45:09 |
| 12 | A. Correct. | 01:45:12 |
| 13 | Q. Okay. So at that point in time, were you | 01:45:13 |
| 14 | the No. 2 at SFC, or is it still that you could | 01:45:14 |
| 15 | have been co-No. 2 with Perry? | 01:45:17 |
| 16 | A. Could have been co-No. 2. | 01:45:19 |
| 17 | Q. You mentioned a second ago that you were | 01:45:22 |
| 18 | on the board of SFC; is that right? | 01:45:24 |
| 19 | A. Correct. | 01:45:26 |
| 20 | Q. Who else was on the board? | 01:45:27 |
| 21 | A. Perry Turnbull and Andrew Yao. | 01:45:28 |
| 22 | Q. So just the three of you? | 01:45:32 |
| 23 | A. Correct. | 01:45:34 |
| 24 | Q. Okay. And you had a position on the board | 01:45:34 |
| 25 | too; correct? | 01:45:36 |

Page 972

| | | |
|---|---|---|
| 1 | Q.  Okay.  Now, Pepper Hamilton and Rod Gagne | 03:46:30 |
| 2 | you were asked some questions about when the | 03:46:35 |
| 3 | counsel for Royal was asking you questions. | 03:46:38 |
| 4 | A.  Uh-huh. | 03:46:40 |
| 5 | Q.  And I think you said they were SFC's | 03:46:41 |
| 6 | primary outside counsel; is that fair? | 03:46:45 |
| 7 | A.  Yes, it is. | 03:46:48 |
| 8 | Q.  How often did you see Rod Gagne? | 03:46:48 |
| 9 | A.  Generally only -- the most I saw Rod is | 03:46:53 |
| 10 | when we were doing a securitization, and I would | 03:47:03 |
| 11 | generally -- the paper document signing would be at | 03:47:06 |
| 12 | Pepper Hamilton's office, and on those occasions | 03:47:09 |
| 13 | when we have a transaction is when I saw Rod. | 03:47:13 |
| 14 | Q.  So that would be perhaps eight times | 03:47:15 |
| 15 | overall? | 03:47:18 |
| 16 | A.  Yeah.  Maybe sporadically in between. | 03:47:19 |
| 17 | Q.  Okay. | 03:47:22 |
| 18 | A.  But in general, that was probably it be | 03:47:23 |
| 19 | it.  It wasn't real frequent. | 03:47:25 |
| 20 | Q.  So maybe fewer than a dozen times overall? | 03:47:26 |
| 21 | MR. BARNOWSKI:  Object to form. | 03:47:29 |
| 22 | THE WITNESS:  I would say so. | 03:47:30 |
| 23 | BY MS. AINSLIE: | 03:47:31 |
| 24 | Q.  Okay.  You said that you saw him in | 03:47:32 |
| 25 | connection with the securitizations because you | 03:47:35 |

```
1   would then go to Pepper Hamilton for some work with    03:47:38
2   the documents.                                          03:47:43
3       A.   To do the signing.                             03:47:45
4       Q.   And why were you doing the signing?            03:47:46
5       A.   My name was on there on behalf of Student      03:47:48
6   Finance Corporation and Student Loan Services.          03:47:53
7       Q.   Were you the secretary?                        03:47:55
8       A.   Yes.                                           03:47:57
9       Q.   And did --                                     03:47:57
10      A.   I believe that was the capacity.               03:47:59
11      Q.   Okay.  Did you ever see Rod Gagne at SFC's     03:48:01
12  offices?                                                03:48:08
13      A.   Maybe a couple of times during the course      03:48:13
14  of my stay there.                                       03:48:16
15      Q.   Did he ever, to your knowledge, attend any     03:48:17
16  board meetings, board of directors meetings?            03:48:20
17      A.   No.                                            03:48:22
18      Q.   Did he ever attend any committee meetings,     03:48:23
19  to your knowledge?                                      03:48:25
20      A.   No.                                            03:48:26
21      Q.   Did Mr. Gagne have any role in deciding        03:48:27
22  anybody's compensation --                               03:48:31
23           MR. BARNOWSKI:  Object to form.                03:48:32
24  BY MS. AINSLIE:                                         03:48:33
25      Q.   -- at SFC?                                     03:48:33
```

| | | |
|---|---|---|
| 1 | A. Not that I'm aware of. | 03:48:34 |
| 2 | Q. To your knowledge, did he participate in | 03:48:35 |
| 3 | hiring and firing employees at all? | 03:48:38 |
| 4 | MR. BARNOWSKI: Object to form. | 03:48:40 |
| 5 | THE WITNESS: Not to my knowledge, no. | 03:48:41 |
| 6 | BY MS. AINSLIE: | 03:48:42 |
| 7 | Q. To your knowledge, did he tell anybody at | 03:48:43 |
| 8 | SFC what to do? | 03:48:45 |
| 9 | MR. BARNOWSKI: Object to form. | 03:48:47 |
| 10 | THE WITNESS: No, not that I can recall. | 03:48:49 |
| 11 | BY MS. AINSLIE: | 03:48:50 |
| 12 | Q. Is it fair to say, then, that his capacity | 03:48:50 |
| 13 | was to advise and that Mr. Yao and the other | 03:48:53 |
| 14 | officers would then decide whether to accept the | 03:48:55 |
| 15 | advice? | 03:48:58 |
| 16 | MR. BARNOWSKI: Object to form. | 03:48:58 |
| 17 | THE WITNESS: Yes. | 03:49:00 |
| 18 | BY MS. AINSLIE: | 03:49:02 |
| 19 | Q. Okay. You have seen a lot of e-mails in | 03:49:02 |
| 20 | the course of the last few days. | 03:49:04 |
| 21 | Do you recall any on which Mr. Gagne -- | 03:49:07 |
| 22 | from Mr. Gagne? To Mr. Gagne? | 03:49:10 |
| 23 | MR. BARNOWSKI: Object to form. | 03:49:13 |
| 24 | THE WITNESS: I think I may have seen one | 03:49:14 |
| 25 | document that had his e-mail address on it. | 03:49:16 |