Page 1

```
 1
 2        UNITED STATES DISTRICT COURT
          DISTRICT OF DELAWARE
 3        C.A. No. 02-1294-JJF
          ---------------------------------------x
 4        MBIA INSURANCE CORPORATION AND
          WELLS FARGO BANK, N.A. (f/k/a
 5        WELLS FARGO BANK MINNESOTA N.A.)
          AS TRUSTEE OF SFC GRANTOR TRUST
 6        SERIES 2000-1, SFC GRANTOR TRUST,
          SERIES 2000-2, SFC GRANTOR TRUST,
 7        SERIES 2000-3, SFC GRANTOR TRUST,
          SERIES 2000-4, SFC GRANTOR TRUST,
 8        SERIES 2001-1, SFC GRANTOR TRUST,
          SERIES 2001-2, SFC OWNER TRUST,
 9        SERIES 2000-I, AND SFC GRANTOR
          TRUST, SERIES 2001-3,
10                     Plaintiffs/
                       Counterclaim Defendants,.
11
                    - vs -
12
          ROYAL INDEMNITY COMPANY,
13                     Defendant/
                       Counterclaim Plaintiff.
14        ---------------------------------------x
          ROYAL INDEMNITY COMPANY,
15                     Third-Party Plaintiff,
16                  - vs -
17        ANDREW N. YAO, STUDENT LOAN SERVICING
          LLC, STUDENT LOAN ACCEPTANCE II LLC,
18        STUDENT LOAN ACCEPTANCE III LLC, STUDENT
          LOAN ACCEPTANCE V LLC, STUDENT LOAN
19        ACCEPTANCE VIII LLC, STUDENT LOAN
          ACCEPTANCE IX LLC, SFC FINANCIAL LLC I,
20        SFC FINANCIAL LLC II, SFC FINANCIAL LLC
          VI, SFC FINANCIAL LLC VII,
21                  •  Third Party Defendants.
          ---------------------------------------x
22                          August 22, 2007
                            9:35 a.m.
23
24        TRACK I WITNESS: WILLIAM HECHT
25
```

Page 5

```
 1
 2  W I L L I A M   H E C H T,
 3  called as a witness, having been first
 4  duly sworn, was examined and testified
 5  as follows:
 6  EXAMINATION BY MR. EPSTEIN:                    09:35:15AM
 7      Q.     Good morning, Mr. Hecht.  My       09:35:20AM
 8  name is Neil Epstein.  I represent Robert      09:35:22AM
 9  Bast, Pamela Gagne and Rod Gagne as a          09:35:28AM
10  trustee in certain trusts in the              09:35:31AM
11  Gagne/Bast family.                            09:35:35AM
12              Mr. Hecht, do you have a copy     09:36:27AM
13  of the report that you prepared in this       09:36:28AM
14  case with you?                                09:36:32AM
15      A.     No.                                09:36:32AM
16              MR. EPSTEIN:  I will make a       09:36:46AM
17  statement on the record.  Unfortunately       09:36:47AM
18  the box of documents that I sent up has       09:36:50AM
19  not been delivered.  There has been a         09:36:52AM
20  trace run on it and we should get it          09:36:53AM
21  pretty soon.                                  09:36:56AM
22              If you have a copy you could      09:36:58AM
23  show him, it would be helpful, or I will      09:37:01AM
24  have to read portions to Mr. Hecht.           09:37:08AM
25              MR. DWYER:  You will get it in    09:37:13AM
```

