```
 1             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
 2                       - - -
    MBIA INSURANCE            :
 3  CORPORATION AND WELLS     :
    FARGO BANK, N.A. (f/k/a    :
 4  WELLS FARGO BANK          :
    MINNESOTA N.A.) AS        :
 5  TRUSTEE OF SFC GRANTOR    :
    TRUST, SERIES 2000-1, SFC :
 6  GRANTOR TRUST, SERIES     :
    2000-2, SFC GRANTOR       :
 7  TRUST, SERIES 2000-3, SFC :
    GRANTOR TRUST, SERIES     :
 8  2000-4, SFC GRANTOR       :
    TRUST, SERIES 2001-1, SFC :
 9  GRANTOR TRUST, SERIES     :
    2001-2, SFC OWNER TRUST   :
10  2001-I, AND SFC GRANTOR   :
    TRUST, SERIES 2001-3,     :
11    Plaintiffs/Counterclaim :
                 Defendants,  :
12                            :
                 vs.          :
13                            :
    ROYAL INDEMNITY COMPANY,  :
14    Defendant/Counterclaim  :C.A. NO.
                 Plaintiff.   :02-1294-JJF
15  ----------------------------------------------
    ROYAL INDEMNITY COMPANY,  :
16    Third-Party Plaintiff,  :
                              :
17               vs.          :
                              :
18  ANDREW N. YAO, STUDENT    :
    LOAN SERVICING LLC,       :
19  STUDENT LOAN ACCEPTANCE II:
    LLC, STUDENT LOAN         :
20  ACCEPTANCE III LLC,       :
    STUDENT LOAN ACCEPTANCE   :
21  III LLC, STUDENT          :
    LOAN ACCEPTANCE V LLC,    :
22  STUDENT LOAN ACCEPTANCE   :
    VIII LLC, STUDENT LOAN    :
23  ACCEPTANCE IX LLC, SFC    : TRACK(II)WITNESS:
    FINANCIAL LLC I, SFC      : DENNIS LAFFERTY
24  FINANCIAL LLC II, SFC     : VOLUME I
    FINANCIAL LLC VI, SFC     :
    FINANCIAL LLC VII,        : DATE:
25    Third-Party Defendants.: OCTOBER 11th, 2006
```

Page 7

1          VIDEO OPERATOR:  We're on the    10:09:16

2     record.  This is a videotaped deposition for

3     the United States District Court for the

4     District of Delaware.  My name is Dennis

5     Solares, I'm the videotape operator.  I'm     10:21:16

6     employed by Veritext New York.  The court

7     report is David Walsh.

8               The caption for today's case

9     is as follows:  It's a multi caption case.

10    The first caption being MBIA Insurance      10:21:26

11    Corporation, et al versus Royal Indemnity

12    Insurance Company.  The case number is 021294

13    (JJF).  All other captions will be reflected

14    on the stenographic record.

15              The videotape deposition is       10:21:41

16    taking place at 1600 Market Street,

17    Philadelphia, Pennsylvania.  All counsel will

18    be reflected on the stenographic record.  The

19    deponent for today is Dennis Lafferty.

20    Today's date is October 11th, 2006.  The     10:21:51

21    current time is 10:21 a.m.

22              The court reporter, please

23    swear in the witness.

24                  -   -   -

25              DENNIS LAFFERTY, having been      10:21:58

Page 8

```
 1    duly sworn, was examined and testified as        10:21:58
 2    follows:
 3                        -  -  -
 4                      EXAMINATION
 5                        -  -  -                       10:21:58
 6    BY MS. ALLE-MURPHY:
 7    Q.      Good morning.  My name is Linda
 8    Alle-Murphy from the Law Firm of Schnader
 9    Harrison Segal and Lewis.  We represent Pepper
10    Hamilton and Rod Gagne in this litigation.        10:22:18
11    I'm going to ask you some questions.
12           Could you please state your name, your
13    full name, for the record.
14    A.      Dennis Ray Lafferty.
15    Q.      And your address?                          10:22:29
16    A.      7348 Barham Hollow Drive, Wake Forrest,
17    North Carolina.
18    Q.      Have you ever been deposed before?
19    A.      I have.
20    Q.      And on what occasion was that?             10:22:40
21    A.      By that you mean?
22    Q.      In what matter were you deposed.
23    A.      I had worked for Novell and Novell was
24    involved in a lawsuit.
25    Q.      And what was the lawsuit about?            10:22:57
```

Page 14

1    we're going off at 10:28.                    10:28:53

2                    We are back on the record,

3    the time is 10:29.

4                    THE WITNESS:   Can you repeat

5    your last question.                          10:29:46

6    BY MS. ALLE-MURPHY:

7    Q.    Where did you work after you left

8    Fountain Technologies?

9    A.    Student Marketing Services.

10   Q.    When did you begin your work at Student   10:29:53

11   Marketing Services?

12   A.    That would have been roughly August of

13   2001.

14                    (Whereupon, the court

15   reporter marked Exhibit 278 (II) for          10:30:03

16   identification.)

17   BY MS. ALLE-MURPHY:

18   Q.    I'm going to mark exhibit -- are we up

19   to 278.  This is an e-mail dated July 30th,

20   2001 from Donna Rudnitsky to all managers with   10:30:49

21   an attached memo from Perry Turnbull regarding

22   Dennis Lafferty.

23        The first paragraph says, "on Monday,

24   July 30th, 2001, Dennis Lafferty is joining

25   Student Marketing Services in the capacity of   10:31:06

1    director of Student Services."                    10:31:08

2         Did I read that correctly?

3    A.    Yes.

4    Q.    Does this confirm or refresh your

5    recollection as to the date that you began        10:31:15

6    work at Student Marketing Services?

7    A.    That confirms.  As I said, roughly

8    August 2001.

9    Q.    Look at the second paragraph please.  It

10   says, "in his role, Dennis will be responsible     10:31:29

11   for developing and implementing several new

12   marketing initiatives including the STAR

13   program, as well as providing leadership and

14   support to the Student Services Department."

15        Did I read that correctly?                    10:31:43

16   A.    Yes.

17   Q.    What was the STAR program?

18   A.    I don't recall with any specific

19   knowledge what the STAR program entailed.

20   We -- as soon as I got there we -- things          10:31:57

21   were -- how would I say it?  There was -- I

22   wouldn't say there was confusion.  There

23   really wasn't that.  There was more -- it was

24   a period where they were trying to develop new

25   programs and so forth.                             10:32:16

Page 37

```
 1    when I say SFC, I also mean SMS and the          11:31:14
 2    successor organization ELS, who is responsible
 3    for running the day-to-day operations of SFC?
 4    A.     Who is responsible for running the
 5    day-to-day operations, Perry Turnbull.          11:31:32
 6    Q.     Was Rod Gagne responsible for running
 7    the day-to-day operations of SFC?
 8    A.     Not that I'm aware of.  I have no direct
 9    knowledge of anything that he has done within
10    SFC.                                             11:31:47
11    Q.     Based on your experience with the SFC
12    entities, who is responsible for making the
13    business decisions at SFC?
14    A.     It would -- please define business
15    decisions.                                       11:32:03
16    Q.     Decisions pertaining to the strategic
17    direction of the company?
18    A.     Perry Turnbull, Andrew Yao.
19    Q.     Based on your experience with SFC, who
20    is responsible for setting the interest rates   11:32:18
21    on student loans?
22    A.     I don't know.
23    Q.     Based on your experience with SFC, who
24    decided on the interest rates paid to
25    investors?                                       11:32:32
```