Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF DELAWARE
 2
                              - - -
 3
    MBIA INSURANCE                :
 4   CORPORATION AND WELLS        :
    FARGO BANK, N.A. (f/k/a       :
 5   WELLS FARGO BANK             :
    MINNESOTA N.A.) AS            :
 6   TRUSTEE OF SFC GRANTOR       :
    TRUST, et al.,                :
 7                                :
    Plaintiffs/Counterclaim       :
 8        Defendants,             :
                                  :
 9            vs.                 :
                                  :
10   ROYAL INDEMNITY COMPANY,     :
    et al.,                       :
11                                : CIVIL ACTION NO.
    Defendant/Counterclaim        : 02-1294-JJF
12        Plaintiff.
                              - - -
13

14            Videotaped Track (I) deposition of
15   DEBORAH PIKE, taken pursuant to notice, at the
16   Law Offices of Morris, Nichols, Arsht &
17   Tunnell, LLP., 1201 North Market Street,
18   Wilmington, Delaware  19899, on Wednesday,
19   August 30th, 2006, beginning at approximately
20   11:12 a.m., before David Walsh, Registered
21   Professional Reporter and Notary Public, and
22   Robert Higham, Videotape Operator, there being
23   present:

24                            - - -
25
```

| | | |
|---|---|---|
| 1 | VIDEO OPERATOR: We're on the | |
| 2 | record. This is a videotaped deposition for | |
| 3 | the United States District Court for the | |
| 4 | District Of Delaware. My Name is Robert | |
| 5 | Higham. I'm the videotape operator. I'm | 11:11:56 |
| 6 | employed by Veritext New York Reporting | |
| 7 | Services. The court reporter is David Walsh. | |
| 8 | The caption for today's case | |
| 9 | is as follows: MBIA Insurance Corporation, | |
| 10 | et al versus Royal Indemnity Corp Company, et | 11:12:10 |
| 11 | al, case number 02-1294-JJF. This deposition | |
| 12 | is being taken at the Law Offices at 1201 | |
| 13 | North Market Street, Wilmington, Delaware. | |
| 14 | All counsel will be reflected | |
| 15 | on the stenographic record. The deponent for | 11:12:28 |
| 16 | today is Deborah Pike. Today's date is | |
| 17 | August 30th, 2006. The camera time is 11:12. | |
| 18 | The reporter will now swear in the witness. | |
| 19 | - - - | |
| 20 | DEBORAH PIKE, having been | 11:12:39 |
| 21 | duly sworn, was examined and testified as | |
| 22 | follows: | |
| 23 | - - - | |
| 24 | EXAMINATION | |
| 25 | - - - | 11:12:39 |

```
 1   conducting business.                            11:23:43
 2   Q.    All right.  Do you remember what type of
 3   regulatory documents those were?
 4   A.    Yeah.  The certificate of authority and
 5   collection licenses and lending licenses.       11:23:55
 6   Q.    All right.  Do you remember the name of
 7   the paralegal?
 8   A.    Darcy Hamill or Darcy Love I guess was
 9   her -- Darcy Lee.
10   Q.    Now, did your title at SFC change during  11:24:14
11   the period that you worked there?
12   A.    Yes.  I don't -- executive
13   administrative something or other.
14   Q.    All right.  Do you remember
15   approximately when that was?                    11:24:31
16   A.    A year later.
17   Q.    All right.  Did your job duties change
18   in relation to that?
19   A.    No.
20   Q.    And did your title then subsequently      11:24:40
21   change?
22   A.    Yes.
23   Q.    Okay.
24   A.    To compliance manager/administrative
25   manager.                                        11:24:50
```

