```
 1        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE
 2
    MBIA INSURANCE CORPORATION   :
 3  and WELLS FARGO BANK,        :
    N.A. (f/k/a WELLS FARGO      :
 4  BANK MINNESOTA N.A.) as      :
    TRUSTEE OF SFC GRANTOR       :
 5  TRUST, SERIES 2000-1, SFC    :
    GRANTOR TRUST, SERIES        :
 6  2000-2, SFC GRANTOR TRUST,   : C.A. No.
    SERIES 2000-3, SFC GRANTOR   : 02-1294-JJF
 7  TRUST, SERIES 2000-4, SFC    :
    GRANTOR TRUST, SERIES 2001-1,: DEPOSITION OF:
 8  SFC GRANTOR TRUST, SERIES    :
    2001-2, SFC OWNER TRUST      : STEPHANIE SCOLA
 9  2001-I, AND SFC GRANTOR      :
    TRUST, SERIES 2001-3,        : TRACK (I)
10       Plaintiffs/Counterclaim :
            Defendants,          :
11                               :
                 v.              :
12                               :
    ROYAL INDEMNITY COMPANY,     :
13       Defendant/Counterclaim  :
            Plaintiff.           :
14  _____
    ROYAL INDEMNITY COMPANY,
15       Third-Party Plaintiff,
16  vs.
17  ANDREW N. YAO, STUDENT LOAN SERVICING LLC,
    STUDENT LOAN ACCEPTANCE II LLC, STUDENT LOAN
18  ACCEPTANCE III LLC, STUDENT LOAN ACCEPTANCE
    III LLC, STUDENT LOAN ACCEPTANCE V LLC,
19  STUDENT LOAN ACCEPTANCE VIII LLC, STUDENT LOAN
    ACCEPTANCE IX LLC, SFC FINANCIAL LLC I, SFC
20  FINANCIAL LLC II, SFC FINANCIAL LLC VI, SFC
    FINANCIAL LLC VII,
21       Third-Party Defendants.
22  _____
    ROYAL INDEMNITY COMPANY,
        Counter-Claimant,
23
    vs.
24
    MBIA BANK and WELLS FARGO BANK MINNESOTA,
    N.A.,
        Counter-Defendants.
25
```

1                       THE VIDEO TAPE OPERATOR:

2    We're on the record.  This is a video tape

3    deposition for the United States District

4    Court for the District of Delaware.

5                   My name is Robert Higham.

6    I am the video tape operator.  I am employed

7    with Veritext New York.

8                   The court reporter is

9    Jeanne Christian.

10                The caption for today's

11    case is as follows:  MBIA Insurance

12    Corporation, et al, versus Royal Indemnity

13    Corporation; Civil Action Number 02-1294-JJF.

14    There are several captions involved in this.

15    The other civil action numbers are CA 04-1551,

16    05-72, 05-165.  The captions will be on

17    stenographic record, as well as appearance of

18    all counsel present.

19                The deponent today is

20    Stephanie Scola.  Today's date is September

21    11, 2006.  The camera time is 10:24.

22               The reporter will now swear

23    in the witness.

24                   - - -

25             STEPHANIE SCOLA, after

1    having been first duly sworn, was examined and

2    testified as follows:

3                          -  -  -

4                       EXAMINATION

5                          -  -  -

6    BY MR. SHAPIRO:

7    Q.    Ms. Scola, good morning.

8    A.    Good morning.

9    Q.    My name is Steve Shapiro.  We met off

10   the record.  For the record, I am an attorney

11   with the Schnader Harrison Law Firm out of

12   Philadelphia, and we represent the Defendants

13   in this matter, Pepper Hamilton and Rod

14   Gagne.

15                       Have you ever been deposed

16   before?

17   A.    No.

18   Q.    I just want to go over a couple of

19   general ground rules about the deposition.

20                       What will happen today is,

21   I will be asking you questions, and you will

22   be giving me answers.  In order to make it

23   clearer on the record, the court reporter will

24   be there taking down all the questions and

25   answers, and in order to make it clearer, we

Page 16

1    Q.    And you say that's here in Delaware,

2    Wilmington?

3    A.    Yes.

4    Q.    Let's move back to your time at SFC.

5               Can you tell me what your

6    title was when you started at SFC?

7    A.    Manager of capital markets, I believe.

8    Q.    And did you keep that title for the

9    entire time you worked there?

10   A.    Yeah.

11   Q.    And what were your duties in that

12   position?

13   A.    To prepare loan portfolios for sale to

14   investors through the capital markets.

