```
                                                                    Page 1
 1              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF DELAWARE
 2

    MBIA INSURANCE CORPORATION and                  )
 3  WELLS FARGO BANK, N.A. (f/k/a WELLS             )
    FARGO BANK MINNESOTA N.A.) as                   )
 4  TRUSTEE OF SFC GRANTOR TRUST,                   )
    SERIES 2000-1, SFC GRANTOR TRUST,               )
 5  SERIES 2000-2, SFC GRANTOR TRUST,               )
    SERIES 2000-3, SFC GRANTOR TRUST,               ) C.A. No.
 6  SERIES 2000-4, SFC GRANTOR TRUST,               ) 02-1294-JJF
    SERIES 2001-1, SFC GRANTOR TRUST,               )
 7  SERIES 2001-2, SFC OWNER TRUST 2001-1,          )
    AND SFC GRANTOR TRUST, SERIES 2001-3,           )
 8                                                  )
         Plaintiffs/Counterclaim Defendants,        )
 9                                                  ) TRACK(I)WITNESS:
             vs.                                    ) DAVID R. ZULAUF
10                                                  )
    ROYAL INDEMNITY COMPANY,                        )
11                                                  ) DATE:
         Defendant/Counterclaim Plaintiff.          ) OCTOBER 20, 2006
12  ----------------------------------------------
    ROYAL INDEMNITY COMPANY,                        )
13                                                  )
         Third-Party Plaintiff,                     )
14                                                  )
             vs.                                    )
15                                                  )
    ANDREW N. YAO, STUDENT LOAN SERVICING LLC,      )
16  STUDENT LOAN ACCEPTANCE II LLC, STUDENT LOAN    )
    ACCEPTANCE III LLC, STUDENT LOAN ACCEPTANCE     )
17  III LLC, STUDENT LOAN ACCEPTANCE V LLC,         )
    STUDENT LOAN ACCEPTANCE VIII LLC, STUDENT       )
18  LOAN ACCEPTANCE IX LLC, SFC FINANCIAL LLC I,    )
    SFC FINANCIAL LLC II, SFC FINANCIAL LLC VI,     )
19  SFC FINANCIAL LLC VII,                          )
                                                    )
20       Third-Party Defendants.                    )
    ----------------------------------------------
21  ROYAL INDEMNITY COMPANY,                        )
                                                    )
22       Counter-Claimant,                          )
                                                    )
23           vs.                                    )
                                                    )
24  MBIA BANK and WELLS FARGO BANK MINNESOTA, N.A.,)
                                                    )
25       Counter-Defendants.                        )
```

Page 9

| | | |
|---|---|---|
| 1 | as lawyer for Pepper Hamilton. | 12:52:46 |
| 2 | MR. BUTLER: I'm Jason Butler on behalf of | 12:52:48 |
| 3 | McGladrey & Pullen and Michael Aquino. | 12:52:50 |
| 4 | MR. GIFFORD: Robert Gifford on behalf of | 12:52:52 |
| 5 | Royal Indemnity. | 12:52:55 |
| 6 | MR. ARZ: Roderick Arz on behalf of | 12:52:57 |
| 7 | McGladrey & Pullen and Michael Aquino. | 12:52:59 |
| 8 | MS. BAUER: Lisa Bauer on behalf of MBIA | 12:53:02 |
| 9 | and Wells Fargo as trustee. | 12:53:04 |
| 10 | VIDEOGRAPHER: And on the phone? | 12:53:08 |
| 11 | MR. EPSTEIN: Neil Epstein on behalf of Rod | 12:53:10 |
| 12 | Gagne in his role other than as an attorney, Pam | 12:53:15 |
| 13 | Gagne, Robert Bast, and some Family Trusts. | 12:53:18 |
| 14 | MS. GOODMAN: Lois Goodman on behalf of | 12:53:22 |
| 15 | Charles Stanziale, Bankruptcy Trustee. | 12:53:24 |
| 16 | VIDEOGRAPHER: Would the court reporter | 12:53:29 |
| 17 | please swear in the witness? | 12:53:30 |
| 18 | *   *   *   *   * | |
| 19 | DAVID R. ZULAUF, TRACK I, | |
| 20 | of lawful age, produced, sworn and examined, deposes | |
| 21 | and says: | |
| 22 | *   *   *   *   * | |
| 23 | MR. PELLETIER: I just want to make clear | 12:53:41 |
| 24 | for the videotape record that there are a number of | 12:53:42 |
| 25 | related cases here that weren't mentioned. I'm not | 12:53:44 |

