IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>               Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>               Plaintiff,<br>   v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>               Defendants. | CIVIL ACTION No. 04-1551 (JJF) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, defendants Robert L. Bast, Pamela Bashore Gagné, the Brennan Trusts and W. Roderick Gagné, as Trustee of the Brennan Trusts request that the **FAMILY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** be heard at a date and time to be scheduled by the Court.

Dated: September 28, 2007

                                                                            ECKERT SEAMANS CHERIN & MELLOTT, LLC

                                                                            */s/ Karen Lee Turner*
                                                                            KAREN LEE TURNER (No. 4332)
                                                                            300 Delaware Avenue, Suite 1210
                                                                            Wilmington, DE  19801
                                                                             Telephone:  (302) 425-0430
                                                                              Fax:        (302) 425-0432
                                                                              E-mail:    kturner@eckertseamans.com

                                                                                  -and-

1

*M0612173*

2

Neil G. Epstein
Carol L. Press
Charles F. Forer
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Telephone: (215) 851-8400
Fax:        (215) 851-8383

Attorneys for Defendants Robert L. Bast,
Pamela Bashore Gagné, the Brennan Trusts
and W. Roderick Gagné, as Trustee of the
Brennan Trusts

M0612173