# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DiPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DiBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK

ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN McCORMICK
MICHAEL W. McDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
(NJ & PA ONLY)
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. McLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

GEORGETOWN, DELAWARE
MIDDLETOWN, DELAWARE
NEW YORK, NEW YORK

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6689
DIRECT FAX: (302) 576-3334
jshaw@ycst.com

October 2, 2007

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

     Re:   MBIA Insurance Corp. and Wells Fargo Bank, N.A. v.
          Royal Indemnity Company, C.A. No. 02-1294 (JJF)

          Charles A. Stanziale, Jr., Chapter 7 Trustee of Student
          Financial Corporation vs. Pepper Hamilton LLP, et al.,
          C.A. No. 04-1551 (JJF)

Dear Judge Farnan:

      We write on behalf of Wells Fargo to respond to Royal's letter today which argues that the SFC Bankruptcy Trustee's claim against Gagne and the Bast family should be tried together with Royal's claim against Wells Fargo. Royal claims that efficiencies would result but the only consequence of combining these unrelated cases would be confusion, unneeded expense to the parties, and delay.

      First, the Trustee's claim is a jury case and Royal's claim is not. We ought not have to be present during jury selection and other proceedings that do not concern us. The jury ought not have to be present during weeks of evidence that do not pertain to the case it will consider.

      Second, Royal describes the Trustee's case as presenting fraudulent conveyance and preference claims. It describes its claim against Wells Fargo as breach of contract claims. One

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Joseph J. Farnan, Jr.
October 2, 2007
Page 2

would not expect much overlap between the legal and factual issues in two such cases and in fact--apart from some general background--there is none.

Royal and the Trustee have submitted three witness lists, consisting of eighteen witnesses solely on the Trustee's claims, including five experts; and fifteen witnesses solely on Royal's claims, including four experts. Royal's assertion that all the parties in both cases and a jury should participate in a single trial at which all 33 of these witnesses testify is a proposition that only needs to be stated and it refutes itself. Royal and the Trustee have identified another nineteen witnesses they claim are common to both cases. If this is true, it does not change the fact that they will testify to different matters in the two cases and so will not be substantially inconvenienced by testifying twice. (We note as well that Royal says it and the Trustee can present their two cases in a total of 30 hours. Considering that they identify a combined total of 52 witnesses, this seems highly unlikely, and perhaps many of the so-called "common witnesses" will fall away at trial.)

In sum, we do not believe a combined trial in these circumstances makes any sense at all and we look forward to the opportunity to address these issues further at the conference tomorrow.

Respectfully submitted,

Melanie K. Sharp  (No. 2501)

cc:    Clerk of the Court (by Hand Delivery)
       Tiffany Geyer Lydon, Esquire (by e-mail)
       Steve Merouse, Esquire (by e-mail)
       Neil G. Epstein, Esquire (by e-mail)
       Charlene D. Davis, Esquire (by e-mail)
       Karen L. Turner, Esquire (by e-mail)
       Michael H. Barr, Esquire (by e-mail)
       Michael S. Waters, Esquire (by e-mail)

061044.1001