IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>      Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>      Plaintiff,<br>  v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>      Defendants. | CIVIL ACTION No. 04-1551 (JJF) |

**[PROPOSED] ORDER GRANTING THE FAMILY DEFENDANTS'
MOTION IN LIMINE NO. 1 TO STRIKE CERTAIN WITNESSES FROM THE TRUSTEE'S WITNESS LISTS AND TO EXCLUDE EVIDENCE RELATING ONLY TO THE TRUSTEE'S AND ROYAL'S CLAIMS AGAINST THE SETTLED DEFENDANTS**

    **AND NOW**, this ____ day of _____, 2007, upon consideration of the Family Defendants' Motion in Limine No. 1 to Strike Certain Witnesses from the Trustee's Witness Lists and to Exclude Evidence Relating only to the Trustee's and Royal's Claims Against the Settled Defendants and the responses thereto, it is hereby

    **ORDERED** that the Motion is **GRANTED**, and it is

    **FURTHER ORDERED** that Maria DeCarlo, Duncan Grant, Esquire, Bruce Green, Esquire, Darcy Lee Malcolm, Konrad Smith, Andrea Unterberger, Esquire, Alfred Wilcox, Esquire, Myron Glucksman, Steve Haenchun, David Pauker and William Spear are all hereby **STRICKEN** from the Trustee's witness lists; and it is

**FURTHER ORDERED** that evidence that relates only to the Trustee's now-settled claims against Pepper Hamilton LLP and W. Roderick Gagné, as a practicing attorney and a partner of Pepper, shall be **EXCLUDED** from trial.

                                                _____
                                                THE HONORABLE JOSEPH J. FARNAN, JR.
M0612388                                    UNITED STATES DISTRICT COURT JUDGE