IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>            Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>            Plaintiff,<br>    v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>            Defendants. | :<br>:<br>:<br>:<br>:  CIVIL ACTION No. 04-1551 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**[PROPOSED] ORDER GRANTING THE FAMILY DEFENDANTS'
MOTION IN LIMINE TO PRECLUDE THE USE OF "PONZI SCHEME,"
"PYRAMID SCHEME" AND SIMILAR TERMS**

AND NOW, this ___ day of _____, 2007, upon consideration of the Family defendants' Motion In Limine No. 2 to Preclude the Use of "Ponzi Scheme," "Pyramid Scheme" and Similar Terms, and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that counsel, parties and witnesses are hereby precluded at trial from using "Ponzi scheme," "pyramid scheme" or similar inflammatory terms in describing or referring to the business or activities of Student Finance Corporation.

BY THE COURT:

_____
Honorable Joseph F. Farnan, Jr.
U.S. District Court Judge