# EXHIBIT 14A

# EXHIBIT 14
# ROYAL/TRUSTEE EXHIBIT LIST - TRACK NO. 2

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 2 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 29 | 29-II | No | |
| 46 | 46-II | No | |
| 77 | 77-II | No | |
| 78 | | No | |
| 79 | | No | |
| 80 | | No | |
| 81 | | No | |
| 82 | | No | |
| 83 | | No | |
| 84 | | No | |
| 85 | | No | |
| 86 | | No | |
| 87 | | No | |
| 88 | | No | |
| 89 | | No | |
| 130 | | No | |
| 131 | | No | |
| 133 | | No | |
| 139 | | No | |
| 149 | | No | |
| 150 | | Yes | Relevance |
| 151 | | No | |
| 153 | | No | |
| 154 | | No | |
| 155 | | No | |
| 160 | | No | |
| 170 | | No | |
| 190 | | No | |
| 191 | | Yes | Relevance, 403 |
| 193 | | Yes | Relevance, 403 |
| 194 | | Yes | Lack of Completeness |
| 195 | | No | |
| 197 | | Yes | Relevance, 403 |
| 200 | | Yes | Relevance, 403 |
| 201 | | Yes | Relevance, 403 |
| 202 | | Yes | Relevance, 403 |
| 203 | | Yes | Relevance, 403 |
| 204 | | Yes | Relevance, 403 |
| 205 | | Yes | Relevance, 403 |
| 230 | | Yes | Relevance, 403 |
| 232 | | Yes | Relevance, 403 |
| 241 | | Yes | Relevance, 403 |
| 247 | | No | |
| 256 | | Yes | Relevance, 403 |
| 265 | | No | |
| 317 | | Yes | Relevance, 403 |
| 318 | | Yes | Relevance, 403 |

# EXHIBIT 14
# ROYAL/TRUSTEE EXHIBIT LIST - TRACK NO. 2

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 2 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 319 | | Yes | Relevance, 403 |
| 320 | | Yes | Relevance, 403 |
| 321 | | Yes | Relevance, 403 |
| 322 | | Yes | Relevance, 403 |
| 323 | | Yes | Relevance, 403 |
| 324 | | Yes | Relevance, 403 |
| 325 | | Yes | Relevance, 403 |
| 326 | | Yes | Relevance, 403 |
| 327 | | Yes | Relevance, 403 |
| 328 | | Yes | Relevance, 403 |
| 330 | | Yes | Relevance, 403 |
| 331 | | Yes | Relevance, 403 |
| 332 | | Yes | Relevance, 403 |
| 333 | | Yes | Relevance, 403 |
| 334 | | Yes | Relevance, 403 |
| 335 | | Yes | Relevance, 403 |
| 336 | | Yes | Relevance, 403 |
| 337 | | Yes | Relevance, 403 |
| 338 | | Yes | Relevance, 403 |
| 339 | | Yes | Relevance, 403 |
| 340 | | Yes | Relevance, 403 |
| 341 | | Yes | Relevance, 403 |
| 342 | | Yes | Relevance, 403 |
| 343 | | Yes | Relevance, 403 |
| 344 | | Yes | Relevance, 403 |
| 345 | | Yes | Relevance, 403 |
| 346 | | Yes | Relevance, 403 |
| 347 | | Yes | Relevance, 403 |
| 348 | | Yes | Relevance, 403 |
| 349 | | Yes | Relevance, 403 |
| 350 | | Yes | Relevance, 403 |
| 351 | | Yes | Relevance, 403 |
| 352 | | Yes | Relevance, 403 |
| 353 | | Yes | Relevance, 403 |
| 354 | | Yes | Relevance, 403 |
| 355 | | Yes | Relevance, 403 |
| 356 | | Yes | Relevance, 403 |
| 357 | | Yes | Relevance, 403 |
| 358 | | Yes | Relevance, 403 |
| 359 | | Yes | Relevance, 403 |
| 360 | | Yes | Relevance, 403 |
| 361 | | Yes | Relevance, 403 |
| 362 | | Yes | Relevance, 403 |
| 363 | | Yes | Relevance, 403 |
| 364 | | Yes | Relevance, 403 |
| 365 | | Yes | Relevance, 403 |
| 366 | | Yes | Relevance, 403 |

# EXHIBIT 14
## ROYAL/TRUSTEE EXHIBIT LIST - TRACK NO. 2

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 2 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 367 | | Yes | Relevance, 403 |
| 368 | | Yes | Relevance, 403 |
| 369 | | Yes | Relevance, 403 |
| 370 | | Yes | Relevance, 403 |
| 371 | | Yes | Relevance, 403 |
| 372 | | Yes | Relevance, 403 |
| 373 | | Yes | Relevance, 403 |
| 374 | | Yes | Relevance, 403 |
| 375 | | Yes | Relevance, 403 |
| 376 | | Yes | Relevance, 403 |
| 377 | | Yes | Relevance, 403 |
| 378 | | Yes | Relevance, 403 |
| 379 | | Yes | Relevance, 403 |
| 380 | | Yes | Relevance, 403 |
| 381 | | Yes | Relevance, 403 |
| 382 | | Yes | Relevance, 403 |
| 383 | | Yes | Relevance, 403 |
| 384 | | Yes | Relevance, 403 |
| 385 | | Yes | Relevance, 403 |
| 386 | | Yes | Relevance, 403 |
| 387 | | Yes | Relevance, 403 |
| 388 | | Yes | Relevance, 403 |
| 389 | | Yes | Relevance, 403 |
| 390 | | Yes | Relevance, 403 |
| 391 | | Yes | Relevance, 403 |
| 392 | | Yes | Relevance, 403 |
| 393 | | Yes | Relevance, 403 |
| 394 | | Yes | Relevance, 403 |
| 395 | | Yes | Relevance, 403 |
| 396 | | Yes | Relevance, 403 |
| 397 | | Yes | Relevance, 403 |
| 399 | | Yes | Relevance, 403 |
| 400 | | Yes | Relevance, 403 |
| 401 | | Yes | Relevance, 403 |
| 402 | | Yes | Relevance, 403 |
| 403 | | Yes | Relevance, 403 |
| 404 | | Yes | Relevance, 403 |
| 405 | | Yes | Relevance, 403 |
| 406 | | Yes | Relevance, 403 |
| 407 | | Yes | Relevance, 403 |
| 408 | | Yes | Relevance, 403 |
| 409 | | Yes | Relevance, 403 |
| 410 | | Yes | Relevance, 403 |
| 411 | | Yes | Relevance, 403 |
| 412 | | Yes | Relevance, 403 |
| 413 | | Yes | Relevance, 403 |
| 414 | | Yes | Relevance, 403 |

# EXHIBIT 14
# ROYAL/TRUSTEE EXHIBIT LIST - TRACK NO. 2

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 2 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 415 | | Yes | Relevance, 403 |
| 416 | | Yes | Relevance, 403 |
| 417 | | Yes | Relevance, 403 |
| 418 | | Yes | Relevance, 403 |
| 419 | | Yes | Relevance, 403 |
| 420 | | Yes | Relevance, 403 |
| 421 | | Yes | Relevance, 403 |
| 422 | | Yes | Relevance, 403 |
| 423 | | Yes | Relevance, 403 |
| 424 | | Yes | Relevance, 403 |
| 425 | | Yes | Relevance, 403 |
| 426 | | Yes | Relevance, 403 |
| 427 | | Yes | Relevance, 403 |
| 428 | | Yes | Relevance, 403 |
| 429 | | Yes | Relevance, 403 |
| 430 | | Yes | Relevance, 403 |
| 431 | | Yes | Relevance, 403 |
| 432 | | Yes | Relevance, 403 |
| 433 | | Yes | Relevance, 403 |
| 434 | | Yes | Relevance, 403 |
| 435 | | Yes | Relevance, 403 |
| 436 | | Yes | Relevance, 403 |
| 437 | | Yes | Relevance, 403 |
| 438 | | Yes | Relevance, 403 |
| 439 | | Yes | Relevance, 403 |
| 440 | | Yes | Relevance, 403 |
| 442 | | Yes | Relevance, 403 |
| 443 | | Yes | Relevance, 403 |
| 446 | | Yes | Relevance, 403 |
| 447 | | Yes | Relevance, 403 |
| 448 | | Yes | Relevance, 403 |
| 449 | | Yes | Relevance, 403 |
| 450 | | Yes | Relevance, 403 |
| 451 | | Yes | Relevance, 403 |
| 452 | | Yes | Relevance, 403 |
| 453 | | Yes | Relevance, 403 |
| 454 | | Yes | Relevance, 403 |
| 455 | | Yes | Relevance, 403 |
| 456 | | Yes | Relevance, 403 |
| 457 | | Yes | Relevance, 403 |
| 458 | | Yes | Relevance, 403 |
| 459 | | Yes | Relevance, 403 |
| 460 | | Yes | Relevance, 403 |
| 461 | | Yes | Relevance, 403 |
| 462 | | Yes | Relevance, 403 |
| 463 | | Yes | Relevance, 403 |
| 464 | | Yes | Relevance, 403 |

# EXHIBIT 14
# ROYAL/TRUSTEE EXHIBIT LIST - TRACK NO. 2

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 2 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 465 | | Yes | Relevance, 403 |
| 466 | | Yes | Relevance, 403 |
| 467 | | Yes | Relevance, 403 |
| 468 | | Yes | Relevance, 403 |
| 469 | | Yes | Relevance, 403 |
| 470 | | Yes | Relevance, 403 |
| 471 | | Yes | Relevance, 403 |
| 472 | | Yes | Relevance, 403 |
| 473 | | Yes | Relevance, 403 |
| 474 | | Yes | Relevance, 403 |
| 475 | | Yes | Relevance, 403 |
| 476 | | Yes | Relevance, 403 |
| 477 | | Yes | Relevance, 403 |
| 478 | | Yes | Relevance, 403 |
| 479 | | No | |
| 480 | | Yes | Relevance, 403 |
| 481 | | Yes | Relevance, 403 |
| 482 | | Yes | Relevance, 403 |
| 483 | | Yes | Hearsay |
| 484 | | Yes | Relevance, 403 |
| 485 | | Yes | Relevance, 403 |
| 486 | | Yes | Relevance, 403 |
| 487 | | Yes | Relevance, 403 |
| 488 | | Yes | Relevance, 403 |
| 490 | | Yes | Relevance, 403 |
| 491 | | No | |
| 492 | | Yes | Relevance, 403 |
| 493 | | No | |
| 494 | | No | |
| 495 | | Yes | Relevance, 403 |
| 498 | | Yes | Relevance, 403 |
| 500 | | Yes | Relevance, 403 |
| 501 | | Yes | Relevance, 403 |
| 502 | | No | |
| 503 | | Yes | Relevance, 403 |
| 504 | | Yes | Relevance, 403 |
| 505 | | Yes | Relevance, 403 |
| 506 | | Yes | Relevance, 403 |
| 508 | | No | |
| 519 | | No | |
| 520 | | Yes | Hearsay |
| 521 | | Yes | Relevance, Hearsay, Other |
| 523 | | No | |
| 571 | | Yes | Relevance, 403 |
| 572 | | Yes | Relevance, 403, Authenticity, Hearsay |
| 579 | | Yes | Relevance, 403, Hearsay |

# EXHIBIT 14
## ROYAL/TRUSTEE EXHIBIT LIST - TRACK NO. 2

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 2 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 580 | | Yes | Relevance, 403, Hearsay |
| 581 | | Yes | Relevance, 403 |
| 582 | | Yes | Relevance, 403, Hearsay |
| 583 | | Yes | Relevance, 403 |
| 584 | | Yes | Relevance, 403 |
| 585 | | Yes | Relevance, 403 |
| 586 | | Yes | Relevance, 403 |
| 588 | | Yes | Relevance, 403 |
| 589 | | Yes | Relevance, 403 |
| 590 | | Yes | Relevance, 403 |
| 591 | | Yes | Relevance, 403 |
| 592 | | Yes | Relevance, 403 |
| 593 | | Yes | Relevance, 403 |
| 594 | | Yes | Relevance, 403 |
| 595 | | Yes | Relevance, 403 |
| 596 | | No | |
| 597 | | No | |
| 598 | | No | |
| 599 | | No | |
| 600 | | No | |
| 601 | | No | |
| 602 | | No | |
| 603 | | No | |
| 604 | | Yes | Relevance |
| 605 | | No | |
| 606 | | No | |
| 607 | | Yes | Relevance |
| 608 | | No | |
| 609 | | Yes | Relevance |
| 610 | | Yes | Relevance |
| 611 | | Yes | Relevance |
| 612 | | No | |
| 613 | | Yes | Relevance |
| 614 | | No | |
| 615 | | No | |
| 616 | | No | |
| 618 | | No | |
| 642 | | No | |
| 643 | | No | |
| 644 | | No | |
| 645 | | No | |
| 646 | | No | |
| 647 | | No | |
| 648 | | No | |
| 649 | | No | |
| 650 | | No | |
| 651 | | No | |

# EXHIBIT 14
## ROYAL/TRUSTEE EXHIBIT LIST - TRACK NO. 2

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 2 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 652 | | No | |
| 653 | | No | |
| 654 | | No | |
| 655 | | No | |
| 656 | | No | |
| 657 | | No | |
| 658 | | No | |
| 659 | | No | |
| 660 | | No | |
| 661 | | No | |
| 662 | | No | |
| 663 | | No | |
| 664 | | No | |
| 665 | | No | |
| 666 | | No | |
| 667 | | No | |
| 668 | | No | |
| 669 | | No | |
| 670 | | No | |
| 671 | | No | |
| 672 | | No | |
| 673 | | No | |
| 674 | | No | |
| 675 | | No | |
| 676 | | No | |
| 677 | | No | |
| 678 | | No | |
| 679 | | No | |
| 680 | | No | |
| 681 | | No | |
| 682 | | No | |
| 683 | | No | |
| 684 | | No | |
| 685 | | Yes | Relevance |
| 686 | | Yes | Relevance |
| 687 | | No | |
| 688 | | No | |
| 689 | | No | |
| 690 | | No | |
| 691 | | No | |
| 696 | | No | |
| 697 | | No | |
| 698 | | | |
| 700 | | No | |
| 703 | | | |
| 704 | | No | |
| 706 | | Yes | Relevance, 403 |
| 707 | | Yes | Relevance, 403 |

# EXHIBIT 14
# ROYAL/TRUSTEE EXHIBIT LIST - TRACK NO. 2

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 2 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 708 | | Yes | Relevance, 403 |
| 709 | | Yes | Relevance 403, Improper Exhibit |
| 710 | | Yes | Relevance, 403 |
| 711 | | Yes | Relevance, 403 |
| 713 | | No | |
| 714 | | No | |
| 715 | | No | |
| 716 | | No | |
| 718 | | No | |
| 719 | | No | |
| 720 | | No | |
| 721 | | No | |
| 722 | | No | |
| 723 | | No | |
| 724 | | No | |
| 725 | | No | |
| 726 | | No | |
| 727 | | No | |
| 728 | | No | |
| 729 | | No | |
| 730 | | No | |
| 731 | | No | |
| 736 | | No | |
| 745 | | Yes | Relevance, 403 |
| 746 | | Yes | Relevance, 403 |
| 747 | | Yes | Relevance, 403 |
| 748 | | Yes | Relevance, 403 |
| 749 | | Yes | Relevance, 403 |
| 750 | | Yes | Relevance, 403 |
| 751 | | Yes | Relevance, 403 |
| 752 | | Yes | Relevance, 403 |
| 753 | | Yes | Relevance, 403 |
| 754 | | Yes | Relevance, 403 |
| 755 | | Yes | Relevance, 403 |
| 756 | | Yes | Relevance, 403 |
| 757 | | Yes | Relevance, 403 |
| 758 | | Yes | Relevance, 403 |
| 759 | | Yes | Relevance, 403 |
| 760 | | Yes | Relevance, 403 |
| 761 | | Yes | Relevance, 403 |
| 762 | | Yes | Relevance, 403 |
| 787 | | No | |
| 799 | | Yes | Hearsay |
| 831 | | No | |
| 832 | | No | |
| 834 | | Yes | Relevance, 403 |

