IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MBIA INSURANCE CORPORATION, *et al.*,<br><br>    Plaintiffs and<br>    Counterclaim Defendants,<br><br>    v.<br><br>ROYAL INDEMNITY COMPANY,<br><br>    Defendant and<br>    Counterclaim Plaintiff. | C.A. No. 02-1294-JJF |
| CHARLES A. STANZIALE, CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>PEPPER HAMILTON LLP, *et al.*,<br><br>    Defendants. | C.A. No. 04-1551-JJF |

## NOTICE OF SERVICE

I hereby certify that, on October 3, 2007, **NOTICE OF SUBPOENAS DIRECTED TO MICHAEL AQUINO AND MARK COLATRELLA** was served, in the manner indicated, upon the counsel of record on the attached service list.

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  | */s/ Tiffany Geyer Lydon* |
|  | Philip Trainer, Jr. (#2788) <br> Tiffany Geyer Lydon (#3950) <br> Andrew D. Cordo (#4534) <br> 500 Delaware Avenue, 8th Floor <br> Wilmington, Delaware 19899 <br> (302) 654-1888 <br> ptrainer@ashby-geddes.com <br> tlydon@ashby-geddes.com <br> acordo@ashby-geddes.com |
| *Of Counsel:* | *Attorneys for Royal Indemnity Company* |

Michael H. Barr
Kenneth J. Pfaehler
Robert W. Gifford
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York  10020-1089
(212) 768-6700

    and

John I. Grossbart
Steven L. Merouse
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606
(312) 876-8000

Dated: October 3, 2007
184577.1

**SERVICE LIST**

**By E-mail**

| | |
|---|---|
| William H. Sudell, Jr., Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | David E. Wilks, Esquire<br>Reed Smith LLP<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801 |
| Michael R. Lastkowski, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | John W. Shaw, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |
| Karen Lee Turner, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801 | Charlene Davis, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899 |
| John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>Vedder, Price, Kaufman & Kammholz, P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019 | Steven M. Farina, Esquire<br>Thomas H.L. Selby, Esquire<br>Williams & Connolly LLP<br>725 Twelfth Street, NW.<br>Washington, DC 20005 |
| Stephen Shapiro, Esquire<br>Elizabeth K. Ainslie, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103 | Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690 |
| Michael S. Waters, Esquire<br>Lois H. Goodman, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079 | Andre G. Castaybert, Esquire<br>Steven Obus, Esquire<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 |
| Neil G. Epstein, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>50 South 16th Street, 22nd Floor<br>Philadelphia PA 19102 | Charles A. Gillman, Esquire<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005-1702 |