IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Student Finance Corporation,<br><br>        Debtor. | |
| Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation,<br><br>        Plaintiff,<br>v.<br><br>Pepper Hamilton LLP, *et al.*,<br><br>        Defendants. | Civil Action No. 04-1551 (JJF) |
| Wells Fargo Bank N.A. f/k/a Wells Fargo Bank Minnesota, N.A. as Trustee of SFC Grantor Trust, Series 2000-1, SFC Grantor Trust, Series 2000-2, SFC Grantor Trust, Series 2000-3, SFC Grantor Trust, Series 2000-4, SFC Grantor Trust, Series 2001-1, SFC Grantor Trust, Series 2001-2, SFC Owner Trust 2001-I, and SFC Grantor Trust, Series 2001-3,<br><br>        Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>Royal Indemnity Company,<br><br>        Defendant/Counterclaim Plaintiff. | Civil Action No. 02-1294 (JJF) |
| Royal Indemnity Company,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>Student Loan Servicing, LLC, *et al.*,<br><br>        Third-Party Defendants. | Civil Action No. 02-1294 (JJF) |

672208-1

## NOTICE OF SERVICE OF SUBPOENAS

*PLEASE TAKE NOTICE* that the subpoenas attached hereto as Exhibits A and B were served as indicated on the proof of service attached each subpoena.

*PLEASE TAKE FURTHER NOTICE* that the subpoenas attached hereto as Exhibits C through E were served *via* Federal Express on September 28, 2007 on:

Neil G. Epstein, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA 19102

who is counsel for the individuals named in the respective subpoenas. Mr. Epstein agreed to accept service on behalf of such individuals.

Dated: October 3, 2007
      Wilmington, Delaware

THE BAYARD FIRM

_/s/ M. Augustine_
Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Tel: (302) 655-5000

-and-

Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
Tel: (973) 993-8100

Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee for Student Finance
Corporation

672208-1