## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on this 4th day of October, 2007, I caused a copy of the **Letter Regarding Amendment of Complaint** to be served upon the parties listed below in the manners indicated.

| *VIA* **HAND DELIVERY** | *VIA* **FIRST CLASS MAIL** |
|---|---|
| William H. Sudell, Jr., Esquire<br>Daniel B. Butz, Esquire<br>*Morris, Nichols, Arsht & Tunnell*<br>1201 North Market Street<br>Wilmington, DE  19899-1347 | Elizabeth K. Ainslie, Esquire<br>*Schnader, Harrison, Segal & Lewis, LLP*<br>1600 Market Street, Suite 3600<br>Philadelphia, PA  19103 |
| David E. Wilks, Esquire<br>*Reed Smith, LLP*<br>1201 North Market Street, Suite 1500<br>Wilmington, DE  19801 | John H. Eickemeyer, Esquire<br>Jonathan A. Wexler, Esquire<br>*Vedder, Price, Kaufman & Kammholz, P.C.*<br>1633 Broadway, 47th Floor<br>New York, NY 10019 |
| Christopher Winter, Esquire<br>*Duane Morris, LLP*<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | Richard P. Swanson, Esquire<br>Veronica E. Rendon, Esquire<br>Jason M. Butler, Esquire<br>*Arnold & Porter, LLP*<br>399 Park Avenue<br>New York, NY  10022-4690 |
| John W. Shaw, Esquire<br>*Young, Conaway, Stargatt & Taylor, LLP*<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | Steven M. Farina, Esquire<br>Thomas H.L. Selby, Esquire<br>Amber M. Mettler, Esquire<br>*Williams & Connolly, LLP*<br>725 Twelfth Street, NW<br>Washington, DC 20005 |
| Karen Lee Turner, Esquire<br>Susan E. Poppiti, Esquire<br>*Eckert, Seamans, Cherin & Mellott, LLC*<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE  19801 | Neil G. Epstein, Esquire<br>*Eckert, Seamans, Cherin & Mellott, LLC*<br>1515 Market Street, 9th Floor<br>Philadelphia, PA  19102 |
| Philip Trainer, Jr., Esquire<br>Tiffany Geyer Lydon, Esquire<br>*Ashby & Geddes*<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19899 | Michael H. Barr, Esquire<br>Kenneth J. Pfaehler, Esquire<br>*Sonnenschein, Nath & Rosenthal, LLP*<br>1221 Avenue of the Americas<br>New York, NY  10020-1089 |

672306-1

### *VIA* FIRST CLASS MAIL

Alan S. Gilbert, Esquire
John I. Grossbart, Esquire
*Sonnenschein, Nath & Rosenthal, LLP*
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606

Andre G. Castaybert, Esquire
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
*Proskauer Rose, LLP*
1585 Broadway
New York, NY   10036-8299

Charles A. Gillman, Esquire
David Montone, Esquire
David G. Januszewski, Esquire
M. Justin Lubeley, Esquire
*Cahill Gordon & Reindel LLP*
80 Pine Street
New York, NY 10005-1702

### *VIA* ELECTRONIC MAIL

| | |
|---|---|
| Stephen J. Shapiro, Esquire<br>sshapiro@schnader.com | Veronica E. Rendon, Esquire<br>Veronica.Rendon@aporter.com |
| Andre G. Castaybert, Esquire<br>acastaybert@proskauer.com | John I. Grossbart, Esquire<br>jgrossbart@sonnenschein.com |
| John H. Eickemeyer, Esquire<br>jeickemeyer@vedderprice.com | Charles A. Gilman, Esquire<br>cgilman@cahill.com |
| William H. Sudell, Jr., Esquire<br>wsudell@mnat.com | Christopher M. Winter, Esquire<br>cmwinter@duanemorris.com |
| John W. Shaw, Esquire<br>jshaw@ycst.com | Neil G. Epstein, Esquire<br>nepstein@eckertseamans.com |
| Karen Singer, Esquire<br>KSinger@eckertseamans.com | Alan S. Gilbert, Esquire<br>agilbert@sonnenschein.com |

672306-1

| | |
|---|---|
| Brian L. Friedman, Esquire<br>blfriedman@proskauer.com | Bruce Merenstein, Esquire<br>bmerenstein@schnader.com |
| David G. Januszewski, Esquire<br>djanuszewski@cahill.com | David Montone, Esquire<br>dmontone@cahill.com |
| Dawn Jones, Esquire<br>djones@ycst.com | David C. McBride, Esquire<br>dmcbride@ycst.com |
| David E. Wilks, Esquire<br>DWilks@ReedSmith.com | Elizabeth K. Ainslie, Esquire<br>eainslie@schnader.com |
| Jason M. Butler, Esquire<br>Jason_Butler@aporter.com | M. Justin Lubeley, Esquire<br>jlubeley@cahill.com |
| Jonathan A. Wexler, Esquire<br>jwexler@vedderprice.com | Kenneth J. Pfaehler, Esquire<br>kpfaehler@sonnenschein.com |
| Lisa A. Bauer, Esquire<br>lbauer@proskauer.com | Lisa A. MacVittie, Esquire<br>lmacvittie@sonnenschein.com |
| Michael H. Barr, Esquire<br>mbarr@sonnenschein.com | Carol Press, Esquire<br>CPress@eckertseamans.com |
| Marie A. Tieri, Esquire<br>mtieri@vedderprice.com | Nicholas LePore, Esquire<br>nlepore@schnader.com |
| Robert W. Gifford, Esquire<br>rgifford@sonnenschein.com | Richard P. Swanson, Esquire<br>richard.swanson@aporter.com |
| Ronald Rauchberg, Esquire<br>rauchberg@proskauer.com | Steven M. Farina, Esquire<br>sfarina@wc.com |
| Steven L. Merouse, Esquire<br>smerouse@sonnenschein.com | Steven Obus, Esquire<br>sobus@proskauer.com |
| Tiffany Geyer Lydon, Esquire<br>tlydon@ashby-geddes.com | Thomas H.L. Selby, Esquire<br>TSelby@wc.com |

/s/ Mary E. Augustine
Mary E. Augustine (No. 4477)

672306-1