IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>            Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>            Plaintiff,<br>v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>            Defendants. | CIVIL ACTION No. 04-1551 (JJF) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that defendants Robert L. Bast, Pamela Bashore Gagné, the Brennan Trusts and W. Roderick Gagné as Trustee of the Brennan Trusts (the "Family defendants") request that the Family Defendants' Motion in Limine No. 3 to Preclude the Testimony of Martin Lieberman be heard at a date and time to be scheduled by the Court.

ECKERT SEAMANS CHERIN & MELLOTT, LLC

Dated: October 4, 2007

/s/ Brya M. Keilson
KARENLEE TURNER (No. 4332)
BRYA M. KEILSON (No. 4643)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430
Fax: (302) 425-0431
E-mail: kturner@eckertseamans.com

Neil G. Epstein
Carol L. Press
Charles F. Forer
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Telephone: (215) 851-8400
Fax:      (215) 851-8383

Attorneys for Defendants Robert L. Bast, Pamela Bashore Gagné, the Brennan Trusts and W. Roderick Gagné, as Trustee of the Brennan Trusts

M0612463