IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>         Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>         Plaintiff,<br>   v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>         Defendants. | :<br>:<br>:<br>:<br>: CIVIL ACTION No. 04-1551 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**[PROPOSED] ORDER GRANTING THE FAMILY DEFENDANTS' MOTION IN LIMINE NO. 3 TO PRECLUDE THE TESTIMONY OF MARTIN LIEBERMAN**

**AND NOW**, this ___ day of _____, 2007, upon consideration of the Family Defendants' Motion in Limine No. 3 to Preclude the Testimony of Martin Lieberman and the response thereto, it is hereby

**ORDERED** that the Motion is **GRANTED**, and it is

**FURTHER ORDERED** that Martin Lieberman is hereby precluded from testifying at the trial.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT COURT JUDGE

M0612633