# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

**Facsimile Transmittal Sheet**

1301 K Street N.W.
Suite 600, East Tower
Washington, D.C. 20005
202.408.6400
202.408.6399 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
San Francisco
Short Hills, NJ
St. Louis
Washington, D.C.
West Palm Beach

DATE•  February 23, 2006

PLEASE DELIVER THE FOLLOWING PAGES TO:

| | | |
|---|---|---|
| Veronica E. Rendon, Esq. | Arnold & Porter LLP | 212-715-1399 |
| Stephen J. Shapiro, Esq. | Schnader Harrison Segal & Lewis LLP | 215-751-2205 |
| John H. Eickemeyer, Esq. | Vedder Price Kaufman & Kammholz, P.C. | 212-407-7799 |
| Neil G. Epstein, Esq. | Eckert Seamans Cherin & Mellott, LLC | 215-851-8383 |
| Donald Crecca, Esq. | McElroy Deutsch Mulvaney & Carpenter | 973-622-5314 |
| James J. Rodgers, Esq. | Dilworth Paxson LLP | 215-575-7200 |
| Andre G. Castaybert, Esq. | Proskauer Rose LLP | 212-969-2900 |

FROM•    Lisa A. MacVittie

TOTAL NUMBER OF PAGES TRANSMITTED, INCLUDING THIS SHEET:    7

MESSAGE •

Original will NOT be mailed

**CONFIDENTIALITY NOTE**

The documents accompanying this facsimile transmission and the Facsimile Transmission Sheet contain information from the law firm of Sonnenschein Nath & Rosenthal LLP which is confidential or privileged. The information is intended to be for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this facsimiled information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the retrieval of the original documents at no cost to you.

IF YOU DO NOT RECEIVE ALL OF THE PAGES ABOVE, PLEASE CALL 202.408.6400 AS SOON AS POSSIBLE.

SN&R FACSIMILE DEPARTMENT USE ONLY:

TRANSMISSION COMPLETED AT:                    DOCUMENT TRANSMITTED BY:

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

Lisa A. MacVittie
202.408.6356
lmacvittie@sonnenschein.com

1301 K Street N.W.
Suite 600, East Tower
Washington, D.C. 20005-3364
202.408.6400
202.408.6399 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

February 23, 2006

**VIA FACSIMILE**

Veronica E. Rendon, Esq.
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022-4690

John H. Eickemeyer, Esq.
Vedder Price Kaufman & Kammholz, P.C.
805 Third Avenue
New York, NY 10022

Donald Crecca, Esq.
McElroy Deutsch Mulvaney & Carpenter
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Andre G. Castaybert, Esq.
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Stephen J. Shapiro, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103

Neil G. Epstein, Esq.
Eckert Seamans Cherin & Mellott, LLC
1515 Market Street, 9th Floor
Philadelphia, PA 19102

James J. Rodgers, Esq.
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Re: *In re: Student Finance Corporation*, Debtor
Chapter 7 - Bankruptcy Case Number: 02-11620-JBR
*Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation vs. Pepper Hamilton LLP, et al.*
Adversary Number: 04-56423 - Civil Action Number: 04-1551-JJF
*Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation vs. McGladrey & Pullen, LLP, and Michael Aquino*
Adversary Number: 04-58003 - Civil Action Number: 05-72-JJF
*Royal Indemnity Company vs. Pepper Hamilton LLP, et al.*
Civil Action Number: 05-165-JJF
*MBIA Ins. Corp. & Wells Fargo Bank Minnesota, N.A. v. Royal Indemnity Co.* (D. Del. C.A. No. 02-CV-01294)


QUALITY DEDICATION INTEGRITY
YEARS
2006



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

February 23, 2006
Page 2

Dear Counsel:

As a follow-up to my letter dated December 27, 2005, I have annotated the list of document productions obtained by Royal in the trucking school cases and the SFC bankruptcy to reflect the source of the productions:

