

Eckert Seamans Cherin & Mellott, LLC  
300 Delaware Avenue, Suite 1210  
Wilmington, DE 19801  

TEL 302 425 0430  
FAX 302 425 0432  
www.eckertseamans.com

## SERVICE LIST

William H. Sudell, Jr.  
Donna L. Culver  
Joanna F. Newdeck  
Morris, Nichols, Arsht & Tunnell  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
Email: wsudell@mnat.com  
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Elizabeth K. Ainslie  
Stephen J. Shapiro  
Nicholas J. LePore, III  
Bruce P. Merenstein  
Schnader Harrison Segal & Lewis LLP  
1600 Market Street, Suite 2600  
Philadelphia, PA 19103  
Email: eainslie@schnader.com  
    sshapiro@schnader.com  
    nlepore@schnader.com  
    bmerenstein@schnader.com  
*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Tiffany Geyer Lydon  
Philip Trainer, Jr.  
Carolyn Shelly Hake  
Ashby & Geddes  
222 Delaware Avenue  
P.O. Box 1150  
Wilmington, DE 19899  
Email: tlydon@ashby-geddes.com  
    ptrainer@ashby-geddes.com  
*Counsel for Royal Indemnity Company*

John H. Eickemeyer  
Marie A. Tieri  
Vedder, Price, Kaufman & Kammholz, P.C.  
1633 Broadway, 47th Floor  
New York, NY 10019  
Email: jeickemeyer@vedderprice.com  
    mtieri@vedderprice.com  
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

David E. Wilks  
Reed Smith LLP  
1201 North Market Street, Suite 1500  
Wilmington, DE 19801  
Email: dwilks@reedsmith.com  
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Michael Lastowski, Esquire  
Duane Morris LLP  
1100 North Market Street  
Suite 1200  
Wilmington, DE 19801  
Email: mlastowski@duanemorris.com  
*Counsel for Freed Maxick & Battaglia, CPAs, PC; McGladrey & Pullen LLP and Michael Aquino*

**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

TEL 302 425 0430
FAX 302 425 0432
www.eckertseamans.com

John I. Grossbart
Alan S. Gilbert
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
Email: jgrossbart@sonnenschein.com
   agilbert@sonnenschein.com
*Counsel for Royal Indemnity Company*

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Email: jshaw@ycst.com
*Counsel for MBIA*

Steven M. Farina
Thomas H.L. Selby
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC 20005
Email: sfarina@wc.com
   tselby@wc.com
*Counsel for McGladrey & Pullen LLP*

Veronica E. Rendon
Richard P. Swanson
Jason M. Butler
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
Email: veronica_rendon@aporter.com
   richard.swanson@aporter.com
   jason_butler@aporter.com
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

Charlene M. Davis
Ashley B. Stitzer
Mary E. Augustine
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Email: cdavis@bayardfirm.com
   astitzer@bayardfirm.com
   maugustine@bayardfirm.com
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

Charles A. Gilman
David G. Montone
David G. Januszewski
M. Justin Lubeley
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
Email: cgilman@cahill.com
   dmontone@cahill.com
   djanuszewski@cahill.com
   jlubeley@cahill.com
*Counsel for Pepper Hamilton LLP*



Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

TEL 302 425 0430
FAX 302 425 0432
www.eckertseamans.com

Michael S. Waters
Lois H. Goodman
Jeffrey T. Testa
Donald Crecca
John P. Dwyer
McElroy, Deutsch, Mulvaney &
  Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark NJ 07102
Email: lgoodman@mdmc-law.com
       mwaters@mdmc-law.com
       dcrecca@mdmc-law.com
       jtesta@mdmc-law.com
       jdwyer@mdmc-law.com
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

Andre G. Castaybert
Ronald Rauchberg
Steven Obus
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
Email: acastaybert@proskauer.com
       rrauchberg@proskauer.com
       sobus@proskauer.com
*Counsel for MBIA*

*M0612888.DOC*

WILMINGTON, DE   PITTSBURGH, PA   HARRISBURG, PA   PHILADELPHIA, PA   BOSTON, MA   WASHINGTON, DC
MORGANTOWN, WV   SOUTHPOINTE, PA   WHITE PLAINS, NY