IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>                        Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>                        Plaintiff,<br>    v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>                        Defendants. | :<br>:<br>:<br>:<br>:   CIVIL ACTION No. 04-1551 (JJF)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**<u>FAMILY DEFENDANTS' PROPOSED VERDICT FORM</u>**


Dated: October 3, 2007

KAREN LEE TURNER (No. 4332)
BRYA M. KEILSON (No. 4643)
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430
Fax:       (302) 425-0431
E-mail:   kturner@eckertseamans.com

Neil G. Epstein
Carol L. Press
Charles F. Forer
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Telephone: (215) 851-8400
Fax:    (215) 851-8383

Attorneys for Defendants Robert L. Bast, Pamela Bashore Gagné, the Brennan Trusts and W. Roderick Gagné, as Trustee of the Brennan Trusts

1.  Did the Trustee prove by a preponderance of the evidence that Roderick Gagné was an insider of Student Finance Corporation ("SFC"), as I have defined that term for you?

    _____ YES                    _____ NO

**If your answer to Question 1 is YES, proceed to Question 2. If your answer to Question 1 is NO, proceed to Question 6.**

2.  Did the Trustee prove by a preponderance of the evidence that the Brennan Trusts were "relatives" of Roderick Gagné, as I have defined that term for you, and therefore insiders of SFC?

    _____ YES                    _____ NO

**Proceed to Question 3 whether your answer to Question 2 is YES or NO**

3.  Did the Trustee prove by a preponderance of the evidence that SFC was insolvent on the dates of the loan payments shown on Exhibit A, as I have defined that term for you? Check YES or NO in the appropriate box on the attached schedule, Exhibit A.

**Proceed to Question 4 unless all of your answers to Question 3 are NO. If all of your answers to Question 3 are NO, proceed to Question 6.**

4.  Did the Family defendants prove by a preponderance of the evidence that the loan payments shown on Exhibit B were made by SFC in the ordinary course of business between SFC and the Family defendants, as I have explained that defense to you? Check YES or NO in the appropriate box on the attached schedule, Exhibit B.

**If your answer to Question 4 are all YES, proceed to Question 6. If your answers to Question 4 are not all YES, proceed to Question 5.**

5.  With respect to any loan payment for which you answered NO in response to Question 4, did the Family defendant who received that payment prove by a preponderance of the evidence that she, he or it give new value to SFC on or about March 5, 2002, as I have explained that defense to you? Check YES or NO in the appropriate box on the attached schedule, Exhibit C.

**Proceed to Question 6.**

6.  Did the Family defendants prove by a preponderance of the evidence that the loan payments on Exhibit D were made by SFC in the ordinary course of business between SFC and the Family defendants, as I have explained that defense to you? Check YES or NO in the appropriate box on the attached schedule, Exhibit D.

**Proceed to Question 7.**

7.  Did the Trustee prove by clear and convincing evidence that Andrew Yao transferred his stock in One Summit Place G.P., Inc., DHP G.P., Inc. and Premier Education Group G.P. Inc. ("GP Stock") to certain of the Family defendants with actual intent to hinder, delay or defraud any of his creditors?

     _____ YES          _____ NO

**If your answer to Question 7 is YES, proceed to Question 8. If your answer to Question 7 is NO, this is the final question.**

8.  Did the Family defendants prove by the preponderance of the evidence that they received the GP Stock in good faith and for a reasonably equivalent value, as I have explained that defense to you?

