# EXHIBIT 6

## EXHIBIT 6

### Trustee's Statement of Issues of Law that Remain to be Litigated

Plaintiff the Trustee expects to present the below listed issues of law at trial. To the extent that any issues of fact set forth in Statement of Issues of Fact of the Joint Pretrial Order may be considered issues of law, the Trustee incorporates those portions by reference.

The Trustee has provided legal citations in support of each issue of law. The Trustee expressly reserves the right to cite additional legal support, if appropriate.

**Issues of Law to be Presented:**

1. Whether Gagne and the Family Defendants were insiders of SFC.

    11 USCS § 101

    In re Student Finance Corp., 335 B. R. 539 (D. Del. 2005)

    In re Broumas, 1998 U.S. App. LEXIS 3070 (4th Cir. 1998)

    In re Demko, 264 B.R. 404 (Bankr. W.D. Pa. 2001)

    Official Comm. of Unsecured Creditors v. Shapiro, 2001 U.S. Dist. LEXIS 18734 (E.D. Pa. 2001)

2. Whether certain payments to the Family Defendants are voidable as preferences.

    11 USCS § 101

    11 USCS § 547

3. Whether certain payments to the Family Defendants were fraudulent conveyances under Bankruptcy Law.

    11 USCS § 544

    11 USCS § 548

    11 USCS § 550

4. Whether certain payments to the Family Defendants were fraudulent conveyances under the applicable Pennsylvania statute.

    12 Pa. C.S. § 5101-5119

5. Whether the Trustee is entitled to prejudgment interest on any damages awarded against the Family Defendants.

    <u>Tekstrom, Inc. v. Savla</u>, 2005 WL 3589401 (Del.Ct.Com.P. Nov. 2, 2005)