# EXHIBIT 8

# Exhibit 8
## TRUSTEE EXHIBIT LIST - TRACK NO. 1 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 1 Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 22 | | Yes | R |
| 24 | | Yes | A, R |
| 27 | | Yes | R |
| 28 | | Yes | R |
| 29 | | Yes | R |
| 38 | | Yes | R |
| 41 | | Yes | R |
| 42 | | Yes | R |
| 43 | | Yes | R |
| 51 | | No | |
| 63 | | Yes | R |
| 64 | | Yes | R |
| 65 | | Yes | R |
| 66 | | Yes | R |
| 67 | | Yes | R |
| 68 | | Yes | R |
| 69 | | Yes | R |
| 70 | | Yes | R |
| 74 | | Yes | A, R |
| 75 | | Yes | R |
| 76 | | Yes | R |
| 77 | | Yes | R |
| 78 | | Yes | R |
| 87 | | Yes | R |
| 90 | | No | |
| 93 | | No | |
| 94 | | Yes | R |
| 96 | | Yes | R |
| 97 | | Yes | R |
| 98 | | Yes | R |
| 106 | | Yes | R |
| 141 | | Yes | R |
| 150 | | Yes | R |
| 171 | | No | |
| 221 | | Yes | R |
| 255 | | Yes | H, R |
| 257 | | Yes | H, R |
| 258 | | Yes | H, R |
| 260 | | Yes | H, R |
| 261 | | Yes | H, R |
| 262 | | Yes | H, R |
| 264 | | Yes | H, R |
| 268 | | Yes | H, R |
| 270 | | Yes | H, R |
| 271 | | Yes | R |
| 272 | | Yes | R |
| 273 | | Yes | R |

- 1 -

# Exhibit 8
## TRUSTEE EXHIBIT LIST - TRACK NO. 1 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 1 Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 274 | | Yes | H, R |
| 277 | | Yes | R |
| 278 | | Yes | H, A, R |
| 279 | | Yes | H, R |
| 280 | | Yes | H, A, R |
| 281 | | Yes | H, A, R |
| 282 | | Yes | H, A, R |
| 285 | | Yes | R |
| 286 | | Yes | H, A, R |
| 291 | | Yes | R |
| 292 | | Yes | R |
| 293 | | Yes | R |
| 294 | | Yes | H, R |
| 295 | | Yes | H, R |
| 296 | | Yes | R |
| 297 | | Yes | R |
| 298 | | Yes | A, R |
| 306 | | Yes | R |
| 308 | | Yes | R |
| 309 | | Yes | R |
| 311 | | Yes | R |
| 313 | | Yes | R |
| 315 | | Yes | H, R |
| 351 | | Yes | H, R |
| 358 | | Yes | R |
| 359 | | Yes | R |
| 361 | | Yes | R |
| 364 | | No | |
| 365 | | No | |
| 369 | | Yes | R |
| 370 | | Yes | R |
| 371 | | Yes | R |
| 372 | | Yes | R |
| 373 | | Yes | R |
| 539 | | Yes | R |
| 540 | | Yes | R |
| 541 | | Yes | R |
| 546 | | Yes | H, A, R |
| 560 | | Yes | R |
| 588 | | Yes | H, A, R |
| 589 | | Yes | R |
| 590 | | Yes | R |
| 591 | | Yes | R |
| 594 | | Yes | R |
| 599 | | Yes | R |
| 601 | | Yes | R |
| 602 | | Yes | R |

