# EXHIBIT 9

EXHIBIT 9

# FAMILY DEFENDANTS EXHIBIT LIST - TRACK NO. I
H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track I Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 18 | 18-I | Y | R |
| 21 | 21-I | Y | R |
| 49 | 49-I | Y | R, C |
| 51 | 51-I | N | |
| 58 | 58-I | N | |
| 110 | 110-I | Y | R, A |
| 113 | 113-I | Y | R, A |
| 128 | 128-I | Y | R, A |
| 129 | 129-I | Y | R, A |
| 130 | 130-I | Y | R, A |
| 171 | 171-I | N | |
| 204 | 204-I | Y | R |
| 223 | 223-I | Y | R, A |
| 231 | 231-I | N | |
| 365 | 365-I | N | |
| 510 | 510-I | Y | R, A |
| 511 | 511-I | Y | R, A |
| 512 | 512-I | Y | R, A |
| 514 | 514-I | Y | R, A |
| 515 | 515-I | Y | R, A |
| 516 | 516-I | Y | R, A |
| 517 | 517-I | Y | R, A |
| 518 | 518-I | Y | R, A |
| 520 | 520-I | Y | R, A |
| 521 | 521-I | Y | R, A |
| 635 | 635-I | Y | R, A |
| 653 | 653-I | Y | R, A |
| 654 | 654-I | Y | R, A |
| 655 | 655-I | Y | R, A |
| 657 | 657-I | Y | R, A |
| 676 | 676-I | Y | R, A |
| 806 | 806-I | Y | R, A |
| 904 | 904-I | Y | R, A |
| 905 | 905-I | Y | R, A, H |
| 1021 | 1021-I | Y | R |
| 1022 | 1022-I | N | |
| 1023 | 1023-I | N | |
| 1024 | 1024-I | Y | R |
| 1052 | 1052-I | Y | R |
| 1059 | 1059-I | N | |
| 1175 | 1175-I | N | |
| 1176 | 1176-I | N | |
| 1177 | 1177-I | N | |
| 1184 | 1184-I | N | |

# FAMILY DEFENDANTS EXHIBIT LIST - TRACK NO. I

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track I Dep Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 1185 | 1185-I | N | |
| 1187 | 1187-I | N | |
| 1198 | 1198-I | N | |
| 1199 | 1199-I | N | |
| 1209 | 1209-I | N | |
| 1231 | 1231-I | N | |
| 1232 | 1232-I | N | |
| 1233 | 1233-I | N | |
| 1234 | 1234-I | N | |
| 1235 | 1235-I | N | |
| 1436 | 1426-I | N | |
| 1437 | 1437-I | N | |
| 1440 | 1440-I | N | |
| 1441 | 1441-I | N | |
| 1457 | 1457-I | N | |
| 1472 | 1472-I | N | |
| 1496 | 1496-I | N | |
| 1519 | 1519-I | N | |
| 1529 | 1529-I | Y | R, A |
| 1702 | 1702-I | Y | R, A |
| 2059 | 2059-I | Y | H |
| 2060 | 2060-I | Y | H |
| 2085 | 2085-I | N | |
| 1230 | 1230-I | N | |

# FAMILY DEFENDANTS EXHIBIT LIST - TRACK NO. II

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track II Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 211 | 211-II | N | |
| 222 | 222-II | N | |
| 224 | 224-II | Y | R, A |
| 229 | 229-II | Y | R, A |
| 236 | 236-II | Y | R, A |
| 258 | 258-II | N | |
| 259 | 259-II | N | |
| 261 | 261-II | N | |
| 271 | 271-II | N | |
| 326 | 326-II | N | |
| 327 | 327-II | N | |
| 353 | 353-II | N | |
| 354 | 354-II | N | |
| 355 | 355-II | N | |
| 356 | 356-II | N | |
| 357 | 357-II | N | |
| 358 | 358-II | Y | R, A |
| 359 | 359-II | Y | R, A |
| 360 | 360-II | Y | R, A |
| 361 | 361-II | Y | R, A |
| 363 | 363-II | Y | R, A |
| 364 | 364-II | Y | R, A |
| 365 | 365-II | Y | R, A |
| 366 | 366-II | Y | R, A |
| 368 | 368-II | Y | R, A |
| 369 | 369-II | Y | R, A |
| 370 | 370-II | Y | R, A |
| 371 | 371-II | Y | R, A |
| 372 | 372-II | N | |
| 373 | 373-II | N | |
| 374 | 374-II | N | |
| 375 | 375-II | N | |
| 376 | 376-II | N | |
| 377 | 377-II | N | |
| 378 | 378-II | Y | R, A |
| 380 | 380-II | N | |
| 381 | 381-II | N | |
| 382 | 382-II | N | |
| 383 | 383-II | N | |
| 384 | 384-II | N | |
| 385 | 385-II | N | |
| 386 | 386-II | N | |
| 387 | 387-II | N | |
| 388 | 388-II | Y | R, A |

