# EXHIBIT 10

# EXHIBIT 10

## TRUSTEE'S WITNESS LIST

The Trustee intends to call some or all of the following witnesses at trial. The witnesses will testify live except where otherwise indicated. The Trustee reserves the right to call anyone appearing on any other party's witness list, and reserves the right to adjust this list, or to call additional witnesses in any answering or rebuttal case, based on the witness list of the other parties and in view of events at trial.

### Witnesses Specific to Trustee's Claims

| Witness | Live / Deposition |
| --- | --- |
| Aksim, David | Live |
| Aquino, Michael | Live |
| Bast, Robert | Live |
| Camp, Gary | Live or Deposition |
| DeCarlo, Maria | Live |
| DiSimplico, Guy | Live |
| Gagne, Pamela | Live |
| Gagne, W. Roderick | Live |
| Grant, Duncan | Live |
| Green, Bruce* | Live |
| Green, Anthony | Live |
| Hecht, William* | Live |
| Horgan, James | Live |
| Houck, John* | Live |
| Kartha, Patricia | Live |
| Lieberman, Martin* | Live |
| Malcom, Darcy Lee | Live |
| Martinez, Frank | Live |
| Monteverde, Kirk | Live |
| Saylor, Roger | Live or Deposition |
| Schauer, Scott | Live or Deposition |
| Scola, Stephanie | Live or Deposition |
| Smith, Konrad | Deposition |
| Spears, William | Live |
| Stanziale, Charles | Live |
| Steinmetz, Harry* | Live |
| Unterberger, Andrea | Live |
| Wilcox, Alfred | Live |

Witnesses noted with "*" have been designated as expert witnesses.