# EXHIBIT 11

## EXHIBIT 11

As set forth in the Family defendants' Motion in Limine No. 1, the Family defendants object to the following persons as witnesses:

1. **Maria DeCarlo** – paralegal at Pepper.

2. **Duncan Grant, Esquire** – attorney at Pepper.

3. **Bruce Green, Esquire** – proffered expert on legal ethics.

4. **Darcy Lee Malcolm** – legal assistant at Pepper.

5. **Konrad Smith** – employee of a trucking school that SFC dealt with.

6. **Andrea Unterberger, Esquire** – former Pepper attorney.

7. **Alfred Wilcox, Esquire** – General Counsel of Pepper.

8. **Myron Glucksman** – proffered expert on securitizations.

9. **Steve Haenchun** – employee of Grant Thornton, which conducted an investigation of SFC on behalf of Royal.

10. **David Pauker** – proffered expert on Royal's alleged damages.

11. **William Spears** – a Grant Thornton partner.

MO612397