# EXHIBIT 12

## Exhibit 12

## **FAMILY DEFENDANTS' LIST OF WITNESSES**

The Family defendants intend to call some or all of the following witnesses at trial. The witnesses will testify live, except where otherwise indicated. The Family defendants reserve the right to call or designate testimony of anyone appearing on any other party's witness list, and reserve the right to amend this list, or to call additional witnesses, based on the witness lists and revisions to the witness list of the Trustee, the disposition of pending motions and in view of events at trial. Expert witnesses are denoted with an asterisk.

| | |
|---|---|
| Anjos, William | Live |
| Aquino, Michael | Live |
| Barbee, Andrew | Live or Deposition |
| Bast, Robert | Live |
| Burns, Michael (Tofias) | Live |
| Camp, Gary | Live |
| Carney, Owen* | Live |
| Colatrella, Mark | Live |
| DiSimplico, Guy | Live or Deposition |
| Domal, Joseph | Live or Deposition |
| Gagné, Pamela | Live |
| Gagné, W. Roderick | Live |
| Halterman, Dennis | Live or Deposition |
| Hawthorne, Gary | Deposition |
| Herrick, Sanford | Live or Deposition |
| Kartha, Patricia | Live |
| Loofbourrow, John | Live or Deposition |
| Messick, Diane | Live |
| Penny, Mark* | Live |
| Pike, Deborah | Live |
| Saylor, Roger | Live or Deposition |
| Schauer, Scott | Live or Deposition |
| Stanziale, Charles | Live |
| Waddington, Edward* | Live |
| Westad, Jeffrey | Live |

M0610333.DOC