# EXHIBIT 13

## EXHIBIT 13

The Trustee objects to the following persons as witnesses not listed on Rule 26 disclosures:

1.    William Anjos ( Premier Education Group)

2.    Michael Burns (Tofias)