# EXHIBIT 14

# EXHIBIT 14

Deposition Designations for Trustee's Witnesses
Not Expected to Appear in Person[1]

| DEPONENT AND DATE | WITNESS DESIGNATION | OBJECTION | COUNTER DESIGNATION[2,3] | OBJECTION[4] |
|---|---|---|---|---|
| Gary Camp 4/30/2007 | 9:8-9:10 | | | |
| | 24:17-25:15 | | | |
| | 26:11-26:15 | | | |
| | 29:21-30:16 | R | 28:2-29:20 | |
| | 37:22-38:21 | SP R | | |
| | 45:2-45:19 | | | |
| | 46:9-46:19 | | | |
| | 47:18-47:24 | | | |
| | 48:18-49:1 | | | |
| | 52:18-52:24 | CO | | |
| | 53:5-54:1 | R | | |
| | 54:19-55:12 | R | | |
| | 55:16-56:2 | R | | |
| | 56:9-56:12 | R LE CO | 56:16-17, 56:19, 56:21-57:8 | |
| Gary Camp 4/30/2007 | 177:14-177:16 | CO | | |
| | 177:23-179:1 | FP | | |
| | 181:2-181:19 | FP | 182:16-22, 183:4-11, 324:4-13, 324:15-16, 345:3-4, 345:12-15 | |
| | 233:22-234:1 | | | |
| | 236;25-237:2 | CO | | |
| | 237:11-239:16 | R | | |
| | 240:10-240:19 | R | 243:18-19, 243:24-244:5 | |
| | 241:12-241:20 | R SP | 333:3-6, 333:8-13, 333:15- | |

---

[1] The Family defendants reserve their right to make additions or changes to these objections and counter-designations.

[2] The Family defendants' counter-designations do not repeat the Family defendants' designations.

[3] When there is an objection, counter-designations will apply only if the objection is overruled.

[4] The parties have agreed that the Trustee is deemed to have objected to all counter-designations on this Exhibit, and a revised Exhibit with specific objections will be submitted.

| DEPONENT AND DATE | WITNESS DESIGNATION | OBJECTION | COUNTER DESIGNATION[2,3] | OBJECTION[4] |
|---|---|---|---|---|
| | | | 334:18 | |
| | 247:11-249:8 | R | | |
| | 250:3-250:19 | R | | |
| | 291:25-292:13 | | | |
| | 292:23-293:11 | | | |
| Joseph Domal 4/17/2007 | 7:23-25 | | | |
| | 8:5-10:11 | | | |
| | 11:7-21 | | | |
| | 12:18-22 | | | |
| | 28:7-29:2 | R SP FP LE | 232:2-233:13, 233:15-234:4, 234:6-234:12, 234:14-17, 234:22-235:11, 238:1-6, 238:8-13, 238:15-18, 238:20-239:3, 239:5 | |
| | 30:5-17 | R SP FP LE | Same as above | |
| | 31:12-25 | R SP FP LE | Same as above | |
| | 32:12-21 | R SP FP LE | Same as above | |
| | 33:8-12 | R SP FP LE | Same as above | |
| Gary Hawthorne 4/25/2007 | 33:22-25 | CO R FP | 32:14-23, 33:11-21, 34:1-2, 34:4-5 | |
| | 34:10-12 | R FP | | |
| | 35:22-24 | R CO | 36:1 | |
| | 36:3-18 | R FP | | |
| | 38:24-39:5 | R FP | 39:17-19, 39:21, 39:23-25, 40:2-3 | |
| | 50:18-51:1 | R LE | | |
| | 51:21-52:1 | R | 52:6-12, 52:14, 52:16-17 | |
| | 107:22-108:1 | R LE | | |
| | 168:7-169:15 | R | 167:16-168:6 | |
| | 176:8-21 | R | | |
| | 177:23-178:1 | R | | |
| | 183:12-18 | R LE CO | | |
| | 184:7-17 | R | 184:18-25, 185:3-4 | |
| | 194:23-24 | R | | |

