# EXHIBIT 15

# EXHIBIT 15

### Family Defendants' List of Deposition Designations[1]

*In response to Family Defendants' deposition designations and counter-designations, the Trustee hereby counter-designates the following portions of deposition transcript as those it may use at trial. By making these designations, the Trustee does not waive, and expressly reserves, all objections to the Family Defendants' witnesses and the relevance and admissibility of the Family Defendants' deposition designations and other evidence. The Trustee also does not concede that the Family Defendants have the right to designate the testimony of any witnesses within the subpoena power of the Court who can be produced as a live witness at trial.*

| DEPONENT AND DATE | DESIGNATION (page:line) | OBJEC-TION | COUNTER DESIGNATIONS | OBJEC-TION |
|---|---|---|---|---|
| WILLIAM ANDREW BARBEE 10/23/2006 | 6:17-21 | | | |
| | 16:22-20:3 | | | |
| | 20:6 | | | |
| | 20:10-21 | | | |
| | 22:25-23:14 | | | |
| | 23:16-17 | | | |
| | 23:19-23 | | | |
| | 24:2-7 | | | |
| | 24:25-25:1 | | | |
| | 25:3 (from "I mean") -7 | | | |
| | 294:1-4 | | | |
| | 294:6-15 | | | |
| | 294:17 | | | |
| | 294:19-24 | | | |
| | 295:1 (from "I don't") -2 | | | |
| | 295:4-7 | | | |
| | 295:9 (from "I don't) -10 | | | |
| | 295:12-16 | | | |
| | 295:18 (from "I do not') -19 | | | |
| | 295-21-25 | | | |
| | 296:6 | | | |
| | 296:8 (from "Not") | | | |
| WILLIAM ANDREW BARBEE 10/24/2006 | 319:22 (from "Other") - 320:1 | | | |
| | 320:3 (from "Not") -7 | | | |
| | 320:9-12 | | | |
| | 320:14 (from "I have) | | | |

---

[1] Subject to revision and adding cross-designations after receiving the Trustee's revised designations

| WILLIAM ANDREW BARBEE 11/03/2006 | 723:6 (from "Now') -10 | | | |
|---|---|---|---|---|
| | 723:12 (from "I don't") - 15 | | | |
| | 723:17-21 | | | |

2

| DEPONENT AND DATE | DESIGNATION (page:line) | OBJEC-TION | COUNTER DESIGNATIONS | OBJEC-TION |
|---|---|---|---|---|
| | 723:23 ("No") | | | |
| GUY DISIMPLICO 11/15/2006 | 9:22-25 | | | |
| | 13:2-9 | | | |
| | 19:18-22:14 | | | |
| | 25:19-27:8 | | | |
| | 31:7-33:11 | | | |
| | 34:19-36:8 | | | |
| | 37:17 | | | |
| | 37:19-38:17 | | | |
| | 38:19-39:3 | | | |
| | 39:5-7 | | | |
| | 40:10-19 | | | |
| | 41:5-42:16 | | | |
| | 92:12-15 | | | |
| | 92:18-24 | | | |
| | 93:3-8 | | | |
| | 93:10-11 | | | |
| | 134:7-12 | | | |
| JOSEPH DOMAL 4/17/2007 | 7:23 – 25 | | | |
| | 8:5 – 14 | | 8:14-10:11 | |
| | 11:7 – 12:22 | | | |
| DENNIS HALTERMAN 10/18/2006 | 15:19 – 21 | | | |
| | 23:4 -16 | | | |
| | 26:19 – 23 | | | |
| | 27:8 –15 | | | |
| | 219:12 - 220:7 | | 220:8-21 | R |
| | 237:5 – 7 | | 237:11-14 | |
| | 237:15 –17 | | | |
| | 239:9 – 22 | | | |
| | 245:6 (from "For") - 12 | | | |
| | 247:3 –12 | | | |
| DENNIS HALTERMAN 10/19/2006 | 385:22 - 23 (to "327-2") | | | |
| | 386:13 (from "327-2") - 388:22 | | | |
| | 389:14 - 390:15 | | | |
| | 392:22 - 25 | | | |
| | 393:5 - 394:12 | | | |

