# EXHIBIT 17

## Exhibit 17

## THE FAMILY DEFENDANTS' MOTIONS IN LIMINE

1. Motion in Limine No. 1 To Strike Certain Witnesses From the Trustee's Witness Lists and to Exclude Evidence Relating Only to the Trustee's and Royal's Claims Against the Settled Defendants -- The witnesses who are the subject of this Motion are Pepper Hamilton attorneys and paralegals, an employee of a trucking school SFC dealt with and purported experts whose testimony and opinions relate only to the Trustee's claims against the Pepper Hamilton defendants (including a Grant Thornton partner and employee).

2. Motion in Limine No. 2 to Preclude to Use of "Ponzi Scheme," "Pyramid Scheme" and Similar Terms.

3. Motion in Limine No. 3 to Preclude the Testimony of Martin Lieberman.

MO612448