IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WELLS FARGO BANK N.A. f/k/a WELLS FARGO BANK MINNESOTA, N.A. as TRUSTEE OF SFC GRANTOR TRUST, SERIES 2000-1, SFC GRANTOR TRUST, SERIES 2000-2, SFC GRANTOR TRUST, SERIES 2000-3, SFC GRANTOR TRUST, SERIES 2000-4, SFC GRANTOR TRUST, SERIES 2001-1, SFC GRANTOR TRUST, SERIES 2001-2, SFC OWNER TRUST 2001-I, AND SFC GRANTOR TRUST, SERIES 2001-3, <br><br> Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> ROYAL INDEMNITY COMPANY, <br><br> Defendant/Counterclaim Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 02-1294-JJF |
| ROYAL INDEMNITY COMPANY, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> STUDENT LOAN SERVICING, LLC, et al., <br><br> Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) | C.A. No. 02-1294-JJF |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PEPPER HAMILTON LLP, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-1551-JJF |

**TRUSTEE CHARLES A. STANZIALE, JR.'S, PROPOSED VERDICT FORM**

1  Did the Trustee prove by a preponderance of the evidence that W. Roderick Gagné was an insider of Student Finance Corporation (hereinafter "SFC")?

   ____ YES    ____ NO

If your answer to Question 1 is YES, proceed to answer Question 1a. If your answer to Question 1 is NO, proceed to answer Question 2.

1a.  Did the Trustee prove by a preponderance of the evidence that Robert Bast is a relative of the insider W. Roderick Gagné?

   ____ YES    ____ NO

If your answer to Question 1a is YES or NO, proceed to answer Question 1b.

1b.  Did the Trustee prove by a preponderance of the evidence that Pamela Gagné is a relative of the insider W. Roderick Gagné?

   ____ YES    ____ NO

Proceed to Question 2.

2.  Did the Trustee prove by a preponderance of the evidence that SFC was insolvent during the entire period of the loan repayments to the Family defendants as shown on the attached schedule, Exhibit A? (Only applies to transfers made between 90 days and 1 year of filing of bankruptcy, June 5, 2002. Within 90 days of June 5, 2002, there is a presumption of insolvency).

   ____ YES    ____ NO

If your answer to Question 2 is YES, proceed to Question 3.

If your answer to Question 2 is NO, proceed to Question 2a.

2a. Did the Trustee prove by a preponderance of the evidence that SFC was insolvent on any of the dates of loan repayments shown on Exhibit A or within a reasonable time of these repayments.

(Check YES or NO in the appropriate box on the attached schedule, Exhibit A.)

Proceed to Question 3.

3. Did the Family prove by a preponderance of the evidence that SFC was not insolvent on any of the dates of the loan repayments shown on Exhibit B. (Those repayments made within 90 days)

(Check YES or NO in the appropriate box on the attached schedule, Exhibit B.)

Proceed to Question 4.

4. Did the Family prove by a preponderance of the evidence that the loan repayments it made to SFC were made in the ordinary course as I have explained this defense to you?

\_\_\_\_\_ YES          \_\_\_\_\_ NO

Proceed to Question 5.

5. Did the Trustee prove by the preponderance of the evidence that Andrew Yao transferred his stock in Premier Education Group G.P., Inc., DHP G.P., Inc., and One Summit Place G.P., Inc. with intent to hinder, delay or defraud his creditors?

\_\_\_\_\_ YES          \_\_\_\_\_ NO

Proceed to Question 6.

6. Did the Trustee prove by the preponderance of the evidence that SFC redeemed its stock from the family for less than a reasonably equivalent value in the exchange at a time when SFC was insolvent.

\_\_\_\_\_ YES          \_\_\_\_\_ NO

Proceed to Question 7.

7.  Did the Trustee prove by the preponderance of the evidence that SFC paid excessive commitment fees on loans made to it by the family at a time when SFC was insolvent.

_____ YES           _____ NO

If your answer to Question 7 is Yes proceed to Question 8.

8.  What is the monetary amount of the excessive commitment fees

$_____.

