IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELLS FARGO BANK N.A. f/k/a WELLS FARGO BANK MINNESOTA, N.A. as TRUSTEE OF SFC GRANTOR TRUST, SERIES 2000-1, SFC GRANTOR TRUST, SERIES 2000-2, SFC GRANTOR TRUST, SERIES 2000-3, SFC GRANTOR TRUST, SERIES 2000-4, SFC GRANTOR TRUST, SERIES 2001-1, SFC GRANTOR TRUST, SERIES 2001-2, SFC OWNER TRUST 2001-I, AND SFC GRANTOR TRUST, SERIES 2001-3, <br><br> Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> ROYAL INDEMNITY COMPANY, <br><br> Defendant/Counterclaim Plaintiff. | C.A. No. 02-1294-JJF |
| ROYAL INDEMNITY COMPANY, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> STUDENT LOAN SERVICING, LLC, et al., <br><br> Third-Party Defendants. | C.A. No. 02-1294-JJF |
| CHARLES A. STANZIALE, JR., Chapter 7 Trustee of Student Finance Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PEPPER HAMILTON LLP, et al., <br><br> Defendants. | C.A. No. 04-1551-JJF |

**TRUSTEE CHARLES A. STANZIALE, JR.'S,
PROPOSED VOIR DIRE QUESTIONS**

1. Have you, a member of your family or a close relative ever been involved in a bankruptcy case?

2. If so, would that experience have any influence on whether you could judge this case solely on the evidence you hear in this trial?

3. Have you, a member of your family, or a close relative ever been unable to collect a debt owed to you by the debtor, and therefore had to pursue collection in bankruptcy?

4. If so, would the outcome of that collection effort have any influence on whether you could judge this case solely on the evidence you hear in this trial?

5. Have you, a member of your family or a close relative ever had any dealing with a Trustee in Bankruptcy?

6. If so, would that experience have any influence on whether you could judge this case solely on the evidence you hear in this trial?