IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              :
STUDENT FINANCE CORPORATION,                        :
        Debtor.                               :
_____ :    CIVIL ACTION No. 04-1551 (JJF)
CHARLES A. STANZIALE, JR.,                          :
CHAPTER 7 TRUSTEE OF STUDENT                        :
FINANCE CORPORATION,                                :
                                                    :
        Plaintiff,                            :
   v.                                               :
                                                    :
PEPPER HAMILTON LLP, et al.,                        :
                                                    :
        Defendants.                           :
_____ :

**FAMILY DEFENDANTS'**
**PROPOSED VOIR DIRE QUESTIONS**

Dated: October 3, 2007

KAREN LEE TURNER (No. 4332)
BRYA M. KEILSON (No. 4643)
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430
Fax:        (302) 425-0431
E-mail:     kturner@eckertseamans.com

Neil G. Epstein
Carol L. Press
Charles F. Forer
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Telephone: (215) 851-8400
Fax:    (215) 851-8383

Attorneys for Defendants Robert L. Bast, Pamela Bashore Gagné, the Brennan Trusts and W. Roderick Gagné, as Trustee of the Brennan

1.	Have you ever borrowed money from or loaned money to any person or business entity, other than a bank or family member?

2.	If so, did any dispute arise regarding any of those loans?

3.	If so, what was the nature of the dispute?

4.	Did you ever invest in a private business entity?

5.	If so, did any dispute arise with respect to the investment?

6.	If so, what was the nature of the dispute?

7.	Have you ever had an unfavorable experience with a lawyer?

5.	If so, describe that experience.