# EXHIBIT 5

# Report on Student Loan Portfolio Default Rates and Default Rates in Financial Reports

May 7, 2007

Prepared by:

Harry Steinmetz, CPA, CFE
Weiser LLP



DEPOSITION
EXHIBIT
Steinmetz 2036
Track I 8/20/07



Table of Contents

1)  Introduction


2)  SFC's Business
    A.  Background
    B.  Expanding Through Larger Securitization Transactions
    C.  Forbearance Payments and Reporting Default Rates
    D.  Computing the Student Loan Portfolio Performance Without Forbearance
        Payments
    E.  Continuing High Default Rates Lead to SFC's Insolvency Years Before Its
        Ultimate Demise
    F.  The Collapse of SFC and the Consequent Bankruptcy Proceeding

3)  Default Rate Statistics

4)  Insolvency



Section 1)    Introduction

At the request of McElroy, Deutsch, Mulvaney & Carpenter, LLP attorneys for the
Chapter 7 Trustee of Student Finance Corporation ("SFC" or the "Company"), Charles
Stanziale, Weiser LLP and I, Harry Steinmetz, have been asked to evaluate the default
rates in SFC's loan database and various financial reports prepared by SFC that reflected
these default rates.

I am a partner at Weiser LLP.   I am responsible for Weiser's consulting practices
including litigation support, bankruptcy, valuation, and transaction services.   I have
performed numerous forensic accounting and transaction support assignments in the
structured finance industry on securitization transactions involving consumer loans,
automobile loans, student loans, commercial accounts receivable, collateralized mortgage
obligations, and collateralized debt obligations.

The opinions presented in this report are based on the consideration of the documents set
forth as exhibits to this report and my many years of forensic accounting experience.  My
experience, along with a list of the other cases in which I have testified as an expert in the
preceding four years, either at trial or at deposition, is included in an exhibit to this
report.  In connection with this assignment, I have been assisted by and consulted by
others at Weiser LLP, all of whom have worked under my direction and supervision.  My
fee is not contingent on the outcome of the litigation.  My time is being billed at my
regular hourly rate of $425.

As additional information is provided and as additional documents or facts become
known during the course of this matter, I may be asked to perform additional analyses.  In
addition, I may rely upon, or respond to, the opinions of other experts in this matter.
Accordingly, the opinions expressed herein (and the bases therefore) may be modified or
supplemented based upon further analysis.

Sincerely,

Harry Steinmetz
Weiser LLP

May 7, 2007



Student Finance Corporation Ch 7
Weiser LLP –Report of Harry Steinmetz - May 07 2007
Page 4 of 10

Section 2)    SFC's Business

A) Background

Incorporated in 1993, Student Finance Corporation was in the business of originating student tuition loans directly from students or purchasing student tuition loans from various vocational schools (primarily commercial truck driving schools).

The student loans originated or purchased by SFC were combined into portfolios and periodically as these portfolios became large enough, were sold to banks or outside investors such as financial institutions and insurance companies through securitization transactions. In the securitization transactions, those investors would hold certificates evidencing their interests in grantor trusts collateralized by the SFC student loans.

In 1996, 1997 and 1998, SFC's financial statements reported net proceeds from loan sale/securitization of $20.9 million, $15.3 million and $14.9 million, respectively. In 1996, SFC reported a net loss of $.8 million; in 1997, SFC reported net income of $1 million, and in 1998 reported a net loss of $.8 million. In these three years combined, SFC reported a net loss of $.6 million.

B) Expanding Through Larger Securitization Transactions

In 1999, SFC expanded its business by obtaining new credit facilities with banks thereby enabling it to purchase larger student loan portfolios for future securitization transactions. In order to obtain more favorable ratings and interest rates in these securitization transactions, as well as to improve their marketability, SFC obtained credit enhancement insurance for the student loan portfolios underlying the securitizations. Beginning in 1999, Royal Indemnity Company provided a total of more than $500 million in such credit enhancement insurance in connection with eight separate securitization transactions arranged by SFC.

As a result of improved financing arrangements and the credit enhancement insurance provided by Royal, SFC loan originations were $65 million in 1999 and $166 million in 2000. Loans sold through the April 2000 SFC Grantor Trust 2000-1 securitization transaction totaled $50 million. As each of the next seven securitizations was closing, SFC continued to purchase or originate new student loans in anticipation of another such transaction.

During this period of apparent growth, SFC made distributions totaling millions of dollars to and for the benefit of Andrew Yao and repurchased shares from related parties.

In order to secure the financing and insurance agreements necessary to support the growth of its loan business, SFC represented that default rates were expected to be no

Student Finance Corporation Ch 7
Weiser LLP –Report of Harry Steinmetz - May 07 2007
Page 5 of 10

greater than 25%. Consistent with that representation, SFC-created financial records, as well as monthly servicer reports prepared in connection with the securitizations for periods up until January 2002, which reported default rates significantly less than 25%, were comfortably within this limit.

C) Forbearance Payments and Reporting Default Rates

SFC's own records, as well as records maintained by their loan servicer, reveal that as early as 1995, through the expansion of its business in 1999 and until March 2002, SFC was making scheduled monthly payments due on student loans when a student did not make his or her payment ("forbearance payments" or "reserve payments"). SFC's reports to investors in each of the securitization transactions (Servicer Reports) reflected these forbearance payments (along with other actual payments received from students) as if the student had made the payments. As a result of this practice, the report distorted the actual quality of the loan portfolios and misled or defrauded its insurers, lenders and investors who had purchased loans by inducing them to believe the portfolios were performing better than they actually were.

Forbearance payments continued to grow in number and as a percentage of all loans originated, to the point where in March 2002, SFC made forbearance payments on more than 45,000 loans. This represented approximately 45% of all loans in SFC's loan database at that time (except those still owned by SFC). See Exhibit A.

D) Computing the Student Loan Portfolio Performance Without Forbearance Payments

We recomputed the default rates from December 1998 through December 2001 by not including forbearance payments for loans in existence at least one year and noted that these > 1 year default rates trended up in each year from 42% (1998), to 44% (1999), to 52% (2000), and finally to 66% (2001). These rates are in stark contrast to the 25% default rate representations promulgated by SFC management and their investment bankers during this same period.

However, in response to the increasing default rates, SFC management continually increased the number of new students in the loan portfolios to compensate for the shortfalls in cash resulting from the difference between the actual default rates being experienced on existing loans and the much lower rate represented by management. For the default rates to escalate to where they did over time, the credit quality of obligors borrowing money must have diminished and through December 2004, the overall default rate on all loans originated through May 2002 was 81%.



Student Finance Corporation Ch 7
Weiser LLP –Report of Harry Steinmetz - May 07 2007
Page 6 of 10

E) <u>Continuing High Defaults Rates Lead to SFC's Insolvency Years Before Its
Ultimate Demise</u>

We adjusted the Company's financial statements to reflect the impact of higher
default rates on certain assets as well as on reported income. In
doing so, we reflected a $6.6 million liability on the Company's balance sheet in 1998
when the transaction arose, instead of reflecting this transaction in 2001 and we
reflected a $3.4 million increase in the reserve for student loan receivables.

