# EXHIBIT 7

April 6 2002

STUDENT FINANCE CORPORATION



EXHIBIT
1015-I
2-6-07

| Entity Name | State of Incorporation/ Formation and Qualification | Registered Agent/ Address | Directors | Officers of Corporation/ Officers of Managing Member | Shareholders and/or Members or Partners | Managing Member |
|---|---|---|---|---|---|---|
| Student Finance Corporation ID #2420085 | PA DE SC IA IL LA MT NY KY MA MD MO NJ OH RI TN TX UT VT WY | 5 Radnor Corporate Center Suite 501 100 Matsonford Road Radnor, PA 19087<br><br>(Qualified in DE) Andrew N. Yao 170 Lukens Drive New Castle, DE 19720 R.A. #9295924<br><br>**Check each state for Registered Agent Info** | Andrew N. Yao Perry R. Turnbull Gary J. Hawthorne | Andrew N. Yao, Chief Executive Officer and Treasurer<br>Gary J. Hawthorne, President, Chief Operating Officer & Secretary<br>Perry R. Turnbull, Vice Chairman and Chief Marketing Officer<br>Frank Martinez, Vice President Account Services<br>David Zulauf, Vice President of Finance<br>Diane Messick, Assistant Treasurer<br>Maria E. DeCarlo, Assistant Secretary | Andrew N. Yao | N/A |
| Student Finance Corporation of Illinois LLC ID #2861020 | DE | PHS Corporate Services, Inc. 1201 Market Street Suite 1600 Wilmington, DE 19801 | N/A | | | |
| SFC Financial I, LLC | DE | PHS Corporate Services, Inc. 1201 Market Street Suite 1600 Wilmington, DE 19801 | N/A | Andrew N. Yao, President & Treasurer<br>Gary J. Hawthorne, Executive Vice President & Secretary<br>Diane Messick, Assistant Treasurer | Student Finance Corporation SFC Finance Corp. I G.P., Inc. | SFC Finance Corp. I G.P., Inc. |
| SFC Finance Corp. I G.P., Inc. | DE | PHS Corporate Services, Inc. 1201 Market Street Suite 1600 Wilmington, DE 19801 | Andrew N. Yao Craig D. Grear, Independent Director | Andrew N. Yao, President & Treasurer<br>Gary J. Hawthorne, Executive Vice President & Secretary<br>Craig D. Grear, Vice President<br>Diane Messick, Assistant Treasurer<br>Maria E. DeCarlo, Assistant Secretary | Andrew N. Yao | N/A |

PHLEGAL:#556184 v19 (5CMW19!.DOC)

PH 063917

April 6 2002

| Entity Name | State of Incorporation/ Formation and Qualification | Registered Agent/ Address | Directors | Officers of Corporation/ Officers of Managing Member | Shareholders and/or Members or Partners | Managing Member |
|---|---|---|---|---|---|---|
| SFC Financial II, LLC | DE | PHS Corporate Services, Inc. 1201 Market Street Suite 1600 Wilmington, DE 19801 | N/A | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Executive Vice President & Secretary Diane Messick, Assistant Treasurer | Student Finance Corporation SFC Finance Corp. II G.P., Inc. | SFC Finance II G.P., Inc. |
| SFC Finance Corp. II G.P., Inc. | DE | PHS Corporate Services, Inc. 1201 Market Street Suite 1600 Wilmington, DE 19801 | Andrew N. Yao Craig D. Grear, Independent Director | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Executive Vice President & Secretary Craig D. Grear, Vice President Diane Messick, Assistant Treasurer Maria E. DeCarlo, Assistant Secretary | Andrew N. Yao | N/A |
| SFC Financial III, LLC | DE | PHS Corporate Services, Inc. 1201 Market Street Suite 1600 Wilmington, DE 19801 | N/A | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Executive Vice President & Secretary Diane Messick, Vice President & Assistant Treasurer | Student Finance Corporation SFC Finance Corp. III G.P., Inc. | SFC Finance Corp. III G.P., Inc. |
| SFC Finance Corp. III G.P., Inc. | DE | PHS Corporate Services, Inc. 1201 Market Street Suite 1600 Wilmington, DE 19801 | Andrew N. Yao Craig D. Grear, Independent Director | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Executive Vice President & Secretary Craig D. Grear, Vice President Diane Messick, Vice President & Assistant Treasurer Maria E. DeCarlo, Assistant Secretary | Andrew N. Yao | N/A |
| SFC Acceptance, LLC | DE | PHS Corporate Services, Inc. 1201 Market Street Suite 1600 Wilmington, DE 19801 | N/A | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Vice President & Secretary Perry R. Turnbull, Vice President and Assistant Secretary Diane Messick, Assistant Treasurer | Student Finance Corporation SFC Member Corporation Craig D. Grear | SFC Member Corporation |

