# EXHIBIT 10

```
00340
 1  IN THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF DELAWARE
 2
    MBIA INSURANCE CORPORATION  :
 3  and WELLS FARGO BANK,       :
    N.A. (f/k/a WELLS FARGO     :
 4  BANK MINNESOTA N.A.) as     :
    TRUSTEE OF SFC GRANTOR      :
 5  TRUST, SERIES 2000-1, SFC   :
    GRANTOR TRUST, SERIES       :
 6  2000-2, SFC GRANTOR TRUST,  : C.A. NO.
    SERIES 2000-3, SFC GRANTOR  : 02-1294-JJF
 7  TRUST, SERIES 2000-4, SFC   :
    GRANTOR TRUST, SERIES 2001-1,:
 8  SFC GRANTOR TRUST, SERIES   :
    2001-2, SFC OWNER TRUST     :
 9  2001-I, AND SFC GRANTOR     :
    TRUST, SERIES 2001-3,       :
10     Plaintiffs/Counterclaim  :
          Defendants,           : WITNESS:
11                              : W. RODERICK GAGNE'
          v.                    : TRACK I, VOLUME II
12  ROYAL INDEMNITY COMPANY,    :
       Defendant/Counterclaim   : DATE:
13       Plaintiff.             : FEBRUARY 26th, 2007
    ----------------------------
14  ROYAL INDEMNITY COMPANY,
       Third-Party Plaintiff,
15
    vs.
16
    ANDREW N. YAO, STUDENT LOAN
17  SERVICING LLC, STUDENT LOAN
    ACCEPTANCE II LLC, STUDENT LOAN
18  ACCEPTANCE III LLC, STUDENT LOAN
    ACCEPTANCE III LLC, STUDENT LOAN
19  ACCEPTANCE V LLC, STUDENT LOAN
    ACCEPTANCE VIII LLC, STUDENT LOAN
20  ACCEPTANCE IX LLC, SFC FINANCIAL LLC
    I, SFC FINANCIAL LLC II, SFC
21  FINANCIAL LLC VI, SFC FINANCIAL LLC
    VII,
22     Third-Party Defendants.
    ----------------------------
23  ROYAL INDEMNITY COMPANY,
       Counter-Claimant,
24  vs.
    MBIA BANK and WELLS FARGO BANK
    MINNESOTA, N.A.,
25     Counter-Defendants.
```

```
00341
 1  ------------------------------------------------
    CHARLES A. STANZIALE, JR.,
 2  Chapter 7 Trustee of Student Finance
    Corporation,
 3      Plaintiff,

 4  vs.        C.A. No. 04-1551-JJF

 5  PEPPER HAMILTON LLP, et al,
        Defendants.
 6  ------------------------------------------------
    CHARLES A. STANZIALE, JR.,
 7  Chapter 7 Trustee of Student Finance
    Corporation,
 8      Plaintiff,

 9  vs.        C.A. No. 05-72-JJF

10  McGLADREY & PULLEN LLP
    and MICHAEL AQUINO,
11      Defendants.
    ------------------------------------------------
12  ROYAL INDEMNITY COMPANY,
        Plaintiff,
13
    vs.        C.A. No. 05-165-JJF
14
    PEPPER HAMILTON LLP,
15  W. RODERICK GAGNE',
    FREED MAXICK & BATTAGLIA CPAs,
16  McGLADREY & PULLEN LLP,
    and MICHAEL AQUINO,
17      Defendants.
    ------------------------------------------------
18

19

20

21

22

23

24

25
```

00361
1  Hamilton represented Student Finance
2  Corporation?
3  A. Yes, we did.
4  Q. And at the time, you and Pepper
5  Hamilton represented Andrew and Lori
6  Yao?
7  A. We did do some work for them
8  individually.
9  Q. You were doing estate planning
10 for them at the time?
11 A. I don't remember specifically in
12 2002, but yeah.
13 Q. You generally did estate
14 planning work for them?
15 A. Over the course of my
16 representation of Student Finance
17 Corporation, I did do estate
18 planning for them, yes.
19 Q. Have you ever done -- other than
20 with respect to Andrew and Lori Yao
21 and Student Finance Corporation,
22 have you ever prepared for the
23 client and had a client execute a
24 confession of judgment in favor of
25 your wife?