# EXHIBIT 14

```
00001
 1   IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF DELAWARE
 2
     MBIA INSURANCE CORPORATION    :
 3   and WELLS FARGO BANK,         :
     N.A. (f/k/a WELLS FARGO       :
 4   BANK MINNESOTA N.A.) as       :
     TRUSTEE OF SFC GRANTOR        :
 5   TRUST, SERIES 2000-1, SFC     :
     GRANTOR TRUST, SERIES         :
 6   2000-2, SFC GRANTOR TRUST,    : C.A. NO.
     SERIES 2000-3, SFC GRANTOR    : 02-1294-JJF
 7   TRUST, SERIES 2000-4, SFC     :
     GRANTOR TRUST, SERIES 2001-1,:
 8   SFC GRANTOR TRUST, SERIES     :
     2001-2, SFC OWNER TRUST       :
 9   2001-I, AND SFC GRANTOR       :
     TRUST, SERIES 2001-3,         :
10       Plaintiffs/Counterclaim   :
         Defendants,       : WITNESS:
11                         : W. RODERICK GAGNE'
         v.                : TRACK I, VOLUME I
12   ROYAL INDEMNITY COMPANY,      :
         Defendant/Counterclaim : DATE:
13       Plaintiff.       : FEBRUARY 23rd, 2007
     -------------------------------------------
14   ROYAL INDEMNITY COMPANY,
         Third-Party Plaintiff,
15
     vs.
16
     ANDREW N. YAO, STUDENT LOAN
17   SERVICING LLC, STUDENT LOAN
     ACCEPTANCE II LLC, STUDENT LOAN
18   ACCEPTANCE III LLC, STUDENT LOAN
     ACCEPTANCE III LLC, STUDENT LOAN
19   ACCEPTANCE V LLC, STUDENT LOAN
     ACCEPTANCE VIII LLC, STUDENT LOAN
20   ACCEPTANCE IX LLC, SFC FINANCIAL LLC
     I, SFC FINANCIAL LLC II, SFC
21   FINANCIAL LLC VI, SFC FINANCIAL LLC
     VII,
22       Third-Party Defendants.
     -------------------------------------------
23   ROYAL INDEMNITY COMPANY,
         Counter-Claimant,
24   vs.
     MBIA BANK and WELLS FARGO BANK
     MINNESOTA, N.A.,
25       Counter-Defendants.
```

Gagne, Roderick v1   02/23/07                                    Page 1

```
00002
 1  ------------------------------------------
    CHARLES A. STANZIALE, JR.,
 2  Chapter 7 Trustee of Student Finance
    Corporation,
 3       Plaintiff,

 4  vs.         C.A. No. 04-1551-JJF

 5  PEPPER HAMILTON LLP, et al,
         Defendants.
 6  ------------------------------------------
    CHARLES A. STANZIALE, JR.,
 7  Chapter 7 Trustee of Student Finance
    Corporation,
 8       Plaintiff,

 9  vs.         C.A. No. 05-72-JJF

10  McGLADREY & PULLEN LLP
    and MICHAEL AQUINO,
11       Defendants.
    ------------------------------------------
12  ROYAL INDEMNITY COMPANY,
         Plaintiff,
13
    vs.         C.A. No. 05-165-JJF
14
    PEPPER HAMILTON LLP,
15  W. RODERICK GAGNE',
    FREED MAXICK & BATTAGLIA CPAs,
16  McGLADREY & PULLEN LLP,
    and MICHAEL AQUINO,
17       Defendants.
    ------------------------------------------
18

19

20

21

22

23

24

25
```

00031
1  so there was -- it was close.
2  Q. All right, well, the difference
3  between 1,400 and 2,400 is 1,000
4  hours?
5  A. Um-hum, so --
6  Q. Was there another client that
7  you billed 1,000 hours on that year
8  or was that multiple clients?
9  A. Multiple clients.
10  Q. So my question was, there was no
11  single client that was even close to
12  SFC in terms of the amount of time
13  you were spending in 1999 and 2000?
14  A. Yes.
15  Q. You were the person at Pepper
16  Hamilton who got billing credit for
17  the SFC work; correct?
18  A. Yes.
19  Q. And you were --
20  A. I was a billing partner.
21  Q. And you were the person, the
22  billing partner, who got credit for
23  any work that was charged by Pepper
24  Hamilton with respect to family
25  investments with SFC, right?

```
00032
 1      MS. AINSLIE: Objection.
 2      THE WITNESS: Repeat the
 3  question, please.
 4  BY MR. GROSSBART:
 5  Q. Sure.
 6      You were the billing
 7  partner or the partner who received
 8  billing credit for any work that was
 9  charged by Pepper Hamilton for work
10  done by yourself and the firm with
11  respect to the various investments
12  that your family made in SFC?
13      MS. AINSLIE: Objection.
14      THE WITNESS: Well, yes, I
15  would be the billing partner for
16  Student Finance Corporation and the
17  trusts, so yes.
18  BY MR. GROSSBART:
19  Q. And the trusts?
20  A. Um-hum.
21  Q. You have to say yes. You can't
22  just say um-hum.
23  A. Oh, okay. Yes, I was the
24  billing partner for my family
25  trusts.
```