# EXHIBIT 16



EXHIBIT II
CARNEY 2001
8/10/07

# Report on Related Party Loans &
## Valuation of Andrew Yao's Interest in
## One Summit Place Partners, LP and Day Hill Partners, LP

May 7, 2007

Prepared by:

William Hecht, CPA
Weiser LLP

Table of Contents

SECTION

1.0)     INTRODUCTION AND OPINION

2.0)     ANALYSIS OF 55 RELATED PARTY LOANS

3.0)     $ 6 MILLION IN CAPITAL RAISED IN FEBRUARY 2000 AND
         REDEEMED OVER 12 MONTHS

4.0)     STUDY OF PRICING FOR COMPARABLE LOANS

5.0)     CONCLUSION – RELATED PARTY LOAN COMMITMENT FEES IN
         EXCESS OF MARKET RATES

6.0)     VALUATION OF ANDREW YAO'S INTEREST IN DAY HILL
         PARTNERS, LP AND ONE SUMMIT PLACE PARTNERS, LP



Student Finance Corporation Ch 7
Report of William Hecht and Weiser LLP – May 7, 2007
Page 2 of 8

## 1.0)    INTRODUCTION AND OPINION

At the request of McElroy, Deutsch, Mulvaney & Carpenter, LLP, Weiser LLP and
William Hecht, have been asked to:

➢ **Evaluate** the reasonableness of the interest rates and commitment fees charged on a
series of 55 loans made from related parties to Student Finance Corporation (hereafter
referred to as "Related Parties") between December 1995 and March 2002 from:

- Pamela Gagne,
- Robert Bast,
- Elizabeth Brennan Trust,
- James Brennan Trust FBO W.Roderick Gagne,
- James Brennan Trust FBO Phillip Gagne, and
- James Brennan Trust FBO Elizabeth Gagne.

➢ **And value** the general partnership interests of Andrew Yao in Day Hill Partners, LP
and One Summit Place Partners, LP based upon appraised values for the properties
owned by those entities.

This report and its appendices provide explanation and background supporting the expert
opinion of William Hecht and Weiser LLP that the commitment fees charged on 33 of
these loans were above the market rates charged on similar loans during the same time
period.

Incorporated in 1993, Student Finance Corporation ("SFC" or the "Company") was in the
business of originating student tuition loans directly from students or purchasing student
tuition loans from various vocational schools (primarily commercial truck driving
schools).  On June 5, 2002, certain creditors of SFC filed an involuntary bankruptcy
petition against SFC.  Thereafter, Charles A. Stanziale, Jr. Esq. was appointed Chapter 7
Trustee of SFC.  See the report of Harry Steinmetz of Weiser LLP for additional
background information.

The opinions presented in this report are based on the consideration of the documents set
forth as exhibits to this report and my over 40 years of experience as an accountant and
business advisor to middle-market companies in many different industries including but
not limited to real estate and leasing concerns as well as my experience in forensic
accounting and providing testimony in such matters.  My experience, along with a list of
the other cases in which I have testified as an expert in the preceding four years, either at
trial or at deposition, is included in an exhibit to this report.  In connection with this
assignment, I have been assisted by and consulted by others at Weiser LLP, all of whom
have worked under my direction and supervision.  Our fee is not dependent on the
outcome of the litigation and our time will be charged at hourly rates; my hourly rate is
$425.



Student Finance Corporation Ch 7
Report of William Hecht and Weiser LLP – May 7, 2007
Page 3 of 8

As additional information is provided in depositions and as additional documents or facts become known during the course of this matter, I may be asked to perform additional analyses. In addition, I may rely upon, or respond to, the opinions of other experts in this matter. Accordingly, the opinions expressed herein (and the bases therefore) may be modified or supplemented based upon further analysis.

The procedures we performed to arrive at our conclusions are as follows:

1. We read the various documents produced in this matter that are identified in the attached Exhibit B, including, but not limited to: financial statements, financial records of Student Finance Corporation, tax returns, appraisals and related loan documents.
2. We compared the interest rates and commitment fees charged on these loans to other loans of similar size made to companies in the same industry as SFC.
3. We discussed interest rates and commitment fees with a former bank executive familiar with higher risk commercial loans.

OPINION

Based upon our analysis and the facts and circumstances surrounding SFC and these loans, it is the opinion of William Hecht and Weiser LLP that the commitment fees charged on 33 loans were above the comparable commitment fees charged on similar loans during the same time period (See Exhibit A pages 5 through 8).

The general partnership interests of Andrew Yao in Day Hill Partners, LP and One Summit Place Partners, LP through his ownership of the corporate general partner in each partnership as of June 2002 was approximately $679,470.

Sincerely,

William Hecht, CPA

Partner
Weiser LLP

May 7, 2007



Student Finance Corporation Ch 7
Report of William Hecht and Weiser LLP -- May 7, 2007
Page 4 of 8


2.0)        ANALYSIS OF 55 LOANS

Exhibit A provides a listing of 55 loans made to Student Finance Corporation with a
personal guaranty of Andrew Yao and his wife, Lore, between December 1995 and
March 2002 from:

- Pamela Gagne,
- Robert Bast,
- Elizabeth Brennan Trust,
- James Brennan Trust FBO W.Roderick Gagne,
- James Brennan Trust FBO Phillip Gagne, and
- James Brennan Trust FBO Elizabeth Gagne.

We prepared a table of the loans with their terms and obtained loan principal, interest and
commitment fee payment amounts from SFC's Quickbooks files.

