# EXHIBIT 20

MARIA DECARLO - Re: Student Loan Servicing Member LLC. | Page 1

From: RODERICK GAGNE
To: MARIA DECARLO
Date: Mon, Mar 6, 2000 1:47 PM
Subject: Re: Student Loan Servicing Member LLC.

111419.1

Maria,
I also need some stock certificates issued in SFC as follows:
1220 shares to Andrew N. Yao — #2
120 shares to Robert L. Bast Esquire — #3
4 shares to the Elizabeth B. Brennan Trust FBO W. Roderick Gagne — #4
4 shares to the Elizabeth B. Brennan Trust FBO Elizabeth L. Gagne — #5
4 shares to the Elizabeth B. Brennan Trust FBO Philip B. Gagne — #6
9.75 shares to the James T. Brennan Trust FBO W. Roderick Gagne — #7
9.75 shares to the James T. Brennan Trust FBO Elizabeth L. Gagne — #8

9.75 shares to the James T. Brennan Trust FBO Philip B. Gagne — #9

Thanks,
Rod

President — Andrew N. Yao
Secretary — Gary Hawthorne

Date — March 6, 2000

EXHIBIT
1033-I
2-6-07

PEPPER 001302