# EXHIBIT 22

| Message0001 | |
|---|---|
| Subject: | FW: SFC's stock holder list |
| From: | Diane Messick |
| Date: | 1/16/2001 11:21:06 AM |
| To: | Deborah Pike |
| CC: | Gary Hawthorne |
| **Message Body** | |

Debby: are you aware of what these e-mails are about?

Thanks.

-----Original Message-----
From: Gagne, Roderick [mailto:GAGNER@pepperlaw.com]
Sent: Tuesday, January 16, 2001 10:55 AM
To: Diane Messick (E-mail)
Cc: Lee, Darcy C.
Subject: FW: SFC's stock holder list

<<SFC's stock holder list>>
Diane,
Tony Marozick (sp?) has requested this data. I know Andrew does not want that information going to them if at all possible. My suggestion to you is to pull back this assignment, since it is a one page simple return and have one of your staff prepare it. I think Debbie saw it was a tax return and shipped it up to Tony to handle. Let me know if we should comply and if so where you came out on the buy back.

Rod

**********************************************************
This electronic mail transmission contains confidential
information intended only for the person(s) named.
Any use, distribution, copying or disclosure
by another person is strictly prohibited.
**********************************************************

EXHIBIT
38(I)
8/31/06

| Forwarded Message | |
|---|---|
| Subject: | SFC's stock holder list |
| From: | Lee, Darcy C. |
| To: | Gagne, Roderick |
| **Message Body** | |

Rod, I got a voice mail message from SFC's accountant. He wants me to FAX a copy of the most recent stock holder list to him so he can complete the NJ annual report. Is that OK?

**Outlook Header Information**

Subject: SFC's stock holder list
From: Lee, Darcy C.
Sender Name: Lee, Darcy C.
To: Gagne, Roderick
Creation Time: 1/16/2001 10:55:17 AM
Modification Time: 1/17/2001 11:51:30 AM
Submit Time: 1/16/2001 10:11:31 AM
Importance: 1
Priority: 0
Sensitivity: 0
Flags: 1
Size: 1746

**Outlook Header Information**

Conversation Topic: SFC's stock holder list
Subject: FW: SFC's stock holder list
From: Diane Messick
Sender Name: Diane Messick
To: Deborah Pike
CC: Gary Hawthorne
Received By: Deborah Pike
Delivery Time: 1/16/2001 11:21:06 AM
Creation Time: 1/16/2001 1:17:59 PM
Modification Time: 1/16/2001 1:17:59 PM
Submit Time: 1/16/2001 11:21:06 AM
Importance: 1
Priority: 0
Sensitivity: 0
Flags: 17
Size: 6526