# EXHIBIT 23

## STUDENT FINANCE CORPORATION

### Action by Consent in Writing
### of the Shareholders
### in Lieu of an Annual Meeting

The undersigned being all of the shareholders of Student Finance Corporation, a Pennsylvania corporation (the "Company"), do hereby consent in writing to the adoption of the following resolutions as if they were adopted at a duly convened meeting of the shareholders:

RESOLVED, that the following persons be, and he hereby are, elected to serve as directors of the Company until the next annual meeting of the shareholders or such earlier time as their successors are elected and qualify:

      Andrew N. Yao
      Perry Turnbull
      Gary Hawthorne

FURTHER RESOLVED, that all actions taken by the directors and officers of the Company be, and they hereby are, ratified, confirmed and adopted as actions of the Company in all respects.

_____
Andrew N. Yao

_____
Robert L. Bast, Esquire

x _____
Pamela B. Gagné

ELIZABETH B. BRENNAN TRUST
F/B/O W.R. GAGNÉ

By: _____

ELIZABETH B. BRENNAN TRUST
F/B/O ELIZABETH L. GAGNÉ

By: _____

PHLEGAL: #887649 v1 (J0WX01!.WPD) 111419-1

EXHIBIT
1037-I
2-6-07

CONFIDENTIAL          ACCT007397

ELIZABETH B. BRENNAN TRUST
F/B/O PHILIP B. GAGNÉ

By: _____

JAMES T. BRENNAN TRUST
F/B/O W.R. GAGNÉ

By: _____

JAMES T. BRENNAN TRUST
F/B/O ELIZABETH L. GAGNÉ

By: _____

JAMES T. BRENNAN TRUST
F/B/O PHILIP B. GAGNÉ

By: _____

Dated: June 30, 2000

PHLEGAL: #887649 v1 (J0WX01!.WPD) 111419-1

CONFIDENTIAL                                                                              ACCT007398

ELIZABETH B. BRENNAN TRUST  
F/B/O PHILIP B. GAGNÉ

JAMES T. BRENNAN TRUST  
F/B/O W.R. GAGNÉ

By: _____

By: _____

JAMES T. BRENNAN TRUST  
F/B/O ELIZABETH L. GAGNÉ

JAMES T. BRENNAN TRUST  
F/B/O PHILIP B. GAGNÉ

By: _____

By: _____

Dated: June 30, 2000

PHLEGAL: #887649 v1 (J0WX01!.WPD) 111419-1

CONFIDENTIAL

ACCT007399