# Exhibit 29

**Gagne, Roderick**

From: Gagne, Roderick
Sent: Thursday, October 03, 2002 12:36 PM
To: Yao (E-mail)
Subject: Miscellaneous Matters

EXHIBIT
GAGNE
1181-I
2-28-07

Dear Andrew,

As requested, I slept on the various things we have discussed and have the following thoughts:

1. Regarding your request for me to repaper the loans in March from Bob Bast and the Trusts in which he and I are Trustees as a loan to you personally as opposed to a loan to Student Finance Corporation, I will not do it because (a) it is wrong, never being the deal or the business arrangement, and (b) can not do it since it has already been papered and sent to SFC on July 10, 2002 for delivery to its accountants, was papered with Wells Fargo in March and the money flow went to SFC in March, who was to be the collateral agent for the promised loans that were never forthcoming. For your information, in my opinion it would be a criminal act to change the documents since it would potentially aid and abet a fraud on creditors and the IRS. We have worked together for many years, but I have never and will never counsel or permit you to take an illegal or unlawful action with my assistance or consent.

2. Pepper Hamilton is not in position to represent the two entities going forward because of Perry's involvement with them. I witnessed first hand his, in the best light, material misstatements of fact. Moreover, the entire forbearance account agreement was done against my advice and with out our consent, which is why it was prepared by Fox Rothschild. In fact, Perry sent everything he could to other law firms, so I do not think that it would work.

3. I want to begin the process of the change in control at PEG for several reasons, but most importantly I want the filings with the state and federal departments of education to represent the actual holdings. I have raised this consistently in the past and I think this is a propitious time to move forward. Moreover, we need to do so to reflect various changes in the trust. As an aside, it is also important to evidence our consented to execution against the stock of Premier Education Group G.P. Inc, One Summit Place Partners G.P., Inc. and DHP G.P., Inc. on June 18, 2002 in the event that Wilmington Trust attempts to overturn the same. In fact, Bob has asked that we enter judgment to assert our claims against your other assets in an effort to assist you in thwarting WTC. I have been negligent in passing this along to you.

I would be happy to discuss any of the points raised with you at your convenience.

W. Roderick Gagné
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Direct Dial: (215) 981-4695
Facsimile: (215) 981-4750
E-mail: gagner@pepperlaw.com

1