# Exhibit 33

```
*************** -COMM. JOURNAL- ******************* DATE NOV-09-1999 ***** TIME 17:01 *** P.01

        MODE = MEMORY TRANSMISSION           START=NOV-09 17:00      END=NOV-09 17:01

           FILE NO.= 176

  STN NO.   COM    ABBR NO.   STATION NAME/TEL.NO.   PAGES    DURATION

    001     OK        &         12123070695         004/004  00:01'05"
                                                             -PEPPER HAMILTON, LLP

******************************* -        - ***** -                      - ********
```

EXHIBIT
306-I
10/11/06

# Pepper Hamilton LLP
Attorneys at Law

Suite 1600
1201 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.656.8865
www.pepperlaw.com

**FAX INFORMATION SHEET**

Date: November 9, 1999

ID Number: 61109
Identifier: 111419 6

Recipient(s):        Craig Casey
Company:             Arthur Andersen LLP

Recipient's General Number:  (212) 708-4768
Recipient's Fax Number(s):   (212) 307-0695

Sender:              Andrea B. Unterberger
Sender's Direct Line: (302) 777-6528
Sender's Email Address: unterbergera@pepperlaw.com

Total Pages Including Cover: 4

Comments:  Re: transaction codes.

An original or a copy has [ ] or has not [✓] been sent to you by mail [ ] or by overnight service [ ] or by email [ ].

✦ ✦ If transmission is not received, please call the sender ✦ ✦

✦ ✦ Confidentiality Note ✦ ✦

The documents accompanying this facsimile transmission contain information from the law firm of Pepper Hamilton LLP which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited, and that the documents should be returned to this Firm immediately. In this regard, if you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

**Operator's Use Only**

| Start Time: | : | am [ ] pm [ ] | End Time: | : | am [ ] pm [ ] |
| Operator: | | | | | |

WSFC0815838

## Transaction Codes

The following is a summary of monetary transaction codes and their applications.

10   Payment – this is the standard payment transaction. Unless there is a specific reason not to, all Payments should be processed using this transaction.

11   Payment Reversal – this is the transaction that should be used to reverse a transaction code 10.
This is normally done when a check is returned.

12   Reserve Payment – this transaction should be used for SFC payments to accounts in securitization.

*[handwritten: Imposed (w/in) 11/97]*

13   Reserve Payment Reversal – this transaction should be used to reverse transaction code 12 Payments posted in error.

14   School Payment – this transaction can be used to record payments received from the schools for their students.

15   Reverse School Payment – this transaction should be used to reverse transaction code 14 payments.

16   Agency Payment – this transaction should be used to post funds received from collection agencies.
Unlike other payment types, transaction code 16 is posted to principal first.

17   Agency Payment Reversal – this transaction should be used to reverse transaction code 16 payments.

20   Credit Principal – this transaction reduces the principal balance on an account.

21   Debit Principal – this transaction increases the principal balance on an account.

30   Credit Interest – this transaction reduces the interest balance on an account.

31   Debit Interest – this transaction increases the interest balance on an account.

40   Credit Fees – this transaction reduces the fee balance on an account.

41   Debit Fees – this transaction increases the fee balance on an account. This transaction is used to post late fees.

50   Payoff Loan – this transaction reduces all balances to zero.

51   Reverse Loan Payoff – this transaction should be used to reverse transaction code 50 payments.

60   Reserve Payment – this transaction can be used to post SFC payments to accounts at funding sources. The Bank balances are affected, but the Debtor balances are not.

61   Reverse Reserve Payment – this transaction should be used to reverse transaction code 60 payments posted in error.

98   Credit Balance Refund – this transaction removes credit balances from accounts.

99   Small Balance Chargeoff – this transaction is system generated to remove amounts with a value of less than a dollar.

70   Charge Off Account – this transaction marks an account as charged-off by SFC

71   Charge Off Reversal – this transaction reinstates a charged-off by SFC

72   Settlement Adjustment – this transaction marks an account as Settled-in-Full and charges off the balance.

73   Settlement Reversal – this transaction reinstates the charged-off amount and unmarks the account.

*[handwritten note: Item #3]*

Confidential                                              NEI0010299

NEI0010299

WSFC0815839



**Transaction Codes**

The following is a summary of monetary transaction codes and their applications.

10  Payment-this is the standard payment transactions. Unless there is a specific reason not to, all payments should be processed using this transaction.

11  Payment Reversal-this is the transaction that should be used to reverse a transaction code 10. This is normally done when a check is returned.

13  School Payment-this transaction can be used to record payments received from the schools for their students.

15  Agency Payment-this transaction should be used to post funds received from collection agencies. Unlike other payment types, transaction code 16 is posted to principal first.

16  Agency Payment Reversal-this transaction should be used to reverse transaction code 16 payments.

20  Credit Principal-this transaction reduces the principal balance on an account.

21  Debit Principal-this transaction increases the principal balance on an account.

30  Credit Interest-this transaction reduces the interest balance on an account.

31  Debit Interest-this transaction increased the interest balance on an account.

40  Credit Fees-this transaction reduces the fee balance on an account.

41  Debit Fees- this transaction increased the fee balance on an account. This transaction is used to post late fee.

50  Payoff Loan-this transaction reduces all balances to zero. (will be changed)

51  Reverse Loan Payoff-this transaction should be used to reverse transaction code 50 payments.

70  Charge Off Account-this transaction marks an account as charged-off by SFC.

71  Charge Off Reversal-this transaction reinstates a charged-off by SFC.

72  Settlement Adjustment-this transaction marks an account as Settled-in Full and charges off the balance.

73  Settlement Reversal-this transaction reinstates the charged-off amount and unmarks the account.

CONFIDENTIAL

SFC 00986

WSFC0815840

80 Chargeoff

90 SFC Chargeoff

98 Credit Balance Refund-this transaction removes credit balances from accounts.

99 Small Balance Chargeoff-this transaction is system generated to remove amounts with a value of less than a dollar.

CONFIDENTIAL

SFC 00987

2

SFC 00987

WSFC0815841