# Exhibit 34

### SFC – Possible Deposition Questions for
### Chris Huffins, Pat Kartha and Diane Messick

- Describe how the posting payments occurs.

  - Discuss how the postings are made.

  - What are the functions of operations?

  - Explain booking of loans.

  - What factors will change the account balance?

  - Explain the functions of the accounting department.

  - How does accounting and operations interact?

  - Discuss/explain transaction codes.

  - Discuss/explain code # 60.

  - Discuss code #90 and explain how it is determined.

  - (For Chris Huffins) Discuss Exhibit Haw 4. What does 615.00 represent?

  - (For Chris Huffins) Explain # 60.

  - (For Diane Messick) How does accounting assign the loans?

  - Does operations have any responsibility with regard to the repurchase of loans?

  - (For Chris Huffins) How would the information get from operations to Pat Kartha? Who <u>calculated</u> <u>the</u> <u>amount</u> that went on the reports that went to Pat Kartha?

  - (For Chris Huffins) Who determines which transaction code applies to each transaction?



EXHIBIT
1518 I
Messick 4/5/07

PEPPER 185151