# Exhibit 35

| | |
|---|---|
| **Message0046** | |
| Subject: | RE: Neilson Questions from my Meeting Today |
| From: | Perry Turnbull |
| Date: | 11/10/1999 4:08:28 PM |
| To: | Pat Kartha; Gary Hawthorne; Frank Martinez; Robert Faix |

**Message Body**

-----Original Message-----
From: Pat Kartha
Sent: Wednesday, November 10, 1999 3:58 PM
To: Gary Hawthorne; Perry Turnbull; Frank Martinez
Cc: Robert Faix
Subject: Neilson Questions from my Meeting Today

Andrea and I had a discussion regarding the TC60's and TC12's.

1) If TC12s were applied to the debtor side, did we fund loans that would not have funded otherwise. If so, we need to estimate the amount funded to Neilson. Andrea thinks that this amount can be added to the suit counterclaim. [Perry Turnbull] Good question. Ron should be able to run a query for TC 12s to quickly analyze.

2) I know that Perry is working with Ron to determine the amount of TC12s and TC60s applied to Neilson accounts [Perry Turnbull] Ron is working on data that will show the distribution of prin/interest/fees of each payment SFC received from a NEI borrower. The TC 12s and TC 60s are included in this. The attorneys and expert witness are looking for contemporaneous documents that could be footed the general ledger and prove that we moved the TC12 and TC60 amounts from the reserve and paid the investor. I know that aging reports were used to post the TC12s and TC60s. Chris looked for documents from 1995 and/or 1996 in storage and could not find any. Does anyone else know where we could look to find these reports/records? [Perry Turnbull] Unless the funding reports would help, which I don't think they will, I do not know where or if we ever kept any aging reports

Thanks.

**Outlook Header Information**

Conversation Topic: Neilson Questions from my Meeting Today
Subject: RE: Neilson Questions from my Meeting Today
From: Perry Turnbull
Sender Name: Perry Turnbull
To: Pat Kartha; Gary Hawthorne; Frank Martinez; Robert Faix
Received By: Gary Hawthorne
Delivery Time: 11/10/1999 4:08:28 PM
Creation Time: 11/10/1999 4:53:49 PM
Modification Time: 11/10/1999 4:53:49 PM

EXHIBIT 294-I 10/10/06

file://\\wdc2kim02\litsup\Royal\DELAWARE\05\Message0046[151264][177466].html      10/2/2006

```
Submit Time: 11/10/1999 4:08:28 PM
Importance: 1
Priority: 0
Sensitivity: 0
Flags: 1
Size: 6854
```