IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>    Debtor. | :<br>:<br>:<br>: |
| CHARLES A. STANZIALE, JR.,<br>Chapter 7 Trustee Of Student<br>Finance Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>PEPPER HAMILTON LLP, et al.<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 04-1551 JJF<br>:<br>:<br>:<br>:<br>: |

O R D E R

At Wilmington, this 5 day of October, 2007, for the reasons set forth in the Memorandum Opinion issued this date,

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Family Defendants' Motion to Strike the Trustee's Improper Damage Claims (D.I. 317) is **GRANTED**;

2) Family Defendants' request for costs is **DENIED**.

<br>
_____
UNITED STATES DISTRICT JUDGE