```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
```

MBIA & WELLS FARGO BANK N.A.,        :
                                     :
     Counterclaim Defendant,         :
                                     :
v.                                   :  Civil Action No. 02-1294 JJF
                                     :
ROYAL INDEMNITY COMPANY,             :
                                     :
     Counterclaim Plaintiff.         :
─────────────────────────────────────────────────────────────────────
                                     :
CHARLES A. STANZIALE, JR.,           :
Chapter 7 Trustee Of Student         :
Finance Corporation,                 :
                                     :
         Plaintiff,                  :
                                     :  Civil Action No. 04-1551 JJF
v.                                   :
                                     :
PEPPER HAMILTON, et al.,             :
         Defendants.                 :
─────────────────────────────────────────────────────────────────────

## ORDER

WHEREAS, on October 3, 2007, the Court held a status conference hearing;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A pretrial conference will be held for Charles A. Stanziale, Jr., Chapter 7 Trustee ("Trustee") v. Pamela Bashore Gagne, Robert L. Bast, the Brennan Family Trusts, and W. Roderick Gagne as trustee of the Brennan Family Trusts (the "Family Defendants")(Civil Action No. 04-1551) on **Friday, October 5, 2007 at 10:30 AM.**

2. A pretrial conference will be held for Royal Indemnity Company ("Royal") v. Wells Fargo Bank N.A. ("Wells

Fargo")(Civil Action No. 02-1294) on **Tuesday, October 9, 2007 at 4:00 PM.**

3. A separate pretrial order for each case shall be filed by **Thursday, October 4, 2007 at 5 PM.**

4. A jury trial for Trustee v. Family Defendants (Civil Action No. 04-1551) will commence **Wednesday, October 10, 2007 at 9:30 AM.**

5. A bench trial for Royal v. Wells Fargo (Civil Action No. 02-1294) is tentatively scheduled to commence **Thursday, October 11, 2007 at 1:30 PM.**

October 3, 2007

_____
UNITED STATES DISTRICT JUDGE