IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| In re: Student Finance Corporation,<br><br>        Debtor.<br><br>Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation,<br><br>        Plaintiff,<br>v.<br><br>Pepper Hamilton LLP, *et al.*,<br><br>        Defendants. | Civil Action No. 04-1551 (JJF) |

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that Charles A. Stanziale, Jr., chapter 7 trustee of Student Finance Corporation, by his undersigned counsel, caused the subpoenas attached hereto as Exhibits A through D to be served upon the individuals listed on each respective subpoena by personal service.

Dated: October 16, 2007
Wilmington, Delaware

THE BAYARD FIRM

*/s/ M. Augustine*
Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19899

-and-

Lois H. Goodman, Esquire
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079

Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee for Student
Finance Corporation

673310-1