## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on this 16th day of October, 2007, I caused a copy of the **Notice of Service of Subpoenas** to be served upon the parties listed below in the manners indicated.

### *VIA* HAND DELIVERY

William H. Sudell, Jr., Esquire
Daniel B. Butz, Esquire
*Morris, Nichols, Arsht & Tunnell*
1201 North Market Street
Wilmington, DE   19899-1347

David E. Wilks, Esquire
*Reed Smith, LLP*
1201 North Market Street, Suite 1500
Wilmington, DE   19801

Michael R. Lastowski, Esquire
*Duane Morris, LLP*
1100 North Market Street, Suite 1200
Wilmington, DE 19801

John W. Shaw, Esquire
*Young, Conaway, Stargatt & Taylor, LLP*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Karen Lee Turner, Esquire
Susan E. Poppiti, Esquire
*Eckert, Seamans, Cherin & Mellott, LLC*
300 Delaware Avenue, Suite 1210
Wilmington, DE   19801

Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
*Ashby & Geddes*
500 Delaware Avenue, 8th Floor
Wilmington, DE   19899

### *VIA* FIRST CLASS MAIL

Elizabeth K. Ainslie, Esquire
*Schnader, Harrison, Segal & Lewis, LLP*
1600 Market Street, Suite 3600
Philadelphia, PA   19103

John H. Eickemeyer, Esquire
Jonathan A. Wexler, Esquire
*Vedder, Price, Kaufman & Kammholz, P.C.*
1633 Broadway, 47th Floor
New York, NY 10019

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
*Arnold & Porter, LLP*
399 Park Avenue
New York, NY   10022-4690

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Amber M. Mettler, Esquire
*Williams & Connolly, LLP*
725 Twelfth Street, NW
Washington, DC 20005

Neil G. Epstein, Esquire
*Eckert, Seamans, Cherin & Mellott, LLC*
1515 Market Street, 9th Floor
Philadelphia, PA 19102

673310-1

**<u>*VIA* FIRST CLASS MAIL</u>**

Alan S. Gilbert, Esquire
John I. Grossbart, Esquire
*Sonnenschein, Nath & Rosenthal, LLP*
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606

Andre G. Castaybert, Esquire
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
*Proskauer Rose, LLP*
1585 Broadway
New York, NY   10036-8299

Charles A. Gillman, Esquire
David Montone, Esquire
David G. Januszewski, Esquire
M. Justin Lubeley, Esquire
*Cahill Gordon & Reindel LLP*
80 Pine Street
New York, NY 10005-1702

Michael H. Barr, Esquire
Kenneth J. Pfaehler, Esquire
*Sonnenschein, Nath & Rosenthal, LLP*
1221 Avenue of the Americas
New York, NY   10020-1089

_____
Mary E. Augustine (No. 4477)

673310-1