## CERTIFICATE OF SERVICE

I, Charlene D. Davis, hereby certify that on this 15th day of November, 2007, I caused a copy of the **Stipulation and Order of Dismissal with Prejudice of Claims Between the Settling Parties** to be served upon the parties listed below in the manners indicated.

### *VIA* HAND DELIVERY

William H. Sudell, Jr., Esquire
Daniel B. Butz, Esquire
*Morris, Nichols, Arsht & Tunnell*
1201 North Market Street
Wilmington, DE  19899-1347

David E. Wilks, Esquire
*Reed Smith, LLP*
1201 North Market Street, Suite 1500
Wilmington, DE  19801

Michael R. Lastowski, Esquire
*Duane Morris, LLP*
1100 North Market Street, Suite 1200
Wilmington, DE 19801

John W. Shaw, Esquire
*Young, Conaway, Stargatt & Taylor, LLP*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Karen Lee Turner, Esquire
Susan E. Poppiti, Esquire
*Eckert, Seamans, Cherin & Mellott, LLC*
300 Delaware Avenue, Suite 1210
Wilmington, DE  19801

Philip Trainer, Jr., Esquire
Tiffany Geyer Lydon, Esquire
*Ashby & Geddes*
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

### *VIA* FIRST CLASS MAIL

Elizabeth K. Ainslie, Esquire
*Schnader, Harrison, Segal & Lewis, LLP*
1600 Market Street, Suite 3600
Philadelphia, PA  19103

John H. Eickemeyer, Esquire
Jonathan A. Wexler, Esquire
*Vedder, Price, Kaufman & Kammholz, P.C.*
1633 Broadway, 47th Floor
New York, NY 10019

Richard P. Swanson, Esquire
Veronica E. Rendon, Esquire
Jason M. Butler, Esquire
*Arnold & Porter, LLP*
399 Park Avenue
New York, NY  10022-4690

Steven M. Farina, Esquire
Thomas H.L. Selby, Esquire
Amber M. Mettler, Esquire
*Williams & Connolly, LLP*
725 Twelfth Street, NW
Washington, DC 20005

Neil G. Epstein, Esquire
*Eckert, Seamans, Cherin & Mellott, LLC*
1515 Market Street, 9th Floor
Philadelphia, PA  19102

Michael H. Barr, Esquire
Kenneth J. Pfaehler, Esquire
*Sonnenschein, Nath & Rosenthal, LLP*
1221 Avenue of the Americas
New York, NY  10020-1089

***VIA* FIRST CLASS MAIL**

Alan S. Gilbert, Esquire
John I. Grossbart, Esquire
*Sonnenschein, Nath & Rosenthal, LLP*
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606

Andre G. Castaybert, Esquire
Ronald Rauchberg, Esquire
Steven Obus, Esquire
David McTaggart, Esquire
*Proskauer Rose, LLP*
1585 Broadway
New York, NY   10036-8299

Charles A. Gillman, Esquire
David Montone, Esquire
David G. Januszewski, Esquire
M. Justin Lubeley, Esquire
*Cahill Gordon & Reindel LLP*
80 Pine Street
New York, NY 10005-1702

***VIA* ELECTRONIC MAIL**

Stephen J. Shapiro, Esquire
sshapiro@schnader.com

Andre G. Castaybert, Esquire
acastaybert@proskauer.com

John H. Eickemeyer, Esquire
jeickemeyer@vedderprice.com

William H. Sudell, Jr., Esquire
wsudell@mnat.com

John W. Shaw, Esquire
jshaw@ycst.com

Karen Singer, Esquire
KSinger@eckertseamans.com

Veronica E. Rendon, Esquire
Veronica.Rendon@aporter.com

John I. Grossbart, Esquire
jgrossbart@sonnenschein.com

Charles A. Gilman, Esquire
cgilman@cahill.com

Michael Lastowski, Esquire
mlastowski@duanemorris.com

Neil G. Epstein, Esquire
nepstein@eckertseamans.com

Alan S. Gilbert, Esquire
agilbert@sonnenschein.com

| | |
|---|---|
| Brian L. Friedman, Esquire<br>blfriedman@proskauer.com | Bruce Merenstein, Esquire<br>bmerenstein@schnader.com |
| David G. Januszewski, Esquire<br>djanuszewski@cahill.com | David Montone, Esquire<br>dmontone@cahill.com |
| Dawn Jones, Esquire<br>djones@ycst.com | David C. McBride, Esquire<br>dmcbride@ycst.com |
| David E. Wilks, Esquire<br>DWilks@ReedSmith.com | Elizabeth K. Ainslie, Esquire<br>eainslie@schnader.com |
| Jason M. Butler, Esquire<br>Jason_Butler@aporter.com | M. Justin Lubeley, Esquire<br>jlubeley@cahill.com |
| Jonathan A. Wexler, Esquire<br>jwexler@vedderprice.com | Kenneth J. Pfaehler, Esquire<br>kpfaehler@sonnenschein.com |
| Lisa A. Bauer, Esquire<br>lbauer@proskauer.com | Lisa A. MacVittie, Esquire<br>lmacvittie@sonnenschein.com |
| Michael H. Barr, Esquire<br>mbarr@sonnenschein.com | Carol Press, Esquire<br>CPress@eckertseamans.com |
| Marie A. Tieri, Esquire<br>mtieri@vedderprice.com | Nicholas LePore, Esquire<br>nlepore@schnader.com |
| Robert W. Gifford, Esquire<br>rgifford@sonnenschein.com | Richard P. Swanson, Esquire<br>richard.swanson@aporter.com |
| Ronald Rauchberg, Esquire<br>rauchberg@proskauer.com | Steven M. Farina, Esquire<br>sfarina@wc.com |
| Steven L. Merouse, Esquire<br>smerouse@sonnenschein.com | Steven Obus, Esquire<br>sobus@proskauer.com |
| Tiffany Geyer Lydon, Esquire<br>tlydon@ashby-geddes.com | Thomas H.L. Selby, Esquire<br>TSelby@wc.com |

/s/ Charlene D. Davis
Charlene D. Davis (No. 2336)

675844-1