UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 02-11620 |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>Plaintiff,<br>v.<br>PEPPER HAMILTON LLP, et al.<br><br>Defendants. | Adv. Pro. No. 04-56423-PBL<br><br>(District Court Case No.<br>04-1551-JJF)<br><br>STIPULATION AND ORDER OF<br>DISMISSAL WITH PREJUDICE OF<br>CLAIMS BETWEEN THE SETTLING<br>PARTIES |

Pursuant to FED. R. CIV. P. 41, the undersigned attorneys for Charles A. Stanziale, Jr., as Chapter 7 Trustee of Student Finance Corporation (the "Chapter 7 Trustee"), Pepper Hamilton LLP ("Pepper") and W. Roderick Gagné ("Gagné") (collectively, the "Settling Parties") do hereby stipulate that

1. All claims between the Chapter 7 Trustee and Pepper are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

2. Counts I through VI, IX, and X of the First Amended Complaint are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

3. Counts VII, VIII (to the extent such count is reinstated by court order, or the Chapter 7 Trustee is otherwise permitted to assert the causes of action set forth in that count), and XI of the First Amended Complaint are not affected by this Stipulation and Order.

4. This Stipulation and Order is intended to implement the agreement of the Settling Parties, as set forth in the Trustee-Royal-Attorneys Settlement Agreement executed September 24, 2007, and shall be construed consistent with that Agreement. Nothing herein shall dismiss or diminish the claims preserved by the Chapter 7 Trustee in that Agreement.

There is no just reason for delay. The Clerk shall enter a Judgment in accordance herewith, pursuant to FED. R. CIV. P. 54(b).

Dated: ~~September~~ November 15, 2007

| | |
|---|---|
| THE BAYARD FIRM<br><br>By: /s/ Charlene D. Davis<br>Charlene D. Davis (No. 2336)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Tel: (302) 655-5000<br><br>*Counsel to Charles A. Stanziale Jr., Chapter 7 Trustee for Student Finance Corporation*<br><br>MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>Charles A. Stanziale, Jr.<br>Michael S. Waters<br>Lois H. Goodman<br>Jeffrey T. Testa<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Tel: (973) 622-7711<br><br>*Counsel to Charles A. Stanziale Jr., Chapter 7 Trustee for Student Finance Corporation* | MORRIS NICHOLS ARSHT & TUNNELL LLP<br><br>By: /s/ William H. Sudell, Jr.<br>William H. Sudell, Jr. (No. 463)<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br><br>*Attorneys for Pepper Hamilton LLP and W. Roderick Gagné*<br><br>CAHILL GORDON & REINDEL LLP<br>Charles A. Gilman<br>80 Pine Street<br>New York, NY 10005<br>(212) 701-3000<br><br>*Attorneys for Pepper Hamilton LLP*<br><br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>Elizabeth K. Ainslie, Esq.<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>(215) 751-2000<br><br>*Attorneys for Pepper Hamilton LLP and W. Roderick Gagné* |

So Ordered:

/s/ Joseph J. Farnan Jr.
U.S.D.J.

2