# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395
WRITER'S DIRECT ACCESS

(302) 429-4212
cdavis@bayardfirm.com

November 19, 2007

**E-FILED AND HAND DELIVERED**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

    Re:    *Charles A. Stanziale v. Pepper Hamilton LLP, et al.*, No. 04-1551 (JJF)

Dear Judge Farnan:

    Consistent with the Stipulation of Dismissal filed by counsel for Charles A. Stanziale, Jr. as trustee of Student Finance Corporation, Pepper Hamilton LLP and W. Roderick Gagne (the "Settling Parties") and approved by the Court on November 15, 2007, I hereby submit a form of judgment for your Honor's consideration and approval. The form of judgment is acceptable to all of the Settling Parties. Counsel are available should the Court have any questions.

                        Respectfully submitted,

                        Charlene D. Davis

                        *Counsel to Charles A. Stanziale,*
                        *Chapter 7 Trustee*

cc:    William H. Sudell, Jr., Esq. (by email)
        Michael A. Waters, Esq. (by email)
        Charles A. Gilman, Esq. (by email)

676183-1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>Debtor. | Chapter 7<br>Case No. 02-11620 (KJC) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION,<br>Plaintiff,<br>v.<br>PEPPER HAMILTON LLP, ET AL.,<br>Defendants. | Adv. Pro. No. 04-56423 (PBL)<br>Civil No. 04-1551 (JJF) |

### JUDGMENT

Plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation ("Chapter 7 Trustee"), and defendants Pepper Hamilton LLP ("Pepper") and W. Roderick Gagné ("Gagne") (collectively the "Settling Parties") having filed a Stipulation And Order Of Dismissal With Prejudice Of Claims Between The Settling Parties; and

The Settling Parties having requested entry of a judgment in accordance with that Stipulation and Order of Dismissal, pursuant to Fed. R. Civ. P. 54(b); and

It appearing there is no just reason for delay;

NOW, THEREFORE, judgment is hereby entered: (i) dismissing all claims between the Chapter 7 Trustee and Pepper with prejudice, with each party to bear its own costs and attorneys' fees; and (ii) dismissing Counts I through VI, IX and X of the First Amended Complaint, with prejudice, each party to bear its own costs and attorneys' fees.

Dated: _____, 2007
Wilmington, Delaware

_____
United States District Judge