IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>STUDENT FINANCE CORPORATION,<br>Debtor. | Chapter 7<br>Case No. 02-11620 (KJC) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF<br>STUDENT FINANCE CORPORATION,<br>Plaintiff,<br>v.<br>PEPPER HAMILTON LLP, ET AL.,<br>Defendants. | Adv. Pro. No. 04-56423 (PBL)<br><br>Civil No. 04-1551 (JJF) |

### JUDGMENT

Plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation ("Chapter 7 Trustee"), and defendants Pepper Hamilton LLP ("Pepper") and W. Roderick Gagné ("Gagne") (collectively the "Settling Parties") having filed a Stipulation And Order Of Dismissal With Prejudice Of Claims Between The Settling Parties; and

The Settling Parties having requested entry of a judgment in accordance with that Stipulation and Order of Dismissal, pursuant to Fed. R. Civ. P. 54(b); and

It appearing there is no just reason for delay;

NOW, THEREFORE, judgment is hereby entered: (i) dismissing all claims between the Chapter 7 Trustee and Pepper with prejudice, with each party to bear its own costs and attorneys' fees; and (ii) dismissing Counts I through VI, IX and X of the First Amended Complaint, with prejudice, each party to bear its own costs and attorneys' fees.

Dated: November 27, 2007
Wilmington, Delaware

_____
United States District Judge