

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> STUDENT FINANCE CORPORATION, <br><br> Debtor. | Chapter 7 <br><br> Case No. 02-11620 |
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION, <br><br> Plaintiff, <br> v. <br> PEPPER HAMILTON LLP, et al. <br><br> Defendants. | Adv. Pro. No. 04-56423-PBL <br><br> (District Court Case No. 04-1551-JJF) <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS BETWEEN THE SETTLING PARTIES** |

Pursuant to FED. R. CIV. P. 41, the undersigned attorneys for Charles A. Stanziale, Jr., as Chapter 7 Trustee of Student Finance Corporation (the "Chapter 7 Trustee") and Robert L. Bast, Pamela Bashore Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, FBO W. Roderick Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, FBO Philip B. Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, FBO Elizabeth L. Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan Dated April 8, 1991, FBO W. Roderick Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan Dated April 8, 1991, FBO Philip B. Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan Dated April 8, 1991, FBO Elizabeth L. Gagné, and W. Roderick Gagné, in all capacities except in his capacity as an attorney at Pepper Hamilton LLP (collectively the "Family Defendants" and, together with the Chapter 7 Trustee, the "Settling Parties") do hereby stipulate that

1. All claims between the Chapter 7 Trustee and the Family Defendants are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

M0622122.2

2. Counts II, VI, VII, VIII and XI of the First Amended Complaint are dismissed with prejudice as to the Family Defendants, with each party to bear its own costs and attorneys' fees.

3. This Stipulation and Order is intended to implement the agreement of the Settling Parties, as set forth in the Trustee-Family Defendants Settlement Agreement made as of October 12, 2007, and shall be construed consistent with that Agreement. Nothing herein shall dismiss or diminish the claims preserved by the Chapter 7 Trustee or the Family Defendants in that Agreement.

There is no just reason for delay. The Clerk shall enter a Judgment in accordance herewith, pursuant to FED. R. CIV. P. 54(b).

Dated: December 12, 2007

THE BAYARD FIRM

By: *[signature]*
Charlene D. Davis (No. 2336)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Tel: (302) 655-5000

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Charles A. Stanziale, Jr.
Michael S. Waters
Lois H. Goodman
Jeffrey T. Testa
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel: (973) 622-7711

*Counsel to Charles A. Stanziale Jr., Chapter 7 Trustee for Student Finance Corporation*

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: *[signature]*
Karen Lee Turner (No. 4332)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(302) 425-0430

Neil G. Epstein
Carol L. Press
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Tel: (215) 851-8400

*Counsel for the Family Defendants*

So Ordered:

*[signature]*
U.S.D.J.
12/18/07

2

M0622122.2