# THE BAYARD FIRM
A T T O R N E Y S

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com

302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS

(302) 429-4261
maugustine@bayardfirm.com

December 20, 2007

**E-FILED AND HAND DELIVERED**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

    Re:    *Charles A. Stanziale v. Pepper Hamilton LLP, et al.*, No. 04-1551 (JJF)

Dear Judge Farnan:

    Consistent with the Stipulation of Dismissal filed by counsel for Charles A. Stanziale, Jr. as trustee of Student Finance Corporation, Pepper Hamilton LLP and the family defendants (the "Settling Parties") and approved by the Court on December 20, 2007, I hereby submit a form of judgment for your Honor's consideration and approval. The form of judgment is acceptable to all of the Settling Parties. Counsel are available should the Court have any questions.

Respectfully submitted,

Mary E. Augustine

*Counsel to Charles A. Stanziale,*
*Chapter 7 Trustee*

cc:    Karen Lee Turner, Esq. (by email)
        Michael A. Waters, Esq. (by email)
        Neil G. Epstein, Esq. (by email)
        Carol L. Press, Esq. (by email)

{00710344;v1}676183-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>Debtor.<br><br>CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, ET AL.<br><br>Defendants. | Chapter 7<br><br>Case No. 02-11620 (KJC)<br><br><br><br>Adv. Pro. No. 04-56423 (PBL)<br><br><br>Civil No. 04-1551 (JJF) |

## **JUDGMENT**

Plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation ("Chapter 7 Trustee"), and defendants Robert L. Bast, Pamela Bashore Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, FBO W. Roderick Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, FBO Philip B. Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, FBO Elizabeth L. Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan Dated April 8, 1991, FBO W. Roderick Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan Dated April 8, 1991, FBO

{00710230;v1}

Philip B. Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan Dated April 8, 1991, FBO Elizabeth L. Gagné, and W. Roderick Gagné, in all capacities except in his capacity as an attorney at Pepper Hamilton LLP (collectively the "Family Defendants" and, together with the Chapter 7 Trustee, the "Settling Parties"), having filed a Stipulation and Order of Dismissal with Prejudice of Claims Between the Settling Parties; and

The Settling Parties having requested entry of a judgment in accordance with that Stipulation and Order of Dismissal, pursuant to Fed. R. Civ. P. 54; and

All other claims in this case having been dismissed, with judgment on those claims having been entered on November 27, 2007; and

It appearing there is no just reason for delay;

NOW, THEREFORE, judgment is hereby entered (i) dismissing all claims between the Chapter 7 Trustee and the Family Defendants with prejudice, with each party to bear its own costs and attorneys' fees; and (ii) dismissing Counts VII, VIII and XI of the First Amended Complaint, constituting all claims remaining in the above-captioned action, with prejudice, with each party to bear its own costs and attorneys' fees.


Dated: _____                    _____
       Wilmington, Delaware                 United States District Judge

{00710230;v1}