IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>Debtor. | Chapter 7<br><br><br>Case No. 02-11620 (KJC) |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PEPPER HAMILTON LLP, ET AL.<br><br>Defendants. | <br><br><br><br>Adv. Pro. No. 04-56423 (PBL)<br><br><br>Civil No. 04-1551 (JJF) |

**JUDGMENT**

Plaintiff, Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation ("Chapter 7 Trustee"), and defendants Robert L. Bast, Pamela Bashore Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, FBO W. Roderick Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, FBO Philip B. Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of Elizabeth B. Brennan Dated January 12, 1994, FBO Elizabeth L. Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan Dated April 8, 1991, FBO W. Roderick Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan Dated April 8, 1991, FBO

{00710230;v1}

Philip B. Gagné, W. Roderick Gagné, Trustee of Trust Under Deed of James T. Brennan Dated April 8, 1991, FBO Elizabeth L. Gagné, and W. Roderick Gagné, in all capacities except in his capacity as an attorney at Pepper Hamilton LLP (collectively the "Family Defendants" and, together with the Chapter 7 Trustee, the "Settling Parties"), having filed a Stipulation and Order of Dismissal with Prejudice of Claims Between the Settling Parties; and

The Settling Parties having requested entry of a judgment in accordance with that Stipulation and Order of Dismissal, pursuant to Fed. R. Civ. P. 54; and

All other claims in this case having been dismissed, with judgment on those claims having been entered on November 27, 2007; and

It appearing there is no just reason for delay;

NOW, THEREFORE, judgment is hereby entered (i) dismissing all claims between the Chapter 7 Trustee and the Family Defendants with prejudice, with each party to bear its own costs and attorneys' fees; and (ii) dismissing Counts VII, VIII and XI of the First Amended Complaint, constituting all claims remaining in the above-captioned action, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: December 21, 2007
Wilmington, Delaware

_____
United States District Judge

{00710230;v1}