Page 73

```
 1                    HECHT
 2   the day that you prepared your report      11:12:37AM
 3   along with your colleagues who actually    11:12:39AM
 4   typed the report, you had no idea as to    11:12:43AM
 5   what the collateral was with respect to    11:12:46AM
 6   any of these 170 loans, correct?          11:12:48AM
 7       A.      No, I don't believe it is     11:12:50AM
 8   disclosed as to the nature of the         11:12:52AM
 9   collateral.                               11:12:54AM
10       Q.      So you had no idea, correct?  11:12:54AM
11       A.      The only thing I knew is that 11:12:57AM
12   it is secured or unsecured.               11:12:59AM
13       Q.      You didn't know the nature of 11:13:01AM
14   the collateral?                           11:13:02AM
15       A.      That's correct.               11:13:04AM
16               MR. DWYER:  Can we take a      11:13:05AM
17   break?                                    11:13:07AM
18               MR. EPSTEIN:  Sure.           11:13:07AM
19               (Recess taken.)               11:13:07AM
20   BY MR. EPSTEIN:                           11:27:28AM
21       Q.      Would you take a look at your 11:27:37AM
22   report, please.  I want to ask you, on    11:27:38AM
23   page 3 of your report, you make the       11:27:46AM
24   following statement:  "We discussed       11:27:53AM
25   interest rates and commitment fees with a 11:27:55AM
```

```
 1              HECHT

 2   former bank executive familiar with      11:27:58AM

 3   higher-risk commercial loans."            11:28:01AM

 4              First of all, the "we," is that 11:28:03AM

 5   you?                                      11:28:06AM

 6      A.     I was on a conference call with 11:28:09AM

 7   Jim Horgan and this individual.           11:28:12AM

 8      Q.     What's the name of the          11:28:18AM

 9   individual?                               11:28:19AM

10      A.     Jim Ruane.                       11:28:19AM

11      Q.     What bank did he work at?        11:28:22AM

12      A.     NationsBank was one.  There was 11:28:24AM

13   another bank through the mergers.         11:28:29AM

14      Q.     Is he still with NationsBank?    11:28:32AM

15      A.     No, he is a consultant.          11:28:36AM

16      Q.     Do you know the name of his      11:28:37AM

17   consulting firm?                          11:28:39AM

18      A.     I don't know the name of his     11:28:39AM

19   current firm.  He was with                11:28:40AM

20   PricewaterhouseCoopers for several years, 11:28:45AM

21   then he went out on his own.              11:28:48AM

22      Q.     Have you ever heard the name     11:28:51AM

23   Huron Consulting Group?                   11:28:54AM

24      A.     Yes, he was with Huron for a     11:28:55AM

25   while.  I don't believe he is still there. 11:28:57AM
```

Page 75

```
1                    HECHT
2        Q.       Had you ever done any work with      11:28:59AM
3    Mr. Ruane before?                                 11:29:02AM
4        A.       No.                                  11:29:03AM
5        Q.       Did you satisfy yourself that        11:29:04AM
6    he was reasonably competent and                   11:29:08AM
7    knowledgeable to answer whatever questions        11:29:14AM
8    you had?                                          11:29:20AM
9        A.       Yes.                                 11:29:20AM
10       Q.       What did he tell you to satisfy      11:29:21AM
11   you that he had that competence and that          11:29:23AM
12   knowledge?                                        11:29:26AM
13       A.       Well, the mere fact of his           11:29:26AM
14   position with PricewaterhouseCoopers and          11:29:30AM
15   Huron and his background and what Jim             11:29:34AM
16   Horgan had said about him.  I didn't have         11:29:36AM
17   to delve into his background.                     11:29:40AM
18       Q.       Do you know what his background      11:29:42AM
19   was with respect to bridge loans?                 11:29:45AM
20       A.       He was involved as a banker and      11:29:48AM
21   dealt with bridge loans.                          11:29:51AM
22       Q.       Did he say that?                     11:29:52AM
23       A.       Yes.                                 11:29:53AM
24       Q.       Did he describe the loans?           11:29:55AM
25       A.       No, we didn't go into the            11:29:57AM
```