```
 1   the corporate structure or I'm sorry, I forget        11:30:40
 2   the term you used.
 3   A.    The organizational chart.
 4   Q.    The organizational chart for SLS?
 5   A.    That would have been Andrew as the CEO,         11:30:47
 6   Gary as the president, Frank Martinez would
 7   have been a vice-president, Diane Messick
 8   would have been, again, on that org chart as
 9   whatever her title was.  She dealt with the
10   finances.  And then underneath those people           11:31:11
11   were their managers.
12   Q.    All right.  And how about for SMS?
13   A.    Again, Andrew was the CEO.  Perry
14   Turnbull was the president and then the same
15   people would have been like Diane Messick and         11:31:28
16   I don't remember who else would have been
17   under that org chart.
18   Q.    Okay.  Talking about SFC?
19   A.    Um-hmm.
20   Q.    Who was responsible for the day-to-day          11:31:51
21   operations of SFC?
22   A.    Gary Hawthorne.
23   Q.    And who had the ultimate, you know,
24   decision making authority at SFC?
25   A.    I believe Gary Hawthorne.                       11:32:04
```

| | | | |
|---|---|---|---|
| 1 | Q. | How about at SLS, who -- | 11:32:08 |
| 2 | A. | Perry Turnbull. | |
| 3 | Q. | Let me break that down so the question | |
| 4 | | is clear. Who was responsible for the | |
| 5 | | day-to-day operations at SLS? | 11:32:14 |
| 6 | A. | Oh, Gary Hawthorne. | |
| 7 | Q. | All right. And who was responsible for | |
| 8 | | the ultimate decision making authority at SLS? | |
| 9 | A. | Oh, SLS? Gary Hawthorne and then SMS | |
| 10 | | was Perry Turnbull. | 11:32:29 |
| 11 | Q. | So, SMS Perry -- let me just ask the | |
| 12 | | question so we have it clear on the record. | |
| 13 | | At SMS, who was responsible for the day-to-day | |
| 14 | | operations? | |
| 15 | A. | Perry Turnbull. | 11:32:40 |
| 16 | Q. | All right. And did Perry Turnbull also | |
| 17 | | have the ultimate decision making authority at | |
| 18 | | SMS? | |
| 19 | A. | At SMS, yes. | |
| 20 | Q. | Okay. I'd like to talk a bit about | 11:32:50 |
| 21 | | Andrew Yao. | |
| 22 | A. | Um-hmm. | |
| 23 | Q. | You gave me his title, but what were his | |
| 24 | | day-to-day business at SFC? | |
| 25 | A. | I couldn't answer that question, I don't | 11:33:11 |

Page 46

| | | |
|---|---|---|
| 1 | A.    Yes.  The books that Maria had were the | 12:02:37 |
| 2 | corporate binders that -- the minutes that I | |
| 3 | took were executive committee minutes, not | |
| 4 | corporate minutes.  Maria did the board | |
| 5 | resolutions, et cetera.  Any resolutions Maria | 12:02:59 |
| 6 | did.  I just did a committee meeting.  That | |
| 7 | was the difference. | |
| 8 | Q.    And did Pepper Hamilton maintain the | |
| 9 | committee minutes that you took or was that | |
| 10 | maintained in-house? | 12:03:14 |
| 11 | A.    They were in-house.  I do not believe I | |
| 12 | ever sent Rod any or Maria any executive | |
| 13 | committee meeting. | |
| 14 | Q.    That would be the same for anybody at | |
| 15 | Pepper? | 12:03:28 |
| 16 | A.    Correct. | |
| 17 | Q.    Did Maria DeCarlo have any control over | |
| 18 | the day-to-day operations of SFC? | |
| 19 | A.    No. | |
| 20 | Q.    Did Maria DeCarlo have any control over | 12:03:43 |
| 21 | SFC's business decisions? | |
| 22 | A.    No. | |
| 23 | Q.    Was Maria DeCarlo in anyway part of the | |
| 24 | corporate -- once again, I'm forgetting the | |
| 25 | word that you used, the corporate structure? | 12:03:59 |

| | | |
|---|---|---|
| 1 | A. Yes, that's right. | 12:05:58 |
| 2 | Q. Did either Sheilah Gibson or Shari | |
| 3 | Richardson or Joanne Fungaroli have any | |
| 4 | control over the day-to-day operations of SFC? | |
| 5 | A. No. | 12:06:12 |
| 6 | MR. PFAEHLER: Objection. | |
| 7 | BY MR. SHAPIRO: | |
| 8 | Q. Just please wait until I finish the | |
| 9 | question. Did either Sheilah Gibson, Shari | |
| 10 | Richardson or Joanne Fungaroli have any | 12:06:16 |
| 11 | control or SFC's business decisions? | |
| 12 | MR. PFAEHLER: Objection. | |
| 13 | THE WITNESS: No. | |
| 14 | BY MR. SHAPIRO: | |
| 15 | Q. What was Rod Gagne's role with respect | 12:06:30 |
| 16 | to SFC? | |
| 17 | A. To provide legal advice to SFC. | |
| 18 | Q. On any particular topics? | |
| 19 | A. I don't know. | |
| 20 | Q. I think you previously said you had | 12:06:48 |
| 21 | limited contacts with Rod? | |
| 22 | A. Correct. | |
| 23 | Q. Can you quantify that, do you remember | |
| 24 | how many times you were in contact with him? | |
| 25 | A. I don't think more than a half a dozen | 12:06:58 |

Page 50