15   Q.    And did those job duties change over the

16   time you were at SFC or stayed the same?

17   A.    No, they were pretty much consistent

18   throughout my time there.

19   Q.    Who was your direct supervisor at SFC?

20   A.    Diane Messick.

21   Q.    And would you say you worked most

22   closely with her?  With whom did you work most

23   closely at SFC?

24   A.    Yeah, but -- yes, I worked most closely

25   with Diane.  Not only with Diane, but most

1  Q.    Do you know what accounts SFC had at

2  PNC?  Hold on, wait.  I withdraw that

3  question.

4                    Do you know whether or not

5  SFC had accounts at PNC Bank?

6  A.    Yes.

7  Q.    What types of accounts?

8  A.    I think the loan payments came into PNC

9  Bank.  Yes PNC had a lock box, so the loan

10  payments came into PNC Bank.

11  Q.    Does the name Darcy Lee ring a bell?

12  A.    Vaguely.

13  Q.    But nothing specific?

14  A.    No.

15  Q.    What was Rod Gagne's role with respect

16  to SFC?

17                    MR. MEROUSE:  Objection.

18                    THE WITNESS:  Counsel.  He

19  was counsel for SFC.  I'm not sure he would

20  have called himself bond counsel, but he was

21  counsel for SFC.

22  BY MR. SHAPIRO:

23  Q.    He was one of SFC's lawyers?

24                    MR. MEROUSE:  Objection.

25                    THE WITNESS:  He was one of

Page 41

1    SFC's lawyers, yes.

2    BY MR. SHAPIRO:

3    Q.     Did you ever see Rod Gagne in SFC's

4    Delaware offices?

5    A.     I don't believe so.

6    Q.     Do you remember any conversations with

7    anyone at SFC about Rod Gagne?

8                     MR. MEROUSE:  Objection.

9                     THE WITNESS:  About any

10   specific topic?

11   BY MR. SHAPIRO:

12   Q.     Well, I mean, first of all, do you

13   remember any conversations?

14   A.     I'm sure that there were conversations

15   related to the transaction that we would have

16   been working on at the time.  You know, what

17   does Rob say, what does Rob need, what does --

18   you know, whatever it was involving the

19   transaction itself.  Outside of that, no.

20   Q.     And sitting here -- I'm sorry, go

21   ahead.

22   A.     No, as I recall, Rod's -- had a beach

23   home, and so maybe we talked about that, but

24   outside of that, no, I don't remember.

25   Q.     When you say maybe we talked about that,

1   do you remember who the we is?

2   A.    That would probably have been Rob

3   Schrof, Rob or Diane.

4   Q.    Do you know if Rod Gagne was part of the

5   management structure at SFC?

6   A.    It would be hard for me to tell, but it

7   didn't appear so.

8   Q.    Does the name Duncan Grant ring a bell?

9   A.    Un-huh.

10   Q.    How about Andrea Unterberger?

11   A.    No.

12   Q.    Tom Cole?

13   A.    No.

14   Q.    Jim Lawlor?

15   A.    No.

16   Q.    David Surbeck?

17   A.    That name sounds familiar, but I don't

18   know.  I don't remember where from.

19   Q.    Do you have any reason to believe that

20   Pepper Hamilton did anything wrong with

21   respect to SFC?

22                    MR. MEROUSE:  Objection.

23                    MS. KENNY:  Objection.

24                    THE WITNESS:  I'm not sure

25   I would know.

Page 47

```
 1    A.     (Witness complies.)  Okay.

 2    Q.     The first sentence here says, "Regarding

 3    asking Rod about the true sale, we see no need

 4    to do that.  He is not the attorney for this

 5    deal.  Rod is not the attorney who has to sign

 6    the true sale opinion."

 7                    Did I read that correctly?

 8    A.     Um-hum.

 9    Q.     First of all, who is the Rod to whom

10    Diane Messick is referring?

11    A.     That would have been Rod Gagne.

12    Q.     And did you understand this e-mail to be

13    a direction from Ms. Messick not to contact

14    Rod Gagne about this particular deal?

15    A.     Um-hum.

16    Q.     And did you follow Ms. Messick's

17    instruction?

18    A.     I certainly hope so.

19    Q.     You don't remember one way or another?

20    A.     Un-huh.

21    Q.     Do you remember other situations where

22    you were told not to contact Rod Gagne or

23    anyone from Pepper about certain matters?

24    A.     No, I don't.

25    Q.     Do you recall where the -- where Powell
```