(212) 490-3430

1   got a phone call from -- what's his name, the
2   president of Student Finance, Gary Hawthorne, about a
3   week before I started telling me that they are having
4   problems getting their credit insurance renewed, and
5   that it might be -- it might be, you know, risky or
6   the going concern of the company might -- it might be
7   more risky than what I had signed up for.
8       Q.   I think I forgot to ask you, what was your
9   position?  What position were you hired for at Student
10  Finance?
11      A.   Vice president of finance.
12      Q.   Gary Hawthorne called you a week before you
13  started and told you that they were losing their
14  credit insurance line and said that that could prove a
15  problem for the -- for SFC going forward; is that
16  correct?
17      A.   That's correct.
18      Q.   At that time did he tell you that Royal
19  Insurance Company was the credit insurance -- credit
20  risk insurance company?
21      A.   I don't believe he disclosed that.
22      Q.   Can you explain to me when you started at
23  SFC in April of 2002 what the hierarchy was of the
24  company?
25      A.   Gary Hawthorne was the president.  I'm not

Page 57

| | | |
|---|---|---|
| 1 | other than Diane Messick about this proposal? | 02:12:20 |
| 2 | A.   I can't say I did for sure, no. | 02:12:22 |
| 3 | Q.   Based on your experience with SFC, who was | 02:12:26 |
| 4 | primarily responsible for running the day-to-day | 02:12:49 |
| 5 | operations of the company? | 02:12:51 |
| 6 | A.   Prebankruptcy that would be Gary Hawthorne. | 02:12:52 |
| 7 | Q.   Postbankruptcy who would it be? | 02:12:59 |
| 8 | A.   Probably me.  I'm trying to recall.  I | 02:13:05 |
| 9 | think at some point Gary was taken off of the payroll. | 02:13:17 |
| 10 | Q.   Was Rod Gagne responsible for running the | 02:13:20 |
| 11 | day-to-day operations of SFC at any point? | 02:13:25 |
| 12 | A.   No. | 02:13:28 |
| 13 | Q.   Did anybody ever tell you that he was | 02:13:29 |
| 14 | responsible for running the day-to-day operations? | 02:13:31 |
| 15 | A.   No. | 02:13:33 |
| 16 | Q.   Based on your experience with SFC, who was | 02:13:33 |
| 17 | responsible for setting the interest rate on student | 02:13:38 |
| 18 | loans? | 02:13:43 |
| 19 | A.   I don't think that ever happened during my | 02:13:43 |
| 20 | tenure at Student Finance, so I can't say for sure. | 02:13:47 |
| 21 | Q.   To your knowledge, was Rod Gagne ever | 02:13:50 |
| 22 | responsible for setting interest rates on loans to | 02:13:55 |
| 23 | students? | 02:13:58 |
| 24 | A.   Couldn't say.  It was before my time. | 02:13:58 |
| 25 | Q.   Based on your experience with SFC, who | 02:14:00 |