# EXHIBIT 14
# ROYAL/TRUSTEE EXHIBIT LIST - TRACK NO. 2

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 2 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 839 | | Yes | Relevance, 403 |
| 856 | | Yes | Relevance, 403 |
| 857 | | No | |
| 859 | | Yes | Relevance, 403 |
| 861 | | Yes | Relevance, Hearsay |
| 862 | | Yes | Relevance, 403 |
| 863 | | Yes | Relevance, 403 |
| 864 | | Yes | Relevance, 403 |
| 865 | | Yes | Relevance, 403 |
| 866 | | Yes | Relevance, 403 |
| 867 | | Yes | Relevance, 403 |
| 868 | | Yes | Relevance, 403 |
| 869 | | Yes | Relevance, 403 |
| 870 | | Yes | Relevance, 403 |
| 871 | | Yes | Relevance, 403 |
| 872 | | Yes | Relevance, 403 |
| 873 | | Yes | Relevance, 403 |
| 874 | | Yes | Relevance, 403 |
| 875 | | Yes | Relevance, 403 |
| 876 | | Yes | Relevance, 403 |
| 877 | | Yes | Relevance, 403 |
| 878 | | Yes | Relevance, 403 |
| 879 | | Yes | Relevance, 403 |
| 880 | | Yes | Relevance, 403 |
| 881 | | Yes | Relevance, 403 |
| 882 | | Yes | Relevance, 403 |
| 883 | | Yes | Relevance, 403 |
| 884 | | Yes | Relevance, 403 |
| 885 | | Yes | Relevance, 403 |
| 886 | | Yes | Relevance, 403 |
| 887 | | Yes | Relevance, 403 |
| 888 | | Yes | Relevance, 403 |
| 889 | | Yes | Relevance, 403 |
| 890 | | Yes | Relevance, 403 |
| 891 | | Yes | Relevance, 403 |
| 892 | | Yes | Relevance, 403 |
| 893 | | Yes | Relevance, 403 |
| 894 | | Yes | Relevance, 403 |
| 895 | | Yes | Relevance, 403 |
| 896 | | Yes | Relevance, 403 |
| 897 | | Yes | Relevance, 403 |
| 898 | | Yes | Relevance, 403 |
| 899 | | Yes | Relevance, 403 |
| 900 | | Yes | Relevance, 403 |
| 901 | | Yes | Relevance, 403 |
| 902 | | Yes | Relevance, 403 |
| 1239 | | | Exhibit Not Located |

# EXHIBIT 14
# ROYAL/TRUSTEE EXHIBIT LIST - TRACK NO. 2

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 2 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 2006 | | | |
| 2008 | | Yes | Hearsay, Relevance, 403 |
| 2009 | | Yes | Hearsay, Relevance, 403 |
| 2010 | | Yes | Hearsay, Relevance, 403 |
| 2011 | | Yes | Hearsay, Relevance, 403 |
| 2012 | | Yes | Hearsay, Relevance, 403 |
| 2013 | | Yes | Hearsay, Relevance, 403 |
| 2014 | | Yes | Hearsay, Relevance, 403 |
| 2015 | | Yes | Hearsay, Relevance, 403 |
| 2016 | | Yes | Hearsay, Relevance, 403 |
| 2017 | | Yes | Lack of Completeness |
| 2018 | | Yes | Relevance, 403 |
| 2019 | | Yes | Relevance, 403 |
| 2020 | | Yes | Relevance, 403 |
| 2021 | | Yes | Relevance, 403 |
| 2028 | | Yes | Hearsay, Relevance, 403 |
| 2030 | | Yes | Relevance |
| 2033 | | Yes | Hearsay, Relevance, 403 |
| 2034 | | | |
| 2035 | | Yes | Hearsay, Relevance, 403 |
| | | | |
| | | | |
| | | | |

# Exhibit 14B
# TRUSTEE EXHIBIT LIST - TRACK NO. 1 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 1 Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 22 | | Yes | R |
| 24 | | Yes | A, R |
| 27 | | Yes | R |
| 28 | | Yes | R |
| 29 | | Yes | R |
| 38 | | Yes | R |
| 41 | | Yes | R |
| 42 | | Yes | R |
| 43 | | Yes | R |
| 51 | | No | |
| 63 | | Yes | R |
| 64 | | Yes | R |
| 65 | | Yes | R |
| 66 | | Yes | R |
| 67 | | Yes | R |
| 68 | | Yes | R |
| 69 | | Yes | R |
| 70 | | Yes | R |
| 74 | | Yes | A, R |
| 75 | | Yes | R |
| 76 | | Yes | R |
| 77 | | Yes | R |
| 78 | | Yes | R |
| 87 | | Yes | R |
| 90 | | No | |
| 93 | | No | |
| 94 | | Yes | R |
| 96 | | Yes | R |
| 97 | | Yes | R |
| 98 | | Yes | R |
| 106 | | Yes | R |
| 141 | | Yes | R |
| 150 | | Yes | R |
| 171 | | No | |
| 221 | | Yes | R |
| 255 | | Yes | H, R |
| 257 | | Yes | H, R |
| 258 | | Yes | H, R |
| 260 | | Yes | H, R |
| 261 | | Yes | H, R |
| 262 | | Yes | H, R |
| 264 | | Yes | H, R |
| 268 | | Yes | H, R |
| 270 | | Yes | H, R |
| 271 | | Yes | R |
| 272 | | Yes | R |
| 273 | | Yes | R |

# Exhibit 14B

## TRUSTEE EXHIBIT LIST - TRACK NO. 1 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 1 Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 274 | | Yes | H, R |
| 277 | | Yes | R |
| 278 | | Yes | H, A, R |
| 279 | | Yes | H, R |
| 280 | | Yes | H, A, R |
| 281 | | Yes | H, A, R |
| 282 | | Yes | H, A, R |
| 285 | | Yes | R |
| 286 | | Yes | H, A, R |
| 291 | | Yes | R |
| 292 | | Yes | R |
| 293 | | Yes | R |
| 294 | | Yes | H, R |
| 295 | | Yes | H, R |
| 296 | | Yes | R |
| 297 | | Yes | R |
| 298 | | Yes | A, R |
| 306 | | Yes | R |
| 308 | | Yes | R |
| 309 | | Yes | R |
| 311 | | Yes | R |
| 313 | | Yes | R |
| 315 | | Yes | H, R |
| 351 | | Yes | H, R |
| 358 | | Yes | R |
| 359 | | Yes | R |
| 361 | | Yes | R |
| 364 | | No | |
| 365 | | No | |
| 369 | | Yes | R |
| 370 | | Yes | R |
| 371 | | Yes | R |
| 372 | | Yes | R |
| 373 | | Yes | R |
| 539 | | Yes | R |
| 540 | | Yes | R |
| 541 | | Yes | R |
| 546 | | Yes | H, A, R |
| 560 | | Yes | R |
| 588 | | Yes | H, A, R |
| 589 | | Yes | R |
| 590 | | Yes | R |
| 591 | | Yes | R |
| 594 | | Yes | R |
| 599 | | Yes | R |
| 601 | | Yes | R |
| 602 | | Yes | R |

# Exhibit 14B

## TRUSTEE EXHIBIT LIST - TRACK NO. 1 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 1 Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 603 | | Yes | R |
| 604 | | Yes | R |
| 605 | | Yes | R |
| 606 | | Yes | R |
| 607 | | Yes | R |
| 608 | | Yes | R |
| 609 | | Yes | R |
| 610 | | Yes | R |
| 613 | | Yes | R |
| 614 | | Yes | R |
| 615 | | Yes | R |
| 616 | | Yes | R |
| 618 | | Yes | R |
| 619 | | Yes | R |
| 620 | | Yes | R |
| 621 | | Yes | R |
| 622 | | Yes | R |
| 623 | | Yes | R |
| 628 | | Yes | H, A, R |
| 630 | | Yes | A, R |
| 644 | | Yes | R |
| 645 | | Yes | R |
| 646 | | Yes | R |
| 647 | | Yes | A, R |
| 957 | | Yes | R |
| 991 | | Yes | R |
| 1014 | | No | |
| 1015 | | No | |
| 1017 | | Yes | R |
| 1018 | | Yes | R |
| 1020 | | No | |
| 1021 | | No | |
| 1022 | | No | |
| 1023 | | No | |
| 1025 | | No | |
| 1026 | | Yes | R |
| 1027 | | Yes | R |
| 1028 | | Yes | R |
| 1029 | | Yes | R |
| 1030 | | Yes | R |
| 1032 | | Yes | R |
| 1033 | | No | |
| 1034 | | Yes | R |
| 1036 | | Yes | R |
| 1037 | | No | |
| 1038 | | Yes | R |
| 1039 | | Yes | R |

# Exhibit 14B

# TRUSTEE EXHIBIT LIST - TRACK NO. 1 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 1 Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 1040 | | Yes | R |
| 1041 | | Yes | R |
| 1042 | | No | |
| 1043 | | Yes | R |
| 1044 | | No | |
| 1045 | | No | |
| 1049 | | Yes | R |
| 1050 | | Yes | A, R |
| 1051 | | Yes | A, R |
| 1056 | | Yes | R |
| 1057 | | Yes | R |
| 1059 | | No | |
| 1081 | | Yes | H, R |
| 1099 | | Yes | H, R |
| 1102 | | Yes | H, R |
| 1104 | | Yes | A, R |
| 1105 | | Yes | A, R |
| 1106 | | Yes | R |
| 1107 | | Yes | R |
| 1114 | | Yes | A, R |
| 1116 | | Yes | R |
| 1117 | | Yes | R |
| 1119 | | Yes | R |
| 1166 | | Yes | H, A, R |
| 1170 | | Yes | A, R |
| 1171 | | No | |
| 1172 | | Yes | R |
| 1173 | | Yes | R |
| 1175 | | No | |
| 1176 | | No | |
| 1177 | | No | |
| 1178 | | No | |
| 1179 | | Yes | H |
| 1180 | | No | |
| 1181 | | No | |
| 1182 | | No | |
| 1183 | | No | |
| 1184 | | No | |
| 1185 | | No | |
| 1186 | | Yes | R |
| 1187 | | No | |
| 1188 | | Yes | R |
| 1189 | | Yes | R |
| 1190 | | Yes | A, R |
| 1191 | | Yes | H, A, R |
| 1192 | | Yes | R |
| 1193 | | Yes | R |

# Exhibit 14B

## TRUSTEE EXHIBIT LIST - TRACK NO. 1 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 1 Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 1194 | | Yes | R |
| 1195 | | Yes | R |
| 1196 | | Yes | R |
| 1197 | | Yes | R |
| 1198 | | No | |
| 1199 | | No | |
| 1200 | | Yes | R |
| 1202 | | Yes | Other (See note below) |
| 1203 | | No | |
| 1204 | | No | |
| 1205 | | Yes | H, R |
| 1206 | | No | |
| 1207 | | Yes | R |
| 1208 | | No | |
| 1209 | | No | |
| 1210 | | No | |
| 1213 | | No | |
| 1214 | | Yes | R |
| 1215 | | Yes | R |
| 1216 | | Yes | R |
| 1217 | | Yes | R |
| 1220 | | Yes | R |
| 1231 | | No | |
| 1232 | | No | |
| 1233 | | No | |
| 1234 | | No | |
| 1235 | | No | |
| 1308 | | Yes | R |
| 1313 | | Yes | R |
| 1316 | | Yes | R |
| 1344 | | Yes | R |
| 1347 | | Yes | R |
| 1360 | | Yes | H, A, R |
| 1368 | | Yes | H, A, R |
| 1369 | | Yes | H, A, R |
| 1432 | | No | |
| 1433 | | No | |
| 1434 | | No | |
| 1435 | | No | |
| 1436 | | No | |
| 1437 | | No | |
| 1438 | | Yes | R |
| 1439 | | Yes | R |
| 1440 | | No | |
| 1441 | | No | |
| 1485 | | Yes | R |
| 1486 | | Yes | R |

NOTE:  Trustee and Family defendants are entering into a Stipulation of Authenticity which will include certain documents.

# Exhibit 14B

# TRUSTEE EXHIBIT LIST - TRACK NO. 1 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 1 Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 1492 | | Yes | H, A, R |
| 1500 | | Yes | R |
| 1517 | | Yes | R |
| 1518 | | Yes | R |
| 1519 | | No | |
| 1568 | | Yes | R |
| 1685 | | Yes | R |
| 1692 | | Yes | R |
| 1709 | | Yes | R |
| 1711 | | Yes | R |
| 1712 | | No | |
| 1713 | | No | |
| 1744 | | No | |

# Exhibit 14B
# TRUSTEE EXHIBIT LIST - TRACK NO. 2 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 2 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 190 | | Yes | R |
| 191 | | Yes | H, A, R |
| 193 | | Yes | H |
| 195 | | Yes | H, A, R |
| 197 | | Yes | H, R |
| 203 | | Yes | R |
| 204 | | Yes | R |
| 230 | | Yes | A, R |
| 232 | | Yes | R |
| 241 | | Yes | R |
| 247 | | Yes | R |
| 350 | | Yes | R |
| 394 | | Yes | H, R, O (Lack of Foundation) |
| 396 | | Yes | R |
| 407 | | Yes | H, R |
| 411 | | No | |
| 412 | | No | |
| 416 | | No | |
| 418 | | No | |
| 487 | | Yes | R |
| 519 | | Yes | R |
| 520 | | Yes | H, R |
| 521 | | Yes | H, R |
| 523 | | Yes | H, R |
| 679 | | Yes | R |
| 706 | | Yes | R |
| 812 | | No | |
| 859 | | Yes | R |
| 863 | | No | |
| 865 | | No | |
| 866 | | No | |
| 867 | | No | |
| 868 | | No | |
| 869 | | No | |
| 870 | | No | |
| 871 | | No | |
| 872 | | Yes | H, R |
| 873 | | No | |
| 874 | | No | |
| 875 | | No | |
| 878 | | Yes | R |
| 879 | | Yes | R |
| 880 | | Yes | R |
| 883 | | No | |
| 885 | | No | |
| 886 | | Yes | R |
| 887 | | No | |

# Exhibit 14B
# TRUSTEE EXHIBIT LIST - TRACK NO. 2 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 2 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 888 | | Yes/Possible | R |
| 889 | | Yes/Possible | R |
| 890 | | Yes/Possible | R |
| 899 | | No | |
| 902 | | No | |
| 2021 | | No | |

# Exhibit 14B
## TRUSTEE EXHIBIT LIST - TRACK NO. 3 (REVISED 10/01/07)
H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 3 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 65 | | No | |
| 66 | | No | |
| 67 | | No | |
| 72 | | No | |
| 73 | | Yes | R, A |
| 74 | | No | |
| 75 | | No | |
| 76 | | No | |
| 77 | | No | |
| 78 | | No | |
| 79 | | No | |
| 80 | | No | |
| 81 | | Yes | R |
| 82 | | No | |
| 84 | | No | |