<u>Documents obtained in trucking school litigation (from parties and third parties)</u>
1) ALNC VDMV 1 - 253: Virginia Department of Motor Vehicles (re Alliance)
2) Bank-CDI 1 - 134: Commercial Driver Institute ("CDI")
3) 1 - 2175: Coastal College
4) COASTAL/NO/ 1 - 22598: Coastal College
5) BEAR 1 - 29: Bearcat Truck Driving School
6) BEAR TAG 1 - 18: Texas Attorney General (re Bearcat)
7) CC LABOR 1 - 246: Louisiana Board of Regents (re Coastal College)
8) CRW 1 -313: Continental Road Watch
9) CSTM NMCHE 1 - 96: New Mexico Commission on Higher Education (re Custom Truck Driving School)
10) CUSTOM 1 - 450: Custom Truck Driving School
11) DLTA KBPE 1 - 208: Kentucky Board of Proprietary Education (re Delta Career Academy)
12) E&Y *Confidential* 000001 - E&Y *Confidential* 010568: Ernst & Young (re MPIII Holdings)
13) IBG 1 - 10355: International Benefits Group
14) JLA 1 - 315: Loofborrow & Associates
15) LEG 00001-01979: Legg Mason (re MPIII Holdings)
16) LUFKIN 1 - 3440: Lufkin Truck Driving Academy
17) MAC 1 - 1665: MAC Insurance Agency
18) MOOR 1 - 1881: T.E. Moor & Company
19) MPIII 1 - 246188 (CDs): MPIII Holdings
20) **MTA 1 - 126: MPIII Holdings
21) MTA CODHE 1 - 34: Colorado Department of Higher Education (re MTA Schools)
22) MTA GDPS 1 - 20: Georgia Department of Public Safety (re MTA Schools)
23) MTA ICPE 1 - 272: Indiana Commission on Propriety Education (re MTA Schools)
24) MTA MCJC 1 - 21: Mississippi State Board for Career and Junior Colleges (re MTA Schools)
25) MTA PDOE 1 - 347: Pennsylvania Department of Education (re MTA Schools)



# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

February 23, 2006
Page 3

26) MPIII 24600 - 24710: MPIII Holdings
27) LOOF 1 - 13695 (3 CDs): Loofborrow & Associates
28) PEAR 1 - 25: James Pearson
29) R/SDM 1 - 24553: MPIII Holdings
30) SFS 1 - 4315: CDI
31) TURN 1 - 25: Perry Turnbull
32) SPRINT 1 - 464: Sprint (re Andrew Yao)
33) CDI GDMVS 1 - 1173: Georgia Department of Motor Vehicles Safety (re CDI/TDI)
34) CDI GNPEC 1 - 91: Georgia Non-Public Post Secondary Education Commission (re CDI/TDI)
35) CDI JP 1 - 13: James Pearson
36) CDI THEC 1 - 363: Tennessee Higher Education Commission (re CDI)
37) CDIR 1 - 12522: CDI
38) CDISA 1 - 7234: CDI
39) CYPRESS 1 - 126: Cypress Truck Lines, Inc.
40) DEFT 1 - 2159: SFC
41) EXCO 1 - 721: Exco, Inc. (re CDI/TDI)
42) SMS/TD 1 - 938: TDI (re Student Marketing Services)
43) TDI FBNCE 1 - 450: Florida Board of Non-Public Career Education (re CDI/TDI)
44) TDI PDOE 1 - 484: Pennsylvania Department of Education (re CDI/TDI)
45) TDI WVHEPC 1 - 224: West Virginia Higher Education Policy Commission (re TDI)
46) TDIA ADPE 1 - 274: Alabama Department of Post Secondary Education (re TDI)
47) TDI ICPE 1 - 1811: Indiana Commission of Proprietary Education (re CDI/TDI)
48) TDI KYBPE 1 - 65: Kentucky State Board for Proprietary Education (re CDI/TDI)
49) TNT-DI 1 - 4859: Tennessee Truck Driving Institute
50) TTDI 1 - 6915: Texas Truck Driver Institute
51) CDI-2 4680 - 6016; 11077 - 11109: CDI
52) CDI-2-TA 1 - 2836: CDI
53) CDI/STU 1 - 4417 (CD): CDI
54) CDI/PI 1 - 3267 (CD): CDI
55) CRD THEC 1 - 456: Tennessee Higher Education Commission (re Crossroads Driver Training)