     _____ YES          _____ NO

**END**

*612576*

2

## **EXHIBIT A**

| Did Trustee prove by a preponderance of the evidence that SFC was insolvent on the date of each repayment? | Transferee | Payment Date | Payment Amount |
|---|---|---|---|
| ☐ YES ☐ NO | Robert L. Bast | June 28, 2001 | $26,842.00 |
| ☐ YES ☐ NO | | July 30, 2001 | $26,842.00 |
| ☐ YES ☐ NO | | August 30, 2001 | $26,842.00 |
| ☐ YES ☐ NO | | September 27, 2001 | $26,842.00 |
| ☐ YES ☐ NO | | October 23, 2001 | $26,842.00 |
| ☐ YES ☐ NO | | November 13, 2001 | $2,000,000.00 |
| ☐ YES ☐ NO | | November 13, 2001 | $153,334.00 |
| ☐ YES ☐ NO | | November 30, 2001 | $26,842.00 |
| ☐ YES ☐ NO | | December 27, 2001 | $26,842.00 |
| ☐ YES ☐ NO | | February 1, 2002 | $26,842.00 |
| ☐ YES ☐ NO | | February 27, 2002 | $26,842.00 |
| | | | |
| ☐ YES ☐ NO | Pamela Bashore Gagné | June 26, 2001 | $5,136.98 |
| ☐ YES ☐ NO | | June 27, 2001 | $5,136.98 |
| ☐ YES ☐ NO | | August 29, 2001 | $5,136.98 |
| ☐ YES ☐ NO | | September 27, 2001 | $5,136.98 |
| ☐ YES ☐ NO | | October 30, 2001 | $5,136.98 |
| ☐ YES ☐ NO | | November 12, 2001 | $375,000.00 |
| ☐ YES ☐ NO | | November 12, 2001 | $28,750.00 |
| ☐ YES ☐ NO | | November 29, 2001 | $5,136.98 |
| ☐ YES ☐ NO | | December 27, 2001 | $5,136.98 |
| ☐ YES ☐ NO | | February 1, 2002 | $5,136.98 |
| | | | |
| ☐ YES ☐ NO | Elizabeth B. Brennan Trust | June 26, 2001 | $7,397.26 |
| ☐ YES ☐ NO | | July 27, 2001 | $7,397.26 |
| ☐ YES ☐ NO | | August 29, 2001 | $7,397.26 |
| ☐ YES ☐ NO | | September 27, 2001 | $7,397.26 |
| ☐ YES ☐ NO | | October 30, 2001 | $7,397.26 |
| ☐ YES ☐ NO | | November 29, 2001 | $7,397.26 |
| ☐ YES ☐ NO | | December 27, 2001 | $7,397.26 |
| ☐ YES ☐ NO | | February 1, 2002 | $7,397.26 |
| | | | |
| ☐ YES ☐ NO | Elizabeth B. Brennan Trust FBO Phillip B. Gagné | November 12, 2001 | $250,000.00 |

| | | | | |
|---|---|---|---|---|
| ☐ YES | ☐ NO | | November 12, 2001 | $18,583.00 |
| ☐ YES | ☐ NO | Elizabeth B. Brennan Trust FBO Elizabeth L. Gagné | November 12, 2001 | $375,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $28,750.00 |
| ☐ YES | ☐ NO | James T. Brennan Trust FBO Phillip B. Gagné | November 12, 2001 | $125,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $9,583.00 |
| ☐ YES | ☐ NO | James T. Brennan Trust FBO Elizabeth L. Gagné | November 12, 2001 | $175,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $13,417.00 |
| ☐ YES | ☐ NO | James T. Brennan Trust FBO W. Roderick Gagné | November 12, 2001 | $175,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $13,417.00 |