# Exhibit 8
## TRUSTEE EXHIBIT LIST - TRACK NO. 1 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 1 Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 603 | | Yes | R |
| 604 | | Yes | R |
| 605 | | Yes | R |
| 606 | | Yes | R |
| 607 | | Yes | R |
| 608 | | Yes | R |
| 609 | | Yes | R |
| 610 | | Yes | R |
| 613 | | Yes | R |
| 614 | | Yes | R |
| 615 | | Yes | R |
| 616 | | Yes | R |
| 618 | | Yes | R |
| 619 | | Yes | R |
| 620 | | Yes | R |
| 621 | | Yes | R |
| 622 | | Yes | R |
| 623 | | Yes | R |
| 628 | | Yes | H, A, R |
| 630 | | Yes | A, R |
| 644 | | Yes | R |
| 645 | | Yes | R |
| 646 | | Yes | R |
| 647 | | Yes | A, R |
| 957 | | Yes | R |
| 991 | | Yes | R |
| 1014 | | No | |
| 1015 | | No | |
| 1017 | | Yes | R |
| 1018 | | Yes | R |
| 1020 | | No | |
| 1021 | | No | |
| 1022 | | No | |
| 1023 | | No | |
| 1025 | | No | |
| 1026 | | Yes | R |
| 1027 | | Yes | R |
| 1028 | | Yes | R |
| 1029 | | Yes | R |
| 1030 | | Yes | R |
| 1032 | | Yes | R |
| 1033 | | No | |
| 1034 | | Yes | R |
| 1036 | | Yes | R |
| 1037 | | No | |
| 1038 | | Yes | R |
| 1039 | | Yes | R |

- 3 -

# Exhibit 8
## TRUSTEE EXHIBIT LIST - TRACK NO. 1 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 1 Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 1040 | | Yes | R |
| 1041 | | Yes | R |
| 1042 | | No | |
| 1043 | | Yes | R |
| 1044 | | No | |
| 1045 | | No | |
| 1049 | | Yes | R |
| 1050 | | Yes | A, R |
| 1051 | | Yes | A, R |
| 1056 | | Yes | R |
| 1057 | | Yes | R |
| 1059 | | No | |
| 1081 | | Yes | H, R |
| 1099 | | Yes | H, R |
| 1102 | | Yes | H, R |
| 1104 | | Yes | A, R |
| 1105 | | Yes | A, R |
| 1106 | | Yes | R |
| 1107 | | Yes | R |
| 1114 | | Yes | A, R |
| 1116 | | Yes | R |
| 1117 | | Yes | R |
| 1119 | | Yes | R |
| 1166 | | Yes | H, A, R |
| 1170 | | Yes | A, R |
| 1171 | | No | |
| 1172 | | Yes | R |
| 1173 | | Yes | R |
| 1175 | | No | |
| 1176 | | No | |
| 1177 | | No | |
| 1178 | | No | |
| 1179 | | Yes | H |
| 1180 | | No | |
| 1181 | | No | |
| 1182 | | No | |
| 1183 | | No | |
| 1184 | | No | |
| 1185 | | No | |
| 1186 | | Yes | R |
| 1187 | | No | |
| 1188 | | Yes | R |
| 1189 | | Yes | R |
| 1190 | | Yes | A, R |
| 1191 | | Yes | H, A, R |
| 1192 | | Yes | R |
| 1193 | | Yes | R |

# Exhibit 8
## TRUSTEE EXHIBIT LIST - TRACK NO. 1 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 1 Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 1194 | | Yes | R |
| 1195 | | Yes | R |
| 1196 | | Yes | R |
| 1197 | | Yes | R |
| 1198 | | No | |
| 1199 | | No | |
| 1200 | | Yes | R |
| 1202 | | Yes | Other (See note below) |
| 1203 | | No | |
| 1204 | | No | |
| 1205 | | Yes | H, R |
| 1206 | | No | |
| 1207 | | Yes | R |
| 1208 | | No | |
| 1209 | | No | |
| 1210 | | No | |
| 1213 | | No | |
| 1214 | | Yes | R |
| 1215 | | Yes | R |
| 1216 | | Yes | R |
| 1217 | | Yes | R |
| 1220 | | Yes | R |
| 1231 | | No | |
| 1232 | | No | |
| 1233 | | No | |
| 1234 | | No | |
| 1235 | | No | |
| 1308 | | Yes | R |
| 1313 | | Yes | R |
| 1316 | | Yes | R |
| 1344 | | Yes | R |
| 1347 | | Yes | R |
| 1360 | | Yes | H, A, R |
| 1368 | | Yes | H, A, R |
| 1369 | | Yes | H, A, R |
| 1432 | | No | |
| 1433 | | No | |
| 1434 | | No | |
| 1435 | | No | |
| 1436 | | No | |
| 1437 | | No | |
| 1438 | | Yes | R |
| 1439 | | Yes | R |
| 1440 | | No | |
| 1441 | | No | |
| 1485 | | Yes | R |
| 1486 | | Yes | R |