# FAMILY DEFENDANTS EXHIBIT LIST - TRACK NO. II

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track II Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 436 | 436-II | Y | R, A |
| 450 | 450-II | Y | R, A |
| 451 | 451-II | Y | R, A |
| 488 | 488-II | N | |
| 813 | 813-II | Y | R, 403 |
| 854 | 854-II | N | |
| 867 | 867-II | Y | R, A, C |
| 868 | 868-II | N | |
| 869 | 869-II | N | |
| 870 | 870-II | N | |
| 876 | 876-II | Y | R, A |
| 883 | 883-II | N | |
| 885 | 885-II | N | |
| 887 | 887-II | N | |
| 888 | 888-II | N | |
| 889 | 889-II | N | |
| 890 | 890-II | N | |
| 892 | 892-II | N | |
| 893 | 893-II | N | |
| 894 | 894-II | N | |
| 895 | 895-II | Y | R, A |
| 896 | 896-II | Y | R, A |
| 897 | 897-II | Y | R, A |
| 898 | 898-II | Y | R, A |
| 2000 | 2000-II | Y | R,A,H |

# FAMILY DEFENDANTS EXHIBIT LIST - TRACK NO. III

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Track III Dep. Ex. # | Trial Ex. # | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|
| 66 | 66-III | N | |
| 68 | 68-III | Y | R |
| 69 | 69-III | N | |
| 70 | 70-III | Y | R |
| 71 | 71-III | Y | R |
| 72 | 72-III | N | |
| 74 | 74-III | N | |
| 75 | 75-III | N | |
| 76 | 76-III | N | |
| 77 | 77-III | N | |
| 79 | 79-III | N | |
| 80 | 80-III | N | |
| 83 | 83-III | Y | R |
| 84 | 84-III | N | |

# FAMILY DEFENDANTS EXHIBIT LIST - UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| | | Trustee's First Amended Complaint | | N | |
| | | Family Defendants' Answer to First Amended Complaint | | N | |
| | | Family Defendants' First Set of Interrogatories and Trustee's Objections and Responses | | N | |
| | | Family Defendants' Second Set of Interrogatories and Trustee's Objections and Responses | | N | |
| | | Family Defendants' Third Set of Interrogatories and Trustee's Objections and Responses | | N | |
| | | Family Defendants' First Set of Requests for Admissions and Trustee's Objections and Responses | | N | |
| | | Owen Carney Report (Exhibit 2000-II) and documents submitted with the Report) | | Y | H |
| | | Edward M. Waddington Report (Exhibit 2059-I) and documents identified in the Report or listed on Exhibit I to the Report and GBTEX000016-000728) | | Y | H |
| | | J. Mark Penny Report and Exhibits (Exhibit 2060-I), documents identified in the Report or listed on Exhibit II to the Report and documents e-mailed to Trustee's counsel on 7/18/07 and 9/11/07 | | Y | H |

# FAMILY DEFENDANTS EXHIBIT LIST - UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| | | All SFC General Ledgers -- annual or monthly 1998-2002 | | Y/N | O (exists electronically; would have to see printed portion) |
| | GBT 000663-000666 | | | Y | R, A, 403 |
| | GBT 000679 | | | Y | R, A |
| | GBT 000682-000683 | | | Y | R, A |
| | GBT 000930-000937 | | | N | |
| | GBT 000985-000989 | | | N | |
| | GBT 001004-001007 | | | Y | 403 |
| | GBT 001012-001014 | | | Y | 403 |
| | GBT 001219-001222 | | | Y | R, A, 403 |
| | GBT 001358-001377 | | | Y | 403 |
| | GBT 001381-001386 | | | Y | R |
| | GBT 001403-001405 | | | Y | R, A |
| | GBT 001423-001432 | | | Y | 403 |
| | GBT 001433-001435 | | | Y | R, A |
| | GBT 001447-001449 | | | Y | R, 403 |
| | GBT 001450-001453 | | | Y | R, 403 |
| | GBT 001473-001481 | | | Y | 403 |
| | GBT 001482-001491 | | | Y | 403 |
| | GBT 001532-001533 | | | Y | R, 403 |
| | GBT 001547 | | | Y | R, 403 |
| | GBT 001615-001628 | | | Y | R, A |
| | GBT 001659-001665 | | | N | |