- 2 -

| DEPONENT AND DATE | WITNESS DESIGNATION | OBJECTION | COUNTER DESIGNATION[2,3] | OBJECTION[4] |
|---|---|---|---|---|
| | 196:9-13 | R | | |
| | 200:24-201:1 | R | | |
| | 201:23-202:14 | R FP | 200:3-5, 200:22-23 | |
| | 202:21-203:2 | R FP LE | 200:3-5, 200:22-23 | |
| Gary Hawthorne 4/26/2007 | 259:12-16 | R FP CO LE | | |
| | 287:3-7 | R LE | | |
| | 290:20-291:9 | R LE | 292:12-14, 292:16-17, 665:16-20, 665:22, 665:24-666:1, 666:3, 666:15-666:22, 666:24-667:3, 667:5, 667:7-11 | |
| | 293:21-295:2 | CO R FP LE | | |
| | 295:9-14 | R LE FP | | |
| | 295:19-296:23 | R LE FP | | |
| | 298:1-18 | R FP LE | | |
| | 300:7-12 | R LE | | |
| | 327:10-21 | R LE FP SP | | |
| | 329:6-9 | R LE | | |
| | 330:18-331:6 | R FP LE CO | | |
| | 333:16-334:1 | R LE FP | | |
| | 338:3-18 | R | | |
| | 347:2-8 | CO R | | |
| | 349:2-23 | CO R | | |
| | 417:1-418:7 | R | 419:2-6, 419:8-16 | |
| | 422:17-423:14 | R CO LE | | |
| | 429:16-430:16 | R FP SP LE | 426:24-427:1, 427:3, 427:5-6, 430:18-431:1, 431:7, 431:9 | |
| | 445:6-22 | R CO | | |
| | 447:18-448:3 | R LE | | |
| | 453:8-12 | R LE | | |
| | 534:3-21 | R | | |
| | 560:10-17 | R | | |
| | 626:4-13 | R | | |

| DEPONENT AND DATE | WITNESS DESIGNATION | OBJECTION | COUNTER DESIGNATION[2,3] | OBJECTION[4] |
|---|---|---|---|---|
| Gary Hawthorne 4/27/2007 | 774:21-775:7 | R LE | | |
| | 1015:22-1016:1 | R | | |
| | 1064:12-1065:15 | R CUM | | |
| | 1067:13-1068:8 | R | | |
| | 1069:9-14 | R LE | | |
| | 1070:2-12 | R LE | | |
| | 1086:22-24 | R CO | | |
| Sanford S. Herrick 4/27/2007 | 7:21-8:7 | | | |
| | 8:11-27[5] | | | |
| | 10:19-21 | | | |
| | 22:25-23:6[6] | | | |
| | 82:6-83:7 | R | | |
| | 83:13-84:3 | CO LE R | | |
| | 92:7-22 | R | | |
| | 94:8-22 | LE R | | |
| | 96:2-4, 11-25 | CO | | |
| | 99:18-100:10 | LE R FP SP | | |
| | 182:7-14 | LE R | | |
| | 182:17-183:11 | FP R NR SP | | |
| | 193:21-194:3 | R | | |
| | 194:2-3, 6-12 | R | | |
| | 194:24-196:4 | FP CO LE R SP | | |
| | 226:4-230:14 | R | | |
| | 229:3-20, 24 | R | | |
| | 230:15-18, 21-22 | R | | |
| | 231:3-6 | R | | |
| | 239:16-240:9 | CO R SP FP | | |
| | 241:2-11 | H CO FP R SP | 241:12-15 | |
| | 242:14-25 | R[7] | | |
| | 251: 10-28 | R FP SP | | |
| | 251:20-252:13 | R FP SP | 257:13-18, 257:20-21 | |

---

[5] The Family defendants assume this refers to 8:11-20, since there is no line 27.
[6] Answer at 23:5-6 was corrected in later testimony.
[7] The Family defendants will withdraw this objection if their two previous objections are not sustained.