3

| DEPONENT AND DATE | DESIGNATION (page:line) | OBJEC-TION | COUNTER DESIGNATIONS | OBJEC-TION |
|---|---|---|---|---|
| | 394:17 – 25 | | | |
| | 395:7 - 14 | | | |
| | 396:22 - 397:25 | SP | | |
| | 398:9 - 398:16 | CUM | | |
| | 400:12 - 403:18 | | | |
| | 403:20 | | | |
| | 404:2 - 405:10 | | | |
| | 405:15 - 407:17 | R | | |
| | 408:1 - 409:19 | | | |
| | 410:11 - 411:13 | R | | |
| | 411:18 (through "360-2") | | | |
| | 412:1 - 413:18 | R | | |
| | 414:22 - 417:10 | R | | |
| | 418:14 - 420:25 | R | | |
| | 423:20 - 425:5 | R | | |
| | 425:10 - 426:9 | R | | |
| | 426:18 - 25 | | | |
| | 427:5 - 428:17 | R | | |
| | 431:19 - 433:4 | R | | |
| | 433:16 - 22 | R | | |
| | 434:18 - 435:12 | R | | |
| | 437:24 - 439:1 | R | | |
| | 442:15 - 20 | | | |
| | 445:10 - 446:16 | R | | |
| | 447:6 (from "To") - 448:9 | R | | |
| | 448:14 - 449:14 | R | | |
| | 450:5 - 451:17 | R | | |
| | 451:20 - 452:11 | R | | |
| | 453:23 - 455:9 | R | | |
| | 463:4 - 464:10 | SP/FP | | |
| | 464:12 | SP/FP | | |
| | 464:14 –15 | SP/FP | | |
| | 464:17 -18 | SP/FP | | |
| | 467:1 - 8 | R | | |
| | 468:2 - 23 | R | | |
| | 613:11 - 614:18 | R | | |
| **GARY HAWTHORNE 4/25/2007** | 5:5 - 5:7 | | | |
| | 17:16 - 17:18 | | | |
| | 18:2 - 18:5 | | | |
| | 18:8 - 18:16 | | | |
| | 19:7 - 19:8 | | | |
| | 19:10 | | | |

| DEPONENT AND DATE | DESIGNATION (page:line) | OBJEC-TION | COUNTER DESIGNATIONS | OBJEC-TION |
|---|---|---|---|---|
| | 19:22 - 20:3 | | | |
| | 20:17 - 20:20 | | | |
| | 20:24 - 21:12 | | | |
| | 22:5 - 22:12 | | | |
| | 22:17 - 22:23 | | | |
| | 23:7 - 23:10 | | | |
| | 27:4 - 27:5 | | | |
| | 27:13 - 27:16 | | | |
| | 27:24 - 28:5 | | | |
| | 28:10 - 28:18 | | | |
| GARY HAWTHORNE 4/26/2007 | 410:12 - 411:3 | LE/SP | | |
| | 414:23 - 414:24 | | | |
| | 415:2 - 415:3 | | | |
| | 427:16 - 428:1 | | | |
| | 428:22 - 429:15 | | 429:16-430:16 | R FP SP LE BC [2] |
| GARY HAWTHORNE 4/27/2007 | 971:2 - 20 | LE | | |
| | 972:1 - 20 | LE | | |
| | 972:22 | LE | | |
| | 972:24 - 973:22 | LE | | |
| | 973:25 - 974:3 | LE | | |
| | 974:5 | LE/FP | | |
| | 974:7 - 8 | FP | | |
| | 974:10 | FP | | |
| | 974:12 - 15 | SP/FP | | |
| | 974:17 | SP/FP | | |
| | 979:21 - 980:16 | R/NR | | |
| SANFORD HERRICK 4/27/2007 | 1:3 -5 | | | |
| | 5:20 – 6:21 | | | |
| | 7:2 – 17 | | | |
| | 7:21 – 8:20 | | | |
| | 9:7 - 12 | | | |
| | 10:19 – 11:13 | | 11:14-11:17 | |
| | 12:3 – 6 | R | 11:18-12:2 | |
| | 14:21 – 15:11 | R | 15:2-15:21 | |
| | 45:23 (From "I'm") – 46:21 | R | 45:7-45:18 | |
| | 57:10 – 22 | R | | |
| | 134:13 – 23 | | | |
| | 135:6 - 17 | R | | |
| | 136:11 – 137:19 | R | 137:20-137:24 | |