## **EXHIBIT A**

| Did Trustee prove by a preponderance of the evidence SFC was insolvent? | Transferee | Payment Date | Payment Amount |
|---|---|---|---|
| ☐ YES   ☐ NO | *Robert L. Bast* | June 28, 2001 | $26,842.00 |
| ☐ YES   ☐ NO | | July 30, 2001 | $26,842.00 |
| ☐ YES   ☐ NO | | August 30, 2001 | $26,842.00 |
| ☐ YES   ☐ NO | | September 27, 2001 | $26,842.00 |
| ☐ YES   ☐ NO | | October 23, 2001 | $26,842.00 |
| ☐ YES   ☐ NO | | November 13, 2001 | $2,000,000.00 |
| ☐ YES   ☐ NO | | November 13, 2001 | $153,334.00 |
| ☐ YES   ☐ NO | | November 30, 2001 | $26,842.00 |
| ☐ YES   ☐ NO | | December 27, 2001 | $26,842.00 |
| ☐ YES   ☐ NO | | February 1, 2002 | $26,842.00 |
| ☐ YES   ☐ NO | | February 27, 2002 | $26,842.00 |
| | | | |
| ☐ YES   ☐ NO | *Pamela Bashore Gagné* | June 26, 2001 | $5136.98 |
| ☐ YES   ☐ NO | | July 27, 2001 | $5136.98 |
| ☐ YES   ☐ NO | | August 29, 2001 | $5,136.98 |
| ☐ YES   ☐ NO | | September 27, 2001 | $5,136.98 |
| ☐ YES   ☐ NO | | October 30, 2001 | $5,136.98 |
| ☐ YES   ☐ NO | | November 12, 2001 | $28,750.00 |
| ☐ YES   ☐ NO | | November 29, 2001 | $5,136.98 |
| ☐ YES   ☐ NO | | December 27, 2001 | $5,136.98 |
| ☐ YES   ☐ NO | | February 1, 2002 | $5,136.98 |
| | | | |
| ☐ YES   ☐ NO | *Elizabeth B. Brennan Trust* | June 26, 2001 | $7,397.26 |
| ☐ YES   ☐ NO | | July 27, 2001 | $7,397.26 |
| ☐ YES   ☐ NO | | August 29, 2001 | $7,397.26 |
| ☐ YES   ☐ NO | | September 27, 2001 | $7,397.26 |
| ☐ YES   ☐ NO | | October 30, 2001 | $7,397.26 |
| ☐ YES   ☐ NO | | November 29, 2001 | $7,397.26 |
| ☐ YES   ☐ NO | | December 27, 2001 | $7,397.26 |
| ☐ YES   ☐ NO | | February 1, 2002 | $7,397.26 |
| | | | |
| ☐ YES   ☐ NO | *Elizabeth B. Brennan Trust FBO W. Roderick Gagné* | November 12, 2001 | $375,000.00 |

| ☐ YES | ☐ NO | *Elizabeth B. Brennan Trust FBO Phillip B. Gagné* | November 12, 2001 | $250,000.00 |
|---|---|---|---|---|
| ☐ YES | ☐ NO | | November 12, 2001 | $18,583.00 |
| ☐ YES | ☐ NO | *Elizabeth B. Brennan Trust FBO Elizabeth L. Gagné* | November 12, 2001 | $375,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $28,750.00 |
| ☐ YES | ☐ NO | *James T. Brennan Trust FBO Phillip B. Gagne* | November 12, 2001 | $125,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $9,583.00 |
| ☐ YES | ☐ NO | *James T. Brennan Trust FBO Elizabeth L. Gagné* | November 12, 2001 | $175,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $13,417.00 |
| ☐ YES | ☐ NO | *James T. Brennan Trust FBO W. Roderick Gagné* | November 12, 2001 | $175,000.00 |
| ☐ YES | ☐ NO | | November 12, 2001 | $13,417.00 |

# **EXHIBIT B**

| Did Family prove by a preponderance of the evidence SFC was not insolvent? | Transferee | Payment Date | Payment Amount |
|---|---|---|---|
| ☐ YES    ☐ NO | *Robert L. Bast* | March 28, 2002 | $26,842.00 |
| ☐ YES    ☐ NO | | April 2, 2002 | $18,000.00 |
| ☐ YES    ☐ NO | | April 29, 2002 | $46,842.47 |
| ☐ YES    ☐ NO | *Pamela Bashore Gagné* | March 14, 2002 | $5,136.98 |
| ☐ YES    ☐ NO | | March 28, 2002 | $5,136.98 |
| ☐ YES    ☐ NO | | April 11, 2002 | $3,600.00 |
| ☐ YES    ☐ NO | | April 24, 2002 | $5,136.98 |
| ☐ YES    ☐ NO | | April 24, 2002 | $4,000.00 |
| ☐ YES    ☐ NO | *Elizabeth B. Brennan Trust* | March 14, 2002 | $7,397.26 |
| ☐ YES    ☐ NO | | March 28, 2002 | $7,397.26 |
| ☐ YES    ☐ NO | | April 24, 2002 | $7,397.26 |
| ☐ YES    ☐ NO | *James T. Brennan Trust FBO Phillip B. Gagne* | April 2, 2002 | $900.00 |
| ☐ YES    ☐ NO | | April 24, 2002 | $1,000.00 |
| ☐ YES    ☐ NO | *James T. Brennan Trust FBO Elizabeth L. Gagné* | April 2, 2002 | $1,800.00 |
| ☐ YES    ☐ NO | | April 24, 2002 | $2,000.00 |
| ☐ YES    ☐ NO | *James T. Brennan Trust FBO W. Roderick Gagné* | April 2, 2002 | $1,800.00 |
| ☐ YES    ☐ NO | | April 24, 2002 | $2,000.00 |