SFC overstated the value of the student loans it had purchased and had not yet sold
into a securitization. These loans should have been valued based on the actual default
rates being experienced by SFC. SFC does not appear to have utilized the data
available in its own records at the time to properly state the necessary reserves for
non-payment on the student loans. We utilized the same data that was available to
management and computed that loan reserves should have been significantly higher at
each year-end. For example in December 1999, the student loan reserves should have
been approximately $17 million higher and by September 2001, should have been
another approximately $72 million higher than what was recorded by management.

Additionally, by utilizing the lower default rates, SFC artificially inflated the value of
the loans in the portfolio. Based on that inflated value, SFC overstated the gain on
the sales of those loans. In our analysis, we have assumed no gain should have been
recorded.

From an economic perspective, these factors demonstrate that SFC was insolvent as
early as 1998, with the insolvency increasing to $144 million by September 2001.

Had SFC reported the true financial condition of its business years earlier, its scheme
would have come to an end earlier. SFC's insurers and bankers would have ceased
doing business with the Company and its ability to borrow money to buy student
loans would have stopped sooner. In essence, SFC's continued existence depended
on concealing its true default rate that it disguised through the use of forbearance
payments. However this could not continue indefinitely as the magnitude of the
forbearance payments grew.

F) <u>The Collapse of SFC and the Consequent Bankruptcy Proceeding</u>

SFC was able to continue funding forbearance payments through the use of loan
proceeds and from the proceeds of sales of student loans in securitization
transactions. Since these cash proceeds were substantially higher than the actual
proceeds being collected from student loans, it was necessary for the Company to
continue increasing the number of loans being originated to make up for their cash
shortfalls. When the extent of SFC's loan delinquencies, forbearance payments and
the ultimate default rates became known in the Spring of 2002, SFC was unable to



Student Finance Corporation Ch 7
Weiser LLP –Report of Harry Steinmetz - May 07 2007
Page 7 of 10

continue originating loans through debt or sales of securities and the entire scheme collapsed.

On June 5, 2002, certain creditors of SFC filed an involuntary bankruptcy petition against SFC. Thereafter, Charles A. Stanziale, Jr. Esq. was appointed Chapter 7 Trustee of SFC. Royal filed a $500 million claim on account of the defaulted loans.



Student Finance Corporation Ch 7
Weiser LLP –Report of Harry Steinmetz - May 07 2007
Page 8 of 10

Section 3) Default rate statistics

We analyzed the loans by year of origination and recomputed default rates assuming no
forbearance payments as of Dec-97, Dec-98, Dec-99, Dec-00, Dec-01, and May-02.
Loans seasoned for at least a year provide a sufficient amount of information related to
the obligor with respect to their graduation from school, employment status and ability to
make loan payments. Looking at the default statistics for loans more than one year old
reveals that default rates from December 1998 through December 2001 were 42%, 44%,
52%, and 66%, respectively. See Exhibit B. See Charts – Exhibit C for analysis of
default statistics by year of loan origination.

SFC's loan servicing group was required to prepare reports on the performance of loans
sold into securitization trusts. These Servicer Reports included among other things,
delinquency and loan statistics. Ultimately, the Servicer Reports did not reveal the true
default rates until SFC could no longer continue making monthly forbearance payments.
See chart below.



Schedule of Servicer Reported Cumulative Default Rates
For 2000 and 2001 Securitization Trusts

| Investor Trust | Pool Cut | As reported December 2001 | | As reported Last Servicer Report June~Aug 2002 | Last Report | Originated Amount |
|---|---|---|---|---|---|---|
| Grantor Trust 2000-1 | Feb-00 | 6.14% | | 59.56% | August | $50,000,000 |
| Grantor Trust 2000-2 | Jul-00 | 7.84% | | 80.78% | August | $53,053,642 |
| Grantor Trust 2000-3 | Aug-00 | 10.40% | Forbearance pymts end March 02 | 83.72% | August | $48,459,255 |
| Grantor Trust 2000-4 | Nov-00 | 11.43% | | 77.35% | August | $29,999,999 |
| Grantor Trust 2001-1 | Mar-01 | 10.83% | | 82.73% | August | $55,616,551 |
| Grantor Trust 2001-2 | Jul-01 | 8.44% | | 72.02% | August | $48,286,713 |
| Grantor Trust 2001-3 | Oct-01 | 0.55% | | 70.19% | June | $80,000,000 |
| Grantor Trust 2001A-1 | Sep-01 | 0.70% | | 74.47% | June | $100,000,000 |
| | | | | | Total | $465,416,160 |

Once SFC stopped making forbearance payments in March 2002, reported loan defaults
increased dramatically revealing the true performance of the underlying student loans.

Note: Excludes student loans transferred/sold to SFC's warehouse entities.

It is clear from these analyses that SFC management did not reflect its default rates in
their financial reports although they knew as early as 1998 that their cash flow was
significantly lower than the cash flows being reported to their investors (certificate
holders) simply because they had to improve their default statistics with forbearance
payments. This ultimately raises the question whether the Company was ever
economically feasible.



Student Finance Corporation Ch 7
Weiser LLP –Report of Harry Steinmetz - May 07 2007
Page 9 of 10

Section 4) Insolvency

SFC was insolvent as early as 1998 as the fair value of its liabilities exceeded the fair
market value of its assets.  Below is an overview of some of the major factors that caused
SFC's insolvency.

Using SFC management's unadjusted financial statements, total SFC stockholder's equity
(deficit) was: Dec-96: $31,509, Dec-97: ($81,137), Dec-98: ($3,448,184), Dec-99:
($15,352,423), Dec-00: $1,391,789 and Sep-01: ($1,507,319).  See Exhibit D for their
financial statements (as reported by management).

SFC's stockholder's deficits were actually much larger when considering the following
factors:

- BestBank student loan repurchase liability of $6.6 million;
- Higher reserves for student loans held on its balance sheet; and
- Lower gains on sales.

<u>Student Loan Repurchase Liability Regarding BestBank</u>

Our solvency analysis reflects a $6.6 million repurchase liability in 1998 resulting from
loan sales to BestBank.  After BestBank failed in July 1998, the FDIC took over a
portfolio of loans that BestBank had purchased from SFC and asserted repurchase
obligations against SFC ($6.6 million as of March 1999).  Ultimately, the FDIC and SFC
entered into a Settlement Agreement on July 1, 2001 whereby SFC paid the FDIC $9
million in cash in exchange for the remaining pool of defaulted and performing loans.