-2-

PH 083918

PHLEGAL:#536184 v19 (3C34!19!.DOC)

April 6 2002

| Entity Name | State of Incorporation/ Formation and Qualification | Registered Agent/ Address | Directors | Officers of Corporation/ Officers of Managing Member | Shareholders and/or Members or Partners | Managing Member |
|---|---|---|---|---|---|---|
| SFC Acceptance II, LLC | DE PA | PHS Corporate Services 1201 Market Street Suite 1600 Wilmington, DE 19801 (Qualified in PA) 5 Radnor Corporate Center Suite 501 100 Matsonford Road Radnor, PA 19087 | N/A | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Executive Vice President & Secretary Diane Messick, Assistant Treasurer | Student Finance Corporation SFC Acceptance II G.P., Inc. | SFC Acceptance II G.P., Inc. |
| SFC Acceptance II G.P. Inc. | DE PA | PHS Corporate Services 1201 Market Street Suite 1600 Wilmington, DE 19801 (Qualified in PA) 5 Radnor Corporate Center Suite 501 100 Matsonford Road Radnor, PA 19087 | Andrew N. Yao Craig D. Grear, Independent Director Frances E. McComb, Independent Director | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Executive Vice President & Secretary Diane Messick, Assistant Treasurer | Andrew N. Yao | N/A |
| SFC Acceptance III, LLC | DE PA | PHS Corporate Services 1201 Market Street Suite 1600 Wilmington, DE 19801 (Qualified in PA) 5 Radnor Corporate Center Suite 501 100 Matsonford Road Radnor, PA 19087 | N/A | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Executive Vice President & Secretary Diane Messick, Assistant Treasurer | Student Finance Corporation SFC Acceptance III G.P., Inc. | SFC Acceptance III G.P., Inc. |

-3-

April 6 2002

| Entity Name | State of Incorporation/ Formation and Qualification | Registered Agent/ Address | Directors | Officers of Corporation/ Officers of Managing Member | Shareholders and/or Members or Partners | Managing Member |
|---|---|---|---|---|---|---|
| SFC Acceptance III G.P., Inc. | DE PA | PHS Corporate Services 1201 Market Street Suite 1600 Wilmington, DE 19801 (Qualified in PA) 5 Radnor Corporate Center Suite 501 100 Matsonford Road Radnor, PA 19087 | Andrew N. Yao Craig D. Grear, Independent Director Frances E. McComb, Independent Director | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Executive Vice President & Secretary Perry R. Turnbull, Vice President Diane Messick, Assistant Treasurer | Andrew N. Yao | N/A |
| SFC Acceptance IV, LLC | DE PA | PHS Corporate Services 1201 Market Street Suite 1600 Wilmington, DE 19801 (Qualified in PA) 5 Radnor Corporate Center Suite 501 100 Matsonford Road Radnor, PA 19087 | N/A | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Executive Vice President & Secretary Diane Messick, Assistant Treasurer | Student Finance Corporation SFC Acceptance IV G.P., Inc. | SFC Acceptance IV G.P., Inc. |
| SFC Acceptance IV G.P., Inc. | DE PA | PHS Corporate Services 1201 Market Street Suite 1600 Wilmington, DE 19801 (Qualified in PA) 5 Radnor Corporate Center Suite 501 100 Matsonford Road Radnor, PA 19087 | Andrew N. Yao Craig D. Grear, Independent Director Frances E. McComb, Independent Director | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Executive Vice President & Secretary Perry R. Turnbull, Vice President Diane Messick, Assistant Treasurer | Andrew N. Yao | N/A |

-4-

PH 083920

PHLEGAL:#85684 v19 (SCMV19!.DOC)