**Summary table – Loan Statistics**

| | |
|---|---|
| Number of loans | 55 |
| Minimum loan size | $50,000 |
| Maximum loan size | $3,500,000 |
| Average loan size | $577,727 |
| Number of loans above $ 1 million | 10 |
| Sum equal to or greater than $ 1 million | $18,700,000 |
| Sum less than $ 1 million | $13,075,000 |
| Number of loans less than $ 1 million | 45 |
| Average loan size less than $ 1 million | $290,556 |
| Interest rate - lowest | 10% |
| Interest rate - highest | 15% |
| Term (months) - Minimum | - |
| Term (months) - Maximum | 61 |
| Average maturity (months) | 14 |
| Secured loans ($) | $28,775,000 |
| Secured loans (#) | 48 |
| Subordinated debt ($) | $3,000,000 |
| Subordinated debt (#) | 7 |
| Commitment fee paid (# loans) | 33 |
| Commitment fee paid ($) | $1,845,500 |
| Commitment fee terms | 6% ~ 14.5% |
| Average loan term (stated maturity date) when fee pd (mos) | 7 |



Student Finance Corporation Ch 7
Report of William Hecht and Weiser LLP – May 7, 2007
Page 5 of 8

### 3.0)   CAPITAL RAISED IN FEBRUARY 2000 AND REDEEMED OVER 12 MONTHS

In February 2000, SFC raised $ 6 million of capital from the Related Parties.  SFC's financial statement footnotes for the year 1999 (auditor's report dated July 26, 2000), describe this as " On February 2000, the Company received a commitment from various individuals and trusts to purchase 12% of the Company's common stock at a purchase price of $ 6,000,000.  Of the $6,000,0000 purchase price, $1,000,000 of existing debt was converted to common stock.  The Company received $6,000,000 of the overall purchase price in February 2000, including $1,000,000 of converted debt obligations" (these notes are referenced in our Exhibit A as notes #39 through #42).

The following year, SFC's financial statement footnotes for the year 2000 (auditor's report dated April 6, 2001) describe the transaction somewhat differently indicating a date one-month earlier adding more detail. "During January 2000, the Company sold an additional 1,370 shares of its common stock for approximately $5,000,012, net of issuance costs.  A portion of the proceeds was used to repay certain note holders with the balance to be used for general corporate purposes.  During 2000, the Company authorized the repurchase of 180 shares of its common stock issued and converted during 2000 at various dates through January 2001.  As of December 31, 2000, the Company re-acquired 164 shares for approximately $5,885,000.  During January 2001, the Company re-acquired the remaining 16 shares for approximately $1,047,000, which resulted in all of the Company's issued and outstanding common stock being owned by one individual."

The following chart provides the stock redemption amounts ($5,885,000 and $1,047,000 listed in the paragraph above), by each of the Related Parties, paid from 2000 through January 2001:

| Ref # | Date | Name | | Paid |
|-------|------|------|---|------|
| 1 | Feb-00 | Elizabeth B. Brennan Trust | | $462,125 |
| 2 | Feb-00 | James T. Brennan Trust FBO Elizabeth L. Gagne | | $375,446 |
| 3 | Feb-00 | James T. Brennan Trust FBO Philip B. Gagne | | $375,446 |
| 4 | Feb-00 | James T. Brennan Trust FBO W. Roderick Gagne | | $375,446 |
| 5 | Feb-00 | Pamela Gagne | | $721,895 |
| 6 | Feb-00 | Robert Bast | | $4,621,278 |
| | | | | $6,931,636 |



Student Finance Corporation Ch 7
Report of William Hecht and Weiser LLP – May 7, 2007
Page 6 of 8

## 4.0)     STUDY OF PRICING FOR COMPARABLE LOANS

We obtained a database of over 170 loans made during the same time period to companies of similar size and in the same industry as SFC. This loan information was obtained from Reuters Loan Pricing Corporation (http://www.loanpricing.com) who maintains and sells information obtained from loan syndicators, lenders, institutional investors and other market participants.

The <u>maximum</u> commitment fee for loan transactions in Reuters' loan database was 2%; the loan maturity dates on such loans was greater than 6 months.

## 5.0)     LOAN COMMITMENT FEES IN EXCESS OF MARKET RATES

Our review of the 33 SFC loans where commitment fees were paid indicated that fees ranged from 6% to 14.5% on loan maturities from 1 month to 18 months. We noted that some loan maturity dates preceded the date of the loan agreement (See Exhibit Col (J) – where note (a) is listed). Additionally we also noted that a commitment fee of $377,000 (14.5%) was paid on loan referenced as #27 in Exhibit A on page 6 of 8 where the loan agreement indicated a maximum fee of $260,000 (10%).

An unusual feature of many of these loan commitment fees was that the fee was to be paid at the back-end of the loan instead of at inception. This suggests that these fees were some type of deferred interest charge. Other commitment fees were based on an escalating fee scale where the fee was 6% of principal amount if the loan was repaid within 60 days; 8% if repaid after 60 days but before 91 days; 10% if repaid after 91 days. This fee structure offered a financial motivation to repay the debt faster.

As a benchmark for the overall reasonableness of these fees, we calculated the effective annual interest rate combining the interest and commitment fees on a $3.5 million loan from Pamela Gagne revealing a 77% effective interest rate (June 18, 1999 – due November 1999 and repaid August 2, 1999, six weeks after its inception. The commitment fee paid was $210,000.) In selecting another two loans with principal amounts of $500,000 and $1,500,000, we computed effective annual interest rates of approximately 46% on each loan.

Also, to gain additional information on loan pricing during this time period, I spoke with a former bank executive familiar with such transactions for smaller companies. He



Student Finance Corporation Ch 7
Report of William Hecht and Weiser LLP – May 7, 2007
Page 7 of 8

conveyed that 1% to 2% commitment fees were customary and that there were also
transactions on higher-risk deals with 4% commitment fees.

Taken together, all these factors combined with my experience in advising privately-held
middle-market companies for over 40 years, indicates to me that the commitment fees
paid in these loan transactions were above market rates and that a 4% rate (at most)
would have been appropriate. Accordingly, we have computed the difference between
the fees paid and a 4% charge to calculate the portion of the fee that was above market
rates. (See Exhibit A pages 5 through 8, columns T through V).



Student Finance Corporation Ch 7
Report of William Hecht and Weiser LLP – May 7, 2007
Page 8 of 8

6.0)    VALUATION OF ANDREW YAO'S INTEREST IN DAY HILL
        PARTNERS, LP AND ONE SUMMIT PLACE PARTNERS, LP

I have reviewed the appraisals prepared by John Houck of Weiser Realty for the
properties owned by these partnerships, as well as the Federal tax returns filed for the
year 1999, 2000 and 2001.