Page 76

```
 1              HECHT
 2   details of particular loans that he made    11:29:59AM
 3   during his career.                          11:30:01AM
 4      Q.      Has it been your experience      11:30:02AM
 5   that banks generally provide bridge loans?  11:30:05AM
 6      A.      Sometimes.                        11:30:09AM
 7      Q.      I said generally.  Would you      11:30:11AM
 8   call that a significant part of a bank's     11:30:14AM
 9   business, to provide bridge loans?           11:30:20AM
10      A.      I have no idea what part of a     11:30:22AM
11   bank's business that would be.               11:30:25AM
12      Q.      Did you ask him what industries  11:30:27AM
13   he was involved with in bridge loans at      11:30:30AM
14   the time that he was a banker?               11:30:32AM
15      A.      No.                               11:30:34AM
16      Q.      None whatsoever?                  11:30:36AM
17      A.      I didn't ask him.                 11:30:38AM
18      Q.      Did anyone on this conversation  11:30:40AM
19   ask him?                                     11:30:42AM
20      A.      No.                               11:30:42AM
21      Q.      Did you ever see any             11:30:43AM
22   information concerning his knowledge of      11:30:45AM
23   bridge loans in terms of what companies      11:30:48AM
24   that they were made to, what were the        11:30:51AM
25   financial aspects of the companies, what     11:30:53AM
```

Page 77

```
 1                   HECHT
 2    collateral was given, all the questions I      11:30:55AM
 3    asked you about these other companies on       11:30:58AM
 4    your list?  Did you ask him those              11:31:02AM
 5    questions?                                      11:31:05AM
 6       A.      No.                                  11:31:05AM
 7       Q.      What did he say to you, or what      11:31:06AM
 8    did he say to the group that was on the        11:31:08AM
 9    phone?                                          11:31:11AM
10       A.      Jim Horgan and I, that was the       11:31:12AM
11    group.  We described the type of situation     11:31:15AM
12    we have here with these loans and the          11:31:18AM
13    length of the loans, the interest rates,       11:31:22AM
14    the points, and so forth, and we asked his     11:31:24AM
15    opinion as to what he had seen in the          11:31:27AM
16    marketplace for similar types of               11:31:31AM
17    situations.                                     11:31:33AM
18       Q.      So you asked him his opinion or      11:31:34AM
19    facts?                                          11:31:40AM
20       A.      Facts as to what --                  11:31:40AM
21       Q.      Not his opinion?                      11:31:42AM
22       A.      I don't think I used -- if I         11:31:43AM
23    used the word "opinion," that's incorrect.     11:31:45AM
24       Q.      I think you did.                      11:31:47AM
25       A.      We asked him for information         11:31:49AM
```

```
1                    HECHT
2    regarding loans of this nature to the best    11:31:50AM
3    of his ability that he could give us.         11:31:52AM
4        Q.        And "of this nature," you are    11:31:54AM
5    talking about the loans that my clients       11:31:56AM
6    gave to Student Finance?                      11:31:59AM
7        A.        Yes.  We described the types of  11:32:00AM
8    loans and the periods of time involved.       11:32:04AM
9        Q.        Did you describe the collateral  11:32:07AM
10   that was given?                               11:32:08AM
11       A.        Yes.                            11:32:10AM
12       Q.        Did you ask him whether he had   11:32:11AM
13   experienced any bridge loans where the        11:32:14AM
14   collateral was similar?                       11:32:16AM
15       A.        No, I didn't ask him.           11:32:18AM
16       Q.        Did you ask him to describe      11:32:20AM
17   anything at all about the nature of the       11:32:23AM
18   bridge loans that he was commenting on, or    11:32:26AM
19   was it more his statements being very         11:32:30AM
20   general, "Well, I've seen bridge loans        11:32:33AM
21   where the interest rates were X and the       11:32:35AM
22   commitment fees were Y"?                      11:32:38AM
23                 MR. DWYER:  I object to the     11:32:41AM
24   form.                                         11:32:41AM
25       A.        It was more of a general nature 11:32:42AM
```