```
1    to a dozen times over the whole duration of my    12:07:02
2    employment with SFC.
3    Q.    All right.  Do you remember what the
4    subject matter of those contacts were?
5    A.    I probably would have called him and      12:07:15
6    asked him where the documents were.  We were
7    closing by 4:00 o'clock, where are they?  Did
8    you get the documents?  Where is a document?
9    Other than that, I wouldn't have asked him
10   anything or had any reason to talk to him.      12:07:34
11   Q.    Did you ever meet him in person?
12   A.    One time I believe.
13   Q.    Once.  Did you ever -- do you remember
14   where that was?
15   A.    Yeah, at the SFC office.  I believe he    12:07:46
16   came down once.
17   Q.    You don't remember seeing him at the SFC
18   office anytime other than that one occasion?
19   A.    No.
20   Q.    Do you have any reason to believe that    12:08:02
21   Rod came to SFC's office in Delaware on any
22   occasion other than that one time that you saw
23   him?
24              MR. PFAEHLER:  Objection.
25              THE WITNESS:  I have no idea.        12:08:12
```

1  Q.    And do you remember conversations with         12:09:31
2  anyone else at SFC other than Diane Messick
3  about Rod Gagne?
4  A.    No.
5  Q.    Did Rod Gagne or anyone from Pepper           12:09:42
6  Hamilton run SFC?
7              MR. PFAEHLER:  Objection.
8              THE WITNESS:  Not to my
9  knowledge.
10 BY MR. SHAPIRO:                                     12:09:51
11 Q.    Did Rod Gagne or anyone from Pepper
12 Hamilton play any role in evaluating your
13 performance as an SFC employee?
14 A.    No.
15 Q.    Did Rod Gagne or anyone from Pepper play     12:09:59
16 any role in setting your salary?
17 A.    No.
18 Q.    Did Rod Gagne or anyone from Pepper play
19 any role in setting the salaries of other SFC
20 employees?                                          12:10:09
21             MR. PFAEHLER:  Objection.
22             THE WITNESS:  I don't believe
23 so.
24 BY MR. SHAPIRO:
25 Q.    Okay.  Did Rod Gagne or anyone from          12:10:18

Page 53

```
 1  Pepper tell you how to do your job?              12:10:20
 2  A.    No.
 3  Q.    Did Rod Gagne or anyone from Pepper play
 4  any role in setting the hours that you worked
 5  at SFC?                                          12:10:27
 6              MR. PFAEHLER:  Objection.
 7              THE WITNESS:  No.
 8  BY MR. SHAPIRO:
 9  Q.    Did Rod Gagne or anyone from Pepper
10  Hamilton play any role in setting the hours      12:10:32
11  worked by any other SFC employees?
12              MR. PFAEHLER:  Objection.
13              THE WITNESS:  Not that I'm
14  aware of.
15  BY MR. SHAPIRO:                                  12:10:41
16  Q.    Did Rod Gagne or anyone from Pepper play
17  any role in setting SFC's employment
18  guidelines?
19  A.    Not that I'm aware of.
20              MR. PFAEHLER:  Objection.            12:10:49
21  BY MR. SHAPIRO:
22  Q.    Setting aside Rod Gagne because we
23  already talked about him, did anyone else from
24  Pepper Hamilton come to SFC's offices on a
25  regular basis?                                   12:10:58
```

Page 54

| | | |
|---|---|---|
| 1 | MR. PFAEHLER: Objection. | 12:11:00 |
| 2 | THE WITNESS: No. | |
| 3 | BY MR. SHAPIRO: | |
| 4 | Q. Did Rod Gagne or anyone from Pepper | |
| 5 | Hamilton play any role in the SFC's personnel | 12:11:10 |
| 6 | decisions, such as hiring or firing? | |
| 7 | MR. PFAEHLER: Objection. | |
| 8 | THE WITNESS: No. | |
| 9 | BY MR. SHAPIRO: | |
| 10 | Q. Did Rod Gagne or anyone from Pepper | 12:11:19 |
| 11 | Hamilton play any role in deciding what | |
| 12 | student loans should be purchased? | |
| 13 | A. I have no idea. | |
| 14 | MR. PFAEHLER: Objection. | |
| 15 | BY MR. SHAPIRO: | 12:11:30 |
| 16 | Q. Did Rod Gagne or anyone from Pepper | |
| 17 | Hamilton play any role in soliciting business | |
| 18 | from trucking schools? | |
| 19 | MR. PFAEHLER: Objection. | |
| 20 | THE WITNESS: I don't believe | 12:11:38 |
| 21 | so. | |
| 22 | BY MR. SHAPIRO: | |
| 23 | Q. Did Rod Gagne or anyone from Pepper | |
| 24 | Hamilton play any role in servicing the | |
| 25 | student loans? | 12:11:45 |

Page 55