| | | |
|---|---|---|
| 1 | decided on the interest rate paid to investors? | 02:14:08 |
| 2 | A. I don't know how that was determined. | 02:14:10 |
| 3 | Q. To your knowledge, did Rod Gagne ever have | 02:14:15 |
| 4 | any role in setting interest rates paid to investors? | 02:14:18 |
| 5 | A. Can't say. I wasn't there. | 02:14:21 |
| 6 | Q. Based on your experience with SFC, who | 02:14:22 |
| 7 | decided which schools SFC would purchase loans from? | 02:14:32 |
| 8 | A. By position I'd say Perry Turnbull with | 02:14:36 |
| 9 | Andrew Yao, but that didn't happen while I was there. | 02:14:46 |
| 10 | Q. To your knowledge, did Rod Gagne ever | 02:14:50 |
| 11 | decide which schools SFC would purchase loans from? | 02:14:53 |
| 12 | A. I don't -- I don't know. | 02:14:55 |
| 13 | Q. Did anybody ever tell you that he was in | 02:14:58 |
| 14 | that -- played that role? | 02:15:00 |
| 15 | A. No. | 02:15:01 |
| 16 | Q. Based on your experience with SFC, who | 02:15:01 |
| 17 | decided which loans would be securitized? | 02:15:08 |
| 18 | A. I don't know. I don't know. | 02:15:15 |
| 19 | Q. To your knowledge, did Rod Gagne ever make | 02:15:16 |
| 20 | that decision? | 02:15:18 |
| 21 | A. Can't say I know. | 02:15:19 |
| 22 | Q. Based on your experience with SFC, did Rod | 02:15:21 |
| 23 | Gagne oversee the work of SFC employees ever? | 02:15:31 |
| 24 | A. Not during my tenure. | 02:15:34 |
| 25 | Q. Do you know if Rod Gagne ever prepared | 02:15:37 |

|  |  | Page 59 |
|---|---|---|
| 1 | employment guidelines for SFC employees? | 02:15:45 |
| 2 | A.  I don't know.  I -- not while I was there | 02:15:47 |
| 3 | that I'm aware. | 02:15:52 |
| 4 | Q.  To your knowledge, was Rod Gagne | 02:15:53 |
| 5 | responsible for making personnel decisions at SFC | 02:16:00 |
| 6 | ever? | 02:16:02 |
| 7 | A.  Not to my knowledge. | 02:16:02 |
| 8 | Q.  You never heard of Rod Gagne firing | 02:16:03 |
| 9 | someone? | 02:16:06 |
| 10 | A.  I never heard of that. | 02:16:06 |
| 11 | Q.  Have you ever heard of Rod Gagne hiring | 02:16:08 |
| 12 | someone at SFC? | 02:16:10 |
| 13 | A.  No. | 02:16:11 |
| 14 | Q.  Have you ever heard of Rod Gagne setting | 02:16:11 |
| 15 | the salary of someone at SFC? | 02:16:16 |
| 16 | A.  No. | 02:16:18 |
| 17 | Q.  Based on your experience with SFC, who made | 02:16:18 |
| 18 | the decisions about shareholder distributions? | 02:16:25 |
| 19 | A.  I don't -- I don't recall.  The only person | 02:16:28 |
| 20 | that I would think would have made any recommendations | 02:16:36 |
| 21 | on that would have been Andrew Yao. | 02:16:40 |
| 22 | Q.  Are you aware whether or not Rod Gagne ever | 02:16:41 |
| 23 | made decisions on shareholder distributions? | 02:16:46 |
| 24 | A.  I can't say.  I don't know. | 02:16:48 |
| 25 | Q.  Based on your experience at SFC, who | 02:16:51 |