# Exhibit 14B
## TRUSTEE EXHIBIT LIST - UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 6000 | ACCT 006629-632 | | | Yes | R, A |
| 6001 | ACCT 006633-37 | | | Yes | R, A |
| 6002 | ACCT 013629-32 | | | Yes | R, A |
| 6003 | | Compilation of supporting entries for Trustee's damages claims | | Yes | R, A |
| 6004 | | Court Order for the Protection of Confidential Information dated March 15, 2006 with Confidentiality Declaration | | No | |
| 6005 | | Entries in SFC's financial records sufficient to support any item of damage claim that cannot be agreed to by the parties. | | Yes | R, A, C |
| 6006 | FDIC-PUB 000001-650 | | | Yes | R |
| 6007 | FDIC-SFC 000033-36 | | | Yes | R |
| 6008 | FDIC-SFC 000322 | | | Yes | R |
| 6009 | MORRIS 0022093-143 | | | Yes | R |
| 6010 | PH 036204-224 | | | Yes | R |
| 6011 | PH 036260-66 | | | Yes | R |
| 6012 | PH 153737-39 | | | Yes | R |
| 6013 | SFC 181426-50 | | | Yes | R |
| 6014 | SQL Server | SQL Server and CDs containing copies thereof, obtained by Grant Thornton from SFC circa April 2002 | | | |
| 6015 | WFSC 830121-22 | | | Yes | R |
| 6016 | GBT 001659-65 | | | No | |
| 6017 | GBT 001691-96 | | | No | |
| 6018 | GBT 001826-27 | | | No | |
| 6019 | GBT 003067-92 | | | No | |
| 6020 | GBT 003746-47 | | | No | |
| 6021 | GBT 006415-18 | | | No | |
| 6022 | GBT 006847 | Email from R. Williams of ACCET to R. Barna re: proposed change of ownership of Premier | 3/27/2003 | Yes | R |
| 6023 | GBT 008180 | | | No | |
| 6024 | GBTEX 000001-15 | | | No | |

# Exhibit 14B

## TRUSTEE EXHIBIT LIST - UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 6025 | SLS Server | Message 1305 email from D. Messick to A. Yao re: discussion of SFC stock repurchases | 10/27/2000 | Yes | R, H |
| 6026 | WSFC 0385794 | Letter from A Yao of SFC to M. Bouman of Branford Hall re: approval for SFC's finance program | 6/29/1994 | Yes | R |
| 6027 | WSFC 0385777 | Letter from Branford Hall to SFC re: cancellation of loans of two students | 2/14/1996 | Yes | R |
| 6028 | PEPPER 052692 | Email from A. Yao to R. Gagne re: discussion of distributions from SFC | 10/24/2000 | Yes | R |
| 6029 | PEPPER 052691 | Email from A. Yao to R. Gagne re: preferential ownership of SFC in SMS | 10/24/2000 | Yes | R |
| 6030 | PEPPER 052022.001 | Email from A. Yao to R. Gagne re: creation of SLS and SMS | 3/30/2000 | Yes | R |
| 6031 | PEPPER 051674 | Email from R. Gagne to A. Yao re: Distributions from SFC and concerns about personal business | 10/24/2000 | Yes | R |
| 6032 | PEPPER 051676 | Email from A. Yao to R. Gagne re: Estate Planning for Yao and SFC distributions for house construction | 10/24/2000 | Yes | R, O |
| 6033 | PEPPER 014321.283 | Biography of A. Yao | | Yes | R, A |
| 6034 | PEPPER 014321.117 | Letter from R. Gagne of Clark Ladner to A. Yao re: representation in the formation of One Summit Place Partners | 4/19/1994 | Yes | R, C |

# Exhibit 14B
## TRUSTEE EXHIBIT LIST - UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 6035 | WSFC 0530738 | Letter from R. Gagne of Clark Ladner to R. Barnikow of CEC re: enclosure of capital contributions of R. Bast and Elizabeth B. Brennan Trust | 6/28/1996 | No | |
| 6036 | S-PEG 0627-37 | Defendant Andrew N. Yao's Answer, With A New Matter, to First Amended Complaint of Premier Education Group G.P., Inc., Robert L. Bast, W. Roderick Gagne, Elizabeth B. Brennan Family Trust #2 F/B/O Elizabeth L. Gagne and Elizabeth B. Brennan Family Trust #2 F/B/O Philip B. Gagne (Court of Common Pleas, Montgomery County, PA, Docket No. 04-07474) | 4/22/2005 | Yes | H, R |
| 6037 | | In re: Student Finance Corporation, Debtor. Case No. 02-11620 (JBR) Adversary Proceeding No. 04-55218 Complaint of Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, against Defendants Andrew N. Yao, Lore North Yao, DCC I Aircraft Corporation and DCC II Aircraft Corporation | 9/14/2004 | Yes | R |
| 6038 | | Andew Yao's Proof of Claim | 4/17/2003 | Yes | R |

EXHIBIT 15

[Exhibit 15]

## 2nd SUPPLEMENTAL WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| | | Deposition of William Hibberd dated August 22, 2003; August 27, 2003 & March 24, 2005 | | Yes | R, H |
| | | Complaint: Nielsen Electronics Inst. v. SFC & Yao U.S. Dist. Court of Delaware Case No. 99-285 dated May 6, 1999 | | Yes | R, H |
| | | First Amended Complaint: Nielsen Electronics Inst. v. SFC & Yao U.S. Dist. Court of Delaware Case No. 99-285 dated November 1999 | | Yes | R, H |
| | | Complaint for Breach of Contract, Declaratory Judgment, Fraud, Negligent Misrepresentation, Recovery of Preferential Transfers and Other Relief: SFC v. Across America Inc. et al. Bankruptcy Court Dist. Of Delaware Case No. 02-11620 dated November 14, 2002 | | Yes | R, H |
| | | Affidavit of William Hibberd: PNC Bank, N.A. v. Royal Indemnity Superior Court State of Delaware New Castle County Case No. 02-09 217 dated November 14, 2002 | | Yes | H |
| | | Complaint: Premier Education Group et al. v. Yao Court of Common Pleas Montgomery County (no case no. provided) dated April 2004 | | Yes | R, H |
| | | Amended Complaint: Stanziale v. Royal U.S. Dist. Court of Delaware Case No. 02-11620 dated April 15, 2004 | | Yes | R, H, 403 |
| | | Complaint To Avoid and Recover Fraudulant Transfers: Stanziale v. Royal Indemnity Bankruptcy Court Dist. Of Delaware Case No. 02-11620 dated April 15, 2004 | | Yes | R, H, 403 |
| | | Amended Complaint: Premier Education Group et al. v. Yao Court of Common Pleas Montgomery County Case No. 04-07474 dated July 19, 2004 | | Yes | R, H |
| | | Complaint: Stanziale v. McGladrey & Pullen LLP Bankruptcy Court District of Delaware Case No. 02-11620 dated December 22, 2004 | | Yes | R, H |
| | | Motion For Leave To File Crossclaim and Counterclaim: Royal Indemnity v. Commercial Driver Inst. U.S. Dist. Court for the Middle Dist. Of Tenn. Nashville Division Case No. 3-04-0107 dated December 23, 2004 | | Yes | R, H |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

[Exhibit 15]
## 2nd SUPPLEMENTAL WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS
H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| | | |
|---|---|---|
| Amended Complaint: Stanziale v. Truck Driver Inst., et al. Bankruptcy Court District of Delaware Case No. 02-11620 dated April 5, 2005 | Yes | R, H |
| Second Amended Answer and Counterclaim of MP III Holdings Inc.: Royal Indemnity v. T.E. Moor & Co. et al. Dist. Court of Jefferson County, Texas 58th Judicial District Cause No. D167370 dated August 16, 2005 | Yes | R, H |
| Summons/ Complaint: Executive Risk v. Pepper Hamilton LLP Supreme Court State of New York, N.Y. County Case No. 05603624 dated Oct. 12, 2005 | Yes | R, H |
| First Amended Complaint: Stanziale v. Pepper Hamilton LLP U.S. Dist. Court of Delaware Case No. 02-11620 dated Jan. 23, 2006 | Yes | R, H |
| Amended Complaint: Stanziale v. McGladrey & Pullen LLP U.S. Dist. Court of Delaware Case No. 05-00072 dated Jan. 23, 2006 | Yes | R, H |
| Notice of Motion & Motion of Chapter 7 Trustee Charles A. Stanziale, Jr. To Approve A Settlement Agreement with McGladrey & Pullen, LLP Freed Maxick & Battaglia CPA's PC, Freed Maxick Sachs & Murphy, P.C. and Michael Aquino: Stanziale v. McGladrey & Pullen LLP Bankruptcy Court Dist. Of Delaware Case No. 02-11620 dated Aug. 21, 2007 | Yes | R, H |
| Affidavit of William Hibberd in the case of Royal Insurance Co. v. T.E. MOOR in the District Court of Jefferson County, TX, 58th Judicial District. Case No. D167370 dated March 22, 2004 | Yes | R |
| Affidavit of William Hibberd In Opposition to McGladrey Pullen, LLP's Motion to Compel the Production of Documents dated Nov. 15, 2006 | Yes | R |
| Declaration of William Hibberd (in Opposition to Plaintiff's Motion for Partial Summary Judgment) in the case of MBIA Insurance v. Royal Insurance Co. Case No. 02-1294 in the U.S. District Court for the District of Delaware dated Dec. 10, 2002 | No | |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

[Exhibit 15]
## 2nd SUPPLEMENTAL WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS
H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| | | |
|---|---|---|
| Supplemental Declaration of William Hibberd, in case of MBIA Insurance v. Royal Insurance Co. in U.S. District Court for the District of Delaware dated 3/3/2003 | No | |
| Declaration of William Hibberd In Opposition to Plaintiff's Motion for Partial Summary Judgment in case of Wilmington Trust of PA. v. Royal Insurance Co. Case No. 02-1361 in the U.S. District Court for the District of Delaware dated April 17, 2003 | No | |
| Second Supplemental Declaration of William Hibberd for MBIA Insurance v. Royal Insurance Co. v. PNC in the U.S. District Court, District of DE., Case No. 02-1294-JJF dated June 12, 2003 | No | |
| In re SFC: U.S. Bankruptcy Court for the District of Delaware, Case No. 02-11620: Declaration of William Hibberd in Support of Royal Insurance Co. Motion for an Order Appointing a Chapter 11 Trustee or in the Alternative Converting the Case to One Under Chapter 7 dated Sept. 2, 2003 | No | |
| Declaration of Tony McKenzie In Support of Royal Insurance Co. Motion For Release of Appellate Collateral dated April 24, 2006 | Yes | R |
| Declaration of Tony McKenzie in Opposition to Plaintiffs' Motion for Summary Judgment on the Issues Remanded by the Court of Appeals in MBIA Insurance v. Royal Insurance Co., in the U.S. District Ct. of Delaware, Case No. 02 -1294 dated May 16, 2006 | No | |
| Deposition of Sean Beatty (Royal v. SFC) dated May 22, 2007 | Yes | R, H |
| Deposition of Stephen Mulready (Royal v. T.E. Moor) dated April 23, 2007 | Yes | R, H |
| Deposition of Benjamin Rood (Royal v. T.E. Moor) dated April 12, 2007 | Yes | R, H |
| Deposition of Gerald Bushey (Royal v. T.E. Moor) dated April 9, 2007 | Yes | H, R |
| Deposition of William Hibberd (In Re: SFC) dated February 19, 2007 | Yes | H, R |
| Deposition of Diane Messick (Royal v. T.E. Moor) dated December 21, 2006 | Yes | H, R |

[Exhibit 15]
**2nd SUPPLEMENTAL WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS**
H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| | | |
|---|---|---|
| Deposition of John Tighe (Royal v. T.E. Moor) dated December 12, 2006 | Yes | H, R |
| Deposition of William Hibberd (Royal v. T.E. Moor) dated October 27, 2006 | Yes | H, R |
| Deposition of Diane Messick (Royal v. T.E. Moor) dated August 8, 2006 | Yes | H, R |
| Deposition of Tony McKenzie (Royal v. T.E. Moor) dated July 14, 2006 | Yes | H, R |
| Deposition of Diane Messick (Royal v. T.E. Moor) dated February 7, 2006 | Yes | H, R |
| Deposition of Tony McKenzie (Royal v. Commercial Driver Institute) dated July 20, 2005 | Yes | H, R |
| Deposition of Robert Van Epps (Royal v. T.E. Moor) dated June 29, 2005 | Yes | H, R |
| Deposition of John Tighe (Royal v. T.E. Moor) dated June 27, 2005 | Yes | H, R |
| Deposition of William Spears (Royal v. T.E. Moor) dated April 14, 2005 | Yes | RL, O, 403, H |
| Deposition of David Pauker (Royal v. Delta Career Institute of Beaumont, Inc.) dated April 5, 2005 | Yes | R, O, 403, H |
| Deposition of William Hibbered (Royal v. T.E. Moor) dated March 24, 2005 | Yes | H, R |
| Deposition of David F. King (Royal v. Coastal College) dated March 23, 2005 | Yes | H, R |
| Deposition of Tony McKenzie (Royal v. T.E. Moor) dated March 17, 2005 | Yes | H, R |
| Deposition of Tony McKenzie (Royal v. T.E. Moor) dated March 16, 2005 | Yes | H, R |
| Deposition of Diane Messick (Truck Driver Institute v. SFC) dated July 14, 2004 | Yes | H, R |
| Deposition of Gil Chandler (In Re: CMC) dated April 13, 2004 | Yes | H, R |
| Deposition of Tony McKenzie (In Re: CMC) dated January 23, 2004 | Yes | H, R |
| Deposition of Edwin David Schneider (In Re: CMC) dated January 22, 2004 | Yes | R, 403, H |
| Deposition of William Spears (In Re: SFC) dated August 29, 2003 | Yes | R, H |
| Deposition of William Hibberd (In Re: SFC) dated August 22, 2003 | Yes | R, H |
| Deposition of Diane Messick (In Re: SFC) dated February 12, 2003 | Yes | R, H |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

[Exhibit 15]

**2nd SUPPLEMENTAL WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS**

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

|  | | | |
|---|---|---|---|
|  | Deposition of Robert Van Epps (In Re: CMC) dated August 27, 2003 | Yes | R, 403 |
|  | Royal Indemnity Co. - Trustee - Pepper Hamilton LLP - Gagne Settlement Agreements | No | |

[Exhibit __]

## WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 1 | 11/13/00 Email from SLS File Server, Message0214, "Oct. 2000 Weekly Files for GT 2000-2" | | | N | |
| 2 | 11/28/01 Email from SLS File Server, Message0077, "Gt 2000-2 11-19-01" | | | N | |
| 3 | 11/28/01 Email from SLS File Server, Message0078, "Weekly Transaction" | | | | Awaiting Document |
| 4 | 2/12/01 Email from SLS server, Message0004, "January GT 2000-4 Servicer Report" | | | Y | |
| 5 | 3/21/00 Email from SLS server, Message4315, "Pooling and Servicing Agreement Comments" | | | Y | H, R |
| 6 | 8/1/01 Email from SLS File Server, Message0072, "Wells Fargo Servier Files" | | | Y | R, 403, C, H |
| 7 | 8/1/01 Email from SLS File Server, Message0073, "Well Fargo Files" | | | Y | H, C |
| 8 | 8/1/01 Email from SLS File Server, Message0073, "Well Fargo Files" | | | Y | H, C |
| 9 | 8/1/01 Email from SLS File Server, Message2611, "Wells Fargo Servier Files" | | | Y | H |
| 10 | 8/1/01 Email from SLS File Server, Message4166, "Wells Fargo Servier Files" | | | Y | H |
| 11 | 8/2/01 Email from SLS File Server, Message4101, "Well Fargo Monthly file Template" | | | Y | H |
| 12 | 8/2/01 Email from SLS File Server, Message4102, "Well Fargo Files" | | | Y | H |
| 13 | FITCH-SFC 008100-81 | Draft of Pooling and Servicing Agreement between SFC and Norwest Bank, dated December 16, 1999 | | Y | R, C, H |
| 14 | GT 01453-563 | | | Y | R |
| 15 | GT2001-1Monthly.mdb | | | N | |
| 16 | GT2001-1Monthly[18671].mdb | | | N | |
| 17 | GT2001-1Monthly[18788].mdb | | | N | |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex 15.XLS                                                                                                    1

[Exhibit ___]

# WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 18 | GT2001-1Monthly[254973].mdb | | | N | |
| 19 | GT2-1 WeeklyEmailCompacted.mdb | | | N | |
| 20 | GT2-2 Oct Weeklies[3858].mdb | | | N | |
| 21 | GT2-2 WeeklyEmail 11-19.mdb | | | N | |
| 22 | GT2-2 WeeklyEmail 11-19.mdb | | | N | |
| 23 | GT2-2 WeeklyEmail 11-19[251800].zip | | | N | |
| 24 | GT2-2 WeeklyEmail 11-19[251804].zip | | | N | |
| 25 | GT2-2 WeeklyEmail11-26[251807].zip | | | N | |
| 26 | GT2-2 WeeklyEmailCompacted.mdb | | | N | |
| 27 | GT2-3 WeeklyEmailCompacted.mdb | | | N | |
| 28 | GT2-4 WeeklyEmailCompacted.mdb | | | N | |
| 29 | GT2-4 WeeklyEmailConvert[18674].mdb | | | Y | H |
| 30 | GT2-4 WeeklyEmailConvert[254975].mdb | | | Y | H |
| 31 | GT2K1-1 WeeklyEmailCompacted.mdb | | | N | |
| 32 | GT2K1-2 WeeklyEmailCompacted.mdb | | | N | |
| 33 | GT2K1-3 WeeklyEmailCompacted.mdb | | | N | |
| 34 | IBG 09773-5 and ROY 091501-2 | December 18, 2000 Final Exception Report SFC 2000-4; E-mail from Joe Domal to Mary Pace, dated February 18, 2000, forwarding e-mails re: versions of the Cash Escrow Agreement; and E-mail from Lori Swanell to G. Hawthorne, etc., dated December 18, 2000 re: SFC 2000-4 Exception Report | | Y | R, H |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

[Exhibit ___]

## WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 35 | MBIA0044113-97 | E-mail from J. Boericke to Andrew Yao, etc., dated April 4, 2000, attaching revised draft of P&S Agreement among SFC, Finova and Nofrwest | | Y | R |
| 36 | MBIA0046736 | E-mail from Lori Swanell of WellsFargo to G. Hawthorne, etc., dated December 18, 2000, re: SFC 2000-4 Exception Report | | Y | H |
| 37 | MBIA0056237 | e-MAIL FROM Robert Blake to Leo Roland, dated July 25, 2001 and attached e-mail from Lori Swanell re: SFC 2001-2 Back-Up Servicing Agreement | | Y | H |
| 38 | MBIA0075820-1 | Wells Fargo Final Exception Report for SFC 2001-2, dated August 17, 2001 | | Y | C |
| 39 | OT2K1-A WeeklyEmailCompacted.mdb | | | N | |
| 40 | PH 021997-22013 | Insurance Agreement | | N | |
| 41 | PH 043050 | E-mail from Sheilah D. Gibson to Roderick Gagne and J. Bradley Boericke, dated October 29, 2001, re: Comment from Lori regarding PSA | | Y | R, H |
| 42 | PH 067738-41 | E-mail from J. Bradley Boericke to A. Francis and Andrew Yao, dated March 17, 2000, attaching Norwest Comments on March 1, 2000 version of P&S Agreement | | Y | R, H |
| 43 | PH 069237, 69265-6, 69271-2, 69307-8 & 69312-4 | Selected pages from draft of Pooling and Servicing Agreement between SFC and Norwest Bank, dated February 6, 2000 | | Y | R, H, C |
| 44 | PH 069503, 69534-5 & 69574 | Selected pages from draft of Pooling and Servicing Agreement between SFC and Norwest Bank, dated December 16, 1999 | | Y | R, H, C |
| 45 | PH 069605 & 69674 | Selected pages from draft of Pooling and Servicing Agreement between SFC and Norwest Bank, dated December 3, 1999 | | Y | R, C |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex 15.XLS                                                                                                            3

[Exhibit___]

# WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 46 | PH 074739-873 | Draft of Pooling and Servicing Agreement between First Trust Bank and Trustee re: Student Loan 1994-1 Grantor Trust, dated July 13, 1994 | | Y | H, R |
| 47 | PH 084777 | Handwritten notes dated July 18, 2000 re: telephone conference with B. Boericke re: SFC | | Y | H, R |
| 48 | PH 084792 | Handwritten notes dated February 15, 2000 re: telephone conference with B.B. and R.G. re: Norwest deal | | Y | H, R |
| 49 | PH 084866 | E-mail from Marianna C. Stershic of Norwest Bank to B. McDonald, R. Gagne and J. Boericke, dated February 4, 2000 re: comments to the SFC documents | | Y | H, R |
| 50 | PH 084866 | E-mail from Marianna C. Stershic of Norwest Bank to B. McDonald, R. Gagne and J. Boericke, dated February 4, 2000 re: comments to the SFC documents | | Y | H |
| 51 | PH 084880 | Handwritten notes dated February 1, 2000 re: telephone conference with Mike Reeslund re: SFC | | Y | H, R |
| 52 | PH 086000-23 | Fax from Barbara McDonald of Pepper Hamilton to Rod Gagne and Brad Boericke, dated February 9, 2000, attaching blacklined draft of P&S Agreement between SFC, Finova and Norwest | | Y | H, R |
| 53 | PH 086024-94 | Fax from Michael Reeslund, Esq. of Dorsey & Whitney to Brad Boericke, dated January 10, 2000, attaching combined comments of the Trustee and Dorsey and Whitney on P&S Agreement between SFC and Norwest Bank | | Y | H, R |
| 54 | PH 85337-427 | Blacklined draft of P&S Agreement between SFC, Finova and Norwest, dated march 10, 2000 | | Y | H, R |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

[Exhibit ___]

## WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 55 | PH 86024-94 | Fax from Michael E. Reeslund, Esq. of Dorsey & Whitney to Brad Boericke of Pepper Hamilton, dated January 10, 2000, attaching combined comments of the Trustee and Dorsey & Whitney to the draft of Pooling and Servicing agreement between SFC and Norwest Bank | | Y | H, R |
| 56 | PNC0020462-5 | Letter of understanding between Mitchell M. Wilf of Goldenberg Rosenthal and David Vanaskey of Wilmington Trust Co., dated July 29, 1999 re: Verification Agent procedures, and handwritten notes re: SFC audit | | Y | H, R |
| 57 | PNC0021029-39 | Amended and Restated Document Custody Agreement as of May 15, 2001, among Market Street Fyunding Corp., PNC Bank, SFC II, SLS and Wells Fargo | | Y | H, R |
| 58 | PNC0027179 | E-mail from Mark Merrill to Roger Saylor and Jason Sising of CorpBank, dated December 14, 2000, attaching e-mail from Pamela Brill re: comments on the montly servicing report | | Y | H, R |
| 59 | ROY 007992-8097 | | | Y | R |
| 60 | ROY 009720-841 | | | Y | R |
| 61 | ROY 009842- 10138 | | | N | |
| 62 | ROY 013104-253 | | | Y | R |
| 63 | ROY 014832-972 | | | Y | R |
| 64 | ROY 014974-5288 | | | N | |
| 65 | ROY 017024-162 | | | Y | R |
| 66 | ROY 019736-839 | | | Y | R |
| 67 | ROY 053699-708 | Subservicing Agreement as of May 3, 2002 between SLS and Wells Fargo Bank Minnesota | | N | |
| 68 | ROY 081255-6 | E-mail from J. Boericke to Gregory Schaecher of Kutak Rock, dated April 4, 2000 and string of e-mails re: SFC Grantor Trust, Series 2000-1 | | Y | R, H |
| 69 | ROY 100890-1 & 100905-6 | E-mail from Lori Swanell of Norwest to Andrew Murad, etc., dated October 6, 2000, attaching Updated Exception Report 10/6 | | Y | R, H |
| 70 | ROY072392-73572 | | | N | |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex 15.XLS                                                                                                    5

[Exhibit __]

## WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 71 | ROY-R 017959-62 | SFC Loss Analysis | | Y | R, H, O |
| 72 | S 044018-20 | E-mail from Patricia Kartha to Andrew Yao, dated March 19, 1998 re: conversation with Chris Browne at Bankers Trust and phone book entry re: message from Chris Browne | | Y | R, H |
| 73 | S 044021-3 | Letter from W. Roderick Gagné of Pepper Hamilton to Pat Kartha, dated May 8, 1998 re: Bankers Trust Inquiries | | Y | R, H |
| 74 | S 044024 | E-mail from Patricia Kartha to Andrew Yao, dated April 27, 1998 re: conversation with Peter Freitag from Prudential | | Y | R, H |
| 75 | S 044048-9 | Letter from Christopher J. Browne of Bankers Trust Co. to Andrew Yao, dated October 27, 1997 re: Pooling and Servicing agreement as of August 30, 1996 between SFC and Bankers Trust | | Y | R, H |
| 76 | S044037-43 | Letter from Andrew Yao to Christopher Browne of Banker's Trust Co., dated January 12, 1998 re: re: Pooling and Servicing agreement as of August 30, 1996 between SFC and Bankers Trust | | Y | R, H |
| 77 | SFC 008721-3 | SFC Securitization Proces Overview as of January 20, 1998 | | Y | R, H |
| 78 | SFCIM 016585 | | | Y | H |
| 79 | SFCIM016583 | SFC Grantor Trust, 2000-1, Section 3.8(a) | | Y | H, R |
| 80 | SWH 006052-9 | Checklist re: SFC V Poll Cut Due Diligence | | Y | H |
| 81 | SWH 006713-7 | Handwritten notes re: Wells Fargo | | Y | H |
| 82 | WellFargoMasterGT2000_5Convert[18676].mdb | | | Y | H |
| 83 | WellFargoMasterGT2000_5Convert[254977].mdb | | | Y | H |
| 84 | WFB 0000010-424 | | | N | |
| 85 | WFB 0003364-817 | | | Y | R |
| 86 | WFB 0004925-5307 | | | Y | R |
| 87 | WFB 0008021-424 | | | N | |
| 88 | WFB 0009657-10096 | | | N | |
| 89 | WFB 0011233-343 | | | Y | R |
| 90 | WFB 0011553-602 | | | | |
| 91 | WFB 0013089-699 | | | | |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex 15.XLS

6

[Exhibit ___]

# WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H – Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 92 | WFB 0013693-9 | Fax from Marianna of Norwest Bank Minnesota to Michael Nemelka of FINOVA, dated January 5, 2000, attaching a sample of exhibit re: summary of services to be used for SFC deal | | Y | H |
| 93 | WFB 0013693-9 | Fax from Marianna of Norwest Bank Minnesota to Michael Nemelka of FINOVA, dated January 5, 2000, attaching a sample of exhibit re: summary of services to be used for SFC deal | | Y | H |
| 94 | WFB 0013701-4243 | | | N | |
| 95 | WFB 0014245-816 | | | N | |
| 96 | WFB 0014818-5530 | | | N | |
| 97 | WFB 0016107-701 | | | N | |
| 98 | WFB 0016703-7279 | | | N | |
| 99 | WFB 0017250-6 | Secondary Review re: SFC 2001-3, dated February 5, 2002 | | N | |
| 100 | WFB 0017281-8203 | | | N | |
| 101 | WFB 0018203A-26938 | | | N | |
| 102 | WFB 0019134-588 | | | N | |
| 103 | WFB 0020236-619 | | | N | |
| 104 | WFB 0020620-915 | | | N | |
| 105 | WFB 0021546-715 | | | N | |
| 106 | WFB 0021716-2010 | | | N | |
| 107 | WFB 0022613-778 | | | N | |
| 108 | WFB 0022779-3062 | | | N | |
| 109 | WFB 0023580-94 | Grantor Trust 2001-1 Monthly Servicer Report | | | |
| 110 | WFB 0024546-863 | | | N | |
| 111 | WFB 0027166 | Student Finance 2000-1, 2000-2, 2000-3, 2000-4, 2001-1, 2001-2, 2001-3 -- information and download procedures | | N | |
| 112 | WFB 0027167-516 | | | Y | C, H |
| 113 | WFB 0027224 | Grantor Trust 2000-2 Comparison Sheet | | Y | H, C |
| 114 | WFB 0027376 | Grantor Trust 2001-1 Comparison Sheet | | Y | H, C |
| 115 | WFB 0027750-1 | Trust Procedures; Student Fiance Corp 2001-3 | | Y | H |
| 116 | WFB 0031940-1 | Trust Procedures; Student Fiance Corp 2001-3 | | Y | H |
| 117 | WFB 0037381-2 | E-mail from Roderick Gagne to Andrea Murad, etc., dated October 5, 2000 re: Exception Report 10/5 | | Y | R, H |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex 15.XLS                                                                                7

[Exhibit __]

# WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 118 | WFB 0037946-7 | E-mail from Lori Swanell to Lori Swanell, dated July 22, 2001, fowarding string of e-mails re: SFC/Potter | | Y | R, H |
| 119 | WFB 0038037 | E-mail from Rick Potter to eileen O'Connor and Lori Swanell, dated October 3, 2001 re: SeaWest and SFC | | Y | H |
| 120 | WFB 0038204-5 | E-mail from Lori Swanell to James Willoughby, dated November 28, 2001 re: SFC acceptance fees | | Y | H |
| 121 | WFB 0038218-26 | E-mail from Rick Potter to Howland Redding, dated January 4, 2002, attaching December invoice for back-up services | | N | |
| 122 | WFB 0038339-47 | E-mail from Angela Herrin to Howland Redding, dated February 11, 2002, attaching January '02 invoices | | N | |
| 123 | WFB 0038350-8 | E-mail from Angela Herrin to Howland Redding, dated March 7, 2002, attaching February '02 invoices | | N | |
| 124 | WFB 0044808 | E-mail from James Willoughby to Lori Swanell, dated February 22, 2002 re: GT 2000-1 disc and string or e-mails re: same | | Y | H |
| 125 | WFB 0044878-80 | E-mail from Howland Redding to Denise L. Marsolek, dated October 19, 2001, attaching SFC Quarterly Delinquency Report | | Y | H |
| 126 | WFB 0044918-9 | Letter from Peter H. Glerum of Norwest Bank Minnesota to Robert Faix of SFC, dated August 24, 1999 re: upcoming due diligence visit | | Y | H |
| 127 | WFB 0045318 | | | N | |
| 128 | WFB 0045318, 45397, 45475 & 45451 | Letters from Richard Potter to Lori Swanell, dated March 28, 2002 re: SFC Series 2000-1, 2000-2, 2000-3 and 2001-1 pursuant to the Back up Servicing Agreement | | Y | H, R, O |
| 129 | WFB 0045397 | | | N | |
| 130 | WFB 0045451 | | | N | |
| 131 | WFB 0045475 | | | N | |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

[Exhibit __]

# WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 132 | WFB 0046748-51 | Handwritten notes re: SFC conference call dated October 17 | | Y | R, H, A |
| 133 | WFB 0051443-5 | Memorandum from Jim Thomes to SFC File, dated April 12, 2002 re: summary of phone call re: questions which arose between WR AA and WFFSS re: the pools' loan delinquency performance and handwritten notes re: April 16, 2002 conference call | | Y | H, R |
| 134 | WFB 0051681-696 | | | N | |
| 135 | WFB 0052095-6 | Norwest Comments on March 1, 2000 version of P&S Agreement | | Y | H, A, R |
| 136 | WFB 0055297 | E-mail from Andy Mears to Jim Thomes, dated April 15, 2002 and attached e-mail from Randy Yarrow re: WFFCAR - Student Loan Data Information | | Y | R, H |
| 137 | WFB 0055371 | Handwritten notes re: payment due dates and costing priority | | Y | R, H, A, C |
| 138 | WFB 0060044-7 | E-mail from David Slaughter to Jim Thomes and Andy Mears, dated April 18, 2002, and string of e-mails, attaching revised WFF Risk Management Analysis re: Student finance contractual deliquency data as of 02/28/02 | | Y | R, H |
| 139 | WFB 0061901-5 | E-mail from David Slaughter to Jim Thomes and Andy Mears, dated April 18, 2002, and string of e-mails, attaching WFF Risk Management Analysis re: Student finance contractual deliquency data as of 02/28/02 | | Y | R, H |
| 140 | WFB 006435-7 | E-mail from David Slaughter to Don Lincoln, dated April 24, 2002 and e-mail from Don Lincoln, attaching Student Finance Delinquency Discrepancy Report as of 2/28/02 | | Y | R, H |
| 141 | WFB 006558-851 | | | N | |
| 142 | WFB 0065959 | | | Y | H, R |
| 143 | WFB 0067382-384 | | | Y | R, H |
| 144 | WFB 44814 | E-mail from Lori Swanell to Lori Swanell, dated April 2, 2002 re: SFC issues - WFFCAR | | Y | R, H |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex 15.XLS