QUALITY · DEDICATION · INTEGRITY
100 YEARS
2006

# Sonnenschein
SONNENSCHEIN NATH & ROSENTHAL LLP

February 23, 2006
Page 4

56) FRANK 1 - 12158: MPIII Holdings (re Franklin Career Services)
57) FRANKLIN 1 - 61333 (CDs): Franklin Career Services
58) FRANKLIN-E 1 - 27583 (CDs): Franklin Career Services
59) FRANKLIN SUPP. 1 - 15089 (CDs): Franklin Career Services
60) FRANKLIN STU 1 - 54474 (CD): Franklin Career Services
61) FRANKLIN VIRGIL 000001-000342: Franklin Career Services (from Virgil Baker)
62) FKLN ADPE 1 - 370: Alabama Department of Post Secondary Education (re Franklin College)
63) FKLN KAG 1 - 203: Kansas Attorney General (re Franklin College)
64) FKLN KBPE 1 - 2787: Kentucky State Board for Proprietary Education (re Franklin Career Services)
65) FKLN KSBOR 1 - 341: Kansas Board of Regents (re Franklin College)
66) FKLN MBJC 1 - 19: Mississippi State for Community and Junior Colleges (re Franklin College)
67) FKLN MDHE 1 - 1883: Missouri Department of Higher Education (re Franklin)
68) FKLN WVCTC 1 - 626: West Virginia Council for Community and Technical College (re Franklin)
69) FRANKLIN CD 1 (student database): Franklin Career Services
70) FRANKLIN CD 2 (placement database): Franklin Career Services
71) HRAFFILATES 1 - 1099: HR Affiliates (outsourcing provider for Franklin Career Services)
72) HUNTINGTON 1 - 303: Keith Huntingdon (former student of Franklin)
73) LEEDS 1 - 10993 (CDs): Leeds Weld (re Franklin Career Services)
74) LOVE 000001-000166: Charles & Kimberly Love (former student of Franklin)
75) MENDELSOHN 000001 - 000318: Lance Mendelsohn (former employee of Franklin Career Services
76) MTAKPE 1 - 272: Kentucky Board of Professional Education (re MTA Schools)
77) MURDOCH 000001 - 008838 (CDs): Robert Murdoch (former employee of Franklin)
78) R&L 1 - 128: R&L Carrier (CDL testing center)
79) VOGT 1 - 6300 (CD): Mark Vogt (Franklin employee)
80) HU ICPE 1 - 124: Indiana Commission on Proprietary Education (re Hook Up Drivers)
81) HU KSBOR 1 - 766: Kansas Board of Regents (re Hook Up Drivers)
82) HU MCJC 1 - 15: Mississippi State Board for Community and Junior Colleges (re Hook Up Drivers)



QUALITY DEDICATION INTEGRITY
100 YEARS 2006



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

February 23, 2006
Page 5

83) HU MOBHE 1 - 1341: Missouri Board of Higher Education (re Hook Up Drivers)
84) HU THEC 1 - 294: Tennessee Higher Education Commission (re Hook Up Drivers)
85) PTDS IDOE 1 - 54: Idaho Department of Education (re Professional Truck Driving School)
86) PTDS KBPE 1 - 153: Kentucky State Board for Proprietary Education (re Professional Truck Driving School)
87) THBD KBPE 1 - 245: Kentucky State Board for Proprietary Education (re Thoroughbred)
88) THBD PPLS 1 - 134: State Board of Private Licensed Schools (re Thoroughbred)
89) MTA/CBIZ 00001 - 001137: MPIII Holdings
90) MTA UTBR 1 - 79: Utah State Board of Regents (re MTA Schools)
91) **MPIIII**00001-00100: MPIII Holdings
92) MPIII-PBB 0000001 - 0004065: MPIII Holdings (re Pennsylvania Business Bank)
93) DIAMOND 00001 - 00003: Stephen Diamond (former employee of Franklin)

<u>Documents Produced To Royal In The SFC Bankruptcy Litigation</u>
1) BNKRYAO 1 - 2660: Andrew Yao
2) Bank-CDI 000001 - 000134: Commercial Driver Institute
3) BSTNS 1 - 2142: Bear Stearns (re Andrew Yao)
4) CITBNK 1 - 1030: Citizens Bank (re Andrew Yao)
5) COMBNK 1 - 168: Commerce Bank (re Andrew Yao)
6) GSCO 1 - 88: Goldman Sachs & Company (re Andrew Yao)
7) HALTERMAN 1 - 18461: SFC Trustee/ Dennis Halterman (SFC/Yao accountant)
8) MELLON 1 - 3381: Mellon Bank (re Andrew Yao)
9) NBGR 1 - 3585: Neuberger Berman LLC (re Andrew Yao)
10) PNCYAO 1 - 104: PNC Bank (re Andrew Yao)
11) RB 1 - 2132: Robert Bast
12) S 1 - 74060: SFC
13) SFC 1 - 186504 (portions on CD): SFC
14) SM/T 1 - 118: (Subset of SMS/TD)
15) T TDI 1 - 1754: Texas Truck Driver Institute
16) TRUST 1 - 58: Andrew Yao/Lore N. Yao Trust
17) USAA 1 - 111: USAA Federal Savings Bank (re Andrew Yao)



QUALITY DEDICATION INTEGRITY
100 YEARS
2006



February 23, 2006
Page 6

    18) VNGD 1 - 88: The Vanguard Group (re Andrew Yao)
    19) VZN 1 - 1700: Verizon (re Andrew Yao)
    20) WACHOVIA 1 - 1251: Wachovia Bank (re Andrew Yao)
    21) WHELANS 1 - 2763: Thomas Whelans (SFC/Yao accountant)
    22) YAO 1 - 524: Andrew Yao
    23) NLS 1 - 4919: Nielsen Electronics

Please give me a call if you have any questions.

                Sincerely,

                Lisa A. MacVittie

cc:   John I. Grossbart, Esq.
      Kenneth J. Pfaehler, Esq.

25163493\V-1