**EXHIBIT B**

| Did the Family defendants prove by a preponderance of the evidence that the loan payments were made in the ordinary course of business? | Transferee | Payment Date | Payment Amount |
|---|---|---|---|
| ☐ YES   ☐ NO | Robert L. Bast | June 28, 2001 | $26,842.00 |
| ☐ YES   ☐ NO | | July 30, 2001 | $26,842.00 |
| ☐ YES   ☐ NO | | August 30, 2001 | $26,842.00 |
| ☐ YES   ☐ NO | | September 27, 2001 | $26,842.00 |
| ☐ YES   ☐ NO | | October 23, 2001 | $26,842.00 |
| ☐ YES   ☐ NO | | November 13, 2001 | $2,000,000.00 |
| ☐ YES   ☐ NO | | November 13, 2001 | $153,334.00 |
| ☐ YES   ☐ NO | | November 30, 2001 | $26,842.00 |
| ☐ YES   ☐ NO | | December 27, 2001 | $26,842.00 |
| ☐ YES   ☐ NO | | February 1, 2002 | $26,842.00 |
| ☐ YES   ☐ NO | | February 27, 2002 | $26,842.00 |
| | | | |
| ☐ YES   ☐ NO | Pamela Bashore Gagné | June 26, 2001 | $5,136.98 |
| ☐ YES   ☐ NO | | June 27, 2001 | $5,136.98 |
| ☐ YES   ☐ NO | | August 29, 2001 | $5,136.98 |
| ☐ YES   ☐ NO | | September 27, 2001 | $5,136.98 |
| ☐ YES   ☐ NO | | October 30, 2001 | $5,136.98 |
| ☐ YES   ☐ NO | | November 12, 2001 | $375,000.00 |
| ☐ YES   ☐ NO | | November 12, 2001 | $28,750.00 |
| ☐ YES   ☐ NO | | November 29, 2001 | $5,136.98 |
| ☐ YES   ☐ NO | | December 27, 2001 | $5,136.98 |
| ☐ YES   ☐ NO | | February 1, 2002 | $5,136.98 |
| | | | |
| ☐ YES   ☐ NO | Elizabeth B. Brennan Trust | June 26, 2001 | $7,397.26 |
| ☐ YES   ☐ NO | | July 27, 2001 | $7,397.26 |
| ☐ YES   ☐ NO | | August 29, 2001 | $7,397.26 |
| ☐ YES   ☐ NO | | September 27, 2001 | $7,397.26 |
| ☐ YES   ☐ NO | | October 30, 2001 | $7,397.26 |
| ☐ YES   ☐ NO | | November 29, 2001 | $7,397.26 |
| ☐ YES   ☐ NO | | December 27, 2001 | $7,397.26 |
| ☐ YES   ☐ NO | | February 1, 2002 | $7,397.26 |

| | | | | |
|---|---|---|---|---|
| ☐ YES | ☐ NO | Elizabeth B. Brennan Trust FBO Phillip B. Gagné | November 12, 2001 | $250,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $18,583.00 |
| ☐ YES | ☐ NO | Elizabeth B. Brennan Trust FBO Elizabeth L. Gagné | November 12, 2001 | $375,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $28,750.00 |
| ☐ YES | ☐ NO | James T. Brennan Trust FBO Phillip B. Gagné | November 12, 2001 | $125,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $9,583.00 |
| ☐ YES | ☐ NO | James T. Brennan Trust FBO Elizabeth L. Gagné | November 12, 2001 | $175,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $13,417.00 |
| ☐ YES | ☐ NO | James T. Brennan Trust FBO W. Roderick Gagné | November 12, 2001 | $175,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $13,417.00 |