# Exhibit 8
# TRUSTEE EXHIBIT LIST - TRACK NO. 1 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 1 Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 1492 | | Yes | H, A, R |
| 1500 | | Yes | R |
| 1517 | | Yes | R |
| 1518 | | Yes | R |
| 1519 | | No | |
| 1568 | | Yes | R |
| 1685 | | Yes | R |
| 1692 | | Yes | R |
| 1709 | | Yes | R |
| 1711 | | Yes | R |
| 1712 | | No | |
| 1713 | | No | |
| 1744 | | No | |

# Exhibit 8
## TRUSTEE EXHIBIT LIST - TRACK NO. 2 (REVISED 10/01/07)
H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 2 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 190 | | Yes | R |
| 191 | | Yes | H, A, R |
| 193 | | Yes | H |
| 195 | | Yes | H, A, R |
| 197 | | Yes | H, R |
| 203 | | Yes | R |
| 204 | | Yes | R |
| 230 | | Yes | A, R |
| 232 | | Yes | R |
| 241 | | Yes | R |
| 247 | | Yes | R |
| 350 | | Yes | R |
| 394 | | Yes | H, R, O (Lack of Foundation) |
| 396 | | Yes | R |
| 407 | | Yes | H, R |
| 411 | | No | |
| 412 | | No | |
| 416 | | No | |
| 418 | | No | |
| 487 | | Yes | R |
| 519 | | Yes | R |
| 520 | | Yes | H, R |
| 521 | | Yes | H, R |
| 523 | | Yes | H, R |
| 679 | | Yes | R |
| 706 | | Yes | R |
| 812 | | No | |
| 859 | | Yes | R |
| 863 | | No | |
| 865 | | No | |
| 866 | | No | |
| 867 | | No | |
| 868 | | No | |
| 869 | | No | |
| 870 | | No | |
| 871 | | No | |
| 872 | | Yes | H, R |
| 873 | | No | |
| 874 | | No | |
| 875 | | No | |
| 878 | | Yes | R |
| 879 | | Yes | R |
| 880 | | Yes | R |
| 883 | | No | |
| 885 | | No | |
| 886 | | Yes | R |
| 887 | | No | |

# Exhibit 8
# TRUSTEE EXHIBIT LIST - TRACK NO. 2 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 2 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 888 | | Yes/Possible | R |
| 889 | | Yes/Possible | R |
| 890 | | Yes/Possible | R |
| 899 | | No | |
| 902 | | No | |
| 2021 | | No | |

# Exhibit 8
# TRUSTEE EXHIBIT LIST - TRACK NO. 3 (REVISED 10/01/07)

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track 3 Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 65 | | No | |
| 66 | | No | |
| 67 | | No | |
| 72 | | No | |
| 73 | | Yes | R, A |
| 74 | | No | |
| 75 | | No | |
| 76 | | No | |
| 77 | | No | |
| 78 | | No | |
| 79 | | No | |
| 80 | | No | |
| 81 | | Yes | R |
| 82 | | No | |
| 84 | | No | |