# FAMILY DEFENDANTS EXHIBIT LIST - UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| | GBT 001688-001690 | | | N | |
| | GBT 001691-001696 | | | N | |
| | GBT 001826-001827 | | | Y | R, A |
| | GBT 001843-001844 | | | N | |
| | GBT 002661 | | | Y | R, A |
| | GBT 002663 | | | Y | R, A |
| | GBT 002674-002675 | | | Y | R |
| | GBT 002676 | | | N | |
| | GBT 002685-002686 | | | Y | R, A |
| | GBT 002687 | | | Y | R, A |
| | GBT 002688 | | | Y | R, A |
| | GBT 002723-002725 | | | Y | R, A |
| | GBT 002807-002811 | | | Y | R, A |
| | GBT 002813-002817 | | | Y | R, A |
| | GBT 002824-002828 | | | Y | R, A |
| | GBT 002830-002834 | | | Y | R, A |
| | GBT 002836-002840 | | | Y | R, A |
| | GBT 002847-002851 | | | Y | R, A |
| | GBT 002865-002871 | | | Y | R, A |
| | GBT 002880-002886 | | | Y | R, A |
| | GBT 002888-002894 | | | Y | R, A |
| | GBT 002896-002902 | | | Y | R, A |
| | GBT 002904-002908 | | | Y | R, A |
| | GBT 002910-002914 | | | Y | R, A |
| | GBT 002916-002920 | | | Y | R, A |

# FAMILY DEFENDANTS EXHIBIT LIST - UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| | GBT 002922-002926 | | | Y | R, A |
| | GBT 003067-003092 | | | N | |
| | GBT 003145-003146 | | | Y | R, A |
| | GBT 003203-003209 | | | Y | R, A, H |
| | GBT 003334-003340 | | | Y | R, A |
| | GBT 003561-003562 | | | Y | R, A |
| | GBT 003616 | | | Y | R, A |
| | GBT 003634-003636 | | | Y | R, A, H |
| | GBT 003655-003679 | | | N | |
| | GBT 003698-003699 | | | Y | R, A |
| | GBT 003746-003747 | | | N | |
| | GBT 004019-004021 | | | Y | R, A |
| | GBT 004695-004699 | | | Y | R, A |
| | GBT 004701-004705 | | | Y | R, A, H |
| | GBT 005200-005201 | | | Y | R, A, H |
| | GBT 005215-005223 | | | Y | R, A |
| | GBT 005440 | | | Y | R, A |
| | GBT 005441 | | | Y | R, A, H |
| | GBT 005442 | | | Y | R, A |
| | GBT 005472-005481 | | | Y | R |
| | GBT 005566 | | | Y | R, A |
| | GBT 006324-006351 | | | Y | R, A, 403 |
| | GBT 006396-006397 | | | Y | R, A |
| | GBT 006398 | | | Y | R, A |
| | GBT 006399-006400 | | | N | |

# FAMILY DEFENDANTS EXHIBIT LIST - UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| | GBT 006415-006418 | | | N | |
| | GBT 006419-006422 | | | Y | 403 |
| | GBT 006444-006451 | | | Y | R, A |
| | GBT 006472 | | | Y | R, A, H |
| | GBT 006473-006520 | | | Y | R, A |
| | GBT 006673 | | | Y | R, A |
| | GBT 006714-006717 | | | Y | R, A |
| | GBT 007615-007627 | | | Y | R, A |
| | GBT 007835 | | | Y | R, A, 403 |
| | GBT 008118-008119 | | | Y | R, A, 403 |
| | GBT 008180 | | | N | |
| | GBTEX 1-15 | | | Y | R, A |
| | Copies of tax returns received from IRS may be added. | | | Y | |
| | ACCT 002965 | | | Y | R, A |
| | ACCT 003591 | | | Y | R, A, H |
| | ACCT 003592 | | | Y | R, A |
| | ACCT 004265-004266 | | | Y | R, A, H |
| | ACCT 004668 | | | Y | R, A, H |
| | ACCT 004917-004918 | | | Y | R, A |
| | ACCT 007002-007003 | | | Y | R, A |
| | ACCT 007165-007166 | | | Y | R, A, H |
| | ACCT 007898-008300 | | | Y | 403 |
| | HALTERMAN 54 | | | Y | R, A, H |
| | HALTERMAN 135 | | | Y | R, A, H |
| | HALTERMAN 136 | | | Y | R, A, H |
| | HALTERMAN 137 | | | Y | R, A, H |
| | HALTERMAN 138 | | | Y | R, A, H |
| | HALTERMAN 139 | | | Y | R, A, H |
| | HALTERMAN 141 | | | Y | R, A, H |
| | HALTERMAN 142 | | | Y | R, A, H |