- 4 -

| DEPONENT AND DATE | WITNESS DESIGNATION | OBJECTION | COUNTER DESIGNATION[2,3] | OBJECTION[4] |
|---|---|---|---|---|
| John Loofbourrow 1/29/2007 | 8:17-13:13 | | | |
| | 15:10-21 | | | |
| | 16:7-25 | | | |
| | 17:6-18:23 | | | |
| | 85:14-86:5 | R SP FP | | |
| John Loofbourrow 1/30/2007 | 310:6-21 | | | |
| | 312:19-313:4 | R | | |
| | 520:25-521:5 | CO | | |
| | 521:25-522:4-19 | CO R | 526:18-527:20 | |
| | 529:6-530:6 | R FP | | |
| | 530:18-531:12 | LE R | | |
| | 532:15-533:20 | FP R SP | | |
| | 535:3-10 | R | | |
| John Loofbourrow 7/31/2007 | 791:5-792:5 | R | | |
| | 821:4-12(from "But I. . .) | CO R | | |
| | 844:14-21 | R | | |
| | 845:14-846:6 | R | | |
| | 847:15-23 | CO CUM R | | |
| | 856:13-25 | LE R | | |
| | 857:5-858:14 | CO SP R | | |
| | 859:11-861:13 | SP R | | |
| | 901:15-903:4 | SP R | | |
| John Loofbourrow 2/1/2007 | 944:13-946:22 | | | |
| | 947:18-948:13 | FP SP H R | | |
| | 951:14-21 | CO R | | |
| | 955:14-25 | H R | | |
| | 963:16-964:3 | LE H R SP | | |
| | 973:3-974:4 | LE R CO | | |
| | 1153:16-19 | CO LE R | | |
| | 1155:11-1156:4 | LE SP R | | |
| | 1214:10-1215:13 | CO LE R | | |

- 5 -

| DEPONENT AND DATE | WITNESS DESIGNATION | OBJECTION | COUNTER DESIGNATION[2,3] | OBJECTION[4] |
|---|---|---|---|---|
| Roger Saylor 10/30/2006 | 10:11-20 | | | |
| | 11:25-12:4 | | | |
| | 14:18-20 | | | |
| | 14:24-15:2 | | | |
| | 32:6-13 | | | |
| | 35:4-8 | | | |
| | 193:2-17, 21-22 | R SP FP | | |
| | 227:10-229:12 | R SP | | |
| Roger Saylor 10/31/2007 | 271:13-16, 20 | R SP | 56:18-57:3, 57:18-58:11 | |
| | 271:13-272:22 | R SP | 56:18-57:3, 57:18-58:11 | |
| | 291:2-301:18 | R (except for portions defendants previously designated) | | |
| | 304:11-15 | R | | |
| | 306:20-307:4 | R | | |
| | 309:23-310:15 | R FP | 306:10-19 | |
| | 324:13-325:15 | R FP | 311:12-22 | |
| Roger Saylor 11/16/2007 | 601:17-602:13 | CO R | | |
| | 705:10-16 | R | | |
| | 715:18-716:16 | R | | |
| Scott Schauer 11/7/2006 | 8:6-9:18 | | | |
| | 10:13-11:9 | | | |
| | 11:15-12:7 | | | |
| | 15:20-17:23 | | | |
| | 22:4-23:5 | | | |
| | 43:12-47:2 | R SP | | |
| | 48:23-49:20 | R | | |
| | 65:11-67:3 | R | | |
| | 108:15-111:17 | R SP FP | | |
| Scott Schauer 11/18/2006 | 445:15-22 | R CO | | |

- 6 -

| DEPONENT AND DATE | WITNESS DESIGNATION | OBJECTION | COUNTER DESIGNATION[2,3] | OBJECTION[4] |
|---|---|---|---|---|
|  | 448:5-24 | R |  |  |
|  | 450:17-22 | R |  |  |
|  | 452:11-453:8 | R |  |  |
| Scott Schauer 11/9/2006 | 639:8-11 |  |  |  |
|  | 695:4-19 | R |  |  |
| Konrad Smith 12/4/2006 | 6:24-7:5 |  |  |  |
|  | 7:11-13 |  |  |  |
|  | 9:1-13:22 | R FP |  |  |
|  | 14:1-5 | R | 56:4-11 |  |
|  | 14:21-15:3 | R |  |  |
|  | 15:12-25 | R H |  |  |
|  | 16:10-11 | R CO |  |  |
|  | 16:17-17:6 | R |  |  |
|  | 17:9-10 | R CO |  |  |
|  | 17:12-18:8 | R |  |  |
|  | 18:16-19:24 | R |  |  |
|  | 20:5-7 | R |  |  |
|  | 20:11-16 | R |  |  |
|  | 20:18-22:4 | R H |  |  |
|  | 25:11-16 | R |  |  |
|  | 25:21-26:15 | R H |  |  |
|  | 56:12-21 | R | 56:4-11, 57:9-11 |  |
|  | 62:21-25 | R |  |  |
|  | 63:10-19 | R H |  |  |

M0612243.DOC

- 7 -