[2] Beyond the scope and not responsive to the designation; not a proper counter-designation.

| DEPONENT AND DATE | DESIGNATION (page:line) | OBJEC-TION | COUNTER DESIGNATIONS | OBJEC-TION |
|---|---|---|---|---|
| | 137:25 – 140:24 | R | 23:2-23:6 | CO |
| | 141:14 –144:4 | R | | |
| | 144:19 – 148:13 | R | | |
| | 149:14 – 150:22 | R | | |
| | 151:9 – 25 | R | | |
| | 152:18 – 154:23 | R | | |
| | 154:25 – 155:18 | R | 155:19-156:15 | |
| | 156:16 – 21 | R | | |
| | 157:5(from "In") – 7 | R | | |
| | 157:10 –12 [4] | R | | |
| | 157:13 | R | | |
| | 157:15 – 158:23 | SP/R | | |
| | 159:5 – 9 | R | | |
| | 159:11 – 12 | R | 159:13-159:17 | |
| | 161:9 – 162:10 | R | | |
| | 210:2 – 4 | | | |
| | 223:3 –16 | R | 223:17-224:10 | |
| | 224:11 – 18 | R | | |
| | 224:20 – 226:3 | R | 226:4-230:14 | R [5] |
| JOHN LOOFBOURROW 1/29/2007 | 8:6-9, 11-12 | | | |
| | 8:17-9:8 | | | |
| | 10:13-20 (through "world") | | | |
| | 10:25-11:25 | | | |
| | 14:18-15:6 | | | |
| | 16:3-9, 18-25 | | | |
| | 17:6-15 | | | |
| | 18:21-19:5 | | | |
| | 31:12-21 | R | | |
| | 37:25-38:6 | R | | |
| | 47:22-48:2 (through "Yeah.") | R | | |
| | 48:14-49:10 | R | | |
| | 50:4-9 | R | | |
| | 51:3-52:11 | R/SP | | |
| | 52:19-54:5 | R | | |
| | 61:23-62:15 | R | | |
| | 67:21-69:5 | R | | |
| | 111:14-112:5 | R | | |
| | 112:10-20 | R/FP | | |
| | 112:25-113:8 | R/FP | | |

[3] Answer was corrected in later testimony.
[4] This designation should read 157:10-13.
[5] The Family Defendants counter-designate 230:15-18, 21-22, if their objection is not sustained.