<u>Higher Reserves</u>

Additionally, our solvency analysis reflects an adjustment to the value of the student
loans SFC had purchased, which remained on their balance sheet and which they had not
yet sold into a securitization.  At each of the following periods, we computed this
adjustment as follows: See Exhibit E for further details.

| December 1998: | $ 3.5 million |
| December 1999: | $17.3 million |
| December 2000: | $21.3 million |
| September 2001: | $89.2 million |

<u>Gain on Sales of Loans</u>

With the high delinquency rates experienced from loans originated prior to 2000, as the
basis for the expected realization on loans originated subsequent to 1999, management



Student Finance Corporation Ch 7
Weiser LLP –Report of Harry Steinmetz - May 07 2007
Page 10 of 10

had no justification to record a gain on the sales of loans originated subsequent to 1999.
See financial statement – Exhibit D.

Summary:

When all the adjustments are combined in Exhibit F, SFC was highly unprofitable after
1997 and was insolvent by at least mid-1998. Instead of net income of $11 million that
management claimed to earn from 1998 through September 2001, SFC lost more than
$130 million. Our computations indicate that SFC was insolvent by at least $14 million
in December 1998 and insolvent by at least $144 million in September 2001.



| SFC Ch 7 | | | |
|---|---|---|---|
| Weiser LLP Exhibit Index | | | |
| | | | |
| # | Type | Description | Page |
| A | Table | Monthly Schedule of Number of Loans Where SFC Made a Forbearance Payment | 2 |
| | | | |
| B | Graph | Static Pool Analysis of All Loans by Bank ID\Origination Year | 4 |
| | | | |
| C | Graph | Default Statistics on Loans Originated in 1997 | 5 |
| C | Graph | Default Statistics on Loans Originated in 1998 | 6 |
| C | Graph | Default Statistics on Loans Originated in 1999 | 7 |
| C | Graph | Default Statistics on Loans Originated in 2000 | 8 |
| C | Graph | Default Statistics on Loans Originated in 2001 | 9 |
| C | Graph | Default Statistics on Loans Originated in 2002 | 10 |
| C | Graph | Default Statistics on Total # Loans Originated from 1997 to 2002 | 11 |
| | | | |
| D | Table | Consolidated Balance Sheet | 12 |
| D | Table | Consolidated Statements of Operations and Deficit | 13 |
| D | Table | Consolidated Statement of Cash Flows | 14 |
| | | | |
| E | Table | Loan Loss Reserve Computation | 15 |
| | | | |
| F | Table | Insolvency Analysis - Profit and Loss Adjustments | 16 |
| | | | |
| G | Graph | Monthly Forbearance Payments 1998-2002 | 17 |
| | | | |
| H | List | Weiser LLP Documents Reviewed | 18 |
| | | | |
| I | Resume | Resume of Harry Steinmetz of Weiser LLP | 20 |

# EXHIBIT A



SFC
Monthly Schedule of Number of Loans Where SFC Made a Forbearance Payment

| Col A | Col B | Col C | Col D |
|---|---|---|---|
| | **Forbearance Payment Information** | | |
| **Month** | **Monthly # of Loans Where Forbearance Payments Made** | **Forbearance Payment ($)** | **Total # of Loans Originated & Serviced (Apr-02)** |
| Jan-94 | | | 26 |
| Feb-94 | | | 64 |
| Mar-94 | | | 108 |
| Apr-94 | | | 142 |
| May-94 | | | 151 |
| Jun-94 | | | 181 |
| Jul-94 | | | 251 |
| Aug-94 | | | 306 |
| Sep-94 | | | 414 |
| Oct-94 | | | 497 |
| Nov-94 | | | 603 |
| Dec-94 | | | 624 |
| Jan-95 | | | 664 |
| Feb-95 | 22 | $6,341 | 711 |
| Mar-95 | 7 | $2,667 | 790 |
| Apr-95 | 29 | $4,013 | 828 |
| May-95 | - | $0 | 877 |
| Jun-95 | 26 | $3,766 | 924 |
| Jul-95 | 18 | $1,486 | 959 |
| Aug-95 | 48 | $4,773 | 1,025 |
| Sep-95 | 31 | $2,339 | 1,099 |
| Oct-95 | 31 | $2,450 | 1,193 |
| Nov-95 | 62 | $5,118 | 1,312 |
| Dec-95 | 32 | $2,926 | 1,397 |
| Jan-96 | 160 | $13,667 | 1,515 |
| Feb-96 | 19 | $1,677 | 1,618 |
| Mar-96 | 124 | $11,144 | 1,816 |
| Apr-96 | 21 | $2,299 | 1,976 |
| May-96 | 96 | $8,573 | 2,096 |
| Jun-96 | 24 | $2,382 | 2,220 |
| Jul-96 | 86 | $8,168 | 2,301 |
| Aug-96 | 111 | $10,696 | 2,419 |
| Sep-96 | 388 | $139,117 | 2,504 |
| Oct-96 | 87 | $19,849 | 2,593 |
| Nov-96 | 166 | $29,179 | 2,698 |
| Dec-96 | 447 | $107,526 | 2,770 |
| Jan-97 | 276 | $61,192 | 2,862 |
| Feb-97 | 298 | $66,578 | 2,967 |
| Mar-97 | 498 | $122,490 | 3,134 |
| Apr-97 | 381 | $86,119 | 3,286 |
| May-97 | 219 | $22,595 | 3,420 |
| Jun-97 | 534 | $102,169 | 3,550 |
| Jul-97 | 471 | $116,805 | 3,688 |
| Aug-97 | 473 | $98,521 | 3,809 |
| Sep-97 | 543 | $129,432 | 4,357 |
| Oct-97 | 529 | $111,965 | 4,504 |
| Nov-97 | 530 | $88,535 | 4,691 |
| Dec-97 | 822 | $134,158 | 4,844 |
| Jan-98 | 858 | $142,689 | 5,005 |
| Feb-98 | 874 | $123,992 | 5,252 |
| Mar-98 | 728 | $156,405 | 5,484 |
| Apr-98 | 956 | $146,564 | 5,792 |