April 6 2002

| Entity Name | State of Incorporation/ Formation and Qualification | Registered Agent/ Address | Directors | Officers of Corporation/ Officers of Managing Member | Shareholders and/or Members or Partners | Managing Member |
|---|---|---|---|---|---|---|
| SFC Acceptance V, LLC | DE PA | PHS Corporate Services 1201 Market Street Suite 1600 Wilmington, DE 19801 (Qualified in PA) 5 Radnor Corporate Center Suite 501 100 Matsonford Road Radnor, PA 19087 | N/A | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Executive Vice President & Secretary Diane Messick, Assistant Treasurer | Student Finance Corporation SFC Acceptance V G.P., Inc. | SFC Acceptance V G.P., Inc. |
| SFC Acceptance V G.P., Inc. | DE PA | PHS Corporate Services 1201 Market Street Suite 1600 Wilmington, DE 19801 (Qualified in PA) 5 Radnor Corporate Center Suite 501 100 Matsonford Road Radnor, PA 19087 | Andrew N. Yao Craig D. Grear, Independent Director Frances E. McComb, Independent Director | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Executive Vice President & Secretary Perry R. Turnbull, Vice President Diane Messick, Assistant Treasurer | Andrew N. Yao | N/A |
| SFC Acceptance VI, LLC | DE PA | PHS Corporate Services 1201 Market Street Suite 1600 Wilmington, DE 19801 (Qualified in PA) 5 Radnor Corporate Center Suite 501 100 Matsonford Road Radnor, PA 19087 | N/A | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Executive Vice President & Secretary Diane Messick, Assistant Treasurer | Student Finance Corporation SFC Acceptance VI G.P., Inc. | SFC Acceptance VI G.P., Inc. |

-5-

April 6 2002

| Entity Name | State of Incorporation/ Formation and Qualification | Registered Agent/ Address | Directors | Officers of Corporation/ Officers of Managing Member | Shareholders and/or Members or Partners | Managing Member |
|---|---|---|---|---|---|---|
| SFC Acceptance VI G.P., Inc. | DE<br>PA | PHS Corporate Services<br>1201 Market Street<br>Suite 1600<br>Wilmington, DE 19801<br><br>(Qualified in PA)<br>5 Radnor Corporate Center<br>Suite 501<br>100 Matsonford Road<br>Radnor, PA 19087 | Andrew N. Yao<br>Craig D. Grear,<br>Independent Director<br>Frances E. McComb,<br>Independent Director | Andrew N. Yao, President & Treasurer<br>Gary J. Hawthorne, Executive Vice President & Secretary<br>Perry R. Turnbull, Vice President<br>Diane Messick, Assistant Treasurer | Andrew N. Yao | N/A |
| SFC Acceptance VII, LLC | DE<br>PA | PHS Corporate Services<br>1201 Market Street<br>Suite 1600<br>Wilmington, DE 19801<br><br>(Qualified in PA)<br>5 Radnor Corporate Center<br>Suite 501<br>100 Matsonford Road<br>Radnor, PA 19087 | N/A | Andrew N. Yao, President & Treasurer<br>Gary J. Hawthorne, Executive Vice President & Secretary<br>Diane Messick, Assistant Treasurer | Student Finance Corporation<br>SFC Acceptance VII G.P., Inc. | SFC Acceptance VII G.P., Inc. |
| SFC Acceptance VII G.P., Inc. | DE<br>PA | PHS Corporate Services<br>1201 Market Street<br>Suite 1600<br>Wilmington, DE 19801<br><br>(Qualified in PA)<br>5 Radnor Corporate Center<br>Suite 501<br>100 Matsonford Road<br>Radnor, PA 19087 | Andrew N. Yao<br>Craig D. Grear,<br>Independent Director<br>Frances E. McComb,<br>Independent Director | Andrew N. Yao, President & Treasurer<br>Gary J. Hawthorne, Executive Vice President & Secretary<br>Perry R. Turnbull, Vice President<br>Diane Messick, Assistant Treasurer | Andrew N. Yao | N/A |

-6-

April 6 2002

| Entity Name | State of Incorporation/ Formation and Qualification | Registered Agent/ Address | Directors | Officers of Corporation/ Officers of Managing Member | Shareholders and/or Members or Partners | Managing Member |
|---|---|---|---|---|---|---|
| SFC Acceptance VIII, LLC | DE<br>PA | PHS Corporate Services<br>1201 Market Street<br>Suite 1600<br>Wilmington, DE 19801<br><br>(Qualified in PA)<br>5 Radnor Corporate Center<br>Suite 501<br>100 Matsonford Road<br>Radnor, PA 19087 | N/A | Andrew N. Yao, President & Treasurer<br>Gary J. Hawthorne, Executive Vice President & Secretary<br>Diane Messick, Assistant Treasurer | Student Finance Corporation<br>SFC Acceptance VIII G.P., Inc. | SFC Acceptance VIII G.P., Inc. |
| SFC Acceptance VIII G.P., Inc. | DE<br>PA | PHS Corporate Services<br>1201 Market Street<br>Suite 1600<br>Wilmington, DE 19801<br><br>(Qualified in PA)<br>5 Radnor Corporate Center<br>Suite 501<br>100 Matsonford Road<br>Radnor, PA 19087 | Andrew N. Yao<br>Craig D. Grear, Independent Director<br>Frances E. McComb, Independent Director | Andrew N. Yao, President & Treasurer<br>Gary J. Hawthorne, Executive Vice President & Secretary<br>Perry R. Turnbull, Vice President<br>Diane Messick, Assistant Treasurer | Andrew N. Yao | N/A |
| SFC Acceptance IX, LLC | DE<br>PA | PHS Corporate Services<br>1201 Market Street<br>Suite 1600<br>Wilmington, DE 19801<br><br>(Qualified in PA)<br>5 Radnor Corporate Center<br>Suite 501<br>100 Matsonford Road<br>Radnor, PA 19087 | N/A | Andrew N. Yao, President & Treasurer<br>Gary J. Hawthorne, Executive Vice President & Secretary<br>Diane Messick, Assistant Treasurer | Student Finance Corporation<br>SFC Acceptance IX G.P., Inc. | SFC Acceptance IX G.P., Inc. |