In the table, I have computed the value of Andrew Yao's 33% interest through his
ownership of the corporate general partner in each partnership as of June 2002.

**I. Valuation of Andrew Yao's Interest in Day Hill Partners, LP**

| | | |
|---|---|---|
| Real estate appraisal of 995 Day Hill Road, Windsor, CT (6/1/2002) | $2,600,000 | |
| Less: mortgage on 995 Day Hill Road property (12/31/01 tax return) | ($1,724,000) | |
| Plus: book value of other assets, net of liabilities, on Day Hill Partners, LP tax return | $329,000 | |
| Value of Day Hill Partners, LP 100% partnership interests | $1,205,000 | |
| Multiplied by 33% A.Yao interest Day Hill Partners GP, Inc. | X  33% | |
| Value of A.Yao's interest in Day Hill Partners GP, Inc. | | $397,650 |

**II. Valuation of Andrew Yao's Interest in One Summit Place Partners, LP**

| | | |
|---|---|---|
| Real estate appraisal of One Summit Place, Branford, CT (6/1/2002) | $1,700,000 | |
| Less: mortgage on One Summit Place (12/31/01 tax return) | ($1,088,000) | |
| Plus: book value of other assets, net of liabilities, on One Summit Place Partners, LP tax return | $242,000 | |
| Value of One Summit Place Partners, LP 100% partnership interests | $854,000 | |
| Multiplied by 33% A.Yao interest One Summit Place GP, Inc. | X  33% | |
| Value of A.Yao's interest in One Summit Place GP, Inc. | | $281,820 |

**III. Total Value of Andrew Yao's Interest in Day Hill Partners LP
and One Summit Place Partners, LP** 　　　　　　$679,470



# EXHIBIT A



SFC Ch 7 - Related Party Loans - Summary Activity Schedule

| Ref # | Loan Date | Key | Name | Loan Amount | Loan Repaid | Loan Balance Outstanding @ June 2002 | Interest Rate | Maturity | Term In Months | Date Loan Repaid | # Mos Outstd Until Pd | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/31/95 | SD | Pamela Gagne | $250,000 | $0 | $250,000 | 15% | 12/1/00 | 60 | Not repaid | | |
| 2 | 12/31/95 | SD | Robert Bast | $750,000 | $0 | $750,000 | 15% | 12/20/00 | 61 | Not repaid | | |
| 3 | 8/1/97 | SD | Elizabeth B. Brennan Trust | $150,000 | $0 | $150,000 | 10% | 7/31/02 | 61 | Not repaid | | |
| 4 | 8/1/97 | SD | Pamela Gagne | $250,000 | $0 | $250,000 | 10% | 7/31/02 | 61 | Not repaid | | |
| 5 | 8/1/97 | SD | Robert Bast | $600,000 | $0 | $600,000 | 10% | 7/31/02 | 61 | Not repaid | | |
| 6 | 8/1/97 | SD | Elizabeth B. Brennan Trust | $600,000 | $0 | $600,000 | 15% | 7/31/03 | 61 | Not repaid | | |
| 7 | 8/7/98 | SD | Robert Bast | $500,000 | $0 | $500,000 | 15% | 7/31/03 | 61 | Not repaid | | |
| 8 | 8/7/98 | SN | Elizabeth B. Brennan Trust | $250,000 | $250,000 | $0 | 12% | 6/30/98 | (a) | 1/22/1999 | 5 | Maturity - earlier of 6/30/98 or warehouse financing date |
| 9 | 8/31/98 | SN | Robert Bast | $250,000 | $250,000 | $0 | 12% | 6/30/98 | (a) | 1/22/1999 | 5 | Maturity - earlier of 6/30/98 or warehouse financing date |
| 10 | 8/31/98 | SN | Elizabeth B. Brennan Trust | $500,000 | $500,000 | $0 | 12% | 6/30/98 | (a) | 1/22/1999 | 4 | Maturity - earlier of 6/30/98 or warehouse financing date |
| 11 | 9/18/98 | SN | Robert Bast | $1,500,000 | $1,500,000 | $0 | 12% | 11/20/99 | 14 | 1/22/1999 | 4 | Maturity - earlier of 11/20/99 or warehouse financing date |
| 12 | 10/30/98 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | $50,000 | $50,000 | $0 | 12% | 6/30/98 | (a) | 1/22/1999 | 3 | Maturity - earlier of 6/30/98 or warehouse financing date |
| 13 | 10/30/98 | SN | James T. Brennan Trust FBO Philip B. Gagne | $50,000 | $50,000 | $0 | 12% | 6/30/98 | (a) | 1/22/1999 | 3 | Maturity - earlier of 6/30/98 or warehouse financing date |
| 14 | 10/30/98 | SN | James T. Brennan Trust FBO W.Roderick Gagne | $500,000 | $500,000 | $0 | 12% | 6/30/98 | (a) | 1/22/1999 | 3 | Maturity - earlier of 6/30/98 or warehouse financing date |
| 15 | 10/30/98 | SN | Robert Bast | $1,000,000 | $1,000,000 | $0 | 12% | 6/30/98 | (a) | 1/22/1999 | 3 | Maturity - earlier of 6/30/98 or warehouse financing date |
| 16 | 11/20/98 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | $250,000 | $250,000 | $0 | 12% | 6/30/98 | (a) | 1/22/1999 | 2 | Maturity - earlier of date or warehouse financing date |
| 17 | 11/20/98 | SN | James T. Brennan Trust FBO Philip B. Gagne | $250,000 | $250,000 | $0 | 12% | 6/30/98 | (a) | 1/22/1999 | 2 | Maturity - earlier of date or warehouse financing date |
| 18 | 12/18/98 | SN | Elizabeth B. Brennan Trust | $200,000 | $200,000 | $0 | 12% | 6/30/98 | (a) | 12/7/1999 | 1 | Maturity - earlier of date or warehouse financing date |
| 19 | 12/18/98 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | $200,000 | $200,000 | $0 | 12% | 6/30/98 | (a) | 1/22/1999 | 1 | Maturity - earlier of date or warehouse financing date |
| 20 | 12/18/98 | SN | James T. Brennan Trust FBO Philip B. Gagne | $200,000 | $200,000 | $0 | 12% | 6/30/98 | (a) | 1/22/1999 | 1 | Maturity - earlier of date or warehouse financing date |
| 21 | 12/18/98 | SN | Robert Bast | $1,400,000 | $1,400,000 | $0 | 12% | 6/30/98 | (a) | 1/22/1999 | 1 | Maturity - earlier of date or warehouse financing date |
| 22 | 1/20/99 | SN | Elizabeth B. Brennan Trust | $500,000 | $500,000 | $0 | 15% | 7/20/00 | 18 | 7/27/2000 | 18 | Maturity - earlier of date or SFC's purchase of a Student Loan pool from FDIC |
| 23 | 1/20/99 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | $500,000 | $500,000 | $0 | 15% | 7/20/00 | 18 | 7/27/2000 | 18 | Maturity - earlier of date or SFC's purchase of a Student Loan pool from FDIC |
| 24 | 1/20/99 | SN | James T. Brennan Trust FBO Philip B. Gagne | $500,000 | $500,000 | $0 | 15% | 7/20/00 | 18 | 7/27/2000 | 18 | Maturity - earlier of date or SFC's purchase of a Student Loan pool from FDIC |