Page 79

```
 1                    HECHT
 2   where we were trying to get "What is the        11:32:45AM
 3   maximum type of loan -- commitment fee or       11:32:49AM
 4   origination fee for a loan of this nature       11:32:56AM
 5   that you have seen in your experience."         11:32:58AM
 6   That's where I came up with the 2 to 4          11:33:00AM
 7   percent maximum.                                11:33:02AM
 8        Q.      Where did Mr. Ruane practice       11:33:07AM
 9   his profession of being a banker?               11:33:11AM
10        A.      I believe it was in the New        11:33:14AM
11   York area.  I'm not exactly sure where.         11:33:16AM
12        Q.      Did you ask him?                    11:33:18AM
13        A.      No.                                 11:33:19AM
14        Q.      NationsBank you mentioned.          11:33:23AM
15   They are located in -- do you know where        11:33:27AM
16   they are located?                               11:33:29AM
17        A.      I think they are headquartered     11:33:30AM
18   down south, in Charlotte.  I'm not sure.        11:33:33AM
19        Q.      What did he say about his --       11:33:38AM
20   what were his titles at various banks that      11:33:42AM
21   he worked at?                                   11:33:45AM
22        A.      I don't know.                       11:33:45AM
23        Q.      You didn't ask him?                 11:33:46AM
24        A.      No.                                 11:33:47AM
25        Q.      So he could have been a teller?    11:33:48AM
```

Page 107

```
 1                   HECHT
 2   opining on?                        12:00:31PM
 3      A.       That's correct.        12:00:32PM
 4      Q.       That's your testimony? 12:00:32PM
 5      A.       That's correct.        12:00:33PM
 6      Q.       The bottom of page 3, you also  12:00:43PM
 7   give an opinion regarding the general  12:00:57PM
 8   partnership interests of Yao and Day Hill  12:01:05PM
 9   Partners and One Summit, correct?  12:01:08PM
10      A.       Correct.               12:01:12PM
11      Q.       Are you giving a fair market  12:01:13PM
12   value of Mr. Yao's interests in those  12:01:16PM
13   partnerships?                      12:01:20PM
14      A.       No.                    12:01:20PM
15      Q.       Are you making any appraisal of 12:01:21PM
16   his interest in those partnerships?  12:01:23PM
17      A.       No.                    12:01:25PM
18      Q.       The only thing you are doing is 12:01:26PM
19   taking the Houck report, the appraisals on  12:01:28PM
20   the Houck report, and as we will go  12:01:34PM
21   through later, adding in some assets that  12:01:36PM
22   were on the tax returns, correct?  12:01:38PM
23      A.       No.  The Houck appraisal  12:01:42PM
24   appraised the real estate.  There were  12:01:48PM
25   assets in the partnership and there were  12:01:53PM
```

```
1                    HECHT

2   liabilities in the partnership.  There was    12:01:56PM

3   a book value of the real estate on the tax    12:02:02PM

4   return of the partnership, which is the        12:02:04PM

5   document that I used.                          12:02:06PM

6            I substituted Houck's appraised       12:02:08PM

7   value for the real estate into the balance     12:02:12PM

8   sheet of the partnership as of the             12:02:17PM

9   appropriate date and did an arithmetic         12:02:22PM

10  calculation of his one-third interest          12:02:27PM

11  through his general partner.                   12:02:30PM

12     Q.      So you weren't making any           12:02:31PM

13  appraisal of what the fair market value of     12:02:33PM

14  his interest was, correct?                     12:02:35PM

15     A.      That's correct.                     12:02:37PM

16     Q.      And you are not qualified to do     12:02:37PM

17  that, that's also correct?                     12:02:40PM

18            MR. DWYER:  I object to the          12:02:42PM

19  form.                                          12:02:43PM

20     A.      I'm not an appraiser.               12:02:43PM

21     Q.      You are not an appraiser, okay.     12:02:44PM

22  And that's true with respect to both Day       12:02:46PM

23  Hill and also One Summit?                      12:02:48PM

24     A.      Yes.                                12:02:52PM

25     Q.      Now, I want to ask you a            12:02:54PM
```