```
 1   A.    No.                                          12:11:46
 2              MR. PFAEHLER:  Objection.
 3   BY MR. SHAPIRO:
 4   Q.    Did Rod Gagne or anyone from Pepper
 5   Hamilton have any direct contact with the          12:11:50
 6   trucking schools?
 7              MR. PFAEHLER:  Objection.
 8              THE WITNESS:  I don't know.
 9   BY MR. SHAPIRO:
10   Q.    Did Rod Gagne or anyone from Pepper          12:11:59
11   Hamilton have any contact with the students
12   whose loans SFC purchased?
13              MR. PFAEHLER:  Objection.
14              THE WITNESS:  No.
15   BY MR. SHAPIRO:                                    12:12:08
16   Q.    Did Rod Gagne or anyone from Pepper
17   Hamilton have any control over shareholder
18   distributions at SFC?
19              MR. PFAEHLER:  Objection.
20              THE WITNESS:  No.  I'm sorry,           12:12:20
21   could you repeat the question?
22              MR. SHAPIRO:  We can just
23   have the court reporter read it back.
24              (Whereupon, the court reporter
25   read back the last question.)                     12:12:27
```

Page 56

| | | |
|---|---|---|
| 1 | THE WITNESS: No. | 12:12:36 |
| 2 | MR. PFAEHLER: Objection. | |
| 3 | BY MR. SHAPIRO: | |
| 4 | Q. Did Rod Gagne or anyone from Pepper | |
| 5 | Hamilton have any say in purchasing office | 12:12:42 |
| 6 | supplies or office equipment? | |
| 7 | A. No. | |
| 8 | MR. PFAEHLER: Objection. | |
| 9 | BY MR. SHAPIRO: | |
| 10 | Q. Did Rod Gagne or anyone from Pepper | 12:12:50 |
| 11 | Hamilton ever direct you to transfer any | |
| 12 | funds? | |
| 13 | MS. BAUER: Object to the | |
| 14 | form. | |
| 15 | THE WITNESS: No. | 12:12:58 |
| 16 | BY MR. SHAPIRO: | |
| 17 | Q. Did Rod Gagne -- did SFC have a Finance | |
| 18 | Committee? | |
| 19 | A. Yes. | |
| 20 | Q. All right. Did Rod Gagne or anyone from | 12:13:07 |
| 21 | Pepper Hamilton ever attend any meetings of | |
| 22 | the Finance Committee? | |
| 23 | MR. PFAEHLER: Objection. | |
| 24 | THE WITNESS: I don't know. | |
| 25 | BY MR. SHAPIRO: | 12:13:20 |