|   |   | Page 60 |
|---|---|---|
| 1 | prepared the servicer reports? | 02:16:56 |
| 2 | A. Rob Schrof, I believe, was the one in | 02:17:00 |
| 3 | charge of that, as long as he was there. | 02:17:07 |
| 4 | Q. Are you aware of whether or not Rod Gagne | 02:17:12 |
| 5 | ever prepared the servicer reports at SFC? | 02:17:15 |
| 6 | A. I'm not aware of it, no. | 02:17:18 |
| 7 | Q. Are you aware of whether or not Rod Gagne | 02:17:21 |
| 8 | received servicer reports from SFC? | 02:17:24 |
| 9 | A. I don't know if he was on the distribution | 02:17:26 |
| 10 | or not. | 02:17:28 |
| 11 | Q. Generally who was on the distribution of -- | 02:17:28 |
| 12 | for receiving servicer reports? | 02:17:31 |
| 13 | A. I don't know. I'd have to go back to the | 02:17:32 |
| 14 | Schrof distribution to find out. | 02:17:36 |
| 15 | Q. When you say "Schrof distribution," what | 02:17:38 |
| 16 | does -- what -- what are you referring to? | 02:17:40 |
| 17 | A. The distribution of the servicer reports, | 02:17:42 |
| 18 | whatever -- whoever was on the list to receive them. | 02:17:45 |
| 19 | I don't know who was. | 02:17:49 |
| 20 | Q. Is it your understanding that there was a | 02:17:50 |
| 21 | defined definite list of who was to receive servicer | 02:17:51 |
| 22 | reports? | 02:17:54 |
| 23 | A. I think there was a list that was required | 02:17:54 |
| 24 | by the securitization documents in terms of who needed | 02:17:57 |
| 25 | to receive those, and those were the ones that should | 02:18:01 |

Page 61

| | | |
|---|---|---|
| 1 | have received them. | 02:18:03 |
| 2 | Q. Based on your experience at SFC, did Rod | 02:18:04 |
| 3 | Gagne ever prepare financial statements for the | 02:18:13 |
| 4 | company? | 02:18:15 |
| 5 | A. Not that I'm aware of. | 02:18:15 |
| 6 | Q. Do you ever recall seeing financial | 02:18:17 |
| 7 | statements for the company? | 02:18:19 |
| 8 | A. Yes. | 02:18:20 |
| 9 | Q. Are you aware of whether or not Rod Gagne | 02:18:21 |
| 10 | ever received financial statements from the company? | 02:18:25 |
| 11 | A. I don't know. | 02:18:27 |
| 12 | Q. You -- you personally never sent Rod Gagne | 02:18:28 |
| 13 | a financial statement from the company; is that | 02:18:33 |
| 14 | correct? | 02:18:36 |
| 15 | A. I don't know if I did or didn't. | 02:18:36 |
| 16 | Q. Based on your experience with SFC, who | 02:18:38 |
| 17 | decided when SFC would transfer funds to SMS or SLS? | 02:18:45 |
| 18 | A. That would probably be a decision that | 02:18:51 |
| 19 | Andrew Yao would make. | 02:18:57 |
| 20 | Q. Are you -- | 02:18:58 |
| 21 | A. Go ahead. | 02:19:01 |
| 22 | Q. Are you aware of whether Rod Gagne ever | 02:19:02 |
| 23 | made that decision? | 02:19:04 |
| 24 | A. No. | 02:19:05 |
| 25 | Q. Do you know -- do you have any personal | 02:19:05 |

Page 69

```
 1  freestanding document on the server?                02:31:40
 2          MR. PELLETIER: It was floating around as a  02:31:42
 3  freestanding document on the server, but that is not 02:31:44
 4  to say that it wasn't at some point attached to an  02:31:46
 5  e-mail.                                             02:31:48
 6          MR. BUTLER: Thank you.                      02:31:49
 7      Q.  (By Mr. Pelletier) Could you explain to me  02:31:58
 8  what Exhibit 385 is?                                02:32:00
 9      A.  It appears to be a draft of a unanimous     02:32:01
10  written consent in lieu of a special meeting of board 02:32:11
11  of directors.                                       02:32:14
12      Q.  And is the purpose of this written consent  02:32:16
13  to enable you to engage in an investigation into    02:32:19
14  distributions to Andrew Yao?                        02:32:23
15      A.  It appears to be. I'm not sure -- since     02:32:24
16  it's not signed, I'm not sure that it's effective.  02:32:30
17      Q.  Do you know whether a set of these written  02:32:33
18  consents were ever executed?                        02:32:39
19      A.  I am not sure. I can't say for sure.        02:32:40
20      Q.  It's fair to say that you did engage in a   02:32:42
21  good deal of investigation into distributions to    02:32:46
22  Andrew Yao as part of your role in the bankruptcy   02:32:48
23  proceedings; is that fair?                          02:32:51
24      A.  That's fair.                                02:32:53
25      Q.  In your investigation, did you ever         02:32:54
```