9

[Exhibit __]

## WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 145 | WFB0167373-4 | Norwest Comments on SFC Grantor Trust 2000-1 | | Y | R, H |
| 146 | WFBCD1016 | | | N | |
| 147 | WFBCD1017 | | | N | |
| 148 | WFBCD1017 | Grantor Trust 2000-2 Defaulted Loans Schedule | | N | |
| 149 | WFBCD1017 | Grantor Trust 2000-2 Delinquency Aging Report | | N | |
| 150 | WFBCD1018 | | | N | |
| 151 | WFBCD1019 | | | N | |
| 152 | WFBCD1020 | | | N | |
| 153 | WFBCD1020 | Grantor Trust 2001-1 Defaulted Loans Schedule | | N | |
| 154 | WFBCD1020 | Grantor Trust 2001-1 Delinquency Aging Report | | N | |
| 155 | WFBCD1021 | | | N | |
| 156 | WFBCD1022 | | | N | |
| 157 | WFBCD1023 | | | N | |
| 158 | WFF 0000582-3 | E-mail from Randy Yarrow to Andy Mears and James Willoughby, dated April 30, 2002 and e-mail from David Slaughter, attaching WFF Risk Management Analysis re: Student finance contractual delinquency data as of 2/28/02 | | Y | R, H |
| 159 | WFF 0004284 | E-mail from Dianna Turner to Tim Mundell, dated April 25, 2002 re: primary servicer of SFC portfolio | | Y | R, H |
| 160 | WFF 0004285 | E-mail from Dianna Turner to James Willoughby, dated April 29, 2002 re: SFC monthly and weekly CD's | | Y | R, H |
| 161 | WFF 0004295 | E-mail from Dianna Turner to John Pitcher, dated May 2, 2002 re: SFC investor due data | | Y | H |
| 162 | WFF 0009671-2 | E-mail from Cory Koester to Wendy Nurse dated December 4, 2001 re: Wells Fargo Weekly Transaction and string of e-mails re: same | | Y | H |
| 163 | WFF 0009707-11 | E-mail from Dianna Turner to Cory Koester, dated January 18, 2001 re: Month End Data and string of e-mails re: same | | Y | H |
| 164 | WFF 0009712-4 | E-mail from Dianna Turner to Lori Swanell, dated January 21, 2002 re: SFC monthly data and string of e-mails re: same | | Y | H |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex 15.XLS

10

[Exhibit ___]

# WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 165 | WFF 0009719 | E-mail from Dianna Turner to James Willoughby, Rick Potter and Andy Mears re: monthly fles for back-up servicing | | Y | H |
| 166 | WFF 0009730-3 | E-mail from Lori Swanell to Cory Koester and Lori Swanell, dated February 8, 2002 re: Web access to SFC Servicer Reports and string of e-mails re: same | | Y | H |
| 167 | WFF 0009744 | E-mail from Dianna Turner to James Willoughby and Cory Koester, dated March 20, 2002 and attached e-mail from James Willoughby re: Annual Statement as to Compliance | | Y | R, H |
| 168 | WFF 0009765 | E-mail from Cory Koester to James Willoughby, dated April 17, 2002 re: SFC Contact and weekly/monthly files | | Y | R, H |
| 169 | WFF 0009766-7 | E-mail from James Willoughby to Cory Koester, dated April 19, 2002 re: SFC contact and weekly/monthly files and string of e-mails re: same | | Y | R, H |
| 170 | WFF 0009773 | E-mail from Cory Koester to Howland Redding, dated December 31, 2001 and attached e-mail from Howland Redding re: monthly servicing | | Y | H |
| 171 | WFF 0009776-7 | E-mail from Howland Redding to Cory Koester, dated February 20, 2002 re: monthly backup servicing files and string of e-mails re: same | | Y | H |
| 172 | WFF 0009778-9 | E-mail from Cory Koester to Howland Redding and Cory Koester, dated February 28, 2002 re: GT 1 CD and string of e-mails re: same | | Y | H |
| 173 | WFF 0009781 | E-mail from Howland Redding to Cory Koester, dated March 19, 2002 and attached e-mail from Cory Koester re: February month end CD's | | Y | R, H |
| 174 | WFF 0009782 | E-mail from Cory Koester to Howland Redding and Dianna Turner, dated April 17, 2002 and attached e-mail from Marc Conquest re: Weekly Transmission | | Y | R, H |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex  15.XLS

11

[Exhibit __]

## WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 175 | WFF 0009786 & 9788-9 | E-mail from Marc Conquest to Cory Koester, dated May 1, 2002 re: weekly transmission and string of e-mails re: same | | Y | R, H |
| 176 | WFF 0009791 | E-mail from Cory Koester to Marc Conquest, Cory Koester and Rob Schrof, dated May 14, 2002 re: weekly transmissions and string of e-mails re: same | | Y | R, H |
| 177 | WFF 0009792-3 | E-mail from Cory Koester to Aaron Mowbray, dated June 11, 2002 re: April '02 invoices and string of e-mails re: same | | Y | R, H |
| 178 | WFF 0009794 | E-mail from Cory Koester to Marc Conquest and Rob Schrof, dated June 4, 2002 and attached e-mail from Marc Conquest re: weekly transmissions | | Y | R, H |
| 179 | WFF 0011472-479 | | | Y | R, H, C |
| 180 | WFF 0011472-9 | List of Files Received each Month from SFC | | Y | H |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

[Exhibit ___]

# WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 181 | WFF 0011480-485 | | | Y | C |
| 182 | WFF 0011480-5 | Back-Up Servicing Checklist - Monthly Summary Template | | Y | C |
| 183 | WFF 0808609-610 | | | Y | H |
| 184 | WFF 0811527-542 | | | Y | H, R |
| 185 | WFF 0811564-566 | | | Y | H |
| 186 | WFFCD0001 | | | N | |
| 187 | WFFCD0002 | | | N | |
| 188 | WFFCD0003 | | | N | |
| 189 | WFFCD0004 | | | N | |
| 190 | WFFCD0005 | | | N | |
| 191 | WFFCD0006 | | | N | |
| 192 | WFFCD0025 | | | N | |
| 193 | WFFCD0041 | Printouts of Excerpts from Monthly Back-Up Servicing Tape | | N | |
| 194 | WFFCD0060 | Printouts from Weekly Back-Up Servicing Tape | | N | |
| 195 | WFFCD0070 | | | N | |
| 196 | WFFCD0077 | | | N | |
| 197 | WFFCD0086 | | | N | |
| 198 | WFFCD0087 | | | N | |
| 199 | WFFCD0092 | | | N | |
| 200 | WFFCD0093 | | | N | |
| 201 | WFFCD0094 | | | N | |
| 202 | WFFCD0099 | | | N | |
| 203 | WFFCD0105 | | | N | |
| 204 | WFFCD0110 | | | N | |
| 205 | WFFCD0111 | | | N | |
| 206 | WFFCD0113 | | | N | |
| 207 | WFFCD0114 | | | N | |
| 208 | WFFCD0115 | | | N | |
| 209 | WFFCD0116 | | | N | |
| 210 | WFFCD0117 | | | N | |
| 211 | WFFCD0118 | | | N | |
| 212 | WFFCD0119 | | | N | |
| 213 | WFFCD0123 | | | N | |
| 214 | WFFCD0124 | | | N | |
| 215 | WFFCD0132 | | | N | |
| 216 | WFFCD0140 | | | N | |
| 217 | WFFCD0148 | | | N | |
| 218 | WFFCD0156 | | | N | |
| 219 | WFFCD0164 | | | N | |
| 220 | WFT 13004-42 | Subservicing Agreement as of June 1, 2002 between Wells Fargo Financial Servicing Solutions and Wells Fargo Bhank Minnesota | | N | |
| 221 | WFT 43802-13 | | | N | |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

[Exhibit __]

# WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 222 | WFT 45217-27 | Back-Up Servicing Agreement between Wells Fargo Minnesota and Wells Fargo Financial American as of October 1, 2001, Series 2000-1 | | N | |
| 223 | WFT 45229-41 | | | N | |
| 224 | WFT 45243-54 | Back-Up Servicing Agreement between Wells Fargo Minnesota and Wells Fargo Financial American as of October 1, 2001, Series 2000-2 | | N | |
| 225 | WFT 45270-81 | Back-Up Servicing Agreement between Wells Fargo Minnesota and Wells Fargo Financial American as of October 1, 2001, Series 2000-3 | | N | |
| 226 | WFT 45297-308 | Back-Up Servicing Agreement between Wells Fargo Minnesota and Wells Fargo Financial American as of October 1, 2001, Series 2000-4 | | N | |
| 227 | WFT 45310-21 | Back-up Servicing Agreement between Wells Fargo Minnesota and Wells Fargo Financial American as of April 1, 2001, Series 2001-1 | | N | |
| 228 | WFT 45323-34 | Back-Up Servicing Agreement between Wells Fargo Minnesota and Wells Fargo Financial American as of August 1, 2001, Series 2001-2 | | N | |
| 229 | WFT 45336-47 | Back-Up Servicing Agreement between Wells Fargo Minnesota and Wells Fargo Financial American as of November 1, 2001, Series 2000-3 | | N | |
| 230 | WFT 45802-13 | Back-Up Servicing Agreement between Wells Fargo Minnesota and Wells Fargo Financial American as of October 1, 2001, SFC Owner Trust 2001-I | | N | |
| 231 | WSFC 0085680-686 | | | Y | H, R |
| 232 | WSFC 0090668-706 | | | N | |
| 233 | WSFC 0411455-70 | | | N | |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex 15.XLS

14

[Exhibit __]

# WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 234 | WSFC0085680-8 | Memorandum re: Collateral Management Capacity; Letter from Northwest Banks to Robert Faix of SFC, dated September 10, 1999 re: servicing transition, attaching SFC Contingency Plan Outline; Faxes from Robert Faix to Sharon Asch of Moody's and Scott Schauer of John W. Loofbourrow Associates, dated September 14 and 13, 1999, respectively; and handwritten notes re: items needed by Norwest | | Y | C, H, O |
| 235 | | Structured Finance Special Report by Moody's Investors Service dated August 8, 1997, "Warming Up to Backup Servicing: Moody's Approach" | | Y | H |
| 236 | WFB 0044918 | Letter from Peter H. Glerum of Norwest Bank Minnesota to Robert Faix of SFC, dated August 24, 1999 re: upcoming due diligence visit | | Y | H, C |
| 237 | SLS Server | E-mail from Lori Swanell of Norwest to Eric Ruple and Michael Nemelka of Finova, dated December 5, 2000, re: SFC 2000-4 closing | | | Awaiting Document |
| 238 | SLS Server | E-mail from Stephanie Scola to Peter Klein, dated May 9, 2001 and string of e-mails re: Delinquency Aging | | Y | H |
| 239 | SLS Server | E-mail from Dianna Turner to James Willoughb y and Cory Koester, dated March 20, 2002, and attached e-mail from James Willoughby re: Annual Statement as to Compliance | | | Awaiting Document |
| 240 | SLS Server | E-mail from Diane Messick to Gary Hawthorne, dated October 31, 2000, forwarding e-mail from Stephanie Scola re: status of backup servicer transmissions | | | Awaiting Document |
| 241 | SLS Server | E-mail from Diane Messick to Randall Noga, dated November 3, 2000 re: status of backup servcicer transmissions and string of e-mails re: same | | N | |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex 15.XLS

15

[Exhibit __]

# WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 242 | SLS Server | E-mail from Stephanie Scola to Diane Messick, dated November 11, 2000 re: Finova and GT 2000-3 | | | Awaiting Document |
| 243 | SLS Server | E-mail from David Aksim to Stephanie Scola, dated April 12, 2001 re: GT2000-4 files for February | | N | |
| 244 | SLS Server | Printout of memoranda database, dated April 26, 2007 | | | Awaiting Document |
| 245 | SLS Server | E-mail from Stephanie Scola to Howland Redding, dated May 31, 2001, forwarding e-mail from P. Scholz re: Month end data | | N | |
| 246 | SLS Server | E-mail from Stephanie Scola to Peter Klein, dated May 9, 2001 re: Delinquency Aging and string of e-mails re: same | | | Awaiting Document |
| 247 | SLS Server | E-mail from Diane Messick to Gary Hawthorne and Perry Turnbull, dated October 31, 2000, attaching e-mail from Stephanie Scola re: status of backup servicer transmissions | | | Awaiting Document |
| 248 | SLS Server | E-mail from David Aksim to Finova, dated November 13, 2000, attaching October 2000 Weekly Files for GT-2000-2 | | N | |
| 249 | SLS Server | E-mail from David Aksim to Finova, dated November 13, 2000, attaching October 2000 Weekly Files for GT-2000-3 | | N | |
| 250 | SLS Server | E-mail from David Aksim to Stephanie Scola, dated December 7, 2000 re: Finova GT2-1 DBs and string of e-mails re: same | | Y | H |
| 251 | SLS Server | E-mail from Stephanie Scola to Michael Srobach, dated January 30, 2001 re: GT 2000-2 November | | Y | H |
| 252 | SLS Server | E-mail from Stephanie Scola to Paul Breger, dated February 15, 2001 re: FTP Site and string of e-mails re: same | | Y | H |
| 253 | SLS Server | E-mail from David Aksim to Stephanie Scola, dated April 24, 2001 re: month end data and string of e-mails re: same | | Y | H |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex 15.XLS

16

[Exhibit ___]

# WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 254 | SLS Server | E-mail from Stephanie Scola to Paul Scholz, dated May 18, 2001 re: month end data and string of e-mails re: same | | Y | H |
| 255 | SLS Server | E-mail from Stephanie Scola to Howland Redding, dated May 31, 2001, and attached e-mail from Paul Scholz re: month end data | | | Awaiting Document |
| 256 | SLS Server | E-mail from Howland Redding to Paul Scholz, dated May 31, 2001 re: month end data | | | Awaiting Document |
| 257 | SLS Server | E-mail from Howland Redding to misrequest, dated May 31, 2001 re: April Finova | | Y | H |
| 258 | SLS Server | E-mail from Howland Redding to misrequest, dated June 1, 2001 re: April Finova | | Y | H |
| 259 | SLS Server | E-mail from David Aksim to Howland Redding, dated June 6, 2001, re: Finova GT2-1 April'01 and string of e-mails re: same | | Y | H |
| 260 | SLS Server | E-mail from David Aksim to Howland Redding, dated June 13, 2001 re: month end data and string of e-mails re: same | | Y | H |
| 261 | SLS Server | E-mail from Howland Redding to David Aksim, dated June 14, 2001 and attached e-mails from David Aksim re: Finova May '01 GT2, 3 and 4 | | | Awaiting Document |
| 262 | SLS Server | E-mail from David Aksim to Stephanie Scola, dated June 15, 2001 re: GT4 Finova May'01 and string of e-mails re: same | | Y | H |
| 263 | SLS Server | E-mail from David Aksim to Leigh Ann DeGirolano, dated June 15, 2001 re: new tracker item | | Y | H |
| 264 | SLS Server | E-mail from Howland Redding to David Aksim, dated June 15, 2001 re: GT2 Finova and string of e-mails re: same | | Y | H |
| 265 | SLS Server | E-mail from David Aksim to Stephanie Scola, dated June 15, 2001 re: Finova GT3 May '01 and string of e-mails re: same | | Y | H |
| 266 | SLS Server | E-mail from Stephanie Scola to Howland Redding, dated June 15, 2001 re: Finova and string of e-mails re: same | | Y | H |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex  15.XLS