M0612586.DOC

**EXHIBIT C**

| Did the Family defendant prove by a preponderance of the evidence that she, he or it gave new value? | Transferee | Payment Date | Payment Amount |
|---|---|---|---|
| ☐ YES  ☐ NO | Robert L. Bast | June 28, 2001 | $26,842.00 |
| ☐ YES  ☐ NO | | July 30, 2001 | $26,842.00 |
| ☐ YES  ☐ NO | | August 30, 2001 | $26,842.00 |
| ☐ YES  ☐ NO | | September 27, 2001 | $26,842.00 |
| ☐ YES  ☐ NO | | October 23, 2001 | $26,842.00 |
| ☐ YES  ☐ NO | | November 13, 2001 | $2,000,000.00 |
| ☐ YES  ☐ NO | | November 13, 2001 | $153,334.00 |
| ☐ YES  ☐ NO | | November 30, 2001 | $26,842.00 |
| ☐ YES  ☐ NO | | December 27, 2001 | $26,842.00 |
| ☐ YES  ☐ NO | | February 1, 2002 | $26,842.00 |
| ☐ YES  ☐ NO | | February 27, 2002 | $26,842.00 |
| | | | |
| ☐ YES  ☐ NO | Pamela Bashore Gagné | June 26, 2001 | $5,136.98 |
| ☐ YES  ☐ NO | | June 27, 2001 | $5,136.98 |
| ☐ YES  ☐ NO | | August 29, 2001 | $5,136.98 |
| ☐ YES  ☐ NO | | September 27, 2001 | $5,136.98 |
| ☐ YES  ☐ NO | | October 30, 2001 | $5,136.98 |
| ☐ YES  ☐ NO | | November 12, 2001 | $375,000.00 |
| ☐ YES  ☐ NO | | November 12, 2001 | $28,750.00 |
| ☐ YES  ☐ NO | | November 29, 2001 | $5,136.98 |
| ☐ YES  ☐ NO | | December 27, 2001 | $5,136.98 |
| ☐ YES  ☐ NO | | February 1, 2002 | $5,136.98 |
| | | | |
| ☐ YES  ☐ NO | Elizabeth B. Brennan Trust | June 26, 2001 | $7,397.26 |
| ☐ YES  ☐ NO | | July 27, 2001 | $7,397.26 |
| ☐ YES  ☐ NO | | August 29, 2001 | $7,397.26 |
| ☐ YES  ☐ NO | | September 27, 2001 | $7,397.26 |
| ☐ YES  ☐ NO | | October 30, 2001 | $7,397.26 |
| ☐ YES  ☐ NO | | November 29, 2001 | $7,397.26 |
| ☐ YES  ☐ NO | | December 27, 2001 | $7,397.26 |
| ☐ YES  ☐ NO | | February 1, 2002 | $7,397.26 |
| | | | |
| ☐ YES  ☐ NO | Elizabeth B. Brennan Trust FBO Phillip B. Gagné | November 12, 2001 | $250,000.00 |
| ☐ YES  ☐ NO | | November 12, 2001 | $18,583.00 |

| | | | | |
|---|---|---|---|---|
| ☐ YES | ☐ NO | Elizabeth B. Brennan Trust FBO Elizabeth L. Gagné | November 12, 2001 | $375,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $28,750.00 |
| ☐ YES | ☐ NO | James T. Brennan Trust FBO Phillip B. Gagné | November 12, 2001 | $125,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $9,583.00 |
| ☐ YES | ☐ NO | James T. Brennan Trust FBO Elizabeth L. Gagné | November 12, 2001 | $175,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $13,417.00 |
| ☐ YES | ☐ NO | James T. Brennan Trust FBO W. Roderick Gagné | November 12, 2001 | $175,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $13,417.00 |

M0612586.DOC

**EXHIBIT D**

| Did the Family defendants prove by a preponderance of the evidence that the loan payments were made in the ordinary course of business? | Transferee | Payment Date | Payment Amount |
|---|---|---|---|
| ☐ YES ☐ NO | Robert L. Bast | March 28, 2002 | $26,842.00 |
| ☐ YES ☐ NO | | April 2, 2002 | $18,000.00 |
| | | April 29, 2002 | $46,842.47 |
| ☐ YES ☐ NO | Pamela Bashore Gagné | March 14, 2002 | $5,136.98 |
| ☐ YES ☐ NO | | March 28, 2002 | $5,136.98 |
| ☐ YES ☐ NO | | April 11, 2002 | $3,600.00 |
| ☐ YES ☐ NO | | April 24, 2002 | $5,136.98 |
| ☐ YES ☐ NO | | April 24, 2002 | $4,000.00 |
| ☐ YES ☐ NO | Elizabeth B. Brennan Trust | March 14, 2002 | $7,397.26 |
| ☐ YES ☐ NO | | March 28, 2002 | $7,397.26 |
| ☐ YES ☐ NO | | April 24, 2002 | $7,397.26 |
| ☐ YES ☐ NO | James T. Brennan Trust FBO Phillip B. Gagné | April 2, 2002 | $900.00 |
| ☐ YES ☐ NO | | April 24, 2002 | $1,000.00 |
| ☐ YES ☐ NO | James T. Brennan Trust FBO Elizabeth L. Gagné | April 2, 2002 | $1,800.00 |
| ☐ YES ☐ NO | | April 24, 2002 | $2,000.00 |
| ☐ YES ☐ NO | James T. Brennan Trust FBO W. Roderick Gagné | April 2, 2002 | $1,800.00 |
| ☐ YES ☐ NO | | April 24, 2002 | $2,000.00 |

*612588*