# Exhibit 8
## TRUSTEE EXHIBIT LIST - UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 6000 | ACCT 006629-632 | | | Yes | R, A |
| 6001 | ACCT 006633-37 | | | Yes | R, A |
| 6002 | ACCT 013629-32 | | | Yes | R, A |
| 6003 | | Compilation of supporting entries for Trustee's damages claims | | Yes | R, A |
| 6004 | | Court Order for the Protection of Confidential Information dated March 15, 2006 with Confidentiality Declaration | | No | |
| 6005 | | Entries in SFC's financial records sufficient to support any item of damage claim that cannot be agreed to by the parties. | | Yes | R, A, C |
| 6006 | FDIC-PUB 000001-650 | | | Yes | R |
| 6007 | FDIC-SFC 000033-36 | | | Yes | R |
| 6008 | FDIC-SFC 000322 | | | Yes | R |
| 6009 | MORRIS 0022093-143 | | | Yes | R |
| 6010 | PH 036204-224 | | | Yes | R |
| 6011 | PH 036260-66 | | | Yes | R |
| 6012 | PH 153737-39 | | | Yes | R |
| 6013 | SFC 181426-50 | | | Yes | R |
| 6014 | SQL Server | SQL Server and CDs containing copies thereof, obtained by Grant Thornton from SFC circa April 2002 | | | |
| 6015 | WFSC 830121-22 | | | Yes | R |
| 6016 | GBT 001659-65 | | | No | |
| 6017 | GBT 001691-96 | | | No | |
| 6018 | GBT 001826-27 | | | No | |
| 6019 | GBT 003067-92 | | | No | |
| 6020 | GBT 003746-47 | | | No | |
| 6021 | GBT 006415-18 | | | No | |
| 6022 | GBT 006847 | Email from R. Williams of ACCET to R. Barna re: proposed change of ownership of Premier | 3/27/2003 | Yes | R |
| 6023 | GBT 008180 | | | No | |
| 6024 | GBTEX 000001-15 | | | No | |

# Exhibit 8
## TRUSTEE EXHIBIT LIST - UNMARKED DOCUMENTS
H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 6025 | SLS Server | Message 1305 email from D. Messick to A. Yao re: discussion of SFC stock repurchases | 10/27/2000 | Yes | R, H |
| 6026 | WSFC 0385794 | Letter from A Yao of SFC to M. Bouman of Branford Hall re: approval for SFC's finance program | 6/29/1994 | Yes | R |
| 6027 | WSFC 0385777 | Letter from Branford Hall to SFC re: cancellation of loans of two students | 2/14/1996 | Yes | R |
| 6028 | PEPPER 052692 | Email from A. Yao to R. Gagne re: discussion of distributions from SFC | 10/24/2000 | Yes | R |
| 6029 | PEPPER 052691 | Email from A. Yao to R. Gagne re: preferential ownership of SFC in SMS | 10/24/2000 | Yes | R |
| 6030 | PEPPER 052022.001 | Email from A. Yao to R. Gagne re: creation of SLS and SMS | 3/30/2000 | Yes | R |
| 6031 | PEPPER 051674 | Email from R. Gagne to A. Yao re: Distributions from SFC and concerns about personal business | 10/24/2000 | Yes | R |
| 6032 | PEPPER 051676 | Email from A. Yao to R. Gagne re: Estate Planning for Yao and SFC distributions for house construction | 10/24/2000 | Yes | R, O |
| 6033 | PEPPER 014321.283 | Biography of A. Yao | | Yes | R, A |
| 6034 | PEPPER 014321.117 | Letter from R. Gagne of Clark Ladner to A. Yao re: representation in the formation of One Summit Place Partners | 4/19/1994 | Yes | R, C |

# Exhibit 8
## TRUSTEE EXHIBIT LIST - UNMARKED DOCUMENTS
H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| 6035 | WSFC 0530738 | Letter from R. Gagne of Clark Ladner to R. Barnikow of CEC re: enclosure of capital contributions of R. Bast and Elizabeth B. Brennan Trust | 6/28/1996 | No | |
| 6036 | S-PEG 0627-37 | Defendant Andrew N. Yao's Answer, With A New Matter, to First Amended Complaint of Premier Education Group G.P., Inc., Robert L. Bast, W. Roderick Gagne, Elizabeth B. Brennan Family Trust #2 F/B/O Elizabeth L. Gagne and Elizabeth B. Brennan Family Trust #2 F/B/O Philip B. Gagne (Court of Common Pleas, Montgomery County, PA, Docket No. 04-07474) | 4/22/2005 | Yes | H, R |
| 6037 | | In re: Student Finance Corporation, Debtor. Case No. 02-11620 (JBR) Adversary Proceeding No. 04-55218 Complaint of Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation, against Defendants Andrew N. Yao, Lore North Yao, DCC I Aircraft Corporation and DCC II Aircraft Corporation | 9/14/2004 | Yes | R |
| 6038 | | Andew Yao's Proof of Claim | 4/17/2003 | Yes | R |

- 12 -