# FAMILY DEFENDANTS EXHIBIT LIST - UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| | HALTERMAN 2880 | | | Y | R, A, H |
| | HALTERMAN 2881 | | | Y | R, A, H |
| | HALTERMAN 2882 | | | Y | R, A, H |
| | HALTERMAN 2883 | | | Y | R, A, H |
| | HALTERMAN 6044 | | | Y | R, A, H |
| | HALTERMAN 6069 | | | Y | R, A, H |
| | HALTERMAN 6071 | | | Y | R, A, H |
| | HALTERMAN 6087 | | | Y | R, A, H |
| | HALTERMAN 6103 | | | Y | R, A, H |
| | HALTERMAN 6112 | | | Y | R, A, H |
| | HALTERMAN 6136 | | | Y | R, A, H |
| | HALTERMAN 6138 | | | Y | R, A, H |
| | HALTERMAN 6139 | | | Y | R, A, H |
| | HALTERMAN 6144 | | | Y | R, A, H |
| | HALTERMAN 6145 | | | Y | R, A, H |
| | HALTERMAN 6146 | | | Y | R, A, H |
| | HALTERMAN 6153 | | | Y | R, A, H |
| | HALTERMAN 6205 | | | Y | R, A, H |
| | HALTERMAN 6207 | | | Y | R, A, H |
| | HALTERMAN 6209 | | | Y | R, A, H |
| | HALTERMAN 6218 | | | Y | R, A, H |
| | HALTERMAN 6219 | | | Y | R, A, H |
| | HALTERMAN 6247 | | | Y | R, A, H |
| | HALTERMAN 6250 | | | Y | R, A, H |
| | HALTERMAN 6275 | | | Y | R, A, H |
| | HALTERMAN 6276 | | | Y | R, A, H |
| | HALTERMAN 6477 | | | Y | R, A, H |
| | HALTERMAN 6481 | | | Y | R, A, H |
| | HALTERMAN 6482 | | | Y | R, A, H |
| | HALTERMAN 6508 | | | Y | R, A, H |
| | HALTERMAN 6509 | | | Y | R, A, H |
| | HALTERMAN 6510 | | | Y | R, A, H |
| | HALTERMAN 6516 | | | Y | R, A, H |
| | HALTERMAN 6517 | | | Y | R, A, H |
| | HALTERMAN 6563 | | | Y | R, A, H |
| | HALTERMAN 6566 | | | Y | R, A, H |
| | HALTERMAN 6567 | | | Y | R, A, H |
| | HALTERMAN 6592 | | | Y | R, A, H |
| | HALTERMAN 6593 | | | Y | R, A, H |
| | HALTERMAN 6595 | | | Y | R, A, H |
| | HALTERMAN 6613 | | | Y | R, A, H |
| | HALTERMAN 6616 | | | Y | R, A, H |
| | HALTERMAN 6618 | | | Y | R, A, H |
| | HALTERMAN 6621 | | | Y | R, A, H |
| | HALTERMAN 6622 | | | Y | R, A, H |

# FAMILY DEFENDANTS EXHIBIT LIST - UNMARKED DOCUMENTS

H = Hearsay; R = Relevance; A = Authenticity; C = Lack of Completeness; O = Other; 403 = Rule 403

| Trial Ex. # | Bates Number/Source | Exhibit Description | Exhibit Date | Objection (Yes/No) | Basis for Objection |
|---|---|---|---|---|---|
| | HALTERMAN 6623 | | | Y | R, A, H |
| | HALTERMAN 6624 | | | Y | R, A, H |
| | HALTERMAN 6625 | | | Y | R, A, H |
| | HALTERMAN 6626 | | | Y | R, A, H |
| | HALTERMAN 6627 | | | Y | R, A, H |
| | PH 008153-8177 | | | Y | R, A, H |
| | PH 008178-8181 | | | Y | R, A, H |
| | PH 008182-8192 | | | Y | 403 |
| | PH 008193-8201 | | | Y | R, A, H |
| | PH 008214-8222 | | | Y | R, A, H |
| | PH 009347-9376 | | | Y | R, A, H |
| | PH 009380-9389 | | | Y | 403 |
| | PH 009438-9440 | | | Y | R, A, H |
| | PH 009441-9450 | | | Y | R, A, H |
| | PH 009476-9488 | | | Y | R, A, H |
| | PH 009527-9556 | | | Y | R, A, H |
| | PH 009560-9569 | | | Y | R, A, H |
| | PH 009617-9619 | | | Y | R, A, H |
| | PH 009627-9635 | | | Y | R, A, H |
| | PH 008782-8809 | | | Y | R, A, H |
| | PH 008810-8812 | | | Y | R, A, H |
| | PEPPER 052909-052910 | | | Y | R, A, H |
| | PEPPER 056719-056744 | | | Y | R, A, H |
| | PEPPER 056716-056718 | | | Y | R, A, H |
| | PEPPER 056690-056715 | | | Y | R, A, H |
| | PEPPER 056687-056689 | | | Y | R, A, H |
| | WSFC 0052620-0052622 | | | Y | R, A, H |
| | WSFC 0319248-0319254 | | | Y | 403 |
| | WSFC 0374502-0374553 | | | Y | R, 403, C |
| | WSFC 0377434-0377441 | | | Y | R, A |