| DEPONENT AND DATE | DESIGNATION (page:line) | OBJEC-TION | COUNTER DESIGNATIONS | OBJEC-TION |
|---|---|---|---|---|
| JOHN LOOFBOURROW 1/31/2007 | 724:11-726:14 | | | |
| | 726:23-727:19 | R | | |
| | 728:3-10 | R | | |
| | 729:4-16 | R/SP | | |
| | 729:18-730:8 | SP | | |
| | 730:10-14 | SP | | |
| | 730:16-22 | SP | | |
| | 730:25 (from "I believe")-731:13 | SP | | |
| | 731:22-732:6 | SP | | |
| | 732:15-16 | SP | | |
| | 732:18-734:12 | R | | |
| | 734:21-24 | H/SP | | |
| | 735:2-736:8 | H/SP | | |
| | 736:20-737:11 | R | | |
| | 737:20-738:21 | R | | |
| | 739:15-22 | R | | |
| | 741:14-22 | R | | |
| | 742:9-21 | R | | |
| | 742:23-743:13 | R/FP | | |
| | 743:15-748:8 | R/FP | | |
| | 749:4-12 | R/SP | | |
| | 749:23-750:8 | R/SP | | |
| | 750:10-752:5 | R/SP | | |
| | 752:17-20 | R/SP | | |
| | 752:22-753:5 | R/SP | | |
| | 753:7-754:12 | R/SP | | |
| | 754:14-24 | R/SP | | |
| | 756:13-17 | R | | |
| | 757:15-23 | R | | |
| | 760:25-761:10 | R | | |
| | 761:21-24 | R/SP | | |
| | 762:2-3 | R/SP | | |
| | 765:11-766:15 | R | | |
| | 767:4-19 | R/SP | | |
| | 768:8-769:18 | R | | |
| | 769:25-770:22 | R | | |
| | 771:22-774:4 | R/SP | | |
| | 775:8 (from "I'm showing") -776:12 | R | | |
| | 779:3-780:5 | R | | |
| | 782:9-24 | R | | |

| DEPONENT AND DATE | DESIGNATION (page:line) | OBJEC-TION | COUNTER DESIGNATIONS | OBJEC-TION |
|---|---|---|---|---|
| | 783:2-4, 6 | R/SP | | |
| ROGER SAYLOR 10/30/2006 | 9:21 - 22 | | | |
| | 10:2 – 4 | | | |
| | 10:7 –8 | | 10:11-20 | |
| | 11:25 - 12:4 | | | |
| | 13:6 - 18 | | | |
| | 14:18 – 20 | | 14:24-15:2 | |
| | 15:15 –18 | | 14:24-15:2 | |
| | 25:19 - 26:10 | | | |
| | 27:25 - 30:20 | | 32:6-13 | |
| | 35:9 - 35:19 | | 35:4-8 | |
| | 36:13 - 18 | | | |
| | 36:24 - 37:13 | | | |
| | 37:20 - 24 | | | |
| | 40:14-18 | | | |
| | 41:13 - 42:5 | | | |
| ROGER SAYLOR 10/31/2006 | 294:5 –10 | | 291:12-301:18, 304:11-15 | R[6] |
| | 295:7 –12 | | 291:12-301:18, 304:11-15 | R[6] |
| | 296:9 –17 | | 291:12-301:18, 304:11-15 | R[6] |
| | 297:2 –17 | | 291:12-301:18, 304:11-15 | R[6] |
| | 300:22 - 302:15 | | 291:12-301:18, 304:11-15 | R[6] |
| | 302:17 - 303:7 | | 291:12-301:18, 304:11-15 | R[6] |
| | 303:12 - 13 | | 291:12-301:18, 304:11-15 | R[6] |
| | 303:17 –25 | | 291:12-301:18, 304:11-15 | R[6] |
| | 320:11 - 21 | | | |
| | 321:15 -18 | SP | | |
| ROGER SAYLOR 1/16/2007 | 493:13 –19 | SP | | |
| | 499:20 - 500:4 | LE | | |
| | 704:9 - 705:9 | | 705:10-16, 707:16-16 | |
| | 713:17 – 22 | | 705:10-16, 707:16-16 | |
| | 713:24 - 714:7 | LE/SP | | |
| | 714:9 - 13 | LE/SP | | |
| | 714:15 | | | |
| SCOTT SCHAUER 11/7/2006 | 7:10 -13 | | | |
| | 8:6 – 9:18 | | | |
| | 12:15 - 20 | | | |
| | 13:14 -18 | | | |
| | 14:4 - 18:9 | | | |
| | 19:22 - 21:5 | | | |
| | 22:4 -12 | | | |

[6] Except for portions that the Family defendants have designated.