Page 1 of 2

SFC
Monthly Schedule of Number of Loans Where SFC Made a Forbearance Payment

| Col A | Col B | Col C | Col D |
|-------|-------|-------|-------|
| | Forbearance Payment Information | | |
| Month | Monthly # of Loans Where Forbearance Payments Made | Forbearance Payment(s) | Total # of Loans Originated & Serviced (Apr-02) |
| May-98 | 1,084 | $144,867 | 6,105 |
| Jun-98 | 1,176 | $165,158 | 6,500 |
| Jul-98 | 790 | $215,290 | 7,001 |
| Aug-98 | 710 | $170,664 | 7,843 |
| Sep-98 | 1,204 | $141,008 | 8,609 |
| Oct-98 | 1,681 | $250,517 | 9,248 |
| Nov-98 | 1,160 | $216,733 | 9,963 |
| Dec-98 | 1,446 | $302,800 | 10,629 |
| Jan-99 | 1,143 | $161,899 | 11,287 |
| Feb-99 | 1,213 | $182,315 | 12,167 |
| Mar-99 | 1,923 | $525,212 | 13,243 |
| Apr-99 | 334 | $118,626 | 14,247 |
| May-99 | 250 | $124,098 | 15,193 |
| Jun-99 | 413 | $80,781 | 16,213 |
| Jul-99 | 545 | $118,572 | 17,404 |
| Aug-99 | 405 | $88,176 | 18,923 |
| Sep-99 | 1,372 | $191,526 | 20,224 |
| Oct-99 | 1,428 | $253,424 | 21,603 |
| Nov-99 | 1,526 | $249,817 | 23,112 |
| Dec-99 | 2,087 | $191,641 | 24,450 |
| Jan-00 | 1,942 | $315,161 | 25,824 |
| Feb-00 | 2,196 | $362,588 | 27,846 |
| Mar-00 | 3,107 | $545,028 | 30,072 |
| Apr-00 | 4,149 | $742,983 | 32,010 |
| May-00 | 2,011 | $457,412 | 34,110 |
| Jun-00 | 2,356 | $435,454 | 36,532 |
| Jul-00 | 4,501 | $672,023 | 38,636 |
| Aug-00 | 7,403 | $960,088 | 41,457 |
| Sep-00 | 7,897 | $1,328,781 | 44,092 |
| Oct-00 | 10,068 | $1,322,033 | 46,593 |
| Nov-00 | 9,977 | $1,079,917 | 49,238 |
| Dec-00 | 12,775 | $1,569,113 | 51,541 |
| Jan-01 | 14,045 | $1,721,319 | 54,674 |
| Feb-01 | 15,847 | $1,839,432 | 57,982 |
| Mar-01 | 16,891 | $1,806,140 | 61,543 |
| Apr-01 | 20,898 | $2,461,980 | 64,763 |
| May-01 | 18,272 | $1,987,327 | 68,572 |
| Jun-01 | 18,304 | $1,956,661 | 72,357 |
| Jul-01 | 26,365 | $3,209,693 | 76,509 |
| Aug-01 | 24,988 | $2,981,311 | 81,926 |
| Sep-01 | 28,134 | $3,436,663 | 85,999 |
| Oct-01 | 29,591 | $3,569,483 | 90,964 |
| Nov-01 | 32,779 | $4,252,568 | 95,435 |
| Dec-01 | 35,521 | $4,594,729 | 99,069 |
| Jan-02 | 40,767 | $5,188,770 | 103,393 |
| Feb-02 | 43,580 | $5,591,321 | 106,920 |
| Mar-02 | 45,597 | $6,115,245 | 107,774 |
| Total | | $66,496,713 | |

# EXHIBIT B



SFC Ch 7
Static Pool Analysis of All Loans by Bank ID\Origination Year

**All Loans**     **Total**

### AS OF DECEMBER 1997

| | Inception-1997 | | Total until Dec 1997 |
|---|---|---|---|
| Default # loans | 1,373 | | 1,373 |
| Default $ Original Loan Amount | $6,536,817 | | $6,536,817 |
| Total # loans | 4,844 | | 4,844 |
| Total $ Loans Org Loan Amt | $20,939,617 | | $20,939,617 |
| Default % # loans | 28.3% | | 28.3% |
| Default % $ loans | 31.2% | | 31.2% |

### AS OF DECEMBER 1998

| | Inception-1997 | 1998 | Total until Dec 1998 |
|---|---|---|---|
| Default # loans | 2,009 | 448 | 2,457 |
| Default $ Original Loan Amount | $9,152,373 | $1,972,661 | $14,125,034 |
| Total # loans | 4,844 | 5,788 | 10,632 |
| Total $ loans Org Loan Amt | $20,939,617 | $24,022,762 | $44,962,379 |
| Default % # loans | 41.5% | 7.7% | 23.1% |
| Default % $ loans | 43.7% | 8.2% | 24.7% |

### AS OF DECEMBER 1999

| | Inception-1997 | 1998 | 1999 | Total until Dec 1999 |
|---|---|---|---|---|
| Default # loans | 2,594 | 2,030 | 1,941 | 6,565 |
| Default $ Original Loan Amount | $11,176,635 | $8,964,155 | $9,012,499 | $29,153,168 |
| Total # loans | 4,844 | 5,788 | 13,818 | 24,450 |
| Total $ loans Org Loan Amt | $20,939,617 | $24,022,762 | $65,724,582 | $110,686,981 |
| Default % # loans | 53.5% | 35.1% | 14.0% | 26.9% |
| Default % $ loans | 53.4% | 37.3% | 13.7% | 26.3% |

*1999 Default % # loans (seasoned > 1 year (97 & 98))    43.5%*

### AS OF DECEMBER 2000

| | Inception-1997 | 1998 | 1999 | 2000 | Total until Dec 2000 |
|---|---|---|---|---|---|
| Default # loans | 3,091 | 2,878 | 6,788 | 6,675 | 19,442 |
| Default $ Original Loan Amount | $13,238,101 | $12,346,870 | $34,499,679 | $41,189,369 | $101,274,018 |
| Total # loans | 4,844 | 5,788 | 13,818 | 27,091 | 51,541 |
| Total $ loans Org Loan Amt | $20,939,617 | $24,022,762 | $65,724,582 | $166,311,508 | $276,998,468 |
| Default % # loans | 63.8% | 49.7% | 49.2% | 24.6% | 37.7% |
| Default % $ loans | 63.2% | 51.4% | 52.5% | 24.8% | 36.6% |

*2000 Default % # loans (seasoned > 1 year (97–99)) =     52.2%*

### AS OF DECEMBER 2001

| | Inception-1997 | 1998 | 1999 | 2000 | 2001 | Total until Dec 2001 |
|---|---|---|---|---|---|---|
| Default # loans | 3,556 | 3,295 | 8,339 | 18,756 | 13,711 | 47,657 |
| Default $ Original Loan Amount | $15,278,969 | $14,078,432 | $41,666,894 | $119,711,083 | $105,047,164 | $295,782,563 |
| Total # loans | 4,844 | 5,788 | 13,818 | 27,091 | 47,528 | 99,069 |
| Total $ loans Org Loan Amt | $20,939,617 | $24,022,762 | $65,724,582 | $166,311,508 | $357,622,273 | $634,620,742 |
| Default % # loans | 73.4% | 56.9% | 60.3% | 69.2% | 28.8% | 48.1% |
| Default % $ loans | 73.0% | 58.6% | 63.4% | 72.0% | 29.4% | 46.6% |

*2001 Default % # loans (seasoned > 1 year (97–00)) =     65.9%*

### TOTAL AS OF MAY 2002

| | Inception-1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total until May 2002 |
|---|---|---|---|---|---|---|---|
| Default # loans | 3,764 | 3,474 | 8,911 | 20,326 | 29,710 | 30 | 66,215 |
| Default $ Original Loan Amount | $16,222,396 | $14,847,492 | $44,288,309 | $128,923,145 | $232,796,221 | $273,588 | $437,352,164 |
| Total # loans | 4,844 | 5,788 | 13,818 | 27,091 | 47,528 | 8,705 | 107,774 |
| Total $ loans Org Loan Amt | $20,939,617 | $24,022,762 | $65,724,582 | $166,311,508 | $357,622,273 | $72,579,942 | $707,200,684 |
| Default % # loans | 77.7% | 60.0% | 64.5% | 75.0% | 62.5% | 0.3% | 61.4% |
| Default % $ loans | 77.5% | 61.6% | 67.4% | 77.5% | 65.1% | 0.4% | 61.8% |