-7-

PH 083923

PHLEGAL:#556184-v19-(SCAW191)DOC

April 6 2002

| Entity Name | State of Incorporation/ Formation and Qualification | Registered Agent/ Address | Directors | Officers of Corporation/ Officers of Managing Member | Shareholders and/or Members or Partners | Managing Member |
|---|---|---|---|---|---|---|
| SFC Acceptance IX, G.P., Inc. | DE / PA | PHS Corporate Services 1201 Market Street Suite 1600 Wilmington, DE 19801 (Qualified in PA) 5 Radnor Corporate Center Suite 501 100 Matsonford Road Radnor, PA 19087 | Andrew N. Yao Craig D. Grear, Independent Director Frances E. McComb, Independent Director | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Executive Vice President & Secretary Perry R. Turnbull, Vice President Diane Messick, Assistant Treasurer | Andrew N. Yao | N/A |
| SFC Member Corporation | DE | PHS Corporate Services 1201 Market Street Suite 1600 Wilmington, DE 19801 | Andrew N. Yao Craig D. Grear, Independent Director Frances E. McComb, Independent Director | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Vice President & Secretary Perry R. Turnbull, Vice President & Assistant Secretary Diane Messick, Assistant Treasurer | Andrew N. Yao | N/A |
| Student Loan Servicing LLC ID #3183340 | DE AR CA ID IL MD MA NJ NY OH SC UT WA | Andrew N. Yao 170 Lukens Drive New Castle, DE 19720 New Castle County R.A. #9295924 **Check each state for Registered Agent Info** | N/A | Andrew N. Yao, Chairman & Treasurer Gary J. Hawthorne, Chief Executive Officer, President & Secretary Diane Messick, Assistant Treasurer Frank Martinez, Vice President | Student Finance Corporation Student Loan Servicing Member LLC | Student Loan Servicing Member LLC |
| Student Loan Servicing Member LLC ID #3188316 | DE | Andrew N. Yao 170 Lukens Drive New Castle, DE 19720 New Castle County R.A. #9295924 | Andrew N. Yao Perry R. Turnbull Craig D. Grear Gary J. Hawthorne | Andrew N. Yao, President & Treasurer Gary J. Hawthorne, Executive Vice President & Secretary Frank Martinez, Vice President Diane Messick, Assistant Treasurer | Andrew N. Yao | Andrew N. Yao |

-8-

PHLEGAL: #456184 v19 (3C5W19!.DOC)

PH 063924

April 6 2002

| Entity Name | State of Incorporation/ Formation and Qualification | Registered Agent/ Address | Directors | Officers of Corporation/ Officers of Managing Member | Shareholders and/or Members or Partners | Managing Member |
|---|---|---|---|---|---|---|
| Student Marketing Member, LLC<br>ID #3233125 | DE<br>PA | Andrew N. Yao<br>170 Lukens Drive<br>New Castle, DE 19720<br>New Castle County<br>R.A. #9295924<br><br>(Qualified in PA)<br>5 Radnor Corporate Center<br>Suite 501<br>100 Matsonford Road<br>Radnor, PA 19087 | N/A | Andrew N. Yao, President & Treasurer<br>Perry R. Turnbull, Senior Vice President & Secretary<br>Diane Messick, Assistant Treasurer | Andrew N. Yao | Andrew N. Yao |
| Student Marketing Services, LLC<br>ID# 3231852 | DE<br>PA<br>OH | Andrew N. Yao<br>170 Lukens Drive<br>New Castle, DE 19720<br>New Castle County<br>R.A. #9295924<br><br>(Qualified in PA)<br>5 Radnor Corporate Center<br>Suite 501<br>100 Matsonford Road<br>Radnor, PA 19087<br><br>(Qualified in OH) | N/A | Andrew N. Yao, Chairman & Treasurer<br>Perry R. Turnbull, Chief Executive Officer<br>President & Secretary<br>Jim Pearson, Vice President<br>Diane Messick, Assistant Treasurer | Student Marketing Member, LLC | Student Marketing Member, LLC |
| Student Placement Services, LLC<br>ID# 3416029 | DE | Perry R. Turnbull<br>170 Lukens Drive<br>New Castle, DE 19720<br>New Castle County<br>R.A. # | N/A | Andrew N. Yao, Chairman & Treasurer<br>Perry R. Turnbull, Chief Executive Officer<br>President & Secretary<br>Jim Pearson, Vice President<br>Diane Messick, Assistant Treasurer | Student Marketing Services, LLC | Student Marketing Services, LLC |