May 6, 2007

SFC Ch 7 - Related Party Loans - Summary Activity Schedule

| Ref # | Loan Date | Key | Name | Loan Amount | Loan Repaid | Loan Balance Outstanding @ June 2002 | Interest Rate | Maturity | Term in Months | Date Loan Repaid | # Mos Outstd Until Pd | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 1/20/99 | SN | James T. Brennan Trust FBO W. Roderick Gagne | $500,000 | $500,000 | $0 | 15% | 7/20/00 | 18 | 7/27/2000 | 18 | Maturity - earlier of date or SFC's purchase of a Student Loan pool from FDIC. |
| 26 | 1/20/99 | SN | Robert Bast | $2,000,000 | $2,000,000 | $0 | 15% | 7/20/00 | 18 | 7/27/2000 | 18 | Maturity - earlier of date or SFC's purchase of a Student Loan pool from FDIC. |
| 27 | 3/22/99 | SN | Robert Bast | $2,600,000 | $1,950,000 | $650,000 | 12% | 10/20/99 | 7 | 8/31/1999 | 5 | Maturity - earlier of date or warehouse financing date $3.0M per loan docs. |
| 28 | 4/21/99 | SN | Elizabeth B. Brennan Trust | $600,000 | $600,000 | $0 | 12% | 10/20/99 | 6 | Converted to term note 5/20/99 | | Maturity - earlier of date or warehouse financing date |
| 29 | 4/21/99 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | $75,000 | $75,000 | $0 | 12% | 10/20/99 | 6 | Converted to term note 5/20/99 | | Maturity - earlier of date or warehouse financing date |
| 30 | 4/21/99 | SN | James T. Brennan Trust FBO Philip B. Gagne | $50,000 | $50,000 | $0 | 12% | 10/20/99 | 6 | Converted to term note 5/20/99 | | Maturity - earlier of date or warehouse financing date |
| 31 | 4/21/99 | SN | James T. Brennan Trust FBO W. Roderick Gagne | $75,000 | $75,000 | $0 | 12% | 10/20/99 | 6 | Converted to term note 5/20/99 | | Maturity - earlier of date or warehouse financing date |
| 32 | 5/20/99 | SN | Elizabeth B. Brennan Trust | $600,000 | $600,000 | $0 | 15% | 11/20/00 | 18 | 11/30/2000 | 19 | Maturity earlier of date or SFC purchasing a Student Loan pool from the FDIC. |
| 33 | 5/20/99 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | $75,000 | $75,000 | $0 | 15% | 11/20/00 | 18 | 11/30/2000 | 19 | Maturity earlier of date or SFC purchasing a Student Loan pool from the FDIC. |
| 34 | 5/20/99 | SN | James T. Brennan Trust FBO Philip B. Gagne | $50,000 | $50,000 | $0 | 15% | 11/20/00 | 18 | 11/30/2000 | 19 | Maturity earlier of date or SFC purchasing a Student Loan pool from the FDIC. |
| 35 | 5/20/99 | SN | James T. Brennan Trust FBO W. Roderick Gagne | $75,000 | $75,000 | $0 | 15% | 11/20/00 | 18 | 11/30/2000 | 19 | Maturity earlier of date or SFC purchasing a Student Loan pool from the FDIC. |