```
 1   Q.    Do you know if Rod Gagne or anyone from        12:13:21
 2   Pepper Hamilton were sent copies of Finance
 3   Committee reports?
 4              MR. PFAEHLER:  Objection.
 5              THE WITNESS:  I don't know.              12:13:29
 6   BY MR. SHAPIRO:
 7   Q.    Did SFC have a Credit Committee?
 8   A.    Yes.
 9   Q.    Do you know if Rod Gagne or anyone from
10   Pepper Hamilton ever attended meetings of the       12:13:37
11   Credit Committee?
12              MR. PFAEHLER:  Objection.
13              THE WITNESS:  I don't believe
14   they did.
15   BY MR. SHAPIRO:                                     12:13:43
16   Q.    Do you know if the Credit Committee made
17   reports, written reports?
18   A.    Yes, they did.
19   Q.    Do you know if Rod Gagne or anyone from
20   Pepper Hamilton was sent copies of those            12:13:57
21   Credit Committee reports?
22              MR. PFAEHLER:  Objection.
23              THE WITNESS:  Not to my
24   knowledge they weren't.
25   BY MR. SHAPIRO:                                     12:14:03
```

Page 58

| | | |
|---|---|---|
| 1 | Q.    Does the phrase servicer reports mean | 12:14:05 |
| 2 | anything to you? | |
| 3 | A.    Yes. | |
| 4 | Q.    What do you know about them? | |
| 5 | A.    I believe it shows the loans that are | 12:14:14 |
| 6 | being collected on and their status, whether | |
| 7 | they're 30 day, 60 day, 90 day delinquent. | |
| 8 | Q.    Okay.  Did Rod Gagne or anyone from | |
| 9 | Pepper Hamilton receive copies of those | |
| 10 | servicer reports? | 12:14:37 |
| 11 | A.    I don't know. | |
| 12 | MR. PFAEHLER:  Objection. | |
| 13 | BY MR. SHAPIRO: | |
| 14 | Q.    Did Rod Gagne or anyone from Pepper | |
| 15 | Hamilton play any role in preparing or | 12:14:46 |
| 16 | reviewing SFC's financial statements? | |
| 17 | MR. PFAEHLER:  Objection. | |
| 18 | BY MR. SHAPIRO: | |
| 19 | Q.    You know what, actually I withdraw the | |
| 20 | question.  Did Rod Gagne or anyone from Pepper | 12:14:53 |
| 21 | Hamilton play any role in preparing SFC's | |
| 22 | financial statements? | |
| 23 | MR. PFAEHLER:  Objection. | |
| 24 | THE WITNESS:  No. | |
| 25 | BY MR. SHAPIRO: | 12:15:02 |

Page 59

1  Q.    Do you know whether SFC ever transferred    12:15:06
2  any funds to SLS?
3              MS. BAUER:  Object to the
4  form.
5              MR. PFAEHLER:  Objection.            12:15:16
6              THE WITNESS:  I believe so.
7  BY MR. SHAPIRO:
8  Q.    Do you know if Rod Gagne or anyone from
9  Pepper Hamilton had any role in those
10 transfers?                                        12:15:21
11             MR. PFAEHLER:  Objection.
12             THE WITNESS:  No, I don't
13 believe he ever did.
14 BY MR. SHAPIRO:
15 Q.    Do you know if SFC ever transferred         12:15:26
16 funds to SMS?
17 A.    I believe they did.
18 Q.    And do you know if Rod Gagne or anyone
19 from Pepper Hamilton had any role in
20 transferring funds from SFC to SMS?               12:15:37
21             MR. PFAEHLER:  Objection.
22             THE WITNESS:  No, he would
23 not.
24 BY MR. SHAPIRO:
25 Q.    Do you know if Rod Gagne or anyone from    12:15:56

Page 60

```
 1   Pepper Hamilton was in anyway involved with          12:15:58
 2   SFC's student payment processing?
 3               MR. PFAEHLER:  Objection.
 4               MS. BAUER:  Object to the
 5   form.                                                12:16:09
 6               THE WITNESS:  No.
 7   BY MR. SHAPIRO:
 8   Q.    Did Rod Gagne or anyone from Pepper
 9   Hamilton have any access to SFC's computer
10   systems?                                             12:16:19
11               MR. PFAEHLER:  Objection.
12               THE WITNESS:  No, no, he
13   didn't.
14   BY MR. SHAPIRO:
15   Q.    Did Rod Gagne or anyone from Pepper            12:16:27
16   Hamilton play any role in developing SFC's
17   underwriting guidelines for student loans?
18               MR. PFAEHLER:  Objection.
19               THE WITNESS:  I don't think
20   he did.                                              12:16:38
21   BY MR. SHAPIRO:
22   Q.    Did Rod Gagne or anyone from Pepper
23   Hamilton play any role in developing SFC's
24   credit policy?
25               MR. PFAEHLER:  Objection.                12:16:46
```

Page 61

1          THE WITNESS:  I don't believe                    12:16:46
2  so, but that's not to say it might not have
3  been submitted to him for his opinion.
4  BY MR. SHAPIRO:
5  Q.    All right.  You just don't know?                   12:16:57
6  A.    I don't know.
7          MR. PFAEHLER:  Objection.
8  BY MR. SHAPIRO:
9  Q.    Does the word forbearance or forbearance
10 payments mean anything to you?                           12:17:06
11 A.    Yes.
12 Q.    All right.  What do you know about them
13 with respect to SFC?
14 A.    That when the first payment in SFC's
15 case was not made in a timely manner, that the           12:17:17
16 money that was in reserve could be taken and
17 make the payments so that the loan would be
18 kept up-to-date or the school could make the
19 payment.  It's somebody making a payment on
20 the loan when the person that has a loan                 12:17:38
21 hasn't made the payment.
22 Q.    Do you know whether Rod Gagne or anyone
23 from Pepper Hamilton were aware of that
24 process you just described?
25         MR. PFAEHLER:  Objection.                        12:18:03