Page 70

| | | |
|---|---|---|
| 1 | discover whether Rod Gagne or the law firm of Pepper | 02:32:56 |
| 2 | Hamilton were in any way involved in distributions | 02:33:00 |
| 3 | made to Andrew Yao? | 02:33:02 |
| 4 |     A.   In distributions to Andrew Yao himself? | 02:33:03 |
| 5 |     Q.   Yes. | 02:33:12 |
| 6 |     A.   No. | 02:33:13 |
| 7 |     Q.   Would you ever hear -- did anybody ever | 02:33:13 |
| 8 | tell you that they had a role in distributions from | 02:33:16 |
| 9 | the companies?  When I say "they," I mean Rod Gagne or | 02:33:18 |
| 10 | Pepper Hamilton have a role in distributions from the | 02:33:22 |
| 11 | companies to Andrew Yao? | 02:33:25 |
| 12 |     A.   I -- I don't -- I don't recall.  I do know | 02:33:26 |
| 13 | that -- that there were -- there were some notes or I | 02:33:32 |
| 14 | believe it was notes or shareholder -- that Gagne or | 02:33:43 |
| 15 | his wife were -- were -- did have some notes or some | 02:33:49 |
| 16 | shareholder type of arrangement there, so that -- but | 02:33:55 |
| 17 | I don't -- I don't think that has anything to do with | 02:34:01 |
| 18 | Andrew Yao's distributions. | 02:34:03 |
| 19 |     Q.   Your testimony is that you don't believe | 02:34:06 |
| 20 | that the notes that you just described are related in | 02:34:10 |
| 21 | any way to distributions from the companies to Andrew | 02:34:13 |
| 22 | Yao? | 02:34:16 |
| 23 |     A.   I don't believe so, no. | 02:34:16 |
| 24 |     MR. PELLETIER:  Can we go off the record, | 02:34:23 |
| 25 | please? | 02:34:25 |

Page 254

| | | |
|---|---|---|
| 1 | field work for the audit was done before I joined, and | 07:49:48 |
| 2 | it came to a stopping point probably before April, and | 07:49:52 |
| 3 | we were just left with issues that had to be resolved | 07:49:59 |
| 4 | before financial statements could be issued, and -- | 07:50:02 |
| 5 | and they never got resolved. | 07:50:09 |
| 6 |       MS. GOODMAN:  I have no other questions. | 07:50:13 |
| 7 | Thank you, Mr. Zulauf. | 07:50:14 |
| 8 |       THE WITNESS:  You're welcome. | 07:50:15 |
| 9 |           EXAMINATION | 07:50:15 |
| 10 | QUESTIONS BY MR. EPSTEIN: | 07:50:15 |
| 11 |   Q.  I'll go right ahead then.  This is Neil | 07:50:17 |
| 12 | Epstein, Mr. Zulauf.  I represent Robert Bast, Pam | 07:50:20 |
| 13 | Gagne, Rod Gagne other than his role as an attorney, | 07:50:24 |
| 14 | and certain trusts, family trusts.  Do you have any | 07:50:28 |
| 15 | reason to believe that Mr. Bast participated in the | 07:50:34 |
| 16 | operation of Student Finance? | 07:50:38 |
| 17 |   A.  Not -- certainly not during my tenure and | 07:50:39 |
| 18 | I'm not familiar with -- with any of that in any of | 07:50:44 |
| 19 | the conversations that I had or recall with any of the | 07:50:50 |
| 20 | principals of Student Finance. | 07:50:54 |
| 21 |   Q.  So no -- no one ever said that to you, | 07:50:56 |
| 22 | correct? | 07:50:58 |
| 23 |   A.  No one ever said that to me, that is | 07:50:59 |
| 24 | correct. | 07:51:00 |
| 25 |   Q.  Is that also true of Pam Gagne? | 07:51:00 |