17

[Exhibit ___]

## WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 267 | SLS Server | E-mail from David Aksim to Stephanie Scola and Howland Redding, dated June 18, 2001 re: Finova GT2, 3 and 4 May'01 and string of e-mails re: same | | Y | H |
| 268 | SLS Server | E-mail from Howland Redding to David Aksim, dated June 19, 2001 re: Finova GT2-1 May '01 and attached e-mail from David Aksim re: same | | Y | H |
| 269 | SLS Server | E-mail from Howland Redding to Paul Scholz, dated June 26, 2001 and attached e-mail from Paul Scholz re: month end data | | Y | H |
| 270 | SLS Server | E-mail from Howland Redding to David Aksim, dated July 16, 2001 and attached e-mail from David Aksim re: Finova GT2-1 May | | Y | H |
| 271 | SLS Server | E-mail from Howland Redding to Todd Hampton, dated July 16, 2001 and attached e-mail from Todd Hampton re: Finova GT-2 to GT-4 | | Y | H |
| 272 | SLS Server | E-mail from Wendy Nurse to Stephanie Scola, dated September 5, 2001 re: GT information and string of e-mails re: same | | Y | H |
| 273 | SLS Server | E-mail from Howland Redding to Stephanie Scola, mirequest and Wendy Nurse, dated September 24, 2001 re: Weekly E-mail -- Week ending 08/19/01 and string of e-mails re: same | | Y | H |
| 274 | SLS Server | E-mail from Randall Noga to Howland Redding, dated October 31, 2001 re: Weekly Finova Reports and string of e-mails re: same | | Y | H |
| 275 | SLS Server | E-mail from Howland Redding to Stephanie Scola, dated October 31, 2001 re: Weekly Finova Report and string of e-mails re: same | | Y | H |
| 276 | SLS Server | E-mail from Stephanie Scola to Lori Swanell, dated October 31, 2001 re: Weekly Finova Reoprts and string of e-mails re: same | | Y | H |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex 15.XLS

18

[Exhibit __]

## WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 277 | SLS Server | E-mail from Stephanie Scola to Lori Swanell, dated June 18, 2001 and attached e-mail from Lori Swanell re: electronic master file for GT 2001-1 | | Y | H |
| 278 | SLS Server | E-mail from Howland Redding to David Aksim, dated July 19, 2001 re: Wells Fargo Servicer Files and string of e-mails re: same | | Y | C, H |
| 279 | SLS Server | E-mail from Howland Redding to Stephanie Scola dated August 1, 2001 and string of e-mails re: GT 2001-1 Backup Servicer Monthly Template and 2001-1 Master List | | Y | H |
| 280 | SLS Server | E-mail from David Aksim to Howland Redding and Todd Hampton, dated August 1, 2001 re: Wells Fargo Files and string of e-mails re: same | | | Awaiting Document |
| 281 | SLS Server | E-mail from Howland Redding to Rick Potter, dated August 2, 2001 re: Bakcup Servicer Files | | Y | H |
| 282 | SLS Server | E-mail from David Aksim to Randall Noga and Todd Hampton, dated August 9, 2001 re: FT 2001-1 Backup Servicer Files to Wells Fargo and string of e-mails re: same | | Y | O, H |
| 283 | SLS Server | E-mail from Todd Hampton to Howland Redding, dated August 17, 2001 re: SFC Database and string of e-mails re: same | | Y | H |
| 284 | SLS Server | E-mail from Howland Redding to Rick Potter, dated August 20, 2001 re: Weekly E-mail - Week ending 08/19/01 and string of e-mails re: same | | Y | C, H |
| 285 | SLS Server | E-mail from Howland Redding to Wendy Nurse and misrequest, dated August 22, 2001 re: GT 2001-1 Backup Servicing Reporting | | Y | H |
| 286 | SLS Server | E-mail from Randall Noga to misrequest, dated August 30, 2001 re: GT 2001-1 files and string of e-mails re: same | | Y | H |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

[Exhibit __]

## WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 287 | SLS Server | E-mail from Howland Redding to Randall Noga, dated October 5, 2001 re: GT6 Weekly Transmittal file and string of e-mails re: same | | Y | H |
| 288 | SLS Server | E-mail from Stephanie Scola to Lori Swanell, dated October 9, 2001 re: Servicer Report and string of e-mails re: same | | Y | H |
| 289 | SLS Server | E-mail from Howland Redding to Rick Potter, dated october 29, 2001 and attached e-mail from Rick Potter re: back-up data on 200-1, 2, 2 and 4 | | Y | H |
| 290 | SLS Server | E-mail from Stephanie Scola to Rob Schrof, dated October 29, 2001 re: Servicer Reports -- WFFCar and string of e-mails re: same | | Y | H |
| 291 | SLS Server | E-mail from Howland Redding to Cory Koester, dated November 28, 2001 re: GT 2000-2 11/19/01 | | | Awaiting Document |
| 292 | SLS Server | E-mail from Howland Redding to Randall Noga and Wendy Nurse, dated November 28, 2001 re: Weekly Transaction and string of e-mails re: same | | | Awaiting Document |
| 293 | SLS Server | E-mail from Howland Redding to David Aksim, dated December 14, 2001 and attached e-mail from David Aksim re: Wells Fargo GT2-1 11/01 | | Y | H, C |
| 294 | SLS Server | E-mail from Natalya Vtorygina to David Aksim, dated December 17, 2001, attaching spreadsheet re: schedule of processes | | Y | R, H, C |
| 295 | SLS Server | E-mail from Lori Swanell to Stephanie Scola, dated December 18, 2001 re: Back-Up Servicing and string of e-mails re: same | | Y | H |
| 296 | SLS Server | E-mail from Stephanie Scola to Randall Noga and Howland Redding, dated December 20, 2001 re: Backup Servicing Questions and string of e-mails re: same | | Y | H |
| 297 | SLS Server | E-mail from SLS Server dated May 9, 2001 | | | Awaiting Document |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

[Exhibit___]

## WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H – Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 298 | | Defendant Royal Indemnity Company's First Amendment to Count III of its Counterclaim Against Wells Fargo Bank Minnesota | | N | |
| 299 | | Royal Indemnity Company's Third Amended Complaint | | Y | R |
| 300 | | Royal Indemnity Company's Objections and Answers to Wells Fargo Bank, N.A.'s Third Set of Interrogatories | | N | |
| 301 | | Royal Indemnity Company's Objections and Answers to Wells Fargo Bank, N.A.'s Fourth Set of Interrogatories | | N | |
| 302 | | Royal Indemnity Company's Objections and Supplemental Responses to Defendant Pepper Hamilton LLP's Fourth Set of Interrogatories | | Y | R |
| 303 | | All Settlements between Royal Indemnity Company and any other person or entity in any jurisdiction related in any way to SFC and or the insurance Royal Indemnity Compnay issued to SFC and related entities | | N | |
| 304 | | All Complaints filed by Royal Indemnity Company against any person or entity in any jurisdiction related in any way to SFC and or the insurance Royal Indemnity Company issued to SFC and related entities | | Y | R |
| 305 | | Expert Report of John P. Garvey dated May 7, 2007 | | Y | R, 403, 0 |
| 306 | | Expert Report of Bruce A. Green dated June 15, 2007 | | Y | R, 403, 0 |
| 307 | | Expert Report of Donald W. Glazer dated June 15, 2007 | | Y | R, 403, 0 |
| 308 | | Complaint: MBIA and Wells Fargo v. Royal Indemnity (Case No. 02-1294). | | N | |
| 309 | | Answer, Defenses, Counterclaims and Third Party Claims of Defendant Royal Indemnity (Case No. 02-1294). | | N | |
| 310 | | Defendant Royal Indemnity First Amendment to Count III of its Counterclaim Against Wells Fargo (Case No. 02-1294). | | N | |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex 15.XLS    21

[Exhibit __]

# WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 311 | | Defendant Royal Indemnity First Amended Counterclaims and Third Party Claims (Case No. 02-1294). | | N | |
| 312 | | Second Amended Complaint (Royal v. Pepper Case No. 05-165). | | N | |
| 313 | | Third Amended Complaint (Royal v. Pepper Case No. 05-165). | | N | |
| 314 | | Royal Indemnity Objections and Responses to Defendant Pepper First Set of Requests for Admissions (Royal v. Pepper Case No. 05-165). | | N | |
| 315 | | Royal Indemnity Objections and Responses to Defendant Pepper Second Set of Requests for Admissions (Royal v. Pepper Case No. 05-165). | | N | |
| 316 | | Royal Indemnity Objections and Responses to Defendant Pepper Third Set of Requests for Admissions (Royal v. Pepper Case No. 05-165). | | N | |
| 317 | | Royal Indemnity Objections and Responses to Defendant Pepper Fourth Set of Requests for Admissions (Royal v. Pepper Case No. 05-165). | | N | |
| 318 | | Defendant McGladrey & Pullen First Request For Admissions to Royal Indemnity (Royal v. Pepper Case No. 05-165). | | Y | R, 403, H |
| 319 | | Royal Indemnity Requests For Admissions From Wells Fargo (Royal v. Pepper Case No. 05-165). | | N | |
| 320 | | Student Finance Corp.'s Objections and Responses to Plaintiff's 2nd Set of Interrogatories | | N | |
| 321 | | Defendant T.E. Moor & Co.'s Answers to 1st Set of Interrogatories from Plaintiff | | Y | R, H |
| 322 | | Defendant MAC Inurance Agency's Answers to 1st Set of Interrogatories from Plaintiff | | Y | R, H |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

[Exhibit __]

## WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 323 | | Wells Fargo Bank N.A.'s Responses and Objections to Royal's 1st Set of Interrogatories | | N | |
| 324 | | Royal Indemnity Co.'s Supplemental Responses to Wells Fargo Bank, N.A.'s 1st Set of Interrogatories | | N | |
| 325 | | Royal Indemnity Co.'s Objections to MBIA and Wells Fargo Bank, N.A.'s 2nd Set of Interrogatories | | N | |
| 326 | | Royal Indemnity Co.'s Supplemental Objections and Responses to MBIA and Wells Fargo Bank, N.A.'s 2nd Set of Interrogatories | | N | |
| 327 | | Objections and Answers to Royal Indemnity Co.'s April 28, 2006 Interrogatories Regarding Insurance Claims to Wells Fargo Bank, N.A. | | N | |
| 328 | | Royal Indemnity Co.'s Objections and Responses to Defendant Pepper Hamilton LLP's 2nd Set of Interrogatories | | N | |
| 329 | | Objections and Responses of Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corp., to the Family's 2nd Request for the Production of Documents | | N | |
| 330 | | Defendants W. Roderick Gagne, Robert L. Bast, Pamela Bashore Gagne and The Trusts' Responses to The Trustee's 1st Set of Interrogatories to The Family Defendants | | N | |
| 331 | | Defendants Freed Maxick & Battaglia CPA's, PC's Response to Royal Indemnity Co.'s 1st Set of Interrogatories | | Y | R |
| 332 | | McGladrey & Pullen LLP's Response to Royal Indemnity Co.'s 1st Set of Interrogatories | | Y | R |
| 333 | | Michael Aquino's Response to Royal Indemnity Co.'s 1st Set of Interrogatories | | Y | R |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex 15.XLS

23

[Exhibit __]

## WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 334 | | Royal Indemnity Co.'s Objections and Responses to Defendant Michael Aquino's 1st Set of Interrogatories | | Y | R |
| 335 | | Royal Indemnity Co.'s Objections and Responses to Defendant McGladrey & Pullen, LLP's 1st Set of Interrogatories | | Y | R |
| 336 | | Royal Indemnity Co.'s Objections and Responses to Defendant Freed Maxick Sachs & Murphy, PC's 1st Set of Interrogatories | | Y | R |
| 337 | | Royal Indemnity Co.'s Objections and Responses to Defendant Freed Maxick & Battaglia CPAs PC's 1st Set of Interrogatories | | Y | R |
| 338 | | Royal Indemnity Co.'s Objections and Responses to Defendant Pepper Hamilton LLP's 3rd Set of Interrogatories | | N | |
| 339 | | Royal Indemnity Co.'s Objections and Responses to Defendant McGladrey & Pullen, LLP's 2nd Set of Interrogatories | | Y | R |
| 340 | | Royal Indemnity Co.'s Objections and Responses to McGladrey & Pullen, LLP's 2nd Request for the Production of Documents | | Y | R |
| 341 | | Defendant Pepper Hamilton LLP's Objections and Responses to Royal Indemnity Co.'s 1st Set of Requests for Admissions and Related Interrogatory to Defendant Pepper Hamilton LLP | | N | |
| 342 | | Royal Indemnity Co.'s Objections and Answers to Wells Fargo Bank, N.A.'s 3rd Set of Interrogatories | | N | |
| 343 | | Royal Indemnity Co.'s Objections and Answers to Wells Fargo Bank, N.A.'s 4th Set of Interrogatories | | N | |
| 344 | | Royal Indemnity Co.'s Objections and Answers to Wells Fargo Bank, N.A.'s 5th Set of Interrogatories | | N | |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

Royal Final PTO Ex 15.XLS

24

[Exhibit ___]

# WELLS FARGO EXHIBIT LIST UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 345 | | Royal Indemnity Co.'s Objections and Answers to Wells Fargo Bank, N.A.'s 6th Set of Interrogatories | | N | |
| 346 | | Supplemental Expert Report of Donald W. Glazer dated July 27, 2007 | | Y | Y, 403, 0 |
| 347 | | Supplemental Expert Report of Bruce A. Green dated July 27, 2007 | | Y | Y, 403, 0 |
| 348 | | All deposition transcripts of Royal witnesses in any litigation involving Royal and any other person or entity in any jurisdiction related in any way to SFC and or the insurance Royal Indemnity Company issued to SFC and related entities | | T | R, O |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

[Exhibit __]
## 2nd SUPPLEMENTAL WELLS FARGO EXHIBIT LIST - TRACK NO. I

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track I Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 337 | 337-I | N | |
| 351 | 351-I | N | |
| 356 | 356-I | Y | R, H |
| 357 | 357-I | Y | R |
| 910 | 910-I | Y | R, H, A |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

**[Exhibit 15]**

### 3rd SUPPLEMENTAL WELLS FARGO EXHIBIT LIST - TRACK NO. I

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track I Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 240 | 240-I | Yes | R |
| 241 | 241-I | Yes | R, H |
| 242 | 242-I | No | |
| 243 | 243-I | Yes | R |
| 244 | 244-I | Yes | R, H |
| 246 | 246-I | No | R |
| 247 | 247-I | Yes | R |
| 249 | 249-I | Yes | H, R |
| 250 | 250-I | Yes | R |
| 251 | 251-I | Yes | R, H |
| 252 | 252-I | No | |
| 253 | 253-I | Yes | H |
| 254 | 254-I | Yes | H, R |
| 671 | 671-I | Yes | R |
| 853 | 853-I | Yes | R |
| 926 | 926-I | Yes | R |
| 936 | 936-I | Yes | R |
| 1260 | 1260-I | Yes | R |
| 1267 | 1267-I | Yes | H, R |
| 1270 | 1270-I | Yes | R |
| 1627 | 1627-I | Yes | R |
| 1628 | 1628-I | Yes | R |
| 1629 | 1629-I | Yes | R |
| 1632 | 1632-I | Yes | H, R |
| 1633 | 1633-I | Yes | H, R |
| 1634 | 1634-I | Yes | H, R |
| 1642 | 1642-I | Yes | R |
| 1644 | 1644-I | Yes | R |

Wells Fargo reserves the right to add or remove exhibits for any reason, including, receiving revisions to Royal's draft PTO of 9/4/07, guidance or rulings from the Court, or changes in the issues to be tried or witnesses to be presented.