8

| DEPONENT AND DATE | DESIGNATION (page:line) | OBJEC-TION | COUNTER DESIGNATIONS | OBJEC-TION |
|---|---|---|---|---|
| | 26:24 – 27:17 | | | |
| | 69:15 -18 | | | |
| | 69:20 – 70:16 | R/SP | | |
| | 70:18 | R/SP | | |
| | 73:9 – 76:4 | R/SP | | |
| | 93:14 – 94:9 | | | |
| | 113:13 – 114:4 | | | |
| | 188:4 – 15 | SP | | |
| | 188:7 -14 | SP | | |
| | 199-18 - 23 | | | |
| **SCOTT SCHAUER** 11/9/2006 | 602:16 – 606:9 | R | | |
| | 606:13 – 608:2 | R | | |
| | 608:4 – 609:2 | R | | |
| | 609:4 – 7 | R/SP | | |
| | 609:9 –11 | R/SP | | |
| | 609:13 – 610:2 | R/SP | | |
| | 611:20 – 24 | R/SP | | |
| | 612:2 - 8 | R/SP | | |
| | 612:10 – 614:11 | R/SP | | |
| | 614:13 – 15 | CO/R | | |
| | 614:17 –18 | R/FP/SP | | |
| | 614:25 – 615:20 | R/FP/SP | | |
| | 616:6 – 619:16 | R/FP/SP | | |
| | 619:18 – 620:2 (to 1") | R/SP | | |
| | 620:9 – 24 | R | | |
| | 621:2 – 622:9 | R | | |
| | 622:13 – 623:2 | R | | |
| | 623:4 – 6 | R | | |
| | 623:13 – 624:6 | R | | |
| | 624:17 – 24 | R/SP/MS | | |
| | 625:2 – 12 | R/SP | | |
| | 625:14 – 18 | R/SP | | |
| | 625:20 | R/SP | | |
| | 627:7 –11 | R | | |
| | 627:24 – 628:2 | R | | |
| | 628:6 – 13 | R | | |
| | 628:17 | R | | |
| | 628:19 – 22 | R | | |
| | 629:7 – 22 | R/SP | | |
| | 629:24 – 630:2 | R/SP | | |
| | 630:4 –19 | R | | |
| | 630:22 – 23 | R | | |
| | 631:7 -17 | R | | |

| DEPONENT AND DATE | DESIGNATION (page:line) | OBJEC-TION | COUNTER DESIGNATIONS | OBJEC-TION |
|---|---|---|---|---|
| | 631:20 - 632:4 | R | | |
| | 632:9 -10 (to "515 I) | R | | |
| | 632:16 - 635:10 | R/FP | | |
| | 635:12 - 24 | R/FP | | |
| | 636:23 - 637:5 | R/SP | | |
| | 637:7 | R/SP | | |
| | 639:12 –15 | R | | |
| | 639:20 - 640:19 | R | | |
| | 641:14 - 642:9 | R | | |
| | 642:11 – 15 | R | | |
| | 642:17 - 643:13 | R | | |
| | 643:15 - 644:20 | R/SP | | |
| | 644:22 - 645:20 | R | | |
| | 645:25 - 646:24 | R/SP | | |
| | 647:2 – 7 | R/SP | | |
| | 649:25 - 650:4 | R | | |
| | 650:9 - 651:15 | R/SP | | |
| | 652:2 - 653:24 | R | | |
| | 654:1 | R | | |
| | 654:21 - 655:6 | R/SP | | |
| | 655:8 - 655:19 | R | | |
| | 657:19 - 23 | R | | |
| | 658:3 - 660:12 (to "521 I") | R/FP | | |
| | 660:18 - 661:19 | R/FP | | |
| | 61:21 – 24 | R/SP | | |
| | 843:21 - 844:5 | R/FP/SP | | |