### TOTAL WITH DEFAULT NOTICES SENT AFTER MAY 2002

| | Inception-1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total & Default Notices May 2002 |
|---|---|---|---|---|---|---|---|
| Default # loans | 3,922 | 4,018 | 10,533 | 23,462 | 40,785 | 4,543 | 87,263 |
| Default $ Original Loan Amount | $16,938,265 | $17,073,722 | $51,456,048 | $148,510,930 | $313,173,311 | $38,262,449 | $583,414,726 |
| Total # loans | 4,844 | 5,788 | 13,818 | 27,091 | 47,528 | 8,705 | 107,774 |
| Total $ loans Org Loan Amt | $20,939,617 | $24,022,762 | $65,724,582 | $166,311,508 | $357,622,273 | $72,579,942 | $707,200,684 |
| Default % # loans | 81.0% | 69.4% | 76.2% | 86.6% | 85.8% | 52.2% | 81.0% |
| Default % $ loans | 80.9% | 71.1% | 78.3% | 88.1% | 87.6% | 52.7% | 82.5% |

# EXHIBIT C









Default Statistics on Loans Originated in 1999

Legend:
- % Default
- # of Loans - Non-Default
- # of Loans in Default

| | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 April | 2002 w Default Notices |
|---|---|---|---|---|---|---|---|
| % Default | | | 14.0% | 49.2% | 60.3% | 64.5% | 76.2% |
| # of Loans - Non-Default | | | 1,977 | 7,070 | | 4,917 | 9,285 |
| # of Loans in Default | | | 1,941 | 6,798 | 8,339 | 8,911 | 10,533 |

Defaults Through Each Date Only On These Originations

Default %

7







Default Statistics on Loans Originated in 2002

10



# EXHIBIT D



| Student Finance Corporation & Subsidiaries Consolidated Balance Sheet | Year Ended Dec 31, 1996 | Year Ended Dec 31, 1997 | Year Ended Dec 31, 1998 | Year Ended Dec 31, 1999 | Year Ended Dec 31, 2000 | 9 Months Ended Sept 30, 2001 |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash and cash equivalents | $776,605 | $1,105,979 | $719,379 | $1,478,399 | $2,627,003 | $6,680,783 |
| Restricted cash | | | | $3,585,715 | $13,109,652 | $43,995,872 |
| Retained interest-interest only strips | | | | | $12,766,882 | $17,368,521 |
| Receivables | | $3,967,725 | $14,603,302 | $81,606,791 | $60,872,035 | $216,037,609 |
| Less: unearned discount | | $101,000 | $1,868,000 | $7,084,530 | $8,368,703 | $47,593,798 |
| Receivables after unearned discount | $3,588,514 | $3,866,725 | $12,735,302 | $74,522,261 | $52,503,332 | $168,443,811 |
| Less: Allowance for credit losses | $1,443,294 | $2,000,000 | $1,800,000 | $15,078,000 | $6,047,000 | $21,799,344 |
| Receivables, net of allowance for credit losses and unearned discount | $2,145,220 | $1,866,725 | $10,935,302 | $59,444,261 | $46,456,332 | $146,644,467 |
| Convertible notes receivable, related entity | | | | | $7,756,554 | $6,456,474 |
| Due from related entities | $242,000 | $6,258 | $1,689,123 | $3,957,688 | $40,002 | |
| Note receivable, stockholder | $1,839,242 | $1,839,242 | $1,839,242 | $1,839,242 | $0 | |
| Investment in affiliate | | | | | $1,381,364 | $2,149,123 |
| Prepaid credit insurance | | | | $9,244,011 | $5,510,208 | $1,870,154 |
| Prepaid expenses and other assets | $13,186 | $325 | $2,300 | $795,465 | $631,194 | $657,613 |
| Property, software and equipment, net | $171,289 | $316,517 | $423,129 | $1,082,822 | $3,210,881 | $4,117,466 |
| Total assets | $5,187,542 | $5,135,046 | $15,608,475 | $81,427,603 | $93,490,072 | $229,940,473 |
| **Liabilities and Stockholder's Deficiency** | | | | | | |
| **Liabilities** | | | | | | |
| Warehouse lines of credit | | | | $78,593,310 | $56,515,227 | $167,895,587 |
| Notes payable | $2,495,578 | $342,830 | $9,850,000 | $4,587,482 | $650,000 | $650,000 |
| Subordinated debt | $1,000,000 | $2,000,000 | $3,000,000 | $3,000,000 | $3,000,000 | $9,225,000 |
| Servicing cost obligation | | | $152,000 | $275,000 | $449,260 | $74,313 |
| School reserves | $1,236,530 | $2,096,068 | $4,500,000 | $7,367,768 | $26,618,972 | $47,996,295 |
| Due to related entities | $68,770 | $302,326 | | | $1,304,499 | $243,139 |
| Due to bank | | | $1,168,297 | $997,245 | $1,007,533 | $3,865,089 |
| Accounts payable and accrued expenses | $355,155 | $322,959 | $263,362 | $1,784,961 | $2,927,739 | $1,498,369 |
| Total liabilities | $5,156,033 | $5,216,183 | $19,056,659 | $96,780,026 | $92,098,283 | $231,447,792 |
| Commitments and contingency | | | | | | |
| Stockholder's deficiency | | | | | | |
| Common stock, $.01 par value | | | | | | |
| Authorized 5,000 shares | | | | | | |
| 1,336 and 100 shares issued and outstanding at December 31, 2000 and 1999,1998 and 1997 | $1 | $1 | $1 | $1 | $13 | $1 |
| Additional paid-in capital | $149,999 | $149,999 | $149,999 | $149,999 | $265,440 | $149,999 |
| Retained earnings (deficit) | ($118,491) | ($231,137) | ($3,598,184) | ($15,502,423) | $1,126,336 | ($1,657,319) |
| Total stockholder's equity (deficit) | $31,509 | ($81,137) | ($3,448,184) | ($15,352,423) | $1,391,789 | ($1,507,319) |
| Total liabilities and stockholder's equity (deficit) | $5,187,542 | $5,135,046 | $15,608,475 | $81,427,603 | $93,490,072 | $229,940,473 |