-9-

PHLEGAL: #856184 v10 (3S2W%!$1.DOC)    PH 083925

April 6 2002

| Entity Name | State of Incorporation/ Formation and Qualification | Registered Agent/ Address | Directors | Officers of Corporation/ Officers of Managing Member | Shareholders and/or Members or Partners | Managing Member |
|---|---|---|---|---|---|---|
| Day Hill Partners, L.P.<br>ID #2629208 | DE | Andrew N. Yao<br>170 Lukens Drive<br>New Castle, DE 19720<br>New Castle County<br>R.A. #9295924 | N/A | N/A | DHP G.P., Inc. | N/A |
| DCC I Aircraft Corporation<br>ID #3033160 | DE | Corporation Service Company<br>2711 Centerville Road,<br>Suite 400<br>Wilmington, DE 19808 | Andrew N. Yao | Andrew N. Yao, President<br>Andrew N. Yao, Chief Financial Officer<br>Andrew N. Yao, Secretary | Student Marketing Services, LLC | N/A |
| DCC II Aircraft Corporation<br>ID #3397791 | DE | Corporation Service Company<br>2711 Centerville Road,<br>Suite 400<br>Wilmington, DE 19808 | Andrew N. Yao | Andrew N. Yao, President<br>Andrew N. Yao, Chief Financial Officer<br>Andrew N. Yao, Secretary | Student Marketing Services, LLC | N/A |
| DHP G.P., Inc.<br>ID #2629135 | DE | Andrew N. Yao<br>170 Lukens Drive<br>New Castle, DE 19720<br>New Castle County<br>R.A. #9295924 | Andrew N. Yao | Andrew N. Yao, President, Treasurer & Secretary | Andrew N. Yao | N/A |

PH 083926

PHLEGAL #856184 v19 (5CK4W19!.DOC)

April 6 2002

| Entity Name | State of Incorporation/ Formation and Qualification | Registered Agent/ Address | Directors | Officers of Corporation/ Officers of Managing Member | Shareholders and/or Members or Partners | Managing Member |
|---|---|---|---|---|---|---|
| One Summit Place Partners, L.P.<br><br>(Mailing Address)<br>One Summit Place<br>Branford CT, 06405 | DE | Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | N/A | N/A | One Summit Place G.P., Inc. | N/A |
| One Summit Place G.P., Inc.<br><br>(Mailing Address)<br>One Summit Place<br>Branford CT, 06405<br>ID # 2413061 | DE<br>CT | Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801<br><br>CT Corporation System<br>One Commercial Plaza<br>Hartford, CT 06103 | Andrew N. Yao | Andrew N. Yao, President, Treasurer & Secretary | Andrew N. Yao | N/A |
| Premier Education Group, L.P.<br><br>(Mailing Address)<br>One Summit Place<br>Branford CT, 06405<br>ID # 2271423 | PA<br>NY<br>CT<br>RI<br>MA<br>ME | 5 Radnor Corporate Center<br>Suite 501<br>100 Matsonford Road<br>Radnor, PA 19087<br><br>**Check each state for Registered Agent Info** | N/A | N/A | Premier Education Group G.P., Inc. | N/A |
| Premier Education Group G.P., Inc.<br><br>(Mailing Address)<br>One Summit Place<br>Branford CT, 06405<br>ID # 2092636 | PA<br>MA | 5 Radnor Corporate Center<br>Suite 501<br>100 Matsonford Road<br>Radnor, PA 19087<br><br>(Qualified in MA)<br>Corporation Services Company<br>84 State Street<br>Boston, MA 02109 | Andrew N. Yao | Gary Camp, President<br>Andrew N. Yao, Secretary & Treasurer | Andrew N. Yao | N/A |

-11-

PH 083927

PHLEGAL: #856184 v19 (4Q24Y19!.DOC)