SFC Ch 7 - Related Party Loans - Summary Activity Schedule

| Ref # | Loan Date | Key | Name | Loan Amount | Loan Repaid | Loan Balance Outstanding @ June 2002 | Interest Rate | Maturity | Term In Months | Date Loan Repaid | # Mos Outstd Until Pd | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 5/2/99 | SN | Robert Bast | $1,200,000 | $1,200,000 | $0 | 15% | 11/20/00 | 18 | 11/30/2000 | 19 | Maturity earlier of date or SFC purchasing a Student Loan pool from the FDIC. |
| 37 | 6/18/99 | SN | Pamela Gagne | $3,500,000 | $3,500,000 | $0 | 12% | 11/20/99 | 5 | 8/2/1999 | 2 | Maturity - earlier of 11/20/99 or warehouse financing date |
| 38 | 6/18/99 | SN | Robert Bast | $1,500,000 | $1,500,000 | $0 | 12% | 11/20/99 | 5 | 8/2/1999 | 2 | Maturity - earlier of 11/20/99 or warehouse financing date |
| 39 | 10/20/99 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | $125,000 | $125,000 | $0 | 12% | 5/20/00 | 7 | 2/14/2000 | 4 | Maturity - earlier of date or warehouse financing date |
| 40 | 10/20/99 | SN | James T. Brennan Trust FBO Philip B. Gagne | $125,000 | $125,000 | $0 | 12% | 5/20/00 | 7 | 2/14/2000 | 4 | Maturity - earlier of date or warehouse financing date |
| 41 | 10/20/99 | SN | James T. Brennan Trust FBO W. Roderick Gagne | $125,000 | $125,000 | $0 | 12% | 5/20/00 | 7 | 2/14/2000 | 4 | Maturity - earlier of date or warehouse financing date |
| 42 | 10/20/99 | SN | Pamela Gagne | $625,000 | $625,000 | $0 | 12% | 5/20/00 | 7 | 2/14/2000 | 4 | Maturity - earlier of date or warehouse financing date |
| 43 | 9/25/01 | SN | Elizabeth B. Brennan Trust | $375,000 | $375,000 | $0 | 12% | 8/1/02 | 10 | 11/12/2001 | 2 | Maturity - earlier of date or warehouse financing date |
| 44 | 9/25/01 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | $175,000 | $175,000 | $0 | 12% | 8/1/02 | 10 | 11/12/2001 | 2 | Maturity - earlier of date or warehouse financing date |
| 45 | 9/25/01 | SN | James T. Brennan Trust FBO Philip B. Gagne | $125,000 | $125,000 | $0 | 12% | 8/1/02 | 10 | 11/12/2001 | 2 | Maturity - earlier of date or warehouse financing date |
| 46 | 9/25/01 | SN | James T. Brennan Trust FBO W. Roderick Gagne | $175,000 | $175,000 | $0 | 12% | 8/1/02 | 10 | 11/12/2001 | 2 | Maturity - earlier of date or warehouse financing date |

SFC Ch 7 - Related Party Loans - Summary Activity Schedule

| Ref # | Loan Date | Key | Name | Loan Amount | Loan Repaid | Loan Balance Outstanding @ June 2002 | Interest Rate | Maturity | Term in Months | Date Loan Repaid | # Mos Outstd Until Pd | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 9/25/01 | SN | Pamela Gagne | $375,000 | $375,000 | $0 | 12% | 8/1/02 | 10 | 11/12/2001 | 2 | Maturity – earlier of date or warehouse financing date |
| 48 | 9/25/01 | SN | Robert Bast | $2,000,000 | $2,000,000 | $0 | 12% | 8/1/02 | 10 | 11/13/2001 | 2 | Maturity – earlier of date or warehouse financing date |
| 49 | 10/2/01 | SN | Elizabeth B. Brennan Trust | $250,000 | $250,000 | $0 | 12% | 8/1/02 | 10 | 11/12/2001 | 1 | Maturity – earlier of date or warehouse financing date |
| 50 | 3/5/02 | SN | Elizabeth B. Brennan Trust | $400,000 | $0 | $400,000 | 12% | 8/20/02 | 6 | Not repaid | | Maturity – earlier of date or warehouse financing date |
| 51 | 3/5/02 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | $200,000 | $0 | $200,000 | 12% | 8/20/02 | 6 | Not repaid | | Maturity – earlier of date or warehouse financing date |
| 52 | 3/5/02 | SN | James T. Brennan Trust FBO Phillip B. Gagne | $100,000 | $0 | $100,000 | 12% | 8/20/02 | 6 | Not repaid | | Maturity – earlier of date or warehouse financing date |
| 53 | 3/5/02 | SN | James T. Brennan Trust FBO W. Roderick Gagne | $200,000 | $0 | $200,000 | 12% | 8/20/02 | 6 | Not repaid | | Maturity – earlier of date or warehouse financing date |
| 54 | 3/5/02 | SN | Pamela Gagne | $400,000 | $0 | $400,000 | 12% | 8/20/02 | 6 | Not repaid | | Maturity – earlier of date or warehouse financing date |
| 55 | 3/5/02 | SN | Robert Bast | $2,000,000 | $0 | $2,000,000 | 12% | 8/20/02 | 6 | Not repaid | | Maturity – earlier of date or warehouse financing date |
| | | | | $31,775,000 | $24,825,000 | $6,950,000 | | | | | | |

Footnotes:
Key: SD: Subordinated debenture and SN: secured note.
(a) Loan maturity date for 6-30-98 which was prior to date of note

May 6, 2007

SFC Ch 7 - Related Party Loans - Summary Activity Schedule

| Ref # | Loan Date | Key | Name | Commitment Fees Description | 0-30 or 0-60 days | 31-60 or 61-90 days | After 60 or after 90 days | Fee Paid | Waiver Calculation - Fee Paid of 4% Fee | Excess Fee Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/31/95 | SD | Pamela Gagne | No Commitment Fees | | | | | | |
| 2 | 12/31/95 | SD | Robert Bast | No Commitment Fees | | | | | | |
| 3 | 8/1/97 | SD | Elizabeth B. Brennan Trust | No Commitment Fees | | | | | | |
| 4 | 8/1/97 | SD | Pamela Gagne | No Commitment Fees | | | | | | |
| 5 | 8/1/97 | SD | Robert Bast | No Commitment Fees | | | | | | |
| 6 | 8/7/98 | SD | Elizabeth B. Brennan Trust | No Commitment Fees | | | | | | |
| 7 | 8/7/98 | SD | Robert Bast | No Commitment Fees | | | | | | |
| 8 | 8/31/98 | SN | Elizabeth B. Brennan Trust | 10% of principal amount at maturity | | | | $25,000 | $10,000 | $15,000 |
| 9 | 8/31/98 | SN | Robert Bast | 10% of principal amount at maturity | | | | $25,000 | $10,000 | $15,000 |
| 10 | 9/1/98 | SN | Elizabeth B. Brennan Trust | 10% of principal amount at maturity | | | | $50,000 | $20,000 | $30,000 |
| 11 | 9/1/98 | SN | Robert Bast | 10% of principal amount at maturity | | | | $150,000 | $60,000 | $90,000 |
| 12 | 10/30/98 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | 10% of principal amount at maturity | | | | $5,000 | $2,000 | $3,000 |
| 13 | 10/30/98 | SN | James T. Brennan Trust FBO Philip B. Gagne | 10% of principal amount at maturity | | | | $5,000 | $2,000 | $3,000 |
| 14 | 10/30/98 | SN | James T. Brennan Trust FBO W.Roderick Gagne | 10% of principal amount at maturity | | | | $50,000 | $20,000 | $30,000 |
| 15 | 10/30/98 | SN | Robert Bast | 10% of principal amount at maturity | | | | $100,000 | $40,000 | $60,000 |
| 16 | 1/20/98 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | 10% of principal amount at maturity | | | | $25,000 | $10,000 | $15,000 |
| 17 | 1/20/98 | SN | James T. Brennan Trust FBO Philip B. Gagne | 10% of principal amount at maturity | | | | $25,000 | $10,000 | $15,000 |
| 18 | 12/18/98 | SN | Elizabeth B. Brennan Trust | 10% of principal amount at maturity | | | | $20,000 | $8,000 | $12,000 |
| 19 | 12/18/98 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | 10% of principal amount at maturity | | | | $20,000 | $8,000 | $12,000 |
| 20 | 12/18/98 | SN | James T. Brennan Trust FBO Philip B. Gagne | 10% of principal amount at maturity | | | | $20,000 | $8,000 | $12,000 |
| 21 | 12/18/98 | SN | Robert Bast | 10% of principal amount at maturity | | | | $140,000 | $56,000 | $84,000 |
| 22 | 1/20/99 | SN | Elizabeth B. Brennan Trust | No Commitment Fees | | | | | | |
| 23 | 1/20/99 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | No Commitment Fees | | | | | | |
| 24 | 1/20/99 | SN | James T. Brennan Trust FBO Philip B. Gagne | No Commitment Fees | | | | | | |