Page 255

| | | |
|---|---|---|
| 1 | A. That is true. Exactly the same. | 07:51:02 |
| 2 | Q. With respect to a company, any company, but | 07:51:08 |
| 3 | looking at Student Finance, that they didn't have | 07:51:13 |
| 4 | financials for the years 2000 and 2001, would that | 07:51:17 |
| 5 | have an effect on its ability to go at and get interim | 07:51:22 |
| 6 | lending? | 07:51:25 |
| 7 | MR. BUTLER: Objection. | 07:51:28 |
| 8 | A. I'm sorry. The financials for 2000 I think | 07:51:28 |
| 9 | we did have, and I think we did look at them here | 07:51:33 |
| 10 | today. | 07:51:36 |
| 11 | Q. (By Mr. Epstein) When did they come out, | 07:51:39 |
| 12 | do you recall? | 07:51:40 |
| 13 | A. I think the date of the audit opinion was | 07:51:40 |
| 14 | April of '0 -- was that for 2001. That would have | 07:51:43 |
| 15 | been -- I don't know when they were issued. I don't | 07:51:50 |
| 16 | have that information in front of me. | 07:51:52 |
| 17 | Q. So you think there were financials to 2001? | 07:51:54 |
| 18 | A. No, not 2001. I was talking about 2000. | 07:51:59 |
| 19 | 2001 were the statements that were never issued, | 07:52:02 |
| 20 | and -- | 07:52:07 |
| 21 | Q. Would it be difficult for a company to go | 07:52:07 |
| 22 | out and borrow money on an interim basis without | 07:52:09 |
| 23 | financial statements? | 07:52:12 |
| 24 | A. It definitely doesn't help. It adds | 07:52:13 |
| 25 | credibility to have audited financial statements when | 07:52:20 |

|  |  |
|---|---|
|  | Page 256 |

| | | |
|---|---|---|
| 1 | you're going out looking for financing. So I would | 07:52:23 |
| 2 | have to say, yeah, that's -- that's a good -- that's a | 07:52:25 |
| 3 | good conclusion. | 07:52:29 |
| 4 | Q.   That also have an impact on the interest | 07:52:31 |
| 5 | that a lender might charge a company? | 07:52:33 |
| 6 | A.   It could. It could. To the extent there's | 07:52:35 |
| 7 | higher risk, a lender will charge a higher interest | 07:52:40 |
| 8 | rate or at least higher perceived risk. That's a | 07:52:43 |
| 9 | general observation I can give. | 07:52:48 |
| 10 | Q.   Have you found that to be true in your | 07:52:50 |
| 11 | experience as a CFO? | 07:52:52 |
| 12 | MR. BUTLER:   Objection. | 07:52:54 |
| 13 | A.   CFO of Student Finance? | 07:52:56 |
| 14 | Q.   (By Mr. Epstein)   No, of any company. | 07:52:58 |
| 15 | You're a -- you're a CFO today, correct? | 07:53:00 |
| 16 | A.   No, I'm a director of finance. I report to | 07:53:03 |
| 17 | a CFO here. | 07:53:05 |
| 18 | Q.   Oh, I'm sorry. I misunderstood. | 07:53:06 |
| 19 | A.   But in -- you know, the general -- you | 07:53:08 |
| 20 | know, this is more of a general lending kind of | 07:53:13 |
| 21 | conclusion, is that the more uncertainty or perceived | 07:53:19 |
| 22 | risk there is, the higher the interest rate, the worse | 07:53:24 |
| 23 | the loan terms. I mean, that's just a general lending | 07:53:26 |
| 24 | conclusion. | 07:53:30 |
| 25 | Q.   And I think you testified that when you | 07:53:31 |