EXHIBIT 16

**EXHIBIT 16**

# FAMILY DEFENDANTS EXHIBIT LIST - TRACK NO. I

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track I Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 18 | 18-I | Y | R |
| 21 | 21-I | Y | R |
| 49 | 49-I | Y | R, C |
| 51 | 51-I | N | |
| 58 | 58-I | N | |
| 110 | 110-I | Y | R, A |
| 113 | 113-I | Y | R, A |
| 128 | 128-I | Y | R, A |
| 129 | 129-I | Y | R, A |
| 130 | 130-I | Y | R, A |
| 171 | 171-I | N | |
| 204 | 204-I | Y | R |
| 223 | 223-I | Y | R, A |
| 231 | 231-I | N | |
| 365 | 365-I | N | |
| 510 | 510-I | Y | R, A |
| 511 | 511-I | Y | R, A |
| 512 | 512-I | Y | R, A |
| 514 | 514-I | Y | R, A |
| 515 | 515-I | Y | R, A |
| 516 | 516-I | Y | R, A |
| 517 | 517-I | Y | R, A |
| 518 | 518-I | Y | R, A |
| 520 | 520-I | Y | R, A |
| 521 | 521-I | Y | R, A |
| 635 | 635-I | Y | R, A |
| 653 | 653-I | Y | R, A |
| 654 | 654-I | Y | R, A |
| 655 | 655-I | Y | R, A |
| 657 | 657-I | Y | R, A |
| 676 | 676-I | Y | R, A |
| 806 | 806-I | Y | R, A |
| 904 | 904-I | Y | R, A |
| 905 | 905-I | Y | R,A,H |
| 1021 | 1021-I | Y | R |
| 1022 | 1022-I | N | |
| 1023 | 1023-I | N | |
| 1024 | 1024-I | Y | R |
| 1052 | 1052-I | Y | R |
| 1059 | 1059-I | N | |
| 1175 | 1175-I | N | |
| 1176 | 1176-I | N | |
| 1177 | 1177-I | N | |
| 1184 | 1184-I | N | |

# FAMILY DEFENDANTS EXHIBIT LIST - TRACK NO. I

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track I Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 1185 | 1185-I | N | |
| 1187 | 1187-I | N | |
| 1198 | 1198-I | N | |
| 1199 | 1199-I | N | |
| 1209 | 1209-I | N | |
| 1231 | 1231-I | N | |
| 1232 | 1232-I | N | |
| 1233 | 1233-I | N | |
| 1234 | 1234-I | N | |
| 1235 | 1235-I | N | |
| 1436 | 1426-I | N | |
| 1437 | 1437-I | N | |
| 1440 | 1440-I | N | |
| 1441 | 1441-I | N | |
| 1457 | 1457-I | N | |
| 1472 | 1472-I | N | |
| 1496 | 1496-I | N | |
| 1519 | 1519-I | N | |
| 1529 | 1529-I | Y | R, A |
| 1702 | 1702-I | Y | R, A |
| 2059 | 2059-I | Y | H |
| 2060 | 2060-I | Y | H |
| 2085 | 2085-I | N | |

# FAMILY DEFENDANTS EXHIBIT LIST - TRACK NO. II
H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track II Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 211 | 211-II | N | |
| 222 | 222-II | N | |
| 224 | 224-II | Y | R, A |
| 229 | 229-II | Y | R, A |
| 236 | 236-II | Y | R, A |
| 258 | 258-II | N | |
| 259 | 259-II | N | |
| 261 | 261-II | N | |
| 271 | 271-II | N | |
| 326 | 326-II | N | |
| 327 | 327-II | N | |
| 353 | 353-II | N | |
| 354 | 354-II | N | |
| 355 | 355-II | N | |
| 356 | 356-II | N | |
| 357 | 357-II | N | |
| 358 | 358-II | Y | R, A |
| 359 | 359-II | Y | R, A |
| 360 | 360-II | Y | R, A |
| 361 | 361-II | Y | R, A |
| 363 | 363-II | Y | R, A |
| 364 | 364-II | Y | R, A |
| 365 | 365-II | Y | R, A |
| 366 | 366-II | Y | R, A |
| 368 | 368-II | Y | R, A |
| 369 | 369-II | Y | R, A |
| 370 | 370-II | Y | R, A |
| 371 | 371-II | Y | R, A |
| 372 | 372-II | N | |
| 373 | 373-II | N | |
| 374 | 374-II | N | |
| 375 | 375-II | N | |
| 376 | 376-II | N | |
| 377 | 377-II | N | |
| 378 | 378-II | Y | R, A |
| 380 | 380-II | N | |
| 381 | 381-II | N | |
| 382 | 382-II | N | |
| 383 | 383-II | N | |
| 384 | 384-II | N | |
| 385 | 385-II | N | |
| 386 | 386-II | N | |
| 387 | 387-II | N | |
| 388 | 388-II | Y | R, A |

# FAMILY DEFENDANTS EXHIBIT LIST - TRACK NO. II

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track II Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 436 | 436-II | Y | R, A |
| 450 | 450-II | Y | R, A |
| 451 | 451-II | Y | R, A |
| 488 | 488-II | N | |
| 813 | 813-II | Y | R, 403 |
| 854 | 854-II | N | |
| 867 | 867-II | Y | R, A, C |
| 868 | 868-II | N | |
| 869 | 869-II | N | |
| 870 | 870-II | N | |
| 876 | 876-II | Y | R, A |
| 883 | 883-II | N | |
| 885 | 885-II | N | |
| 887 | 887-II | N | |
| 888 | 888-II | N | |
| 889 | 889-II | N | |
| 890 | 890-II | N | |
| 892 | 892-II | N | |
| 893 | 893-II | N | |
| 894 | 894-II | N | |
| 895 | 895-II | Y | R, A |
| 896 | 896-II | Y | R, A |
| 897 | 897-II | Y | R, A |
| 898 | 898-II | Y | R, A |
| 2000 | 2000-II | Y | R,A,H |

# FAMILY DEFENDANTS EXHIBIT LIST - TRACK NO. III

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track III Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 66 | 66-III | N | |
| 68 | 68-III | Y | R |
| 69 | 69-III | N | |
| 70 | 70-III | Y | R |
| 71 | 71-III | Y | R |
| 72 | 72-III | N | |
| 74 | 74-III | N | |
| 75 | 75-III | N | |
| 76 | 76-III | N | |
| 77 | 77-III | N | |
| 79 | 79-III | N | |
| 80 | 80-III | N | |
| 83 | 83-III | Y | R |
| 84 | 84-III | N | |

# FAMILY DEFENDANTS EXHIBIT LIST - UNMARKED DOCUMENTS
H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| | | Trustee's First Amended Complaint | | N | |
| | | Family Defendants' Answer to First Amended Complaint | | N | |
| | | Family Defendants' First Set of Interrogatories and Trustee's Objections and Responses | | N | |
| | | Family Defendants' Second Set of Interrogatories and Trustee's Objections and Responses | | N | |
| | | Family Defendants' Third Set of Interrogatories and Trustee's Objections and Responses | | N | |
| | | Family Defendants' First Set of Requests for Admissions and Trustee's Objections and Responses | | N | |
| | | Owen Carney Report (Exhibit 2000-II) and documents submitted with the Report) | | Y | H |
| | | Edward M. Waddington Report (Exhibit 2059-I) and documents identified in the Report or listed on Exhibit I to the Report and GBTEX000016-000728) | | Y | H |
| | | J. Mark Penny Report and Exhibits (Exhibit 2060-I), documents identified in the Report or listed on Exhibit II to the Report and documents e-mailed to Trustee's counsel on 7/18/07 and 9/11/07 | | Y | H |

# FAMILY DEFENDANTS EXHIBIT LIST - UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| | | All SFC General Ledgers -- annual or monthly 1998-2002 | | Y/N | O (exists electronically; would have to see printed portion) |
| | GBT 000663-000666 | | | Y | R, A, 403 |
| | GBT 000679 | | | Y | R, A |
| | GBT 000682-000683 | | | Y | R, A |
| | GBT 000930-000937 | | | N | |
| | GBT 000985-000989 | | | N | |
| | GBT 001004-001007 | | | Y | 403 |
| | GBT 001012-001014 | | | Y | 403 |
| | GBT 001219-001222 | | | Y | R, A, 403 |
| | GBT 001358-001377 | | | Y | 403 |
| | GBT 001381-001386 | | | Y | R |
| | GBT 001403-001405 | | | Y | R, A |
| | GBT 001423-001432 | | | Y | 403 |
| | GBT 001433-001435 | | | Y | R, A |
| | GBT 001447-001449 | | | Y | R, 403 |
| | GBT 001450-001453 | | | Y | R, 403 |
| | GBT 001473-001481 | | | Y | 403 |
| | GBT 001482-001491 | | | Y | 403 |
| | GBT 001532-001533 | | | Y | R, 403 |
| | GBT 001547 | | | Y | R, 403 |
| | GBT 001615-001628 | | | Y | R, A |
| | GBT 001659-001665 | | | N | |

# FAMILY DEFENDANTS EXHIBIT LIST - UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| | GBT 001688-001690 | | | N | |
| | GBT 001691-001696 | | | N | |
| | GBT 001826-001827 | | | Y | R, A |
| | GBT 001843-001844 | | | N | |
| | GBT 002661 | | | Y | R, A |
| | GBT 002663 | | | Y | R, A |
| | GBT 002674-002675 | | | Y | R |
| | GBT 002676 | | | N | |
| | GBT 002685-002686 | | | Y | R, A |
| | GBT 002687 | | | Y | R, A |
| | GBT 002688 | | | Y | R, A |
| | GBT 002723-002725 | | | Y | R, A |
| | GBT 002807-002811 | | | Y | R, A |
| | GBT 002813-002817 | | | Y | R, A |
| | GBT 002824-002828 | | | Y | R, A |
| | GBT 002830-002834 | | | Y | R, A |
| | GBT 002836-002840 | | | Y | R, A |
| | GBT 002847-002851 | | | Y | R, A |
| | GBT 002865-002871 | | | Y | R, A |
| | GBT 002880-002886 | | | Y | R, A |
| | GBT 002888-002894 | | | Y | R, A |
| | GBT 002896-002902 | | | Y | R, A |
| | GBT 002904-002908 | | | Y | R, A |
| | GBT 002910-002914 | | | Y | R, A |
| | GBT 002916-002920 | | | Y | R, A |

# FAMILY DEFENDANTS EXHIBIT LIST - UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| | GBT 002922-002926 | | | Y | R, A |
| | GBT 003067-003092 | | | N | |
| | GBT 003145-003146 | | | Y | R, A |
| | GBT 003203-003209 | | | Y | R, A, H |
| | GBT 003334-003340 | | | Y | R, A |
| | GBT 003561-003562 | | | Y | R, A |
| | GBT 003616 | | | Y | R, A |
| | GBT 003634-003636 | | | Y | R, A, H |
| | GBT 003655-003679 | | | N | |
| | GBT 003698-003699 | | | Y | R, A |
| | GBT 003746-003747 | | | N | |
| | GBT 004019-004021 | | | Y | R, A |
| | GBT 004695-004699 | | | Y | R, A |
| | GBT 004701-004705 | | | Y | R, A, H |
| | GBT 005200-005201 | | | Y | R, A, H |
| | GBT 005215-005223 | | | Y | R, A |
| | GBT 005440 | | | Y | R, A |
| | GBT 005441 | | | Y | R, A, H |
| | GBT 005442 | | | Y | R, A |
| | GBT 005472-005481 | | | Y | R |
| | GBT 005566 | | | Y | R, A |
| | GBT 006324-006351 | | | Y | R, A, 403 |
| | GBT 006396-006397 | | | Y | R, A |
| | GBT 006398 | | | Y | R, A |
| | GBT 006399-006400 | | | N | |

# FAMILY DEFENDANTS EXHIBIT LIST - UNMARKED DOCUMENTS
H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| | GBT 006415-006418 | | | N | |
| | GBT 006419-006422 | | | Y | 403 |
| | GBT 006444-006451 | | | Y | R, A |
| | GBT 006472 | | | Y | R, A, H |
| | GBT 006473-006520 | | | Y | R, A |
| | GBT 006673 | | | Y | R, A |
| | GBT 006714-006717 | | | Y | R, A |
| | GBT 007615-007627 | | | Y | R, A |
| | GBT 007835 | | | Y | R, A, 403 |
| | GBT 008118-008119 | | | Y | R, A, 403 |
| | GBT 008180 | | | N | |
| | GBTEX 1-15 | | | Y | R, A |
| | Copies of tax returns received from IRS may be added. | | | Y | |
| | ACCT 002965 | | | Y | R, A |
| | ACCT 003591 | | | Y | R, A, H |
| | ACCT 003592 | | | Y | R, A |
| | ACCT 004265-004266 | | | Y | R, A, H |
| | ACCT 004668 | | | Y | R, A, H |
| | ACCT 004917-004918 | | | Y | R, A |
| | ACCT 007002-007003 | | | Y | R, A |
| | ACCT 007165-007166 | | | Y | R, A, H |
| | ACCT 007898-008300 | | | Y | 403 |
| | HALTERMAN 54 | | | Y | R, A, H |
| | HALTERMAN 135 | | | Y | R, A, H |
| | HALTERMAN 136 | | | Y | R, A, H |
| | HALTERMAN 137 | | | Y | R, A, H |
| | HALTERMAN 138 | | | Y | R, A, H |
| | HALTERMAN 139 | | | Y | R, A, H |
| | HALTERMAN 141 | | | Y | R, A, H |
| | HALTERMAN 142 | | | Y | R, A, H |

# FAMILY DEFENDANTS EXHIBIT LIST - UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| | HALTERMAN 2880 | | | Y | R, A, H |
| | HALTERMAN 2881 | | | Y | R, A, H |
| | HALTERMAN 2882 | | | Y | R, A, H |
| | HALTERMAN 2883 | | | Y | R, A, H |
| | HALTERMAN 6044 | | | Y | R, A, H |
| | HALTERMAN 6069 | | | Y | R, A, H |
| | HALTERMAN 6071 | | | Y | R, A, H |
| | HALTERMAN 6087 | | | Y | R, A, H |
| | HALTERMAN 6103 | | | Y | R, A, H |
| | HALTERMAN 6112 | | | Y | R, A, H |
| | HALTERMAN 6136 | | | Y | R, A, H |
| | HALTERMAN 6138 | | | Y | R, A, H |
| | HALTERMAN 6139 | | | Y | R, A, H |
| | HALTERMAN 6144 | | | Y | R, A, H |
| | HALTERMAN 6145 | | | Y | R, A, H |
| | HALTERMAN 6146 | | | Y | R, A, H |
| | HALTERMAN 6153 | | | Y | R, A, H |
| | HALTERMAN 6205 | | | Y | R, A, H |
| | HALTERMAN 6207 | | | Y | R, A, H |
| | HALTERMAN 6209 | | | Y | R, A, H |
| | HALTERMAN 6218 | | | Y | R, A, H |
| | HALTERMAN 6219 | | | Y | R, A, H |
| | HALTERMAN 6247 | | | Y | R, A, H |
| | HALTERMAN 6250 | | | Y | R, A, H |
| | HALTERMAN 6275 | | | Y | R, A, H |
| | HALTERMAN 6276 | | | Y | R, A, H |
| | HALTERMAN 6477 | | | Y | R, A, H |
| | HALTERMAN 6481 | | | Y | R, A, H |
| | HALTERMAN 6482 | | | Y | R, A, H |
| | HALTERMAN 6508 | | | Y | R, A, H |
| | HALTERMAN 6509 | | | Y | R, A, H |
| | HALTERMAN 6510 | | | Y | R, A, H |
| | HALTERMAN 6516 | | | Y | R, A, H |
| | HALTERMAN 6517 | | | Y | R, A, H |
| | HALTERMAN 6563 | | | Y | R, A, H |
| | HALTERMAN 6566 | | | Y | R, A, H |
| | HALTERMAN 6567 | | | Y | R, A, H |
| | HALTERMAN 6592 | | | Y | R, A, H |
| | HALTERMAN 6593 | | | Y | R, A, H |
| | HALTERMAN 6595 | | | Y | R, A, H |
| | HALTERMAN 6613 | | | Y | R, A, H |
| | HALTERMAN 6616 | | | Y | R, A, H |
| | HALTERMAN 6618 | | | Y | R, A, H |
| | HALTERMAN 6621 | | | Y | R, A, H |
| | HALTERMAN 6622 | | | Y | R, A, H |