Student Finance Corporation and Subsidiaries

| Consolidated Statements of Operations and Deficit | Year Ended Dec 31, 1996 | Year Ended Dec 31, 1997 | Year Ended Dec 31, 1998 | Year Ended Dec 31, 1999 | Year Ended Dec 31, 2000 | 9 Months Ended Sept 30, 2001 |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Net gains on sales of loan receivable | $1,951,100 | $3,578,419 | $4,810,012 | | $34,853,112 | $18,401,447 |
| Fees and other | $153,783 | $312,156 | $427,976 | $1,100,352 | $2,722,464 | $1,302,072 |
| Interest | $8,894 | $98,760 | $1,061,034 | $7,918,649 | $12,131,220 | $11,606,763 |
| Interest accretion on interest only strips | | | | | $345,762 | |
| Total revenues | $2,113,777 | $3,989,335 | $6,299,022 | $9,019,001 | $50,052,558 | $31,310,282 |
| | | | | | | |
| **Operating expenses** | | | | | | |
| Interest | $265,048 | $355,283 | $460,715 | $6,586,923 | $7,448,272 | $6,713,086 |
| Salaries and related benefits | $165,066 | $515,727 | $1,261,961 | $2,406,079 | $4,232,952 | $4,629,392 |
| Credit losses | | | | | $2,403,896 | $758,081 |
| Marketing | $133,192 | $132,123 | $143,390 | $295,961 | $567,888 | |
| Consulting fees | | | | $3,250,385 | $2,767,357 | $1,906,865 |
| Professional fees | $232,106 | $481,612 | $680,492 | $1,067,561 | $2,524,808 | $1,453,614 |
| Provision for credit losses | $215,630 | $172,920 | $1,602,809 | | | |
| Servicing | $17,609 | $271,216 | $242,117 | $398,344 | $1,464,157 | $2,297,622 |
| Origination expense | | | | $525,414 | $1,387,990 | $2,559,260 |
| Office Expense | | | $330,281 | $843,857 | $1,003,806 | $2,287,176 |
| Rent and Utilities | | | $157,299 | $298,760 | $574,728 | $590,615 |
| Depreciation and amortization | | | | $108,521 | $851,646 | |
| Credit insurance | | | | $691,615 | $4,588,175 | $7,851,450 |
| Other | $239,264 | $499,125 | $396,324 | $509,820 | $592,516 | $487,910 |
| Total operating expenses | $1,267,915 | $2,428,006 | $5,275,388 | $16,983,240 | $30,208,191 | $31,535,071 |
| | | | | | | |
| Operating income (loss) before loss from securitization and loss on investment | $845,862 | $1,561,329 | $1,023,634 | ($7,964,239) | $19,844,367 | ($224,789) |
| | | | | | | |
| **Other expenses** | | | | | | |
| Write-off of due-from bank | | | ($1,853,181) | | | |
| Loss on investment | | ($500,000) | | | | |
| Loss from securitization | ($1,670,633) | | | | | |
| Equity in earnings of affiliate | | | | | $246,258 | $767,759 |
| | | | | | | |
| Net income (loss) | ($824,771) | $1,061,329 | ($829,547) | ($7,964,239) | $20,090,625 | $542,970 |
| | | | | | | |
| Distributions to stockholder | ($775,000) | ($1,173,975) | ($2,537,500) | ($3,940,000) | ($3,461,866) | ($2,395,000) |
| | | | | | | |
| Issuance of additional common stock and paid-in-capital | | | | | $115,453 | ($115,453) |
| Required and retained treasury stock | | | | | | ($931,625) |
| | | | | | | |
| Total stockholder's equity(deficit) at beginning of year | $1,631,280 | $31,509 | ($81,137) | ($3,448,184) | ($15,352,423) | $1,391,789 |
| | | | | | | |
| Total stockholder's equity(deficit) at end of year | $31,509 | ($81,137) | ($3,448,184) | ($15,352,423) | $1,391,789 | ($1,507,319) |

13

| Student Finance Corporation & Subsidiaries | | | | | |
|---|---|---|---|---|---|
| Consolidated Statement of Cash Flows | Year Ended Dec 31, 1996 | Year Ended Dec 31, 1997 | Year Ended Dec 31, 1998 | Year Ended Dec 31, 1999 | Year Ended Dec 31, 2000 |
| Cash flows from operating activities | | | | | |
| Net income (loss) | ($824,771) | $1,061,329 | ($829,547) | ($7,964,239) | $20,090,625 |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities | | | | | |
| Net gain on sales of loans receivable | ($1,951,100) | ($3,578,419) | ($4,810,012) | | ($34,853,112) |
| Write-off of due from bank | | | $1,853,181 | | |
| Loss on securitization | $1,670,633 | | | | |
| Loss on investment | | $500,000 | | | |
| Provision for credit losses | $215,630 | $172,920 | $1,602,809 | | |
| Depreciation and amortization | $13,132 | $27,912 | $44,600 | $108,521 | $651,646 |
| Changes in assets and liabilities | | | | | |
| (Increase)decrease in assets | | | | | |
| Restricted cash | | | | ($3,585,715) | ($9,523,937) |
| Due from bank | $1,012,028 | ($637,537) | $784,221 | $658,706 | $24,127 |
| Due from insurance company | ($1,988,459) | $625,588 | $258,195 | ($116,168) | $820,355 |
| Net proceeds from sales/securitization of loans receivable | $20,903,711 | $15,275,712 | $14,995,895 | | $161,618,387 |
| Purchases of loans receivable | ($14,628,695) | ($3,772,900) | | | |
| Loan originations, net | ($5,030,732) | ($8,142,221) | ($22,628,931) | ($67,219,896) | ($111,502,139) |
| Principal collected on loans receivable | $60,869 | $103,566 | $801,874 | $5,064,659 | $5,536,361 |
| Allowance for credit losses | $342,923 | $383,786 | ($1,802,809) | $13,278,000 | ($9,031,000) |
| Due from related entities | ($107,000) | $236,742 | ($1,682,865) | ($2,268,565) | ($1,999,626) |
| Retained interest-interest only strips | | | | | ($12,766,882) |
| Prepaid credit insurance | | | | ($9,244,011) | $3,733,803 |
| Prepaid expenses and other assets | ($9,826) | $12,861 | ($1,975) | ($793,165) | $164,272 |
| Increase(decrease) in liabilities | | | | | |
| School reserves | ($799,313) | $859,538 | $2,403,932 | $2,867,768 | $19,251,204 |
| Accounts payable and accrued expenses | $307,599 | ($32,196) | ($59,597) | $1,521,599 | $1,142,781 |
| Due to bank | | | $1,166,297 | ($171,052) | $10,288 |
| Due to related entities | $68,770 | $233,556 | ($302,326) | | $1,304,408 |
| Net cash provided by (used in ) operating activities | ($744,601) | $3,329,237 | ($8,205,058) | ($67,863,558) | $34,671,651 |
| | | | | | |
| Cash flows from investing activities | | | | | |
| Purchase of property, software and equipment | ($122,475) | ($173,140) | ($151,212) | ($768,214) | ($2,779,705) |
| Investment in affiliate | | | | | ($1,381,364) |
| Investment in preferred stock | | ($500,000) | | | |
| Net cash (used in) investing activities | ($122,475) | ($673,140) | ($151,212) | ($768,214) | ($4,161,069) |
| | | | | | |
| Cash flows from financing activities | | | | | |
| Net (decrease) increase in borrowings under warehouse lines of credit | | | | $78,593,310 | ($22,078,083) |
| Proceeds from notes payable | $2,904,662 | | $9,850,000 | $12,600,000 | |
| Repayments of notes payable | ($609,084) | ($2,152,748) | ($342,830) | ($17,862,518) | ($2,937,482) |
| Proceeds from subordinated debt | $500,000 | $1,000,000 | $1,000,000 | | |
| Distributions to stockholders | ($775,000) | ($1,173,975) | ($2,537,500) | ($3,940,000) | ($3,461,866) |
| Note receivable, stockholder | ($1,359,242) | | | | |
| Issuance of common stock | | | | | $5,000,012 |
| Reacquisition of treasury stock | | | | | ($5,884,559) |
| Net cash (used in) provided by financing activities | $661,336 | ($2,326,723) | $7,969,670 | $69,390,792 | ($29,361,978) |
| | | | | | |
| Net increase in cash | ($205,740) | $329,374 | ($386,600) | $759,020 | $1,148,804 |
| Cash and cash equivalents at beginning of year | $982,345 | $776,605 | $1,105,979 | $719,379 | $1,478,399 |
| Cash and cash equivalents at end of year | $776,605 | $1,105,979 | $719,379 | $1,478,399 | $2,627,003 |
| | | | | | |
| Non-cash investing and financing activities | | | | | |
| Contribution of non-cash assets to non-consolidated affiliates | | | | | $135,106 |
| Conversion of notes payable to common stock | | | | | $1,000,000 |
| Conversion of notes receivable-stockholder and due from related entities to convertible note receivable-related party | | | | | $7,756,554 |
| | | | | | |
| Supplemental disclosure of cash flow information | | | | | |
| Cash paid during the year for interest | $287,376 | $375,595 | $460,715 | $6,717,923 | $7,554,772 |