May 6, 2007

SFC Ch 7 - Related Party Loans - Summary Activity Schedule

| Ref # | Loan Date | Key | Name | Commitment Fees Description | 0-30 or 0-60 days | 31-60 or 61-90 days | After 60 or 90 days | Fee Paid | Welser calculation of 4% Fees | Excess Fee Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 1/20/99 | SN | James T. Brennan Trust FBO W. Roderick Gagne | No Commitment Fees | | | | | | |
| 26 | 1/20/99 | SN | Robert Bast | | | | | | | |
| 27 | 3/2/99 | SN | Robert Bast | No Commitment Fees  Paid $377,000 a commitment fee ($357,500 in 1999 and $19,500 in 2000) which was higher than the contractual maximum amount of $260,000. 6%/60days, 6%/60days, 8% (60-90days),10%--. | $156,000 | $208,000 | $260,000 | $377,000 | $104,000 | $273,000 |
| 28 | 4/21/99 | SN | Elizabeth B. Brennan Trust | 6% of principal amount if paid within 60 days; 8% if paid after 60 days but before 91 days; 10% if paid after 91 days | $36,000 | $48,000 | $60,000 | | | |
| 29 | 4/21/99 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | 6% of principal amount if paid within 60 days; 8% if paid after 60 days but before 91 days; 10% if paid after 91 days | $4,500 | $6,000 | $7,500 | | | |
| 30 | 4/21/99 | SN | James T. Brennan Trust FBO Philip B. Gagne | 6% of principal amount if paid within 60 days; 8% if paid after 60 days but before 91 days; 10% if paid after 91 days | $3,000 | $4,000 | $5,000 | | | |
| 31 | 4/21/99 | SN | James T. Brennan Trust FBO W. Roderick Gagne | 6% of principal amount if paid within 60 days; 8% if paid after 60 days but before 91 days; 10% if paid after 91 days | $4,500 | $6,000 | $7,500 | | | |
| 32 | 5/20/99 | SN | Elizabeth B. Brennan Trust | 6% of the principal amount if paid within 30 days of date of Loan Agreement; 8% if paid after 30 days but before 61 days; 10% if paid after 61 days from date of the Loan Agreement. | $36,000 | $48,000 | $60,000 | $60,000 | $24,000 | $36,000 |
| 33 | 5/20/99 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | 6% of the principal amount if paid within 30 days of date of Loan Agreement; 8% if paid after 30 days but before 61 days; 10% if paid after 61 days from date of the Loan Agreement. | $4,500 | $6,000 | $7,500 | $7,500 | $3,000 | $4,500 |
| 34 | 5/20/99 | SN | James T. Brennan Trust FBO Philip B. Gagne | 6% of the principal amount if paid within 30 days of date of Loan Agreement; 8% if paid after 30 days but before 61 days; 10% if paid after 61 days from date of the Loan Agreement. | $3,000 | $4,000 | $5,000 | $5,000 | $2,000 | $3,000 |
| 35 | 5/20/99 | SN | James T. Brennan Trust FBO W. Roderick Gagne | 6% of the principal amount if paid within 30 days of date of Loan Agreement; 8% if paid after 30 days but before 61 days; 10% if paid after 61 days from date of the Loan Agreement. | $4,500 | $6,000 | $7,500 | $7,500 | $3,000 | $4,500 |