# FAMILY DEFENDANTS EXHIBIT LIST - UNMARKED DOCUMENTS
H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| | HALTERMAN 6623 | | | Y | R, A, H |
| | HALTERMAN 6624 | | | Y | R, A, H |
| | HALTERMAN 6625 | | | Y | R, A, H |
| | HALTERMAN 6626 | | | Y | R, A, H |
| | HALTERMAN 6627 | | | Y | R, A, H |
| | PH 008153-8177 | | | Y | R, A, H |
| | PH 008178-8181 | | | Y | R, A, H |
| | PH 008182-8192 | | | Y | 403 |
| | PH 008193-8201 | | | Y | R, A, H |
| | PH 008214-8222 | | | Y | R, A, H |
| | PH 009347-9376 | | | Y | R, A, H |
| | PH 009380-9389 | | | Y | 403 |
| | PH 009438-9440 | | | Y | R, A, H |
| | PH 009441-9450 | | | Y | R, A, H |
| | PH 009476-9488 | | | Y | R, A, H |
| | PH 009527-9556 | | | Y | R, A, H |
| | PH 009560-9569 | | | Y | R, A, H |
| | PH 009617-9619 | | | Y | R, A, H |
| | PH 009627-9635 | | | Y | R, A, H |
| | PH 008782-8809 | | | Y | R, A, H |
| | PH 008810-8812 | | | Y | R, A, H |
| | PEPPER 052909-052910 | | | Y | R, A, H |
| | PEPPER 056719-056744 | | | Y | R, A, H |
| | PEPPER 056716-056718 | | | Y | R, A, H |
| | PEPPER 056690-056715 | | | Y | R, A, H |
| | PEPPER 056687-056689 | | | Y | R, A, H |
| | | | | | |
| | WSFC 0052620-0052622 | | | Y | R, A, H |
| | WSFC 0319248-0319254 | | | Y | 403 |
| | WSFC 0374502-0374553 | | | Y | R, 403, C |
| | WSFC 0377434-0377441 | | | Y | R, A |

# EXHIBIT 17

## ROYAL'S AND TRUSTEE'S WITNESS LIST

Royal and/or the Trustee intend to call some or all of the following witnesses at trial. The witnesses will testify live except where otherwise indicated. Royal and the Trustee reserve the right to call anyone appearing on any other party's witness list, and reserve the right to adjust this list, or to call additional witnesses in any answering or rebuttal case, based on the witness list of the other parties and in view of events at trial.

### Witnesses Common to Trustee's and Royal's Claims

| Witness | Live / Depo |
|---|---|
| Aksim, David | Live |
| Aquino, Michael | Live |
| Barbee, Andrew | Live |
| Colatrella, Mark | Live |
| DiSimplico, Guy | Live |
| Domal, Joseph | Live or Depo |
| Gagne, W. Roderick | Live |
| Glucksman, Myron* | Live |
| Haenchen, Steve | Live |
| Hawthorne, Gary | Live or Depo |
| Loofborrow, John | Live or Depo |
| Martinez, Frank | Live |
| Monteverde, Kirk | Live |
| Palmeri, Barbara | Live |
| Pauker, David* | Live |
| Saylor, Roger | Live or Depo |
| Schauer, Scott | Live or Depo |
| Scola, Stephanie | Live or Depo |
| Spears, William* | Live |

Witnesses noted with "*" have been designated as expert witnesses.

**Witnesses Specific to the Trustee's Claims**

| Witness | Live / Depo |
|---|---|
| Bast, Robert | Live |
| Camp, Gary | Live or Depo |
| DeCarlo, Maria | Live |
| Gagne, Pamela | Live |
| Grant, Duncan | Live |
| Green, Bruce* | Live |
| Green, Anthony | Live |
| Hecht, William* | Live |
| Horgan, James | Live |
| Houck, John* | Live |
| Kartha, Patricia | Live |
| Lieberman, Martin* | Live |
| Malcom, Darcy Lee | Live |
| Smith, Konrad | Live or Depo |
| Stanziale, Charles | Live |
| Steinmetz, Harry* | Live |
| Unterberger, Andrea | Live |
| Wilcox, Alfred | Live |

Witnesses noted with "*" have been designated as expert witnesses.

## Witnesses Specific to Royal's Claims

| Witness | Live / Depo |
|---|---|
| Bernstein, George* | Live |
| Hibberd, William | Live |
| Kinzel, John | Live or Depo |
| Koester, Corey | Live or Depo |
| Lincoln, Donald | Live or Depo |
| McKenzie, Tony | Live |
| Redding, Howland | Live |
| Reser, Dan* | Live |
| Schneider, Dave | Live |
| Stershic, Marianna | Live or Depo |
| Straus, Myer* | Live |
| Strobach, Michael | Live |
| Swanell, Lori | Live or Depo |
| Turner, Dianna | Live or Depo |
| Williams, Donna* | Live |

Witnesses noted with "*" have been designated as expert witnesses.

# EXHIBIT 18

**[Exhibit 18]**

**WELLS FARGO'S WITNESS LIST**

Wells Fargo intends to call some or all of the following witnesses at trial. The witnesses will testify live except where otherwise indicated. Wells Fargo reserves the right to call anyone appearing on any other party's witness list, including Royal's Witness List submitted on September 4, 2007, and reserves the right to adjust this list, or to call additional witnesses in any answering or rebuttal case, based on the witness lists of the other parties and in view of events at trial.

| Witness | Live/Depo |
|---|---|
| David Aksim | Depo |
| Michael Aquino | Depo |
| Sean Beatty | Live or Depo |
| Robert Blake | Live |
| Jerry Bushey | Live or Depo |
| Richard Eckman | Live or Depo |
| Theodore "Gil" Chandler | Live or Depo |
| Mark Colatrella | Depo |
| *Constance Foster | Live |
| Art Francis | Live or Depo |
| Roderick Gagné | Live or Depo |
| *John P. Garvey | Live or Depo |
| Sheila Gibson | Live or Depo |
| Katrina Glass | Depo |
| Duncan Grant | Live or Depo |
| Todd Hampton | Live |
| David Heitzman | Live |
| Sanford Herrick | Live or Depo |
| William Hibberd | Live or Depo |
| Andrew Jacobson | Live or Depo |
| David King | Live or Depo |
| John Kinzel | Live or Depo |
| Peter Klein | Live |
| Corey Koester | Live or Depo |
| Richard Kohan | Live or Depo |
| Eric Lacter | Live or Depo |
| *Robert Lazenby | Live |
| André LeFebvre | Live or Depo |
| John Limpert | Live or Depo |
| Donald Lincoln | Live or Depo |
| *Charles R. Lundelius, Jr. | Live or Depo |
| Frank Martinez | Live or Depo |
| Tony McKenzie | Live or Depo |
| Diane Messick | Live or Depo |

| Witness | Live/Depo |
|---|---|
| Stephen Mulready | Live or Depo |
| Michael Nemelka | Live or Depo |
| *Seamus O'Neill | Live |
| Teri Peulen | Live or Depo |
| Richard Potter | Live |
| *Richard Price | Live |
| Vincent Pugliese | Live or Depo |
| Howland Redding | Live or Depo |
| Michael Reeslund | Live |
| B.J. Rood | Live or Depo |
| David Schneider | Live or Depo |
| Robert Schrof | Live |
| Judith A. Schweikart | Live |
| Stephanie Scola | Live or Depo |
| Marianna Stershic | Live |
| Lori Swanell | Live |
| John Tighe | Live or Depo |
| Dianna Turner | Live |
| Robert Van Epps | Live or Depo |
| Jeff Westad | Depo |
| James Willoughby | Live or Depo |
| David Zulauf | Depo |

## EXHIBIT 18A

## ROYAL'S OBJECTIONS TO CERTAIN WELLS FARGO WITNESSES

Royal objects to the presentation by Wells of any testimony (either live or by deposition) of the following witnesses *in their entirety* on the grounds stated. Royal reserves the right to assert additional grounds at trial to all or any portion of any witness testimony proffered by Wells.

## **Key**

("MIL 1")  Motion *in Limine* No. 1 to Exclude Evidence Regarding Royal's Due Diligence

("MIL 2")  Motion *in Limine* No. 2 to Exclude Evidence Regarding SFC's Attorneys and Accountants

("MIL 3")  Motion *in Limine* No. 3 to Exclude Evidence Regarding Royal's Alleged Violation of Delaware Insurance Code Section 909

("MIL 4")  Motion *in Limine* No. 4 to Exclude Evidence Regarding Royal's Internal Employee Performance Evaluations

("MIL 5")  Motion *in Limine* No. 5 to Exclude Evidence Regarding "Other" Transactions Conducted By Royal's Financial Enhancements Unit

| Witness | Live/Depo | Objections |
|---------|-----------|------------|
| David Aksim | Depo | |
| Michael Aquino | Depo | Relevance, FRE 403, MIL 1, MIL 2 |
| Sean Beatty | Live or Depo | Relevance, FRE 403, MIL 1, MIL 3 |
| Robert Blake | Live | Discovery sanction |
| Jerry Bushey | Live or Depo | Relevance, FRE 403, MIL 1, MIL 5 |
| Richard Eckman | Live or Depo | Relevance, FRE 403, MIL 2 |
| Theodore "Gil" Chandler | Live or Depo | |
| Mark Colatrella | Depo | Relevance, FRE 403, MIL 1, MIL 2 |
| Constance Foster | Live | Relevance, FRE 403, MIL 3 |
| Art Francis | Live or Depo | Relevance, FRE 403, MIL 1 |
| Roderick Gagné | Live or Depo | |
| John P. Garvey | Live or Depo | Relevance, FRE 403, MIL 2, Royal's Opposition re Garvey Deposition (D.I. 573) |
| Sheilah Gibson | Depo | Relevance, FRE 403, MIL 2 |
| Katrina Glass | Depo | Relevance, FRE 403, MIL 1, MIL 5 |
| Duncan Grant | Live or Depo | Relevance, FRE 403, MIL 2 |
| Todd Hampton | Live | FRCP 26 |
| David Heitzman | Live | FRCP 26, Discovery Sanction |
| Sanford Herrick | Depo | MIL 1 |
| William Hibberd | Live or Depo | |
| Andrew Jacobson | Live or Depo | Relevance, FRE 403, MIL 1 |

17574577/V-2

| Witness | Live/Depo | Objections |
|---|---|---|
| David King | Live or Depo | Relevance, FRE 403, MIL 1 |
| John Kinzel | Live or Depo | |
| Peter Klein | Live | FRCP 26 |
| Corey Koester | Live or Depo | |
| Richard Kohan | Live or Depo | Relevance, FRE 403, MIL 1 |
| Eric Lacter | Live or Depo | Relevance, FRE 403, MIL 2 |
| Robert Lazenby | Live | FRE 702, FRE 703 |
| André LeFebvre | Live or Depo | Relevance, FRE 403, MIL 1 |
| John Limpert | Live or Depo | Relevance, FRE 403, MIL 1, MIL 3 |
| Donald Lincoln | Live or Depo | |
| Charles R. Lundelius, Jr. | Live or Depo | FRCP 26, Second Amended CMO #1, FRE 702, FRE 703 |
| Frank Martinez | Live or Depo | |
| Tony McKenzie | Live or Depo | |
| Diane Messick | Live or Depo | |
| Stephen Mulready | Live or Depo | Relevance, FRE 403, MIL 1, MIL 4, MIL 5 |
| Michael Nemelka | Live or Depo | |
| Seamus O'Neill | Live | FRCP 26, Second Amended CMO #1, Relevance, FRE 403, MIL 1 |
| Teri Peulen | Live or Depo | |
| Richard Potter | Live | |
| Richard Price | Live | FRCP 26, Second Amended CMO #1, Relevance, FRE 403, MIL 1 |
| Vincent Pugliese | Live or Depo | Relevance, FRE 403, MIL 1, MIL 5 |
| Howland Redding | Live or Depo | |
| Michael Reeslund | Live | |
| B.J. Rood | Live or Depo | Relevance, FRE 403, MIL 1, MIL 5 |
| David Schneider | Live or Depo | |
| Robert Schrof | Live | |
| Judith A. Schweikart | Live | Discovery sanction |
| Stephanie Scola | Live or Depo | |
| Marianna Stershic | Live | |
| Lori Swanell | Live | |
| John Tighe | Live or Depo | Relevance, FRE 403, MIL 1, MIL 4, MIL 5 |
| Dianna Turner | Live | |
| Robert Van Epps | Live or Depo | Relevance, FRE 403, MIL 1, MIL 5 |
| Jeff Westad | Depo | Relevance, FRE 403, MIL 1, MIL 2 |
| James Willoughby | Live or Depo | |
| David Zulauf | Depo | |

# EXHIBIT 19

## Exhibit 19

## FAMILY DEFENDANTS' LIST OF WITNESSES

The Family defendants intend to call some or all of the following witnesses at trial. The witnesses will testify live, except where otherwise indicated. The Family defendants reserve the right to call or designate testimony of anyone appearing on any other party's witness list, and reserve the right to amend this list, or to call additional witnesses, based on the witness lists and revisions to the witness list of the Trustee, the disposition of pending motions and in view of events at trial. Expert witnesses are denoted with an asterisk.

| | |
|---|---|
| Anjos, William | Live |
| Aquino, Michael | Live |
| Barbee, Andrew | Live or Deposition |
| Bast, Robert | Live |
| Burns, Michael (Tofias) | Live |
| Camp, Gary | Live |
| Carney, Owen* | Live |
| Colatrella, Mark | Live |
| DiSimplico, Guy | Live or Deposition |
| Domal, Joseph | Live or Deposition |
| Gagné, Pamela | Live |
| Gagné, W. Roderick | Live |
| Halterman, Dennis | Live or Deposition |
| Hawthorne, Gary | Deposition |
| Herrick, Sanford | Live or Deposition |
| Kartha, Patricia | Live |
| Loofbourrow, John | Live or Deposition |
| Messick, Diane | Live |
| Penny, Mark* | Live |
| Pike, Deborah | Live |
| Saylor, Roger | Live or Deposition |
| Schauer, Scott | Live or Deposition |
| Stanziale, Charles | Live |
| Waddington, Edward* | Live |
| Westad, Jeffrey | Live |

EXHIBIT 19A

## EXHIBIT 19A

As set forth in the Family defendants' Motion in Limine No. 1, the Family defendants object to the following persons as witnesses:

1. **Maria DeCarlo** – paralegal at Pepper.

2. **Duncan Grant, Esquire** – attorney at Pepper.

3. **Bruce Green, Esquire** – proffered expert on legal ethics.

4. **Darcy Lee Malcolm** – legal assistant at Pepper.

5. **Konrad Smith** – employee of a trucking school that SFC dealt with.

6. **Andrea Unterberger, Esquire** – former Pepper attorney.

7. **Alfred Wilcox, Esquire** – General Counsel of Pepper.

8. **Myron Glucksman** – proffered expert on securitizations.

9. **Steve Haenchun** – employee of Grant Thornton, which conducted an investigation of SFC on behalf of Royal.

10. **David Pauker** – proffered expert on Royal's alleged damages.

11. **William Spears** – a Grant Thornton partner.

MO612397