# EXHIBIT E



| SFC<br>Loan Loss Reserve Computation | Dec-98 | Dec-99 | Dec-00 | Sep-01 |
|---|---|---|---|---|
| Receivables after unearned discount, as reported | $12,735 | $74,522 | $52,503 | $168,443 |
| Recomputed default rate, without forbearance payments -<br>based on loans seasoned at least one year | 41.5% | 43.5% | 52.2% | 65.9% |
| Computed receivable reserve for credit losses | ($5,285) | ($32,417) | ($27,407) | ($111,004) |
| Less: SFC's management's allowance for credit losses | $1,800 | $15,078 | $6,047 | $21,799 |
| Additional allowance necessary | ($3,485) | ($17,339) | ($21,360) | ($89,205) |

# EXHIBIT F



SFC
Insolvency Analysis - Profit and Loss Adjustments
($ in 000's)

| | Dec-97 | Dec-98 | Dec-99 | Dec-00 | Sep-01 | Notes: |
|---|---|---|---|---|---|---|
| Net income (loss), as reported | $1,061 | ($830) | ($7,964) | $20,090 | $542 | Sum of 98 thru Sep 01: $11,838 |
| **Adjustments** | | | | | | Settlement with FDIC for |
| Less: BestBank repurchase liability | | ($6,600) | | | $6,600 | $9 million in July 2001 |
| Less: additional reserve for loan losses | | ($3,485) | ($13,854) | ($4,021) | ($67,845) | |
| Less: elimination of gain on sale | | | | ($34,853) | ($18,401) | |
| Other adjustments (not computed) | | | | | | |
| Total adjustments | | ($10,085) | ($13,854) | ($38,874) | ($79,646) | *Sum 98~Sept 01* |
| **Recomputed total adjusted net (loss)** | $1,061 | ($10,915) | ($21,818) | ($18,784) | ($79,104) | *($130,621)* |
| Plus: beginning shareholder's (deficit) equity, *as reported (12/31/96) recomputed thereafter* | $31 | ($81) | ($13,533) | ($39,291) | ($61,421) | |
| Less: distributions to Yao & Related Parties | $1,173 | $2,537 | $3,940 | $3,461 | $2,395 | *Sum 97 ~ Sept 01* *$13,506* |
| Plus: stock transactions | | | | $115 | ($1,046) | |
| **Recomputed shareholder's (deficit) equity** | ($81) | ($13,533) | ($39,291) | ($61,421) | ($143,966) | |

# EXHIBIT G





17

# EXHIBIT H



Documents Reviewed

Student Finance Corporation Ch 7
Report of Harry Steinmetz and Weiser LLP - May 7, 2007

1) SFC's financial statements 1994 through September 2001
2) SFC's Quickbooks accounting records
3) SFC student loan database and data dictionaries
4) Excel schedules listing default notice information sent after April 2002 ~ December 2004
5) November 30, 1998 emailed memorandum from Scott Schauer, Loofbourrow, to Joe Domal, Royal, regarding 25% default rate expectations
6) January 14, 2003 letter from John Loofbourrow to Catherine Lau (XL Capital Assurance) regarding SFC default rate reporting under 25%
7) Letter to Credit Committee - C. Vickers Oct 2001 memo to Credit Committee on Asset Quality Issues Bates Stamp: 004176
8) Loan Dispute Procedure - SFC policy on mgmt controls on processing of loan disputes handled by SLS – Bates GT 00296-
9) SFC Internal Loan Forbearance Procedure Policy and SFC Policies and Procedure Manuals
10) Royal Credit Risk Insurance Policy – RST 293334 – Jan 22, 1999 - Beneficiary SFC Grantor Trust, Series 2000-1 - $50 million coverage.
11) Warehouse Line of Credit Agreement between SFC Financial I, LLC and Wilmington Trust – January 22, 1999
12) Student Loan Warehouse Credit Facility. SFC Financial II, LLC, as borrower and Market Street Capital Corporation, as lender, July 16, 1999
13) SFC Grantor Trust, Series 2000-1, April 19, 2000, Closing Binder – Tab 1 PPM, Tab 3~59,
14) SFC - $5 million loan made by SWH Funding Corp and Spectrum to SFC Financial III, LLC – February 11, 2000 - Closing Documents Volume I and II
15) Student Loan Warehouse Credit Facility – SFC Financial II, LLC as borrower and Market Street Capital, as lender – July 16, 1999- Closing Binder
16) Private Placement Memorandum ("PPM") $48.4 million SFC Grantor Trust Series 2000-3 Student Loan Pass-Through Certificates – Settlor of Trust SFC Acceptance IV – Wells Fargo Trustee - Private Placement Memorandum
17) PPM $29.9 million SFC Grantor Trust Series 2000-4 Student Loan Pass-Through Certificates – Settlor of Trust – SFC Acceptance V – Trustee: Wells - Private Placement Memorandum
18) PPM $55.6 million SFC Grantor Trust Series 2001-1 Student Loan Pass-Through Certificates – Settlor of Trust – SFC Acceptance VI – Trustee: Wells - Private Placement Memorandum ("PPM")
19) PPM $7.5 million SFC Grantor Trust Series 1996-1 Student Loan Pass-Through Certificates – Settlor of Trust – SFC Acceptance – Trustee: Bankers Trust - PPM
20) PPM $80 million SFC Grantor Trust Series 2001-3 Student Loan Pass-Through Certificates – Settlor of Trust – SFC Acceptance VIII – Trustee: Wells - PPM
21) PPM $48.2 million SFC Grantor Trust Series 2001-2 Student Loan Pass-Through Certificates – Settlor of Trust – SFC Acceptance VII – Trustee: Wells      PPM
22) PPM $53.1 million SFC Grantor Trust Series 2000-2 Student Loan Pass-Through Certificates – Settlor of Trust – SFC Acceptance III – Trustee: Wells      PPM
23) PPM $50 million SFC Grantor Trust Series 2000-1 Student Loan Pass-Through Certificates – Settlor of Trust – SFC Acceptance II – Trustee: WellsPPM
24) SLS and SFC Acceptance III and Wells Fargo Pooling and Servicing Agreement – SFC Grantor Trust Series 2000-2 – August 16, 2000
25) SLS and SFC Acceptance III and Wells Fargo Pooling and Servicing Agreement – SFC Grantor Trust Series 2000-3 – October 6, 2000
26) SFC Company Overview Binder Prepared by SFC Mgmt in Ch 11 – October 3, 2003
27) Charlotte Vickers Asset Quality Issues – Oct 22, 2001 - Memo with support package.
28) SLS – Early Default Queue as of Feb 28 2002 – prepared by Janet Garnett of SLS, Various Year 2000~2001~2002 Operations Committee and Credit Committee reports
29) Servicer Reports – 1996 Grantor Trust, Grantor Trust 2000-1, 2000-2, 2000-3, 2000-4, 2001-1, 2001-2, 2001-3, 2001A-1