SFC Ch 7 - Related Party Loans - Summary Activity Schedule

| Ref # | Loan Date | Key | Name | Commitment Fees Description | 0-30 or 0-60 days | 31-60 or 61-90 days | After 60 or after 90 days | Fee Paid | Waiver Calculation of 4% Fee | Excess Fee Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 5/20/99 | SN | Robert Bast | 6% of the principal amount if paid within 30 days of date of Loan Agreement; 8% if paid after 30 days but before 61 days; 10% if paid after 61 days from date of the Loan Agreement. | $72,000 | $96,000 | $120,000 | $120,000 | $48,000 | $72,000 |
| 37 | 6/18/99 | SN | Pamela Gagne | 6% of principal amount if paid within 60 days; 8% if paid after 60 days but before 91 days; 10% if paid after 91 days | $210,000 | $280,000 | $350,000 | $210,000 | $140,000 | $70,000 |
| 38 | 6/18/99 | SN | Robert Bast | 6% of principal amount if paid within 60 days; 8% if paid after 60 days but before 91 days; 10% if paid after 91 days | $90,000 | $120,000 | $150,000 | $90,000 | $60,000 | $30,000 |
| 39 | 10/20/99 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | 6% of principal amount if paid within 60 days from date of Loan Agreement, 8% if paid after 60 days, but before 91 days; 10% if paid after 91 days from date of Loan Agreement | $7,500 | $10,000 | $12,500 | $12,500 | $5,000 | $7,500 |
| 40 | 10/20/99 | SN | James T. Brennan Trust FBO Philip B. Gagne | 6% of principal amount if paid within 60 days; 8% if paid after 60 days but before 91 days; 10% if paid after 91 days from date of Loan Agreement | $7,500 | $10,000 | $12,500 | $12,500 | $5,000 | $7,500 |
| 41 | 10/20/99 | SN | James T. Brennan Trust FBO W. Roderick Gagne | 6% of principal amount if paid within 60 days; 8% if paid after 60 days but before 91 days; 10% if paid after 91days from date of Loan Agreement | $7,500 | $10,000 | $12,500 | $12,500 | $5,000 | $7,500 |
| 42 | 10/20/99 | SN | Pamela Gagne | 6% of principal amount if paid within 60 days; 8% if paid after 60 days but before 91 days; 10% if paid after 91 days from date of Loan Agreement | $37,500 | $50,000 | $62,500 | $62,500 | $25,000 | $37,500 |
| 43 | 9/25/01 | SN | Elizabeth B. Brennan Trust | 6% of principal amount if paid within 60 days from date of Loan Agreement; 8% if paid after 60 days, but before 91 days; 10% if paid after 91 days from date of Loan agreement. | $22,500 | $30,000 | $37,500 | $22,500 | $15,000 | $7,500 |
| 44 | 9/25/01 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | 6% of principal amount if paid within 60 days from date of Loan Agreement; 8% if paid after 60 days, but before 91 days; 10% if paid after 91 days from date of Loan agreement. | $10,500 | $14,000 | $17,500 | $10,500 | $7,000 | $3,500 |
| 45 | 9/25/01 | SN | James T. Brennan Trust FBO Philip B. Gagne | 6% of principal amount if paid within 60 days from date of Loan Agreement; 8% if paid after 60 days, but before 91 days; 10% if paid after 91 days from date of Loan agreement. | $7,500 | $10,000 | $12,500 | $7,500 | $5,000 | $2,500 |
| 46 | 9/25/01 | SN | James T. Brennan Trust FBO W. Roderick Gagne | 6% of principal amount if paid within 60 days from date of Loan Agreement; 8% if paid after 60 days, but before 91 days; 10% if paid after 91 days from date of Loan agreement. | $10,500 | $14,000 | $17,500 | $10,500 | $7,000 | $3,500 |

SFC Ch 7 - Related Party Loans - Summary Activity Schedule

| Ref # | Loan Date | Key | Name | Commitment Fees Description | 0-30 days | $31.00 or 31-90 days | At or over 60 or after 90 days | Weiser Calculation Fee Paid | Weiser Calculation of 4% Fee | Excess Fee Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 9/25/01 | SN | Pamela Gagne | 6% of principal amount if paid within 60 days from date of Loan Agreement; 8% if paid after 60 days, but before 91 days; 10% if paid after 91 days from date of Loan agreement. | $22,500 | $30,000 | $37,500 | $22,500 | $16,000 | $7,500 |
| 48 | 9/25/01 | SN | Robert Bast | 6% of principal amount if paid within 60 days from date of Loan Agreement; 8% if paid after 60 days, but before 91 days; 10% if paid after 91 days from date of Loan agreement. | $120,000 | $160,000 | $200,000 | $120,000 | $80,000 | $40,000 |
| 49 | 10/2/01 | SN | Elizabeth B. Brennan Trust | 6% of principal amount if paid within 60 days from date of Loan Agreement; 8% if paid after 60 days, but before 91 days; 10% if paid after 91 days from date of Loan agreement. | $15,000 | $20,000 | $25,000 | $15,000 | $10,000 | $5,000 |
| 50 | 3/5/02 | SN | Elizabeth B. Brennan Trust | 6% of principal amount if paid within 60 days from date of Loan Agreement; 8% if paid after 60 days, but before 91 days; 10% if paid after 91 days from date of Loan agreement. | $24,000 | $32,000 | $40,000 | | | |
| 51 | 3/5/02 | SN | James T. Brennan Trust FBO Elizabeth L. Gagne | 6% of principal amount if paid within 60 days from date of Loan Agreement; 8% if paid after 60 days, but before 91 days; 10% if paid after 91 days from date of Loan agreement. | $12,000 | $16,000 | $20,000 | | | |
| 52 | 3/5/02 | SN | James T. Brennan Trust FBO Philip B. Gagne | 6% of principal amount if paid within 60 days from date of Loan Agreement; 8% if paid after 60 days, but before 91 days; 10% if paid after 91 days from date of Loan agreement. | $6,000 | $8,000 | $10,000 | | | |
| 53 | 3/5/02 | SN | James T. Brennan Trust FBO W. Roderick Gagne | 6% of principal amount if paid within 60 days from date of Loan Agreement; 8% if paid after 60 days, but before 91 days; 10% if paid after 91 days from date of Loan agreement. | $12,000 | $16,000 | $20,000 | | | |
| 54 | 3/5/02 | SN | Pamela Gagne | 6% of principal amount if paid within 60 days from date of Loan Agreement; 8% if paid after 60 days, but before 91 days; 10% if paid after 91 days from date of Loan agreement. | $24,000 | $32,000 | $40,000 | | | |
| 55 | 3/5/02 | SN | Robert Bast | 6% of principal amount if paid within 60 days from date of Loan Agreement; 8% if paid after 60 days, but before 91 days; 10% if paid after 91 days from date of Loan agreement. | $120,000 | $160,000 | $200,000 | | | |
| | | | | | | | | $1,845,500 | $827,000 | $1,018,500 |

Footnotes:
Key: SD: Subordinated debenture and SN: secured note.
(a) Loan maturity date for 6-30-99 which was prior to date of note

May 6, 2007

# EXHIBIT B



# WILLIAM D. HECHT, CPA, JD, LLM

## Partner
## Real Estate & Litigation Support Services

### Experience

Mr. Hecht specializes in litigation support services including bankruptcy, business valuations, divorce proceedings, lost profit calculations, insurance disputes, and other forensic accounting matters. He assists litigators in all phases of a trial to analyze complex financial and accounting issues, provide an objective analysis of the opposition's assumptions and conclusions and render expert testimony. Mr. Hecht also assists with mergers and acquisitions including due diligence reviews and tax and business structuring.