Documents Reviewed

Student Finance Corporation Ch 7
Report of Harry Steinmetz and Weiser LLP - May 7, 2007

30) Royal Insurance Proof of Claim, State Court Complaint, Settlement Agreement with Ch 7 Trustee, Complaint Against SFC
31) Affidavit of Gary Hawthorne – FDIC\BestBank  vs. SFC -  WSFC0085062~67
32) Settlement Agreement Between FDIC\BestBank vs. SFC – WSFC0089495
33) BestBank Student Tuition Installment Loan Reserve Agreement and Security Agreement – Pepper 045104~45124
34) Trucking school student loan purchase agreements with SFC
35) Terence Gill, counsel for SFC, Settlement Statements to Judge, BestBank vs. SFC
36) FDIC\BestBank vs. SFC, First Amended Complaint – WSFC0088293
37) Student Finance Group, Executive Committee, October 31, 2001, Nov 29, 2001 Minutes – ACCT-TR 3898~3908
38) Deposition of Guy DiSimplico, former SFC employee



# EXHIBIT I





**Harry C. Steinmetz, CPA, CFE**
**Partner, Business Investigations Services**
HSTEINMETZ@WEISERLLP.COM / (212) 375-6741

135 West 50th Street
New York, NY 10020

WEISERLLP.COM



Mr. Steinmetz specializes in forensic accounting services, corporate restructuring, bankruptcy and insolvency, securitizations, business valuations and mergers and acquisitions. He currently assists over 20 financial institutions and investment firms in assessing their internal credit risk and credit decisions, monitoring and evaluating their customers' financial and operational performance as well as their customer's compliance with their covenants and policies. He has evaluated specialized/esoteric financial products for institutions such as Lehman Brothers, Credit Swiss First Boston, JP Morgan Chase, PNC Bank and other financial institutions. These analyses ranged from structured financial products (securitizations of consumer loans, auto loans, student loans, commercial accounts receivable including health care, CMOs, CDOs, etc.) to securities offerings of creative financial instruments.

Mr. Steinmetz evaluates accounting systems, identifying weaknesses and recommending improvements. Along with due diligence and analysis of financial information, he structures mergers and acquisition transactions. Mr. Steinmetz has acted as an expert witness in litigation and arbitration.

**Affiliations**
New York State Society of Certified Public Accountants
    Apparel and Textile Committee, Publishing and Printing Committee, Hotel and Restaurant Committee, Cooperation with Commercial Credit Grantors Committee, Cooperation with Bankers Committee, Bankruptcy and Insolvency Committee
New Jersey State Society of Certified Public Accountants
American Institute of Certified Public Accountants
Healthcare Financial Management Association
American Association of Certified Fraud Examiners
American Board of Forensic Specialties
National Association for Corporate Growth
Commercial Finance Association Education Foundation
American Bankruptcy Institute
Association of Insolvency and Restructuring Advisors
Turnaround Management Association

**Publications and Speeches**
"Collateral Evaluations" speech before New Jersey State Society of CPAs.
Series of presentations for financial and lending executives.
"Due Diligence" speech before the New York Institute of Credit.
"Warning Signals for Troubled Loans," speech before Barclays Bank.
"Collateral Monitoring," speech before Citibank.
"Compilation, Review and Analysis of Financial Statement," speech before United Jersey Bank, Republic National Bank and Israel Discount Bank.

**Licenses and Accreditations**
Certified Public Accountant, New York and New Jersey
Certified Fraud Examiner

**Education**
BS in Accounting, Brooklyn College

Harry Steinmetz - Securitization Matters:

| Subject Company | Type of Securitization (if applicable) | Weiser LLP Role | Issue | Litigation Matter Yes or No | Report to Court Yes or No | Deposed Yes or No | Witness Testimony Yes or No |
|---|---|---|---|---|---|---|---|
|  |  |  | Determine defaults & delinquencies rates & adherence to underwriting principles |  |  |  |  |
| JCM Capital -vs- Broza Block & Ruino & Steriltex | N/A | Expert witness | Accountant Malpractice | Yes | No | Yes | Yes |
| Nisho Iwai American Corp -vs- Louis P. Ferris Jr. | Equipment Leasing | Expert witness | Accountant Malpractice Re: Default Rates | Yes | No | No | No |
| Commercial Financial Services | SubPrime Credit Cards |  | Accountant Malpractice |  |  |  |  |
| Adelphia Communications Corporation | Media & Cable | Financial Advisor to creditors committee | Intercompany balances, taxes | No | No | No | No |
|  |  |  | Defaults, Reporting Systems, underwriting compliance |  |  |  |  |
| National Century Financial | Finance Co. (Health Care) | Troubled Co. evaluations | Defaults, Reporting, Systems, underwriting compliance | Bankruptcy -acted as financial advisor to ad hoc creditors committee | No | No | No |
|  |  |  | Defaults, Reporting Systems, underwriting compliance |  |  |  |  |
| Auto Bond | SubPrime Auto | Troubled Co. evaluations | Defaults, Reporting, Systems, underwriting compliance | No | No | No | No |
|  |  |  | Defaults, Reporting, Systems, underwriting compliance |  |  |  |  |
| Daiwa Securities | Healthcare Receivables | Monitor collateral performance on 12 healthcare providers in portfolio | Determine default & delinquency rates & adherence to underwriting principles | No | No | No | No |
|  | Healthcare Structured settlements Phone co receivables Auto Lease Trade receivables |  |  |  |  |  |  |