Mr. Hecht is also a tax attorney specializing in estate, income, and corporate tax planning and provides fiduciary services. In addition, Mr. Hecht possesses extensive real estate experience, particularly in the areas of management, development, financing, and workout and restructuring.

### Affiliations
New York Society of Certified Public Accountants
New Jersey Society of Certified Public Accountants
American Bar Association
New York State Bar Association
American Institute of Certified Public Accountants

### Publications and Lectures
Former faculty member, Foundation of Accounting Education
Contributor and lecturer to trade and business publications and associations, notably: CPA Journal - columns on federal taxation, estate planning and state and local taxes, New York University Institute of Federal Taxation, National Association of Accountants

### Licenses and Accreditations
License, Certified Public Accountant, New York, 1967
License, Certified Public Accountant, New Jersey, 1992
New York State Bar, Appellate Division, Second Department, 1972

### Education
LLM in Taxation, New York University, 1974
JD, Brooklyn Law School, 1971
BS in Accounting, Queens College, 1962 - Recipient of NYS Society of CPA's Award

## WILLIAM D. HECHT
### LITIGATION SUPPORT EXPERIENCE – EXPERT OR CONSULTANT

| PLAINTIFF | VS. | DEFENDANT | ATTORNEY/FIRM | TYPE OF MATTER | CLIENT | | DEP | TRIAL |
|---|---|---|---|---|---|---|---|---|
| Dock Resins | vs. | Sorema Reinsurance Inc. | Michael Chazkel – Norris, McLaughlin & Marcus, PA | Insurance Recovery | P | | | |
| Elghanayan | vs. | Eshagian | Jay Fialkoff – Moses & Singer | Real – estate minority shareholder suit – liquidation of real estate corp. | P | NY Supreme | X | X |
| Granite Penn Square LLC | vs. | U.S. Fire Insurance Company, et. al. | Michael Chazkel – Norris, McLaughlin & Marcus, PA | Real estate - insurance recovery re: hotel | P | | | |
| JCM Capital | vs. | Broza Block & Rubino et. al. | Robert Kipnees - Greenbaum Rowe Smith Ravin Davis & Himmel | Accounting malpractice | P | | | |
| Kushner | vs. | Kushner | Herbert Stern – Stern Greenberg & Kilkullen | Real estate – partnership dispute | P | | | |
| Lassiter | vs. | Insurance Company of Singapore | Anthony Wee & Quintin Loh – Rajah & Tann (Singapore) | Real estate - wrongful death – calculation of damages for real estate business | D | Singapore | | X |
| MRI of Elizabeth | vs. | Brach Eichler, et. al. | Glenn Bergenfield | Legal malpractice | P | | | |
| Paterson et. al. | vs. | Sleepy's et. al. | Mark Sugerman – Bryan, Cave | Minority shareholder suit | P | NY Supreme | X | X |
| Rosenblatt | vs. | Bivona & Cohen | Tom Hyland – Wilson Elser, Moskowitz, Edelman & Dicker | Employment discrimination – law firm | D | Federal | X | X |
| Rye City School District | vs. | The Osborn | Robert Weiner – McDermott, Will & Emery | Real estate - dispute re: real estate tax exemption | P | NY Supreme | | X |
| Wilson et. al. | vs. | Amerada Hess | Roger Kaplan Greenberg Traurig | Pricing dispute | D | New Jersey | | X |

Page 2 of 2

# EXHIBIT C



EXHIBIT C - Documents Reviewed

Student Finance Corporation Ch 7
Report of William Hecht and Weiser LLP – May 7, 2007

**I.     Loan Analysis – 55 Loans**

1) Loan and Security Agreements and Promissory Notes

2) SFC's Quickbooks accounting records

3) SFC's audited financial statements 1998, 1999 and 2000

4) Database of over 170 loans obtained from Reuters Loan Pricing Corporation

5) *Shannon Pratt's Business Valuation Update* with publication of key lending rates referencing rates published in the Wall Street Journal and Barrons'

6) Chapter 7 Trustee, Charles Stanziale's Complaint Against Andrew Yao et al

7) Pledge Agreement – May 5, 2002 by Andrew Yao in favor of Robert Bast, as agent under that certain Intercreditor Agreement…

8) One-year LIBOR rates 1997 ~ 2002 (www.moneycafe.com/library/libor.htm) - sources Fannie Mae and British Bankers' Association

**II.    Value of Andrew Yao's Interest**

1) Appraisal of 995 Day Hill Road, Windsor, Connecticut by John Houck of Weiser Realty as of June 2002 (prepared in May 2007)

2) Day Hill Partners, LP tax returns 1999, 2000 and 2001

3) Facility Lease Agreement dated July 1996 between Day Hill Partners, LP and CEC Partnership LP covering premises at 995 Day Hill Road, Windsor, Connecticut 06905 (unsigned)

4) Permanent Mortgage Proposal, Day Hill Partners, LP – August 7, 1996

5) Appraisal of One Summit Place, Branford, Connecticut by John Houck of Weiser Realty as of June 2002 (prepared in May 2007)

6) One Summit Place Partners, LP tax returns 1999, 2000 and 2001

7) Lease agreement between One Summit Place Partners, LP and Premier Education Group LP dated August 1, 2003 (unsigned)

8) Investment Summary One Summit Place Partners, LP, April 1, 1994

9) Real estate appraisal, June 17, 1994 for One Summit Place, Branford, Connecticut

